1   Kirk B. Lenhard, Nevada Bar No. 1437
    klenhard@bhfs.com
2   Nikki L. Baker, Nevada Bar No. 6562
    nbaker@bhfs.com
3   BROWNSTEIN HYATT FARBER SCHRECK, LLP
    100 North City Parkway
4   Suite 1600
    Las Vegas, NV 89106-4614
5   Telephone:  702.382.2101
    Facsimile: 702.382.8135
6
7   Dennis H. Hranitzky (will comply with LR IA 10-2
    within 14 days)
8   DECHERT LLP
    1095 Avenue of the Americas
9   New York, NY 10036-6797
    Telephone:     212. 698.3500
10  Facsimile:     212. 698.3599
    Email:         dennis.hranitzky@dechert.com
11

12  *Attorneys for NML Capital Ltd.*

13              **UNITED STATES DISTRICT COURT**

14                  **DISTRICT OF NEVADA**

15
16  NML CAPITAL LTD.,                CASE NO.:   **2:14-ms-00024**

17              Plaintiff,           **AFFIDAVIT OF NIKKI L. BAKER IN
                                     SUPPORT OF NML CAPITAL, LTD.'S
18  v.                               MOTION TO COMPEL PRODUCTION OF
                                     DOCUMENTS FROM  ENTITIES
19  THE REPUBLIC OF ARGENTINA,       AFFILIATED WITH NON-PARTY
                                     LÁZARO BÁEZ**
20              Defendant.

21
22
23  STATE OF NEVADA         )
24                          ) ss.:
    COUNTY OF CLARK         )
25
26      I, NIKKI L. BAKER, being first duly sworn, depose and state as follows:

27      1.      I am an attorney at the law firm of Brownstein Hyatt Farber Schreck, LLP, counsel

28  for Plaintiff NML Capital, Ltd. ("NML") in this matter currently pending before the United States

                                        1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

1  District Court, District of Nevada.  I submit this affidavit in support of NML's Motion To Compel

2  Production Of Documents From Entities Affiliated With Non-Party Lazaro Baez ("Motion").  I

3  have personal knowledge of the facts set forth herein, and if called upon to do so, am competent

4  to testify thereto.

5       2.     On August 13, 2013, NML served Subpoenas on M.F. Corporate Services

6  (Nevada) Limited ("M.F.") and on the Baez Entities defined in Appendix A to the Motion.

7  Patricia Quertey, who is/was designated by law to accept service of process on behalf of M.F.,

8  both on its own behalf and on behalf of the Baez Entities, accepted service of the Subpoenas.

9       3.     Because the appearance fee check for the Subpoena on M.F., only, was unsigned,

10  NML re-served the Subpoena to M.F. on August 23, 2013.  After being served with the

11  Subpoena, M.F. produced various documents it possessed as the registered agent for the Baez

12  Entities.  Subsequently, NML and M.F. entered into a Confidentiality Agreement for the

13  production of additional documents in response to the Subpoena to M.F..  Thereafter, on

14  November 5, 2013, M.F. provided to NML a disc containing certain responsive documents.

15       4.     Of the one hundred and twenty-three (123) Baez Entities, one hundred and

16  fourteen (114) are either currently or formerly managed by Aldyne, Ltd. ("Aldyne") and provided

17  affidavits signed by Leticia Montoya, as an agent of Aldyne.  (See Affidavits attached hereto as

18  Exhibit "1".)  In each of the affidavits, Aldyne claims that it reviewed either its own records or

19  the records of the particular Baez Entity, and determined that there were no documents responsive

20  to the Subpoenas.  Aldyne also produced letters on behalf of two entities.  One letter, sent on

21  behalf of Permanel Investment Limited, stated that the entity "had been transferred to another

22  Registered Agent as of the 6th of September 2012." (See Letters attached hereto as Exhibit "2".)

23  The other letter was sent on behalf of American Trade & Packing Ltd., and stated that the entity

24  "has been continued to another jurisdiction, as of the 30th of July 2013." (See id.)

25       5.     Upon a review of the affidavits, letters, and the disc produced in response to the

26  Subpoenas, NML determined that M.F.'s production was incomplete and that the Baez Entities

27  were withholding documents that NML reasonably believes should be in their possession, custody

28            2

1    and/or control.

2        6.      Thereafter, on November 5, 2013, I contacted counsel for M.F., Kent Woods, Esq.,

3    who had also passed along the affidavits and letters from the Baez Entities, to inquire about

4    missing documents and whether there is an individual that I could meet and confer with regarding

5    the Baez Entities' responses to the Subpoenas.

6        7.      On November 5, 2013, Mr. Woods sent me an email stating that he was willing to

7    discuss any outstanding discovery issues relating to his client, M.F., and that he had reached out

8    to his contact for the Baez Entities.  Mr. Woods also stated that if he could receive a list of the

9    entities that would be the subject of a motion to compel, he could arrange with his contact to be

10   retained or to have their counsel contact me to arrange a meet and confer before NML files a

11   motion to compel. (*See* Email chains, Exhibit "3".)

12       8.      On February 6, 2014, I sent an email to Mr. Woods inquiring again as to whether

13   he had a contact person or persons for the Baez Entities with whom I could speak in order to meet

14   and confer before filing any motion to compel. (*See id.*)

15       9.      Later that same day, Mr. Woods responded via email and asked for a list of entities

16   that NML wishes to receive more information from and that he would pass such information

17   along to the appropriate persons to determine whether he would be retained to represent the Baez

18   Entities or if they would handle it internally. (*See id.*)

19       10.     On February 27, 2014, I emailed Mr. Woods to schedule a time for Monday,

20   March 3, 2014, to meet and confer regarding the Baez Entities' responses to the Subpoenas and

21   the documents that were missing from M.F.'s production. (*See id.*)

22       11.     On March 5, 2014, Mr. Woods and I conferred on the phone regarding the

23   discovery issues, and I again inquired as to whom I could speak to from Aldyne regarding the

24   Baez Entities.   After the telephone call, I followed up with an email to memorialize our

25   conversation. (*See id.*)

26       12.     In the March 5, 2014, email, I set forth the following documents that were missing

27   from M.F.'s production: (a) operating agreements or parts of operating agreements for three (3)

28                                                3

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

1   Baez Entities, (b) membership certificate for Rochester International Holdings, LLC, (c)

2   membership certificates and operating agreements for thirty-three (33) Baez Entities, and (d) any

3   documents for Ariona Company, LLC and Dilmond Enterprises, Ltd. (*See id.*)

4      13.   I also reiterated that, "given the number of other entities that I would like to confer

5   on," I needed to know whom I could speak to from Aldyne.  I asked Mr. Woods to contact me

6   after he spoke with his contact person regarding whether he or someone else could discuss the

7   discovery issues relating to the remaining Baez Entities. (*See id.*)

8      14.   On March 10, 2014, Mr. Woods responded that he would speak to his contact

9   person and get back to me. He also informed me that it may take a bit of time, as his contact was

10   currently in Panama and would be there through the middle of the following week.  (*See id.*)

11      15.   On March 19, 2014, I followed-up regarding whether Mr. Woods had spoken to

12   his contact from Aldyne, and, if so, when we would be able to set up a time to discuss M.F.'s

13   deficient production and whether there is someone I could speak with on behalf of Aldyne. (*See*

14   *id.*)

15      16.   In response, Mr. Woods sent me an email informing me that his contact returned

16   from Panama that day, and that he would get back to me regarding the discovery issues. (*See id.*)

17      17.   I responded to Mr. Woods' email, explaining to him that we needed to move

18   forward with attempting to resolve the discovery issues and asking if we would be able to

19   schedule a call for March 21, 2014, to do so.  Mr. Woods responded, stating that he would call me

20   on March 21, 2014, after 1:30 p.m. (*See id.*)

21      18.   On March 21, 2014, Mr. Woods sent me an email stating that his contact at Aldyne

22   "pulled out of our conference call this morning," and that he would not have much information

23   until Monday, March 24, 2014.  Mr. Woods also called my office and left a voice mail indicating

24   the same. (*See id.*)

25      19.   In response, I emailed Mr. Woods to schedule a telephonic meet and confer for

26   Monday, March 24, 2014, to discuss the outstanding discovery issues. (*See id.*)

27      20.   On March 24, 2014, Mr. Woods and I engaged in a telephonic meet and confer,

28                                                  4

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

1    wherein I sought an update regarding the outstanding discovery from M.F. and the status of the

2    contact person from Aldyne.   During the call, Mr. Woods explained that he was unable to

3    communicate with his contact in Panama regarding Aldyne, and that he should know something

4    by the following day, Tuesday, March 25, 2014.

5         21.    During the call, Mr. Woods maintained the position that M.F. had not withheld

6    any documents that were responsive to the Subpoenas.   He further informed me of the bates

7    numbers for certain documents that were listed as outstanding in my March 5, 2014, email, but

8    were allegedly produced by M.F.

9         22.    I informed Mr. Woods during the March 24, 2014, telephonic meet and confer that

10   NML would be filing a motion to compel on Friday, March 28, 2014, if the remaining discovery

11   disputes were not resolved by that date.

12        23.    Following the telephonic meet and confer, Mr. Woods sent me an email

13   confirming, among other things, that he should be able to speak with his contacts about Aldyne

14   either later that day or early the next day (March 25th), and that he would call me to provide more

15   information regarding their position. (*See id.*)

16        24.    Mr. Woods' email also restated M.F.'s position that it produced all responsive

17   documents it had, and that since it is a commercial resident agent, many of the requested

18   documents are "organized by outside third parties in other countries, and certain documents are

19   never sent to MF." (*See id.*)

20        25.    I responded to Mr. Woods' email, confirming my representation made during the

21   telephonic meet and confer, that NML is planning to file a motion to compel on Friday, March

22   28, 2014, if the parties do not resolve the outstanding discovery issues by that date. (*See id.*)

23        26.    Having not heard anything further from Mr. Woods by the close of business on

24   March 25, 2014, I emailed him to inquire as to whether there was any update on a contact person

25   for Aldyne that could speak about the Baez Entities' responses.   In response, Mr. Woods did not

26   provide a contact person for Aldyne; rather, he stated that "things move slowly in Panama," and

27   inquired as to which particular entities NML is interested in and whether I could provide some

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

1   additional direction as to what NML is seeking.  (*See id.*)

2        27.    At 2:35 p.m. on March 28, 2014, Mr. Woods sent me an email, informing me that

3   he had "some information/explanation for Aldyne" that he could share, and we set up another

4   telephonic meet and confer.  (*See id.*)  I called him shortly thereafter.  During the telephonic meet

5   and confer, Mr. Woods represented, among other things, that Aldyne is a Seychelles company

6   that acts as the nominee manager for some of the Baez Entities that were subpoenaed, and that it

7   is run by a law firm in Panama.  Mr. Woods also stated that Aldyne had gone through its files,

8   determined that it did not possess any documents responsive to the Subpoenas, and then sent the

9   Subpoenas to the last known address of the company contacts, but that Aldyne did not hear

10  anything in response.

11       28.    I informed Mr. Woods that, although I appreciated that he was passing this

12  information along, I have still not been able to speak with anyone retained by the Baez Entities.  I

13  explained to Mr. Woods our frustration with the Baez Entities' failure to communication about or

14  produce any documents responsive to the Subpoenas.  As of the filing of the Motion, I still do not

15  have contact information for anyone at Aldyne that I could speak with regarding the Subpoenas.

16       29.    Mr. Woods also reiterated that M.F. searched for and produced all documents it

17  has in its possession, custody or control.  I inquired as to whether a representative from M.F.

18  would be willing to be deposed about the efforts made to locate the subpoenaed documents,

19  M.F.'s document retention policy, and why they are unable to produce certain documents.  Mr.

20  Woods stated that although M.F. would comply with any subpoena, the woman who runs M.F.

21  may not be comfortable being deposed.  He stated that she may be willing to provide an affidavit

22  explaining the topics I mentioned.  I told Mr. Woods that I would follow-up on this issue in the

23  event NML decides to explore such alternatives.

24       30.    Despite numerous requests, I have been unable to have a meaningful discussion

25  with anyone representing Aldyne and/or the Baez Entities regarding their responses to the

26  Subpoenas.

27       31.    Pursuant to Local Rule 26-7, after personal consultations with M.F.'s counsel and

28

6

1   sincere efforts to do so, the parties have been unable to resolve this matter without Court

2   intervention.

3          FURTHER AFFIANT SAYETH NAUGHT.

4          DATED this 1st day of April, 2014.

5

6          By: _Nikki L. Baker_
                NIKKI L. BAKER

7

8   Subscribed and sworn to before me
    on the __1st__ day of April, 2014.

9

10  _Erin L. Parcells_
    _____
    NOTARY PUBLIC

11

12  My commission expires: __March 14, 2018__

13

14

15  

16

17

18

19

20

21

22

23

24

25

26

27

28                              7

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

# EXHIBIT 1

# EXHIBIT 1

1



# AFFIDAVIT OF CUSTODIAN OF RECORDS

**LETICIA MONTOYA**, being duly sworn, states:

1. I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for AMERICAN TRADE & PACKING LTD. ALDYNE LTD. serves as manager for AMERICAN TRADE & PACKING LTD.

2. On the 22nd day of August, 2013, AMERICAN TRADE & PACKING LTD. received a Subpoena Duces Tecum in connection with the matter entitled NML Capital, Ltd. v. The Republic of Argentina, requesting the production of documents and things delineated in the Subpoena.

3. I and/or persons acting under my supervision and control made a complete search of all available records.

4. AMERICAN TRADE & PACKING LTD. maintains records for 3 years.

5. ALDYNE LTD. reviewed the records of AMERICAN TRADE & PACKING LTD. and determined that it has no documents that are responsive to the subpoena.

Dated this 29th day of August, 2013.

Leticia Montoya
On Behalf of ALDYNE LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público del Circuito de Panamá, con cédula no. 8 171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s)

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto



VISACIONES

REPÚBLICA DE PANAMÁ

**PASAPORTE**
**PASSPORT**

TIPO / TYPE     PAÍS / COUNTRY CODE     PASAPORTE No. / PASSPORT NO
P               PAN                     1974639

APELLIDO/SURNAME
MONTOYA MORAN

NOMBRES/GIVEN NAMES
LETICIA

LUGAR DE NAC   PLACE OF BIRTH      EXPEDIDO EN / ISSUING OFFICE
PANAMA                             PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH   CEDULA/ID
21 MAR/MAR 1953                     02  007800846

SEXO/SEX                           NACIONALIDAD/NATIONALITY
F                                  PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE            VENCIMIENTO / DATE OF EXPIRY
20 JUN/JUN 2013                    19 JUN/JUN 2018



P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



## ATTACHMENT B

## AFFIDAVIT OF CUSTODIAN OF RECORDS

JPD Asociados S.A., being first sworn, states:

1. We are the accountants for ABBLE HOLDING LLC. and, as such, we act as custodian of records for ABBLE HOLDING LLC.

2. On the 28th day of August, 2013, we received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd., v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3. We and/or persons acting under our supervision and control made a complete search of all available records.

4. JPD Asociados S.A. maintains records since August 17th., 2006 up to date.

5. There are no documents relating to funds or other property transferred either by us to another person, or to us by another person, since January 1, 2010.

6. ABBLE HOLDING LLC. has not received any communications, requests or subpoenas from any person in connection with investigations of Lázaro Báez, an Argentine national, by any government authority, including the Republic of Argentina.

Dated this 2nd. Day of September, 2013

Juan Pedro Damiani

On Behalf of JPD Asociados S.A.

Yo, AGUSTIN PITTY AROSEMENA, Notario Público Octavo Primer Suplente del Circuito de Panamá, con Cédula No. 4-148-768
CERTIFICO:

Que la(s) firma(s) anterior(es) ha(n) sido reconocida(s) como suya(s) por los firmantes, por consiguiente, dicha(s) firma(s) es (son) auténtica(s).

Panamá, 19 SEP 2013

AGUSTIN PITTY AROSEMENA
Notario Público Octavo Primer Suplente





RESIDENZA / RESIDENCE / DOMICILE (11)

MONTEVIDEO (URY)

RESIDENZA / RESIDENCE / DOMICILE (11)

RESIDENZA / RESIDENCE / DOMICILE (11)

STATURA / HEIGHT / TAILLE (12)

172

COLORE DEGLI OCCHI / COLOUR OF EYES / COULEUR DES YEUX (13)

MARRONI

3

PASSAPORTO
PASSPORT
PASSEPORT

REPUBBLICA ITALIANA
Tipo. Type. Type.  Codice Paese. Code of issuing State. Code du Pays émetteur.  Passaporto N. Passport No. Passeport N°.
P        ITA                                                    YA3900428
Cognome. Surname. Nom. (1)
DAMIANI
Nome. Given Names. Prénoms. (2)
JUAN PEDRO
Cittadinanza. Nationality. Nationalité (3)
ITALIANA
Data di nascita. Date of birth. Date de naissance (4)
14 GIU/JUN 1958
Sesso. Sex. Sexe. (5)   Luogo di nascita. Place of birth. Lieu de naissance. (6)
M                      MONTEVIDEO (URY)
Data di rilascio. Date of issue. Date de délivrance. (7)
07 SET/SEP 2012                  Autorità. Authority. Autorité. (8)
                                  MINISTRO AFFARI ESTERI
Data di scadenza. Date of expiry. Date d'expiration. (8)    Firma del titolare. (10)
06 SET/SEP 2022                  Holder's signature. Signature du titulaire

P<ITADAMIANI<<JUAN<PEDRO<<<<<<<<<<<<<<<<<<<<<<
YA3900428GITA5806148M2209069<<<<<<<<<<<<<<04

EDUARDO J. SIMON
ESCRIBANO

**TRANSLATION**

The undersigned, AGUSTIN PITTY AROSEMENA, Eighth Notary Public, First Alternate, of the Circuit of Panama, holder of personal identity card No. 4-148-768 CERTIFIES that the preceding signature(s) has (have) been acknowledged as his/her/their signature (s) by the signatory/signatories; therefore, said signature (s) is(are) authentic.

Panama, 19th September 2013

(SIGNED ILLEGIBLE)

_____
AGUSTIN PITTY AROSEMENA
Eighth Notary Public, First Alternate
*(The seal of the Eighth Notary of the Circuit, Republic of Panama has been stamped hereon).*

THE FOREGOING TEXT IS A TRUE AND FAITHFUL TRANSLATION OF AN ORIGINAL DOCUMENT IN THE SPANISH LANGUAGE. PANAMA, 19TH SEPTEMBER 2013.

YESENIA I. FLOREZ ARROCHA
CERTIFIED PUBLIC TRANSLATOR
ENGLISH/SPANISH

Res. No.488-of-20-VII-04
Panama, Republic of Panama

## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for ABEHART CONSULTANTS LLC.  ALDYNE LTD. previously served as manager for ABEHART CONSULTANTS LLC.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of ABEHART CONSULTANTS LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina,* requesting the production of documents and things delineated in the Subpoena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for ABEHART CONSULTANTS LLC.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      ALDYNE LTD. has had its status as manager of ABEHART CONSULTANTS LLC revoked and no longer maintains records on behalf of ABEHART CONSULTANTS LLC.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to ABEHART CONSULTANTS LLC.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                                     Witness

Testigo                                     Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA on behalf of ALDYNE LTD.



VISACIONES

**PASAPORTE**
**PASSPORT**

**REPUBLICA DE PANAMA**

TIPO / TYPE  PAIS / COUNTRY CODE  PASAPORTE NO. / PASSPORT NO.
P  PAN  1974639

APELLIDOS/SURNAME
MONTOYA MORAN

NOMBRE/GIVEN NAMES
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH
PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH
21 MAR/MAR 1953

SEXO/SEX
F

EMISION / DATE OF ISSUE
20 JUN/JUN 2013

EXPEDIDO EN / ISSUING OFFICE
PANAMA

CEDULA/ID
02  007800846

NACIONALIDAD/NATIONALITY
PANAMEÑA/PANAMANIAN

VENCIMIENTO / DATE OF EXPIRY
19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96

## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.       I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for

ABILENE TRADE LLC.  ALDYNE LTD. previously served as manager for ABILENE TRADE LLC.

2.       On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of ABILENE

TRADE LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The*

*Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident

agent for ABILENE TRADE LLC.

3.       I and/or persons acting under my supervision and control made a complete search of all

available records.

4.       ALDYNE LTD. has had its status as manager of ABILENE TRADE LLC revoked and

no longer maintains records on behalf of ABILENE TRADE LLC.

5.       ALDYNE LTD. reviewed its records and has determined that it has no documents that

are responsive to the subpoena issued to ABILENE TRADE LLC.

Dated this 30th day of August, 2013.

LETICIA MONTOYA on behalf of ALDYNE

LTD.

I, AGUSTIN PITTY AROSEMENA, Eighth Notary Public of the Circuit of Panama, with identification no. 4-148-768

Yo, AGUSTIN PITTY AROSEMENA, Notario Público Octavo del Circuito de Panamá, con cédula no. 4-148-768

CERTIFY

CERTIFICO
That the previous signature(s) has (have) been recognized by the signer(s) as
being his(theirs) and is(are) therefore authentic.

Que la(s) firma(s) anterior(es) ha(n) sido reconocida(s) como suya(s) por los firmantes,
por consiguiente, dicha(s) firma(s) es(son) auténtica(s)

Panama, 30th of August 2013

Panamá, 30 de agosto 2013

AGUSTIN PITTY AROSEMENA
Eighth Notary Public, First Deputy

AGUSTIN PITTY AROSEMENA
Notario Público Octavo, Primer Suplente



VISACIONES



### REPÚBLICA DE PANAMÁ

| | | |
|---|---|---|
| PASAPORTE PASSPORT | TIPO / TYPE<br>P | PAIS / COUNTRY CODE<br>PAN | PASAPORTE NO. / PASSPORT NO.<br>1974639 |

APELLIDO/SURNAME
**MONTOYA MORAN**

NOMBRE/GIVEN NAMES
**LETICIA**

| | |
|---|---|
| LUGAR DE NAC./ PLACE OF BIRTH<br>**PANAMA** | EXPEDIDO EN / ISSUING OFFICE<br>**PANAMA** |
| FECHA DE NACIMIENTO/DATE OF BIRTH<br>**21 MAR/MAR 1953** | CEDULA/ID<br>02 007800845 |
| SEXO/SEX<br>**F** | NACIONALIDAD/NATIONALITY<br>**PANAMEÑA/PANAMANIAN** |
| EMISION / DATE OF ISSUE<br>**20 JUN/JUN 2013** | VENCIMIENTO / DATE OF EXPIRY<br>**19 JUN/JUN 2018** |

```
P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96
```



## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.  I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for ACE STAR INTERNATIONAL LLC.  ALDYNE LTD. serves as manager for ACE STAR INTERNATIONAL LLC.

2.  On the 22nd day of August, 2013, ACE STAR INTERNATIONAL LLC received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3.  I and/or persons acting under my supervision and control made a complete search of all available records.

4.  ACE STAR INTERNATIONAL LLC maintains records for [3] years.

5.  ALDYNE LTD. reviewed the records of ACE STAR INTERNATIONAL LLC and determined that it has no documents that are responsive to the subpoena.

Dated this 30th day of August 2013.

_L. Muntoya_p_

LETICIA MONTOYA on behalf of ALDYNE LTD.

---

I, AGUSTIN PITTY AROSEMENA, Eighth Notary Public of the Circuit of Panama, with identification no. 4-148-768

Yo, AGUSTIN PITTY AROSEMENA, Notario Público Octavo del Circuito de Panamá, con cédula no. 4-148-768

CERTIFY

CERTIFICO
That the previous signature(s) has (have) been recognized by the signer(s) as being his(theirs) and is(are) therefore authentic.

Que la(s) firma(s) anterior(es) ha(n) sido reconocida(s) como suya(s) por los firmantes, por consiguiente, dicha(s) firma(s) es(son) auténtica(s)

Panama, 30th of August 2013

Panamá, 30 de agosto 2013

AGUSTIN PITTY AROSEMENA
Eighth Notary Public, First Deputy

AGUSTIN PITTY AROSEMENA
Notario Público Octavo, Primer Suplente



PASAPORTE
PASSAPORTE

VISACIONES

**REPÚBLICA DE PANAMÁ**

| | |
|---|---|
| TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO. |
| P | PAN | 1974639 |

APELLIDO/SURNAME
MONTOYA MORAN

NOMBRE/S/GIVEN NAMES
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH
PANAMA

EXPEDIDO EN / ISSUING OFFICE
PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH
21 MAR/MAR 1953

CEDULA/ID
02 007800846

SEXO/SEX
F

NACIONALIDAD/NATIONALITY
PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE
20 JUN/JUN 2013

VENCIMIENTO / DATE OF EXPIRY
19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F1806195O2<<007800846<96

## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for AGROCOMTRA USA LLC.  ALDYNE LTD. previously served as manager for AGROCOMTRA USA LLC.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of AGROCOMTRA USA LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for AGROCOMTRA USA LLC.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      ALDYNE LTD. has had its status as manager of AGROCOMTRA USA LLC revoked and no longer maintains records on behalf of AGROCOMTRA USA LLC.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to AGROCOMTRA USA LLC.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto de 2013

Witness                          Witness

Testigo                          Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA on behalf of ALDYNE LTD.



VISACIONES

**PASAPORTE**
**PASSPORT**

**REPÚBLICA DE PANAMÁ**

TIPO / TYPE — PAÍS / COUNTRY CODE — PASAPORTE NO. / PASSPORT NO.
P — PAN — 1974639

APELLIDOS/SURNAME
MONTOYA MORAN,

NOMBRE/GIVEN NAMES
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH
PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH
21 MAR/MAR 1953

SEXO/SEX
F

EMISION / DATE OF ISSUE
20 JUN/JUN 2013

EXPEDIDO EN / ISSUING OFFICE
PANAMA

CEDULA/ID
02  007800846

NACIONALIDAD/NATIONALITY
PANAMEÑA/PANAMANIAN

VENCIMIENTO / DATE OF EXPIRY
19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



# AFFIDAVIT OF CUSTODIAN OF RECORDS

**LETICIA MONTOYA**, being duly sworn, states:

1. I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for AGROGLOBE EQUITY LLC.  ALDYNE LTD. serves as manager for AGROGLOBE EQUITY LLC.

2. On the 22nd day of August, 2013, AGROGLOBE EQUITY LLC received a Subpoena Duces Tecum in connection with the matter entitled NML Capital, Ltd. v. The Republic of Argentina, requesting the production of documents and things delineated in the Subpoena.

3. I and/or persons acting under my supervision and control made a complete search of all available records.

4. AGROGLOBE EQUITY LLC maintains records for 3 years.

5. ALDYNE LTD. reviewed the records of AGROGLOBE EQUITY LLC and determined that it has no documents that are responsive to the subpoena.

Dated this 29th day of August, 2013.

Leticia Montoya
On Behalf of ALDYNE LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with Identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de Agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto





REPUBLICA DE PANAMA

PASAPORTE
PASSPORT

TIPO TYPE · PAIS COUNTRY CODE · PASAPORTE N· PASSPORT N·
P        PAN                      1974639

APELLIDO SURNAME
MONTOYA MORAN

NOMBRE GIVEN NAMES
LETICIA

LUGAR DE NAC. PLACE OF BIRTH          EXPEDIDO EN ISSUING OFFICE
PANAMA                                PANAMA

FECHA DE NACIMIENTO DATE OF BIRTH     CEDULA ID
21 MAR MAR 1953                       02 007800846

SEXO SEX                              NACIONALIDAD NATIONALITY
F                                     PANAMEÑA PANAMANIAN

EMISION DATE OF ISSUE                 VENCIMIENTO DATE OF EXPIRY
20 JUN JUN 2013                       19 JUN JUN 2018



P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96

## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.    I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for ALHAMBRA LLC.  ALDYNE LTD. previously served as manager for ALHAMBRA LLC.

2.    On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of ALHAMBRA LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for ALHAMBRA LLC.

3.    I and/or persons acting under my supervision and control made a complete search of all available records.

4.    ALDYNE LTD. has had its status as manager of ALHAMBRA LLC revoked and no longer maintains records on behalf of ALHAMBRA LLC.

5.    ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to ALHAMBRA LLC.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with Identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

_____         _____
Witness                          Witness

Testigo                          Testigo

_____
DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

_____
LETICIA MONTOYA on behalf of ALDYNE LTD.



VISACIONES

PASAPORTE
PASSPORT

REPUBLICA DE PANAMÁ

TIPO / TYPE    PAIS / COUNTRY CODE    PASAPORTE NO. / PASSPORT NO.
P              PAN                     1974639

APELLIDOS/SURNAME
MONTOYA MORAN

NOMBRE BG/N/EN NAMES
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH         EXPEDIDO EN / ISSUING OFFICE
PANAMA                                 PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH      CEDULA/ID
21 MAR/MAR 1953                        02  007800846

SEXO/SEX                               NACIONALIDAD/NATIONALITY
F                                      PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE                VENCIMIENTO / DATE OF EXPIRY
20 JUN/JUN 2013                        19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<
1974639<<3PAN5303212F1806195O2<<007800846<96



# AFFIDAVIT OF CUSTODIAN OF RECORDS

**LETICIA MONTOYA**, being duly sworn, states:

1. I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for ANGRAIN LLC. ALDYNE LTD. serves as manager for ANGRAIN LLC.

2. On the 22nd day of August, 2013, ANGRAIN LLC received a Subpoena Duces Tecum in connection with the matter entitled NML Capital, Ltd. v. The Republic of Argentina, requesting the production of documents and things delineated in the Subpoena.

3. I and/or persons acting under my supervision and control made a complete search of all available records.

4. ANGRAIN LLC maintains records for 3 years.

5. ALDYNE LTD. reviewed the records of ANGRAIN LLC and determined that it has no documents that are responsive to the subpoena.

Dated this 29th day of August, 2013.

Leticia Montoya
On Behalf of ALDYNE LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Witness

Testigo

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto



REPÚBLICA DE PANAMÁ

PASAPORTE
PASSPORT

TIPO · TYPE   PAIS · COUNTRY CODE   PASAPORTE Nº · PASSPORT N
P          PAN                1974639

APELLIDO · SURNAME
MONTOYA MORAN

NOMBRE · GIVEN NAMES
LETICIA

LUGAR DE NA · PLACE OF BIRTH
PANAMA

EXPEDICIÓN EN · ISSUING OFFICE
PANAMA

FECHA DE NACIMIENTO · DATE OF BIRTH
21 MAR MAR 1953

CÉDULA · ID
02 007860846

SEXO · SEX
F

NACIONALIDAD · NATIONALITY
PANAMEÑA PANAMANIAN

EXPEDICIÓN · DATE OF ISSUE
20 JUN JUN 2013

VENCIMIENTO · DATE OF EXPIRY
19 JUN JUN 2018



P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96

# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for ARISA

BUSINESS LLC.  ALDYNE LTD. previously served as manager for ARISA BUSINESS LLC.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of ARISA

BUSINESS LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v.*

*The Republic of Argentina*, requesting the production of documents and things delineated in the

Subpoena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the

previous resident agent for ARISA BUSINESS LLC.

3.      I and/or persons acting under my supervision and control made a complete search of all

available records.

4.      ALDYNE LTD. has had its status as manager of ARISA BUSINESS LLC revoked and

no longer maintains records on behalf of ARISA BUSINESS LLC.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that

are responsive to the subpoena issued to ARISA BUSINESS LLC.

Dated this 29th day of August, 2013.

LETICIA MONTOYA on behalf of ALDYNE

LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Witness

Testigo

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto



VISACIONES

**PASAPORTE**
**PASSPORT**

**REPÚBLICA DE PANAMÁ**

| TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO. |
|---|---|---|
| P | PAN | 1974639 |

APELLIDO / SURNAME
**MONTOYA MORAN**

NOMBRE(S) / GIVEN NAMES
**LETICIA**

LUGAR DE NAC./ PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO / DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA / ID
**02 007800846**

SEXO / SEX
**F**

NACIONALIDAD / NATIONALITY
**PANAMEÑA / PANAMANIAN**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96

## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.     I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for AYCHI INTERTRADING LLC. ALDYNE LTD. previously served as manager for AYCHI INTERTRADING LLC.

2.     On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of AYCHI INTERTRADING LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena. The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for AYCHI INTERTRADING LLC.

3.     I and/or persons acting under my supervision and control made a complete search of all available records.

4.     ALDYNE LTD. has had its status as manager of AYCHI INTERTRADING LLC revoked and no longer maintains records on behalf of AYCHI INTERTRADING LLC.

5.     ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to AYCHI INTERTRADING LLC.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness        Witness

Testigo        Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA on behalf of ALDYNE LTD.



VISACIONES

**PASAPORTE**
**PASSPORT**

REPÚBLICA DE PANAMÁ

TIPO / TYPE    PAIS / COUNTRY CODE    PASAPORTE NO / PASSPORT NO
P              PAN                    1974639

APELLIDO/SURNAME
MONTOYA  MORAN

NOMBRES/GIVEN NAMES
LETICIA

LUGAR DE NAC / PLACE OF BIRTH         EXPEDIDO EN / ISSUING OFFICE
PANAMA                                PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH     CEDULA/ID
21 MAR/MAR 1953                       02  007800846

SEXO/SEX                              NACIONALIDAD/NATIONALITY
F                                     PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE               VENCIMIENTO / DATE OF EXPIRY
20 JUN/JUN 2013                       19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F1806195O2<<007800846<96

# AFFIDAVIT OF CUSTODIAN OF RECORDS



**LETICIA MONTOYA**, being duly sworn, states:

1. I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for BALMAIN TRADING LTD. ALDYNE LTD. serves as manager for BALMAIN TRADING LTD.

2. On the 22nd day of August, 2013, BALMAIN TRADING LTD. received a Subpoena Duces Tecum in connection with the matter entitled NML Capital, Ltd. v. The Republic of Argentina, requesting the production of documents and things delineated in the Subpoena.

3. I and/or persons acting under my supervision and control made a complete search of all available records.

4. BALMAIN TRADING LTD. maintains records for 3 years.

5. ALDYNE LTD. reviewed the records of BALMAIN TRADING LTD. and determined that it has no documents that are responsive to the subpoena.

Dated this 29th day of August, 2013.

Leticia Montoya
On Behalf of ALDYNE LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto



PASAPORTE
PASSPORT

REPÚBLICA DE PANAMÁ

TIPO TYPE   PAÍS COUNTRY CODE   PASAPORTE No. PASSPORT No.
P           PAN                 1974639

APELLIDO SURNAME
MONTOYA MORAN

NOMBRE GIVEN NAMES
LETICIA

LUGAR DE NAC. PLACE OF BIRTH       EXPEDIDO EN COUNTRY OF ISSUE
PANAMA                             PANAMA

FECHA DE NACIMIENTO DATE OF BIRTH   CÉDULA
21 MAR-MAR 1953                     02-007800846

SEXO SEX                            NACIONALIDAD NATIONALITY
F                                   PANAMEÑA PANAMANIAN

EMISIÓN DATE OF ISSUE               VENCIMIENTO DATE OF EXPIRY
20 JUN-JUN 2013                     19 JUN-JUN 2018



P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



## AFFIDAVIT OF CUSTODIAN OF RECORDS

**LETICIA MONTOYA**, being duly sworn, states:

1. I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for BALMAR DEVELOPMENT LLC. ALDYNE LTD. serves as manager for BALMAR DEVELOPMENT LLC.

2. On the 22nd day of August, 2013, BALMAR DEVELOPMENT LLC received a Subpoena Duces Tecum in connection with the matter entitled NML Capital, Ltd. v. The Republic of Argentina, requesting the production of documents and things delineated in the Subpoena.

3. I and/or persons acting under my supervision and control made a complete search of all available records.

4. BALMAR DEVELOPMENT LLC maintains records for 3 years.

5. ALDYNE LTD. reviewed the records of BALMAR DEVELOPMENT LLC and determined that it has no documents that are responsive to the subpoena.

Dated this 29th day of August, 2013.

Leticia Montoya
On Behalf of ALDYNE LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness          Witness

Testigo          Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto



## REPUBLICA DE PANAMA



| | | |
|---|---|---|
| PASAPORTE / PASSPORT | TIPO / TYPE: P | PAIS / COUNTRY CODE: PAN |
| | | PASAPORTE Nº / PASSPORT Nº: 1974639 |

APELLIDO / SURNAME
**MONTOYA MORAN**

NOMBRE / GIVEN NAMES
**LETICIA**

LUGAR DE NAC / PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO / DATE OF BIRTH
**21 MAR·MAR 1953**

CEDULA:
**02-007800846**

SEXO / SEX
**F**

NACIONALIDAD / NATIONALITY
**PANAMEÑA PANAMANIAN**

FECHA DE EMISION / DATE OF ISSUE
**20 JUN·JUN 2013**

FECHA DE VENCIMIENTO / DATE OF EXPIRY
**19 JUN·JUN 2018**



P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



**ATTACHMENT B**

**AFFIDAVIT OF CUSTODIAN OF RECORDS**

JPD Asociados S.A., being first sworn, states:

1.  We are the accountants for BALMONT HOLDINGS LTD. and, as such, we act as custodian of records for BALMONT HOLDINGS LTD.

2.  On the 28th day of August, 2013, we received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd., v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3.  We and/or persons acting under our supervision and control made a complete search of all available records.

4.  JPD Asociados S.A. maintains records since August 22nd., 2000 until June 15th. 2006.

5.  There are no documents relating to funds or other property transferred either by us to another person, or to us by another person, since January 1, 2010.

6.  BALMONT HOLDINGS LTD. has not received any communications, requests or subpoenas from any person in connection with investigations of Lázaro Báez, an Argentine national, by any government authority, including the Republic of Argentina.

Dated this 2nd. Day of September, 2013

Juan Pedro Damiani

On Behalf of JPD Asociados S.A.

Yo, AGUSTIN PITTY AROSEMENA, Notario Público Octavo Primer Suplente del Circuito de Panamá, con Cédula No. 4-148-768
**CERTIFICO:**

Que la(s) firma(s) anterior(es) ha(n) sido reconocida(s) como suya(s) por los firmantes, por consiguiente, dicha(s) firma(s) es (son) auténtica(s).

Panamá, **1 9 SEP 2013**

AGUSTIN PITTY AROSEMENA
Notario Público Octavo Primer Suplente





RESIDENZA / RESIDENCE / DOMICILE (11)

MONTEVIDEO (URY)

RESIDENZA / RESIDENCE / DOMICILE (11)

RESIDENZA / RESIDENCE / DOMICILE (11)

STATURA / HEIGHT / TAILLE (12)

172

COLORE DEGLI OCCHI / COLOUR OF EYES / COULEUR DES YEUX (13)

MARRONI

PASSAPORTO
PASSPORT
PASSEPORT

**REPUBBLICA ITALIANA**

Tipo. Type. Type. Codice Paese. Code of issuing State. Code du Pays émetteur. Passaporto N. Passport No. Passeport N°.

P       ITA                                         YA3900428

Cognome. Surname. Nom. (1)
DAMIANI

Nome. Given Names. Prénoms. (2)
JUAN PEDRO

Cittadinanza. Nationality. Nationalité. (3)
ITALIANA

Data di nascita. Date of birth. Date de naissance. (4)
14 GIU/JUN 1958

Sesso. Sex. Sexe. (5)  Luogo di nascita. Place of birth. Lieu de naissance. (6)
M                    MONTEVIDEO (URY)

Data di rilascio. Date of issue. Date de délivrance. (7)
07 SET/SEP 2012

Data di scadenza. Date of expiry. Date d'expiration. (8)
06 SET/SEP 2022

Autorità. Authority. Autorité. (9)
MINISTRO AFFARI ESTERI

Firma del titolare. (10)
Holder's signature / Signature du titulaire

P<ITADAMIANI<<JUAN<PEDRO<<<<<<<<<<<<<<<<<<<<<
YA39004286ITA5806148M2209069<<<<<<<<<<<<<<04

EDUARDO J. SIMON
ESCRIBANO

## TRANSLATION

The undersigned, AGUSTIN PITTY AROSEMENA, Eighth Notary Public, First Alternate, of the Circuit of Panama, holder of personal identity card No. 4-148-768 CERTIFIES that the preceding signature(s) has (have) been acknowledged as his/her/their signature (s) by the signatory/signatories; therefore, said signature (s) is(are) authentic.

Panama, 19th September 2013

(SIGNED ILLEGIBLE)

_____
AGUSTIN PITTY AROSEMENA
Eighth Notary Public, First Alternate
*(The seal of the Eighth Notary of the Circuit, Republic of Panama has been stamped hereon).*

THE FOREGOING TEXT IS A TRUE AND FAITHFUL TRANSLATION OF AN ORIGINAL DOCUMENT IN THE SPANISH LANGUAGE. PANAMA, 19TH SEPTEMBER 2013.

YESENIA I. FLOREZ ARROCHA
CERTIFIED PUBLIC TRANSLATOR
ENGLISH-SPANISH

Res./No.438/of 20-VII-04
Panama, Republic of Panama

## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for BANFORD PROPERTIES LLC.  ALDYNE LTD. previously served as manager for BANFORD PROPERTIES LLC.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of BANFORD PROPERTIES LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for BANFORD PROPERTIES LLC.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      ALDYNE LTD. has had its status as manager of BANFORD PROPERTIES LLC revoked and no longer maintains records on behalf of BANFORD PROPERTIES LLC.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to BANFORD PROPERTIES LLC.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                    Witness

Testigo                    Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA on behalf of ALDYNE LTD.



VISACIONES

PASAPORTE
PASSPORT

**REPÚBLICA DE PANAMÁ**

| | | |
|---|---|---|
| TIPO / TYPE | PAIS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO |
| P | PAN | 1974639 |

APELLIDOS/SURNAME
MONTOYA MORAN

NOMBRES/GIVEN NAMES
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH          EXPEDIDO EN / ISSUING OFFICE
PANAMA                                  PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH       CEDULA/ID
21 MAR/MAR 1953                         02  007800846

SEXO/SEX                                NACIONALIDAD/NATIONALITY
F                                       PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE                 VENCIMIENTO / DATE OF EXPIRY
20 JUN/JUN 2013                         19 JUN/JUN 2018



P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96

## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for BEST WORLD SUPPLIES LTD.  ALDYNE LTD. previously served as manager for BEST WORLD SUPPLIES LTD.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of BEST WORLD SUPPLIES LTD. a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for BEST WORLD SUPPLIES LTD.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      ALDYNE LTD. has had its status as manager of BEST WORLD SUPPLIES LTD. revoked and no longer maintains records on behalf of BEST WORLD SUPPLIES LTD.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to BEST WORLD SUPPLIES LTD.

Dated this 29th day of August, 2013.

LETICIA MONTOYA on behalf of ALDYNE LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                Witness

Testigo                Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto



VISACIONES

PASAPORTE
PASSPORT

REPÚBLICA DE PANAMÁ

| TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO. |
|---|---|---|
| P | PAN | 1974639 |

APELLIDO/SURNAME
MONTOYA MORAN

NOMBRES/GIVEN NAMES
LETICIA

LUGAR DE NAC. / PLACE OF BIRTH
PANAMA

EXPEDIDO EN / ISSUING OFFICE
PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH
21 MAR/MAR 1953

CEDULA/ID
02 007800846

SEXO/SEX
F

NACIONALIDAD/NATIONALITY
PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE
20 JUN/JUN 2013

VENCIMIENTO / DATE OF EXPIRY
19 JUN/JUN 2018



P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



# AFFIDAVIT OF CUSTODIAN OF RECORDS

**LETICIA MONTOYA**, being duly sworn, states:

1.  I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for BILLBROOK PROPERTIES LLC. FORBEST LTD. serves as manager for BILLBROOK PROPERTIES LLC

2.  On the 22nd day of August, 2013, BILLBROOK PROPERTIES LLC received a Subpoena Duces Tecum in connection with the matter entitled NML Capital, Ltd. v. The Republic of Argentina, requesting the production of documents and things delineated in the Subpoena.

3.  I and/or persons acting under my supervision and control made a complete search of all available records.

4.  BILLBROOK PROPERTIES LLC maintains records for 3 years.

5.  ALDYNE LTD. reviewed the records of BILLBROOK PROPERTIES LLC and determined that it has no documents that are responsive to the subpoena.

Dated this 29th day of August, 2013.

Leticia Montoya
On Behalf of ALDYNE LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

PASAPORTE
PASSPORT

REPUBLICA DE PANAMA

| | | |
|---|---|---|
| TIPO TYPE | PAIS COUNTRY CODE | PASAPORTE No. PASSPORT N |
| P | PAN | 1974639 |

APELLIDO SURNAME
MONTOYA  MORAN

NOMBRE GIVEN NAMES
LETICIA

LUGAR DE NAC. PLACE OF BIRTH
PANAMA

EXPEDICION EN ISSUING OFFICE
PANAMA

FECHA DE NACIMIENTO DATE OF BIRTH
21 MAR/MAR 1953

CEDULA No.
02 007800846

SEXO SEX
F

NACIONALIDAD NATIONALITY
PANAMEÑA/PANAMANIAN

EMISION DATE OF ISSUE
20 JUN/JUN 2013

VENCIMIENTO DATE OF EXPIRY
19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



# AFFIDAVIT OF CUSTODIAN OF RECORDS

**LETICIA MONTOYA**, being duly sworn, states:

1. I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for BINDER CHEMICALS LLC. FORBEST LTD. serves as manager for BINDER CHEMICALS LLC

2. On the 22nd day of August, 2013, BINDER CHEMICALS LLC received a Subpoena Duces Tecum in connection with the matter entitled NML Capital, Ltd. v. The Republic of Argentina, requesting the production of documents and things delineated in the Subpoena.

3. I and/or persons acting under my supervision and control made a complete search of all available records.

4. BINDER CHEMICALS LLC maintains records for 3 years.

5. ALDYNE LTD. reviewed the records of BINDER CHEMICALS LLC and determined that it has no documents that are responsive to the subpoena.

Dated this 29th day of August, 2013.

Leticia Montoya
On Behalf of ALDYNE LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                    Witness

Testigo                    Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto



PASAPORTE
PASSPORT

REPÚBLICA DE PANAMA

| TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE No / PASSPORT No |
|---|---|---|
| P | PAN | 1974639 |

APELLIDOS / SURNAME
MONTOYA MORAN

NOMBRES / GIVEN NAMES
LETICIA

LUGAR DE NAC. / PLACE OF BIRTH
PANAMA

FECHA DE NACIMIENTO / DATE OF BIRTH
21 MAR/MAR 1953

SEXO / SEX
F

EMISIÓN / DATE OF ISSUE
20 JUN/JUN 2013

OFICINA EXP. / ISSUING OFFICE
PANAMA

CÉDULA No
02-007800846

NACIONALIDAD / NATIONALITY
PANAMEÑA PANAMANIAN

VENCIMIENTO / DATE OF EXPIRY
19 JUN/JUN 2018



P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.     I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for BIO

HEALTH INTERNATIONAL INC LLC.  ALDYNE LTD. previously served as manager for BIO

HEALTH INTERNATIONAL INC LLC.

2.     On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of BIO HEALTH

INTERNATIONAL INC LLC. a Subpoena Duces Tecum in connection with the matter entitled *NML*

*Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated

in the Subpoena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the

previous resident agent for BIO HEALTH INTERNATIONAL INC LLC.

3.     I and/or persons acting under my supervision and control made a complete search of all

available records.

4.     ALDYNE LTD. has had its status as manager of BIO HEALTH INTERNATIONAL INC

LLC. revoked and no longer maintains records on behalf of BIO HEALTH INTERNATIONAL INC

LLC.

5.     ALDYNE LTD. reviewed its records and has determined that it has no documents that

are responsive to the subpoena issued to BIO HEALTH INTERNATIONAL INC LLC.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness          Witness

Testigo          Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA on behalf of ALDYNE

LTD.



VISACIONES

PASAPORTE
PASSPORT

**REPÚBLICA DE PANAMÁ**

TIPO / TYPE    PAIS / COUNTRY CODE    PASAPORTE NO. / PASSPORT NO.
P    PAN    1974639

APELLIDO/SURNAME
MONTOYA MORAN

NOMBRES/GIVEN NAMES
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH    EXPEDIDO EN / ISSUING OFFICE
PANAMA    PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH    CEDULA/ID
21 MAR/MAR 1953    02   007800846

SEXO/SEX    NACIONALIDAD/NATIONALITY
F    PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE    VENCIMIENTO / DATE OF EXPIRY
20 JUN/JUN 2013    19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



# AFFIDAVIT OF CUSTODIAN OF RECORDS

**LETICIA MONTOYA,** being duly sworn, states:

1. I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for BLUE DREAMS REAL ESTATE INVESTMENTS LTD. FORBEST LTD. serves as manager for BLUE DREAMS REAL ESTATE INVESTMENTS LTD.

2. On the 22nd day of August, 2013, BLUE DREAMS REAL ESTATE INVESTMENTS LTD. received a Subpoena Duces Tecum in connection with the matter entitled NML Capital, Ltd. v. The Republic of Argentina, requesting the production of documents and things delineated in the Subpoena.

3. I and/or persons acting under my supervision and control made a complete search of all available records.

4. BLUE DREAMS REAL ESTATE INVESTMENTS LTD. maintains records for 3 years.

5. ALDYNE LTD. reviewed the records of BLUE DREAMS REAL ESTATE INVESTMENTS LTD. and determined that it has no documents that are responsive to the subpoena.

Dated this 29th day of August, 2013.

Leticia Montoya
On Behalf of ALDYNE LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                    Witness

Testigo                    Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

## REPUBLICA DE PANAMA

PASAPORTE
PASSPORT

| | | |
|---|---|---|
| TIPO TYPE | PAIS COUNTRY CODE | PASAPORTE No. PASSPORT No. |
| P | PAN | 1974639 |

APELLIDO SURNAME
**MONTOYA MORAN**

NOMBRE GIVEN NAMES
**LETICIA**

LUGAR DE NAC. PLACE OF BIRTH
**PANAMA**

EXPEDICION ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA ID.
**02 007800846**

SEXO SEX
**F**

NACIONALIDAD NATIONALITY
**PANAMEÑA PANAMANIAN**

EMISION DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO DATE OF EXPIRY
**19 JUN/JUN 2018**



P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for BRIGHT LIGHT GROUP LLC.  ALDYNE LTD. previously served as manager for BRIGHT LIGHT GROUP LLC.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of BRIGHT LIGHT GROUP LLC. a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for BRIGHT LIGHT GROUP LLC.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      ALDYNE LTD. has had its status as manager of BRIGHT LIGHT GROUP LLC. revoked and no longer maintains records on behalf of BRIGHT LIGHT GROUP LLC.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to BRIGHT LIGHT GROUP LLC.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                              Witness

Testigo                              Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA on behalf of ALDYNE LTD.



VISACIONES

| PASAPORTE PASSPORT | REPÚBLICA DE PANAMÁ | |
|---|---|---|
| TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO |
| P | PAN | 1974639 |

APELLIDOS/SURNAME
MONTOYA MORAN

NOMBRE/GIVEN NAMES
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH
PANAMA

EXPEDIDO EN / ISSUING OFFICE
PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH
21 MAR/MAR 1953

CEDULA/ID
02  007800846

SEXO/SEX
F

NACIONALIDAD/NATIONALITY
PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE
20 JUN/JUN 2013

VENCIMIENTO / DATE OF EXPIRY
19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<
1974639<<3PAN5303212F1806195O2<<007800846<96

## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for BUTLER TRADING LLC.  ALDYNE LTD. previously served as manager for BUTLER TRADING LLC.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of BUTLER TRADING LLC. a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for BUTLER TRADING LLC.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      ALDYNE LTD. has had its status as manager of BUTLER TRADING LLC. revoked and no longer maintains records on behalf of BUTLER TRADING LLC.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to BUTLER TRADING LLC.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA on behalf of ALDYNE LTD.



VISACIONES

| PASAPORTE PASSPORT | REPUBLICA DE PANAMA | |
| --- | --- | --- |
| | TIPO / TYPE PAIS / COUNTRY CODE PASAPORTE NO. / PASSPORT NO | |
| | P PAN 1974639 | |
| | APELLIDOS/SURNAME | |
| | MONTOYA MORAN | |
| | NOMBRE/GIVEN NAMES | |
| | LETICIA | |
| | LUGAR DE NAC./ PLACE OF BIRTH | EXPEDIDO EN / ISSUING OFFICE |
| | PANAMA | PANAMA |
| | FECHA DE NACIMIENTO/DATE OF BIRTH | CEDULA/ID |
| | 21 MAR/MAR 1953 | 02 007800846 |
| | SEXO/SEX | NACIONALIDAD/NATIONALITY |
| | F | PANAMEÑA/PANAMANIAN |
| | EMISION / DATE OF ISSUE | VENCIMIENTO / DATE OF EXPIRY |
| | 20 JUN/JUN 2013 | 19 JUN/JUN 2018 |

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96

## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for BUTTERFIELD CONSULTANTS LLC.  ALDYNE LTD. previously served as manager for BUTTERFIELD CONSULTANTS LLC.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of BUTTERFIELD CONSULTANTS LLC. a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for BUTTERFIELD CONSULTANTS LLC.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      ALDYNE LTD. has had its status as manager of BUTTERFIELD CONSULTANTS LLC. revoked and no longer maintains records on behalf of BUTTERFIELD CONSULTANTS LLC.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to BUTTERFIELD CONSULTANTS LLC.

Dated this 29th day of August, 2013.

LETICIA MONTOYA on behalf of ALDYNE LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                          Witness

Testigo                          Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto



VISACIONES

PASAPORTE
PASSPORT

REPÚBLICA DE PANAMA

TIPO / TYPE    PAIS / COUNTRY CODE    PASAPORTE NO. / PASSPORT NO.
P    PAN    1974639

APELLIDOS/SURNAME
MONTOYA MORAN

NOMBRE S/GIVEN NAMES
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH
PANAMA

EXPEDIDO EN / ISSUING OFFICE
PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH
21 MAR/MAR 1953

CEDULA/ID
02 007800846

SEXO/SEX
F

NACIONALIDAD/NATIONALITY
PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE
20 JUN/JUN 2013

VENCIMIENTO / DATE OF EXPIRY
19 JUN/JUN 2018

 

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96

## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for BUWAN MARKETING LTD..  ALDYNE LTD. previously served as manager for BUWAN MARKETING LTD..

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of BUWAN MARKETING LTD.. a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina,* requesting the production of documents and things delineated in the Subpoena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for BUWAN MARKETING LTD..

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      ALDYNE LTD. has had its status as manager of BUWAN MARKETING LTD.. revoked and no longer maintains records on behalf of BUWAN MARKETING LTD..

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to BUWAN MARKETING LTD..

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                          Witness

Testigo                          Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA on behalf of ALDYNE LTD.



VISACIONES

**PASAPORTE**
**PASSPORT**

**REPÚBLICA DE PANAMÁ**

| | |
|---|---|
| TIPO / TYPE | PAIS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO |
| P | PAN | 1974639 |

APELLIDOS/SURNAME
**MONTOYA MORAN**

NOMBRES/GIVEN NAMES
**LETICIA**

LUGAR DE NAC./ PLACE OF BIRTH
**PANAMA**

FECHA DE NACIMIENTO/DATE OF BIRTH
**21 MAR/MAR 1953**

SEXO/SEX
**F**

EMISIÓN / DATE OF ISSUE
**20 JUN/JUN 2013**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

CEDULA/ID
**02  007800846**

NACIONALIDAD/NATIONALITY
**PANAMEÑA/PANAMANIAN**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**



P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F1806195O2<<007800846<96

## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for

CALYPSSO GROUP LLC.  ALDYNE LTD. previously served as manager for CALYPSSO GROUP

LLC.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of CALYPSSO

GROUP LLC. a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The

Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident

agent for CALYPSSO GROUP LLC.

3.      I and/or persons acting under my supervision and control made a complete search of all

available records.

4.      ALDYNE LTD. has had its status as manager of CALYPSSO GROUP LLC. revoked and

no longer maintains records on behalf of CALYPSSO GROUP LLC.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that

are responsive to the subpoena issued to CALYPSSO GROUP LLC.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification
no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula
no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document,
his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los)sujeto(s) que firmó (firmaron) el presente documento,
su(s) firma(s) es(son)  auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                          Witness

Testigo                          Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA on behalf of ALDYNE

LTD.



VISACIONES

PASAPORTE
PASSPORT

REPÚBLICA DE PANAMÁ

| | | |
|---|---|---|
| TIPO / TYPE | PAIS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO. |
| P | PAN | 1974639 |

APELLIDOS / SURNAME
MONTOYA MORAN

NOMBRE BO/WE/S NAMES
LETICIA

LUGAR DE NAC / PLACE OF BIRTH
PANAMA

EXPEDIDO EN / ISSUING OFFICE
PANAMA

FECHA DE NACIMIENTO / DATE OF BIRTH
21 MAR/MAR 1953

CEDULA/ID
02 007800846

SEXO/SEX
F

NACIONALIDAD/NATIONALITY
PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE
20 JUN/JUN 2013

VENCIMIENTO / DATE OF EXPIRY
19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.       I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for

CARVELLE GROUP LLC.  ALDYNE LTD. previously served as manager for CARVELLE GROUP

LLC.

2.       On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of CARVELLE

GROUP LLC. a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The*

*Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident

agent for CARVELLE GROUP LLC.

3.       I and/or persons acting under my supervision and control made a complete search of all

available records.

4.       ALDYNE LTD. has had its status as manager of CARVELLE GROUP LLC. revoked

and no longer maintains records on behalf of CARVELLE GROUP LLC.

5.       ALDYNE LTD. reviewed its records and has determined that it has no documents that

are responsive to the subpoena issued to CARVELLE GROUP LLC.

---

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los/sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                          Witness

Testigo                          Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

---

Dated this 29th day of August, 2013.

LETICIA MONTOYA on behalf of ALDYNE

LTD.



VISACIONES

REPÚBLICA DE PANAMÁ

**PASAPORTE**
**PASSPORT**

TIPO / TYPE  PAIS / COUNTRY CODE  PASAPORTE NO. / PASSPORT NO
P  PAN  1974639

APELLIDOS/SURNAME
MONTOYA MORAN

NOMBRES/GIVEN NAMES
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH
PANAMA

EXPEDIDO EN / ISSUING OFFICE
PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH
21 MAR/MAR 1953

CEDULA/ID
02  007800846

SEXO/SEX
F

NACIONALIDAD/NATIONALITY
PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE
20 JUN/JUN 2013

VENCIMIENTO / DATE OF EXPIRY
19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



# AFFIDAVIT OF CUSTODIAN OF RECORDS

**LETICIA MONTOYA**, being duly sworn, states:

1. I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for **CAVALAGH COMMODITIES LLC. FORBEST LTD.** serves as manager for **CAVALAGH COMMODITIES LLC.**

2. On the 22nd day of August, 2013, CAVALAGH COMMODITIES LLC received a Subpoena Duces Tecum in connection with the matter entitled NML Capital, Ltd. v. The Republic of Argentina, requesting the production of documents and things delineated in the Subpoena.

3. I and/or persons acting under my supervision and control made a complete search of all available records.

4. CAVALAGH COMMODITIES LLC maintains records for 3 years.

5. ALDYNE LTD. reviewed the records of CAVALAGH COMMODITIES LLC and determined that it has no documents that are responsive to the subpoena.

Dated this 29th day of August, 2013.

_Leticia Montoya_
Leticia Montoya
On Behalf of ALDYNE LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto



## REPUBLICA DE PANAMA

| | | |
|---|---|---|
| PASAPORTE PASSPORT | TIPO / TYPE: P   PAIS / COUNTRY CODE: PAN | PASAPORTE No / PASSPORT No: 1974639 |



APELLIDO / SURNAME
**MONTOYA MORAN**

NOMBRES / GIVEN NAMES
**LETICIA**

| | |
|---|---|
| LUGAR DE NAC / PLACE OF BIRTH **PANAMA** | EXPEDICION EN / ISSUING OFFICE **PANAMA** |
| FECHA DE NACIMIENTO / DATE OF BIRTH **21 MAR/MAR 1953** | CEDULA / ID 02 007800846 |
| SEXO / SEX **F** | NACIONALIDAD / NATIONALITY **PANAMEÑA PANAMANIAN** |
| EMISION / DATE OF ISSUE **20 JUN/JUN 2013** | VENCIMIENTO / DATE OF EXPIRY **19 JUN/JUN 2018** |



P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



# AFFIDAVIT OF CUSTODIAN OF RECORDS

**LETICIA MONTOYA**, being duly sworn, states:

1. I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for CITRONE OVERSEAS LLC. ALDYNE LTD. serves as manager for CITRONE OVERSEAS LLC.

2. On the 22nd day of August, 2013, CITRONE OVERSEAS LLC received a Subpoena Duces Tecum in connection with the matter entitled NML Capital, Ltd. v. The Republic of Argentina, requesting the production of documents and things delineated in the Subpoena.

3. I and/or persons acting under my supervision and control made a complete search of all available records.

4. CITRONE OVERSEAS LLC maintains records for 3 years.

5. ALDYNE LTD. reviewed the records of CITRONE OVERSEAS LLC and determined that it has no documents that are responsive to the subpoena.

Dated this 29th day of August, 2013.

Leticia Montoya
On Behalf of ALDYNE LTD.

---

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

**CERTIFY**

**CERTIFICO**

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son)  auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness
Testigo

Witness
Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto



## REPUBLICA DE PANAMA

PASAPORTE
PASSPORT



| TIPO / TYPE | PAIS / COUNTRY CODE | PASAPORTE No. / PASSPORT No. |
|---|---|---|
| P | PAN | 1974639 |

APELLIDO / SURNAME
MONTOYA MORAN

NOMBRES / GIVEN NAMES
LETICIA

| LUGAR DE NAC / PLACE OF BIRTH | EXPEDIDO EN / ISSUING OFFICE |
|---|---|
| PANAMA | PANAMA |

| FECHA DE NACIMIENTO / DATE OF BIRTH | ID No. / N.I.C. |
|---|---|
| 21 MAR MAR 1953 | 02-007800846 |

| SEXO / SEX | NACIONALIDAD / NATIONALITY |
|---|---|
| F | PANAMEÑA / PANAMANIAN |

| EMISION / DATE OF ISSUE | VENCIMIENTO / DATE OF EXPIRY |
|---|---|
| 20 JUN JUN 2013 | 19 JUN JUN 2018 |



P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



**ATTACHMENT B**

**AFFIDAVIT OF CUSTODIAN OF RECORDS**

JPD Asociados S.A., being first sworn, states:

1.  We are the accountants for CORELEY PROPERTIES INC. LLC and, as such, we act as custodian of records for CORELEY PROPERTIES INC. LLC

2.  On the 28th day of August, 2013, we received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd., v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3.  We and/or persons acting under our supervision and control made a complete search of all available records.

4.  JPD Asociados S.A. maintains records for January 3rd., 2000 until August 10th., 2006.

5.  There are no documents relating to funds or other property transferred either by us to another person, or to us by another person, since January 1, 2010.

6.  CORELEY PROPERTIES INC. LLC has not received any communications, requests or subpoenas from any person in connection with investigations of Lázaro Báez, an Argentine national, by any government authority, including the Republic of Argentina.



Dated this 2nd. Day of September, 2013

Juan Pedro Damiani

On Behalf of JPD Asociados S.A.



Yo, AGUSTIN PITTY AROSEMENA, Notario Público Octavo Primer
Suplente del Circuito de Panamá, con Cédula No. 4-148-768
CERTIFICO:

Que la(s) firma(s) anterior(es) ha(n) sido reconocida(s)
como suya(s) por los firmantes, por consiguiente, dicha(s)
firma(s) es (son) auténtica(s).

Panamá,   19 SEP 2013

AGUSTIN PITTY AROSEMENA
Notario Público Octavo Primer Suplente

foja N=2



RESIDENZA / RESIDENCE / DOMICILE (11)

MONTEVIDEO (URY)

RESIDENZA / RESIDENCE / DOMICILE (11)

RESIDENZA / RESIDENCE / DOMICILE (11)

STATURA / HEIGHT / TAILLE (12)

172

COLORE DEGLI OCCHI / COLOUR OF EYES / COULEUR DES YEUX (13)

MARRONI

3

PASSAPORTO
PASSPORT
PASSEPORT

**REPUBBLICA ITALIANA**
Tipo. Type. Type. Codice Paese. Code of issuing State. Code du Pays émetteur.   Passaporto N. Passport No. Passeport N°.

P    ITA                                              YA3900428

Cognome. Surname. Nom. (1)
DAMIANI
Nome. Given Names. Prénoms. (2)
JUAN PEDRO
Cittadinanza. Nationality. Nationalité. (3)
ITALIANA
Data di nascita. Date of birth. Date de naissance. (4)
14 GIU/JUN 1958
Sesso. Sex. Sexe. (5)   Luogo di nascita. Place of birth. Lieu de naissance. (6)
M                MONTEVIDEO (URY)
Data di rilascio. Date of Issue. Date de délivrance. (7)
07 SET/SEP 2012
Data di scadenza. Date of expiry. Date d'expiration. (8)
06 SET/SEP 2022

Autorità. Authority. Autorité. (9)
MINISTRO AFFARI ESTERI
Firma del titolare. (10)
Holder's Signature. Signature du titulaire

P<ITADAMIANI<<JUAN<PEDRO<<<<<<<<<<<<<<<<<<<<<<
YA3900428 6ITA5806148M2209069<<<<<<<<<<<<<<04

EDUARDO J. SIMON
ESCRIBANO

NOTARIA OCTAVA DEL CIRCUITO

**TRANSLATION**

The undersigned, AGUSTIN PITTY AROSEMENA, Eighth Notary Public, First Alternate, of the Circuit of Panama, holder of personal identity card No. 4-148-768 CERTIFIES that the preceding signature(s) has (have) been acknowledged as his/her/their signature (s) by the signatory/signatories; therefore, said signature (s) is(are) authentic.

Panama, 19th September 2013

(SIGNED ILLEGIBLE)

AGUSTIN PITTY AROSEMENA
Eighth Notary Public, First Alternate
(*The seal of the Eighth Notary of the Circuit, Republic of Panama has been stamped hereon*).

THE FOREGOING TEXT IS A TRUE AND FAITHFUL TRANSLATION OF AN ORIGINAL DOCUMENT IN THE SPANISH LANGUAGE. PANAMA, 19TH SEPTEMBER 2013.

YESENIA I. FLOREZ ARROCHA
CERTIFIED PUBLIC TRANSLATOR
ENGLISH-SPANISH

Res. No. 438 of 20-VII-04
Panama, Republic of Panama



## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for COSMETECH LC.  ALDYNE LTD. previously served as manager for COSMETECH LC.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of COSMETECH LC. a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for COSMETECH LC.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      ALDYNE LTD. has had its status as manager of COSMETECH LC. revoked and no longer maintains records on behalf of COSMETECH LC.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to COSMETECH LC.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

___Witness                        Witness

Testigo                             Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA on behalf of ALDYNE LTD.



VISACIONES

**PASAPORTE**
**PASSPORT**

**REPÚBLICA DE PANAMÁ**

TIPO / TYPE
P

PAIS / COUNTRY CODE
PAN

PASAPORTE NO. / PASSPORT NO
1974639

APELLIDOS/SURNAME
MONTOYA MORAN

NOMBRES/GIVEN NAMES
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH
PANAMA

EXPEDIDO EN / ISSUING OFFICE
PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH
21 MAR/MAR 1953

CEDULA/ID
02  007800846

SEXO/SEX
F

NACIONALIDAD/NATIONALITY
PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE
20 JUN/JUN 2013

VENCIMIENTO / DATE OF EXPIRY
19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F1806195O2<<007800846<96



# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.     I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for DILLAN ATLANTIC LLC.   ALDYNE LTD. previously served as manager for DILLAN ATLANTIC LLC.

2.     On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of DILLAN ATLANTIC LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for DILLAN ATLANTIC LLC.

3.     I and/or persons acting under my supervision and control made a complete search of all available records.

4.     ALDYNE LTD. has had its status as manager of DILLAN ATLANTIC LLC revoked and no longer maintains records on behalf of DILLAN ATLANTIC LLC.

5.     ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to DILLAN ATLANTIC LLC.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA On Behalf of ALDYNE



VISACIONES

**PASAPORTE**
**PASSPORT**

**REPÚBLICA DE PANAMÁ**

| TIPO / TYPE | PAIS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO. |
|---|---|---|
| P | PAN | 1974639 |

APELLIDO/SURNAME
**MONTOYA MORÁN**

NOMBRE/GIVEN NAMES
**LETICIA**

LUGAR DE NAC./ PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO/DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA/ID
**02  007800846**

SEXO/SEX
**F**

NACIONALIDAD/NATIONALITY
**PANAMEÑA/PANAMANIAN**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**



```
P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F1806195O2<<007800846<96
```



# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.     I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for DILMOND ENTERPRISES LTD. ALDYNE LTD. previously served as manager for DILMOND ENTERPRISES LTD.

2.     On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of DILMOND ENTERPRISES LTD. a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena. The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for DILMOND ENTERPRISES LTD.

3.     I and/or persons acting under my supervision and control made a complete search of all available records.

4.     ALDYNE LTD. has had its status as manager of DILMOND ENTERPRISES LTD. revoked and no longer maintains records on behalf of DILMOND ENTERPRISES LTD.

5.     ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to DILMOND ENTERPRISES LTD.

---

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

---

Dated this 29th day of August, 2013.

LETICIA MONTOYA On Behalf of ALDYNE LTD.



VISACIONES

PASAPORTE
PASSPORT

REPÚBLICA DE PANAMÁ

| TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO. |
| --- | --- | --- |
| P | PAN | 1974639 |

APELLIDOS/SURNAME
MONTOYA MORAN

NOMBRES/GIVEN NAMES
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH
PANAMA

EXPEDIDO EN / ISSUING OFFICE
PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH
21 MAR/MAR 1953

CEDULA/ID
02 007800846

SEXO/SEX
F

NACIONALIDAD/NATIONALITY
PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE
20 JUN/JUN 2013

VENCIMIENTO / DATE OF EXPIRY
19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for DOLFIN TRADING LLC   ALDYNE LTD. previously served as manager for DOLFIN TRADING LLC

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of  DOLFIN TRADING LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for DOLFIN TRADING LLC

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      ALDYNE LTD. has had its status as manager of  DOLFIN TRADING LLC revoked and no longer maintains records on behalf of  DOLFIN TRADING LLC

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to DOLFIN TRADING LLC

---

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son)  auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA On Behalf of ALDYNE LTD.



VISACIONES

PASAPORTE
PASSPORT

**REPÚBLICA DE PANAMÁ**

| TIPO / TYPE | PAIS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO. |
|---|---|---|
| P | PAN | 1974639 |

APELLIDOS/SURNAME
MONTOYA MORAN

NOMBRE/GIVEN NAMES
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH
PANAMA

EXPEDIDO EN / ISSUING OFFICE
PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH
21 MAR/MAR 1953

CEDULA/ID
02  007800846

SEXO/SEX
F

NACIONALIDAD/NATIONALITY
PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE
20 JUN/JUN 2013

VENCIMIENTO / DATE OF EXPIRY
19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



## AFFIDAVIT OF CUSTODIAN OF RECORDS

**LETICIA MONTOYA**, being duly sworn, states:

1. I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for DYNAMIC FITTNESS LLC. ALDYNE LTD. serves as manager for DYNAMIC FITTNESS LLC.

2. On the 22nd day of August, 2013, DYNAMIC FITTNESS LLC received a Subpoena Duces Tecum in connection with the matter entitled NML Capital, Ltd. v. The Republic of Argentina, requesting the production of documents and things delineated in the Subpoena.

3. I and/or persons acting under my supervision and control made a complete search of all available records.

4. DYNAMIC FITTNESS LLC maintains records for 3 years.

5. ALDYNE LTD. reviewed the records of DYNAMIC FITTNESS LLC and determined that it has no documents that are responsive to the subpoena.

Dated this 29th day of August, 2013.

Leticia Montoya
On Behalf of ALDYNE LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 )/e agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto



PASAPORTE
PASSPORT i

## REPUBLICA DE PANAMA

| TIPO / TYPE | PAIS / COUNTRY CODE | PASAPORTE No. / PASSPORT No. |
|---|---|---|
| P | PAN | 1974639 |

APELLIDOS / SURNAME
**MONTOYA MORAN**

NOMBRES / GIVEN NAMES
**LETICIA**

LUGAR DE NAC. / PLACE OF BIRTH
**PANAMA**

FECHA DE NACIMIENTO / DATE OF BIRTH
**21 MAR/MAR 1953**

SEXO / SEX
**F**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

CEDULA No.
**02-007800846**

NACIONALIDAD / NATIONALITY
**PANAMENA/PANAMANIAN**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**





```
P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96
```



# AFFIDAVIT OF CUSTODIAN OF RECORDS

**LETICIA MONTOYA**, being duly sworn, states:

1. I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for EASTFER INTERNATIONAL LLC. ALDYNE LTD. serves as manager for EASTFER INTERNATIONAL LLC.

2. On the 22nd day of August, 2013, EASTFER INTERNATIONAL LLC received a Subpoena Duces Tecum in connection with the matter entitled NML Capital, Ltd. v. The Republic of Argentina, requesting the production of documents and things delineated in the Subpoena.

3. I and/or persons acting under my supervision and control made a complete search of all available records.

4. EASTFER INTERNATIONAL LLC maintains records for 3 years.

5. ALDYNE LTD. reviewed the records of EASTFER INTERNATIONAL LLC and determined that it has no documents that are responsive to the subpoena.

Dated this 29th day of August, 2013.

Leticia Montoya
On Behalf of ALDYNE LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto



**REPUBLICA DE PANAMA**

| PASAPORTE PASSPORT | TIPO / TYPE | PAIS / COUNTRY CODE | PASAPORTE N° / PASSPORT N° |
|---|---|---|---|
| | P | PAN | 1974639 |



APELLIDOS / SURNAME
**MONTOYA MORAN**

NOMBRE / GIVEN NAMES
**LETICIA**

| LUGAR DE NAC. / PLACE OF BIRTH | EXPEDIDO EN / ISSUING OFFICE |
|---|---|
| **PANAMA** | **PANAMA** |

| FECHA DE NACIMIENTO / DATE OF BIRTH | CEDULA N° |
|---|---|
| **21 MAR/MAR 1953** | 02 007800846 |

| SEXO / SEX | NACIONALIDAD / NATIONALITY |
|---|---|
| **F** | **PANAMEÑA PANAMANIAN** |

| EMISION / DATE OF ISSUE | VENCIMIENTO / DATE OF EXPIRY |
|---|---|
| **20 JUN/JUN 2013** | **19 JUN/JUN 2018** |



P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



**ATTACHMENT B**

**AFFIDAVIT OF CUSTODIAN OF RECORDS**

JPD Asociados S.A., being first sworn, states:

1. We are the accountants for ESSEX HOLDINGS GROUP LLC. and, as such, we act as custodian of records for ESSEX HOLDINGS GROUP LLC.

2. On the 28th day of August, 2013, we received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd., v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3. We and/or persons acting under our supervision and control made a complete search of all available records.

4. JPD Asociados S.A. maintains records since August 20th., 1999 up to date.

5. There are no documents relating to funds or other property transferred either by us to another person, or to us by another person, since January 1, 2010.

6. ESSEX HOLDINGS GROUP LLC. has not received any communications, requests or subpoenas from any person in connection with investigations of Lázaro Báez, an Argentine national, by any government authority, including the Republic of Argentina.

Dated this 2nd. Day of September 2013

Juan Pedro Damiani

On Behalf of JPD Asociados S.A.

Yo, AGUSTIN PITTY AROSEMENA, Notario Público Octavo Primer
Suplente del Circuito de Panamá, con Cédula No. 4-148-768
**CERTIFICO:**

Que la(s) firma(s) anterior(es) ha(n) sido reconocida(s) como suya(s) por los firmantes, por consiguiente, dicha(s) firma(s) es (son) auténtica(s).

Panamá, _____ 19 SEP 2013 _____

AGUSTIN PITTY AROSEMENA
Notario Público Octavo Primer Suplente



Foja N=2

NOTARIA OCTAVA DEL CIRCUITO

RESIDENZA / RESIDENCE / DOMICILE (11)

MONTEVIDEO (URY)

RESIDENZA / RESIDENCE / DOMICILE (11)

RESIDENZA / RESIDENCE / DOMICILE (11)

STATURA / HEIGHT / TAILLE (12)

172

COLORE DEGLI OCCHI / COLOUR OF EYES / COULEUR DES YEUX (13)

MARRONI

3

PASSAPORTO
PASSPORT
PASSPORT

**REPUBBLICA ITALIANA**
Tipo. Type. Type. Codice Paese. Code of issuing State. Code du Pays émetteur. Passaporto N. Passport No. Passeport N°.

P        ITA                                    YA3900428

Cognome. Surname. Nom. (1)
DAMIANI

Nome. Given Names. Prénoms. (2)
JUAN PEDRO

Cittadinanza. Nationality. Nationalité. (3)
ITALIANA

Data di nascita. Date of birth. Date de naissance. (4)
14 GIU/JUN 1958

Sesso. Sex. Sexe. (5)  Luogo di nascita. Place of birth. Lieu de naissance. (6)
M              MONTEVIDEO (URY)

Data di rilascio. Date of issue. Date de délivrance. (7)
07 SET/SEP 2012

Data di scadenza. Date of expiry. Date d'expiration. (8)
06 SET/SEP 2022

Autorità. Authority. Autorité. (9)
MINISTRO AFFARI ESTERI

Firma del titolare. (10)
Holder's Signature / Signature du titulaire



P<ITADAMIANI<<JUAN<PEDRO<<<<<<<<<<<<<<<<<<<<<<<
YA3900428IITA5806148M2209069<<<<<<<<<<<<<<04

EDUARDO J. SIMON
ESCRIBANO

**TRANSLATION**

The undersigned, AGUSTIN PITTY AROSEMENA, Eighth Notary Public, First Alternate, of the Circuit of Panama, holder of personal identity card No. 4-148-768 CERTIFIES that the preceding signature(s) has (have) been acknowledged as his/her/their signature (s) by the signatory/signatories; therefore, said signature (s) is(are) authentic.

Panama, <u>19th September 2013</u>

(SIGNED ILLEGIBLE)

_____

AGUSTIN PITTY AROSEMENA
Eighth Notary Public, First Alternate
*(The seal of the Eighth Notary of the Circuit, Republic of Panama has been stamped hereon).*

THE FOREGOING TEXT IS A TRUE AND FAITHFUL TRANSLATION OF AN ORIGINAL DOCUMENT IN THE SPANISH LANGUAGE. PANAMA, 19TH SEPTEMBER 2013.

YESENIA I. FLOREZ ARROCHA
CERTIFIED PUBLIC TRANSLATOR
ENGLISH-SPANISH

Res. No.438 of 20-VII-04
Panama, Republic of Panama



# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.    I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for ESTIVAL INTERNATIONAL LTD.  ALDYNE LTD. previously served as manager for ESTIVAL INTERNATIONAL LTD.

2.    On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of  ESTIVAL INTERNATIONAL LTD. a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for ESTIVAL INTERNATIONAL LTD.

3.    I and/or persons acting under my supervision and control made a complete search of all available records.

4.    ALDYNE LTD. has had its status as manager of  ESTIVAL INTERNATIONAL LTD. revoked and no longer maintains records on behalf of  ESTIVAL INTERNATIONAL LTD.

5.    ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to ESTIVAL INTERNATIONAL LTD.

---

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                         Witness

Testigo                         Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29ᵗʰ day of August, 2013.

LETICIA MONTOYA On Behalf of ALDYNE LTD.

VISACIONES

## PASAPORTE PASSPORT

REPÚBLICA DE PANAMÁ

| | |
|---|---|
| TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO. |
| P | PAN | 1974639 |

APELLIDO/SURNAME
MONTOYA MORAN

NOMBRE/GIVEN NAMES
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH
PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH
21 MAR/MAR 1953

SEXO/SEX
F

EMISION / DATE OF ISSUE
20 JUN/JUN 2013

EXPEDIDO EN / ISSUING OFFICE
PANAMA

CEDULA/ID
02  D07800845

NACIONALIDAD/NATIONALITY
PANAMEÑA/PANAMANIAN

VENCIMIENTO / DATE OF EXPIRY
19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.     I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for ESTRIDGE OVERSEAS LC.   ALDYNE LTD. previously served as manager for ESTRIDGE OVERSEAS LC.

2.     On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of ESTRIDGE OVERSEAS LC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for ESTRIDGE OVERSEAS LC.

3.     I and/or persons acting under my supervision and control made a complete search of all available records.

4.     ALDYNE LTD. has had its status as manager of ESTRIDGE OVERSEAS LC revoked and no longer maintains records on behalf of ESTRIDGE OVERSEAS LC.

5.     ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to ESTRIDGE OVERSEAS LC

---

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                        Witness

Testigo                        Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA On Behalf of ALDYNE LTD.



VISACIONES

**PASAPORTE**
**PASSPORT**

**REPÚBLICA DE PANAMÁ**

| TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO. |
|---|---|---|
| P | PAN | 1974639 |

APELLIDOS/SURNAME
**MONTOYA MORAN,**

NOMBRES/GIVEN NAMES
**LETICIA**

LUGAR DE NAC./ PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO/DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA/ID
**02 D07800846**

SEXO/SEX
**F**

NACIONALIDAD/NATIONALITY
**PANAMEÑA/PANAMANIAN**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**

```
P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96
```



# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for ESTRIVELA LLC.   ALDYNE LTD. previously served as manager for ESTRIVELA LLC.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of ESTRIVELA LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for ESTRIVELA LLC.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      ALDYNE LTD. has had its status as manager of ESTRIVELA LLC revoked and no longer maintains records on behalf of ESTRIVELA LLC.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to ESTRIVELA LLC.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA On Behalf of ALDYNE LTD.



VISACIONES

### PASAPORTE
### PASSPORT

**REPÚBLICA DE PANAMÁ**

TIPO / TYPE
P

PAIS / COUNTRY CODE
PAN

PASAPORTE NO. / PASSPORT NO
1974639

APELLIDO/SURNAME
MONTOYA MORAN

NOMBRE/GIVEN NAME
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH
PANAMA

EXPEDIDO EN / ISSUING OFFICE
PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH
21 MAR/MAR 1953

CEDULA/ID
02  007800846

SEXO/SEX
F

NACIONALIDAD/NATIONALITY
PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE
20 JUN/JUN 2013

VENCIMIENTO / DATE OF EXPIRY
19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.       I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for ETCO HOLDINGS LLC.   ALDYNE LTD. previously served as manager for ETCO HOLDINGS LLC

2.       On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of  ETCO HOLDINGS LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for ETCO HOLDINGS LLC.

3.       I and/or persons acting under my supervision and control made a complete search of all available records.

4.       ALDYNE LTD. has had its status as manager of  ETCO HOLDINGS LLC. revoked and no longer maintains records on behalf of  ETCO HOLDINGS LLC.

5.       ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to ETCO HOLDINGS LLC.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Witness

Testigo

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA On Behalf of ALDYNE LTD.



VISACIONES

**PASAPORTE**
**PASSPORT**

**REPÚBLICA DE PANAMÁ**

TIPO / TYPE  
P

PAÍS / COUNTRY CODE  
PAN

PASAPORTE NO / PASSPORT NO  
1974639

APELLIDOS/SURNAME  
MONTOYA MORAN

NOMBRES/GIVEN NAMES  
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH  
PANAMA

EXPEDIDO EN / ISSUING OFFICE  
PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH  
21 MAR/MAR 1953

CEDULA/ID  
02  007800846

SEXO/SEX  
F

NACIONALIDAD/NATIONALITY  
PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE  
20 JUN/JUN 2013

VENCIMIENTO / DATE OF EXPIRY  
19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.     I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for EUROGRANIT LLC.   ALDYNE LTD. previously served as manager for EUROGRANIT LLC.

2.     On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of EUROGRANIT LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for EUROGRANIT LLC.

3.     I and/or persons acting under my supervision and control made a complete search of all available records.

4.     ALDYNE LTD. has had its status as manager of  EUROGRANIT LLC revoked and no longer maintains records on behalf of  EUROGRANIT LLC.

5.     ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to EUROGRANIT LLC.

---

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad de (los) Sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                                    Witness

Testigo                                    Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA On Behalf of ALDYNE LTD.



VISACIONES

PASAPORTE
PASSPORT

REPÚBLICA DE PANAMÁ

| TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO |
|---|---|---|
| P | PAN | 1974639 |

APELLIDO/SURNAME
MONTOYA MORAN

NOMBRE/GIVEN NAMES
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH          EXPEDIDO EN / ISSUING OFFICE
PANAMA                                  PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH       CEDULA/ID
21 MAR/MAR 1953                         02  007800846

SEXO/SEX                                NACIONALIDAD/NATIONALITY
F                                       PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE                 VENCIMIENTO / DATE OF EXPIRY
20 JUN/JUN 2013                         19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F1806195O2<<007800846<96



## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for
EVERINA HOLDINGS LTD..   ALDYNE LTD. previously served as manager for   EVERINA
HOLDINGS LTD.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of   EVERINA
HOLDINGS LTD. a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v.
The Republic of Argentina*, requesting the production of documents and things delineated in the
Subopena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the
previous resident agent for   EVERINA HOLDINGS LTD.

3.      I and/or persons acting under my supervision and control made a complete search of all
available records.

4.      ALDYNE LTD. has had its status as manager of   EVERINA HOLDINGS LTD.
revoked and no longer maintains records on behalf of   EVERINA HOLDINGS LTD.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that
are responsive to the subpoena issued to   EVERINA HOLDINGS LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of
Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito
de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the
present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el
presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                Witness

Testigo                Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA  On Behalf of ALDYNE
LTD.

VISACIONES

**REPÚBLICA DE PANAMÁ**

| PASAPORTE PASSPORT | | |
|---|---|---|

TIPO / TYPE: P
PAIS / COUNTRY CODE: PAN
PASAPORTE NO. / PASSPORT NO.: 1974639

APELLIDO/SURNAME:
MONTOYA MORAN

NOMBRES/GIVEN NAMES:
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH:
PANAMA

EXPEDIDO EN / ISSUING OFFICE:
PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH:
21 MAR/MAR 1953

CEDULA/ID:
02 D07800846

SEXO/SEX:
F

NACIONALIDAD/NATIONALITY:
PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE:
20 JUN/JUN 2013

VENCIMIENTO / DATE OF EXPIRY:
19 JUN/JUN 2018



P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for EXTON INTERNATIONAL LLC.  ALDYNE LTD. serves as manager for EXTON INTERNATIONAL LLC.

2.      On the 22nd day of August, 2013, EXTON INTERNATIONAL LLC received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      EXTON INTERNATIONAL LLC maintains records for [3] years.

5.      ALDYNE LTD. reviewed the records of EXTON INTERNATIONAL LLC and determined that it has no documents that are responsive to the subpoena.

Dated this 30th day of August 2013.

LETICIA MONTOYA on behalf of ALDYNE LTD.

I, AGUSTIN PITTY AROSEMENA, Eighth Notary Public of the Circuit of Panama, with identification no. 4-148-768

Yo, AGUSTIN PITTY AROSEMENA, Notario Público Octavo del Circuito de Panamá, con cédula no. 4-148-768

CERTIFICO

CERTIFY
That the previous signature(s) has (have) been recognized by the signer(s) as being his(theirs) and is(are) therefore authentic.

Que la(s) firma(s) anterior(es) ha(n) sido reconocida(s) como suya(s) por los firmantes, por consiguiente, dicha(s) firma(s) es(son) auténtica(s)

Panama, 30th of August 2013

Panamá, 30 de agosto 2013

AGUSTIN PITTY AROSEMENA
Eighth Notary Public, First Deputy

AGUSTIN PITTY AROSEMENA
Notario Público Octavo, Primer Suplente



VISACIONES

**PASAPORTE**
**PASSPORT**

**REPÚBLICA DE PANAMÁ**

| TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO. |
|---|---|---|
| P | PAN | 1974639 |

APELLIDOS/SURNAME
MONTOYA MORAN

NOMBRES/GIVEN NAMES
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH
PANAMA

EXPEDIDO EN / ISSUING OFFICE
PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH
21 MAR/MAR 1953

CEDULA/ID
02  007800846

SEXO/SEX
F

NACIONALIDAD/NATIONALITY
PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE
20 JUN/JUN 2013

VENCIMIENTO / DATE OF EXPIRY
19 JUN/JUN 2016



P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.       I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for FALCONWOOD SERVICES LLC.    ALDYNE LTD. previously served as manager for FALCONWOOD SERVICES LLC.

2.       On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of FALCONWOOD SERVICES LLC    a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for   FALCONWOOD SERVICES LLC.

3.       I and/or persons acting under my supervision and control made a complete search of all available records.

4.       ALDYNE LTD. has had its status as manager of   FALCONWOOD SERVICES LLC revoked and no longer maintains records on behalf of   FALCONWOOD SERVICES LLC.

5.       ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to   FALCONWOOD SERVICES LLC.

---

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

---

Dated this 29th day of August, 2013.

LETICIA MONTOYA On Behalf of ALDYNE LTD.



VISACIONES

| | | REPÚBLICA DE PANAMÁ | |
|---|---|---|---|
| **PASAPORTE** **PASSPORT** | TIPO / TYPE P | PAÍS / COUNTRY CODE PAN | PASAPORTE NO. / PASSPORT NO. 1974639 |
| | APELLIDO/SURNAME MONTOYA MORAN | | |
| | NOMBRES/GIVEN NAMES LETICIA | | |
| | LUGAR DE NAC./ PLACE OF BIRTH PANAMA | EXPEDIDO EN / ISSUING OFFICE PANAMA | |
| | FECHA DE NACIMIENTO/DATE OF BIRTH 21 MAR/MAR 1953 | CEDULA/ID 02 007800846 | |
| | SEXO/SEX F | NACIONALIDAD/NATIONALITY PANAMEÑA/PANAMANIAN | |
| | EMISION / DATE OF ISSUE 20 JUN/JUN 2013 | VENCIMIENTO / DATE OF EXPIRY 19 JUN/JUN 2018 | |



P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F1806195O2<<007800846<96