

**AFFIDAVIT OF CUSTODIAN OF RECORDS**

RICARDO SAMANIEGO, being duly sworn, states:

1.      I am an agent of FERRETTI CORPORATION LIMITED. and, as such, I act as custodian of records for FERRETTI CORPORATION LIMITED.  FERRETTI CORPORATION LIMITED serves as manager for FERRETTI CORPORATION LIMITED.

2.      On the 27th day of August, 2013, FERRETTI CORPORATION LIMITED received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      FERRETTI CORPORATION LIMITED maintains records for [3] years.

5.      FERRETTI CORPORATION LIMITED reviewed the records of FERRETTI CORPORATION LIMITED and determined that it has no documents that are responsive to the subpoena.

Dated this 19th day of September  2013.

*[signature]*

RICARDO SAMANIEGO on behalf of

FERRETTI CORPORATION LIMITED

I, AGUSTIN PITTY AROSEMENA, Eighth Notary Public of the Circuit of Panama, with identification no. 4-148-768

Yo, AGUSTIN PITTY AROSEMENA, Notario Público Octavo del Circuito de Panamá, con cédula no. 4-148-768

CERTIFY

CERTIFICO
That the previous signature(s) has (have) been recognized by the signer(s) as being his(theirs) and is(are) therefore authentic.

Que la(s) firma(s) anterior(es) ha(n) sido reconocida(s) como suya(s) por la firmante(s), por consiguiente, dicha(s) firma(s) es(son) auténtica(s)

Panama, 19th of September 2013

Panamá, 19 de septiembre de  2013

AGUSTIN PITTY AROSEMENA
Eighth Notary Public, First Deputy

AGUSTIN PITTY AROSEMENA
Notario Público Octavo, Primer Suplente





SELLOS DE ENTRADA Y
SALIDA DE PANAMA

3



REPUBLICA DE PANAMA

PASAPORTE
PASSPORT



## AFFIDAVIT OF CUSTODIAN OF RECORDS

ABDIEL NUÑEZ, being duly sworn, states:

1.      I am an agent of FORBEST LTD. and, as such, I act as custodian of records for FERREX DEVELOPMENT LLC.  FORBEST LTD. serves as manager for FERREX DEVELOPMENT LLC.

2.      On the 22nd day of August, 2013, FERREX DEVELOPMENT LLC received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      FERREX DEVELOPMENT LLC maintains records for 3 years.

5.      FORBEST LTD., reviewed the records of FERREX DEVELOPMENT LLC and determined that it has no documents that are responsive to the subpoena.

Dated this 29th day of August, 2013.

Abdiel Nuñez
On Behalf of FORBEST LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with Identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of Identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la Identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                          Witness

Testigo                          Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto



P<PANNUNEZ<NUNEZ<<ABDIEL<ENRIQUE<<<<
1657894<<0PANS707234M1408120008<<02068



**ATTACHMENT B**

## AFFIDAVIT OF CUSTODIAN OF RECORDS

JPD Asociados S.A., being first sworn, states:

1. We are the accountants for FINTECH HOLDINGS LTD. and, as such, we act as custodian of records for FINTECH HOLDINGS LTD.

2. On the 28th day of August, 2013, we received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd., v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3. We and/or persons acting under our supervision and control made a complete search of all available records.

4. JPD Asociados S.A. maintains records since August 30, 1999 up to date.

5. The company FINTECH HOLDINGS LTD. has a banking account at Credit Suisse, since May, 2006.

6. There are no documents relating to funds or other property transferred either by us to another person, or to us by another person, since January 1, 2010.

7. FINTECH HOLDINGS LTD. has not received any communications, requests or subpoenas from any person in connection with investigations of Lázaro Báez, an Argentine national, by any government authority, including the Republic of Argentina.

Dated this 2nd. Day of September, 2013

Juan Pedro Damiani

On Behalf of JPD Asociados S.A.

Yo, AGUSTIN PITTY AROSEMENA, Notario Público Octavo Primer
Suplente del Circuito de Panamá, con Cédula No. 4-148-768
**CERTIFICO:**

Que la(s) firma(s) anterior(es) ha(n) sido reconocida(s)
como suya(s) por los firmantes, por consiguiente, dicha(s)
firma(s) es (son) auténtica(s).

Panamá, __19 SEP 2013__

AGUSTIN PITTY AROSEMENA
Notario Público Octavo Primer Suplente





MONTEVIDEO (URY)

RESIDENZA / RESIDENCE / DOMICILE (11)

RESIDENZA / RESIDENCE / DOMICILE (11)

STATURA / HEIGHT / TAILLE (12)

172

COLORE DEGLI OCCHI / COLOUR OF EYES / COULEUR DES YEUX (13)

MARRONI

3

EDUARDO J. SIMON
ESCRIBANO

PASSAPORTO
PASSPORT
PASSEPORT

REPUBBLICA ITALIANA
Tipo. Type. Type. Codice Paese. Code of issuing State. Code du Pays émetteur. Passaporto N. Passport No. Passeport N°.

P      ITA                                          YA3900428

Cognome. Surname. Nom. (1)
DAMIANI

Nome. Given Names. Prénoms. (2)
JUAN PEDRO

Cittadinanza. Nationality. Nationalité (3)
ITALIANA

Data di nascita. Date of birth. Date de naissance. (4)
14 GIU/JUN 1958

Sesso. Sex. Sexe. (5)   Luogo di nascita. Place of birth. Lieu de naissance. (6)
M           MONTEVIDEO (URY)

Data di rilascio. Date of issue. Date de délivrance. (7)
07 SET/SEP 2012

Autorità. Authority. Autorité. (6)
MINISTRO AFFARI ESTERI

Data di scadenza. Date of expiry. Date d'expiration. (8)
06 SET/SEP 2022

Firma del titolare. (10)
Holder's signature / Signature du titulaire

P<ITADAMIANI<<JUAN<PEDRO<<<<<<<<<<<<<<<<<<<<<
YA390042861ITA5806148M2209069<<<<<<<<<<<<<<04

**TRANSLATION**

The undersigned, AGUSTIN PITTY AROSEMENA, Eighth Notary Public, First Alternate, of the Circuit of Panama, holder of personal identity card No. 4-148-768 CERTIFIES that the preceding signature(s) has (have) been acknowledged as his/her/their signature (s) by the signatory/signatories; therefore, said signature (s) is(are) authentic.

Panama, 19th September 2013

(SIGNED ILLEGIBLE)

_____

AGUSTIN PITTY AROSEMENA
Eighth Notary Public, First Alternate
*(The seal of the Eighth Notary of the Circuit, Republic of Panama has been stamped hereon).*

THE FOREGOING TEXT IS A TRUE AND FAITHFUL TRANSLATION OF AN ORIGINAL DOCUMENT IN THE SPANISH LANGUAGE. PANAMA, 19TH SEPTEMBER 2013.

YESENIA I. FLOREZ ARROCHA
CERTIFIED PUBLIC TRANSLATOR
ENGLISH-SPANISH

Res. No. 435 of 20-VII-04
Panama, Republic of Panama

 CREDIT SUISSE

Private Banking

**Investment Report**
as of 2.7.2013

**Fintech Holdings LLC**
Customer no. 0077-971719-1



**CREDIT SUISSE**

Private Banking

## Investment Report
### as of 2.7.2013

| | |
|---|---|
| Customer no. | 0077-971719-1 |
| In the name of | Fintech Holdings LLC |
| | |
| Creation date | 3.7.2013 |
| Valuation | as of 2.7.2013 |
| Reporting currency | CHF |
| | |
| Reference: | Mr Timothy Franco |
| Telephone | +41 91 802 61 57 |

**CREDIT SUISSE AG**
Casella postale 6960
CH-6901 Lugano

Telefono +41 58 205 12 34
www.credit-suisse.com
BIC      CRESCHZZ60A

Fintech Holdings LLC
SHS TSB0 14

### Table of contents

| | | Page |
|---|---|---|
| 1. | Overview | 2 |
| 2 | Detailed information | |
| | 2.1.  Positions | 3 |
| 3 | Appendix | |
| | 3.1.  Explanations | 4 |
| | 3.2.  Legal information | 5 |

### Scope of analysis

| Constituents | | Currency |
|---|---|---|
| 0077-971719-1 | | |
| Current account | 0077-971719-12 | USD |

CREDIT SUISSE

Investment Report as of 2.7.2013
Fintech Holdings LLC
Customer no. 0077-971719-1
Reporting currency CHF

## 1. Overview

**Portfolio structure by investment category**
as of 2.7.2013

| | CHF | Prop. |
|---|---|---|
| Liquidity | 945'494 | 100.00% |
| Total value | 945'494 | 100.00% |

**Portfolio structure by currency**
as of 2.7.2013

| | CHF | Prop. |
|---|---|---|
| USD - US dollars | 945'494 | 100.00% |
| Total value | 945'494 | 100.00% |

**Portfolio structure by country**
as of 2.7.2013

| | CHF | Prop. |
|---|---|---|
| Switzerland | 945'494 | 100.00% |
| Total value | 945'494 | 100.00% |


CREDIT SUISSE

Investment Report as of 2.7.2013
Fintech Holdings LLC
Customer no. 0077-971'719-1
Reporting currency CHF

## 2. Detailed information

### 2.1. Positions

as of 2.7.2013

| Number/Nominal | Position Description | | Identification | Purchase value Price | Exchange rate | Current valuation Price/Type Date | Value in CHF of which accrued interest, of which market of which FX | Change Total | Prop. |
|---|---|---|---|---|---|---|---|---|---|
| **Liquidity** | | | | | | | | | |
| USD  999'572.67 | Current account | | 0077-071'719-12 CH31 0483 5097 1719 1200 0 | | | | 945'494 | | 100.00% |
| **Total Liquidity** | | | | | | | 945'494 | | 100.00% |
| **Total value** | | | | | | | 945'494 | | 100.00% |


CREDIT SUISSE

## 3. Appendix

### 3.1. Explanations

Conversion rates    The conversion rates are displayed to a maximum of six decimal places, but calculated using the maximum number of decimal places available.

Scope of analysis    The statement includes the constituents listed in the scope of analysis.

**About the investment report**
The attached investment report includes only those bank account details, assets, and liabilities summarized in the aforementioned portfolio(s) and listed in detail under "Scope of analysis." Portfolios are assembled in collaboration with the client and do not necessarily agree in scope with the corresponding client account. The recipient of the report is not necessarily the bank client to whom the bank account, assets, and liabilities are assigned. In particular, the following may not be listed, or not fully listed, within the scope of a portfolio: Building loans and mortgage loans, consumer credits, bills of exchange and acceptances, documentary credits, fiduciary credits, guarantees and similar instruments, investment plans, pending transactions and non-securitized derivatives. Assets quoted in retroactively generated investment reports can differ from an investment report drawn up at any given cutoff date.

**Conversion rates as of 2.7.2013**
USD 1    = CHF 0.947700         CHF 1    = USD 1 055'56

**Valuation and prices**
Valuations contained in this report do not constitute an offer to buy or sell investment products at the indicated valuation. Trading prices may differ from the valuation contained in this report and may in particular be subject to liquidity and/or risk discounts. For certain investment products, in particular for alternative investment instruments, official net asset values may be obtained only on certain dates. In such cases this report may refer to (internal) estimated valuations instead of official net asset values. Unless stated to the contrary, all figures are unaudited. For further information on the investment products listed in the investment report please refer to the product-specific prospectuses, contracts, and transaction slips.

**Taxes**
The report is not suitable for tax purposes. Your client advisor will be pleased to inform you about the tax products in our current offering.

**Link to the Website**
You can find an overview of the benefits of the investment report at
www.credit-suisse.com/investmentreports.


**CREDIT SUISSE**

### 3.2. Legal Information

This document was produced by the bank exclusively for the use of the aforementioned recipient and is for information purposes only. Some of the information and figures included in this document are provided by third parties. Although these sources are considered reliable, the bank accepts no responsibility for their accuracy or completeness. Accordingly, the Bank makes no representation as to the content and completeness of this document, nor does it accept liability for losses arising from the use of the information contained therein. The Bank reserves the right to make corrections to the document.

The recipient is advised to check that the information provided is in line with his/her own circumstances with regard to any legal, regulatory, tax or other consequences, if necessary with the help of a professional advisor. Every investment involves risk, especially with regard to fluctuations in value and return.

Historical information and financial market scenarios are no guarantee for future performance. Investments in foreign currencies involve the additional risk that the foreign currency might lose value against the investor's reference currency.

This document is not suitable for tax purposes. In accordance with the Bank's General Conditions, any objections must be submitted within one month.



# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.    I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for GALDOR ENTERPRISES LLC. ALDYNE LTD., serves as manager for GALDOR ENTERPRISES LLC.

2.    On the 22nd day of August, 2013, GALDOR ENTERPRISES LLC received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3.    I and/or persons acting under my supervision and control made a complete search of all available records.

4.    GALDOR ENTERPRISES LLC maintains records for 3 years.

5.    ALDYNE LTD., reviewed the records of GALDOR ENTERPRISES LLC and determined that it has no documents that are responsive to the subpoena.

Dated this 29th day of August, 2013.

Leticia Montoya
On Behalf of ALDYNE LTD.

---

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panamá 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto



REPUBLICA DE PANAMA

**PASAPORTE**
**PASSPORT**

| TIPO TYPE | PAIS COUNTRY CODE | PASAPORTE No PASSPORT No |
|---|---|---|
| P | PAN | 1974639 |

APELLIDO SURNAME
MONTOYA MORAN

NOMBRE GIVEN NAMES
LETICIA

LUGAR DE NAC PLACE OF BIRTH
PANAMA

LABELACKEN ISSUING OFFICE
PANAMA

FECHA DE NACIMIENTO DATE OF BIRTH
21 MAR MAR 1953

CEDULA No
02-007800846E

SEXO SEX
F

NACIONALIDAD NATIONALITY
PANAMEÑA PANAMANIAN

EMISION DATE OF ISSUE
20 JUN JUN 2013

VENCIMIENTO DATE OF EXPIRY
19 JUN JUN 2018



P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for GALWAY SCOTT TRADING LTD. ALDYNE LTD. previously served as manager for GALWAY SCOTT TRADING LTD.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of GALWAY SCOTT TRADING LTD. a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena. The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for GALWAY SCOTT TRADING LTD.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      ALDYNE LTD. has had its status as manager of GALWAY SCOTT TRADING LTD. revoked and no longer maintains records on behalf of GALWAY SCOTT TRADING LTD.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to GALWAY SCOTT TRADING LTD.

---

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA On Behalf of ALDYNE LTD.

VISACIONES

PASAPORTE
PASSPORT

TIPO / TYPE   PAIS / COUNTRY CODE   PASAPORTE NO / PASSPORT NO.
P            PAN                  1974639

**REPÚBLICA DE PANAMÁ**

APELLIDOS/SURNAME
**MONTOYA MORAN**

NOMBRES/GIVEN NAMES
**LETICIA**

LUGAR DE NAC./ PLACE OF BIRTH        EXPEDIDO EN / ISSUING OFFICE
**PANAMA**                           **PANAMA**

FECHA DE NACIMIENTO/DATE OF BIRTH    CEDULA/ID
**21 MAR/MAR 1953**                  **02  007800846**

SEXO/SEX                             NACIONALIDAD/NATIONALITY
**F**                                **PANAMEÑA/PANAMANIAN**

EMISION / DATE OF ISSUE              VENCIMIENTO / DATE OF EXPIRY
**20 JUN/JUN 2013**                  **19 JUN/JUN 2018**

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96

# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.     I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for GLADSTONE COSMETICS LLC. ALDYNE LTD. serves as manager for GLADSTONE COSMETICS LLC.

2.     On the 22nd day of August, 2013, GLADSTONE COSMETICS LLC received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3.     I and/or persons acting under my supervision and control made a complete search of all available records.

4.     GLADSTONE COSMETICS LLC maintains records for 3 years.

5.     ALDYNE LTD., reviewed the records of GLADSTONE COSMETICS LLC and determined that it has no documents that are responsive to the subpoena.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                          Witness

Testigo                          Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

Leticia Montoya
On Behalf of ALDYNE LTD.



PASAPORTE
PASSPORT

REPÚBLICA DE PANAMÁ

TIPO / TYPE
P

CÓD. PAÍS / COUNTRY CODE
PAN

PASAPORTE No. / PASSPORT No.
1974639

APELLIDOS / SURNAME
MONTOYA MORAN

NOMBRES / GIVEN NAMES
LETICIA

LUGAR DE NAC. / PLACE OF BIRTH
PANAMA

EXPEDICIÓN / ISSUING OFFICE
PANAMA

FECHA DE NACIMIENTO / DATE OF BIRTH
21 MAR MAR 1953

CÉDULA / ID
02-007800846

SEXO / SEX
F

NACIONALIDAD / NATIONALITY
PANAMEÑA PANAMANIAN

EMISIÓN / DATE OF ISSUE
20 JUN JUN 2013

VENCIMIENTO / DATE OF EXPIRY
19 JUN JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for GLOBAL STEEL TRADING LLC.   ALDYNE LTD. previously served as manager for   GLOBAL STEEL TRADING LLC.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of   GLOBAL STEEL TRADING LLC   a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for   GLOBAL STEEL TRADING LLC.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      ALDYNE LTD. has had its status as manager of   GLOBAL STEEL TRADING LLC revoked and no longer maintains records on behalf of   GLOBAL STEEL TRADING LLC.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to   GLOBAL STEEL TRADING LLC.

---

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA On Behalf of ALDYNE LTD.



VISACIONES



PASAPORTE
PASSPORT

**REPÚBLICA DE PANAMÁ**

TIPO / TYPE   PAIS / COUNTRY CODE   PASAPORTE NO / PASSPORT NO
P             PAN                   1974639

APELLIDOS/SURNAME
MONTOYA MORAN

NOMBRES/GIVEN NAMES
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH        EXPEDIDO EN / ISSUING OFFICE
PANAMA                               PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH    CEDULA/ID
21 MAR/MAR 1953                      02  007800846

SEXO/SEX                             NACIONALIDAD/NATIONALITY
F                                    PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE              VENCIMIENTO / DATE OF EXPIRY
20 JUN/JUN 2013                      19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F1806195O2<<007800846<96

## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.     I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for GROUND LLC.   ALDYNE LTD. previously served as manager for   GROUND LLC.

2.     On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of    GROUND LLC   a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena. The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for   GROUND LLC.

3.     I and/or persons acting under my supervision and control made a complete search of all available records.

4.     ALDYNE LTD. has had its status as manager of    GROUND LLC    revoked and no longer maintains records on behalf of    GROUND LLC.

5.     ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to   GROUND LLC.

---

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                          Witness

Testigo                          Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA On Behalf of ALDYNE LTD.



VISACIONES

**PASAPORTE**
**PASSPORT**

**REPÚBLICA DE PANAMÁ**

TIPO / TYPE  PAIS / COUNTRY CODE  PASAPORTE NO. / PASSPORT NO
P            PAN                  1974639

APELLIDO/SURNAME
MONTOYA  MORAN

NOMBRE/GIVEN NAMES
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH       EXPEDIDO EN / ISSUING OFFICE
PANAMA                              PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH   CEDULA/ID
21 MAR/MAR 1953                     02 D07800846

SEXO/SEX                            NACIONALIDAD/NATIONALITY
F                                   PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE             VENCIMIENTO / DATE OF EXPIRY
20 JUN/JUN 2013                     19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for GUDSON GROUP LLC.   ALDYNE LTD. previously served as manager for   GUDSON GROUP LLC.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of   GUDSON GROUP LLC   a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena. The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for   GUDSON GROUP LLC.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      ALDYNE LTD. has had its status as manager of   GUDSON GROUP LLC   revoked and no longer maintains records on behalf of   GUDSON GROUP LLC.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to   GUDSON GROUP LLC.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA On Behalf of ALDYNE LTD.



VISACIONES

**REPÚBLICA DE PANAMÁ**

PASAPORTE
PASSPORT

TIPO / TYPE
P

PAIS / COUNTRY CODE
PAN

PASAPORTE NO. / PASSPORT NO.
1974639

APELLIDO/SURNAME
MONTOYA MORAN

NOMBRES/GIVEN NAMES
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH
PANAMA

EXPEDIDO EN / ISSUING OFFICE
PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH
21 MAR/MAR 1953

CEDULA/ID
02  007800846

SEXO/SEX
F

NACIONALIDAD/NATIONALITY
PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE
20 JUN/JUN 2013

VENCIMIENTO / DATE OF EXPIRY
19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for   GULF SUPPORT  SERVICES LLC.   ALDYNE LTD. previously served as manager for   GULF  SUPPORT SERVICES LLC.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of   GULF SUPPORT  SERVICES LLC   a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for   GULF  SUPPORT  SERVICES LLC.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      ALDYNE LTD. has had its status as manager of    GULF  SUPPORT  SERVICES LLC revoked and no longer maintains records on behalf of   GULF  SUPPORT  SERVICES LLC.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to   GULF  SUPPORT  SERVICES LLC.

---

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA On Behalf of ALDYNE LTD.



VISACIONES

**PASAPORTE**
**PASSPORT**

**REPÚBLICA DE PANAMÁ**

TIPO / TYPE: P
PAIS / COUNTRY CODE: PAN
PASAPORTE NO. / PASSPORT NO.: 1974639

APELLIDOS/SURNAME
MONTOYA MORAN

NOMBRES/GIVEN NAMES
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH
PANAMA

EXPEDIDO EN / ISSUING OFFICE
PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH
21 MAR/MAR 1953

CEDULA/ID
02 007800846

SEXO/SEX
F

NACIONALIDAD/NATIONALITY
PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE
20 JUN/JUN 2013

VENCIMIENTO / DATE OF EXPIRY
19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



# AFFIDAVIT OF CUSTODIAN OF RECORDS

FRANCIS PEREZ for ROSELLE LIMITED, being duly sworn, states:

1.     I am an agent of BUGLOSS HOLDINGS S.A., and, as such, I act as custodian of records for HALLKYN GROUP LLC.  BUGLOSS HOLDINGS S.A. serves as manager for HALLKYN GROUP LLC.

2.     On the 27th day of August, 2013, HALLKYN GROUP LLC received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3.     I and/or persons acting under my supervision and control made a complete search of all available records.

4.     HALLKYN GROUP LLC maintains records for [3] years.

5.     BUGLOSS HOLDINGS S.A. reviewed the records of HALLKYN GROUP LLC and determined that it has no documents that are responsive to the subpoena.

I, AGUSTIN PITTY AROSEMENA, Eighth Notary Public of the Circuit of Panama, with identification no. 4-148-768

Yo, AGUSTIN PITTY AROSEMENA, Notario Público Octavo del Circuito de Panamá, con cédula no. 4-148-768

CERTIFY

CERTIFICO
That the previous signature(s) has (have) been recognized by the signer(s) as being his(theirs) and is(are) therefore authentic.

Que la(s) firma(s) anterior(es) ha(n) sido reconocida(s) como suya(s) por los firmantes, por consiguiente, dicha(s) firma(s) es(son) auténtica(s)

Panama, 19th of September 2013

Panamá, 19 de septiembre 2013

AGUSTIN PITTY AROSEMENA
Eighth Notary Public, First Deputy

AGUSTIN PITTY AROSEMENA
Notario Público Octavo, Primer Suplente

Dated this 19th day of September 2013.

FRANCIS PEREZ for ROSELLE LIMITED on

behalf of BUGLOSS HOLDINGS S.A.



**REPÚBLICA DE PANAMÁ**

| PASAPORTE PASSPORT | TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO. |
|---|---|---|---|
| | P | PAN | 1972439 |

APELLIDOS/SURNAME
**PEREZ AGRAZAL**

NOMBRE(S)/GIVEN NAMES
**FRANCIS ELENA**

LUGAR DE NAC./ PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO/DATE OF BIRTH
**03 SEP/SEP 1962**

CEDULA/ID
**02 010700859**

SEXO/SEX
**F**

NACIONALIDAD/NATIONALITY
**PANAMEÑA/PANAMANIAN**

EMISION / DATE OF ISSUE
**06 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**05 JUN/JUN 2018**

 

```
P<PANPEREZ<AGRAZAL<<FRANCIS<ELENA<<<<<<<<<<<
1972439<<3PAN6209034F180605802<<010700859<00
```

## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for HAZE MANAGEMENT LLC.  ALDYNE LTD. previously served as manager for HAZE MANAGEMENT LLC.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of HAZE MANAGEMENT LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      HAZE MANAGEMENT LLC is a dissolved entity that no longer operates or maintains records.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to HAZE MANAGEMENT LLC.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                     Witness

Testigo                     Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA on behalf of ALDYNE LTD.



VISACIONES

**PASAPORTE**
**PASSPORT**

**REPÚBLICA DE PANAMÁ**

| TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO. |
|---|---|---|
| P | PAN | 1974639 |

APELLIDOS/SURNAME
**MONTOYA MORAN**

NOMBRES/GIVEN NAMES
**LETICIA**

LUGAR DE NAC./ PLACE OF BIRTH
**PANAMA**

FECHA DE NACIMIENTO/DATE OF BIRTH
**21 MAR/MAR 1953**

SEXO/SEX
**F**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

CEDULA/ID
**02  007800846**

NACIONALIDAD/NATIONALITY
**PANAMEÑA/PANAMANIAN**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**

```
P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96
```



# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for HEALY HOLDING LTD.   ALDYNE LTD. previously served as manager for   HEALY HOLDING LTD.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of   HEALY HOLDING LTD.   a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for   HEALY HOLDING LTD.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      ALDYNE LTD. has had its status as manager of   HEALY HOLDING LTD.   revoked and no longer maintains records on behalf of   HEALY HOLDING LTD.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to   HEALY HOLDING LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA On Behalf of ALDYNE LTD.

VISACIONES

PASAPORTE
PASSPORT

REPÚBLICA DE PANAMÁ

| TIPO / TYPE | PAIS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO |
|---|---|---|
| P | PAN | 1974639 |

APELLIDOS/SURNAME
MONTOYA MORAN

NOMBRES/GIVEN NAMES
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH
PANAMA

EXPEDIDO EN / ISSUING OFFICE
PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH
21 MAR/MAR 1953

CEDULA/ID
02  007800846

SEXO/SEX
F

NACIONALIDAD/NATIONALITY
PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE
20 JUN/JUN 2013

VENCIMIENTO / DATE OF EXPIRY
19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for HEMINGWAY INVESTMENTS LLC   ALDYNE LTD. previously served as manager for HEMINGWAY INVESTMENTS LLC.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of HEMINGWAY INVESTMENTS LLC   a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for   HEMINGWAY INVESTMENTS LLC.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      ALDYNE LTD. has had its status as manager of    HEMINGWAY INVESTMENTS LLC   revoked and no longer maintains records on behalf of    HEMINGWAY INVESTMENTS LLC .

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to   HEMINGWAY INVESTMENTS LLC.

---

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA On Behalf of ALDYNE LTD.

VISACIONES

**PASAPORTE**
**PASSPORT**

REPÚBLICA DE PANAMÁ

TIPO / TYPE
P

PAIS / COUNTRY CODE
PAN

PASAPORTE NO. / PASSPORT NO
1974639

APELLIDO/SURNAME
MONTOYA MORAN,

NOMBRES/GIVEN NAMES
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH
PANAMA

EXPEDIDO EN / ISSUING OFFICE
PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH
21 MAR/MAR 1953

CEDULA/ID
02  007800846

SEXO/SEX
F

NACIONALIDAD/NATIONALITY
PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE
20 JUN/JUN 2013

VENCIMIENTO / DATE OF EXPIRY
19 JUN/JUN 2018





P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



## ATTACHMENT B

## AFFIDAVIT OF CUSTODIAN OF RECORDS

JPD Asociados S.A., being first sworn, states:

1.  We are the accountants for HUSTON MANAGEMENT LTD. and, as such, we act as custodian of records for HUSTON MANAGEMENT LTD.

2.  On the 28th day of August, 2013, we received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd., v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3.  We and/or persons acting under our supervision and control made a complete search of all available records.

4.  JPD Asociados S.A. maintains records since June 29th., 2006 up to date.

5.  There are no documents relating to funds or other property transferred either by us to another person, or to us by another person, since January 1, 2010.

6.  HUSTON MANAGEMENT LTD. has not received any communications, requests or subpoenas from any person in connection with investigations of Lázaro Báez, an Argentine national, by any government authority, including the Republic of Argentina.


Dated this 2nd. Day of September, 2013

Juan Pedro Damiani

On Behalf of JPD Asociados S.A.


Yo, AGUSTIN PITTY AROSEMENA, Notario Público Octavo Primer
Suplente del Circuito de Panamá, con Cédula No. 4-148-768
**CERTIFICO:**

Que la(s) firma(s) anterior(es) ha(n) sido reconocida(s)
como suya(s) por los firmantes, por consiguiente, dicha(s)
firma(s) es (son) auténtica(s).

Panamá, __19 SEP 2013__

AGUSTIN PITTY AROSEMENA
Notario Público Octavo Primer Suplente





RESIDENZA / RESIDENCE / DOMICILE (11)

MONTEVIDEO (URY)

RESIDENZA / RESIDENCE / DOMICILE (11)

RESIDENZA / RESIDENCE / DOMICILE (11)

STATURA / HEIGHT / TAILLE (12)

172

COLORE DEGLI OCCHI / COLOUR OF EYES / COULEUR DES YEUX (13)

MARRONI

3



PASSAPORTO
PASSPORT
PASSEPORT

**REPUBBLICA ITALIANA**
Tipo. Type. Type. Codice Paese. Code of issuing State. Code du Pays émetteur.   Passaporto N. Passport No. Passeport N°.

P        ITA                                    YA3900428

Cognome. Surname. Nom. (1)
DAMIANI

Nome. Given Names. Prénoms. (2)
JUAN PEDRO

Cittadinanza. Nationality. Nationalité. (3)
ITALIANA

Data di nascita. Date of birth. Date de naissance. (4)
14 GIU/JUN 1958

Sesso. Sex. Sexe. (5)   Luogo di nascita. Place of birth. Lieu de naissance. (6)
M            MONTEVIDEO (URY)

Data di rilascio. Date of issue. Date de délivrance. (7)
07 SET/SEP 2012

Autorità. Authority. Autorité. (8)
MINISTRO AFFARI ESTERI

Data di scadenza. Date of expiry. Date d'expiration. (8)
06 SET/SEP 2022

Firma del titolare. (10)
Holder's signature. Signature du titulaire

P<ITADAMIANI<<JUAN<PEDRO<<<<<<<<<<<<<<<<<<<<<<<
YA3900428 6ITA5806148M2209069<<<<<<<<<<<<<<04

EDUARDO J. SIMON
ESCRIBANO

**TRANSLATION**

The undersigned, AGUSTIN PITTY AROSEMENA, Eighth Notary Public, First Alternate, of the Circuit of Panama, holder of personal identity card No. 4-148-768 CERTIFIES that the preceding signature(s) has (have) been acknowledged as his/her/their signature (s) by the signatory/signatories; therefore, said signature (s) is(are) authentic.

Panama, <u>19th September 2013</u>

(SIGNED ILLEGIBLE)

_____
AGUSTIN PITTY AROSEMENA
Eighth Notary Public, First Alternate
*(The seal of the Eighth Notary of the Circuit, Republic of Panama has been stamped hereon).*

THE FOREGOING TEXT IS A TRUE AND FAITHFUL TRANSLATION OF AN ORIGINAL DOCUMENT IN THE SPANISH LANGUAGE. PANAMA, 19TH SEPTEMBER 2013.

YESENIA I. FLOREZ ARROCHA
CERTIFIED PUBLIC TRANSLATOR
ENGLISH-SPANISH

Res. No. 438 of 20-VII-04
Panama, Republic of Panama



# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for   HUTA HOLDINGS LLC   ALDYNE LTD. previously served as manager for   HUTA  HOLDINGS LLC.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of   HUTA HOLDINGS LLC   a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for   HUTA  HOLDINGS LLC.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      ALDYNE LTD. has had its status as manager of   HUTA  HOLDINGS LLC   revoked and no longer maintains records on behalf of   HUTA  HOLDINGS LLC .

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to   HUTA  HOLDINGS LLC .

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA On Behalf of ALDYNE LTD.

VISACIONES



## REPÚBLICA DE PANAMÁ

| PASAPORTE PASSPORT | | |
|---|---|---|
| TIPO / TYPE | PAIS / COUNTRY CODE | PASAPORTE NO / PASSPORT NO |
| P | PAN | 1974639 |

**APELLIDOS/SURNAME**
MONTOYA MORAN

**NOMBRE B/GIVEN NAMES**
LETICIA

| LUGAR DE NAC./ PLACE OF BIRTH | EXPEDIDO EN / ISSUING OFFICE |
|---|---|
| PANAMA | PANAMA |
| FECHA DE NACIMIENTO/DATE OF BIRTH | CEDULA/ID |
| 21 MAR/MAR 1953 | 02  007800846 |
| SEXO/SEX | NACIONALIDAD/NATIONALITY |
| F | PANAMEÑA/PANAMANIAN |
| EMISION / DATE OF ISSUE | VENCIMIENTO / DATE OF EXPIRY |
| 20 JUN/JUN 2013 | 19 JUN/JUN 2018 |





P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.    I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for INTEG SERVICES LLC.  ALDYNE LTD. serves as manager for INTEG SERVICES LLC.

2.    On the 22nd day of August, 2013, INTEG SERVICES LLC received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3.    I and/or persons acting under my supervision and control made a complete search of all available records.

4.    INTEG SERVICES LLC maintains records for [3] years.

5.    ALDYNE LTD. reviewed the records of INTEG SERVICES LLC and determined that it has no documents that are responsive to the subpoena.

Dated this <u>30th</u> day of August 2013.

_signature_

LETICIA MONTOYA on behalf of ALDYNE LTD.

I, AGUSTIN PITTY AROSEMENA, Eighth Notary Public of the Circuit of Panama, with identification no. 4-148-768

Yo, AGUSTIN PITTY AROSEMENA, Notario Público Octavo del Circuito de Panamá, con cédula no. 4-148-768

CERTIFY

CERTIFICO
That the previous signature(s) has (have) been recognized by the signer(s) as being his(theirs) and is(are) therefore authentic.

Que la(s) firma(s) anterior(es) ha(n) sido reconocida(s) como suya(s) por los firmantes, por consiguiente, dicha(s) firma(s) es(son) auténtica(s)

Panama, <u>30th of August 2013</u>

Panamá, <u>30 de agosto 2013</u>

AGUSTIN PITTY AROSEMENA
Eighth Notary Public First Deputy

AGUSTIN PITTY AROSEMENA
Notario Público Octavo, Primer Suplente



VISACIONES

**PASAPORTE**
**PASSPORT**

**REPÚBLICA DE PANAMÁ**

| TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO. |
|---|---|---|
| P | PAN | 1974639 |

APELLIDO/SURNAME
MONTOYA MORAN

NOMBRES/GIVEN NAMES
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH
PANAMA

EXPEDIDO EN / ISSUING OFFICE
PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH
21 MAR/MAR 1953

CEDULA/ID
02 007800846

SEXO/SEX
F

NACIONALIDAD/NATIONALITY
PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE
20 JUN/JUN 2013

VENCIMIENTO / DATE OF EXPIRY
19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.     I am an agent of ALDYNE LTD.  and, as such, I act as custodian of records for INVESTMENT, SPORT & WEBS LLC.    ALDYNE LTD.  previously served as manager for INVESTMENT, SPORT & WEBS LLC.

2.     On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of INVESTMENT, SPORT & WEBS LLC   a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for    INVESTMENT, SPORT & WEBS LLC.

3.     I and/or persons acting under my supervision and control made a complete search of all available records.

4.     ALDYNE LTD. has had its status as manager of    INVESTMENT, SPORT & WEBS LLC  revoked and no longer maintains records on behalf of    INVESTMENT, SPORT & WEBS LLC

5.     ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to    INVESTMENT, SPORT & WEBS LLC .

---

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA On Behalf of ALDYNE LTD.



VISACIONES

**PASAPORTE**
**PASSPORT**

**REPÚBLICA DE PANAMÁ**

| TIPO / TYPE | PAIS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO |
|---|---|---|
| P | PAN | 1974639 |

APELLIDOS/SURNAME
**MONTOYA  MORAN**

NOMBRES/GIVEN NAMES
**LETICIA**

LUGAR DE NAC./ PLACE OF BIRTH
**PANAMA**

FECHA DE NACIMIENTO/DATE OF BIRTH
**21 MAR/MAR 1953**

SEXO/SEX
**F**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

CEDULA/ID
**02  007800846**

NACIONALIDAD/NATIONALITY
**PANAMEÑA/PANAMANIAN**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**

```
P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96
```



# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.     I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for ISER HOLDINGS LTD. ALDYNE LTD. previously served as manager for ISER HOLDINGS LTD .

2.     On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of ISER HOLDINGS LTD. a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena. The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for ISER HOLDINGS LTD.

3.     I and/or persons acting under my supervision and control made a complete search of all available records.

4.     ALDYNE LTD. has had its status as manager of ISER HOLDINGS LTD. revoked and no longer maintains records on behalf of ISER HOLDINGS LTD.

5.     ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to ISER HOLDINGS LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Witness

Testigo

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA On Behalf of ALDYNE LTD.



VISACIONES

**PASAPORTE**
**PASSPORT**

**REPÚBLICA DE PANAMÁ**

| TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO. |
|---|---|---|
| P | PAN | 1974639 |

APELLIDO/SURNAME
**MONTOYA MORAN**

NOMBRES/GIVEN NAMES
**LETICIA**

LUGAR DE NAC./ PLACE OF BIRTH
**PANAMA**

FECHA DE NACIMIENTO/DATE OF BIRTH
**21 MAR/MAR 1953**

SEXO/SEX
**F**

EMISIÓN / DATE OF ISSUE
**20 JUN/JUN 2013**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

CEDULA/ID
**02 007800846**

NACIONALIDAD/NATIONALITY
**PANAMEÑA/PANAMANIAN**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD.  and, as such, I act as custodian of records for ITELCO HOLDINGS LLC.     ALDYNE LTD.  previously served as manager  ITELCO HOLDINGS LLC .

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of     ITELCO HOLDINGS LLC     a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for     ITELCO HOLDINGS LLC.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      ALDYNE LTD. has had its status as manager of     ITELCO HOLDINGS LLC revoked and no longer maintains records on behalf of     ITELCO HOLDINGS LLC.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to     ITELCO HOLDINGS LLC.

---

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA On Behalf of ALDYNE LTD.



VISACIONES



REPÚBLICA DE PANAMÁ

**PASAPORTE
PASSPORT**

TIPO / TYPE    PAIS / COUNTRY CODE    PASAPORTE NO. / PASSPORT NO
P     PAN      1974639

APELLIDO/SURNAME
**MONTOYA MORAN**

NOMBRES/GIVEN NAMES
**LETICIA**

LUGAR DE NAC./ PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO/DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA/ID
**02 007800846**

SEXO/SEX
**F**

NACIONALIDAD/NATIONALITY
**PANAMEÑA/PANAMANIAN**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96

**ATTACHMENT B**

**AFFIDAVIT OF CUSTODIAN OF RECORDS**

JPD Asociados S.A., being first sworn, states:

1. We are the accountants for IVY LANE GROUP LLC and, as such, we act as custodian of records for IVY LANE GROUP LLC

2. On the 28th day of August, 2013, we received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd., v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3. We and/or persons acting under our supervision and control made a complete search of all available records.

4. JPD Asociados S.A. maintains records since June 29th., 2006 until July 1st., 2009.

5. There are no documents relating to funds or other property transferred either by us to another person, or to us by another person, since January 1, 2010.

6. IVY LANE GROUP LLC has not received any communications, requests or subpoenas from any person in connection with investigations of Lázaro Báez, an Argentine national, by any government authority, including the Republic of Argentina.

Dated this 2nd Day of September, 2013

Juan Pedro Damiani

On Behalf of JPD Asociados S.A.



Yo, AGUSTIN PITTY AROSEMENA, Notario Público Octavo Primer Suplente del Circuito de Panamá, con Cédula No. 4-148-768

**CERTIFICO:**

Que la(s) firma(s) anterior(es) ha(n) sido reconocida(s) como suya(s) por los firmantes, por consiguiente, dicha(s) firma(s) es (son) auténtica(s).

Panamá, **19 SEP 2013**

AGUSTIN PITTY AROSEMENA
Notario Público Octavo Primer Suplente

Foja N° 2

EDUARDO J. SIMON
ESCRIBANO



RESIDENZA / RESIDENCE / DOMICILE (11)

MONTEVIDEO (URY)

RESIDENZA / RESIDENCE / DOMICILE (11)

RESIDENZA / RESIDENCE / DOMICILE (11)

STATURA / HEIGHT / TAILLE (12)

172

COLORE DEGLI OCCHI / COLOUR OF EYES / COULEUR DES YEUX (13)

MARRONI

3

PASSAPORTO
PASSPORT
PASSEPORT

**REPUBBLICA ITALIANA**
Tipo. Type. Type. Codice Paese. Code of issuing State. Code du Pays émetteur.   Passaporto N. Passport No. Passeport N°.

P      ITA                                          YA3900428

Cognome. Surname. Nom. (1)
DAMIANI

Nome. Given Names. Prénoms. (2)
JUAN PEDRO

Cittadinanza. Nationality. Nationalité (3)
ITALIANA

Data di nascita. Date of birth. Date de naissance. (4)
14 GIU/JUN 1958

Sesso. Sex. Sexe. (5)   Luogo di nascita. Place of birth. Lieu de naissance. (6)
M                 MONTEVIDEO (URY)

Data di rilascio. Date of issue. Date de délivrance. (7)
07 SET/SEP 2012

Data di scadenza. Date of expiry. Date d'expiration. (8)
06 SET/SEP 2022

Autorità. Authority. Autorité. (9)
MINISTRO AFFARI ESTERI

Firma del titolare. (10)
Holder's signature. Signature du titulaire.

P<ITADAMIANI<<JUAN<PEDRO<<<<<<<<<<<<<<<<<<<<
YA39004286ITA5806148M2209069<<<<<<<<<<<<<<04

**TRANSLATION**

The undersigned, AGUSTIN PITTY AROSEMENA, Eighth Notary Public, First Alternate, of the Circuit of Panama, holder of personal identity card No. 4-148-768 CERTIFIES that the preceding signature(s) has (have) been acknowledged as his/her/their signature (s) by the signatory/signatories; therefore, said signature (s) is(are) authentic.

Panama, <u>19th September 2013</u>

(SIGNED ILLEGIBLE)

AGUSTIN PITTY AROSEMENA
Eighth Notary Public, First Alternate
(*The seal of the Eighth Notary of the Circuit, Republic of Panama has been stamped hereon*).

THE FOREGOING TEXT IS A TRUE AND FAITHFUL TRANSLATION OF AN ORIGINAL DOCUMENT IN THE SPANISH LANGUAGE. PANAMA, 19TH SEPTEMBER 2013.

YESENIA I. FLOREZ ARROCHA
CERTIFIED PUBLIC TRANSLATOR
ENGLISH-SPANISH

Res/ No.435 of 20-VII-04
Panama, Republic of Panama



# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.     I am an agent of ALDYNE LTD.  and, as such, I act as custodian of records for IZALCO TRADING LLC .   ALDYNE LTD.  previously served as manager for     IZALCO TRADING LLC .

2.     On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of     IZALCO TRADING LLC   a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for     IZALCO TRADING LLC.

3.     I and/or persons acting under my supervision and control made a complete search of all available records.

4.     ALDYNE LTD. has had its status as manager of     IZALCO TRADING LLC revoked and no longer maintains records on behalf of     IZALCO TRADING LLC.

5.     ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to     IZALCO TRADING LLC.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) autèntica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA On Behalf of ALDYNE LTD.



VISACIONES

PASAPORTE
PASSPORT

## REPÚBLICA DE PANAMÁ

| TIPO / TYPE | PAIS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO |
|---|---|---|
| P | PAN | 1974639 |

APELLIDO/SURNAME
MONTOYA MORAN

NOMBRES/GIVEN NAMES
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH
PANAMA

EXPEDIDO EN / ISSUING OFFICE
PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH
21 MAR/MAR 1953

CEDULA/ID
02  007800846

SEXO/SEX
F

NACIONALIDAD/NATIONALITY
PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE
20 JUN/JUN 2013

VENCIMIENTO / DATE OF EXPIRY
19 JUN/JUN 2018

```
P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96
```

## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.     I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for JET TRADE LTD.   ALDYNE LTD. previously served as manager for JET TRADE LTD.

2.     On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of JET TRADE LTD.   a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena. The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for JET TRADE LTD.

3.     I and/or persons acting under my supervision and control made a complete search of all available records.

4.     ALDYNE LTD. has had its status as manager of JET TRADE LTD. revoked and no longer maintains records on behalf of JET TRADE LTD.

5.     ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to JET TRADE LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness          Witness
Testigo          Testigo

DIOMEDES EDGARDO CERRUD AYALA
Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA
Notario Público Quinto

Dated this 29th day of August, 2013, 2013

LETICIA MONTOYA
On behalf of ALDYNE LTD.



VISACIONES



**PASAPORTE**
**PASSPORT**

**REPÚBLICA DE PANAMÁ**

| TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE NO / PASSPORT NO |
| P | PAN | 1974639 |

APELLIDO/SURNAME
**MONTOYA MORAN**

NOMBRES/GIVEN NAMES
**LETICIA**

LUGAR DE NAC./ PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO/DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA/ID
**02 007800846**

SEXO/SEX
**F**

NACIONALIDAD/NATIONALITY
**PANAMEÑA/PANAMANIAN**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**



```
P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96
```



# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.    I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for JUNIPER TRADING LTD. ALDYNE LTD. serves as manager for JUNIPER TRADING LTD.

2.    On the 22nd day of August, 2013, JUNIPER TRADING LTD. received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3.    I and/or persons acting under my supervision and control made a complete search of all available records.

4.    JUNIPER TRADING LTD. maintains records for [3] years.

5.    ALDYNE LTD. reviewed the records of JUNIPER TRADING LTD. and determined that it has no documents that are responsive to the subpoena.

Dated this 30th day of August 2013.

LETICIA MONTOYA on behalf of ALDYNE LTD.

I, AGUSTIN PITTY AROSEMENA, Eighth Notary Public of the Circuit of Panama, with identification no. 4-148-768

Yo, AGUSTIN PITTY AROSEMENA, Notario Público Octavo del Circuito de Panamá, con cédula no. 4-148-768

CERTIFY

CERTIFICO
That the previous signature(s) has (have) been recognized by the signer(s) as being his(theirs) and is(are) therefore authentic.

Que la(s) firma(s) anterior(es) ha(n) sido reconocida(s) como suya(s) por los firmantes, por consiguiente, dicha(s) firma(s) es(son) auténtica(s)

Panama, 30th of August 2013

Panamá, 30 de agosto 2013

AGUSTIN PITTY AROSEMENA
Eighth Notary Public, First Deputy

AGUSTIN PITTY AROSEMENA
Notario Público Octavo, Primer Suplente



VISACIONES

**PASAPORTE**
**PASSPORT**

**REPÚBLICA DE PANAMÁ**

| TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO |
| P | PAN | 1974639 |

APELLIDOS/SURNAME
**MONTOYA MORAN**

NOMBRES/GIVEN NAMES
**LETICIA**

LUGAR DE NAC./ PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO/DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA/ID
**02 007800846**

SEXO/SEX
**F**

NACIONALIDAD/NATIONALITY
**PANAMEÑA/PANAMANIAN**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96

## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for JUNO GROUP LLC.  ALDYNE LTD. previously served as manager for JUNO GROUP LLC.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of JUNO GROUP LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for JUNO GROUP LLC.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      ALDYNE LTD. has had its status as manager of JUNO GROUP LLC revoked and no longer maintains records on behalf of JUNO GROUP LLC.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to JUNO GROUP LLC.

I, AGUSTIN PITTY AROSEMENA, Eighth Notary Public of the Circuit of Panama, with identification no. 4-148-768

Yo, AGUSTIN PITTY AROSEMENA, Notario Público Octavo del Circuito de Panamá, con cédula no. 4-148-768

CERTIFY

CERTIFICO
That the previous signature(s) has (have) been recognized by the signer(s) as being his(theirs) and is(are) therefore authentic.

Que la(s) firma(s) anterior(es) ha(n) sido reconocida(s) como suya(s) por los firmantes, por consiguiente, dicha(s) firma(s) es(son) auténtica(s)

Panama, 30th of August 2013

Panamá, 30 de agosto 2013

AGUSTIN PITTY AROSEMENA
Eighth Notary Public, First Deputy

AGUSTIN PITTY AROSEMENA
Notario Público Octavo, Primer Suplente

Dated this 29th day of August, 2013.

LETICIA MONTOYA on behalf of ALDYNE LTD.



VISACIONES

**PASAPORTE**
**PASSPORT**

**REPÚBLICA DE PANAMÁ**

| | | |
|---|---|---|
| TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO. |
| P | PAN | 1974639 |

APELLIDOS/SURNAME
**MONTOYA MORAN**

NOMBRES/GIVEN NAMES
**LETICIA**

LUGAR DE NAC./ PLACE OF BIRTH        EXPEDIDO EN / ISSUING OFFICE
**PANAMA**                                          **PANAMA**

FECHA DE NACIMIENTO/DATE OF BIRTH    CEDULA/ID
**21 MAR/MAR 1953**                        02 007800846

SEXO/SEX                                  NACIONALIDAD/NATIONALITY
**F**                                          **PANAMEÑA/PANAMANIAN**

EMISION / DATE OF ISSUE                   VENCIMIENTO / DATE OF EXPIRY
**20 JUN/JUN 2013**                         **19 JUN/JUN 2018**



P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F1806195O2<<007800846<96



## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.  I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for JURDAN ENTERPRISES LTD.  ALDYNE LTD. serves as manager for JURDAN ENTERPRISES LTD.

2.  On the 22nd day of August, 2013, JURDAN ENTERPRISES LTD. received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3.  I and/or persons acting under my supervision and control made a complete search of all available records.

4.  JURDAN ENTERPRISES LTD. maintains records for [3] years.

5.  ALDYNE LTD. reviewed the records of JURDAN ENTERPRISES LTD. and determined that it has no documents that are responsive to the subpoena.

Dated this <u>30th</u> day of August 2013.

*[signature]*

————————

LETICIA MONTOYA on behalf of ALDYNE LTD.

I, AGUSTIN PITTY AROSEMENA, Eighth Notary Public of the Circuit of Panama, with identification no. 4-148-768

Yo, AGUSTIN PITTY AROSEMENA, Notario Público Octavo del Circuito de Panamá, con cédula no. 4-148-768

CERTIFICO

CERTIFICO
That the previous signature(s) has (have) been recognized by the signer(s) as being his(theirs) and is(are) therefore authentic.

Que la(s) firma(s) anterior(es) ha(n) sido reconocida(s) como suya(s) por los firmantes, por consiguiente, dicha(s) firma(s) es(son) auténtica(s)

Panama, 30th of August 2013

Panamá, 30 de agosto 2013

AGUSTIN PITTY AROSEMENA
Eighth Notary Public, First Deputy

AGUSTIN PITTY AROSEMENA
Notario Público Octavo, Primer Suplente



VISACIONES

| | | REPÚBLICA DE PANAMÁ | |
|---|---|---|---|
| PASAPORTE PASSPORT | TIPO / TYPE<br>P | PAÍS / COUNTRY CODE<br>PAN | PASAPORTE NO. / PASSPORT NO<br>1974639 |

**APELLIDO/SURNAME**
MONTOYA MORAN

**NOMBRES/GIVEN NAMES**
LETICIA

**LUGAR DE NAC./ PLACE OF BIRTH**
PANAMA

**EXPEDIDO EN / ISSUING OFFICE**
PANAMA

**FECHA DE NACIMIENTO/DATE OF BIRTH**
21 MAR/MAR 1953

**CEDULA/ID**
02 007800846

**SEXO/SEX**
F

**NACIONALIDAD/NATIONALITY**
PANAMEÑA/PANAMANIAN

**EMISION / DATE OF ISSUE**
20 JUN/JUN 2013

**VENCIMIENTO / DATE OF EXPIRY**
19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F1806195O2<<007800846<96

## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for JUSTIN INVEST LTD. ALDYNE LTD. previously served as manager for JUSTIN INVEST LTD.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of JUSTIN INVEST LTD. a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina,* requesting the production of documents and things delineated in the Subpoena. The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for JUSTIN INVEST LTD.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      ALDYNE LTD. has had its status as manager of JUSTIN INVEST LTD. revoked and no longer maintains records on behalf of JUSTIN INVEST LTD.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to JUSTIN INVEST LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son)  auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                    Witness

Testigo                    Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA on behalf of ALDYNE LTD.

VISACIONES

| PASAPORTE<br>PASSPORT | TIPO / TYPE<br>**P** | REPÚBLICA DE PANAMÁ<br>PAIS / COUNTRY CODE<br>**PAN** | PASAPORTE NO. / PASSPORT NO<br>**1974639** |
|---|---|---|---|
| | APELLIDOS/SURNAME<br>**MONTOYA MORAN** | | |
| | NOMBRES/GIVEN NAMES<br>**LETICIA** | | |
| | LUGAR DE NAC./ PLACE OF BIRTH<br>**PANAMA** | | EXPEDIDO EN / ISSUING OFFICE<br>**PANAMA** |
| | FECHA DE NACIMIENTO/DATE OF BIRTH<br>**21 MAR/MAR 1953** | | CEDULA/ID<br>**02 007800846** |
| | SEXO/SEX<br>**F** | | NACIONALIDAD/NATIONALITY<br>**PANAMEÑA/PANAMANIAN** |
| | EMISION / DATE OF ISSUE<br>**20 JUN/JUN 2013** | | VENCIMIENTO / DATE OF EXPIRY<br>**19 JUN/JUN 2018** |

```
P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96
```



## AFFIDAVIT OF CUSTODIAN OF RECORDS

ABDIEL NUÑEZ, being duly sworn, states:

1.      I am an agent of FORBEST LTD. and, as such, I act as custodian of records for KORMAN INTERNATIONAL LLC. FORBEST LTD. serves as manager for KORMAN INTERNATIONAL LLC.

2.      On the 22nd day of August, 2013, KORMAN INTERNATIONAL LLC received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      KORMAN INTERNATIONAL LLC maintains records for 3 years.

5.      FORBEST LTD., reviewed the records of KORMAN INTERNATIONAL LLC and determined that it has no documents that are responsive to the subpoena.

---

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                    Witness

Testigo                    Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

Abdiel Nuñez
On Behalf of FORBEST LTD.





P<PANNUNEZ<NUNEZ<<ABDIEL<ENRIQUE<<<<<

1457894<<0PAN5707234M1408 12008<<0206 I

# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.     I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for KUMAR HOLDINGS LLC.  ALDYNE LTD. previously served as manager for KUMAR HOLDINGS LLC

2.     On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of KUMAR HOLDINGS LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for KUMAR HOLDINGS LLC.

3.     I and/or persons acting under my supervision and control made a complete search of all available records.

4.     ALDYNE LTD. has had its status as manager of KUMAR HOLDINGS LLC revoked and no longer maintains records on behalf of KUMAR HOLDINGS LLC.

5.     ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to KUMAR HOLDINGS LLC.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with Identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                    Witness

Testigo                    Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA on behalf of ALDYNE LTD.



VISACIONES

**PASAPORTE**
**PASSPORT**

REPÚBLICA DE PANAMÁ

| TIPO / TYPE | PAIS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO. |
|---|---|---|
| P | PAN | 1974639 |

APELLIDOS/SURNAME
MONTOYA MORAN

NOMBRES/GIVEN NAMES
LETICIA

LUGAR DE NAC. / PLACE OF BIRTH
PANAMA

EXPEDIDO EN / ISSUING OFFICE
PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH
21 MAR/MAR 1953

CEDULA/ID
02 007800846

SEXO/SEX
F

NACIONALIDAD/NATIONALITY
PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE
20 JUN/JUN 2013

VENCIMIENTO / DATE OF EXPIRY
19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96

# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.       I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for LACEWOOD INVESTMENTS LLC.  ALDYNE LTD. previously served as manager for LACEWOOD INVESTMENTS LLC.

2.       On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of LACEWOOD INVESTMENTS LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for LACEWOOD INVESTMENTS LLC.

3.       I and/or persons acting under my supervision and control made a complete search of all available records.

4.       ALDYNE LTD. has had its status as manager of LACEWOOD INVESTMENTS LLC. revoked and no longer maintains records on behalf of LACEWOOD INVESTMENTS LLC.

5.       ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to LACEWOOD INVESTMENTS LLC.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA on behalf of ALDYNE LTD.



VISACIONES

**PASAPORTE**
**PASSPORT**

**REPÚBLICA DE PANAMÁ**

| TIPO / TYPE | PAIS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO. |
|---|---|---|
| P | PAN | 1974639 |

APELLIDO/SURNAME
**MONTOYA MORAN**

NOMBRES/GIVEN NAMES
**LETICIA**

LUGAR DE NAC./ PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO/DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA/ID
**02  007800846**

SEXO/SEX
**F**

NACIONALIDAD/NATIONALITY
**PANAMEÑA/PANAMANIAN**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**



```
P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F1806195O2<<007800846<96
```

## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for LAKE COUNTY LLC. ALDYNE LTD. previously served as manager for LAKE COUNTY LLC.

2.    On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of LAKE COUNTY LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena. The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for LAKE COUNTY LLC.

3.    I and/or persons acting under my supervision and control made a complete search of all available records.

4.    ALDYNE LTD. has had its status as manager of LAKE COUNTY LLC. revoked and no longer maintains records on behalf of LAKE COUNTY LLC.

5.    ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to LAKE COUNTY LLC.

Dated this 29th day of August, 2013.

LETICIA MONTOYA on behalf of ALDYNE LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFICO

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto



VISACIONES

**PASAPORTE**
**PASSPORT**

REPÚBLICA DE PANAMÁ

| TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO. |
|---|---|---|
| P | PAN | 1974639 |

APELLIDO/SURNAME
**MONTOYA MORAN**

NOMBRES/GIVEN NAMES
**LETICIA**

LUGAR DE NAC./ PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO/DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA/ID
**02  007800846**

SEXO/SEX
**F**

NACIONALIDAD/NATIONALITY
**PANAMEÑA/PANAMANIAN**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**



P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96

## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.    I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for LAMBERTI TRADING LLC.  ALDYNE LTD. previously served as manager for LAMBERTI TRADING LLC.

2.    On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of LAMBERTI TRADING LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina,* requesting the production of documents and things delineated in the Subpoena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for LAMBERTI TRADING LLC.

3.    I and/or persons acting under my supervision and control made a complete search of all available records.

4.    ALDYNE LTD. has had its status as manager of LAMBERTI TRADING LLC. revoked and no longer maintains records on behalf of LAMBERTI TRADING LLC.

5.    ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to LAMBERTI TRADING LLC.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son)  auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                    Witness

Testigo                    Testigo

_____

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

_____

LETICIA MONTOYA on behalf of ALDYNE LTD.



VISACIONES

**PASAPORTE**
**PASSPORT**

REPÚBLICA DE PANAMÁ

| TIPO / TYPE | PAIS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO. |
|---|---|---|
| P | PAN | 1974639 |

APELLIDO/SURNAME
**MONTOYA MORAN**

NOMBRES/GIVEN NAMES
**LETICIA**

LUGAR DE NAC./ PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO/DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA/ID
**02  007800846**

SEXO/SEX
**F**

NACIONALIDAD/NATIONALITY
**PANAMEÑA/PANAMANIAN**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**



P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96

# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1. I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for LITTLE BAY LLC. ALDYNE LTD. previously served as manager for LITTLE BAY LLC.

2. On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of LITTLE BAY LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena. The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for LITTLE BAY LLC.

3. I and/or persons acting under my supervision and control made a complete search of all available records.

4. ALDYNE LTD. has had its status as manager of LITTLE BAY LLC. revoked and no longer maintains records on behalf of LITTLE BAY LLC.

5. ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to LITTLE BAY LLC.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA on behalf of ALDYNE LTD.



VISACIONES

| | REPÚBLICA DE PANAMÁ | |
|---|---|---|
| **PASAPORTE** **PASSPORT** | TIPO / TYPE    PAIS / COUNTRY CODE    PASAPORTE NO. / PASSPORT NO | |
| | **P**     **PAN**     **1974639** | |
| | APELLIDO/SURNAME | |
| | **MONTOYA MORAN** | |
| | NOMBRES/GIVEN NAMES | |
| | **LETICIA** | |
| | LUGAR DE NAC./ PLACE OF BIRTH | EXPEDIDO EN / ISSUING OFFICE |
| | **PANAMA** | **PANAMA** |
| | FECHA DE NACIMIENTO/DATE OF BIRTH | CEDULA/ID |
| | **21 MAR/MAR 1953** | **02  D07800846** |
| | SEXO/SEX | NACIONALIDAD/NATIONALITY |
| | **F** | **PANAMEÑA/PANAMANIAN** |
| | EMISION / DATE OF ISSUE | VENCIMIENTO / DATE OF EXPIRY |
| | **20 JUN/JUN 2013** | **19 JUN/JUN 2018** |

```
P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96
```

## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for LYNTON TRADING LTD.  ALDYNE LTD. previously served as manager for LYNTON TRADING LTD.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of LYNTON TRADING LTD. a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for LYNTON TRADING LTD.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      ALDYNE LTD. has had its status as manager of LYNTON TRADING LTD.  revoked and no longer maintains records on behalf of LYNTON TRADING LTD.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to LYNTON TRADING LTD.

Dated this 29th day of August, 2013.

LETICIA MONTOYA on behalf of ALDYNE LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Papamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness          Witness

Testigo          Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto



VISACIONES

**PASAPORTE**
**PASSPORT**

## REPÚBLICA DE PANAMÁ

| TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO |
|---|---|---|
| P | PAN | 1974639 |

APELLIDO(S)/SURNAME
**MONTOYA MORAN**

NOMBRE(S)/GIVEN NAMES
**LETICIA**

LUGAR DE NAC./ PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO/DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA/ID
**02 D07800846**

SEXO/SEX
**F**

NACIONALIDAD/NATIONALITY
**PANAMEÑA/PANAMANIAN**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**



P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96

## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for MAFINSA LLC. ALDYNE LTD. previously served as manager for MAFINSA LLC.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of MAFINSA LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena. The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for MAFINSA LLC.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      ALDYNE LTD. has had its status as manager of MAFINSA LLC revoked and no longer maintains records on behalf of MAFINSA LLC.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to MAFINSA LLC.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with Identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panamá 29th of August 2013

Panamá 29 de agosto 2013

Witness          Witness

Testigo          Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA on behalf of ALDYNE LTD.



VISACIONES

**PASAPORTE**
**PASSPORT**

**REPÚBLICA DE PANAMÁ**

| TIPO / TYPE | PAIS / COUNTRY CODE | PASAPORTE NO / PASSPORT NO |
| P | PAN | 1974639 |

APELLIDO/SURNAME
**MONTOYA MORAN**

NOMBRES GIVEN NAMES
**LETICIA**

LUGAR DE NAC./ PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO/DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA/ID
**02  D07800846**

SEXO/SEX
**F**

NACIONALIDAD/NATIONALITY
**PANAMEÑA/PANAMANIAN**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**



P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96

## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.  I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for MEDINVEST LLC. ALDYNE LTD. previously served as manager for MEDINVEST LLC.

2.  On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of MEDINVEST LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena. The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for MEDINVEST LLC.

3.  I and/or persons acting under my supervision and control made a complete search of all available records.

4.  ALDYNE LTD. has had its status as manager of MEDINVEST LLC revoked and no longer maintains records on behalf of MEDINVEST LLC.

5.  ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to MEDINVEST LLC.

Dated this 29th day of August, 2013.

LETICIA MONTOYA on behalf of ALDYNE LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto



VISACIONES

PASAPORTE
PASSPORT

REPÚBLICA DE PANAMÁ

TIPO / TYPE          PAÍS / COUNTRY CODE          PASAPORTE NO. / PASSPORT NO.
P                    PAN                          1974639

APELLIDOS/SURNAME
MONTOYA MORAN

NOMBRES/GIVEN NAMES
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH         EXPEDIDO EN / ISSUING OFFICE
PANAMA                                PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH     CEDULA/ID
21 MAR/MAR 1953                       02  007800846

SEXO/SEX                              NACIONALIDAD/NATIONALITY
F                                     PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE               VENCIMIENTO / DATE OF EXPIRY
20 JUN/JUN 2013                       19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96

## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for MEL

SEA LLC. ALDYNE LTD. serves as manager for MEL SEA LLC.

2.      On the 22nd day of August, 2013, MEAL SEA LLC received a Subpoena Duces Tecum in

connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the

production of documents and things delineated in the Subpoena.

3.      I and/or persons acting under my supervision and control made a complete search of all

available records.

4.      MEL SEA LLC maintains records for 3 years.

5.      ALDYNE LTD., reviewed the records of MEL SEA LLC and determined that it has no

documents that are responsive to the subpoena.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness          Witness

Testigo          Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

Leticia Montoya
On Behalf of ALDYNE LTD.



**PASAPORTE**
**PASSPORT**

REPÚBLICA DE PANAMÁ

| TIPO/TYPE | PAÍS/COUNTRY CODE | PASAPORTE No./PASSPORT No. |
|---|---|---|
| P | PAN | 1974639 |

APELLIDO/SURNAME
MONTOYA MORAN

NOMBRE S/GIVEN NAMES
LETICIA

| LUGAR DE NAC./PLACE OF BIRTH | EXPEDIDO EN/ISSUING OFFICE |
|---|---|
| PANAMA | PANAMA |

| FECHA DE NACIMIENTO/DATE OF BIRTH | CEDULA/ID |
|---|---|
| 21 MAR/MAR 1953 | 02 007800846 |

| SEXO/SEX | NACIONALIDAD/NATIONALITY |
|---|---|
| F | PANAMEÑA/PANAMANIAN |

| EMISION/DATE OF ISSUE | VENCIMIENTO/DATE OF EXPIRY |
|---|---|
| 20 JUN/JUN 2013 | 19 JUN/JUN 2018 |





P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



# AFFIDAVIT OF CUSTODIAN OF RECORDS

ABDIEL NUÑEZ, being duly sworn, states:

1.     I am an agent of FORBEST LTD. and, as such, I act as custodian of records for MELCO MARITIME LLC. FORBEST LTD. serves as manager for MELCO MARITIME LLC.

2.     On the 22nd day of August, 2013, MELCO MARITIME LLC received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3.     I and/or persons acting under my supervision and control made a complete search of all available records.

4.     MELCO MARITIME LLC maintains records for 3 years.

5.     FORBEST LTD., reviewed the records of MELCO MARITIME LLC and determined that it has no documents that are responsive to the subpoena.

| | |
|---|---|
| I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301 | Dated this 29th day of August, 2013. |

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panama 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Abdiel Nuñez
On Behalf of FORBEST LTD.



TIPO - TYPE    PAIS - COUNTRY - DE    PASAPORTE No - PA
P        PAN                          1657894

APELLIDO - SURNAME
NUNEZ NUNEZ

NOMBRE - GIVEN NAMES
ABDIEL ENRIQUE

LUGAR DE NA - PLACE OF BIRTH           EXPEDIDO EN - ISSUE
PANAMA                                 PANAMA

FECHA DE NACIMIENTO - DATE OF BIRTH    CEDULA No
23 JUL JUL 1957                        04 ...

SEXO - SEX                             NACIONALIDAD - NATIONALITY
M                                      PANAMENA PA

EXPEDIDO - DATE OF ISSUE               VENCIMIENTO - DATE
13 AGO AUG 2008                        13 AGO AUG 2013

P<PANNUNEZ<NUNEZ<<ABDIEL<ENRIQUE<<<<<
1657894<<0PAN5707234M140812008<<02061

# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for

MERCURY CONSULTANTS LLC.  ALDYNE LTD. previously served as manager for MERCURY

CONSULTANTS LLC.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of MERCURY

CONSULTANTS LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital,*

*Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the

Subpoena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the

previous resident agent for MERCURY CONSULTANTS LLC.

3.      I and/or persons acting under my supervision and control made a complete search of all

available records.

4.      ALDYNE LTD. has had its status as manager of MERCURY CONSULTANTS LLC

revoked and no longer maintains records on behalf of MERCURY CONSULTANTS LLC.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that

are responsive to the subpoena issued to MERCURY CONSULTANTS LLC.

Dated this 29th day of August, 2013.

LETICIA MONTOYA on behalf of ALDYNE

LTD.

---

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panamá 29 of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto



VISACIONES



**PASAPORTE**
**PASSPORT**

**REPÚBLICA DE PANAMÁ**

TIPO / TYPE: P
PAÍS / COUNTRY CODE: PAN
PASAPORTE NO. / PASSPORT NO.: 1974639

APELLIDO/SURNAME
**MONTOYA MORAN**

NOMBRES/GIVEN NAMES
**LETICIA**

LUGAR DE NAC./ PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO/DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA/ID
**02  007800846**

SEXO/SEX
**F**

NACIONALIDAD/NATIONALITY
**PANAMEÑA/PANAMANIAN**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**

```
P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96
```

# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for METAL FIRST LLC. ALDYNE LTD. serves as manager for METAL FIRST LLC.

2.       On the 22nd day of August, 2013, METAL FIRST LLC received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3.       I and/or persons acting under my supervision and control made a complete search of all available records.

4.       METAL FIRST LLC maintains records for 3 years.

5.       ALDYNE LTD., reviewed the records of METAL FIRST LLC and determined that it has no documents that are responsive to the subpoena.

Dated this 29th day of August, 2013.

Leticia Montoya
On Behalf of ALDYNE LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness          Witness

Testigo          Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto



## REPÚBLICA DE PANAMÁ

**PASAPORTE**
**PASSPORT**

| TIPO / TYPE | PAIS / COUNTRY CODE | PASAPORTE NO / PASSPORT NO |
|---|---|---|
| P | PAN | 1974639 |

APELLIDO / SURNAME
**MONTOYA MORAN**

NOMBRE / GIVEN NAMES
**LETICIA**

LUGAR DE NAC. / PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO / DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA ID
**02  007800846**

SEXO/SEX A
**F**

NACIONALIDAD / NATIONALITY
**PANAMEÑA/PANAMANIAN**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**

 

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for MOCHICA ENTERPRISES LLC.  ALDYNE LTD. serves as manager for MOCHICA ENTERPRISES LLC.

2.      On the 22nd day of August, 2013, MOCHICA ENTERPRISES LLC received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      MOCHICA ENTERPRISES LLC maintains records for [3] years.

5.      ALDYNE LTD. reviewed the records of MOCHICA ENTERPRISES LLC and determined that it has no documents that are responsive to the subpoena.

I, AGUSTIN PITTY AROSEMENA, Eighth Notary Public of the Circuit of Panama, with identification no. 4-148-768

Yo, AGUSTIN PITTY AROSEMENA, Notario Público Octavo del Circuito de Panamá, con cédula no. 4-148-768

CERTIFY

CERTIFICO
That the previous signature(s) has (have) been recognized by the signer(s) as being his(theirs) and is(are) therefore authentic.

Que la(s) firma(s) anterior(es) ha(n) sido reconocida(s) como suya(s) por los firmantes, por consiguiente, dicha(s) firma(s) es(son) auténtica(s)

Panama, 30th of August 2013

Panamá, 30 de agosto 2013

AGUSTIN PITTY AROSEMENA
Eighth Notary Public, First Deputy

AGUSTIN PITTY AROSEMENA
Notario Público Octavo, Primer Suplente

Dated this 30th day of August 2013.

LETICIA MONTOYA on behalf of ALDYNE LTD.



VISACIONES

**PASAPORTE**
**PASSPORT**

**REPÚBLICA DE PANAMÁ**

| TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO. |
| P | PAN | 1974639 |

APELLIDOS/SURNAME
**MONTOYA MORAN**

NOMBRES/GIVEN NAMES
**LETICIA**

LUGAR DE NAC./ PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO/DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA/ID
**02  007800846**

SEXO/SEX
**F**

NACIONALIDAD/NATIONALITY
**PANAMEÑA/PANAMANIAN**

EMISIÓN / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<
1974639<<3PAN5303212F1806195O2<<007800846<96

## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.       I am an agent of ALDYNE LTD.  and, as such, I act as custodian of records for MOTIVA MEDIA LLC.  ALDYNE LTD. previously served as manager for MOTIVA MEDIA LLC.

2.       On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of MOTIVA MEDIA LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena. The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for MOTIVA MEDIA LLC.

3.       I and/or persons acting under my supervision and control made a complete search of all available records.

4.       ALDYNE LTD. has had its status as manager of MOTIVA MEDIA LLC revoked and no longer maintains records on behalf of MOTIVA MEDIA LLC.

5.       ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to MOTIVA MEDIA LLC.

Dated this 29th day of August, 2013.

LETICIA MONTOYA
on behalf of ALDYNE LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto



VISACIONES

**REPÚBLICA DE PANAMÁ**

| PASAPORTE PASSPORT | | |
|---|---|---|
| TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO. |
| P | PAN | 1974639 |

APELLIDO/SURNAME
**MONTOYA  MORAN**

NOMBRE/GIVEN NAMES
**LETICIA**

LUGAR DE NAC. / PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO/DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA/ID
**02  007800846**

SEXO/SEX
**F**

NACIONALIDAD/NATIONALITY
**PANAMEÑA/PANAMANIAN**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96

## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD.  and, as such, I act as custodian of records for MULTINVEST LLC.  ALDYNE LTD. previously served as manager for MULTINVEST LLC.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of MULTINVEST LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for MULTINVEST LLC.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      ALDYNE LTD. has had its status as manager of MULTINVEST LLC revoked and no longer maintains records on behalf of MULTINVEST LLC.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to MULTINVEST LLC.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with Identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA
Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA
Notario Público Quinto

Dated this  29th day of August, 2013.

LETICIA MONTOYA
on behalf of ALDYNE LTD.



VISA/DVISAS

**PASAPORTE**
**PASSPORT**

REPÚBLICA DE PANAMÁ

| | |
|---|---|
| TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO |
| P | PAN | 1974639 |

APELLIDOS/SURNAME
**MONTOYA MORAN**

NOMBRES/GIVEN NAMES
**LETICIA**

LUGAR DE NAC./ PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO/DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA/ID
**02 007800846**

SEXO/SEX
**F**

NACIONALIDAD/NATIONALITY
**PANAMEÑA/PANAMANIAN**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**

```
P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F1806195O2<<007800846<96
```



## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.     I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for MURRIEL TRADING LLC. ALDYNE LTD. serves as manager for MURRIEL TRADING LLC.

2.     On the 22nd day of August, 2013, MURRIEL TRADING LLC received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3.     I and/or persons acting under my supervision and control made a complete search of all available records.

4.     MURRIEL TRADING LLC maintains records for 3 years.

5.     ALDYNE LTD., reviewed the records of MURRIEL TRADING LLC and determined that it has no documents that are responsive to the subpoena.

Dated this 29th day of August, 2013.

Leticia Montoya
On Behalf of ALDYNE LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dado la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                    Witness

Testigo                    Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto



### PASAPORTE
### PASSPORT

## REPÚBLICA DE PANAMA

| TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE NO. / PASSPORT N° |
|---|---|---|
| P | PAN | 1974639 |

APELLIDOS/SURNAME
**MONTOYA MORAN**

NOMBRE S/GIVEN NAMES
**LETICIA**

LUGAR DE NAC / PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO/DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA ID
**02 007800846**

SEXO SEX
**F**

NACIONALIDAD/NATIONALITY
**PANAMEÑA/PANAMANIAN**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**





P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<<

1974639<<3PAN5303212F180619502<<007800846<96



**ATTACHMENT B**

**AFFIDAVIT OF CUSTODIAN OF RECORDS**

JPD Asociados S.A., being first sworn, states:

1. We are the accountants for NAT ENTERPRISES LTD. and, as such, we act as custodian of records for NAT ENTERPRISES LTD.

2. On the 28th day of August, 2013, we received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd., v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3. We and/or persons acting under our supervision and control made a complete search of all available records.

4. JPD Asociados S.A. maintains records since March 12th., 1999 up to date.

5. There are no documents relating to funds or other property transferred either by us to another person, or to us by another person, since January 1, 2010.

6. NAT ENTERPRISES LTD. has not received any communications, requests or subpoenas from any person in connection with investigations of Lázaro Báez, an Argentine national, by any government authority, including the Republic of Argentina.

Dated this 2nd. Day of September, 2013

Juan Pedro Damiani

On Behalf of JPD Asociados S.A.

Yo, AGUSTIN PITTY AROSEMENA, Notario Público Octavo Primer Suplente del Circuito de Panamá, con Cédula No. 4-148-768

CERTIFICO:

Que la(s) firma(s) anterior(es) ha(n) sido reconocida(s) como suya(s) por los firmantes, por consiguiente, dicha(s) firma(s) es (son) auténtica(s).

Panamá, 1 9 SEP 2013

AGUSTIN PITTY AROSEMENA
Notario Público Octavo Primer Suplente





RESIDENZA / RESIDENCE / DOMICILE (11)

MONTEVIDEO (URY)

RESIDENZA / RESIDENCE / DOMICILE (11)

RESIDENZA / RESIDENCE / DOMICILE (11)

STATURA / HEIGHT / TAILLE (12)

172

COLORE DEGLI OCCHI / COLOUR OF EYES / COULEUR DES YEUX (13)

MARRONI



PASSAPORTO
PASSPORT
PASSEPORT

**REPUBBLICA ITALIANA**
Tipo, Type, Type, Codice Paese, Code of issuing State, Code du Pays émetteur, Passaporto N. Passport No. Passeport N°.

P     ITA                         YA3900428
Cognome, Surname, Nom (1)
DAMIANI
Nome, Given Names, Prénoms (2)
JUAN PEDRO
Cittadinanza, Nationality, Nationalité (3)
ITALIANA
Data di nascita, Date of birth, Date de naissance (4)
14 GIU/JUN 1958
Sesso, Sex, Sexe (5)   Luogo di nascita, Place of birth, Lieu de naissance (6)
M                      MONTEVIDEO (URY)
Data di rilascio, Date of issue, Date de délivrance (7)
07 SET/SEP 2012
Data di scadenza, Date of expiry, Date d'expiration (8)
06 SET/SEP 2022

Autorità, Authority, Autorité (9)
MINISTRO AFFARI ESTERI
Firma del titolare, (10)
Holder's signature, Signature du titulaire

P<ITADAMIANI<<JUAN<PEDRO<<<<<<<<<<<<<<<<<<<<
YA3900428 6ITA5806148M2209069<<<<<<<<<<<<<<04

EDUARDO J. SIMON
ESCRIBANO

**TRANSLATION**

The undersigned, AGUSTIN PITTY AROSEMENA, Eighth Notary Public, First Alternate, of the Circuit of Panama, holder of personal identity card No. 4-148-768 CERTIFIES that the preceding signature(s) has (have) been acknowledged as his/her/their signature (s) by the signatory/signatories; therefore, said signature (s) is(are) authentic.

Panama, <u>19th September 2013</u>

(SIGNED ILLEGIBLE)

_____

AGUSTIN PITTY AROSEMENA
Eighth Notary Public, First Alternate
*(The seal of the Eighth Notary of the Circuit, Republic of Panama has been stamped hereon).*

THE FOREGOING TEXT IS A TRUE AND FAITHFUL TRANSLATION OF AN ORIGINAL DOCUMENT IN THE SPANISH LANGUAGE. PANAMA, 19TH SEPTEMBER 2013.

YESENIA I. FLOREZ ARROCHA
CERTIFIED PUBLIC TRANSLATOR
ENGLISH-SPANISH

Res. No.438 of 20-VII-04
Panama, Republic of Panama



# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.     I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for NET MARITIME LLC. ALDYNE LTD. serves as manager for NET MARITIME LLC.

2.     On the 22nd day of August, 2013, NET MARITIME LLC received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3.     I and/or persons acting under my supervision and control made a complete search of all available records.

4.     NET MARITIME LLC maintains records for 3 years.

5.     ALDYNE LTD., reviewed the records of NET MARITIME LLC and determined that it has no documents that are responsive to the subpoena.

<table>
<tr><td>

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness          Witness

Testigo          Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

</td><td>

Dated this 29th day of August, 2013.

Leticia Montoya

On Behalf of ALDYNE LTD.

</td></tr>
</table>



**REPÚBLICA DE PANAMA**

| PASAPORTE PASSPORT | TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE No. / PASSPORT No. |
|---|---|---|---|
| | P | PAN | 1974639 |

APELLIDO / SURNAME
**MONTOYA MORAN**

NOMBRE S / GIVEN NAMES
**LETICIA**

LUGAR DE NAC. / PLACE OF BIRTH
**PANAMA**

EXPEDICIÓN EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO / DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA ID
**02 007800846**

SEXO / SEX
**F**

NACIONALIDAD / NATIONALITY
**PANAMEÑA/PANAMANIAN**

EMISIÓN / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**

 

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96