**AFFIDAVIT OF CUSTODIAN OF RECORDS**

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD.  and, as such, I act as custodian of records for NEXSA TRADING LTD.  ALDYNE LTD. previously served as manager for NEXSA TRADING LTD.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of NEXSA TRADING LTD. a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for NEXSA TRADING LTD.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      ALDYNE LTD. has had its status as manager of NEXSA TRADING LTD. revoked and no longer maintains records on behalf of NEXSA TRADING LTD.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to NEXSA TRADING LTD.

Dated this 29th day of August, 2013.

LETICIA MONTOYA
on behalf of ALDYNE LTD.

---

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with Identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                    Witness

Testigo                    Testigo

DIOMEDES EDGARDO CERRUD AYALA
Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA
Notario Público Quinto



VISACIONES

**PASAPORTE**
**PASSPORT**

## REPÚBLICA DE PANAMÁ

| TIPO / TYPE | PAIS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO |
|---|---|---|
| P | PAN | 1974639 |

APELLIDO/SURNAME
MONTOYA MORAN

NOMBRE/GIVEN NAMES
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH
PANAMA

EXPEDIDO EN / ISSUING OFFICE
PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH
21 MAR/MAR 1953

CEDULA/ID
02  007800846

SEXO/SEX
F

NACIONALIDAD/NATIONALITY
PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE
20 JUN/JUN 2013

VENCIMIENTO / DATE OF EXPIRY
19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F1806195020<<007800846<96

## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.     I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for NEXTON INTERNATIONAL LC. ALDYNE LTD. serves as manager for NEXTON INTERNATIONAL LC.

2.     On the 22nd day of August, 2013, NEXTON INTERNATIONAL LC received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3.     I and/or persons acting under my supervision and control made a complete search of all available records.

4.     NEXTON INTERNATIONAL LC maintains records for 3 years.

5.     ALDYNE LTD., reviewed the records of NEXTON INTERNATIONAL LC and determined that it has no documents that are responsive to the subpoena.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                     Witness

Testigo                     Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

Leticia Montoya

On Behalf of ALDYNE LTD.



## REPUBLICA DE PANAMA

**PASAPORTE**
**PASSPORT**

TIPO / TYPE   PAIS / COUNTRY CODE   PASAPORTE No / PASSPORT No
P            PAN                    1974639

APELLIDOS / SURNAME
**MONTOYA MORAN**

NOMBRES / GIVEN NAMES
**LETICIA**

LUGAR DE NAC / PLACE OF BIRTH        EXPEDIDA EN / ISSUING OFFICE
**PANAMA**                           **PANAMA**

FECHA DE NACIMIENTO / DATE OF BIRTH   CEDULA No
**21 MAR/MAR 1953**                  02  007800846

SEXO / SEX                            NACIONALIDAD / NATIONALITY
**F**                                **PANAMEÑA/PANAMANIAN**

EMISION / DATE OF ISSUE               VENCIMIENTO / DATE OF EXPIRY
**20 JUN/JUN 2013**                  **19 JUN/JUN 2018**



P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



**ATTACHMENT B**

**AFFIDAVIT OF CUSTODIAN OF RECORDS**

JPD Asociados S.A., being first sworn, states:

1. We are the accountants for NEYMAR INVESTMENTS LLC. and, as such, we act as custodian of records for NEYMAR INVESTMENTS LLC.

2. On the 28th day of August, 2013, we received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd., v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3. We and/or persons acting under our supervision and control made a complete search of all available records.

4. JPD Asociados S.A. maintains records since February 27th. 2006 until July 16th. 2008.

5. There are no documents relating to funds or other property transferred either by us to another person, or to us by another person, since January 1, 2010.

6. NEYMAR INVESTMENTS LLC. has not received any communications, requests or subpoenas from any person in connection with investigations of Lázaro Báez, an Argentine national, by any government authority, including the Republic of Argentina.

Dated this 2nd Day of September, 2013



Juan Pedro Damiani

On Behalf of JPD Asociados S.A.

Yo, AGUSTIN PITTY AROSEMENA, Notario Público Octavo Primer Suplente del Circuito de Panamá, con Cédula No. 4-148-768

CERTIFICO:

Que la(s) firma(s) anterior(es) ha(n) sido reconocida(s) como suya(s) por los firmantes, por consiguiente, dicha(s) firma(s) es (son) auténtica(s).

Panamá, **1 9 SEP 2013**

AGUSTIN PITTY AROSEMENA
Notario Público Octavo Primer Suplente



FOJA N=2

EDUARDO J. SIMON
ESCRIBANO



RESIDENZA / RESIDENCE / DOMICILE (11)

MONTEVIDEO (URY)

RESIDENZA / RESIDENCE / DOMICILE (11)

RESIDENZA / RESIDENCE / DOMICILE (11)

STATURA / HEIGHT / TAILLE (12)

172

COLORE DEGLI OCCHI / COLOUR OF EYES / COULEUR DES YEUX (13)

MARRONI

PASSAPORTO
PASSEPORT
PASSPORT

REPUBBLICA ITALIANA
Tipo. Type. Type. Codice Paese. Code of issuing State. Code du Pays émetteur.   Passaporto N. Passport No. Passeport N°.

P      ITA                                                    YA3900428

Cognome. Surname. Nom. (1)
DAMIANI

Nome. Given Names. Prénoms. (2)
JUAN PEDRO

Cittadinanza. Nationality. Nationalité. (3)
ITALIANA

Data di nascita. Date of birth. Date de naissance. (4)
14 GIU/JUN 1958

Sesso. Sex. Sexe. (5)   Luogo di nascita. Place of birth. Lieu de naissance. (6)
M                       MONTEVIDEO (URY)

Data di rilascio. Date of issue. Date de délivrance. (7)
07 SET/SEP 2012

Data di scadenza. Date of expiry. Date d'expiration. (8)
06 SET/SEP 2022

Autorità. Authority. Autorité. (9)
MINISTRO AFFARI ESTERI

Firma del titolare. (10)
Holder's signature / Signature du titulaire

P<ITADAMIANI<<JUAN<PEDRO<<<<<<<<<<<<<<<<<<<<<
YA3900428GITA5806148M2209069<<<<<<<<<<<<<<04

**TRANSLATION**

The undersigned, AGUSTIN PITTY AROSEMENA, Eighth Notary Public, First Alternate, of the Circuit of Panama, holder of personal identity card No. 4-148-768 CERTIFIES that the preceding signature(s) has (have) been acknowledged as his/her/their signature (s) by the signatory/signatories; therefore, said signature (s) is(are) authentic.

Panama, <u>19th September 2013</u>

(SIGNED ILLEGIBLE)

_____

AGUSTIN PITTY AROSEMENA

Eighth Notary Public, First Alternate

_(The seal of the Eighth Notary of the Circuit, Republic of Panama has been stamped hereon)._

THE FOREGOING TEXT IS A TRUE AND FAITHFUL TRANSLATION OF AN ORIGINAL DOCUMENT IN THE SPANISH LANGUAGE. PANAMA, 19TH SEPTEMBER 2013.

YESENIA I. FLOREZ ARROCHA
CERTIFIED PUBLIC TRANSLATOR
ENGLISH-SPANISH
Res. No.436 of 20-VII-04
Panama, Republic of Panama



## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for NORTEX

TRADING LLC. ALDYNE LTD. serves as manager for NORTEX TRADING LLC.

2.      On the 22nd day of August, 2013, NORTEX TRADING LLC received a Subpoena Duces

Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting

the production of documents and things delineated in the Subpoena.

3.      I and/or persons acting under my supervision and control made a complete search of all

available records.

4.      NORTEX TRADING LLC maintains records for 3 years.

5.      ALDYNE LTD., reviewed the records of NORTEX TRADING LLC and determined that

it has no documents that are responsive to the subpoena.

| | |
|---|---|
| I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301 | Dated this 29th day of August, 2013. |
| Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301 | Leticia Montoya |
| CERTIFY | On Behalf of ALDYNE LTD. |
| CERTIFICO | |
| That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic | |
| Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s). | |
| Panamá 29th of August 2013 | |
| Panamá 29 de agosto 2013 | |
| Witness          Witness | |
| Testigo          Testigo | |
| DIOMEDES EDGARDO CERRUD AYALA | |
| Fifth Notary Public | |
| DIOMEDES EDGARDO CERRUD AYALA | |
| Notario Público Quinto | |

## REPÚBLICA DE PANAMÁ

**PASAPORTE**
**PASSPORT**

TIPO / TYPE  PAÍS / COUNTRY CODE  PASAPORTE No. / PASSPORT No.
P     PAN     1974639

APELLIDO / SURNAME
**MONTOYA  MORAN**

NOMBRES / GIVEN NAMES
**LETICIA**

LUGAR DE NAC. / PLACE OF BIRTH
**PANAMA**

EXPEDICIÓN EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO / DATE OF BIRTH
**21 MAR/MAR 1953**

CÉDULA ID
**02  007800846**

SEXO / SEX
**F**

NACIONALIDAD / NATIONALITY
**PANAMEÑA / PANAMANIAN**

EMISIÓN / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**





```
P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96
```

# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.       I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for OCEANDRIVE INVESTMENTS LLC.  ALDYNE LTD. previously served as manager for OCEANDRIVE INVESTMENTS LLC.

2.       On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of OCEANDRIVE INVESTMENTS LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina,* requesting the production of documents and things delineated in the Subopena.

3.       I and/or persons acting under my supervision and control made a complete search of all available records.

4.       OCEANDRIVE INVESTMENTS LLC is a dissolved entity that no longer operates or maintains records.

5.       ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to OCEANDRIVE INVESTMENTS LLC.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad de la (los)(sujeto)s que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                         Witness

Testigo                          Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA on behalf of ALDYNE LTD.



VISACIONES

**PASAPORTE PASSPORT**

**REPÚBLICA DE PANAMA**

| TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO. |
|---|---|---|
| P | PAN | 1974639 |

APELLIDOS/SURNAME
**MONTOYA MORAN**

NOMBRE/GIVEN NAMES
**LETICIA**

LUGAR DE NAC / PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO/DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA/ID
**02 007800846**

SEXO/SEX
**F**

NACIONALIDAD/NATIONALITY
**PANAMEÑA/PANAMANIAN**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**

```
P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F1806195O2<<007800846<96
```

# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD.  and, as such, I act as custodian of records for OCEANIS GROUP LLC.  ALDYNE LTD. previously served as manager for OCEANIS GROUP LLC.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of OCEANIS GROUP LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena. The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for OCEANIS GROUP LLC.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      ALDYNE LTD. has had its status as manager of OCEANIS GROUP LLC revoked and no longer maintains records on behalf of OCEANIS GROUP LLC.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to OCEANIS GROUP LLC.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness              Witness

Testigo              Testigo

DIOMEDES EDGARDO CERRUD AYALA
Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA
Notario Público Quinto

Dated this 29th day of August, 2013.

LETICIA MONTOYA
on behalf of ALDYNE LTD.



VISACIONES

**PASAPORTE**
**PASSPORT**

**REPÚBLICA DE PANAMÁ**

| TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO. |
|---|---|---|
| P | PAN | 1974639 |

APELLIDO/SURNAME
MONTOYA MORAN

NOMBRES/GIVEN NAMES
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH
PANAMA

EXPEDIDO EN / ISSUING OFFICE
PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH
21 MAR/MAR 1953

CEDULA/ID
02  007800846

SEXO/SEX
F

NACIONALIDAD/NATIONALITY
PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE
20 JUN/JUN 2013

VENCIMIENTO / DATE OF EXPIRY
19 JUN/JUN 2018



P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F1806195O2<<007800846<96



## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD.  and, as such, I act as custodian of records for OLDEMAR TRADING LLC.   ALDYNE LTD. previously served as manager for OLDEMAR TRADING LLC.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of OLDEMAR TRADING LLC  a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for OLDEMAR TRADING LLC.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      ALDYNE LTD. has had its status as manager of OLDEMAR TRADING LLC revoked and no longer maintains records on behalf of OLDEMAR TRADING LLC.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to OLDEMAR TRADING LLC.

Dated this 29th day of August, 2013.

LETICIA MONTOYA
on behalf of ALDYNE LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness          Witness

Testigo          Testigo

DIOMEDES EDGARDO CERRUD AYALA
Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA
Notario Público Quinto



VISACIONES

**PASAPORTE**
**PASSPORT**

**REPUBLICA DE PANAMA**

TIPO / TYPE   PAIS / COUNTRY CODE   PASAPORTE NO. / PASSPORT NO.
P            PAN                   M1974639

APELLIDO/SURNAME
MONTOYA MORAN

NOMBRES/GIVEN NAMES
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH
PANAMA

EXPEDIDO EN / ISSUING OFFICE
PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH
21 MAR/MAR 1953

CEDULA/ID
02  007800846

SEXO/SEX
F

NACIONALIDAD/NATIONALITY
PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE
20 JUN/JUN 2013

VENCIMIENTO / DATE OF EXPIRY
19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for OVANO GROUP LLC.  ALDYNE LTD. serves as manager for OVANO GROUP LLC.

2.      On the 22nd day of August, 2013, OVANO GROUP LLC received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      OVANO GROUP LLC maintains records for [3] years.

5.      ALDYNE LTD. reviewed the records of OVANO GROUP LLC and determined that it has no documents that are responsive to the subpoena.

Dated this <u>30th</u> day of August 2013.

*L. Montoya Jr.*
_____

_____

LETICIA MONTOYA on behalf of ALDYNE LTD.

I, AGUSTIN PITTY AROSEMENA, Eighth Notary Public of the Circuit of Panama, with identification no. 4-148-768

Yo, AGUSTIN PITTY AROSEMENA, Notario Público Octavo del Circuito de Panamá, con cédula no. 4-148-768

CERTIFY

CERTIFICO
That the previous signature(s) has (have) been recognized by the signer(s) as being his(theirs) and is(are) therefore authentic.

Que la(s) firma(s) anterior(es) ha(n) sido reconocida(s) como suya(s) por los firmantes, por consiguiente, dicha(s) firma(s) es(son) auténtica(s)

Panama, 30th of August 2013

Panamá, 30 de agosto 2013

AGUSTIN PITTY AROSEMENA
Eighth Notary Public, First Deputy

AGUSTIN PITTY AROSEMENA
Notario Público Octavo, Primer Suplente



VISACIONES

**PASAPORTE**
**PASSPORT**

**REPÚBLICA DE PANAMÁ**

| TIPO / TYPE | PAIS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO |
|---|---|---|
| P | PAN | 1974639 |

APELLIDO/SURNAME
**MONTOYA MORAN**

NOMBRE/GIVEN NAMES
**LETICIA**

LUGAR DE NAC./ PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO/DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA/ID
**02  007800846**

SEXO/SEX
**F**

NACIONALIDAD/NATIONALITY
**PANAMEÑA/PANAMANIAN**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F1806195502<<007800846<96

## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

I am an agent of ALDYNE LTD.  and, as such, I act as custodian of records for OVILLE GROUP LLC.  ALDYNE LTD. previously served as manager for OVILLE GROUP LLC.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of OVILLE GROUP LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena. The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for OVILLE GROUP LLC.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      ALDYNE LTD. has had its status as manager of OVILLE GROUP LLC revoked and no longer maintains records on behalf of OVILLE GROUP LLC.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to OVILLE GROUP LLC.

Dated this 29th day of August, 2013.

LETICIA MONTOYA
on behalf of ALDYNE LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA



VISACIONES

**REPÚBLICA DE PANAMÁ**

| | | |
|---|---|---|
| **PASAPORTE** PASSPORT | TIPO / TYPE **P** | PAIS / COUNTRY CODE **PAN** | PASAPORTE NO. / PASSPORT NO. **1974639** |

APELLIDO/SURNAME
**MONTOYA MORAN**,

NOMBRES/GIVEN NAMES
**LETICIA**

LUGAR DE NAC./ PLACE OF BIRTH
**PANAMA**

FECHA DE NACIMIENTO/DATE OF BIRTH
**21 MAR/MAR 1953**

SEXO/SEX
**F**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

CEDULA/ID
**02  D07800846**

NACIONALIDAD/NATIONALITY
**PANAMEÑA/PANAMANIAN**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**



P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96

**AFFIDAVIT OF CUSTODIAN OF RECORDS**

I, LETICIA MONTOYA, being duly sworn, states:

1. I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for PENNYROYAL ASSOCIATES LLC. ALDYNE LTD. previously served as manager for PENNYROYAL ASSOCIATES LLC .

2. On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of PENNYROYAL ASSOCIATES LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena. The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for PENNYROYAL ASSOCIATES LLC.

3. I and/or persons acting under my supervision and control made a complete search of all available records.

4. ALDYNE LTD. has had its status as manager of PENNYROYAL ASSOCIATES LLC revoked and no longer maintains records on behalf of PENNYROYAL ASSOCIATES LLC.

5. ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to PENNYROYAL ASSOCIATES LLC.

<table>
<tr><td>

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness        Witness

Testigo        Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

</td><td>

Dated this 29th day of August, 2013.

LETICIA MONTOYA
on behalf of ALDYNE LTD.

</td></tr>
</table>



VISACIONES



**PASAPORTE**
**PASSPORT**

REPÚBLICA DE PANAMÁ

TIPO / TYPE
P

PAÍS / COUNTRY CODE
PAN

PASAPORTE NO. / PASSPORT NO.
1974639

APELLIDOS/SURNAME
MONTOYA MORAN

NOMBRE/GIVEN NAMES
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH
PANAMA

EXPEDIDO EN / ISSUING OFFICE
PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH
21 MAR/MAR 1953

CEDULA/ID
02  007800846

SEXO/SEX
F

NACIONALIDAD/NATIONALITY
PANAMEÑA/PANAMANIAN

EMISIÓN / DATE OF ISSUE
20 JUN/JUN 2013

VENCIMIENTO / DATE OF EXPIRY
19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F1806195O2<<007800846<96



# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD.   and, as such, I act as custodian of records for PHILLIPS GROUP LLC.  ALDYNE LTD. previously served as manager for PHILLIPS GROUP LLC.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of PHILLIPS GROUP LLC  a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena. The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for PHILLIPS GROUP LLC.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      ALDYNE LTD. has had its status as manager of PHILLIPS GROUP LLC revoked and no longer maintains records on behalf of PHILLIPS GROUP LLC.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to PHILLIPS GROUP LLC.

Dated this 29th day of August, 2013.

LETICIA MONTOYA
on behalf of ALDYNE LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto



VISACIONES

**PASAPORTE**
**PASSPORT**

REPÚBLICA DE PANAMÁ

| TIPO / TYPE | PAIS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO. |
|---|---|---|
| P | PAN | 1974639 |

APELLIDO/SURNAME
MONTOYA MORAN

NOMBRE/GIVEN NAMES
LETICIA

LUGAR DE NAC./ PLACE OF BIRTH
PANAMA

EXPEDIDO EN / ISSUING OFFICE
PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH
21 MAR/MAR 1953

CEDULA/ID
02  007800846

SEXO/SEX
F

NACIONALIDAD/NATIONALITY
PANAMEÑA/PANAMANIAN

EMISION / DATE OF ISSUE
20 JUN/JUN 2013

VENCIMIENTO / DATE OF EXPIRY
19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F1806195O2<<007800846<96

## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.     I am an agent of ALDYNE LTD.  and, as such, I act as custodian of records for PIXI INCORPORATED LLC.  ALDYNE LTD. previously served as manager for PIXI INCORPORATED LLC.

2.     On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of PIXI INCORPORATED LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for PIXI INCORPORATED LLC.

3.     I and/or persons acting under my supervision and control made a complete search of all available records.

4.     ALDYNE LTD. has had its status as manager of PIXI INCORPORATED LLC revoked and no longer maintains records on behalf of PIXI INCORPORATED LLC.

5.     ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to PIXI INCORPORATED LLC.

---

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                          Witness

Testigo                          Testigo

DIOMEDES EDGARDO CERRUD AYALA
Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA
Notario Público Quinto

---

Dated this 29th day of August, 2013.

LETICIA MONTOYA
on behalf of ALDYNE LTD.

VISACIONES

## REPÚBLICA DE PANAMÁ

**PASAPORTE**
**PASSPORT**

| | |
|---|---|
| TIPO / TYPE | PAIS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO. |
| P | PAN | 1974639 |

APELLIDO/SURNAME
**MONTOYA MORAN**

NOMBRE/GIVEN NAMES
**LETICIA**

LUGAR DE NAC./ PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO/DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA/ID
**02  007800846**

SEXO/SEX
**F**

NACIONALIDAD/NATIONALITY
**PANAMEÑA/PANAMANIAN**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**



P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD.  and, as such, I act as custodian of records for POLYCHEM GROUP LTD. ALDYNE LTD. previously served as manager for POLYCHEM GROUP LTD.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of POLYCHEM GROUP LTD. a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena. The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for POLYCHEM GROUP LTD.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      ALDYNE LTD. has had its status as manager of POLYCHEM GROUP LTD.  revoked and no longer maintains records on behalf of POLYCHEM GROUP LTD.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to POLYCHEM GROUP LTD.

Dated this 29th day of August, 2013.

LETICIA MONTOYA
on behalf of ALDYNE LTD.

---

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto



VISACIONES

**PASAPORTE**
**PASSPORT**

**REPÚBLICA DE PANAMÁ**

| TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO. |
|---|---|---|
| P | PAN | 1974639 |

APELLIDOS/SURNAME
**MONTOYA MORAN**

NOMBRE/GIVEN NAMES
**LETICIA**

LUGAR DE NAC./ PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO/DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA/ID
**02  007800846**

SEXO/SEX
**F**

NACIONALIDAD/NATIONALITY
**PANAMEÑA/PANAMANIAN**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F1806195O2<<007800846<96



## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1. I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for PRIEMOR GROUP LLC.  ALDYNE LTD. previously served as manager for PRIEMOR GROUP LLC.

2. On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of PRIEMOR GROUP LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for PRIEMOR GROUP LLC.

3. I and/or persons acting under my supervision and control made a complete search of all available records.

4. ALDYNE LTD. has had its status as manager of PRIEMOR GROUP LLC revoked and no longer maintains records on behalf of PRIEMOR GROUP LLC.

5. ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to PRIEMOR GROUP LLC.

Dated this 29th day of August, 2013.

Leticia Montoya
On Behalf of ALDYNE LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son)  auténtica (s).

Panama 29th of August 2013

Panamá 29 de Agosto 2013

Witness                          Witness

Testigo                          Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto



VISA/VISAS

## REPÚBLICA DE PANAMA

**PASAPORTE**
**PASSPORT**

TIPO / TYPE: P
PAIS / COUNTRY CODE: PAN
PASAPORTE N° / PASSPORT N°: 1974639

APELLIDO / SURNAME
**MONTOYA MORAN**

NOMBRES / GIVEN NAMES
**LETICIA**

LUGAR DE NAC / PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO / DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA ID
**02 007800846**

SEXO / SEX
**F**

NACIONALIDAD / NATIONALITY
**PANAMEÑA/PANAMANIAN**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**

```
P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96
```

# AFFIDAVIT OF CUSTODIAN OF RECORDS

**LETICIA MONTOYA**, being duly sworn, states:

1. I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for QUANTUM BAY LIMITED. ALDYNE LTD. previously served as manager for QUANTUM BAY LIMITED.

2. On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of QUANTUM BAY LIMITED a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena. The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for QUANTUM BAY LIMITED.

3. I and/or persons acting under my supervision and control made a complete search of all available records.

4. ALDYNE LTD. has had its status as manager of QUANTUM BAY LIMITED revoked and no longer maintains records on behalf of QUANTUM BAY LIMITED.

5. ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to QUANTUM BAY LIMITED.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama, 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

Leticia Montoya
On Behalf of ALDYNE LTD.



## REPUBLICA DE PANAMA

| PASAPORTE PASSPORT | TIPO / TYPE | PAIS / COUNTRY CODE | PASAPORTE NO / PASSPORT NO |
|---|---|---|---|
| | P | PAN | 1974639 |

APELLIDO / SURNAME
**MONTOYA  MORAN**

NOMBRES / GIVEN NAMES
**LETICIA**

LUGAR DE NAC / PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO / DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA / ID
**02  007800846**

SEXO / SEX
**F**

NACIONALIDAD / NATIONALITY
**PANAMEÑA / PANAMANIAN**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**





```
P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96
```



# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.    I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for RAFINA TRADING LLC. ALDYNE LTD. serves as manager for RAFINA TRADING LLC.

2.    On the 22nd day of August, 2013, RAFINA TRADING LLC received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3.    I and/or persons acting under my supervision and control made a complete search of all available records.

4.    RAFINA TRADING LLC maintains records for 3 years.

5.    ALDYNE LTD., reviewed the records of RAFINA TRADING LLC and determined that it has no documents that are responsive to the subpoena.

<table>
<tr><td>

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                    Witness

Testigo                    Testigo


DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

</td><td>

Dated this 29th day of August, 2013.

Leticia Montoya
On Behalf of ALDYNE LTD.

</td></tr>
</table>



## REPUBLICA DE PANAMA

**PASAPORTE**
**PASSPORT**

| TIPO / TYPE | PAIS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO. |
|---|---|---|
| P | PAN | 1974639 |

APELLIDOS / SURNAME
**MONTOYA MORAN**

NOMBRES / GIVEN NAMES
**LETICIA**

LUGAR DE NAC. / PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO / DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA ID
02  007800846

SEXO / SEX
**F**

NACIONALIDAD / NATIONALITY
**PANAMEÑA/PANAMANIAN**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**



```
P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F1806195O2<<007800846<96
```



## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.       I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for

RELCOVE LIMITED LLC.  ALDYNE LTD. previously served as manager for RELCOVE LIMITED

LLC.

2.       On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of RELCOVE

LIMITED LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The*

*Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3.       I and/or persons acting under my supervision and control made a complete search of all

available records.

4.       RELCOVE LIMITED LLC is a dissolved entity that no longer operates or maintains

records.

5.       ALDYNE LTD. reviewed its records and has determined that it has no documents that

are responsive to the subpoena issued to RELCOVE LIMITED LLC.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this <u>29th</u> day of <u>August</u>, 2013.

LETICIA MONTOYA on behalf of ALDYNE

LTD.



VISACIONES

**REPÚBLICA DE PANAMÁ**

| PASAPORTE | TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO |
| PASSPORT | P | PAN | 1974639 |

APELLIDOS / SURNAME
MONTOYA MORAN

NOMBRE(S) / GIVEN NAMES
LETICIA

LUGAR DE NAC. / PLACE OF BIRTH
PANAMA

EXPEDIDO EN / ISSUING OFFICE
PANAMA

FECHA DE NACIMIENTO / DATE OF BIRTH
21 MAR/MAR 1953

CEDULA/ID
02 007800846

SEXO/SEX
F

NACIONALIDAD/NATIONALITY
PANAMEÑA/PANAMANIAN

EMISIÓN / DATE OF ISSUE
20 JUN/JUN 2013

VENCIMIENTO / DATE OF EXPIRY
19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F1806195O2<<007800846<96



## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for ROYAL GAMES LLC.  ALDYNE LTD. previously served as manager for ROYAL GAMES LLC.

2.      On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of ROYAL GAMES LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3.      I and/or persons acting under my supervision and control made a complete search of all available records.

4.      ROYAL GAMES LLC is a dissolved entity that no longer operates or maintains records.

5.      ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to ROYAL GAMES LLC.

---

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panamá 29th of August 2013

Panamá 29 de agosto 2013

Witness                               Witness

Testigo                               Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

---

Dated this 29th day of August, 2013.

LETICIA MONTOYA on behalf of ALDYNE LTD.



VISACIONES

## REPÚBLICA DE PANAMA

**PASAPORTE**
**PASSPORT**

| | |
|---|---|
| TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO. |
| P | PAN | 1974639 |

APELLIDOS / SURNAME
**MONTOYA MORAN**

NOMBRES / GIVEN NAMES
**LETICIA**

LUGAR DE NAC. / PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO / DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA / ID
**02  007800846**

SEXO / SEX
**F**

NACIONALIDAD / NATIONALITY
**PANAMEÑA/PANAMANIAN**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F1806195O2<<007800846<96

## AFFIDAVIT OF CUSTODIAN OF RECORDS

**LETICIA MONTOYA**, being duly sworn, states:

1. I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for RYDER MANAGEMENT SERVICES LTD.  ALDYNE LTD. previously served as manager for RYDER MANAGEMENT SERVICES LTD.

2. On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of RYDER MANAGEMENT SERVICES LTD. a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for RYDER MANAGEMENT SERVICES LTD.

3. I and/or persons acting under my supervision and control made a complete search of all available records.

4. ALDYNE LTD. has had its status as manager of RYDER MANAGEMENT SERVICES LTD. revoked and no longer maintains records on behalf of RYDER MANAGEMENT SERVICES LTD.

5. ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to RYDER MANAGEMENT SERVICES LTD.

Dated this 29th day of August, 2013.

Leticia Montoya
On Behalf of ALDYNE LTD.

---

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness              Witness

Testigo              Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto



## REPÚBLICA DE PANAMA

**PASAPORTE**
**PASSPORT**

| TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE No. / PASSPORT No. |
|---|---|---|
| P | PAN | 1974639 |

APELLIDO / SURNAME
**MONTOYA MORAN**

NOMBRES / GIVEN NAMES
**LETICIA**

LUGAR DE NAC / PLACE OF BIRTH
**PANAMA**

EXPEDICIÓN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO / DATE OF BIRTH
**21 MAR/MAR 1953**

CÉDULA ID
**02 007800846**

SEXO / SEX
**F**

NACIONALIDAD / NATIONALITY
**PANAMEÑA / PANAMANIAN**

EMISIÓN / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**





```
P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96
```



## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.     I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for SERENA TRADING LLC. ALDYNE LTD. serves as manager for SERENA TRADING LLC.

2.     On the 22nd day of August, 2013, SERENA TRADING LLC received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3.     I and/or persons acting under my supervision and control made a complete search of all available records.

4.     SERENA TRADING LLC maintains records for 3 years.

5.     ALDYNE LTD., reviewed the records of SERENA TRADING LLC and determined that it has no documents that are responsive to the subpoena.

| | |
|---|---|
| I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301 | Dated this 29th day of August, 2013. |
| Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301 | |
| CERTIFY | *Leticia Montoya* |
| CERTIFICO | On Behalf of ALDYNE LTD. |

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                          Witness

Testigo                          Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

## REPUBLICA DE PANAMA

**PASAPORTE**
**PASSPORT**

TIPO  TYPE | PAIS  COUNTRY CODE | PASAPORTE  NO.  PASSPORT No.
P | PAN | 1974639

APELLIDOS/SURNAME
MONTOYA  MORAN

NOMBRE(S)/GIVEN NAMES
LETICIA

LUGAR DE NAC.  PLACE OF BIRTH | EXPEDIDO EN  ISSUING OFFICE
PANAMA | PANAMA

FECHA DE NACIMIENTO/DATE OF BIRTH | CEDULA No.
21 MAR/MAR 1953 | 02  007800846

SEXO/SEX | NACIONALIDAD/NATIONALITY
F | PANAMEÑA/PANAMANIAN

EMISION  DATE OF ISSUE | VENCIMIENTO  DATE OF EXPIRY
20 JUN/JUN 2013 | 19 JUN/JUN 2018




P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



# AFFIDAVIT OF CUSTODIAN OF RECORDS

**LETICIA MONTOYA**, being duly sworn, states:

1. I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for SMART STEEL LLC.  ALDYNE LTD. previously served as manager for SMART STEEL LLC.

2. On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of SMART STEEL LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for SMART STEEL LLC.

3. I and/or persons acting under my supervision and control made a complete search of all available records.

4. ALDYNE LTD. has had its status as manager of SMART STEEL LLC revoked and no longer maintains records on behalf of SMART STEEL LLC.

5. ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to SMART STEEL LLC.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de Agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this <u>29th</u> day of <u>August</u>, 2013.

Leticia Montoya
On Behalf of ALDYNE LTD.



VISA ITEMS

## REPÚBLICA DE PANAMÁ

**PASAPORTE**
**PASSPORT**

TIPO / TYPE: **P**
PAIS / COUNTRY CODE: **PAN**
PASAPORTE No. / PASSPORT No.: **1974639**

APELLIDO / SURNAME
**MONTOYA MORAN**

NOMBRES / GIVEN NAMES
**LETICIA**

LUGAR DE NAC / PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO / DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA ID
**02 007800846**

SEXO/SEX
**F**

NACIONALIDAD / NATIONALITY
**PANAMEÑA/PANAMANIAN**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**



P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



## AFFIDAVIT OF CUSTODIAN OF RECORDS

**LETICIA MONTOYA**, being duly sworn, states:

1.  I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for STEEL PRODUCT SERVICES LLC.  ALDYNE LTD. previously served as manager for STEEL PRODUCT SERVICES LLC.

2.  On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of STEEL PRODUCT SERVICES LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for STEEL PRODUCT SERVICES LLC.

3.  I and/or persons acting under my supervision and control made a complete search of all available records.

4.  ALDYNE LTD. has had its status as manager of STEEL PRODUCT SERVICES LLC revoked and no longer maintains records on behalf of STEEL PRODUCT SERVICES LLC.

5.  ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to STEEL PRODUCT SERVICES LLC.

---

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son)  auténtica (s).

Panamá 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

Leticia Montoya
On Behalf of ALDYNE LTD.



## REPUBLICA DE PANAMA

**PASAPORTE**
**PASSPORT**

| TIPO TYPE | PAIS COUNTRY CODE | PASAPORTE NO PASSPORT NO |
|---|---|---|
| P | PAN | 1974639 |

APELLIDO SURNAME
**MONTOYA MORAN**

NOMBRES GIVEN NAMES
**LETICIA**

LUGAR DE NAC PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO DATE OF BIRTH
**21 MAR MAR 1953**

CEDULA NO
**02 007800846**

SEXO SEX
**F**

NACIONALIDAD NATIONALITY
**PANAMEÑA PANAMANIAN**

EMISION DATE OF ISSUE
**20 JUN JUN 2013**

VENCIMIENTO DATE OF EXPIRY
**19 JUN JUN 2018**



```
P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96
```



# AFFIDAVIT OF CUSTODIAN OF RECORDS

**LETICIA MONTOYA**, being duly sworn, states:

1. I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for STEPNEY INTERNATIONAL LLC.  ALDYNE LTD. previously served as manager for STEPNEY INTERNATIONAL LLC.

2. On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of STEPNEY INTERNATIONAL LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for STEPNEY INTERNATIONAL LLC.

3. I and/or persons acting under my supervision and control made a complete search of all available records.

4. ALDYNE LTD. has had its status as manager of STEPNEY INTERNATIONAL LLC revoked and no longer maintains records on behalf of STEPNEY INTERNATIONAL LLC.

5. ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to STEPNEY INTERNATIONAL LLC.

Dated this <u>29th</u> day of <u>August</u>, 2013.

Leticia Montoya
On Behalf of ALDYNE LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto



VISA/IONES

**PASAPORTE**
**PASSPORT**

## REPUBLICA DE PANAMA

| TIPO - TYPE | PAIS - COUNTRY CODE | PASAPORTE NO. - PASSPORT NO. |
|---|---|---|
| P | PAN | 1974639 |

APELLIDOS/SURNAME
**MONTOYA MORAN**

NOMBRES/GIVEN NAMES
**LETICIA**

LUGAR DE NAC - PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN - ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO-DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA ID
**02-007800846**

SEXO/SEX
**F**

NACIONALIDAD-NATIONALITY
**PANAMEÑA-PANAMANIAN**

EMISION - DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO - DATE OF EXPIRY
**19 JUN/JUN 2018**





P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F1806195002<<007800846<96



# AFFIDAVIT OF CUSTODIAN OF RECORDS

**LETICIA MONTOYA**, being duly sworn, states:

1. I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for SUNGLOW INVESTMENT LLC.  ALDYNE LTD. previously served as manager for SUNGLOW INVESTMENT LLC.

2. On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of SUNGLOW INVESTMENT LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for SUNGLOW INVESTMENT LLC.

3. I and/or persons acting under my supervision and control made a complete search of all available records.

4. ALDYNE LTD. has had its status as manager of SUNGLOW INVESTMENT LLC revoked and no longer maintains records on behalf of SUNGLOW INVESTMENT LLC.

5. ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to SUNGLOW INVESTMENT LLC.

---

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panamá 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this <u>29th</u> day of <u>August</u>, 2013.

Leticia Montoya
On Behalf of ALDYNE LTD.



VISA/BONA

## REPÚBLICA DE PANAMÁ

**PASAPORTE**
**PASSPORT**

| TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE NO / PASSPORT NO |
|---|---|---|
| P | PAN | 1974639 |

APELLIDO / SURNAME
**MONTOYA MORAN**

NOMBRE / GIVEN NAMES
**LETICIA**

| LUGAR DE NAC / PLACE OF BIRTH | EXPEDIDO EN / ISSUING OFFICE |
|---|---|
| **PANAMA** | **PANAMA** |

| FECHA DE NACIMIENTO / DATE OF BIRTH | CEDULA ID |
|---|---|
| **21 MAR/MAR 1953** | **02 007800846** |

| SEXO / SEX | NAC / REALIDAD / NATIONALITY |
|---|---|
| **F** | **PANAMEÑA / PANAMANIAN** |

| F. EMISIÓN / DATE OF ISSUE | VENCIMIENTO / DATE OF EXPIRY |
|---|---|
| **20 JUN/JUN 2013** | **19 JUN/JUN 2018** |

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96



# AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.    I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for THE INGELEC GROUP LLC. ALDYNE LTD. serves as manager for THE INGELEC GROUP LLC.

2.    On the 22nd day of August, 2013, THE INGELEC GROUP LLC received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3.    I and/or persons acting under my supervision and control made a complete search of all available records.

4.    THE INGELEC GROUP LLC maintains records for 3 years.

5.    ALDYNE LTD., reviewed the records of THE INGELEC GROUP LLC and determined that it has no documents that are responsive to the subpoena.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                           Witness

Testigo                           Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

Leticia Montoya
On Behalf of ALDYNE LTD.



## REPÚBLICA DE PANAMÁ

**PASAPORTE**
**PASSPORT**

| | | |
|---|---|---|
| TIPO / TYPE | PAÍS / COUNTRY CODE | PASAPORTE NO. / PASSPORT No. |
| P | PAN | 1974639 |

APELLIDOS / SURNAME
**MONTOYA MORAN**

NOMBRE S/GIVEN NAMES
**LETICIA**

LUGAR DE NAC / PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO/DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA/ID
**02 007800846**

SEXO/SEX
**F**

NACIONALIDAD/NATIONALITY
**PANAMEÑA/PANAMANIAN**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**

```
P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96
```



## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.     I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for THUNDER OVERSEAS TRADING LLC. ALDYNE LTD. serves as manager for THUNDER OVERSEAS TRADING LLC.

2.     On the 22nd day of August, 2013, THUNDER OVERSEAS TRADING LLC received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3.     I and/or persons acting under my supervision and control made a complete search of all available records.

4.     THUNDER OVERSEAS TRADING LLC maintains records for 3 years.

5.     ALDYNE LTD., reviewed the records of THUNDER OVERSEAS TRADING LLC and determined that it has no documents that are responsive to the subpoena.

Dated this 29th day of August, 2013.

Leticia Montoya
On Behalf of ALDYNE LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness           Witness

Testigo           Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto



## REPÚBLICA DE PANAMÁ

**PASAPORTE**
**PASSPORT**

| TIPO · TYPE | PAÍS · COUNTRY CODE | PASAPORTE N° · PASSPORT N° |
|---|---|---|
| P | PAN | 1974639 |

APELLIDOS · SURNAME
**MONTOYA  MORAN**

NOMBRES · GIVEN NAMES
**LETICIA**

LUGAR DE N... · PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN · ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO · DATE OF BIRTH
**21 MAR·MAR 1953**

CEDULA N°
**02  007800846**

SEXO · SEX
**F**

NACIONALIDAD · NATIONALITY
**PANAMEÑA/PANAMANIAN**

EMISIÓN · DATE OF ISSUE
**20 JUN·JUN 2013**

VENCIMIENTO · DATE OF EXPIRY
**19 JUN·JUN 2018**



```
P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96
```



**ATTACHMENT B**

**AFFIDAVIT OF CUSTODIAN OF RECORDS**

JPD Asociados S.A., being first sworn, states:

1. We are the accountants for TRENTON PROPERTIES LTD. and, as such, we act as custodian of records for TRENTON PROPERTIES LTD.

2. On the 28th day of August, 2013, we received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd., v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3. We and/or persons acting under our supervision and control made a complete search of all available records.

4. JPD Asociados S.A. maintains records since April 25th., 1996 up to date.

5. There are no documents relating to funds or other property transferred either by us to another person, or to us by another person, since January 1, 2010.

6. TRENTON PROPERTIES LTD. has not received any communications, requests or subpoenas from any person in connection with investigations of Lázaro Báez, an Argentine national, by any government authority, including the Republic of Argentina.

Dated this 2nd Day of September, 2013

Juan Pedro Damiani

On Behalf of JPD Asociados S.A.

Yo, AGUSTIN PITTY AROSEMENA, Notario Público Octavo Primer Suplente del Circuito de Panamá, con Cédula No. 4-148-768

**CERTIFICO:**

Que la(s) firma(s) anterior(es) ha(n) sido reconocida(s) como suya(s) por los firmantes, por consiguiente, dicha(s) firma(s) es (son) auténtica(s).

Panamá,   **1 9 SEP 2013**

AGUSTIN PITTY AROSEMENA
Notario Público Octavo Primer Suplente





RESIDENZA / RESIDENCE / DOMICILE (11)

MONTEVIDEO (URY)

RESIDENZA / RESIDENCE / DOMICILE (11)

RESIDENZA / RESIDENCE / DOMICILE (11)

STATURA / HEIGHT / TAILLE (12)

172

COLORE DEGLI OCCHI / COLOUR OF EYES / COULEUR DES YEUX (13)

MARRONI

PASSAPORTO
PASSPORT
PASSPORT



**REPUBBLICA ITALIANA**
Tipo. Type. Type. Codice Paese. Code of country State. Code du Pays émetteur. Passeporto N. Passport No. Passport N°.

P     ITA                          YA3900428

Cognome. Surname. Nom. (1)
DAMIANI

Nome. Given Names. Prénoms. (2)
JUAN PEDRO

Cittadinanza. Nationality. Nationalité. (3)
ITALIANA

Data di nascita. Date of birth. Date de naissance. (4)
14 GIU/JUN 1958

Sesso. Sex. Sexe. (5)   Luogo di nascita. Place of birth. Lieu de naissance. (6)
M              MONTEVIDEO (URY)

Data di rilascio. Date of issue. Date de délivrance. (7)
07 SET/SEP 2012

Autorità. Authority. Autorité. (8)
MINISTRO AFFARI ESTERI

Data di scadenza. Date of expiry. Date d'expiration. (9)
06 SET/SEP 2022

Firma del titolare. (10)
Holder's signature / Signature du titulaire

P<ITADAMIANI<<JUAN<PEDRO<<<<<<<<<<<<<<<<<<<<<<
YA3900428 6ITA5806148M2209069<<<<<<<<<<<<<<04

EDUARDO J. SIMON
ESCRIBANO

**TRANSLATION**

The undersigned, AGUSTIN PITTY AROSEMENA, Eighth Notary Public, First Alternate, of the Circuit of Panama, holder of personal identity card No. 4-148-768 CERTIFIES that the preceding signature(s) has (have) been acknowledged as his/her/their signature (s) by the signatory/signatories; therefore, said signature (s) is(are) authentic.

Panama, <u>19th September 2013</u>

(SIGNED ILLEGIBLE)

_____

AGUSTIN PITTY AROSEMENA
Eighth Notary Public, First Alternate
 (*The seal of the Eighth Notary of the Circuit, Republic of Panama has been stamped hereon*).

THE FOREGOING TEXT IS A TRUE AND FAITHFUL TRANSLATION OF AN ORIGINAL DOCUMENT IN THE SPANISH LANGUAGE. PANAMA, 19TH SEPTEMBER 2013.

YESENIA I. FLOREZ ARROCHA
CERTIFIED PUBLIC TRANSLATOR
ENGLISH-SPANISH

Res. No.438 of 20-VII-04
Panama, Republic of Panama



## AFFIDAVIT OF CUSTODIAN OF RECORDS

**LETICIA MONTOYA**, being duly sworn, states:

1. I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for TREVER WELDING INDUSTRY LLC.  ALDYNE LTD. previously served as manager for TREVER WELDING INDUSTRY LLC.

2. On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of TREVER WELDING INDUSTRY LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for TREVER WELDING INDUSTRY LLC.

3. I and/or persons acting under my supervision and control made a complete search of all available records.

4. ALDYNE LTD. has had its status as manager of TREVER WELDING INDUSTRY LLC revoked and no longer maintains records on behalf of TREVER WELDING INDUSTRY LLC .

5. ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to TREVER WELDING INDUSTRY LLC.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness

Testigo

Witness

Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this <u>29th</u> day of <u>August</u>, 2013.

Leticia Montoya
On Behalf of ALDYNE LTD.



## REPUBLICA DE PANAMA

**PASAPORTE**
**PASSPORT**

TIPO TYPE  PAIS COUNTRY CODE  PASAPORTE NO  PASSPORT NO
P    PAN    1974639

APELLIDO SURNAME
MONTOYA MORAN

NOMBRE GIVEN NAMES
LETICIA

LUGAR DE NAC  PLACE OF BIRTH
PANAMA

EXPEDIDO EN  ISSUING OFFICE
PANAMA

FECHA DE NACIMIENTO DATE OF BIRTH
21 MAR/MAR 1953

CEDULA ID
02 007860846

SEXO SEX
F

NACIONALIDAD NATIONALITY
PANAMEÑA PANAMANIAN

EMISION  DATE OF ISSUE
20 JUN/JUN 2013

VENCIMIENTO  DATE OF EXPIRY
19 JUN/JUN 2018



P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96

## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.    I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for VANEGGIA HOLDINGS LTD. ALDYNE LTD. serves as manager for VANEGGIA HOLDINGS LTD.

2.    On the 22nd day of August, 2013, VANEGGIA HOLDINGS LTD., received a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subpoena.

3.    I and/or persons acting under my supervision and control made a complete search of all available records.

4.    VANEGGIA HOLDINGS LTD., maintains records for 3 years.

5.    ALDYNE LTD., reviewed the records of VANEGGIA HOLDINGS LTD., and determined that it has no documents that are responsive to the subpoena.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness        Witness

Testigo        Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

Leticia Montoya
On Behalf of ALDYNE LTD.



**REPUBLICA DE PANAMA**

| | |
|---|---|
| PASAPORTE<br>PASSPORT | TIPO / TYPE: **P**   PAIS / COUNTRY CODE: **PAN**   PASAPORTE No / PASSPORT No: **1974639** |

APELLIDO / SURNAME
**MONTOYA  MORAN**

NOMBRE S / GIVEN NAMES
**LETICIA**

LUGAR DE NAC / PLACE OF BIRTH
**PANAMA**

EXPEDICION EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO / DATE OF BIRTH
**21 MAR/MAR 1953**

DETALLE /
**02  007800846**

SEXO / SEX
**F**

NACIONALIDAD / NATIONALITY
**PANAMEÑA / PANAMANIAN**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**



P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96

## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1.      I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for

VILLETTE ASSOCIATES LLC. ALDYNE LTD. serves as manager for VILLETTE ASSOCIATES

LLC.

2.      On the 22nd day of August, 2013, VILLETTE ASSOCIATES LLC received a Subpoena

Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*,

requesting the production of documents and things delineated in the Subpoena.

3.      I and/or persons acting under my supervision and control made a complete search of all

available records.

4.      VILLETTE ASSOCIATES LLC maintains records for 3 years.

5.      ALDYNE LTD., reviewed the records of VILLETTE ASSOCIATES LLC and

determined that it has no documents that are responsive to the subpoena.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with Identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                          Witness

Testigo                          Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

Leticia Montoya

On Behalf of ALDYNE LTD.



**PASAPORTE**
**PASSPORT**

**REPUBLICA DE PANAMA**

TIPO · TYPE    PAIS · COUNTRY CODE    PASAPORTE NO · PASSPORT NO
P             PAN                    1974639

APELLIDO · SURNAME
MONTOYA MORAN

NOMBRE · GIVEN NAMES
LETICIA

LUGAR DE NAC · PLACE OF BIRTH          EXPEDICION EN · ISSUING OFFICE
PANAMA                                 PANAMA

FECHA DE NACIMIENTO · DATE OF BIRTH    CED · LAID
21 MAR/MAR 1953                        02  007800846

SEXO · SEX                             NACIONALIDAD · NATIONALITY
F                                      PANAMEÑA/PANAMANIAN

EMISION · DATE OF ISSUE                VENCIMIENTO · DATE OF EXPIRY
20 JUN/JUN 2013                        19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F180619502<<007800846<96

## AFFIDAVIT OF CUSTODIAN OF RECORDS



I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for WOODSTAR SERVICES LLC.  ALDYNE LTD. previously served as manager for WOODSTAR SERVICES LLC.

2. On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of WOODSTAR SERVICES LLC a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena.  The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for WOODSTAR SERVICES LLC.

3. I and/or persons acting under my supervision and control made a complete search of all available records.

4. ALDYNE LTD. has had its status as manager of WOODSTAR SERVICES LLC revoked and no longer maintains records on behalf of WOODSTAR SERVICES LLC .

5. ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to WOODSTAR SERVICES LLC.

---

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s)  that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                            Witness

Testigo                            Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto

Dated this 29th day of August, 2013.

Leticia Montoya
On Behalf of ALDYNE LTD.



VISACIONES

## REPUBLICA DE PANAMA

**PASAPORTE**
**PASSPORT**

TIPO · TYPE
P

PAIS · COUNTRY CODE
PAN

PASAPORTE No · PASSPORT No
1974639

APELLIDO · SURNAME
**MONTOYA MORAN**

NOMBRES · GIVEN NAMES
**LETICIA**

LUGAR DE NAC · PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN · ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO · DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA ID
**02 007800846**

SEXO · SEX
**F**

NACIONALIDAD · NATIONALITY
**PANAMEÑA/PANAMANIAN**

EMISION · DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO · DATE OF EXPIRY
**19 JUN/JUN 2018**



P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F1806195O2<<007800846<96

## AFFIDAVIT OF CUSTODIAN OF RECORDS

LETICIA MONTOYA, being duly sworn, states:

1. I am an agent of ALDYNE LTD. and, as such, I act as custodian of records for YALE HOLDINGS LTD. ALDYNE LTD. previously served as manager for YALE HOLDINGS LTD.

2. On the 22nd day of August, 2013, ALDYNE LTD. received on behalf of YALE HOLDINGS LTD. a Subpoena Duces Tecum in connection with the matter entitled *NML Capital, Ltd. v. The Republic of Argentina*, requesting the production of documents and things delineated in the Subopena. The Subpoena Duces Tecum was received from M.F. Corporate Services Nevada, the previous resident agent for YALE HOLDINGS LTD.

3. I and/or persons acting under my supervision and control made a complete search of all available records.

4. ALDYNE LTD. has had its status as manager of YALE HOLDINGS LTD., revoked and no longer maintains records on behalf of YALE HOLDINGS LTD.

5. ALDYNE LTD. reviewed its records and has determined that it has no documents that are responsive to the subpoena issued to YALE HOLDINGS LTD.

6. ALDYNE LTD. has attempted to contact the successor manager regarding the Subpoena but has received no response.

Dated this 19th day of September, 2013.

LETICIA MONTOYA on behalf of ALDYNE LTD.

I, AGUSTIN PITTY AROSEMENA, Eighth Notary Public of the Circuit of Panama, with identification no. 4-148-768

Yo, AGUSTIN PITTY AROSEMENA, Notario Público Octavo del Circuito de Panamá, con cédula no. 4-148-768

CERTIFY

CERTIFICO
That the previous signature(s) has (have) been recognized by the signer(s) as being his(theirs) and is(are) therefore authentic.

Que la(s) firma(s) anterior(es) ha(n) sido reconocida(s) como suya(s) por los firmantes, por consiguiente, dicha(s) firma(s) es(son) auténtica(s)

Panama, 19th of September 2013

Panamá, 19 de septiembre 2013

AGUSTIN PITTY AROSEMENA
Eighth Notary Public, First Deputy

AGUSTIN PITTY AROSEMENA
Notario Público Octavo, Primer Suplente



VISACIONES

**PASAPORTE**
**PASSPORT**

REPUBLICA DE PANAMA

| | |
|---|---|
| TIPO/TYPE **P** | PAIS / COUNTRY | PASAPORTE No. / PASSPORT No. **974639** |
| APELLIDOS/SURNAME | | |
| MONTOYA MORAN | | |
| NOMBRE/GIVEN NAMES | | |
| LETICIA | | |
| LUGAR DE NAC./ PLACE OF BIRTH | EXPEDIDO EN / ISSUING OFFICE |
| PANAMA | PANAMA |
| FECHA DE NACIMIENTO/DATE OF BIRTH | CEDULA/ID |
| 21 MAR/MAR 1953 | 02 D07800846 |
| SEXO/SEX | NACIONALIDAD/NATIONALITY |
| F | PANAMEÑA/PANAMANIAN |
| EMISION / DATE OF ISSUE | VENCIMIENTO / DATE OF EXPIRY |
| 20 JUN/JUN 2013 | 19 JUN/JUN 2018 |

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F1806195D2<<007800846<96

# EXHIBIT 2

# EXHIBIT 2



29th August 2013

To whom it may concern

REF.: AMERICAN TRADE & PACKING LTD.

Dear Sirs,

By the present means, we hereby inform that the Limited Liability Company named AMERICAN TRADE & PACKING LTD., has been continued to another jurisdiction, as of the 30th of July 2013.

Sincerely

LETICIA MONTOYA on behalf of ALDYNE LTD.

---

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic.

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                    Witness

Testigo                    Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto



VISACIONES

| | | |
|---|---|---|
| **PASAPORTE** **PASSPORT** | REPÚBLICA DE PANAMÁ | |

**TIPO / TYPE** P

**PAÍS / COUNTRY CODE** PAN

**PASAPORTE NO. / PASSPORT NO** 1974639

**APELLIDO/SURNAME** MONTOYA MORAN

**NOMBRE/GIVEN NAMES** LETICIA

**LUGAR DE NAC./ PLACE OF BIRTH** PANAMA

**EXPEDIDO EN / ISSUING OFFICE** PANAMA

**FECHA DE NACIMIENTO/DATE OF BIRTH** 21 MAR/MAR 1953

**CEDULA/ID** 02 007800846

**SEXO/SEX** F

**NACIONALIDAD/NATIONALITY** PANAMEÑA/PANAMANIAN

**EMISION / DATE OF ISSUE** 20 JUN/JUN 2013

**VENCIMIENTO / DATE OF EXPIRY** 19 JUN/JUN 2018

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F1806195O2<<007800846<96



29th August 2013

To whom it may concern

REF.: PERMANEL INVESTMENT LIMITED

Dear Sirs,

By the present means, we hereby inform that the Limited Liability Company named PERMANEL INVESTMENT LIMITED had been transferred to another Registered Agent as of the 6th of September 2012.

Sincerely

LETICIA MONTOYA on behalf of ALDYNE LTD.

I, DIOMEDES EDGARDO CERRUD AYALA, Fifth Notary Public of the Circuit of Panama, with identification no. 8-171-301

Yo, DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula no. 8-171-301

CERTIFY

CERTIFICO

That due to the certainty of identity of the individual(s) that signed the present document, his/her/their signature(s) is(are) authentic

Que dada la certeza de la identidad del (los) sujeto(s) que firmó (firmaron) el presente documento, su(s) firma(s) es(son) auténtica (s).

Panama 29th of August 2013

Panamá 29 de agosto 2013

Witness                    Witness

Testigo                    Testigo

DIOMEDES EDGARDO CERRUD AYALA

Fifth Notary Public

DIOMEDES EDGARDO CERRUD AYALA

Notario Público Quinto



VISACIONES



**PASAPORTE**
**PASSPORT**

REPÚBLICA DE PANAMÁ

| | |
|---|---|
| TIPO / TYPE | PNS / COUNTRY CODE | PASAPORTE NO. / PASSPORT NO. |
| P | PAN | 1974639 |

APELLIDO/SURNAME
**MONTOYA MORAN**

NOMBRES/GIVEN NAMES
**LETICIA**

LUGAR DE NAC./ PLACE OF BIRTH
**PANAMA**

EXPEDIDO EN / ISSUING OFFICE
**PANAMA**

FECHA DE NACIMIENTO/DATE OF BIRTH
**21 MAR/MAR 1953**

CEDULA/ID
02  007800846

SEXO/SEX
**F**

NACIONALIDAD/NATIONALITY
**PANAMEÑA/PANAMANIAN**

EMISION / DATE OF ISSUE
**20 JUN/JUN 2013**

VENCIMIENTO / DATE OF EXPIRY
**19 JUN/JUN 2018**

P<PANMONTOYA<MORAN<<LETICIA<<<<<<<<<<<<<<<<<<<
1974639<<3PAN5303212F1806195O2<<007800846<96

# EXHIBIT 3

# EXHIBIT 3

**Ellis, Emily A.**

**Subject:**                    FW: NML Capital Entities

**From:** Kent Woods [mailto:kwoods@woodserickson.com]
**Sent:** Thursday, February 27, 2014 10:58 AM
**To:** Baker, Nikki L.
**Subject:** Re: NML Capital Entities

Monday afternoon should be fine.  I have a lunch appointment that will put me back in the office around 1:30.  Feel free to call anytime after that.

Sent from my iPhone

On Feb 27, 2014, at 11:19 AM, "Baker, Nikki L." <NBaker@BHFS.com> wrote:

> Hi Kent,
>
> Do you have time for a call on Monday afternoon to discuss?  I'm open that afternoon, except that I have to leave by 2:45 pm to take my daughter to dance class.  Please let me know.
>
> Thanks!
>
> Nikki
>
> **Nikki L. Baker**
> **Brownstein Hyatt Farber Schreck, LLP**
> 100 North City Parkway, Suite 1600
> Las Vegas, NV 89106
> 702.464.7012 tel
> NBaker@BHFS.com
>
> To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.
>
> **From:** Kent Woods [mailto:kwoods@woodserickson.com]
> **Sent:** Thursday, February 06, 2014 1:18 PM
> **To:** Baker, Nikki L.
> **Subject:** RE: NML Capital Entities
>
> Hello Nikki,
>
> I wish I could say it was a pleasure to hear from you.  I'm sure you understand.
>
> Let me know the specific entities that you're interested in, and I'll pass it along to people to see if they want to handle it internally or ask me to help them.

1

Thanks,
Kent

**WOODS ERICKSON & WHITAKER LLP**
ATTORNEYS AT LAW
Kent P. Woods · kwoods@woodserickson.com
1349 Galleria Drive, Suite 200, Henderson, Nevada 89014
702 433 9696 · Fax 702 434 0615 · WoodsErickson.com

---

**From:** Baker, Nikki L. [mailto:NBaker@BHFS.com]
**Sent:** Thursday, February 06, 2014 12:51 PM
**To:** Kent Woods
**Subject:** RE: NML Capital Entities

Hi Kent,

Just when you thought you'd heard the last from me, I am writing because it is likely that we will be moving forward with motions against certain entities.  So, of course, with respect to any motion against MF Corporate Services (Nevada) Limited, I will meet and confer with you.   Do you have a contact person or persons for the other various entities with whom I could speak to in order to meet and confer before filing any motion(s)?

As always, please feel free to contact me if you have any questions.

Thanks,

Nikki

**Nikki L. Baker**
**Brownstein Hyatt Farber Schreck, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702.464.7012 tel
NBaker@BHFS.com

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

---

**From:** Baker, Nikki L.
**Sent:** Monday, December 02, 2013 7:55 AM
**To:** Kent Woods
**Subject:** Re: NML Capital Entities

Hi Kent,

Sorry for the delayed response. We've been swamped on another case, and then I went out of town last week for Thanksgiving. I will contact you before we file any motion(s). I don't anticipate that anything will be filed this week.

In the meantime, if you have any questions, please let me know.

Thanks,

Nikki

Sent from my iPhone

On Nov 21, 2013, at 2:03 PM, "Kent Woods" <kwoods@woodserickson.com> wrote:

> Nikki,
>
> Any movements on the motions to compel?  Inquiring minds want to know which entities are involved or if this is going forward.  Let me know, if you would.
>
> Thanks,
> Kent
>
> **WOODS ERICKSON & WHITAKER LLP**
> ATTORNEYS AT LAW
> Kent P. Woods · kwoods@woodserickson.com
> 1349 Galleria Drive, Suite 200, Henderson, Nevada 89014
> 702 433 9696 · Fax 702 434 0615 · WoodsErickson.com
>
> ---
>
> **From:** Kent Woods
> **Sent:** Tuesday, November 05, 2013 3:15 PM
> **To:** 'nbaker@bhfs.com'
> **Subject:** NML Capital Entities
>
> Nikki,
>
> By now you should have the signed confidentiality agreement and the discs containing the confidential documents.  I hope that these will resolve at least some of your outstanding concerns.  Though since MF produced a fair amount of documents with respect to its subpoena, I hope there will not be continuing disputes involving MF.  Obviously, since I represent MF, we can meet and confer on any outstanding discovery issues that you may have.  I would hope that we would discuss production issues before any motion to compel would be filed against MF.
>
> With respect to the other entities, I have reached out to my contact to see how they would like to proceed.  I am dealing with an intermediary, however, which complicates matters.  In order to smooth this process, it might be helpful for me to have a list of the entities that you feel will be subject to the motion to compel.  I feel confident that you will not want to proceed against all of the entities, since many have been dissolved, and others were not properly served, since MF is no longer their resident agent.  In any event, with a little more direction about the subjects of your motions to compel, I can arrange with my contact either to be retained to represent them or to have their own counsel contact you.  Either way, though, I think this process will probably take a little bit of time.  We are, after all, dealing with foreign entities who are total strangers to the underlying case.  I think it would be best if we—meaning you and I or you and the foreign entities' counsel, as the case demands--have an opportunity to meet and confer on production before proceeding with a motion to compel.
>
> I look forward to receiving a little more information from you on these matters.

Best regards,
Kent

**WOODS ERICKSON & WHITAKER LLP**
ATTORNEYS AT LAW
Kent P. Woods · kwoods@woodserickson.com
1349 Galleria Drive, Suite 200, Henderson, Nevada 89014
702 433 9696 · Fax 702 434 0615 · WoodsErickson.com

STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (303)-223-1300 and delete the message. Thank you.

**Ellis, Emily A.**

**Subject:**                         FW: MF Corporate Services (Nevada) Limited

-----Original Message-----
From: Kent Woods [mailto:kwoods@woodserickson.com]
Sent: Tuesday, March 25, 2014 6:36 PM
To: Baker, Nikki L.
Subject: RE: MF Corporate Services (Nevada) Limited

Not yet, Nikki.  Things move slowly in Panama, where my contacts are, as you can see.  It may help grease the wheels if I had some additional direction on what exactly you need.  As I recall there were two questions in each of the relevant subpoenas: (1) payment records and (2) documents to be produced in response to other subpoenas about Lorenzo Baez (or somesuch spelling).  I recall that many of the entities were defunct.  Are there entities that you all are particularly interested in?  Or are you wanting to move against all 150 entities?

WOODS ERICKSON & WHITAKER LLP
A T T O R N E Y S   A T   L A W
Kent P. Woods · kwoods@woodserickson.com
1349 Galleria Drive, Suite 200, Henderson, Nevada 89014
702 433 9696 · Fax 702 434 0615 · WoodsErickson.com

-----Original Message-----
From: Baker, Nikki L. [mailto:NBaker@BHFS.com]
Sent: Tuesday, March 25, 2014 6:29 PM
To: Kent Woods
Subject: RE: MF Corporate Services (Nevada) Limited

Hi Kent,

Any update on Aldyne?

Please advise.

Thanks,

Nikki

Nikki L. Baker
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702.464.7012 tel
NBaker@BHFS.com

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

-----Original Message-----
From: Baker, Nikki L.
Sent: Monday, March 24, 2014 2:43 PM
To: 'Kent Woods'
Subject: RE: MF Corporate Services (Nevada) Limited

Kent,

Thank you for the follow up email.  As I mentioned during the call, NML is planning to file a motion to compel this Friday (the 28th) if we are unable to resolve all outstanding issues before then.  I will, of course, call you to discuss any follow up questions I may have based on the information you provided about MF.

Thanks,

Nikki

Nikki L. Baker
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702.464.7012 tel
NBaker@BHFS.com

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

-----Original Message-----
From: Kent Woods [mailto:kwoods@woodserickson.com]
Sent: Monday, March 24, 2014 2:30 PM
To: Baker, Nikki L.
Subject: RE: MF Corporate Services (Nevada) Limited

Nikki,

Thanks for speaking with me earlier today regarding MF Corporate Services and Aldyne.  I should be able to speak with my contacts about Aldyne at some point today or early tomorrow and give you more information about their position.  I will call you tomorrow once I hear something.

Regarding MF Corporate Services, my client has gone over her files once again to locate the documents you requested.  I noted in our review a couple of issues: (1) the documents for Gulf Support Services LLC have already been produced. This was number 3456 in our production; (2) the entity you referenced as Ariona LLC is now called Galway Scott Trading Ltd, and the document related to that change was produced as number 3305 of our production.

For the other document requests, my client has gone over her files and has concluded that we have produced everything responsive to the request. We have not withheld any documents even subject to objections of privilege or the like. I believe these were resolved with the confidentiality agreement several months ago. MF Corporate Services is a commercial resident agent. In many cases these documents are organized by outside third parties in other countries, and certain documents are never sent to MF. This would explain why there are no operating agreements or membership lists for certain companies. I do not believe this is unusual in the industry.

Let me know if you have further questions or concerns.

Regards,
Kent

WOODS ERICKSON & WHITAKER LLP
A T T O R N E Y S   A T   L A W
Kent P. Woods · kwoods@woodserickson.com
1349 Galleria Drive, Suite 200, Henderson, Nevada 89014
702 433 9696 · Fax 702 434 0615 · WoodsErickson.com

-----Original Message-----
From: Baker, Nikki L. [mailto:NBaker@BHFS.com]
Sent: Friday, March 21, 2014 4:06 PM
To: Kent Woods
Subject: RE: MF Corporate Services (Nevada) Limited

Hi Kent,

Thank you for your email and I received your voicemail this afternoon. My lunch meeting ran longer than I anticipated, and it's been one of those days. So, let's talk on Monday. I'm available all day until 2:45 p.m. Please let me know what time works for you and I will call you.

Thanks and have a nice weekend,

Nikki

Nikki L. Baker
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702.464.7012 tel
NBaker@BHFS.com

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

-----Original Message-----

From: Kent Woods [mailto:kwoods@woodserickson.com]
Sent: Friday, March 21, 2014 9:16 AM
To: Baker, Nikki L.
Subject: RE: MF Corporate Services (Nevada) Limited

Good morning Nikki,

My contact at the Aldyne company pulled out of our conference call this morning, so I won't have much to offer there until Monday.  I can talk with you about the MF stuff today if you would like; or if you prefer, we can talk about everything globally Monday afternoon.  Let me know your preference.

Thanks,
Kent

WOODS ERICKSON & WHITAKER LLP
A T T O R N E Y S   A T   L A W
Kent P. Woods · kwoods@woodserickson.com
1349 Galleria Drive, Suite 200, Henderson, Nevada 89014
702 433 9696 · Fax 702 434 0615 · WoodsErickson.com


-----Original Message-----
From: Baker, Nikki L. [mailto:NBaker@BHFS.com]
Sent: Wednesday, March 19, 2014 1:29 PM
To: Kent Woods
Subject: RE: MF Corporate Services (Nevada) Limited

Thank you, Kent.  We really need to move forward on this, so can we schedule a call for Friday (the 21st)?  I'm available between 10:00 a.m. and 11:30 a.m., and then any time after 1:30 p.m.  Please let me know.

Nikki L. Baker
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702.464.7012 tel
NBaker@BHFS.com

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.


-----Original Message-----
From: Kent Woods [mailto:kwoods@woodserickson.com]
Sent: Wednesday, March 19, 2014 10:59 AM
To: Baker, Nikki L.
Subject: RE: MF Corporate Services (Nevada) Limited

Thanks, Nikki.  My contact at MF returns from Panama today.  I'll speak to her and get back to you.

WOODS ERICKSON & WHITAKER LLP
ATTORNEYS AT LAW
Kent P. Woods · kwoods@woodserickson.com
1349 Galleria Drive, Suite 200, Henderson, Nevada 89014
702 433 9696 · Fax 702 434 0615 · WoodsErickson.com


-----Original Message-----
From: Baker, Nikki L. [mailto:NBaker@BHFS.com]
Sent: Wednesday, March 19, 2014 10:58 AM
To: Kent Woods
Subject: RE: MF Corporate Services (Nevada) Limited

Kent,

Have you had the chance to speak to the people you referenced in your email?  If so, can we please set a time to discuss MF's position and whether there is someone I can speak to who represents Aldyne Ltd.?

Please advise when you have the chance.

Thanks,

Nikki

Nikki L. Baker
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702.464.7012 tel
NBaker@BHFS.com

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.


-----Original Message-----
From: Kent Woods [mailto:kwoods@woodserickson.com]
Sent: Monday, March 10, 2014 2:16 PM
To: Baker, Nikki L.
Subject: RE: MF Corporate Services (Nevada) Limited

Nikki,


Thanks for your email.  I will speak to the people on my end and get back to you, like we discussed.  It may take a little bit of time, as my people are currently in Panama and will be through the middle of next week.

5



Regards,

Kent


Woods Erickson & Whitaker LLP

A T T O R N E Y S   A T   L A W

Kent P. Woods * kwoods@woodserickson.com <mailto:aplatt@woodserickson.com>

1349 Galleria Drive, Suite 200, Henderson, Nevada 89014

702 433 9696 * Fax 702 434 0615 * WoodsErickson.com




From: Baker, Nikki L. [mailto:NBaker@BHFS.com]
Sent: Wednesday, March 05, 2014 1:49 PM
To: Kent Woods
Subject: MF Corporate Services (Nevada) Limited


Kent:


Thank you for taking the time this morning to discuss your client's response to my client, NML Capital, Ltd.'s ("NML"), subpoena.  In particular, our review of MF Corporate Services (Nevada) Limited's ("MF") production has revealed that the following documents were encompassed in the subpoena, but not produced by MF:


*       Missing operating agreement, or part of operating agreement, for: 1) Permanel Investment Limited (Operating Agreement missing Exhibits A and B, which lists members and managers); 2) The Ingelec Group LLC (Operating Agreement missing Exhibit A, which lists member and capital contribution); and 3) Vaneggia Holdings Ltd.

*       Missing membership certificate for: 1) Rochester International Holdings LLC.

*       Missing membership certificate and operating agreement for: 1) Arisa Business LLC; 2) Alhambra LLC; 3) Balmar Development LLC; 4) Banford Properties LLC; 5) Butler Trading LLC; 6) Butterfield Consultants LLC; 7) Buwan Marketing

6

Ltd.; 8) Cambridge House LLC; 9) Estival International Ltd.; 10) Estridge Overseas LC; 11) Etco Holdings LLC; 12) Exeter House LLC; 13) Galway Scott Trading Ltd.; 14) GD Soccer Management LLC; 15) Gulf Support Services LLC; 16) Healy Holdings Ltd.; 17) Itelco Holdings LLC; 18) Izalco Trading LLC; 19) Juno Group LLC; 20) Kumar Holdings LLC; 21) Lake County LLC; 22) Lynton Trading Ltd.; 23) M.P.I.-Mayward Properties International LLC; 24) Multinvest LLC; 25) Oceandrive Investments LLC; 26) Polychem Group Ltd.; 27) Priemor Group LLC; 28) Redford House LLC; 29) Serena Trading LLC; 30) Stepney International LLC; 31) Sunglow Investment LLC; and 32) T.H.I.-Tower House International LLC; and 33) Westley House LLC.

*      Missing any documents for: 1) Ariona Company LLC; and 2) Dilmond Enterprises Ltd.

After you have had the opportunity to discuss the above with your client, please call to discuss (or email me) MF's position.

Additionally, given the number of other entities that I would like to confer on, I inquired as to whom I could speak to with Aldyne Ltd., the former or current manager of most of the subpoenaed entities. After you have had the opportunity to discuss this with your contact person(s) for the entities, please let me know whether you or someone else can speak on behalf of Aldyne Ltd.

Thanks,

Nikki

Nikki L. Baker
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702.464.7012 tel
NBaker@BHFS.com <mailto:NBaker@BHFS.com>

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly

prohibited. If you have received this email in error, please notify us immediately by calling (303)-223-1300 and delete the message. Thank you.

**Ellis, Emily A.**

---

**Subject:**                    FW: MF Corporate Services (Nevada) Limited

-----Original Message-----
From: Kent Woods [mailto:kwoods@woodserickson.com]
Sent: Friday, March 28, 2014 2:35 PM
To: Baker, Nikki L.
Subject: RE: MF Corporate Services (Nevada) Limited

Nikki,

I didn't see a response to my last email, so I'm not sure where you are on filing.  But I have some
information/explanation for Aldyne that I can share if you want to chat.  Give me a call when you can.

Thanks,
Kent

WOODS ERICKSON & WHITAKER LLP
A T T O R N E Y S   A T   L A W
Kent P. Woods · kwoods@woodserickson.com
1349 Galleria Drive, Suite 200, Henderson, Nevada 89014
702 433 9696 · Fax 702 434 0615 · WoodsErickson.com

-----Original Message-----
From: Baker, Nikki L. [mailto:NBaker@BHFS.com]
Sent: Tuesday, March 25, 2014 6:29 PM
To: Kent Woods
Subject: RE: MF Corporate Services (Nevada) Limited

Hi Kent,

Any update on Aldyne?

Please advise.

Thanks,

Nikki

Nikki L. Baker
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702.464.7012 tel
NBaker@BHFS.com

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.


-----Original Message-----
From: Baker, Nikki L.
Sent: Monday, March 24, 2014 2:43 PM
To: 'Kent Woods'
Subject: RE: MF Corporate Services (Nevada) Limited

Kent,

Thank you for the follow up email.  As I mentioned during the call, NML is planning to file a motion to compel this Friday (the 28th) if we are unable to resolve all outstanding issues before then.  I will, of course, call you to discuss any follow up questions I may have based on the information you provided about MF.

Thanks,

Nikki

Nikki L. Baker
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702.464.7012 tel
NBaker@BHFS.com

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.


-----Original Message-----
From: Kent Woods [mailto:kwoods@woodserickson.com]
Sent: Monday, March 24, 2014 2:30 PM
To: Baker, Nikki L.
Subject: RE: MF Corporate Services (Nevada) Limited

Nikki,

Thanks for speaking with me earlier today regarding MF Corporate Services and Aldyne.  I should be able to speak with my contacts about Aldyne at some point today or early tomorrow and give you more information about their position.  I will call you tomorrow once I hear something.

Regarding MF Corporate Services, my client has gone over her files once again to locate the documents you requested.  I noted in our review a couple of issues: (1) the documents for Gulf Support Services LLC have already been produced. This was number 3456 in our production; (2) the entity you referenced as Ariona LLC is now called Galway Scott Trading Ltd, and the document related to that change was produced as number 3305 of our production.

2

For the other document requests, my client has gone over her files and has concluded that we have produced everything responsive to the request. We have not withheld any documents even subject to objections of privilege or the like. I believe these were resolved with the confidentiality agreement several months ago. MF Corporate Services is a commercial resident agent. In many cases these documents are organized by outside third parties in other countries, and certain documents are never sent to MF. This would explain why there are no operating agreements or membership lists for certain companies. I do not believe this is unusual in the industry.

Let me know if you have further questions or concerns.

Regards,
Kent


WOODS ERICKSON & WHITAKER LLP
A T T O R N E Y S   A T   L A W
Kent P. Woods · kwoods@woodserickson.com
1349 Galleria Drive, Suite 200, Henderson, Nevada 89014
702 433 9696 · Fax 702 434 0615 · WoodsErickson.com


-----Original Message-----
From: Baker, Nikki L. [mailto:NBaker@BHFS.com]
Sent: Friday, March 21, 2014 4:06 PM
To: Kent Woods
Subject: RE: MF Corporate Services (Nevada) Limited

Hi Kent,

Thank you for your email and I received your voicemail this afternoon. My lunch meeting ran longer than I anticipated, and it's been one of those days. So, let's talk on Monday. I'm available all day until 2:45 p.m. Please let me know what time works for you and I will call you.

Thanks and have a nice weekend,

Nikki

Nikki L. Baker
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702.464.7012 tel
NBaker@BHFS.com


To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.


-----Original Message-----

From: Kent Woods [mailto:kwoods@woodserickson.com]
Sent: Friday, March 21, 2014 9:16 AM
To: Baker, Nikki L.
Subject: RE: MF Corporate Services (Nevada) Limited

Good morning Nikki,

My contact at the Aldyne company pulled out of our conference call this morning, so I won't have much to offer there until Monday.  I can talk with you about the MF stuff today if you would like; or if you prefer, we can talk about everything globally Monday afternoon.  Let me know your preference.

Thanks,
Kent

WOODS ERICKSON & WHITAKER LLP
A T T O R N E Y S   A T   L A W
Kent P. Woods · kwoods@woodserickson.com
1349 Galleria Drive, Suite 200, Henderson, Nevada 89014
702 433 9696 · Fax 702 434 0615 · WoodsErickson.com


-----Original Message-----
From: Baker, Nikki L. [mailto:NBaker@BHFS.com]
Sent: Wednesday, March 19, 2014 1:29 PM
To: Kent Woods
Subject: RE: MF Corporate Services (Nevada) Limited

Thank you, Kent.  We really need to move forward on this, so can we schedule a call for Friday (the 21st)?  I'm available between 10:00 a.m. and 11:30 a.m., and then any time after 1:30 p.m.  Please let me know.

Nikki L. Baker
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702.464.7012 tel
NBaker@BHFS.com

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.


-----Original Message-----
From: Kent Woods [mailto:kwoods@woodserickson.com]
Sent: Wednesday, March 19, 2014 10:59 AM
To: Baker, Nikki L.
Subject: RE: MF Corporate Services (Nevada) Limited

Thanks, Nikki.  My contact at MF returns from Panama today.  I'll speak to her and get back to you.

WOODS ERICKSON & WHITAKER LLP
ATTORNEYS AT LAW
Kent P. Woods · kwoods@woodserickson.com
1349 Galleria Drive, Suite 200, Henderson, Nevada 89014
702 433 9696 · Fax 702 434 0615 · WoodsErickson.com

-----Original Message-----
From: Baker, Nikki L. [mailto:NBaker@BHFS.com]
Sent: Wednesday, March 19, 2014 10:58 AM
To: Kent Woods
Subject: RE: MF Corporate Services (Nevada) Limited

Kent,

Have you had the chance to speak to the people you referenced in your email?  If so, can we please set a time to discuss MF's position and whether there is someone I can speak to who represents Aldyne Ltd.?

Please advise when you have the chance.

Thanks,

Nikki

Nikki L. Baker
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702.464.7012 tel
NBaker@BHFS.com

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

-----Original Message-----
From: Kent Woods [mailto:kwoods@woodserickson.com]
Sent: Monday, March 10, 2014 2:16 PM
To: Baker, Nikki L.
Subject: RE: MF Corporate Services (Nevada) Limited

Nikki,


Thanks for your email.  I will speak to the people on my end and get back to you, like we discussed.  It may take a little bit of time, as my people are currently in Panama and will be through the middle of next week.



Regards,

Kent


Woods Erickson & Whitaker LLP

A T T O R N E Y S   A T   L A W

Kent P. Woods * kwoods@woodserickson.com <mailto:aplatt@woodserickson.com>

1349 Galleria Drive, Suite 200, Henderson, Nevada 89014

702 433 9696 * Fax 702 434 0615 * WoodsErickson.com




From: Baker, Nikki L. [mailto:NBaker@BHFS.com]
Sent: Wednesday, March 05, 2014 1:49 PM
To: Kent Woods
Subject: MF Corporate Services (Nevada) Limited


Kent:


Thank you for taking the time this morning to discuss your client's response to my client, NML Capital, Ltd.'s ("NML"), subpoena.  In particular, our review of MF Corporate Services (Nevada) Limited's ("MF") production has revealed that the following documents were encompassed in the subpoena, but not produced by MF:


*       Missing operating agreement, or part of operating agreement, for: 1) Permanel Investment Limited (Operating Agreement missing Exhibits A and B, which lists members and managers); 2) The Ingelec Group LLC (Operating Agreement missing Exhibit A, which lists member and capital contribution); and 3) Vaneggia Holdings Ltd.

*       Missing membership certificate for: 1) Rochester International Holdings LLC.

*       Missing membership certificate and operating agreement for: 1) Arisa Business LLC; 2) Alhambra LLC; 3) Balmar Development LLC; 4) Banford Properties LLC; 5) Butler Trading LLC; 6) Butterfield Consultants LLC; 7) Buwan Marketing

Ltd.; 8) Cambridge House LLC; 9) Estival International Ltd.; 10) Estridge Overseas LC; 11) Etco Holdings LLC; 12) Exeter House LLC; 13) Galway Scott Trading Ltd.; 14) GD Soccer Management LLC; 15) Gulf Support Services LLC; 16) Healy Holdings Ltd.; 17) Itelco Holdings LLC; 18) Izalco Trading LLC; 19) Juno Group LLC; 20) Kumar Holdings LLC; 21) Lake County LLC; 22) Lynton Trading Ltd.; 23) M.P.I.-Mayward Properties International LLC; 24) Multinvest LLC; 25) Oceandrive Investments LLC; 26) Polychem Group Ltd.; 27) Priemor Group LLC; 28) Redford House LLC; 29) Serena Trading LLC; 30) Stepney International LLC; 31) Sunglow Investment LLC; and 32) T.H.I.-Tower House International LLC; and 33) Westley House LLC.

*        Missing any documents for: 1) Ariona Company LLC; and 2) Dilmond Enterprises Ltd.

After you have had the opportunity to discuss the above with your client, please call to discuss (or email me) MF's position.

Additionally, given the number of other entities that I would like to confer on, I inquired as to whom I could speak to with Aldyne Ltd., the former or current manager of most of the subpoenaed entities.  After you have had the opportunity to discuss this with your contact person(s) for the entities, please let me know whether you or someone else can speak on behalf of Aldyne Ltd.

Thanks,

Nikki

Nikki L. Baker
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702.464.7012 tel
NBaker@BHFS.com <mailto:NBaker@BHFS.com>

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly

prohibited. If you have received this email in error, please notify us immediately by calling (303)-223-1300 and delete the message. Thank you.

**Ellis, Emily A.**

**Subject:**     FW: MF Corporate Services (Nevada) Limited

-----Original Message-----
From: Baker, Nikki L.
Sent: Monday, March 24, 2014 2:43 PM
To: 'Kent Woods'
Subject: RE: MF Corporate Services (Nevada) Limited

Kent,

Thank you for the follow up email. As I mentioned during the call, NML is planning to file a motion to compel this Friday (the 28th) if we are unable to resolve all outstanding issues before then. I will, of course, call you to discuss any follow up questions I may have based on the information you provided about MF.

Thanks,

Nikki

Nikki L. Baker
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702.464.7012 tel
NBaker@BHFS.com

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

-----Original Message-----
From: Kent Woods [mailto:kwoods@woodserickson.com]
Sent: Monday, March 24, 2014 2:30 PM
To: Baker, Nikki L.
Subject: RE: MF Corporate Services (Nevada) Limited

Nikki,

Thanks for speaking with me earlier today regarding MF Corporate Services and Aldyne. I should be able to speak with my contacts about Aldyne at some point today or early tomorrow and give you more information about their position. I will call you tomorrow once I hear something.

Regarding MF Corporate Services, my client has gone over her files once again to locate the documents you requested. I noted in our review a couple of issues: (1) the documents for Gulf Support Services LLC have already been produced.

This was number 3456 in our production; (2) the entity you referenced as Ariona LLC is now called Galway Scott Trading Ltd, and the document related to that change was produced as number 3305 of our production.

For the other document requests, my client has gone over her files and has concluded that we have produced everything responsive to the request. We have not withheld any documents even subject to objections of privilege or the like. I believe these were resolved with the confidentiality agreement several months ago. MF Corporate Services is a commercial resident agent. In many cases these documents are organized by outside third parties in other countries, and certain documents are never sent to MF. This would explain why there are no operating agreements or membership lists for certain companies. I do not believe this is unusual in the industry.

Let me know if you have further questions or concerns.

Regards,
Kent


WOODS ERICKSON & WHITAKER LLP
A T T O R N E Y S   A T   L A W
Kent P. Woods · kwoods@woodserickson.com
1349 Galleria Drive, Suite 200, Henderson, Nevada 89014
702 433 9696 · Fax 702 434 0615 · WoodsErickson.com


-----Original Message-----
From: Baker, Nikki L. [mailto:NBaker@BHFS.com]
Sent: Friday, March 21, 2014 4:06 PM
To: Kent Woods
Subject: RE: MF Corporate Services (Nevada) Limited

Hi Kent,

Thank you for your email and I received your voicemail this afternoon. My lunch meeting ran longer than I anticipated, and it's been one of those days. So, let's talk on Monday. I'm available all day until 2:45 p.m. Please let me know what time works for you and I will call you.

Thanks and have a nice weekend,

Nikki

Nikki L. Baker
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702.464.7012 tel
NBaker@BHFS.com

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

-----Original Message-----
From: Kent Woods [mailto:kwoods@woodserickson.com]
Sent: Friday, March 21, 2014 9:16 AM
To: Baker, Nikki L.
Subject: RE: MF Corporate Services (Nevada) Limited

Good morning Nikki,

My contact at the Aldyne company pulled out of our conference call this morning, so I won't have much to offer there
until Monday.  I can talk with you about the MF stuff today if you would like; or if you prefer, we can talk about
everything globally Monday afternoon.  Let me know your preference.

Thanks,
Kent

WOODS ERICKSON & WHITAKER LLP
A T T O R N E Y S   A T   L A W
Kent P. Woods · kwoods@woodserickson.com
1349 Galleria Drive, Suite 200, Henderson, Nevada 89014
702 433 9696 · Fax 702 434 0615 · WoodsErickson.com


-----Original Message-----
From: Baker, Nikki L. [mailto:NBaker@BHFS.com]
Sent: Wednesday, March 19, 2014 1:29 PM
To: Kent Woods
Subject: RE: MF Corporate Services (Nevada) Limited

Thank you, Kent.  We really need to move forward on this, so can we schedule a call for Friday (the 21st)?  I'm available
between 10:00 a.m. and 11:30 a.m., and then any time after 1:30 p.m.  Please let me know.

Nikki L. Baker
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702.464.7012 tel
NBaker@BHFS.com

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this
communication (including any attachments) is not intended or written to be used, and cannot be used, for purposes of
(i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party
any transaction or tax-related matter addressed herein.


-----Original Message-----
From: Kent Woods [mailto:kwoods@woodserickson.com]
Sent: Wednesday, March 19, 2014 10:59 AM
To: Baker, Nikki L.
Subject: RE: MF Corporate Services (Nevada) Limited

Thanks, Nikki. My contact at MF returns from Panama today. I'll speak to her and get back to you.

WOODS ERICKSON & WHITAKER LLP
A T T O R N E Y S   A T   L A W
Kent P. Woods · kwoods@woodserickson.com
1349 Galleria Drive, Suite 200, Henderson, Nevada 89014
702 433 9696 · Fax 702 434 0615 · WoodsErickson.com


-----Original Message-----
From: Baker, Nikki L. [mailto:NBaker@BHFS.com]
Sent: Wednesday, March 19, 2014 10:58 AM
To: Kent Woods
Subject: RE: MF Corporate Services (Nevada) Limited

Kent,

Have you had the chance to speak to the people you referenced in your email? If so, can we please set a time to discuss MF's position and whether there is someone I can speak to who represents Aldyne Ltd.?

Please advise when you have the chance.

Thanks,

Nikki

Nikki L. Baker
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702.464.7012 tel
NBaker@BHFS.com

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.


-----Original Message-----
From: Kent Woods [mailto:kwoods@woodserickson.com]
Sent: Monday, March 10, 2014 2:16 PM
To: Baker, Nikki L.
Subject: RE: MF Corporate Services (Nevada) Limited

Nikki,

Thanks for your email.  I will speak to the people on my end and get back to you, like we discussed.  It may take a little bit of time, as my people are currently in Panama and will be through the middle of next week.


Regards,

Kent


Woods Erickson & Whitaker LLP

A T T O R N E Y S   A T   L A W

Kent P. Woods * kwoods@woodserickson.com <mailto:aplatt@woodserickson.com>

1349 Galleria Drive, Suite 200, Henderson, Nevada 89014

702 433 9696 * Fax 702 434 0615 * WoodsErickson.com


From: Baker, Nikki L. [mailto:NBaker@BHFS.com]
Sent: Wednesday, March 05, 2014 1:49 PM
To: Kent Woods
Subject: MF Corporate Services (Nevada) Limited


Kent:


Thank you for taking the time this morning to discuss your client's response to my client, NML Capital, Ltd.'s ("NML"), subpoena.  In particular, our review of MF Corporate Services (Nevada) Limited's ("MF") production has revealed that the following documents were encompassed in the subpoena, but not produced by MF:


*       Missing operating agreement, or part of operating agreement, for: 1) Permanel Investment Limited (Operating Agreement missing Exhibits A and B, which lists members and managers); 2) The Ingelec Group LLC (Operating Agreement missing Exhibit A, which lists member and capital contribution); and 3) Vaneggia Holdings Ltd.

\*       Missing membership certificate for: 1) Rochester International Holdings LLC.

\*       Missing membership certificate and operating agreement for: 1) Arisa Business LLC; 2) Alhambra LLC; 3) Balmar Development LLC; 4) Banford Properties LLC; 5) Butler Trading LLC; 6) Butterfield Consultants LLC; 7) Buwan Marketing Ltd.; 8) Cambridge House LLC; 9) Estival International Ltd.; 10) Estridge Overseas LC; 11) Etco Holdings LLC; 12) Exeter House LLC; 13) Galway Scott Trading Ltd.; 14) GD Soccer Management LLC; 15) Gulf Support Services LLC; 16) Healy Holdings Ltd.; 17) Itelco Holdings LLC; 18) Izalco Trading LLC; 19) Juno Group LLC; 20) Kumar Holdings LLC; 21) Lake County LLC; 22) Lynton Trading Ltd.; 23) M.P.I.-Mayward Properties International LLC; 24) Multinvest LLC; 25) Oceandrive Investments LLC; 26) Polychem Group Ltd.; 27) Priemor Group LLC; 28) Redford House LLC; 29) Serena Trading LLC; 30) Stepney International LLC; 31) Sunglow Investment LLC; and 32) T.H.I.-Tower House International LLC; and 33) Westley House LLC.

\*       Missing any documents for: 1) Ariona Company LLC; and 2) Dilmond Enterprises Ltd.

After you have had the opportunity to discuss the above with your client, please call to discuss (or email me) MF's position.

Additionally, given the number of other entities that I would like to confer on, I inquired as to whom I could speak to with Aldyne Ltd., the former or current manager of most of the subpoenaed entities.  After you have had the opportunity to discuss this with your contact person(s) for the entities, please let me know whether you or someone else can speak on behalf of Aldyne Ltd.

Thanks,

Nikki

Nikki L. Baker
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702.464.7012 tel
NBaker@BHFS.com <mailto:NBaker@BHFS.com>

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (303)-223-1300 and delete the message. Thank you.