# Brownstein Hyatt
# Farber Schreck



April 1, 2014

Kirk B. Lenhard
Attorney at Law
702.464.7045 tel
702.382.8135 fax
klenhard@bhfs.com

**VIA HAND DELIVERY**

Lloyd D. George U.S. Courthouse
U.S. District Court, District of Nevada –Las Vegas
c/o Clerk's Office
333 Las Vegas, Blvd. South
Las Vegas, Nevada 89101

**2:14-ms-00024**

RE:   *NML Capital, Ltd., v. The Republic of Argentina* – Miscellaneous Matter

Dear District Court Clerk:

Enclosed please find NML Capital, Ltd.'s Motion to Compel Production of Documents from Entities Affiliated with Non-Party Lazaro Baez ("Motion"), which is related to an action currently pending in the Southern District of New York. The parties and counsel to the underlying action are as follows:

**NML Capital, Ltd.**
Dennis H. Hranitzky, Esq.
Dechert LLP
1095 Avenue of the Americas
New York, NY  10036
Telephone: 1.212.698.3500
Facsimile: 1.212.698.3599
Email: dennis.hranitzky@dechert.com

**The Republic of Argentina**
Carmine D. Boccuzzi, Jr., Esq.
Clearly, Gottlieb, Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006
Facsmilie: 212.225.3499
Email: cboccuzzi@cgsh.com

Undersigned counsel and Mr. Hranitzky are representing NML in the instant dispute. Attached hereto is Appendix A, which lists the subpoenaed Baez Entities. The Motion is directed against these Baez Entities. At this time, undersigned counsel in unaware of any counsel representing the Baez Entities.

Sincerely,

Kirk B. Lenhard, Esq. / for

Enclosure

**Appendix A**
**List of Báez Entities that NML Subpoenaed**

1. Lake County LLC
2. Vaneggia Holdings Ltd.
3. Hallkyn Group LLC
4. Balmar Development LLC
5. Etco Holdings LLC
6. Banford Properties LLC
7. Mochica Enterprises LLC
8. Oceandrive Investments LLC.
9. Best World Supplies Ltd.
10. Arisa Business LLC
11. Phillips Group LLC
12. Carvelle Group LLC
13. Citrone Overseas LLC
14. Haze Management LLC
15. Alhambra LLC
16. Trenton Properties Ltd.
17. Balmont Holdings Ltd.
18. Lacewood Investments LLC
19. Lamberti Trading LLC
20. Jet Trade Ltd.
21. Ivy Lane Group LLC
22. Huston Management Ltd.
23. Quantum Bay Limited
24. Buwan Marketing Ltd.
25. Galway Scott Trading Ltd.
26. Estival International Ltd.
27. Izalco Trading LLC
28. Gulf Support Services LLC
29. Murriel Trading LLC
30. Permanel Investment Limited
31. Pennyroyal Associates LLC
32. Gladstone Cosmetics LLC.
33. Thunder Overseas Trading LLC
34. Agrocomtra USA LLC
35. Healy Holdings Ltd.
36. Juniper Trading LLC
37. Nexsa Trading Ltd.
38. Hemingway Investments LLC
39. Gudson Group LLC
40. Polychem Group Ltd.
41. Kumar Holdings LLC
42. Butler Trading LLC
43. Medinvest LLC

44. Villette Associates LLC
45. Ace Star International LLC
46. Billbrook Properties LLC
47. Itelco Holdings LLC
48. Oceanis Group LLC
49. Oldemar Trading LLC
50. Integ Services LLC
51. Nexton International LC
52. Motiva Media LLC
53. Juno Group LLC
54. Balmain Trading Ltd.
55. Calypsso Group LLC
56. Little Bay LLC
57. Fintech Holdings LLC
58. Royal Games LLC
59. Ground LLC.
60. Ferretti Corporation Limited
61. Iser Holdings Ltd.
62. Jurdan Enterprises Ltd.
63. Justin Invest Ltd.
64. Woodstar Services LLC
65. Dillan Atlantic LLC
66. Bright Light Group LLC
67. Abilene Trade LLC
68. Falconwood Services LLC
69. Priemor Group LLC
70. Bio Health International Inc LLC.
71. Serena Trading LLC
72. Abehart Consultants LLC
73. Oville Group LLC
74. Exton International LLC
75. Everina Holdings Ltd.
76. Yale Holdings Ltd.
77. Sunglow Investment LLC
78. Ovano Group LLC
79. Neymar Investments LLC
80. Lynton Trading Ltd.
81. Stepney International LLC
82. Estridge Overseas LC
83. Cosmetech LC
84. Agroglobe Equity LLC
85. Multinvest LLC
86. Galdor Enterprises LLC
87. Dilmond Enterprises Ltd.
88. Ferrex Development LLC
89. Coreley Properties Inc. LLC

90. The Ingelec Group LLC
91. Abble Holding LLC
92. Pixi Incorporated LLC
93. Huta Holdings LLC
94. Nat Enterprises Ltd.
95. Butterfield Consultants LLC
96. Essex Holdings Group LLC
97. Mafinsa LLC
98. Rafina Trading LLC
99. Investment, Sport & Webs LLC.
100. Metal First LLC
101. Melco Maritime LLC
102. Korman International LLC
103. Nortex Trading LLC
104. Smart Steel LLC
105. Relcove Limited LLC
106. Eurogranit LLC
107. Steel Product Services LLC
108. Blue Dreams Real Estate Investments Ltd
109. Dynamic Fittness LLC
110. Ryder Management Services Ltd.
111. Trever Welding Industry LLC
112. Binder Chemicals LLC
113. Aychi Intertrading LLC
114. Mel Sea LLC
115. Global Steel Trading LLC
116. Dolfin Trading LLC
117. Mercury Consultants LLC
118. American Trade & Packing Ltd.
119. Cavalagh Commodities LLC
120. Net Maritime LLC
121. Eastfer International LLC
122. Angrain LLC
123. Estrivela LLC