2:14ms24

```
Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS025605
Cashier ID: jquiros
Transaction Date: 04/01/2014
Payer Name: KIRK B LENHARD

MISCELLANEOUS PAPERS
 For: KIRK B LENHARD
 Case/Party: D-NVX-2-14-MS-000024-001
 Amount:         $46.00

CASH
 Amt Tendered:  $46.00

Total Due:      $46.00
Total Tendered: $46.00
Change Amt:     $0.00


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check."
```