JASON M. WILEY, ESQ.
Nevada Bar No. 009274
AARON R. MAURICE, ESQ.
Nevada Bar No. 006412
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:   jwiley@klnevada.com
          amaurice@klnevada.com

Attorneys for Defendants
THE BAEZ ENTITIES

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NML CAPITAL LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE REPUBLIC OF ARGENTINA, <br><br> Defendants. | CASE NO. 2:14-cv-00492-JAD-VCF <br><br> **DECLARATION OF LETICIA MONTOYA FOR USE IN SUPPORT OF THE 123 ENTITIES' BRIEF REGARDING THE POWER OF THE COURT TO COMPEL DEPOSITIONS OF NONPARTY ENTITIES' REPRESENTATIVES PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE** |

**DECLARATION OF LETICIA MONTOYA FOR USE IN SUPPORT OF THE 123 ENTITIES' BRIEF REGARDING THE POWER OF THE COURT TO COMPEL DEPOSITIONS OF NONPARTY ENTITIES' REPRESENTATIVES PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE**

I, LETICIA MONTOYA, hereby declare as follows:

1.      I am over the age of eighteen years old, of sound mind and have never been

1. convicted of a felony or any crime involving moral turpitude.

2. I have personal knowledge of all events set forth herein, unless stated upon information and belief, as to those statements, I believe them to be true.

3. I am an appointed officer of Aldyne, Ltd. ("Aldyne").

4. The 123 Entities were duly organized in the State of Nevada with Aldyne initially providing nominee managers services for every one of The 123 Entities upon organization.

5. On September 3, 2013, and in response to the subpoenas, Kent P. Woods, Esq., counsel for MF Nevada sent correspondence to NML's local counsel breaking The 123 Entities into four separate and distinct categories: (a) companies which MF Nevada no longer provided services as resident agent and no responsive documents were found after a search by the entity's custodian of records; (b) companies which had revoked Aldyne as manager and no responsive documents were found after a search by the entity's custodian of records; (c) companies which have been formally dissolved and no responsive documents were found after a search by the entity's custodian of records; and (d) companies which Aldyne continues to serve as manager and no responsive documents were found after a search by the entity's custodian of records.

6. In conjunction with Mr. Woods correspondence, I, as Aldyne's appointed officer and, in some instances, custodian of records for The 123 Entities, executed affidavits for each of the 123 Entities detailing which of the aforementioned categories applied to said entity and providing that review of said entity's records provided no documents responsive to NML's subpoena.

7. No authorized representative from any of The 123 Entities reside, are employed or regularly conduct business within 100 miles of the jurisdiction of this Court.

8. I do not reside, am not employed or regularly conduct business in person within 100 miles of the Court's jurisdiction.

9. None of The 123 Entities have a "bureau office" (or any office for that matter) within 100 miles of this Court or the location of the proposed deposition(s).

/ / /

/ / /

10. None of The 123 Entities have a representative, officer, member or manager located within 100 miles of this Court or the location of the proposed deposition(s).

Pursuant to NRS 53.045, I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

_____
LETICIA MONTOYA