# EXHIBIT B

# EXHIBIT B

Clarin.com Politics   09/15/13

# Gaddafi and Assad, Former Clients of a Key Firm along the K Money Route

It is a Panamanian law firm with a history of moving illegal funds. It conceals the finance company "La Rosadita."

**Daniel Santoro**

The Panamanian law firm Mossack Fonseca, which is the legal representative of the shell companies created by Helvetic Service Group to conceal the true buyer of the finance company SGI ("La Rosadita"), has a **long international history of moving illegal political proceeds around**.

The parent company of the chain of shell companies that hides the true owner of "La Rosadita" is called Aldyne, and it is comprised of directors Gianpiero Addis Melaiu and Panamanian attorney Leticia Montoya, known in Argentina for her involvement in the 1990s in the multi-million dollar estate of Cordovan rancher Juan Manubens Calvet, through the shell company HELDER MANAGEMENT INC, based on the island of Niue.

On the international stage, Mossack Fonseca **was involved in the scandal surrounding former Nicaraguan president Arnoldo Alemán**, labeled by Transparency International as one of the ten most corrupt leaders in history. He was accused of laundering no less than 54 million dollars and was later convicted.

Another involvement was in the case of César Almeyda Tasayco, head of intelligence of former Peruvian president Alejandro Toledo. Almeyda Tasayco went to jail.

In Uruguay, the former presidential candidate for the Colorado party, Pedro Bordaberry, apparently used one of Mossack Fonseca's **shell companies** to conceal a controversial land lease. In Montevideo, one of the representatives of the Panamanian law firm Mossack Fonseca is Uruguayan citizen Odile Frederik.

In Spain, former judge Baltasar Garzón uncovered a corruption network in the so-called Gürtel Case in 2009, involving top leaders of the *Partido Popular* [Popular Party] (PP), in which offshore companies created by the Panamanian law firm were involved.

The Libyan government that overthrew dictator Muammar Gaddafi last year asked Mossack Fonseca to "**reveal the owners or beneficiaries** of the following BVI [British Virgin Islands] companies: Regency Belle Corporation, Moon Silk Ltd., Wildwood Traders Ltd., Seafire Systems Ltd., Moon Star Technology Ltd., Pacific Mist Ltd., HC Nominees (BVL) Ltd. and Albion International Group."

There are suspicions that part of the 150 billion dollars allegedly stolen by Gaddafi and his advisors was concealed through these companies.

The list includes the cousin and alleged frontman of Syrian president Bashar Al Assad, who supposedly used a company created by Mossack, called Drex Technologies, to evade international sanctions against his company and get around the embargo.

The Panamanian law firm was also implicated in a fraud perpetrated against Canadian investors by two Costa Rican families who used dozens of shell companies, according to different international newspapers.

[This is] unquestionably a law firm that creates tailor-made shell companies in tax havens, or as President Cristina Kirchner calls them, "tax hideouts," that prevent anyone from finding out who ended up with Federico Elaskar's company "La Rosadita."



ClarínX

Noticias
Deportes
¡ExtraShow!
Estilo
Servicios

**Política**   **Hoy interesa**   Abogado ejecutado en Devoto   Llamadas de narcos a la Rosada   Elecciones en Santiago del Estero

| Lanzan plan de compras con tarjetas en 12 cuotas sin interés | Una "marcha contra el hambre" de Liniers a la Corte Suprema | ¿Vido gastó más de 400 millones en obras de arte para el Estado? | Piden la remoción de Oyarbide por el escándalo del anillo | Candidatos con llegada tarde, el mate opositor y el poema del diputado | Insólito: un intendente hace campaña con la clave del Wi Fi |
| --- | --- | --- | --- | --- | --- |
|  |  |  |  |  |  |

**Clarin.com**   Política   15/09/13

# Kadafi y Assad, viejos clientes de una firma clave en la ruta del dinero K

Es un estudio panameño, con trayectoria en movimiento de dinero negro. Oculta a la financiera "La Rosadita".

TAGS   **Ruta Del Dinero K**,   **Bashar Al Assad**,   **Muammar Kadafi**

opiná   127 shares    34    93      

**Daniel Santoro**

El estudio panameño Mossack Fonseca, que es el representante legal de las empresas fantasma creadas por Helvetic Service Group para ocultar al verdadero comprador de la financiera SGI ("La Rosadita"), tiene una **extensa trayectoria internacional en el movimiento del dinero negro de la política**.

La empresa controlante de la cadena de firmas fantasma que esconden al dueño real de "La Rosadita" se llama Aldyne y está integrada por los directores Gianpiero Addis Melaiu y la abogada panameña Leticia Montoya, conocida en la Argentina por haber intervenido, en los noventa, en la millonaria sucesión del estanciero cordobés Juan Manubens Calvet a través de la empresa fantasma HELDER MANAGEMENT INC con sede en la isla Niue.

En el plano internacional, Mossack Fonseca **intervino en el escándalo del ex presidente de Nicaragua Arnoldo Alemán**, etiquetado por Transparencia Internacional como uno de los diez líderes más corruptos de la historia. Se lo acusó de lavar no menos de 54 millones de dólares y luego fue condenado.

Otra intervención fue en el caso de César Almeyda Tasayco, jefe de inteligencia del ex presidente del Perú Alejandro Toledo. Almeyda Tasayco terminó en la cárcel.

En Uruguay, el ex candidato presidencial colorado Pedro Bordaberry habría usado **una empresa fantasma** de Mossack para esconder un arrendamiento polémico de un terreno. En Montevideo, una de las representantes del estudio panameño Mossack Fonseca es la uruguaya Odile Frederik.

En España, el ex juez Baltasar Garzón descubrió en el llamado caso Gürtel una red de corrupción en 2009 entre altos dirigentes del Partido Popular (PP) en la que participan empresas off shore creadas por el estudio panameño.

El gobierno de Libia que destituyó, el año pasado, al dictador Muammar Kadafi pidió a Mossack Fonseca " **revelar los propietarios o beneficiarios** de las sociedades BVI: Regency Belle Corporation, Moon

Silk Ltd., Wildwood Traders Ltd., Seafire Systems Ltd., Moon Star Technology Ltd., Pacific Mist Ltd., HC Nominees (BVL) Ltd. y Albion International Group".

A través de estas firmas se sospecha se ocultó parte de los 150 mil millones de dólares que se sospecha se robaron Kadafi y sus asesores.

En la lista, también está el primo y supuesto testaferro del presidente de Siria, Bashar Al Assad, quien usaría una empresa creada por Mossack llamada Drex Technologies para esquivar las sanciones internacionales contra su país y poder burlar el bloqueo.

El estuvo panameño también estuvo implicado en una defraudación de inversionistas canadienses por parte de dos familias costarricenses, que utilizaban docenas de empresas fantasma, según distintos diarios internacionales.

En definitiva, un estudio que crea empresas fantasma a medida en paraísos fiscales o como dijo la presidenta Cristina Kirchner en "guaridas fiscales", que impiden conocer quién se quedó con "La Rosadita" de Federico Elaskar.

## te puede interesar



**Misiones: echaron al ministro que gastó una fortuna para comprar…**
El gobernador Maurice Closs despidió a Horacio Blodek, titular de Turismo, quien había pagado al menos 830.000 pesos para ganar popularidad en esa…



**La mitad de Buenos Aires, inundada: se complica el trigo y sube la…**
Scioli prometió a los productores postergar pagos de créditos e impuestos. La ganadería está muy afectada.



**Cristina presidirá la cena por el Día de la Industria que ya provocó…**
En medio del debate por el proyecto de Ley de Abastecimiento, la Presidenta cenará esta noche con los empresarios. Tras la presiones, irá Héctor…



**¿Mínimo no imponible o ingreso ciudadano universal?**
Clarin.com. Noticias de la Argentina y el mundo. Información actualizada las 24 horas y en español. Informate ya



**Scioli cruzó a Macri por Ganancias: "Es fácil decir lo que cada…**
El gobernador dijo que con ese tipo de promesas "hace campaña cualquiera". Y advirtió que su rival "sacaría los planes sociales".



**Fuerte reclamo empresario por la ley de abastecimiento**
Duro documento del Foro que reúne desde AEA a la Rural, junto a bancos e importadores.

recomendado por

**COMENTARIOS**  (Para comentar, tu cuenta debe estar activa)

## lo más visto

Clarin.com

01

**A Schweinsteiger lo sorprendieron con una diosa del tenis**

02

**El rincón perdido del puerto donde quieren levantar la megatorre**

03

**Cuáles son los cambios más polémicos para la primaria bonaerense**

04

**Acosaba a una joven, se enteró de que tenía novio y lo asesinó**

05

**Lanzan un plan de compras con tarjetas en 12 cuotas sin interés**

Los videos más vistos



Visto 103560 veces



Visto 63267 veces



Visto 48690 veces



Visto 47317 veces



Visto 28602 veces

## en portada

## Los cambios más polémicos para la escuela primaria

Desde la eliminación de los aplazos hasta la no obligatoriedad de compensar a fin de año.



**La directora de Escuelas dice que seguirán los aplazos**

**Fin de los aplazos: Sileoni lo apoyó y Massa pidió la marcha atrás**

**Lanzan un plan de compras con tarjetas en 12 cuotas sin interés**

**Afirman que De Vido gastó más de 400 millones en obras de arte para el Estado**




Propietario Arte Gráfico
Editorial Argentino S.A
Copyright 1996-2014
Clarín.com - Clarín Digital - All
rights reserved
Piedras 1743 CABA
Edicion Nº 24701
Directora Ernestina Herrera de Noble
Editor Responsable: Ricardo Kirschbaum
Registro: 5014466
Archivo
Servicios
Proteccion de Datos Personales
Normas de confidencialidad y privacidad

| Grupo Clarin | Contáctenos | Clasificados | Publicidad |
|---|---|---|---|
|  | Archivo | Buscainmueble | Anunciese con nosotros |
|  | Diario Olé | Argenprop | INLCUSITE |
|  | Diario La Razón | deautos | Un sitio de |
|  | Biblioteca Digital | entremujeres |  |
|  | Grupo Clarín | víaRestó |  |
|  |  | CIUDAD |  |
|  |  | Club Cupón |  |



September 11, 2014

I hereby certify that I am a professional translator, that I abide by the Code of Ethics and Professional Practice of the *American Translators Association*, that I am fluent in Spanish and English, that I have employed a team of professional translators, and that we have translated, to the best of our knowledge, the attached document entitled

**News Article**

From Spanish into English

Signed,

Cathleen Waters

Founder, New World Medium

Translator of French, Spanish, Italian, Portuguese and English

American Translator's Association Membership no. 257918