# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| NML CAPITAL, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE REPUBLIC OF ARGENTINA, <br><br> Defendant. | 2:14-cv-00492-JAD-VCF |
| NML CAPITAL, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE REPUBLIC OF ARGENTINA, <br><br> Defendant, | 2:14-cv-01573-RFB-VCF <br><br> **ORDER REGARDING HEARING SET FOR DECEMBER 12, 2014, 1:00 PM, Courtroom 3D** |

In case no. 2:14-cv-1573-RFB-VCF, the court will hear argument on the Motion to Quash Subpoena or, in the Alternative, for Protective Order (#1), NML Capital, Ltd.'s Cross Motion to Compel (#10), Motion by Non-Party Witness Patricia Amunategui to Maintain Seal and to Enforce Protective Order (#21), NML Capital, Ltd.'s Revised Motion For Leave To File Under Seal The Memorandum In Response To Nonparty Val De Loire LLC's Motion To Quash Subpoena Or, In The Alternative, For Protective Order; And In Support Of NML's Cross Motion To Compel And Exhibit "S" Thereto (#22) and NML Capital, Ltd.'s Motion for Leave to File Under Seal Exhibits "A", "B", "C", and "G" attached to its Reply in Support of its Cross Motion to Compel (#28).

In case no. 2:14-cv-00492-RFB-VCF, the court will hear argument on Non-Parties MF Corporate Services (Nevada) Limited and Patricia Amunategui's Motion To Quash Subpoenas and/or For Protective

Order (#14), NML's Cross Motion to Compel (#60), Non-Party Witness M.F. Corporate Services (Nevada) Limited's Motion for Leave to file under Seal (#64) and NML's Sealed Motion to Seal (#65).

The court anticipates addressing the sealing issues before hearing argument on the substantive motions. Parties should be prepared to present their positions regarding the need for an evidentiary hearing regarding disputed material facts. Any party advocating the need for an evidentiary hearing should be prepared to identify the material facts at issue and to make offers of proof regarding evidence which would be presented at the requested evidentiary hearing.

IT IS SO ORDERED.

DATED this 5th day of December, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE