# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| NML CAPITAL, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE REPUBLIC OF ARGENTINA, <br><br> Defendant. | 2:14-cv-00492-JAD-VCF |
| NML CAPITAL, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE REPUBLIC OF ARGENTINA, <br><br> Defendant, | 2:14-cv-01573-RFB-VCF <br><br> **ORDER REGARDING HEARING SET FOR DECEMBER 12, 2014, 1:00 PM, Courtroom 3D** |

In case no. 2:14-cv-1573-RFB-VCF, the court will hear argument on the Emergency Motion to Exclude NML Capital Ltd.'s Proposed Demonstrative Exhibits.  (#30).

In case no. 2:14-cv-00492-RFB-VCF, the court will hear argument on NML Capital, Ltd.'s Motion for Leave to File Under Seal the Memorandum in Response to Non-Party MF Corporate Services (Nevada) Limited's Motion to Quash Subpoena and/or for Protective Order; and in Support of NML's Cross Motion to Compel and Exhibits "A" and "H" Thereto (#61), Jorge Lanata and The Center For Investigative Journalism's Motion To Intervene To Unseal Portions Of The Record (#67), and Non-Party Witnesses MF Corporate Services (Nevada) Limited and Patricia Amunategui's Emergency Motion To Exclude

///

1. NML Capital Ltd.'s Proposed Demonstrative Exhibits And To Enforce Protective Order (#70).

    IT IS SO ORDERED.

    DATED this 12th day of December, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE