KIRK B. LENHARD, ESQ., Nevada Bar No. 1437
NIKKI L. BAKER, ESQ., Nevada Bar No. 6562
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:   702.382.8135
Email:  klenhard@bhfs.com
Email:  nbaker@bhfs.com

DENNIS H. HRANITZKY, ESQ. (admitted *pro hac*)
DECHERT LLP
1095 Avenue of the Americas
New York, NY  10036-6797
Telephone:  212.698.3500
Facsimile:   212.698.3599
Email:  dennis.hranitzky@dechert.com

*Attorneys for NML Capital, Ltd.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NML CAPITAL, LTD., | CASE NO.:  2:14-cv-00492-RFB-VCF |
| Plaintiff, | |
| v. | CASE NO.:  2:14-cv-01573-RFB-VCF |
| THE REPUBLIC OF ARGENTINA, | |
| Defendant. | **STIPULATION AND ORDER TO CONSOLIDATE RELATED MATTERS** |

Plaintiff NML Capital, Ltd. ("NML"), by and through its attorneys of record, Kirk B. Lenhard, Esq., and Nikki L. Baker, Esq., of Brownstein Hyatt Farber Schreck, LLP, and Dennis H. Hranitzky, Esq., of Dechert LLP, non-parties MF Corporate Services (Nevada) Limited ("MF Nevada") and Patricia Amunategui, by and through their attorney of record, Kent P. Woods, Esq., of Woods Erickson & Whitaker LLP, non-parties The 123 Entities and Val de Loire, LLC ("VDL"), by and through their attorney of record, Jason M. Wiley, Esq., of Kolesar & Leatham, and intervener Jorge Lanata, by and through his attorney of record, Marc J. Randazza, Esq., of

016887\0001\11770154.2

*Sidebar (left margin):* BROWNSTEIN HYATT FARBER SCHRECK, LLP / 100 North City Parkway, Suite 1600 / Las Vegas, NV 89106-4614 / 702.382.2101

Randazza Legal Group (NML, MF Nevada, Ms. Amunategui, The 123 Entities, VDL and Mr. Lanata are collectively referred to as the "Parties"[1]) hereby agree and stipulate, subject to the Court's approval, as follows:

1.      On April 1, 2014, NML filed a "Motion to Compel Production of Documents", thereby initiating the action styled *NML Capital, Ltd. v. Republic of Argentina* (Case No. 2:14-cv-00492-RFB-VCF) ("Argentina I").  (*See* Argentina I, Dkt. #1.)  Argentina I was assigned to District Judge Richard F. Boulware, II, and referred to Magistrate Judge Cam Ferenbach.  (*See* Argentina I Docket.);

2.      On September 24, 2014, VDL filed a "Motion to Quash, Or, In the Alternative, For Protective Order", thereby initiating the action styled *NML Capital, Ltd. v. Republic of Argentina* (Case No. 2:14-cv-01573-RFB-VCF) ("Argentina II").  (*See* Argentina II, Dkt. #1.)  Argentina II was originally assigned to District Judge Lloyd D. George, and referred to Magistrate Judge Peggy A. Leen.  (*See* Argentina II Docket.);

3.      Thereafter, on October 2, 2014, NML filed a notice of related cases pursuant to Local Rule 7-2.1 in both actions ("Notice of Related Cases").  (*See* Argentina I, Dkt. #50: *see also* Argentina II, Dkt. #6.);

4.      The Notice of Related Cases explained to the Court that "[b]oth actions arise out of NML's efforts to collect judgments against Argentina totaling more than $1.7 billion," and that since "both actions 'involve the same parties and are based on the same or similar claim,' and 'involve[] the same property, transaction or event,' the Court should consider the two actions related and assign them to a single Magistrate Judge and a single District Judge." (*Id.*);

5.      On October 3, 2014, The 123 Entities and VDL filed a Notice of Non-Opposition to NML Capital Ltd.'s Notice of Related Cases in Argentina I and Argentina II, asserting that they "agree with NML's position" and "are amenable to having both pending litigations assigned to Magistrate Judge Ferenbach and District Judge Boulware." (*See* Argentina I, Dkt. #51; *see also*

[1] MF Nevada, Ms. Amunategui, The 123 Entities, VDL and Mr. Lanata are not parties to this litigation.  Use of the "Parties" designation herein is only intended for ease of reference and shall not be construed as an admission or finding by this Court that MF Nevada, Ms. Amunategui, The 123 Entities, VDL, and/or Mr. Lanata are in fact "parties" as such term is used under Rule 45 of the Federal Rules of Civil Procedure.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

1    Argentina II, Dkt. #7.);

2        6.      On November 4, 2014, Judge Boulware issued an order in both actions, ordering

3    that Argentina II "shall be ASSIGNED to Judge Richard F. Boulware, II and matters therein

4    REFERRED, as appropriate, to Magistrate Judge Cam Ferenbach."   (*See* Argentina I, Dkt. #58;

5    *see also* Argentina II, Dkt. #24.);

6        7.      On December 12, 2014, Magistrate Judge Ferenbach conducted a hearing on

7    several pending motions in both actions.  (*See* Argentina I, Dkt. #73; *see also* Argentina II, Dkt.

8    #33.)  During the hearing, Magistrate Judge Ferenabch canvassed the parties regarding whether

9    any party opposed consolidation of the Argentina II action with the Argentina I action.  (*Id.*)  As

10   none of the parties objected to consolidation, Magistrate Judge Ferenbach instructed the parties to

11   draft and circulate a Stipulation and Order to consolidate Argentina II into Argentina I for the

12   Court's consideration by December 19, 2014.  (*Id; see also* Argentina I, Dkt. #74; Argentina II,

13   Dkt. #34.); and

14       8.      In light of the foregoing, the Parties respectfully request that the Court consolidate

15   Argentina II (Case No. 2:14-cv-01573-RFB-VCF) into Argentina I  (Case No. 2:14-cv-00492-

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

1   RFB-VCF), and order all future filings to be filed in Argentina I and bear the main caption from

2   the first filed action: *NML Capital, Ltd. v. Republic of Argentina* (Case No. 2:14-cv-00492-RFB-

3   VCF).

4          DATED this 16th day of December, 2014.

5   KOLESAR & LEATHAM                          BROWNSTEIN HYATT FARBER
                                                SCHRECK, LLP
6

7   By: /s/Jason M. Wiley, Esq.            .   By: /s/ Kirk B. Lenhard, Esq.
    Jason M. Wiley, Esq.                          Kirk B. Lenhard, Esq.
8   Nevada Bar No. 009274                         Nevada Bar No. 1437
    Daniel S. Cereghino, Esq.                     Nikki L. Baker, Esq.
9   Nevada Bar No. 11534                          Nevada Bar No. 6562
    400 South Rampart Blvd.                       100 North City Parkway, Suite 1600
10  Suite 400                                     Las Vegas, NV 89106-4614
    Las Vegas, NV 89145
11                                                Dennis H. Hranitzky (admitted *pro hac*)
12  *Attorneys for Val de Loire, LLC, and*        Dechert LLP
    *The 123 Entities*                            1095 Avenue of the Americas
13                                                New York, NY 10036-6797

14                                              *Attorneys for Plaintiff NML Capital, Ltd.*

15  WOODS ERICKSON & WHITAKER LLP              RANDAZZA LEGAL GROUP

16  By: /s/Kent P. Woods              .       By: /s/Marc J. Randazza              .
    Kent P. Woods, Esq.                           Marc J Randazza, Esq.
17  Nevada Bar No. 12306                          Nevada Bar No. 12265
    1349 Galleria Drive #200                      3625 S. Town Center Drive, Suite 150
18  Henderson, NV 89014                           Las Vegas, NV 89135

19  *Attorneys for M.F. Corporate Services*    *Attorneys for Mr. Lanata*
    *(Nevada) Limited and Patricia Amunategui*
20

21

22          **IT IS SO ORDERED**.

23          DATED this 23rd day of December, 2014.

24

25                                              _____
                                                RICHARD F. BOULWARE, II
26                                              United States District Judge

27

28

*(left margin vertical text)* BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

1    Respectfully submitted by:

2    BROWNSTEIN HYATT FARBER SCHRECK, LLP

3    /s/ Kirk B. Lenhard, Esq.
     Kirk B. Lenhard, Esq., Nevada Bar No. 1437
4    Nikki L. Baker, Esq., Nevada Bar No. 6562
     100 North City Parkway, Suite 1600
5    Las Vegas, Nevada  89106
     Telephone:  702.382.2101
6
     *Attorneys for Plaintiff NML Capital, Ltd.*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2

3

Pursuant to Fed.R.Civ.P.5(b), I certify that I am an employee of BROWNSTEIN HYATT

4

FARBER SCHRECK, LLP, and that the foregoing **STIPULATION AND ORDER TO**

5

**CONSOLIDATE RELATED MATTERS** was served via U.S. Mail, postage prepaid, on the

6

date and to the address shown below:

7

Carmine D. Boccuzzi, Jr., Esq.
CLEARY, GOTTLEIB, STEEN & HAMILTON, LLP

8

One Liberty Plaza
New York, NY  10006

9

*Counsel for Defendant The Republic of Argentina*

10

11

DATED this 16th day of December, 2014.

12

13

_/s/_    Karen Mandall_____
an employee of Brownstein Hyatt Farber Schreck, LLP

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101