KIRK B. LENHARD, ESQ., Nevada Bar No. 1437
NIKKI L. BAKER, ESQ., Nevada Bar No. 6562
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:   702.382.8135
Email:  klenhard@bhfs.com
Email:  nbaker@bhfs.com

DENNIS H. HRANITZKY, ESQ. (admitted *pro hac*)
DECHERT LLP
1095 Avenue of the Americas
New York, NY  10036-6797
Telephone:  212.698.3500
Facsimile:   212.698.3599
Email:  dennis.hranitzky@dechert.com

*Attorneys for Plaintiff NML Capital, Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NML CAPITAL, LTD.,<br><br>                    Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                    Defendant. | CASE NO.:  2:14-cv-00492-RFB-VCF<br><br><br><br>**STIPULATION AND ORDER REGARDING MOTIONS TO EXCLUDE NML CAPITAL LTD.'S PROPOSED DEMONSTRATIVE EXHIBITS** |

Plaintiff NML Capital, Ltd. ("NML"), by and through its attorneys of record, Kirk B. Lenhard, Esq., and Nikki L. Baker, Esq., of Brownstein Hyatt Farber Schreck, LLP, and Dennis H. Hranitzky, Esq., of Dechert LLP, non-parties MF Corporate Services (Nevada) Limited ("MF Nevada") and Patricia Amunategui, by and through their attorney of record, Kent P. Woods, Esq., of Woods Erickson & Whitaker LLP, and non-party Val de Loire, LLC ("VDL"), by and through its attorney of record, Jason M. Wiley, Esq., of Kolesar & Leatham (NML, MF Nevada, Ms.

Amunategui, and VDL are collectively referred to as the "Parties"[1]) hereby agree and stipulate, subject to the Court's approval, as follows:

1.      In anticipation of the December 12, 2014, hearing, on various pending motions, NML's counsel prepared four sets of proposed demonstrative exhibits (the "Demonstrative Exhibits") to aid in his presentation to the Court;

2.      On December 10, 2014, NML circulated working drafts of the Demonstrative Exhibits to counsel for MF Nevada and Ms. Amunategui, Mr. Woods, and counsel for VDL, Mr. Wiley, for review;

3.      Mr. Woods and Mr. Wiley raised objections to NML's counsel's use of the Demonstrative Exhibits.  The Parties were unable to resolve all of the disputes over the Demonstrative Exhibits;

4.      On December 11, 2014, MF Nevada and Ms. Amunategui filed an "Emergency Motion to Exclude NML Capital Ltd.'s Proposed Demonstrative Exhibits and to Enforce Protective Order" ("MF Motion to Exclude").  (*See NML Capital, Ltd. v. Republic of Argentina* (Case No. 2:14-cv-00492-RFB-VCF) ("Argentina I"), Dkt. #70.);

5.      Also on December 11, 2014, VDL  filed an "Emergency Motion to Exclude NML Capital Ltd.'s Proposed Demonstrative Exhibits" ("VDL Motion to Exclude") (MF Motion to Exclude and VDL Motion to Exclude are collectively referred to as the "Emergency Motions"). (*See NML Capital, Ltd. v. Republic of Argentina* (Case No. 2:14-cv-01573-RFB-VCF) ("Argentina II"), Dkt. #30.)  MF Nevada and Ms. Amunategui filed a Joinder to the VDL Motion to Exclude.  (*Id.* at Dkt. #31.);

6.      On December 12, 2014, prior to the hearing, the Court issued an Order informing the Parties that the Court would hear oral argument on the Emergency Motions, among others. (*See* Argentina I, Dkt. #71.);

7.      On December 12, 2014, Magistrate Judge Ferenbach conducted a hearing on

---

[1] MF Nevada, Ms. Amunategui and VDL are not parties to this litigation.  Use of the "Parties" designation herein is only intended for ease of reference and shall not be construed as an admission or finding by this Court that MF Nevada, Ms. Amunategui and/or VDL are in fact "parties" as such term is used under Rule 45 of the Federal Rules of Civil Procedure.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

several pending motions. (*See* Argentina I, Dkt. #73; *see also* Argentina II, Dkt. #33.) During the hearing, Magistrate Judge Ferenbach addressed the Demonstrative Exhibits and the Emergency Motions. (*See id.*) Magistrate Judge Ferenbach ordered that, after the Court ruled on the sealing motions and before the eventual hearing on the substantive issues scheduled for March 9, 2015, the Parties should try and resolve any outstanding issues concerning the Demonstrative Exhibits;

8.   NML's responses to the Emergency Motions are currently due by December 28, 2014. (*See* Argentina I, Dkt. #70; *see also* Argentina II, Dkt. #30.); and

9.   In light of the foregoing, the Parties respectfully request that the Court approve the following procedure for addressing the Demonstrative Exhibits and the pending Emergency Motions:

a.   NML is not required to file its responses to the Emergency Motions on or by December 28th; rather, the time for NML to file its responses to the Emergency Motions is extended as set forth below;

b.   Within three (3) judicial days after the date the Court issues an Order on the pending seal motions regarding the "Confidential" documents, the Parties will meet and confer in an effort to resolve any outstanding disputes with regard to the Demonstrative Exhibits; and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

c. If the Parties are unable to resolve all disputes over the Demonstrative Exhibits, counsel for the Parties shall agree upon a reasonable briefing schedule for the Emergency Motions, and file a Stipulation and Order reflecting the same for the Court's consideration and approval.  In any event, NML shall file and serve a response no later than ~~March 2~~, February 25 2015, and any replies shall be filed and served no later than ~~March 9~~, March 4 2015.

DATED this 23rd day of December, 2014.

KOLESAR & LEATHAM

By: _____/s/Jason M. Wiley_____
Jason M. Wiley, Esq.
Nevada Bar No. 009274
Daniel S. Cereghino, Esq.
Nevada Bar No. 11534
400 South Rampart Blvd.
Suite 400
Las Vegas, NV 89145

*Attorneys for Val de Loire, LLC, and*
*The 123 Entities*


WOODS ERICKSON & WHITAKER LLP

By: __/s/Kent P. Woods_____
Kent P. Woods, Esq.
Nevada Bar No. 12306
1349 Galleria Drive #200
Henderson, NV  89014

*Attorneys for M.F. Corporate Services*
*(Nevada) Limited and Patricia Amunategui*

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: _/s/ Kirk B. Lenhard, Esq._____
  Kirk B. Lenhard, Esq.
  Nevada Bar No. 1437
  Nikki L. Baker, Esq.
  Nevada Bar No. 6562
  100 North City Parkway, Suite 1600
  Las Vegas, NV 89106-4614

  Dennis H. Hranitzky (admitted *pro hac*)
  Dechert LLP
  1095 Avenue of the Americas
  New York, NY  10036-6797

*Attorneys for Plaintiff NML Capital, Ltd.*


IT IS FURTHER ORDERED that NML's response is due February 25th, 2015, any replies must be filed on or before 4:00 p.m., March 4, 2015.

**IT IS SO ORDERED**.
DATED this __23rd__ of December, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

Respectfully submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP


/s/ Kirk B. Lenhard, Esq.
Kirk B. Lenhard, Esq., Nevada Bar No. 1437
Nikki L. Baker, Esq., Nevada Bar No. 6562
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106
Telephone:  702.382.2101

*Attorneys for Plaintiff NML Capital, Ltd.*

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P.5(b), I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **STIPULATION AND ORDER REGARDING MOTIONS TO EXCLUDE NML CAPITAL LTD.'S PROPOSED DEMONSTRATIVE EXHIBITS** was served via U.S. Mail, postage prepaid, on the date and to the address shown below:

Carmine D. Boccuzzi, Jr., Esq.
CLEARY, GOTTLIEB, STEEN & HAMILTON, LLP
One Liberty Plaza
New York, NY 10006
*Counsel for Defendant The Republic of Argentina*

DATED this 23rd day of December, 2014.

 /s/ Karen Mandall
an employee of Brownstein Hyatt Farber Schreck, LLP

*(vertical left margin)* BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

016887\0001\11772554.4

6