# EXHIBIT "B"

# EXHIBIT "B"

KENT P. WOODS, ESQ.
Nevada Bar # 12306
WOODS ERICKSON & WHITAKER LLP
1349 Galleria Drive #200
Henderson, NV 89014
Email: kwoods@woodserickson.com
Tel: (702) 433-9696
Fax: (702) 434-0615
*Attorneys for M.F. Corporate Services (Nevada) Limited and Patricia Amunategui*

**U.S. DISTRICT COURT
FOR THE
DISTRICT OF NEVADA**

| | |
|---|---|
| NML CAPITAL, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE REPUBLIC OF ARGENTINA, <br><br> Defendant. | 2:14-cv-01573-LDG-PAL <br><br> **DECLARATION OF PATRICIA AMUNATEGUI IN SUPPORT OF NML CAPITAL LTD.'S MOTION TO FILE UNDER SEAL** |

Patricia Amunategui makes this Declaration pursuant to 28 U.S.C. § 1746:

1. I am Patricia Amunategui, the general manager and sole full-time employee of M.F. Corporate Services (Nevada) Limited ("MF Nevada"). MF Nevada and I are non-parties to this proceeding; additionally, MF Nevada and I are non-parties who have been subjected to a large number of subpoenas and inquiries in a related proceeding, captioned as *NML Capital, Ltd. v. Republic of Argentina,* Case No. 2:14-cv-00492-RFB-VCF, all without any preliminary showing that we are in fact related to the underlying litigation.

2. I submit this declaration in support of NML Capital, Ltd.'s Motion to File Under Seal its Memorandum in Response to Nonparty Val de Loire LLC's Motion to Quash Subpoena (the "Motion"). I have personal knowledge of the facts set forth herein, and if called upon to do so, would testify thereto. I have reviewed the Motion, as well as the redacted and unredacted

Memorandum that NML has requested to file under seal. While I dispute vehemently many of the characterizations of my business, I submit this declaration in support of my own privacy and the negotiated protections ordered by this Court in its related proceeding.

3. MF Nevada is a corporation, formed under the laws of the State of Nevada. MF Nevada provides services as a commercial registered agent. Primarily, MF Nevada provides services to a Panama-based law firm known as Mossack Fonseca & Co. ("Mossack Fonseca") pursuant to an independent contractor agreement.

4. In the course of its services to Mossack Fonseca, MF Nevada is entrusted with confidential and/or sensitive information concerning Mossack Fonseca's clients. Accordingly, my understanding of the agreement between the two entities is that MF Nevada is required to maintain its files and documents in strict confidence, subject only to applicable law and regulation. The agreement between MF Nevada and Mossack Fonseca is terminable largely at will, subject only to certain, minor noticing requirements.

5. The ongoing litigation and seemingly endless inquiry into MF Nevada's business and its relationship with Mossack Fonseca has already subjected MF Nevada's relationship with Mossack Fonseca to substantial strain. It has become a dramatic drain on MF Nevada's limited and resources, as well as my own health and well being.

6. The underlying litigation that has given rise to this proceeding has attracted substantial media attention, both domestically and abroad. As a result, I routinely receive telephone calls from both domestic and foreign journalists. Often, regardless of my response or lack of response to their questions, these inquiries result in articles that recite spurious allegations including, for instance, that I am personally involved in money laundering efforts. Foreign journalists, particularly from Latin America, do not appear to abide by any standards fact-checking or journalistic integrity. As a result, my personal name and reputation have been seriously damaged, including among my colleagues and potential future employers. By way of example, attached to this affidavit as <u>Exhibit A</u> is an article from a foreign publication that offers these allegations.

7.      I am not a public figure; I am not a party to the underlying litigation; I do not have any actual or alleged connection to NML's investigation; and most important, I do not have the resources necessary to combat a trans-continental public relations campaign against me personally or to combat libelous allegations. Through this process, MF Nevada and I have done everything we can to assist with NML's seemingly endless investigation, subject only to restrictions imposed by law and by the agreement between MF Nevada and Mossack Fonseca.

8.      Earlier this year, I received a subpoena from NML in my personal capacity, despite having no actual or alleged connection to any of the events giving rise to the underlying litigation. Acting through my attorney, I moved to quash the subpoena, largely on these grounds, in addition to the extreme burden imposed by NML's boundless requests. During the meet and confer process, I agreed to sit for a deposition only on the agreement by NML that it would hold the deposition and all descriptions of the deposition in strictest confidence. Understanding that certain issues raised by my deposition would continue to be litigated, our agreement acknowledged that descriptions of my deposition would ultimately need to be filed with the Court. Accordingly, I, through my attorney, negotiated that any such filings would be made under seal. Hence, NML's Motion.

9.      The deposition transcript NML has offered as evidence in its Motion is not limited or restricted in any way. It is not, for instance, limited to only those quotations or sections that are necessary for its cited purpose. Accordingly, the transcript and its exhibits include, among other items, such personal information as my salary, benefits, employment terms, travel dates, personal employment history, and so on. Certain of the exhibits included in the deposition transcript contain my social security number, passport number, and other personal identifying information. Given the media scrutiny at play in this case, permitting the transcript to be filed publicly would expose this information, in effect, to the entire world. Nor can we rely on journalistic standards to protect my personal or otherwise confidential information from exposure.

10.     Additionally, the contents of the deposition concern a confidential relationship between MF Nevada and its client, Mossack Fonseca. If this information is exposed to the world

1  at large, I anticipate that MF Nevada's contract will be terminated. I, in turn, will lose my
2  livelihood.
3      11.   Even taking the worst of NML's spurious allegations as true, MF Nevada and I
4  are entirely innocent parties in this litigation. However, if this Court eliminates the bargained-for
5  protections, I, personally, and a small, Nevada-based employer will bear the cost.
6      12.   For these reasons, I believe that good cause exists for the documents attached to
7  NML's memorandum and the descriptions of those contents to be filed under seal.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated this <u>28th</u> day of October, 2014.

/s/ *Patricia Amunategui*

# EXHIBIT "A"

# EXHIBIT "A"

**Policy**   Today interested    Runoff in Brazil    Elections in Uruguay

| Senators into law the 2015 budget | Would be asked to open a case for trout bills | Concert against 50 layoffs in Public TV | A law that cuts the freedom of expression | They call Boudou not chairing the meeting of the Budget | Carrio and the new Hydrocarbons Law |

News    Sports    ExtraShow!    Style    Services

Clarin.com   Policy   10.25.14

# Vultures companies hide data

**Analysis.** The strategy of litigants against Argentina is to keep account information environment Kirchner

TAGS  The Money Trail K ,  Money Laundering ,  Lazaro Baez ,  Switzerland

April Comment   |   49 shares    25   24  



Ana Baron

At the request of the vulture funds, the Court of Nevada leading cases of "discovery" of the companies awarded Lazarus Baez and Christopher Lopez sealed the testimony of Patricia Amunategui, a key witness in the money trail K, and declared it " confidential ".

Amunategui is the representative in Las Vegas in the US state of Nevada, the study Mossak & Fonsec Panamanian lawyer who took care of including all undertakings in that district. That is, Amunategui should be able to confirm who owns the companies who paid for those same companies were open and where the funds came to establish them. NML asked, however, that the testimony she gave on September 10 last was confidential. Thus, lawyers are the only NML know what Amunategui revealed.

But that's not all. NML also requested that all information obtained from now on during the "discovery" of both Baez also the case of Lopez, be kept confidential.

Why? What sense does that all the information is kept secret? NML research is using the money trail K to pressure President Cristina Kirchner to sit down and negotiate an agreement that allows them to charge the amount that ruled the judge's Thomas Griesa. In this context, it is very possible that NML wants to have control of how information is revealed and manage the times comes to light.

On December 31 overcomes RUFOUS clause, which prevents the Government to make them a better deal vulture funds to other bondholders who got admitted to the exchange 2005 and 2010. On Wall Street there are many expectations that Argentina January accept sit down with vulture funds. In that case, vulture funds may take the information they have about the money trail K to the negotiating table to get a better deal. And if Argentina agrees not to negotiate, they may use the same information to compel it to do so. That is, in one way or another, the information will help them to extort Argentina.

### as seen

Clarin.com

→ 01  You are asked to not kill the girl who decided to die on Saturday
→ 02  Another BBC journalist sparked a controversy over Falklands
→ 03  The crime of Pampa remisera that resolved in an unusual way
→ 04  Video Jesica Cirio hot you'd rather forget
→ 05  River gold victory at La Plata was

### on the cover

There is another reason. NML is also possible that the court does not want to disclose the information because if you actually manage to find more information on the money trail K, other creditors will also try to capture the funds flowing through it.

In the case of Val de Loire, the company that is awarded to Christopher Lopez, Judge Peggy Leen decided not seal out the information to be arguing that NML has not provided sufficient reasons to maintain confidentiality. Anyway, Leen gave NML one square until Oct. 30 to present valid reasons for the restriction. Otherwise, all information will be public, including the testimony of Amunategui.

With criticism from the opposition, Senators into law the 2015 budget



## you may be interested



**TELEMUNDO**
**Latinos Who Are Recognized By their dress. Sofia Vergara And ...**
Sponsored



Less Scioli, presidential candidates signed a pledge to discuss



More than 1,000 evacuated in Province by storm

**With categories rat is already online game route ...**
Readers can read the letter of each character and their pickpocket score.



Remain in prison seven Colombians detained in North Coast



Follow the rise of the Luján River and fear to reach the Basilica



**Environment, terms, royalties and controls, themes more ...**
Officials replied evasively in Congress to opposition questions about several key aspects of the project



**Justice of Ghana said the Fragata Libertad escaped**
But for the NML was held in the African country between October and December 2012.



**Before the robbery, Longobardi was following a red van**
A video showing a Ranger that goes back before the attack journalist as overseeing the action.

**Pichetto: "Santa Fe is the new Medellín"**
The head of the K block a controversial comparison made to try to justify the need to expel foreigners. "If Santa Fe is Medellin ...

Recommended by

**COMMENTS**  (To comment, your account must be active)

 Post new comment



AdChoices
**Marriott**
FALL INTO THE SEASON WITH GREAT RATES.
FROM $79/NT  BOOK NOW

10/29/2014                                           Vultures companies hide data

[ Log in ]

[                                                        ]

                                              [ Send ]

**MIGUEL ANGEL**  4 days ago

How awful! VULTURES HAVE INFORMATION FOR SUCCESSFUL ATTORNEY extort and his accomplices. HIGH AND THIS SITUATION IS ENDORSED BY YANKEE JUSTICE. THAT IS SO TRAGIC K, NO LOSE WHAT WE STOLE, WOULD YOU PAY WITH OUR AVIDITY TWINE THE VULTURES. .

[ Answer ]   February        0

**Bruno Lomas**  4 days ago

__KORRUPTOS AIR LINES__
____ (Kampora Group) ___
____COMMING SOON_____ Jail the crooks

[ Answer ]   Three       0

**Alberto Urbanyi**  4 days ago

ANA BARON .... what is your opinion ??? that will be hidden or not there ??? ... because it is a weapon that should be used now ..this is the time .... or just forming a media review on people afford to handle ??? ... a clarion always I reach Lanatta media allegations that, although they never flourished in any prosecution or trial, the media effect among acephalous was useful ...

[ Answer ]   1 answer   0       Three

**MIGUEL ANGEL**  4 days ago
IT IS A WEAPON KORRUPTOS to blackmail.

[ Answer ]   February       0

---

| | Edition No. 24750 | GRUPO CLARIN | Contact us | CLASSIFIEDS | Advertising |
|---|---|---|---|---|---|
| | Director Ernestina Herrera de Noble | | Archive | BUSCAINMUEBLE | Advertise with Us |
| | Responsible Editor: Ricardo Kirschbaum | | Diario Olé | ARGENPROP | |
| | Registration: 5014465 | | Journal Reason | DEAUTOS | |
| Owner Art Graphic Editorial Argentino SA | | | Digital Library | ENTREMUJERES | |
| Copyright 1996-2014 Clarín.com - Clarin Digital - All rights reserved | Archive | | Grupo Clarín | IT VÍARESTÓ | A site |
| Stones 1743 CABA | Services | RADIO MITRE | | ALL TRAVEL | |
| | Protection of Personal Data | | | CITY | |
| | Terms of Use & Privacy | TN | | COUPON CLUB | |