# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

NML CAPITAL, LTD.,

        Plaintiff,

vs.

THE REPUBLIC OF ARGENTINA,

        Defendant.

Case No. 2:14–cv–492–RFB–VCF

**ORDER**

    Two motions are before the court: NML's Emergency Motion to Seal (#84) and Emergency Motion for Leave (#85).

    ACCORDINGLY, and for good cause shown,

    IT IS ORDERED that NML's Emergency Motion for Leave (#85) is GRANTED.

    IT IS FURTHER ORDERED that if any party elects to respond to NML's Supplemental Brief in Support of its Cross-Motions to Compel, the response(s) must be filed by Thursday, March 5, 2015, at 4:00 p.m.

    IT IS FURTHER ORDERED that that if any party elects to oppose NML's Emergency Motion to Seal (#84), the opposition(s) must be filed by Thursday, March 5, 2015 at 4:00 p.m.

    IT IS FURTHER ORDERED that the Court will hear oral argument on both motions during the March 9, 2015, hearing.

    IT IS SO ORDERED.

    DATED this 27th day of February, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE