# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

NML CAPITAL, LTD.,

              Plaintiff,

vs.

THE REPUBLIC OF ARGENTINA,

              Defendant.

Case No. 2:14–cv–492–RFB–VCF

**ORDER**

      Before the court is NML Capital, Ltd.'s Sealed Emergency Motion for Leave to File Docket Number 85-2 under Seal Pending the Court's Resolution of the Motion for Leave to File Supplemental Brief Under Seal (Dkt. #84).  (#87).

      NML seeks to seal docket number 85-2 because it contains metadata revealing confidential information.  In the morning of March 2, 2015, NML's counsel, Emily Ellis, Esq., spoke with the clerk's office regarding the metadata issue of docket number 85-2.  The clerk's office temporarily sealed docket number 85-2 pending the filing of a new motion to seal.  At 3:45 p.m., March 2, 2015, NML filed this instant motion to seal.

      ACCORDINGLY, and for good cause shown,

      IT IS ORDERED that docket number 85-2 will remain temporarily sealed pending the decision of the hearing on March 9, 2015 at 1:00 p.m.

      DATED this 2nd day of March, 2015.

                                                         _____

                                                          CAM FERENBACH
                                                          UNITED STATES MAGISTRATE JUDGE