Marc J. Randazza (NV Bar #12265)
Theresa M. Haar (NV Bar #12158)
RANDAZZA LEGAL GROUP
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

Attorneys for Jorge Lanata

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NML CAPITAL, LTD.<br><br>         Plaintiff,<br><br>   vs.<br><br>THE REPUBLIC OF ARGENTINA<br><br>         Defendant. | Case No.: 2:14-cv-00492-JAD-VCF<br><br>**NOTICE OF FILING** |

On February 19, 2015, this Court granted Jorge Lanata's Motion to Unseal the Deposition Transcript of Ms. Amunategui, ordering counsel for Mr. Lanata and Ms. Amunategui to meet and confer to redact the transcript. ECF 82. On March 3, 2015, Mr. Randazza and Mr. Woods met and conferred, and settled upon proper and necessary redactions. Attached as Exhibit 1 is the redacted copy of Ms. Amunategui's deposition transcript.

Dated:     3 March 2015

                              Respectfully Submitted,

                              RANDAZZA LEGAL GROUP

                              */s/ Marc J. Randazza*

                              Marc J. Randazza (NV Bar #12265)
                              Theresa M. Haar (NV Bar #12158)

- 1 -

RANDAZZA LEGAL GROUP
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

Attorneys for Jorge Lanata

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically on 3 March 2015 and served electronically via CM/ECF.

*T. Waan*
_____
Employee Randazza Legal Group
3625 S. Town Center Drive, Suite 150
Las Vegas, Nevada 89135
Tel: 702-420-2001
Fax: 305-437-7662
ecf@randazza.com