KIRK B. LENHARD, ESQ., Nevada Bar No. 1437
klenhard@bhfs.com
NIKKI L. BAKER, ESQ., Nevada Bar No. 6562
nbaker@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

DENNIS H. HRANITZKY, ESQ.
dennis.hranitzky@dechert.com
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036-6797
Telephone: 212.698.3500
Facsimile: 212.698.3599

*Attorneys for Plaintiff NML Capital Ltd.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NML CAPITAL LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE REPUBLIC OF ARGENTINA, <br><br> Defendant. | CASE NO.: 2:14-cv-00492-RFB-VCF <br><br> **NOTICE OF COMPLIANCE WITH THE COURT'S ORDERS (DKTS. #82 AND #95) GRANTING IN PART AND DENYING IN PART THE REQUESTS TO FILE UNDER SEAL** |

PLEASE TAKE NOTICE that pursuant to Magistrate Judge Ferenbach's Order during the hearing on March 9, 2015, Plaintiff NML Capital Ltd. ("NML"), by and through its attorneys of record Brownstein Hyatt Farber Schreck, LLP, and Dechert, LLP, hereby submits the following previously sealed docket entries in accordance with the Court's Orders (Dkts. #82 and #95) granting in part and denying in part the requests to file under seal:

1. NML's Response to MF Corp. Services (Nevada) Ltd's Motion to Quash and in Support of Cross-Motion to Compel (Dkts. #59 and #60), and Exhibits A and H thereto (Dkts. #59-2, #59-10, #60-2 and #60-10);

016887\0001\12024294.3                    1

2. NML's Reply in Support of Its Cross Motion to Compel (Dkt. #66), and Exhibit O thereto (Dkt. #66-16);

3. NML's Supplemental Brief in Support of Its Cross-Motions to Compel (Dkt. #85-2), and Exhibits M, N, O, P, T, U, and V thereto (Dkts. #85-15, #85-16, #85-17, #85-18, #85-22, #85-23, and #85-24);

4. NML's Response to Nonparty Val De Loire's Motion to Quash Subpoena or in the Alternative, for Protective Order and in Support of Its Cross-Motion Compel (Dkt. #8)[1], and Exhibit S thereto (attached to SEALED Motion to File Under Seal, Dkt. #9); and

5. NML's Reply in Support of Its Cross-Motion to Compel (Dkt. #27), and Exhibits A, B, C, and G thereto (Dkts. #27-2, #27-3, #27-4 and #27-8).

DATED this 16th day of March, 2015.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Nikki L. Baker
KIRK B. LENHARD, ESQ., Bar No. 1437
klenhard@bhfs.com
NIKKI L. BAKER, ESQ., Bar No. 6562
nbaker@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:   702.382.8135

DENNIS H. HRANITZKY, ESQ.
dennis.hranitzky@dechert.com
DECHERT LLP
1095 Avenue of the Americas
New York, NY  10036-6797
Telephone:  212.698.3500
Facsimile:   212.698.3599

*Attorneys for Plaintiff NML Capital Ltd.*

---

[1] NML's response (Dkt. #8) and the filings related thereto (Dkts. #9, #27, #27-2, #27-3, #27-4 and #27-8) were filed in the matter captioned *NML Capital, Ltd. v. Republic of Argentina* (Case No. 2:14-cv-01573-RFB-VCF) ("Argentina II") prior to the Court's consolidation of Argentina II into the above-captioned matter.

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P.5(b), I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **NOTICE OF COMPLIANCE WITH THE COURT'S ORDERS (DKTS. #82 AND #95) GRANTING IN PART AND DENYING IN PART THE REQUESTS TO FILE UNDER SEAL** was served via electronic service to all electronic registered CM/ECF users in this matter, and via U.S. Mail, postage prepaid, on the date and to the address shown below:

Carmine D. Boccuzzi, Jr., Esq.
CLEARLY, GOTTLEIB, STEEN & HAMILTON, LLP
One Liberty Plaza
New York, NY  10006
*Counsel for Defendant The Republic of Argentina*

DATED this 16th day of March, 2015.

/s/ Paula Kay
an employee of Brownstein Hyatt Farber Schreck, LLP

016887\0001\12024294.3                    3