# Contact / Information

Mossack Fonseca Headquarters
Mossfon Building
54th Street, P.O. Box 0832-0886, W.T.C.
Panama, Republic of Panama
Tel: +507 205-5888 / 206-9400
Fax: +507 263-9218
24hr. Service from our Panama Office

| | | |
|---|---|---|
| Bahamas | Geneva | Qingdao |
| Boquete Panama | Gibraltar | Samoa |
| Brazil | Guatemala | Seychelles |
| British Anguilla | Hangzhou | Shanghai |
| British Virgin Islands | Hong Kong | Shenzhen |
| Canada | Isle of Man | Singapore |
| Chile | Jersey | Thailand |
| Colombia | Liechtenstein | United Arab Emirates |
| Cyprus | London | Uruguay |
| Czech Republic | Luxembourg | Venezuela |
| Da Lian | Nanjing | Zug |
| Ecuador | Ningbo | Zurich |
| El Salvador | Panama | |
| Florida | Peru | |

Email: mf@mossfon.com
Web: www.mossfon.com
Twitter: @mossfon
Facebook: Mossack Fonseca (official)





BV1234
MF CORPORATE SERVICES INTERNATIONAL        FLORIDA
1541 Brickell Avenue - Suite 1806, Miami, Florida 33129, United States of America
Tel : (305) 856-6121
Fax : (305) 856-6122
Email: florida@mossfon.com

EXHIBIT 11

NEVADA, USA

## NEVADA, USA

Nevada is considered one of the best jurisdictions in the United States for the incorporation of companies due to its versatility, low costs and fast service. Nevada Limited Liability Companies (LLCs) can conduct business outside the United States and employ any currency of their choice.

HIGHLIGHTS OF NEVADA's LIMITED LIABILITY COMPANIES

- Nevada has no state tax, annual franchise tax, inventory tax, estate tax, unified tax, gift tax or taxes for chain store branches.
- Low taxes on property, contributions or payments for occupational accidents and unemployment benefits.
- No taxes levied on offshore and banking transactions.
- No exchange control regulations.
- No capital gains, income or any other kind of tax.
- No requirement to record maximum or minimum capital contributions.
- More than one class of member interests are permitted, which makes for a flexible structure.
- Excellent name availability for company incorporations.
- An LLC can have a perpetual duration.

HIGHLIGHTS OF NEVADA

- Excellent corporation law.
- No taxes levied on offshore and banking transactions.
- Political and economic stability.

PlainTree EXHIBIT
WITNESS Patricia Amunategui
DATE September 11, 2014
Ellen A. Goldsberry, CCR 829

NEVADA, USA

- Serviced by major world airlines.
- Excellent worldwide communication facilities.
- Skilled personnel.

## SOCIAL AND ECONOMIC INDICATORS

- **Location:** Nevada is a Western state, lying in the Great Basin and Plateau section of the United States. It is bordered on the north by Oregon and Idaho. California is to the west and southwest. To the southeast is Arizona, with the Colorado River forming part of the boundary. Nevada's eastern neighbour is Utah.

- **Area:** 110,540 square miles, 485 miles long, 315 miles wide; seventh in size.

- **Population:** 2,758,931 (2013 est.)

- **Climate:** Arid and there is abundant sunshine, light rainfall and snow.

- **Official Language:** English.

- **Government:** Nevada has a bicameral (two houses) Legislature consisting of the Senate and the Assembly. The two houses are jointly designated in the State Constitution as 'The Legislature of the State of Nevada'.

- **Living Standard:** High.

- **Banking:** Worldwide banking facilities available.

- **Legal Tender:** US Dollar.

- **Industry:** Mining, Construction, Manufacturing, Transportation, Communications & Public Utilities, Trade/ wholesale and Retail, Finance, Insurance and Real Estate.

- **Services:** Hotel, gaming and recreations.

**EXHIBIT 12**





MOSSACK FONSECA

www.mossfon.com

EXHIBIT
12
WITNESS: Rebeca Branaugh
DATE: September 10, 2014
Ellen A. Goldstein, CCR 829



# NEVADA
## Features of Nevada Limited Liability Companies (LLC'S)

### BUSINESS TRANSACTIONS
- LLC's may engage in any lawful business outside the USA and make use of any currency that they may choose.
- Trademark registration.

### TAXATION
- Nevada has no State tax, no franchise tax, no inventory tax, no inheritance tax, no unitary tax, no gift tax and no chain store tax.
- Low property tax, workers' compensation and unemployment insurance tax.
- Nevada has no IRS information-sharing agreement (there is no exchange of information between the State of Nevada and any other State or Federal agency).
- LLC's Members that conduct no business in the US and have no US source income, deductions, or credits are not subject to US federal income tax, and are not required to file US federal income tax returns.
- LLC's could be subject to taxation by the United States of America or its individual states. It may include, trading in, with or through any territory of the USA, operating bank accounts, applying for a federal identification number (EIN), hiring employees or agents, and owning business interests and/or property in the United States of America.
- Minimizing disclosures and filings: the key distinction is keeping separate "U.S. Persons" (the Nevada LLC) and the all "non- U.S. Persons" (the foreign Member). If the U.S. Person has foreign accounts, then it may have to file the FBAR disclosures. The non-U.S. Person remains confidential and do not, simply by virtue of owning an interest in a U.S. entity, have to file or disclose. Only when the non-U.S. Person receives U.S. income should that person file and disclose.
- Obtaining an EIN number does not trigger tax liability on the company or its members. Filing a "zero return" is a very good idea, it puts a deadline on IRS actions and shows compliance with standard industry practice. A single-member LLC is a disregarded entity meaning that the IRS will look directly to the member for payment of taxes due. Without US income, there is no liability, but if there is US income, then the taxes for that income are payable by the member.
- Layered Nevada LLCs: this arrangement will be successful for limiting liability. However, the member-LLC will be a U.S. Person and will be subject to all the regulations. Any U.S. income will pass thru to the ultimate member. This solution does not have federal tax advantages.

### CAPITAL CONTRIBUTION
- No need to register a minimum or maximum capital contribution.
- More than one class of Membership interest be issued, which provides the flexible structuring.

### MANAGERS AND MEMBERS
- Managers and Members can be either corporate entities or natural persons.
- Initial or ongoing changes in Manager of Member the latter, if they are handling the management of the LLC need to be filed at the Secretary of State in Nevada.
- The Manager may grant special or general powers of attorney.
- Register of Managers and Members is required and must be kept at the Registered Office of the LLC.
- The LLC may have one or more Managers, who do not need to be Members.
- One or more persons may form a limited liability company.
- Managers or Members may be of any nationality and may be residents of any country. The required minimum being one Manager and one Member.
- Managers and Members may hold their meetings in any country and may attend such meetings by proxy.

### ANNUAL FILING
- No requirement to file financial statements, nor to hold annual general meetings of Managers or Members.
- The filing of an annual list of Managers or Members is mandatory.

### INCORPORATION AND ADMINISTRATION
- An LLC may have a perpetual duration.
- Excellent availability of company names for incorporation.
- The words "Limited Liability Company", "Limited Company", or "Limited" or the abbreviations "Ltd.", "L.L.C.", "LLC", or "LC" may be used in a LLC's name. The word "Company" may be abbreviated as "Co.".
- Incorporation procedure takes from 10 to 15 days.
- A 24-hour Company Name Reservation Service.

### RECORD KEEPING
- The books, records and minutes of the company may be kept in any place or country at the Managers' or Members' choice if they are handling the management of the LLC.
- An LLC must keep a copy of the following records at its registered office in Nevada, Articles of Organization and amendments (if any).
- Annual list reflecting the Manager(s) or Member(s) and business address.
- Operating agreement.
- Power of attorney (if any).
- Copy of Register of members(s).
- Copy of Register of manager(s).
- Copy of Register of members(s).
- An LLC must keep the following records at the office of its Resident Agent, Annual list reflecting the Manager(s) or Member(s), details of Resident Agent, Annual list reflecting the Manager(s) or Member(s) and business address amendments (if any), details of Resident Agent.

### REGISTERED OFFICE, CORPORATE SEAL AND LEGALISATION
- Registered Office in Nevada is required.
- Corporate seal is optional.
- The Apostille is normally used to legalize documentation. Legalisation via a Consulate is also available for some countries.

### COSTS AND FEES
- Reasonable formation and maintenance costs and fees (US$125.00 for annual list filing of Managers or Members and US$200.00 for Business License).

### CONTINUATION (DOMESTICATION)
- Foreign companies can be continued to Nevada.
- Conversion of a U.S. company from any State to Nevada is allowed.

### USES OF NEVADA LIMITED LIABILITY COMPANIES
- Sue and be sued, complain and defend, in its name.
- Purchase any real or personal property, or an interest therein, wherever situated.
- Sell, mortgage, pledge, lease, exchange, transfer and otherwise dispose of all or any part of its property and assets.
- Lend money to and otherwise assist its members.
- Deal in and with shares or members' interests.
- Make contracts and guarantees and incur liabilities, borrow money at such rates of interest as the LLC may determine.
- Lend, invest and reinvest its money.
- Conduct its business, carry on its operations and have and exercise the powers granted in any foreign country.
- Appoint managers and agents.
- Cease its activities and surrender its Articles of Organization.
- Exercise all powers necessary or convenient to achieve any of the purposes for which the LLC is organized.

### HIGHLIGHTS OF NEVADA
- Excellent corporation law.
- Flexible company law.
- No taxes levied on offshore and banking transactions.

- No exchange control regulations.
- Political and economic stability.
- Serviced by major world airlines.
- Excellent hotel accommodations.
- Operating agreement.
- Excellent worldwide communication facilities.
- Skilled personnel.
- No capital gains, income or any other kind of tax.

**DOCUMENTS REQUIRED TO BE KEPT AT M.F. CORPORATE SERVICES (NEVADA) LIMITED OFFICE, IN ACCORDANCE WITH THE LAW**

- Due diligence documents, as required.
- Articles of Organization and amendments (if any).
- Annual list reflecting the Manager(s) or Member(s) and business address.
- Power of attorney (if any).
- Copy of the Register of Manager reflecting complete name and business address of the Manager(s).
- Copy of the Register of Members reflecting complete name and business address of the Member(s).

**SOCIAL AND ECONOMIC INDICATORS**

| | |
|---|---|
| Location: | Nevada is a Western state, lying in the Great Basin and Plateau section of the United States. It is bordered on the north by Oregon and Idaho. California is to the west and southwest. To the southeast is Arizona, with the Colorado River forming part of the boundary. Nevada's eastern neighbor is Utah. |
| Area: | 110,540 square miles, 485 miles long, 315 miles wide; seventh in size |
| Population: | 2,723,322 (2011 est.) |
| Climate: | Arid and there is abundant sunshine, light rainfall and snow |
| Official Language: | English |
| Government: | Nevada has a bicameral (two houses) Legislature consisting of the Senate and the Assembly. The two houses are jointly designated in the State Constitution as "The Legislature of the State of Nevada". |
| Living Standard: | High |
| Banking: | Worldwide banking facilities available |
| Legal Tender: | US dollar |
| Industry: | Mining, Construction, Manufacturing, Transportations, Communications & Public Utilities, Trade/ wholesale and Retail, Finance, Insurance and Real Estate |
| Services: | Hotel, gaming and recreations |

**M.F. CORPORATE SERVICES (NEVADA) LIMITED.**

MOSSACK FONSECA

Mossfon Building, East 54th Street
P.O. Box 0832-0886, W.T.C.
Panama, Republic of Panama
T 011 (507) 205-5888 / 206-9400
F 011 (507) 263-9218 / 263-7914
011 (507) 263-7327
E Mf@mossfon.com
www.mossfon.com

NEO FTR3-E-JUNE 2013-MF

EXHIBIT 13

EXHIBIT 14

KENT P. WOODS, ESQ.
Nevada Bar # 12306
WOODS ERICKSON & WHITAKER LLP
1349 Galleria Drive #200
Henderson, NV 89014
Email: kwoods@woodserickson.com
Tel: (702) 433-9696
Fax: (702) 434-0615
Attorneys for M.F. Corporate Services (Nevada) Limited and Patricia Amunategui

**U.S. DISTRICT COURT**
**FOR THE**
**DISTRICT OF NEVADA**

NML CAPITAL, LTD.,

Plaintiff,

vs.

THE REPUBLIC OF ARGENTINA,

Defendant.

2:14-cv-00492-JAD-VCF

DECLARATION OF PATRICIA AMUNATEGUI IN SUPPORT OF M.F. CORPORATE SERVICES (NEVADA) LIMITED AND PATRICIA AMUNATEGUI'S MOTION TO QUASH SUBPOENAS AND/OR FOR PROTECTIVE ORDER

Patricia Amunategui makes this Declaration pursuant to 28 U.S.C. § 1746:

1. I am Patricia Amunategui, the general manager and sole full-time employee of M.F. Corporate Services (Nevada) Limited ("MF Nevada"). MF Nevada and I are non-parties to this proceeding. I submit this declaration in support of M.F. Nevada's and Patricia Amunategui's Motion to Quash Subpoenas and/or for Protective Order (the "Motion"). I have personal knowledge of the facts set forth herein, and if called upon to do so, would testify thereto. I have reviewed the Motion, and to the best of my knowledge, information, and belief, the factual statements contained therein are true and correct.

2. On or about August 13, 2013, NML Capital, Ltd. ("NML") served a Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action on M.F. Nevada,



PLAINTIFF EXHIBIT 13
WITNESS Patricia Amunategui
DATE September 11, 2014
Ellen A. Goldstein, CCR #29

-1-

Simultaneously, NML served subpoenas on approximately 123 entities for which M.F. Nevada serves as resident agent.

3. The appearance fee check for the August 13 subpoena was unsigned. On August 23, 2013, NML served on M.F. Nevada a new copy of the subpoena (the "Original Subpoena"), with a proper appearance fee check enclosed.

4. M.F. Nevada is a commercial resident agent service. The services it provides also include formation and maintenance of corporations. M.F. Nevada is an independent service provider to Mossack Fonseca & Co., a law firm based in the Republic of Panama.

5. In response to the Original Subpoena, I produced several thousand pages of documents to NML. I estimate that in preparing these documents for production, I was required to expend approximately forty (40) hours of time. Additionally, I retained the services of an outside contractor to assist in the scanning and conversion of the documents to a producible format and employed the services of a temporary employment agency to obtain assistance. I estimate the total cost of producing documents in response to the Original Subpoena to be approximately $12,000, which amount includes compensation for my time, payments to outside contractors and for temporary help, and certain fees and expenses. This is in addition to time attorney fees incurred by M.F. Nevada with respect to this process.

6. I have reviewed the New MF Subpoena and the Amunategui Subpoena—as those terms are defined in the Motion—and believe that compliance with them would be significantly more burdensome than complying with the Original Subpoena. I have reviewed the list of entities for which documents are demanded under the New MF Subpoena and the Original Subpoena, and they appear to comprise all or substantially all of the corporations for which M.F. Nevada serves as resident agent, in addition to several other entities and individuals. In estimate the total cost of compliance with these subpoenas to exceed $25,000.

-2-

1
2
3
4
5
6
7  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that, to the best of my
8  knowledge and after reasonable inquiry, the foregoing is true and correct.
9
10  Dated this 10th day of July, 2014.
11
12
13  /s/ Patricia Armatrugai
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "A"

# EXHIBIT "A"

Case 2:14-cv-00492-JAD-VCF   Document 14-10   Filed 07/10/14   Page 5 of 6

Case 2:14-cv-00492-JAD-VCF   Document 14-10   Filed 07/10/14   Page 6 of 6

## Diego Sepulveda - Corporations

| | |
|---|---|
| **From:** | World Compliance Corporations |
| **Sent:** | Friday, September 5, 2008 3:08 PM |
| **To:** | Susy Ramos - Corporations |
| **Subject:** | WORLD CHECK |
| **Attachments:** | Results for search GYÖRGY LASZ, GYA-RGY LASZ, GYORGY LASZ.pdf |

No results found.

**From:** Susy Ramos - Corporations
**Sent:** Thursday, September 4, 2008 10:17 AM
**To:** World Compliance Corporations
**Subject:** MR. GYORGY LASZ

Good morning. I am about to carry out a world compliance for Mr. GYORGY LASZ.

Thank You,

Susy Ramos
Corporations

**MOSSACK X FONSECA**

Mosston Building
54th Street Marbella
P.O Box 0832-0886 W.T.C Panama
Panama, Republic of Panama

*Signature* EXHIBIT 14
WITNESS Patricia Amunategui
DATE September 11, 2014
Ellen A. Goldstein, CSR 827

---

## Diego Sepulveda - Corporations

| | |
|---|---|
| **From:** | results@worldcompliance.com |
| **Sent:** | Friday, September 5, 2008 3:08 PM |
| **To:** | Mayka Villarreal - Corporations |
| **Subject:** | Results for search GYÖRGY LASZ |
| **Attachments:** | header6@blue.gif, header6@g.gif, groupPanel.gif |

**WorldCompliance**

| Search | GYÖRGY LASZ |
|---|---|
| Received By | Paola Vecchio |
| Company | Mosston Trust Corporation |
| MatchCount | 0 |
| Date | 9/5/2008 16:7:10 |

Comments:
NO RESULTS FOUND

Diego Sepúlveda - Corporations

From: World-Check <oz-reply@world-check.com>
Sent: Friday, September 5, 2008 3:07 PM
To: Mayra Villareal - Corporations
Subject: GYÖ-RGY LASZ

[No results found]

USERNAME: mn1
SENT: 05-09-2008 22:06 CET

NAME: GYÖRGY LASZ
MODEL: Past Match

| ABGYILAOS | Laszlo Gyorgy | INDIVIDUAL |
| XZHALY | Laszlo Gyorgy | INDIVIDUAL |
| LASZLO | Gyorgy | INDIVIDUAL |
| ZSAKAY | Laszlo Gyorgy | INDIVIDUAL |

**1) General Legal Notice**

* All information identified or correlated in this profile, appears in the listed sources. We are not responsible for the content of third party sites or sources. Information correlated is necessarily brief and should be read by users in the context of the fuller details available in the external sources to which hyperlinked (this are provided). Users should also carry out independent checks in order to verify the information correlated.

**2) Category Legal Notice**

Category is based on information contained in the sources provided.

**3) Reported Link Legal Notice**

Where an individual or entity is listed as being "Reported to be linked to" other profiles, the nature of the links vary considerably and users should not draw negative inferences merely from that association.

You are strictly prevented from disclosing or copying to third parties the content of this database in accordance with our Terms & Conditions. Content is protected by qualified privilege. Legal action will be taken against users that disclose content to third parties other than regulatory and government agencies.

---

Diego Sepúlveda - Corporations

From: Mossack Fonseca & Co. (Corporations - Nevada)
Sent: Monday, September 8, 2008 3:31 PM
To: MF CorpServ (Nevada) Ltd.
Cc: Patricia Amarategui - MF CorpServ (Nevada) Ltd
Subject: DYNAMIC FITNESS LLC 1587149 ET/n/sr

Dear Patricia:

We are referring to the client's instructions for the preparation of 2 powers of attorney in English in favor of the following gentlemen:

GYÖRGY LASZ
TAMÁS MOLNAR

Attached you will find the models for the powers of attorney; each must be legalized by Apostille.

[NEV - STANDARD    NEV - STANDARD
POWER OF ATT...    POWER OF ATT...]

Note that the power of attorney for Tamás Molnár is missing the passport number; I am verifying the exact number and I will confirm.

Regards,

Susy Ramos/Iris Vergara
Corporations

MOSSACK FONSECA

Mossfon Building
54th Street Marbella
P.O Box 0832-0886 W.T.C Panama
Panama, Republic of Panama
(507) 205-5888
(507) 263-7327
Corporate@Mossfon.com
http://www.mossfon.com

**Diego Sepúlveda - Corporations**

| | |
|---|---|
| **From:** | MF CorpServ (Nevada) Ltd. |
| **Sent:** | Monday, September 22, 2008 11:42 AM |
| **To:** | Mossack Fonseca & Co. (Corporations - Nevada) |
| **Cc:** | Patricia Amunategui - MF CorpServ (Nevada) Ltd |
| **Subject:** | RE: DYNAMIC FITNESS LLC 1587149 |

Dear Sury:

It is not a problem we're going to correct the date and then we will replace the page it will be sent today as soon as the corrections are made we will attach them to the case.

Regards.

*Patricia Amunategui*

---

**From:** Mossack Fonseca & Co. (Corporations – Nevada) [mailto:nevada-panamaoffice@mossfon.com]
**Sent:** Monday, September 22, 2008 9:11 AM
**To:** MF CorpServ (Nevada) Ltd.
**Cc:** Patricia Amunategui - MF CorpServ (Nevada) Ltd
**Subject:** DYNAMIC FITNESS LLC 1587149
**Importance:** High

Dear Patricia:

Please confirm whether the powers of attorney were already sent to the client. I noticed that these have an error in the section on the duration of the power of attorney; this is my error. The power of attorney is valid for 3 years until 2011, not until 2008 as indicated in the documents.

I would greatly appreciate your URGENT confirmation on whether the documents were already picked up by the Courier company.

Regards,

**Sury Ramos
Corporations**

MOSSACK X FONSECA

Mossfon Building
54th Street Marbella
P.O. Box 0832-0886 W.T.C Panama
Panama, Republic of Panama
☎ + 507 205-5888
📠 + 507 263-7327
✉ Corporate@Mossfon.com
http://www.mossfon.com

1

TRANSLATION MFCS 002133

**Diego Sepúlveda - Corporations**

| | |
|---|---|
| **From:** | MF CorpServ (Nevada) Ltd. |
| **Sent:** | Monday, September 22, 2008 1:31 PM |
| **To:** | Mossack Fonseca & Co. (Corporations - Nevada) |
| **Subject:** | RE: DYNAMIC FITNESS LLC 1587149 |
| **Attachments:** | SCAN2911_000.tif |

Dear Sury,

Please find attached the power of attorney with the correct date. In order to attach it to the case, it will be sent to the client today.

Regards,

*Patricia Amunategui*

---

**From:** Mossack Fonseca & Co. (Corporations – Nevada) [mailto:nevada-panamaoffice@mossfon.com]
**Sent:** Monday, September 22, 2008 9:11 AM
**To:** MF CorpServ (Nevada) Ltd.
**Cc:** Patricia Amunategui - MF CorpServ (Nevada) Ltd
**Subject:** DYNAMIC FITNESS LLC 1587149
**Importance:** High

Dear Patricia:

Please confirm whether the powers of attorney were already sent to the client. I noticed that these have an error in the section on the duration of the power of attorney; this is my error. The power of attorney is valid for 3 years until 2011, not until 2008 as indicated in the documents.

I would greatly appreciate your URGENT confirmation on whether the documents were already picked up by the Courier company.

Regards,

**Sury Ramos
Corporations**

MOSSACK X FONSECA

Mossfon Building
54th Street Marbella
P.O. Box 0832-0886 W.T.C Panama
Panama, Republic of Panama
☎ + 507 205-5888
📠 + 507 263-7327
✉ Corporate@Mossfon.com
http://www.mossfon.com

1

TRANSLATION MFCS 002134

Messrs,
MF CORPORATE SERVICES (NEVADA) LIMITED
5205 S. 7th Street, Suite C
Las Vegas, NV 89101

Dear Sirs:

RE: DYNAMIC FITNESS LLC

The undersigned, KENDE LAW FIRM (hereinafter referred to as the "client"), do hereby declare the following:

a. **DYNAMIC FITNESS LLC** does not operate a trade or business in the United States of America. Therefore no EIN has been issued.
b. The member is not US citizen and not US resident.
c. The above information is true, correct and complete.

Dated this 14th October, 2008.

KENDE LAW FIRM
Kende Ügyvédi Iroda
1118 Bp., Villányi út 47.

---

Diego Sepúlveda - Corporations

From: MF CorpServ (Nevada) Ltd.
Sent: Monday, September 8, 2008 5:27 PM
To: Mossack Fonseca & Co. (Corporations - Nevada)
Cc: Patricia Amunategui - MF CorpServ (Nevada) Ltd
Subject: RE: DYNAMIC FITNESS LLC 15871-69 ET/n/sr

Dear Suzy:

Many thanks we await Mr. Tamás Mohlié's passport number.
Kind Regards

*Patricia Amunategui*

From: Mossack Fonseca & Co. (Corporations – Nevada) [mailto:nevada-panama@fic@mossfon.com]
Sent: Monday, September 8, 2008 1:31 PM
To: MF CorpServ (Nevada) Ltd.
Cc: Patricia Amunategui - MF CorpServ (Nevada) Ltd
Subject: DYNAMIC FITNESS LLC 15871-69 ET/n/sr

Dear Patricia:

We are referring to the client's instructions for the preparation of 2 powers of attorney in English in favor of the following gentlemen:

GYÖRGY LÁSZ
TAMÁS MOLNÁR

Attached you will find the models for the power of attorney, each must be legalized by Apostille. Note that the power of attorney for Tamás Mohlié is missing the passport number, I am verifying the exact number and I will confirm.

Regards,

Suzy Remodifes Vergara
Corporations

MOSSACK ╳ FONSECA

Nexadon Building
54th Street, Marbella
P.O. Box 0832-0886, W.T.C. Panama
Panama, Republic of Panama

☎ + 607 205-5888
📠 + 607 263-7327
Corporations@Mossfon.com
http://www.mossfon.com

1

Date: 9/10/2014          136 : CopyCenter-LV          Time: 5:34:09 PM

# CopyCenter-LV

\\server\name

PSCRIPT Page Separator

EXHIBIT 15

COMPANIES JANUARY-FEBRUARY 2005 (7879/ET/mv) Case #1269723                    Page 1 of 1

## Mf corp

| | |
|---|---|
| **From:** | Mónica Ycaza - Peru Representative Office |
| **Sent:** | Friday, November 11, 2005 8:01 PM |
| **To:** | Mossack Fonseca & Co. (Corporations - Nevada) |
| **Subject:** | Arisa Business |

Dear Mayka:

The client tells me that he/she needs to enter into a stock purchase agreement with the owner of Arisa Business.

Arisa would buy stock in a Peruvian company.

This needs to be signed by Arisa's representative in Nevada.

Can you give me his details so that the contract can be prepared?

Many thanks!

Mónica

**MOSSFON PERU**

12/23/2005

EXHIBIT 16

EXHIBIT

WITNESS: Mónica Andalón
DATE: September 11, 2014
Ellen A. Goldstein, CCR #79

**TRANSLATION MFCS 000535**

**Mf corp**

| | |
|---|---|
| **From:** | Jost Dex - Luxembourg Rep Office |
| **Sent:** | Monday, May 22, 2006 7:37 AM |
| **To:** | Patricia Amunategui - MF CorpServ (Nevada) Ltd |
| **Cc:** | Mossack Fonseca & Co. (Corporations - Nevada) |
| **Subject:** | URGENT: NEW INCORPORATION: AGROGLOBE EQUITY LLC |

Jost Dex

Dear Patricia,

the client made a mistake in the spelling. The correct name should be

# Agroglobe Equity LLC

Thank you and best regards,

Jost Dex

MOSSACK FONSECA & CO. (LUXEMBOURG) SARL

------- Original Message --------
**Subject:** NEW INCORPORATION: AGROGLOB EQUITY LLC
**Date:** Mon, 22 May 2006 15:16:31 +0200
**From:** Jost Dex <flex.jost@mossfon.com>
**Reply-To:** jost.jost@mossfon.com
**Organization:** Mossack Fonseca & Co. Luxembourg
**To:** MF Nevada Office <nevada@mfcorpserv.com>

## URGENT - URGENT

Dear Patricia,

Please proceed with the incorporation of a new LLC named

**Agroglob Equity LLC**

(In case this name should not be available please use **Intercam Equity LLC** instead.)

with the following features:

- speedy incorporation service at extra charge (please confirm incorporation asap)
- manager: ALDYNE LTD.
- member: GAIRNS LTD.
- capital: standard

Details for a POA will be sent later.

5/22/2006

PLAINTIFF EXHIBIT 16
WITNESS Patricia Amunategui
DATE September 11, 2014
EJ Ann R. 90385510, CCR 829

PLEASE CONFIRM WHEN THE DOCUMENTS WILL LEAVE NEVADA!

Thank you and best regards,

MOSSACK FONSECA & CO. (LUXEMBOURG) SARL

Jost Dex

------- Original Message --------
**Subject:** Order request for a Nevada LLC
**Date:** Mon, 22 May 2006 14:42:06 +0200
**From:** Jost Dex <jost@mossfon.com>
**To:** Jost Dex <jost@mossfon.com>
**CC:** Jacoby Myriam (Experta-Lux) <Myriam.Jacoby@experta.lu>; Kettmann Guy (Experta-Lux) <Guy.Kettmann@experta.lu>; Schroder Sylviane (Experta-Lux) <Sylviane.Schroder@experta.lu>

Dear Mr. Dex,

We would kindly like to place an order for a Nevada LLC company to be established on an expedited basis.

The company's name should read **Agroglobe Equity LLC**, but if that name is not available, then **Intercam Equity LLC**.

Could you please inform me of the company's address and the name of the company's manager as expeditiously as possible?

Many thanks for your efforts.

Kind regards,

**Gabor Kacsoh**
Experta Corporate and Trust Services S.A.
Tel: +352 289285-409/6
Fax: +352 289285-3642
E-mail: gabor.kacsoh@experta.lu
Web: www.experta.lu

**From:** Jost Dex [mailto:jost@mossfon.lu]
**Sent:** Monday, May 22, 2006 11:09 AM
**To:** Kacsoh Gabor (Experta-Lux)
**Subject:** NEVADA LLS

Hi Mr. Kacsoh,

Please find below the details on Nevada LLCs. As you can see our people in Panama even work during the night from Sunday to Monday...

Please be advised that we do not have any company available in our office, at this time. However, the following companies are from the stock of our Nevada Office:

5/22/2006

**EXTON INTERNATIONAL, LLC**
**EVERINA HOLDINGS LTD.**

Kindly note, that copy of this message is being sent to our Nevada Office in order to obtain their confirmation on the availability of these companies.

Please be advised that the Manager is **ALDYNE LTD.** and the Member **GAIRNS LTD.** both registered at

Suite 13, First Floor,
Oliaji Trade Centre
Francis Rachel Street
Victoria, Mahe
Seychelles

Kind regards,

MOSSACK FONSECA & CO. (LUXEMBOURG) SARL.
Jost Dex

Tel: +352 / 349 888-1
Fax: +352 / 349 889
Email: jost@mossfon.lu

An electronic message is a binding engagement on its sender.
Any message referring to a binding engagement must be confirmed in writing and duly signed.

An electronic message is not binding on its sender.
Any message referring to a binding engagement must be confirmed in writing and duly signed.

5/22/2006

EXHIBIT 17

## Page 1 of 3

**MF corp**

| | |
|---|---|
| **From:** | Mossack Fonseca & Co. (Corporations - Nevada) [nevada-panamaoffice@mossfon.com] |
| **Sent:** | Wednesday, January 10, 2007 12:54 PM |
| **To:** | Mossack Fonseca & Co. (Uruguay) |
| **Cc:** | Patricia Amunategui - MF CorpServ (Nevada) Ltd |
| **Subject:** | BANFORD PROPERTIES LLC / f402351ETiv |
| **Attachments:** | Annual list 2007.pdf |

Dear Lorena:

Following are answers to the client's questions:

1. With respect to the power of attorney, we'd be grateful if they could provide us with full details and a copy of the designated agent's passport. We also need confirmation as to whether it would be legalized by Apostille in Nevada and whether they would want to opt for expedited processing (approximately 36 hrs once the Secretary of State has received the request) at an additional cost of US$75.00.

The cost is as follows:

| | |
|---|---|
| Our fee | US$175.00 |
| Legalization expenses | US$70.00 |
| Courier | US$45.00 |
| Expedited processing (optional) | US$75.00 |

2. With respect to the change of Manager, the new Manager must send us the signed annual list form. I'm attaching it for your convenience. It can take between 2 and 4 weeks to register this document. The cost is as follows:

Turnaround time for standard processing is approximately 7 to 10 working days.

| | |
|---|---|
| Our fee | US$280.00 |
| Registration fees | US$125.00 |
| Expedited processing (optional) | US$75.00 |

We look forward to hearing from you.

Kind regards,

Iris Vergara
**MOSSACK FONSECA & CO.**
☎ Phone: Tel.: (507) 205-5888
📠 Fax: Tax.: (507) 263-7327
E-mail: nevada-panamaoffice@mossfon.com
General e-mail: MF@mossfon.com
Website: www.mossfon.com

**From:** Mossack Fonseca & Co. (Uruguay)
**Sent:** Wednesday, January 10, 2007 11:30 AM
**To:** Mossack Fonseca & Co. (Corporations - Nevada)
**Cc:** Patricia Amunategui - MF CorpServ (Nevada) Ltd

1/11/2007

PLAINTIFF EXHIBIT 7
WITNESS Patricia Amunategui
DATE September 11, 2014
Ellen A. Goldsberry, CSR 869

## Page 2 of 3

**Subject: FW: BANFORD PROPERTIES LLC**

Dear Iris and Patricia:

Good morning!

Please address the client's question and send us your comments. Thank you.

Regards,

Licda. Lorena Miranda
p/Mossack Fonseca & Co. (Uruguay) S.A.
Edificio Torre
Juncal 1305, Of. 902
C.P. 11.000
Montevideo - URUGUAY
Tel. (598) 2 916 0388
Fax: (598) 2 916 0642
e-mail: uruguay@mossfon.com
Web page: www.mossfon.com

**Our office in Panama will be closed on Tuesday, January 9, 2007. Service will resume on Wednesday, January 10, 2007.**

Thank you for selecting Mossack Fonseca & Co. to meet your corporate needs.

**From:** Clara Capote [mailto:ccapote@estudiobianchi.com.uy]
**Sent:** Wednesday, January 10, 2007 1:27 PM
**To:** 'Licda. Lorena Miranda - Mossack Fonseca & Co. (Uruguay) S.A.'
**Cc:** vergal@estudiobianchi.com.uy
**Subject:** BANFORD PROPERTIES LLC.

Dear Lorena,

1) We need you to please inform us of the steps and documentation necessary for effecting a change of representative, together with the costs and time involved.

The company currently has ALDYNE LTD. as Manager and José Miguel Piaggio as designated Agent.

It is necessary to replace Piaggio with another person provided by the client.

2) Please inform us what steps and documentation would be necessary in the event that it is also necessary to replace the Manager of the company with an individual provided by the client who would no doubt be the new agent, although in that case a modification of the Manager would perhaps make a power of attorney unnecessary, since the administration of the company would be in the hands of that person.

Please also inform us about costs and time.

I look forward to hearing from you.

Many thanks,
Clara Capote
ccapote@estudiobianchi.com.uy

Estudio Bianchi
Telefax (005982) 401.69.52 - 402.57.16 - interno 208
Avda. 18 de Julio 2037 oficina 101
Montevideo - Uruguay
CP - 11.200

Page 3 of 3

# Mf corp

| | |
|---|---|
| **From:** | Mossack Fonseca & Co. (Corporations - Nevada) |
| **Sent:** | Thursday, August 04, 2005 8:47 PM |
| **To:** | Mossack Fonseca & Co. (Uruguay) |
| **Subject:** | SANFORD PROPERTIES LLC / CASE 1250301  (1906047206556ETrig) |
| **Attachments:** | NEV - POWER OF ATTORNEY GENERAL, with expiration date.doc; Letter of Undertaking.doc |

Dear Odile:

We've taken note of the acquisition of the company in question.

With respect to the client's request, we can confirm the following:

1. Please note that our manager is appointed starting on the date of incorporation of the LLC (i.e. April 20, 2005)

2. Please note that we require the following information/documentation in order to go ahead and issue the power of attorney.

   • Copy of the designated agent's passport

   • Activities to be carried out by the LLC (we note that it will be a shareholder in a Uruguayan company).

   Meanwhile, we enclose a model of the Power of Attorney to be issued and legalized (dated August 1, 2005) for approval by the client.

   

   NEV - POWER OF
   ATTORNEY GENERA...

3. I would be grateful if you could confirm whether or not the legalization of the Power of Attorney should be processed directly in Nevada and whether expedited service is required (additional charges apply).

4. Letter of understanding duly signed by the client in which the latter undertakes to inform us in the event that the blank endorsement we have signed on the reverse of the Membership Certificate is completed.

   Letter of
   ndertaking.doc (34 ...

We await your instructions.

Kind regards,

Edison E. Teano
Tel: (507) 263-8889, 264-2322

TRANSLATION MFCS 000901

TRANSLATION MFCS 000902

Fax: (507) 263-7327
e-mail: nevada-panama@office@mossfon.com

From: Mossack Fonseca & Co. (Uruguay)
Sent: Thursday, August 04, 2005 8:42 AM
To: Mossack Fonseca & Co. (Corporation Mossib)
Subject: RV: LLCS DE RESERVA (ESTUDIO BIANCHI - 10608/ET/iv
Importance: High

Dear Mayka,

I'm forwarding you the email from the client which is self-explanatory.

I await your comments.

Odile

-----Original Message-----
From: Verónica Espel - Estudio Bianchi [mailto:vespel@estudiobianchi.com.uy]
Sent: Thursday, August 4, 2005 10:38 AM
To: Mossack Fonseca & Co. (Uruguay) S.A.
CC: bianchi@adinet.com.uy
Subject: FW: RESERVE LLCS / BIANCHI LAW FIRM - 10608/ET/iv
Importance: High

Good morning, Odile.

They confirmed the Nevada company **"BANFORD PROPERTIES LLC"** for us.
The board of directors shall be supplied by yourselves and the appointment must take effect on August 1, 2005.
They must also grant a general power of attorney empowering the designated agent to act on behalf of the company.

The details of the designated agent are as follows:

JOSE MIGUEL PIAGGIO MAZZARA
Uruguayan identity card No. 1.957.917-3
Domicile: Tomás Diago 667 apartamento 301

The LLC will be shareholder of a Uruguayan company.
ALL THE DOCUMENTATION MUST BE DULY LEGALIZED BY APOSTILLE AND SENT TO MONTEVIDEO WITH THE GREATEST POSSIBLE URGENCY.

Many thanks,
Verónica Espel
vespel@estudiobianchi.com.uy
Estudio Bianchi
Telefax (005982) 401 69 52 - 402 57 16

-----Original Message-----
From: Mossack Fonseca & Co. (Uruguay) S.A. [mailto:uruguay@mossfon.com]
Sent: Friday, July 29, 2005 5:35 PM
To: Verónica Espel - Estudio Bianchi
Subject: FW: RESERVE LLCS / BIANCHI LAW FIRM - 10608/ET/iv

Odile

-----Original Message-----
From: Verónica Espel - Estudio Bianchi [mailto:vespel@estudiobianchi.com.uy]
Sent: Friday, July 29, 2005 17:18
To: Mossack Fonseca & Co. (Uruguay) S.A.

---

Subject: FW: RESERVE LLCS / BIANCHI LAW FIRM - 10608/ET/iv

Odile,

We need you to please keep the Nevada company "BANFORD PROPERTIES LLC" reserved.

Many thanks,
Verónica Espel
vespel@estudiobianchi.com.uy
Estudio Bianchi
Telefax (005982) 401 69 52 - 402 57 16

-----Original Message-----
From: Mossack Fonseca & Co. (Uruguay) S.A. [mailto:uruguay@mossfon.com]
Sent: Friday, July 29, 2005 1:14 PM
To: Estudio Bianchi
Subject: FW: RESERVE LLCS / BIANCHI LAW FIRM - 10608/ET/iv

Dear Jorge:

I can confirm that the following LLC (currently in Panama) was released and will be reserved for you together with ARISA BUSINESS until August 3, 2005:

| NAME OF THE LLC | DATE OF INCORPORATION |
| --- | --- |
| BANFORD PROPERTIES LLC | April 20, 2005 |

I await your instructions.

Regards,

Odile Frederick

**Thexly Ramirez - Corporations**

| | |
|---|---|
| **From:** | World-Check <no-reply-world-check@thomsonreuters.com> |
| **Sent:** | miércoles, 12 de junio de 2013 05:19 a.m. |
| **To:** | Enma Rojas - Corporations |
| **Subject:** | NECMI ALPER SUMER |

<Comment>

no results found.

---

**USERNAME:** mn1
**SENT:** 12-06-2013 10:19 UTC

**NAME:** NECMI ALPER SUMER
**MODE:** Exact Match

---

There are no entities matching the above search criteria.

---

**1) General Legal Notice**

All information identified or correlated in this profile, appears in the listed source. We are not responsible for the content of third party sites or sources. Information correlated is necessarily brief and should be read by users in the context of the fuller details available in the external sources to which hypertext links are provided. Users should also carry out independent checks in order to verify the information correlated.

**2) Category Legal Notice**

Category is based on information contained in the source provided.

**3) Reported Link Legal Notice**

Where an individual or entity is listed as being "Reported to be linked to" other profiles, the nature of the links vary considerably and users should not draw negative inferences merely from that association.

You are strictly prevented from disclosing or copying to third parties the content of this database in accordance with our Terms & Conditions. Content is protected by qualified privilege. Legal action will be taken against users that disclose content to third parties other than regulatory and government agencies.

Plantiff's EXHIBIT 18
WITNESS Patricia Armstrong
DATE September 11, 2014
Ellen A. Ciccariello, RPR #829

**Therly Ramirez - Corporations**

| | |
|---|---|
| **From:** | World-Check <no-reply-world-check@thomsonreuters.com> |
| **Sent:** | miércoles, 12 de junio de 2013 05:20 a.m. |
| **To:** | Emna Rojas - Corporations |
| **Subject:** | EMRE KIZILBASIOGLU |

**Continue**

no results found.

**USERNAME:** mo1
**SENT:** 12-06-2013 10:19 UTC

**NAME:** EMRE KIZILBASIOGLU
**MODE:** Exact Match

There are no entries matching the above search criteria.

**1) General Legal Notice**

All information identified or correlated in this profile, appears in the listed sources. We are not responsible for the content of third party sites or sources. Information correlated is necessarily brief and should be read by users in the context of the fuller details available in the external sources to which hypertext links are provided. Users should also carry out independent checks in order to verify the information correlated.

**2) Category Legal Notice**

Category is based on information contained in the sources provided.

**3) Reported Link Legal Notice**

Where an individual or entity is listed as being "Reported to be linked to" other profiles, the nature of the links very considerably and users should not draw negative inferences merely from that association.

You are strictly prevented from disclosing or copying to third parties the content of this database in accordance with our Terms & Conditions. Content is protected by qualified privilege. Legal action will be taken against users that disclose content to third parties other than regulatory and government agencies.

1

---

**Therly Ramirez - Corporations**

| | |
|---|---|
| **From:** | World-Check <no-reply-world-check@thomsonreuters.com> |
| **Sent:** | miércoles, 12 de junio de 2013 05:20 a.m. |
| **To:** | Emna Rojas - Corporations |
| **Subject:** | SERHAT FIRAT |

**Continue**

no results found.

**USERNAME:** mo1
**SENT:** 12-06-2013 10:19 UTC

**NAME:** SERHAT FIRAT
**MODE:** Exact Match

There are no entries matching the above search criteria.

**1) General Legal Notice**

All information identified or correlated in this profile, appears in the listed sources. We are not responsible for the content of third party sites or sources. Information correlated is necessarily brief and should be read by users in the context of the fuller details available in the external sources to which hypertext links are provided. Users should also carry out independent checks in order to verify the information correlated.

**2) Category Legal Notice**

Category is based on information contained in the sources provided.

**3) Reported Link Legal Notice**

Where an individual or entity is listed as being "Reported to be linked to" other profiles, the nature of the links very considerably and users should not draw negative inferences merely from that association.

You are strictly prevented from disclosing or copying to third parties the content of this database in accordance with our Terms & Conditions. Content is protected by qualified privilege. Legal action will be taken against users that disclose content to third parties other than regulatory and government agencies.

1



| Search | NECMİ ALPER BUMİR |
| --- | --- |
| Retrieved by | Patrik Yalcinkaya |
| Company | Mossack Fonseca & Co. |
| Match count | 0 |
| Date | 12-June-2013 08:23 AM |

Comments:
no results found.



| Search | EMRE BÜZÜBAŞIOGLU |
| --- | --- |
| Retrieved by | Patrik Yalcinkaya |
| Company | Mossack Fonseca & Co. |
| Match count | 0 |
| Date | 12-June-2013 08:24 AM |

Comments:
no results found.

| Search | REMINT FINAT |
|---|---|
| Reviewed By | Paola Vela... |
| Company | Mossack Fonseca & Co. |
| Match count | 1 |
| Date | 13-June-2013 08:25 AM |

| # | Names | Country | Position | Class | ID | PIC | AKA | Rol |
|---|---|---|---|---|---|---|---|---|
| 1 | Elmi, Mahdi Serhat | Turkey | Member of Ujjak Province Municipal Council (2009-2014) | RBP | | | | |

Comment: no results found.

---

# Thirly Ramirez - Corporations



**From:** Miguel Díaz - Mossfon Geneva
**Sent:** miércoles, 12 de junio de 2013 09:46 a.m.
**To:** Patricia Amundategui - MF Corpserv (Nevada) Ltd
**Subject:** EASTFER INTERNATIONAL LLC - 2154697 - MD

Dear Patricia,

For the Nevada company EASTFER INTERNATIONAL LLC, the client wishes to know if we can confirm the authenticity of the validity of business licence from official company registration page of Nevada.

Is there a webpage link, so the client can verify himself?

Please we need urgently a reply today.

Kind Regards,

Miguel Díaz

**MOSSACK FONSECA**

Mossack Fonseca & Co. (Geneva) S.A.
4, rue Michel-du-Crest
1205 - Geneva
Switzerland
Tel. +4122 808 5020
Fax. +4122 808 5030
www.mossfon.com

We value your feedback!
WeCare@mossfon.com

1

EXHIBIT 19

**Mf corp**

**From:** Mossack Fonseca & Co. (Corporations - Nevada) [nevada-panamaoffice@mossfon.com]
**Sent:** Monday, October 29, 2007 12:30 PM
**To:** Mossack Fonseca & Co. (Peru Representative)
**Cc:** Mf CorpServ (Nevada) Ltd.
**Subject:** INCORPORATION OF A NEVADA LLC/J49391/6/ET/v/oo

Good Afternoon:

This is in reference to your instructions.

We are confirming that we will move forward with the incorporation of the LLCs, regarding MURRIEL TRADING LLC PERMANEL INVESTMENT LIMITED both will be incorporated with Aldyne Ltd., as Manager.

We will keep you updated.

Kind Regards,

Oneissa Osorio
**Corporations**

MOSSACK FONSECA

Mossfon Building
54th Street, Marbella
P.O. Box 0832-0886, W.T.C. Panama
Panama, Republic of Panama
☎ +507 263-7327
📠 +507 205-5888
☎ Corporate@mossfon.com
http://www.mossfon.com

Dear Patricia,

The client wants to incorporate PERMANEL INVESTMENT LIMITED with the new manager (ALDYNE). Please proceed to incorporate ASAP!!

Can we also make MURRIEL with ALDYNE and the other two with PIASCOTT??

I look forward to hearing your comments.
Warm regards,

Mónica de Ycaza
**MOSSFON PERU**

------Original Message------
**From:** Mf corp

**From:** Mónica Ycaza - Peru Representative Office
**Sent:** Monday, October 29, 2007 12:30 PM
**To:** Mf CorpServ (Nevada) Ltd., Mossack Fonseca & Co. (Corporations - Nevada)
**Cc:** Mossack Fonseca & Co. (Peru Representative)
**Subject:** Re: INCORPORATION OF A NEVADA LLC/J49391/6/ET/v/oo

10/29/2007

PLAINTIFF EXHIBIT 19
WITNESS Patricia Amunategui
DATE September 11, 2014
Ellen A. Goldstein, CSR 827

## Page 2 of 5

To: Mossack Fonseca & Co. (Corporations - Nevada); 'Mónica Yraza - Peru Representative Office'
Cc: 'Mossack Fonseca & Co. (Peru Representative)'
Sent: Monday, October 29, 2007 12:10 PM
Subject: RE: INCORPORATION OF A NEVADA LLC/1469916/ET/iv/oo

Dear Monica:

We are confirming that the names proposed below are currently available in the jurisdiction of Nevada, we await your instructions.

Regards,

*Patricia Amsategui*

From: Mossack Fonseca & Co. (Corporations - Nevada)
Sent: Friday, October 26, 2007 7:39 AM
To: Mónica Yraza - Peru Representative Office
Cc: Mossack Fonseca & Co. (Peru Representative); MF CorpServ (Nevada) Ltd.
Subject: INCORPORATION OF A NEVADA LLC/1469916/ET/iv/oo

Dear Monica:

The LLCs in our stock are incorporated with PLASCOT LIMITED as manager. If you agree we can request the verification of the four (4) names below for subsequent incorporation as shelf for the Peru stock.

Please note that we can appoint ALDYNE LTD. to one of them, as Manager, please indicate which one, we will appoint PLASCOT to the others.

MURRIEL TRADING LLC
PERMANEL INVESTMENT LIMITED
MAKALA ENTERPRISES LTD.
GUBAV CONSULTANTS LIMITED

We look forward to the aproval of the names to proceed with their verification.

Kind Regards,

Oneissa Osorio
Corporations

**MOSSACK FONSECA**

Mossfon Building
54th Street, Marbella
P.O. Box 0832-0886, W.T.C. Panama
Panama, Republic of Panama
☎ 507 205-5888
☎ 507 263-7327
IP
CorporationsNev@mossfon.com
http://www.mossfon.com

10/29/2007

## Page 3 of 5

Subject: Re: FULLTECH INVESTMENTS LLC

Hi Iris,

JESPER and GIRANDELL are reserved.

The thing is that we want one LLC with a manager other than FULLTECH.
Which could it be?

YES, we need more shells!!! but with another manager!!!

Warm regards,

Monica
MOSSFON PERU

--------Original Message--------
From: Mossack Fonseca & Co. (Corporations - Nevada)
To: Mónica Yraza - Peru Representative Office
Cc: Mossack Fonseca & Co. (Peru Representative); MF CorpServ (Nevada) Ltd.
Sent: Wednesday, October 24, 2007 12:15 PM
Subject: FULLTECH INVESTMENTS LLC

Dear Monica:

According to our records Mosfon Peru has two LLCs:

JESPER EQUITIES LLC from May 2, 2007, and
GIRANDELL TRADING LTD, from September 20, 2007

Aditionally, we have the LLC, OLIVEX CAPITAL LTD, which was incorporated for your stock; however, it was sent to Panama. Please confirm if your client is interested in OLIVEX, so that we can send it to you as soon as we receive instructions on its sale.

I am also attaching our listing of available LLCs in Panama, if your client is interested in any of them we can send it to you; meanwhile, please let me know which one we should reserve for you.

Also, please confirm if we should proceed to incorporate 3 more shelfs for you.

Kind Regards,

Iris Vergara
Corporations

**MOSSACK FONSECA**

Mossfon Building
54th Street, Marbella
P.O. Box 0832-0886, W.T.C. Panama
Panama, Republic of Panama
☎ 507 205-5888
☎ 507 263-7327
IP
CorporationsNev@mossfon.com
http://www.mossfon.com

10/29/2007

**From:** Mónica Ycaza - Peru Representative Office
**Sent:** Wednesday, October 24, 2007 12:07 AM
**To:** MF CorpServ (Nevada) Ltd.
**Cc:** Mossack Fonseca & Co. (Corporations - Nevada); Mossack Fonseca & Co. (Peru Representative)
**Subject:** Re: FULLTECH INVESTMENTS LLC

Many thanks dear Patricia!

We have already sold FULLTECH and LYNIS (we will be providing instructions as soon as we receive the documents from the clients); therefore the only one I have left is PURPLE

Do you have other names?
Because the client who purchased FULLTECH needs another one!

Warm regards,
Mónica
MOSSON PERU

------ Original Message ------
**From:** MF corp
**To:** 'Mónica de Ycaza'
**Cc:** Nevada-PanamaOffice@Mossfon.com ; Peru@mossfon.com
**Sent:** Monday, October 22, 2007 3:06 PM
**Subject:** RE: FULLTECH INVESTMENTS LLC

Dear Monica

I will be sending your office the shelf(s) that are ready other than FULLTECH INVESTMENTS LLC, LYNIS OVERSEAS LTD, PURPLE HOLDINGS LLC. Most of our recent incorporations have PLASCOTT LIMITED as managers, I'm waiting for corporations to give me other instructions in this regard.

Regards,

*Patricia Amunátegui*

**From:** Mónica de Ycaza [mailto:DeYcaza@mossfon.com]
**Sent:** Monday, October 22, 2007 9:12 AM
**To:** MF corp
**Cc:** Nevada-PanamaOffice@Mossfon.com ; Peru@mossfon.com
**Subject:** Re: FULLTECH INVESTMENTS LLC

Hi Patricia,

Then I need other names for companies that are ready (recent ones) and that have another manager, so that the client can choose the second company.

Many thanks!
Warm regards,

Mónica
MOSSON PERU

TRANSLATION MFCS 006583

---

------ Original Message ------
**From:** MF corp
**To:** 'Mónica de Ycaza'
**Cc:** Nevada-PanamaOffice@Mossfon.com ; Peru@mossfon.com
**Sent:** Monday, October 22, 2007 4:27 AM
**Subject:** RE: FULLTECH INVESTMENTS LLC

Dear Monica:
This company has PLASCOTT LIMITED as manager; we await your instructions.
Regards,

*Patricia Amunátegui*

**From:** Mónica de Ycaza [mailto:DeYcaza@mossfon.com]
**Sent:** Sunday, October 21, 2007 9:44 PM
**To:** NEVADA (Patricia Amunátegui) MOSSON
**Cc:** Nevada-PanamaOffice@Mossfon.com ; Peru@mossfon.com
**Subject:** FULLTECH INVESTMENTS LLC

Dear Patricia and Iris,

We have sold the company FULLTECH INVESTMENTS LLC

We need to know the name of the manager company so that the client can choose another NEVADA company but with a different manager.

Thank you very much!

Mónica de Ycaza
MOSSON PERU

TRANSLATION MFCS 006584

EXHIBIT 22

## Emerith De León - Executive Assistant

From: Patricia Amunategui - MF CorpServ (Nevada) Ltd
Sent: Friday, August 4, 2006 9:43 p.m.
To: 'Odile Frederick'; Mossack Fonseca & Co. (Corporations - Nevada)
Subject: RE: HUSTON MANAGEMENT LTD

Dear Odile:

We're pleased to inform you that we have personally left the package at DHL for the aforementioned company, courier # 8899914683, we're not 100% certain that it will actually go out today, but we've done all we can to send it today.

Regards

*Patricia Amunategui*

From: Odile Frederick [mailto:mosstron@adinet.com.uy]
Sent: Friday, August 04, 2006 12:45 PM
To: MF&Co. - Corporations (Nevada)
Cc: Patricia Amunategui - MF CorpServ (Nevada) Ltd
Subject: HUSTON MANAGEMENT LTD

Dear Iris,

Our client Estudio Damiani has confirmed the acquisition of the aforementioned company.

Please coordinate with the Nevada office to ensure that you dispatch it without fail to our Montevideo office today.

I look forward to hearing from you.

**Odile Frederick**
**MOSSACK FONSECA & CO.**
Juncal 1305, oficina 902
Montevideo, Uruguay
Tel.: +598 2 916-0588
Fax: +598 2 916-0642
email: uruguay@mossfon.com

PLAINTIFF EXHIBIT 22
WITNESS Patricia Amunategui
DATE September 11 2014
Ellen A. Goldstein, CCR 829

TRANSLATION MFES 004065

EXHIBIT 23

**Mf corp**

| | |
|---|---|
| **From:** | MF&Co. - Corporations (Nevada) (Nevada-PanamaOffice@Mossfon.com) |
| **Sent:** | Tuesday, November 30, 2004 11:04 AM |
| **To:** | Joel Dax - Luxembourg Rep. Office |
| **Cc:** | Patricia Amunategui - MF CorpServ (Nevada) Ltd |
| **Subject:** | MEDINVEST LLC - 1168071/ETIN |
| **Importance:** | High |

Dear Mr. Dax:

We refer to your e-mail dated 28th November 2004.

We have reviewed the Form W-9 and we understand that it is a form that is completed by persons who basically carry on activities in the US. In fact, in order to file this form the LLC must obtain an Individual Taxpayer Identification Number (ITIN) through its Manager or Member. As you are aware in cases like this whether the LLC will have any connection with the IRS and/or with activities connected to USA, Mossfon does not provide the Manager and or Member services.

Please confirm us the reason the client would like us to complete the Form W-9 and whether the LLC will carry activities or will have any connection in the USA.

Best regards,

Edison Teano
**MOSSACK FONSECA & CO.**
TELS: (507) 263-8899 / 264-2322
FAX: (507) 263-7327
E-mail nevada-panamaoffice@mossfon.com
General e-mail: MF@mossfon.com

Good news!!! A 24-hour service is being provided by our Panama office as well as a night service at our BVI office from 23:30 (BVI local time) on. You may contact us anytime by telephone, e-mail or fax. We will be happy to assist you. For more information about these schedules, please visit our website at www.mossfon.com

Dear friends,

please find attached documents received today from my client, kindly inform me whether you could sign these documents or not. What would it imply if documents are signed?

The client informed me that he would need two sets signed.

11/30/2004

| | |
|---|---|
| **From:** | Joel Dax - Luxembourg Rep. Office |
| **Sent:** | Friday, November 26, 2004 6:06 AM |
| **To:** | MF&Co. - Corporations (Nevada) |
| **Subject:** | INFO: MEDINVEST |
| **Importance:** | High |

EXHIBIT
PLAINTIFF
WITNESS Patricia Amunategui
DATE September 13, 2011
Ellen A. Goldstein, CSR #23

**Mf corp**

| From: | Lugano Representative Office |
| Sent: | Wednesday, December 01, 2004 11:52 AM |
| To: | M.F.&Co. - Corporations (Nevada) |
| Subject: | Williamson-Nevada |
| Importance: High | |

| Jurisdiction | Company Name | File Number | Date of Reg. | IBO/NUC |
|---|---|---|---|---|
| NEV | WILLIAMSON INTERNATIONAL LC | 120144 | 06-MAR-03 | LLC3236-03 |

In connection with the above company, will the manager Fergus International SA issue:

1- one resolution, not legalised nor apostilled, bearing date 11 Feb.2004, revoking to power of attorney issued on 4 July 2003 in favour of the company Witlour SA, Niue lbc # 006886;

2- one resolution, not legalised nor apostilled, bearing date 11 Feb.2004, revoking to power of attorney issued on 8 March 2003 in favour of Mr. Charles Kasprung.

Pls. confirm your delivery of documents by weekly-courier.

Kind regards,

De Grandi,
Lugano

Thank you and best regards,

**MOSSACK FONSECA & CO. (LUXEMBOURG) SARL.**
Joël Dex

11/30/2004

12/1/2004

## Mf corp

**From:** Jost Dax [lux.jost@mossfon.com]
**Sent:** Thursday, November 18, 2004 2:31 AM
**To:** Mf corp
**Subject:** RE: NEW INCORPORATION: MEDINVEST LLC

Dear Patricia,

I thought that when we order a standard incorporation that you would have a standard program.

The client asks for our members and managers, I assume that this answers the question regarding the contributions and number of membership certificates. Legalisation and expedite fee are is not needed.

Thank you and best regards,

MOSSACK FONSECA & CO. (LUXEMBOURG) SARL
Jost Dax

--------Original Message--------
**From:** Mf corp [mailto:Nevada@mfcorpserv.com]
**Sent:** Thursday, November 18, 2004 12:6 AM
**To:** Jost Dax'
**Cc:** Nevada-PanamaOffice@mossfon.com
**Subject:** RE: NEW INCORPORATION: MEDINVEST LLC

Dear 'Jost:

Thanks for your e mail below. I am please to inform you that the names requested are available.

To proceed with this incorporation I appreciate you confirmation as fallows;

**Name:** MEDINVEST LLC
**Manager:** Member and their complete address in the event that it is not our nominees
Number of Membership Certificates
Amount of Contributions
Legations needed
Expedite fee required ( Yes or Not)
If other instruction apply
I look forward to hear from you
Kindly

*Patricia Amarilys*

--------Original Message--------
**From:** Jost Dax [mailto:lux.jost@mossfon.com]
**Sent:** Wednesday, November 17, 2004 8:08 AM
**To:** Mf Nevada Office
**Subject:** NEW INCORPORATION: MEDINVEST LLC

Dear Patricia,

---

Please proceed with the incorporation of an LLC named

MEDINVEST LLC

alternative names: MEDINVEST GROUP LLC or MEDINVEST MANAGEMENT LLC

I will confirm to you later how to issue the POA.

Our client for this company is Mr. Sergio Lorenzi.

Thank you and best regards,

MOSSACK FONSECA & CO. (LUXEMBOURG) SARL
Jost Dax

**Mf corp**

Page 1 of 1

| | |
|---|---|
| **From:** | Joel Dee - Luxembourg Rep. Office |
| **Sent:** | Sunday, January 30, 2005 7:25 AM |
| **To:** | MF&Co. - Corporations (Nevada) |
| **Subject:** | MEDINVEST LLC |

Dear friends,

kindly ....

... send us a Certificate of Incumbency for ALDYNE LTD. with special articles stating ...

... that Yvetta Rogers has sole signature right for ALDYNE LTD.
... that the signature hereafter is the own, true and proper handwriting of Yvette Rogers

_____

... return the document via weekly courier

Thank you and best regards,

**MOSSACK FONSECA & CO. (LUXEMBOURG) SARL**
Joel Dee

---

**Mf corp**

Page 1 of 1

| | |
|---|---|
| **From:** | Joel Dee [lux.joel@mosefon.com] |
| **Sent:** | Wednesday, January 19, 2005 12:01 AM |
| **To:** | MF Nevada Office |
| **Cc:** | PA Nevada Department |
| **Subject:** | URGENT: MEDINVEST LLC |
| **Importance:** | High |

Dear Patricia,

kindly ....

- ... print out the attached POA (simply add the signature line as I don't know who will sign for ALDYNE)
- ... have the POA signed
- ... have the document legalised via Apostille (exactly the same procedure as for the first two POAs)
- ... return the document once completed by courier to MF Luxembourg Office

Do you think we could receive the POA before the end of January?

Thank you and best regards,

**MOSSACK FONSECA & CO. (LUXEMBOURG) SARL**
Joel Dee

**Mf corp**

From: MF&Co. - Corporations (Nevada)
Sent: Thursday, December 16, 2004 3:02 PM
To: Joel Dex - Luxembourg Rep. Office
Cc:
Subject: REQUEST FOR NEVADA COMPANY FROM CLIENT CIBG- Case 117114/AEN

Dear Mr. Dex:

Thanks for your e-mail below.

As per Mrs. Escobar's instructions, the argument you can give to the client is that the LLCs and companies we incorporate and sale are for commercial activities. On the other hand, we are not experts in this matter and therefore, the client will have to look for the advice of a Nevada solicitor since these matters must be well ruled in USA. We do not even know if a LLC can be used for the client's purposes.

We hope the above may help.

I take this opportunity to inform you, that we are waiting for your instructions in regard to MEDINVEST LLC (please refer to our comments through the CIS).

Best regards,

Iris Vergara

---

**Mf corp**

From: Joel Dex [lux.joel@mossfon.com]
Sent: Monday, November 22, 2004 6:46 AM
To: MF Nevada Office
Cc: PA Nevada Department
Subject: URGENT: MEDINVEST LLC

Dear Patricia,

PLEASE KEEP IN MIND: DO NOT SEND THE COURIER YET!

My client has some additional requests for more documents and we are sorting out what is still required. Once all is clear I will send you those new instructions and you may send all documents in one courier.

-----Original Message-----
From: Joel Dex
Sent: Friday, November 19, 2004 9:59 AM
To: MF Nevada Office
Cc: PA Nevada Department
Subject: MEDINVEST LLC

Dear Patricia,

further to the instruction to incorporate the subject LLC please find hereafter instructions regarding the issuance of two POAs:

**First PoA**
In favour of Mr. Pierre HAMEL, 50 rue des Premiers, L 2343 Contn, Luxembourg
- to enter into a fiduciary agreement with BIM Fiduciaire e.di Revalcione SpA ("Fiduciaria"), Via Gramsci, 7 - 20121 Torino with the purpose to take over and holding a controlling stake in the equity of EXTE' SRL, VIA I Maggio, no. 108 - 20152 Basto Arsizio (Varese);
- to sign all the necessary deeds, documents and forms as well as to perform all the necessary acts that Fiduciaria considers necessary for the execution of the fiduciary agreement;
- this PoA is to be maintained with the Fiduciaria without any maturity, if not CANCELLED by the Directorie.

**Second PoA**
In favour of Mrs. Cesarina CERANA, Via Orazio Flaco no. 37 - 21052 Basto Arsizio (Varese)
- to open and operate a bank account with BIM (SUISSE) S.A., Lugano, Switzerland

These both PoAs need to be legalised via Apostille.

Also please send and photocopy of passports of the LLC managing director showing validation and apostille.
Thank you and best regards,
Joel Dex

MOSSACK FONSECA & CO. (LUXEMBOURG) SARL

Mf corp

**From:** Joel Dax [lux.joel@mossfon.com]
**Sent:** Monday, December 06, 2004 1:29 AM
**To:** Mf corp
**Cc:** PA Nevada Department
**Subject:** RE: URGENT: MEDINVEST LLC

Dear Patricia,

The draft was relayed to my client for approval. I will revert to you with the answer soonest.

Yes, the passport of the manager needs to be legalised via Apostille.

Thank you and best regards,
Joel Dax

MOSSACK FONSECA & CO. (LUXEMBOURG) SARL

-----Original Message-----
**From:** Mf corp [mailto:Nevada@mfcorpserv.com]
**Sent:** Saturday, December 04, 2004 1:09 AM
**To:** Joel Dax
**Cc:** PA Nevada Department
**Subject:** RE: URGENT: MEDINVEST LLC

Dear Jost:

Enclosed please find draft of the Power of attorney in favour of Mr. Pierre HAMEL for your approval.

Also please confirm you will need a copy of the passport legalized by Apostille of the manager.

Best regards

*Patricia Amaudruz*

-----Original Message-----
**From:** Joel Dax [mailto:lux.joel@mossfon.com]
**Sent:** Monday, November 22, 2004 6:46 AM
**To:** Mf Nevada Office
**Cc:** PA Nevada Department
**Subject:** URGENT: MEDINVEST LLC

Dear Patricia,

PLEASE KEEP THE DOCUMENTS ON HOLD. DO NOT SEND THE COURIER YET!

My client has some additional requests for more documents and we are sorting out what is still required.
Once all is clear I will send you those new instructions and you may send all documents in one courier.

12/6/2004

-----Original Message-----
**From:** Joel Dax
**Sent:** Friday, November 19, 2004 9:58 AM
**To:** Mf Nevada Office
**Cc:** PA Nevada Department
**Subject:** MEDINVEST LLC

Dear Patricia,

further to the instruction to incorporate the subject LLC please find hereafter instructions regarding the issuance of two POAs:

**First POA**
In favour of Mr. Pierre HAMEL, 59 rue des Pommiers, L 2343 Cents, Luxembourg
- to enter into a fiduciary agreement with BIM Fiduciaire a di Revisione SpA ("Fiduciant"), Via Gramsci, 7 - 20121 Torino with the purpose to take over and hold a controlling stake in the equity of EXITE SRL, Via I Maggio, no. 108 - 20152 Busto Arsizio (Varese)
- to sign all the necessary deeds, documents and forms as well as to perform all the necessary acts that Fiduciaria considers necessary for the execution of the fiduciary agreement.
- this POA is to be maintained with the Fiduciaria without any maturity, if not CANCELLED by the Directors.

**Second POA**
In favour of Mrs. Cesarina CERANA, Via Orazio Flaco no. 37 - 21052 Busto Arsizio (Varese)
- to open and operate a bank account with BIM (SUISSE) S.A., Lugano, Switzerland

These both POAs need to be legalised via Apostille.

Also please send photocopy of passports of the LLC managing director showing validation and apostille.

Thank you and best regards,
Joel Dax

MOSSACK FONSECA & CO. (LUXEMBOURG) SARL

12/6/2004

**Mf corp**

| | |
|---|---|
| **From:** | Jost Dex [jost@mosfon.com] |
| **Sent:** | Monday, December 13, 2004 7:06 AM |
| **To:** | MF Nevada Office |
| **Cc:** | PA Nevada Department |
| **Subject:** | URGENT: MEDINVEST LLC |
| **Importance:** | High |

# URGENT:

Hi Patricia,

NEW INSTRUCTIONS FROM MY CLIENT...

Please send the corporate documents which are already compiled (except for the POAs) by DHL courier directly to this address:

Sergio Lorenzi
Banca Intermobiliare
Via Meravigli, 4
20123 Milano, Italy
Tel. 0039 02 77 19 10 11 (business)

Kindly send copies of these documents and also of the POAs (not yet legalised) to my office via email.

The POAs once they have been legalised should be sent by separate courier to MF Luxembourg Office.

Thank you and best regards,

Jost Dex

-----Original Message-----
**From:** Jost Dex
**Sent:** Monday, December 13, 2004 8:52 AM
**To:** Mf corp
**Subject:** RE: URGENT: MEDINVEST LLC

Dear Patricia,

please send all the documents in one package.

Just a private issue you are reading in Las Vegas, correct? Did you ever meet there Steffi Graf, our German tennis legend? She should live there with her family and husband André Agassi.

Best regards,

Jost Dex

**MOSSACK FONSECA & CO. (LUXEMBOURG) SARL**
Tel. +352 / 349 888-1

12/13/2004

---

Fax: +352 / 349 889

Dear Jost:

Enclosed please find the documents of MEDINVEST LLC.

I will proceed with the legalizations by Apostille of the Power of Attorney.

In reference with the time frame there is regular time is between 7 to 10 working days but I remind you that in between of this incorporation were two holidays.

Please confirm if I wait for the legalizations to send the Corporate Kit all together. In case I send them separately I will incur in an extra courier.

Best regards

*Patricia Amarilys*

-----Original Message-----
**From:** Jost Dex [mailto:jost@mosfon.com]
**Sent:** Friday, December 10, 2004 6:07 AM
**To:** MF Nevada Office
**Cc:** PA Nevada Department
**Subject:** FW: URGENT: MEDINVEST LLC

Dear Patricia,

The client approved the attached version. Kindly proceed.

The client complained that between his original request (and our order) and the actual incorporation date almost three weeks elapsed... Is this a regular time frame?

Kindly indicate when the documents will leave Nevada.

Thank you and best regards,

Jost Dex

**MOSSACK FONSECA & CO. (LUXEMBOURG) SARL**
Tel. +352 / 349 888-1

-----Original Message-----
**From:** Jost Dex
**Sent:** Monday, December 06, 2004 10:28 AM
**To:** Mf corp
**Subject:** RE: URGENT: MEDINVEST LLC

12/13/2004

12/13/2004

Dear Patricia,

The draft was relayed to my client for approval. I will revert to you with the answer sooner.

Yes, the passport of the manager needs to be legalised via Apostile.

Thank you and best regards,

Jost Dex

MOSSACK FONSECA & CO. (LUXEMBOURG) SARL.

-----Original Message-----
From: Mf corp [mailto:Nevada@mfcorpserv.com]
Sent: Saturday, December 04, 2004 1:09 AM
To: Jost Dex
Cc: 'PA Nevada Department'
Subject: RE: URGENT: MEDINVEST LLC

Dear Jost:

Enclosed please find draft of the Power of attorney in favour of Mr. Pierre HAMEL for your approval.

Also please confirm you will need a copy of the passport legalized by Apostille of the manager.

Best regards

*Patricia Amendiga*

-----Original Message-----
From: Jost Dex [mailto:Jost@mossfon.com]
Sent: Monday, November 22, 2004 6:46 AM
To: Mf Nevada Office
Cc: PA Nevada Department
Subject: URGENT: MEDINVEST LLC

Dear Patricia,

PLEASE KEEP THE DOCUMENTS ON HOLD. DO NOT SEND THE COURIER YET!

My client has some additional requests for more documents and we are sorting out what is still required. Once all is clear I will send you those new instructions and you may send all documents in one courier.

-----Original Message-----
From: Jost Dex
Sent: Friday, November 19, 2004 9:58 AM
To: Mf Nevada Office
Cc: PA Nevada Department
Subject: MEDINVEST LLC

Dear Patricia,

further to the instruction to incorporate the subject LLC please find hereafter instructions regarding the issuance of two POAs:

**First PoA**
In favour of Mr. Pierre HAMEL, 50 rue des Promriere, L 2343 Cents, Luxembourg
- to enter into a fiduciary agreement with BIM Fiducialia e d Revision SpA ("Fiduciaria"), Via Grames I, 7 - 20121 Torino with the purpose to take over and holding a controlling stake in the equity of EXTE SRL, Via I Maggio no. 10/B - 20152 Busto Arsizio (Varese);
- to sign all the necessary deeds, documents and forms as well as to perform all the necessary acts that Fiduciaria considers necessary for the execution of the fiduciary agreement;
- this PoA is to be maintained with the Fiduciaria without any maturity, if not CANCELLED by the Directors.

**Second PoA**
In favour of Mrs. Cesarina CERANA, Via Orazio Flaco no. 37 - 21052 Busto Arsizio (Varese)
- to open and operate a bank account with BIM (SUISSE) S.A., Lugano, Switzerland

These both POAs need to be legalised via Apostille.

Also please send photocopy of passports of the LLC managing director showing validation and apostille.

Thank you and best regards,

MOSSACK FONSECA & CO. (LUXEMBOURG) SARL.

Jost Dex

12/13/2004

EXHIBIT 24

STOCK OF 2006 NEVADA SHELF COMPANIES -- 1256298 (ET/iv)                                                                 Page 1 of 4

**Mf corp**

| | |
|---|---|
| **From:** | Mossack Fonseca & Co. (Corporations -- Nevada) [nevada-panamaoffice@mossfon.com] |
| **Sent:** | Thursday, January 12, 2006 7:46 AM |
| **To:** | Mossack Fonseca & Co. (Uruguay)/ Patricia Amunategui -- MF CorpServ (Nevada) Ltd |
| **Cc:** | Mossack Fonseca & Co. (Corporations -- Nevada) |
| **Subject:** | STOCK OF 2006 NEVADA SHELF COMPANIES -- 1256298 (ET/iv) |

Dear Patricia :

Please incorporate:
[checkmark] OVILLE GROUP LLC (legalized by Apostille)
[checkmark] HILLBAY MANAGEMENT LLC (copies legalized by Uruguayan Cons.)

The Manager/Member will be ALDYNE/ GAIRNS.

Regards,

Iris Vergara
**MOSSACK FONSECA & CO.**
E-mail: nevada-panamaoffice@mossfon.com
General e-mail: MF@mossfon.com

| | |
|---|---|
| **From:** | Mossack Fonseca & Co. (Uruguay) |
| **Sent:** | Thursday, January 12, 2006 10:46 AM |
| **To:** | Mossack Fonseca & Co. (Corporations -- Nevada) |
| **Subject:** | RE: STOCK OF 2006 NEVADA SHELF COMPANIES -- 1256298 (ET/iv) |

That's perfect Iris.

Regards,
Ollie

-----Original Message-----
**From:** Mossack Fonseca & Co. (Corporations -- Nevada) [nevada-panamaoffice@mossfon.com]
**Sent:** Wednesday, January 11, 2006 7:40 PM
**To:** Mossack Fonseca & Co. (Uruguay)
**Cc:** Patricia Amunategui -- MF CorpServ (Nevada) Ltd
**Subject:** STOCK OF 2006 NEVADA SHELF COMPANIES -- 1256298 (ET/iv)

Dear Odile:

Thank you for your prompt reply.

Please confirm whether you have any preference on names. Otherwise we will request the availability and incorporation of two (2) of these names:

**OVILLE GROUP LLC**
**HILLBAY MANAGEMENT LLC**
**YALE HOLDINGS LTD.**

1/12/2006

**TRANSLATION MFCS 006487**

PLAINTIFF EXHIBIT 24
WITNESS Patricia Amunategui
DATE September 11, 2014
Ellen A. Goldstein, CCR 235

I look forward to your instructions.

Regards,

Iris Vergara
**MOSSACK FONSECA & CO.**
E-mail nevada-panama@mossfon.com
General e-mail: MF@mossfon.com

**From:** Mossack Fonseca & Co. (Uruguay)
**Sent:** Wednesday, January 11, 2006 11:09 AM
**To:** Mossack Fonseca & Co. (Corporations – Nevada)
**Subject:** FOLLOWUP IRIS / STOCK OF 2006 NEVADA SHELF COMPANIES – 1256298 (ET/iv)

Dear Iris,

Your suggestion seems perfect. Incorporate 2 by Apostille and one by Uruguay. We will be sending the aforementioned companies in the next courier.

Regards,
Odile

-----Original Message-----
**From:** Mossack Fonseca & Co. (Corporations – Nevada) [nevada-panama@mossfon.com]
**Sent:** Tuesday, January 10, 2006 7:33 PM
**To:** Mossack Fonseca & Co. (Uruguay)
**Subject:** STOCK OF 2006 NEVADA SHELF COMPANIES – 1256298 (ET/iv)

Dear Odile:

In reference to the foregoing exchange:

Thank you for your comments with regard to Nevada. If you agree, we would appreciate it if you would confirm the names you prefer so that we may go ahead and verify them. In this case we will proceed with the incorporation of:

a)  One LLC legalized by Apostille
b)  The other with copies of the documents legalized by the Uruguayan Consulate as we have been doing.

As you will note, the stock approved for Uruguay is 3 LLCs. According to our records, the following LLCs, HALLKYN GROUP LLC and OLDEMAR TRADING LLC, which were legalized pursuant to option b), were not sold, and therefore we suggest that the stock be varied for 2006, in other words: two (2) legalized by Apostille, option a), and one using option b), with copies of the documents legalized by the Uruguayan Consulate since, as you will understand, the legalization expenses are non-recoverable for each LLC that is not sold with those characteristics.

At this time I would also ask you to return to us the two aforementioned LLCs,

1/12/2006

and I await your instructions on the stock for 2006.

Cordial regards,

Iris Vergara
**MOSSACK FONSECA & CO.**
E-mail nevada-panama@mossfon.com
General e-mail: MF@mossfon.com

**From:** Mossack Fonseca & Co. (Corporations – Nevada)
**Sent:** Monday, December 5, 2005 11:27 AM
**To:** Mossack Fonseca & Co. (Uruguay)
**Subject:** STOCK OF 2006 NEVADA SHELF COMPANIES – 1256298 (ET/iv)

Dear Odile:

In reference to our November 7, 2005 message:

In this regard, we would appreciate it if you would confirm whether you agree with the number of companies to be incorporated in the jurisdictions of Nevada, Bahamas, Uruguay, Samoa, Seychelles and Panama for 2006.

We look forward to your comments and your suggestions for names in order to proceed to search for availability.

Regards,

Mirella Tuñón

Companies Department

**Our office in Panama will be closed on Thursday, December 8, 2005. We will resume work on Friday, December 9, 2005 according to our usual schedule.**

**From:** Mossack Fonseca & Co. (Corporations – BVI)
**Sent:** Monday, November 7, 2005 4:46 AM
**To:** Mossack Fonseca & Co. (Uruguay)
**Subject:** STOCK OF 2006 BVI SHELF COMPANIES – 1256298 (ET/yp/cw)

Dear Odile:

As we do each year, we are organizing the incorporation of reserves

1/12/2006

for our various jurisdictions. We are pleased to inform you that the Partners have approved the following stock for your office for 2006, as listed below:

| JURISDICTION | STOCK APPROVED | STOCK FOR THE BEGINNING OF THE YEAR |
|---|---|---|
| SAMOA | 1 | 1 |
| BAHAMAS | 1 | 1 |
| SEICHELLES [sic] | 2 | 1 |
| PANAMA | 20 | 12 |
| NEVADA | 3 | 2 |
| URUGUAY | 3 | 2 |

We would appreciate it if you would confirm whether the stock approved for this year suits your needs. Otherwise, we would appreciate receiving your suggestions in order to evaluate them.

We remind you that each reserve represents an investment for Mossack Fonseca & Co.; therefore, we are trying to limit the number of reserves to be incorporated.

If you are in agreement with the stock approved and have available the names of the companies to be incorporated, please contact the appropriate office directly so that they may verify whether the desired names are available for incorporation.

We look forwards to your instructions.

Best regards,

Edison Teano

Tel.: (507) 263-8899, 264-2322

Fax: (507) 263-7327

email: bahamas-panamaoffice@mossfon.com

[Logo]

1/12/2006

**TRANSLATION MFCS 006490**

**EXHIBIT 25**

companies listed below are reserved for you until November 18, 2004.

ALANSVILLE OVERSEAS S.A. incorporated on November 19, 2003

RALEIGH ENTERPRISES INC. incorporated on November 20, 2003

The cost to acquire each one of these companies is US$1,870.00.

We look forward to your comments/instructions on this matter.

Best regards,

**Mayka Villarreal   Verna Lee de Nelson**

**COMPANIES DEPARTMENT**

**From:** Morelia Jaspe — Venezuela Rep. Office
**Sent:** Saturday, November 13, 2004 4:13 AM
**To:** MF&Co. — Corporations (Panama)
**Subject:** F.A. 50 PANAMANIAN COMPANIES
**Importance:** High

Dear Verna:

Please, we urgently need two Panamanian companies from the year 2003, a client needs them with the utmost urgency.

Thank you very much,

Morelia Jaspe
MossÍon de Venezuela C.A.

11/18/2004

PLAINTIFF EXHIBIT
WITNESS: Patricia Amunategui
DATE: September 11, 2019
Ellen A. Goldstein, CSR 827

**TRANSLATION MFCS 005025**

Page 1 of 1

**From:** Mossack Fonseca & Co. (Corporatives – Nevada) [nevada-panama@mossfon.com]
**Sent:** Tuesday, June 10, 2008 12:09 PM
**To:** MF Corpserv (Nevada) Ltd.
**Cc:** Mossack Fonseca & Co. (Peru Representative)
**Subject:** IZALCO TRADING LLC/ Caso 1661955
**Attachments:** IZALCO TRADING poder.doc; IZALCO TRADING res.doc

Dear Patricia:

I'm attaching the power of attorney and the resolution.

Please proceed in accordance with the instructions from our office in Peru following standard procedure.

Please refer to the case for dispatching instructions.

Regards,

Iris Vergara
Corporations

MOSSACK FONSECA

Mossack Building
54th Street, Marbella
P.O. Box 0832-0886, W.T.C. Panama
Panama, Republic of Panama
☎ + 507 205-5888
☎ + 507 263-7327
⊠ nevada-panama@mossfon.com
http://www.mossfon.com

**From:** Mossack Fonseca & Co. (Peru Representative)
**Sent:** Thursday, June 05, 2008 11:18 AM
**To:** Mossack Fonseca & Co. (Corporations – Nevada)
**Subject:** IZALCO TRADING LLC

Dear Sirs,

We require the following for this company:

1 - Original power of attorney in Spanish, duly APOSTILLED in the name of MARCO ANDRES AVILA RODAS, Ecuadorian, holder of citizenship card 0102183640-3.

Copy the model power of attorney utilized for WESTMINE MANAGEMENT.

2 - APOSTILLED certificate of good standing.

BEFORE PROCEEDING WITH THE ORIGINAL, PLEASE SEND THE FINAL DRAFT SO THAT THE CLIENT CAN GIVE HIS/HER FINAL OK.

Best regards,
Susana Kam

6/10/2008

EXHIBIT 262
WITNESS: Patricia Amoedo
DATE: September 11, 2014
Ellen A. Goldstein, CCR 829

TRANSLATION MFCS 004533

---

credit; open and/or close bank accounts, whether checking accounts, savings accounts and, generally, all types of accounts legally permitted in banking, financial or insurance institutions in the country, state or sovereign territory in which this power of attorney is exercised; make fixed-term or indefinite deposits, pledge or deposit securities in custody and withdraw them as many times as necessary, open safe deposit boxes and manage them without any limitation or restriction whatsoever, issue checks drawn on checking accounts belonging to the LLC, on either debit or credit balances, cash and endorse checks issued on behalf of the LLC, enter into loan agreements on the checking account with or without specific guarantees, establish mortgages or pledges of any kind by settling the terms and conditions, order payments and charges debited to the applicable accounts of the LLC, post bonds with or without to the assets of the LLC as collateral.

And generally exercise the broadest and fullest representation of the LLC before banks, financial institutions and insurance companies without the slightest restriction or limit, as well as perform all those commercial, financial and banking operations that the aforementioned financial intermediaries may perform with their clients in accordance with the laws regulating them on the basis of the territory in which this Power of Attorney is being exercised (in Peru: the Ley General de Instituciones Bancarias, Financieras y de Seguros [General Law of Banking, Financial and Insurance Institutions] together with their regulatory, supplementary, amending and related standards) and the pertinent provisions of the public body or bodies entrusted with supervising the aforementioned financial intermediaries (the Superintendencia de Banca y Seguros [Superintendency of Banking and Securities – SBS] and/or the Banco Central de Reserva [Central Reserve Bank – BCR] in Peru); exercise all those commercial and financial powers that are compatible with the authority and powers received and with legal provisions, as well as comply with those responsibilities individually conferred by the constituent company by granting special powers in his/her favor.

SEVEN: Carry out all administrative formalities and/or procedures necessary to request and obtain the

TRANSLATION MFCS 004525

documents, encumbrances and/or liens; encumber, exchange, bail, loan or use, pledge or mortgage any personal property or real estate that may belong to or be owned by the LLC now or in the future, of any type or nature, whether in cash or by installments, agreeing on the conditions of payment and any other clauses and conditions as they see fit.

With respect to the real estate that may be owned by the LLC now or in the future, it is clearly established in these presents that the Designated Agent is expressly empowered to take all steps and carry out all formalities and/or procedures that are required and are necessary to regularize all demolitions, constructions, building, modifications and/or extensions that have been carried out, or may in the future be carried out on the aforementioned properties, at municipal and/or registry level. For these purposes, the Designated Agent enjoys the fullest powers to submit all reports and/or forms required before the competent bureaus, directorates and/or agencies of local government and/or the competent municipal and/or registry authorities that are necessary to regularize the situation of the aforementioned properties and, with respect to these, to empower him/her to be a signatory and/or sign all documents that are necessary to ensure that the aforementioned formalities, actions and/or procedures conclude in a manner satisfactory to the interests of the LLC.

THREE: Lease or sublease assets on behalf of the LLC, and/or lease or sublease assets belonging to the LLC, for a fixed or indefinite term, and, should it be necessary, evict (dispossess) lessees, and settle or request the settlement of any lease agreements that may have been entered into.

FOUR: Buy and sell all types of assets and rights on behalf of the LLC, in public auctions, whether by court order or otherwise, on exchanges of any type, for those prices and under the terms and conditions that he/she deems appropriate, being authorized to sell, acquire, purchase in that way or in any other the

share capital, member shares, bonds, coupons, mortgages, obligations, securities, promissory notes, payment orders, acceptances, bills of exchange and evidence of debt issued or created by other corporations, limited companies or associations, whether public, private, municipal or of any corporate entity or issued by any state, province, municipality, city or political subdivision of the countries in which the present power of attorney is enforceable.

FIVE: Enter into all types of company or association agreements on behalf and in representation of the LLC granting the present Power of Attorney, as well as constitute any type of legal entity, and also participate as a shareholder or partner in those already in existence. Represent the LLC before those executive and/or administrative bodies of legal entities of any type or nature, such as, but not limited to, General Shareholders' Meetings (ordinary and/or special, obligatory or voluntary, general or universal), General Partners' Meetings, Partners' Meetings, Boards of Directors, etc. Therefore, by these presents the LLC authorizes the Designated Agent to exercise — on its behalf and representation — all those rights, powers and privileges of ownership, including the right to vote, challenge, waive rights and exercise any other rights that may be applicable, with respect to any shares, bonds and/or securities owned or held by the LLC, and may to this end personally exercise the right to vote inherent in those securities. In addition, he/she may serve as director and/or officer in any corporation or company in which the LLC has an interest.

Contribute money and assets owned by the LLC in the event of increases in capital or the constitution of companies or other types of legal entities, with sufficient authority and powers to act as signatory — on behalf and in representation of the LLC granting this Power of Attorney — on all those private and public documents required for that purpose.

SIX: Accept, issue, guarantee, endorse and deduct bills of exchange, vouchers, promissory notes and any other credit instrument or mortgage

The **LLC** authorizes and empowers the Designated Agent in order that this Power of Attorney be acknowledged in his/her name and as an act and instrument of the **LLC** and in order that it may be entered and registered in the appropriate office and registry and so that he/she may secure the fulfillment of any other act or item of any kind that may be required or necessary to authenticate and give full effect to this Power of Attorney as fully and as effectively as would the **LLC** itself.

Dated June 10, 2008.

Signed by
[signature]
**Patricia Veronica Amunategui - Deputy Secretary**
On behalf of **ALDYNE LTD.** - Administrator

**ACKNOWLEDGMENT**

STATE OF NEVADA        )
                       ) SS
COUNTY OF CLARK        )

On this 10th day of June 2008, before me the undersigned, a Notary Public in and for said County and State, personally appeared Patricia Veronica Amunategui, known to me or proved to me to be the person described in and who executed the foregoing instrument who acknowledged to me that she executed the same freely and voluntarily and for the purpose therein mentioned.

[signature]
Notary Public in and for said
County and State

[seal]
KATIE VESCO
Notary Public State of Nevada
No. 04-92067-1
My appt. exp. Nov 21, 2008



**SECRETARY OF STATE**

**STATE OF NEVADA**

**APOSTILLE**

(Convention de La Haye du 5 octobre 1961)

1. Country United States of America
   This public document:
2. has been signed by KATIE VESCO
3. acting in the capacity of NOTARY PUBLIC STATE OF NEVADA
4. bears the seal/stamp of KATIE VESCO
   CERTIFIED
5. at Carson City, Nevada, U.S.A.
6. the TWELFTH DAY OF JUNE, 2008
7. by Ross Miller, Secretary of State, State of Nevada, U.S.A.
8. Number 110738
9. Seal/Stamp:                          10. Signature:

[signature]
Ross Miller
Secretary of State

[signature]
R. DELLA PIETRA
Certification Clerk

**RESOLUTION OF THE ADMINISTRATOR**

**OF**

**IZALCO TRADING LLC**

Limited Liability Company of Nevada

In accordance with Article 6 of the Operating Agreement of IZALCO TRADING LLC (the "LLC"), the undersigned, being the sole administrator of the LLC, by these presents resolves as follows:

1. To hereby grant a Power of Attorney in favor of **MARCO ANDRES AVILA RODAS**, Ecuadorian, identified by Ecuadorian citizenship card 010218360-3.

2. To hereby authorize Patricia Armamegui, Deputy Secretary of **ALDYNE LTD.**, Administrator of the LLC, so that on its behalf she may grant the aforementioned power of attorney in favor of **MARCO ANDRES AVILA RODAS**, Ecuadorian, identified by Ecuadorian citizenship card 010218360-3.

Signed this tenth day of June, 2008.

On behalf of ALDYNE LTD.— Administrator

[signature]
PATRICIA AMUNATEGUI
Deputy Secretary

---

**SECRETARY OF STATE**

**STATE OF NEVADA**

**CERTIFICATE OF EXISTENCE**
**WITH STATUS IN GOOD STANDING**

I, ROSS MILLER, the duly elected and qualified Nevada Secretary of State, do hereby certify that I am, by the laws of said State, the custodian of the records relating to filings by corporations, non-profit corporations, corporation sole, limited-liability companies, limited partnerships, limited-liability partnerships and business trusts pursuant to Title 7 of the Nevada Revised Statutes which are either presently in a status of good standing or were in good standing for a time period subsequent of 1976 and am the proper officer to execute this certificate.

I further certify that the records of the Nevada Secretary of State, at the date of this certificate, evidence, IZALCO TRADING LLC, as a limited liability company duly organized under the laws of Nevada and existing under and by virtue of the laws of the State of Nevada since October 26, 2006, and is in good standing in this state.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on June 16, 2008.

ROSS MILLER
Secretary of State

By: _____
Certification Clerk



SECRETARY OF STATE

STATE OF NEVADA

**APOSTILLE**

*(Convention de La Haye du 5 octobre 1961)*

1. Country: United States of America

This public document

2. has been signed by JOANN LARSON

3. acting in the capacity of CERTIFICATION CLERK

4. bears the seal/stamp of STATE OF NEVADA

CERTIFIED

5. at Carson City, Nevada, U.S.A.

6. the SIXTEENTH DAY OF JUNE, 2008

7. by ROSS MILLER, Secretary of State, State of Nevada, U.S.A.

8. 20080161/IL    10. Signature:

9. Seal/Stamp:

By: _____
Jeffrey Carr

ROSS MILLER
Secretary of State

---

**Mf corp**

| | |
|---|---|
| From: | Mossack Fonseca & Co. (Corporations – Nevada) /nevada-panamaoffice@mossfon.com] |
| Sent: | Tuesday, June 10, 2008 12:08 PM |
| To: | Mf Corp Serv (Nevada) Ltd. |
| Cc: | Mossack Fonseca & Co. (Peru Representative) |
| Subject: | IZALCO TRADING LLC Caso 1661896 |
| Attachments: | IZALCO TRADING poder.doc; IZALCO TRADING rea.doc |

Dear Patricia:

I'm attaching the power of attorney and the resolution.

Please proceed in accordance with the instructions from our office in Peru following standard procedure.

Please refer to the case for dispatching instructions.

Regards,

**Iris Vargas**
**Corporations**

MOSSACK FONSECA

Mossfon Building
54th Street, Marbella
P.O. Box 0832-0886, W.T.C. Panama
Panama, Republic of Panama
☎ + 507 205-5888
📠 + 507 263-7327
✉ Corporativos@mossfon.com
http://www.mossfon.com

---

**From:** Mossack Fonseca & Co. (Peru Representative)
**Sent:** Thursday, June 05, 2008 11:18 AM
**To:** Mossack Fonseca & Co. (Corporations – Nevada)
**Subject:** IZALCO TRADING LLC

Dear Sirs,

We require the following for this company:

1 – Original power of attorney in Spanish, duly APOSTILLED in the name of MARCO ANDRES AVILA RODAS, Ecuadorian, holder of citizenship card 010218360-3.

Copy the model power of attorney utilized for WESTMINE MANAGEMENT.

2 – APOSTILLED certificate of good standing.

BEFORE PROCEEDING WITH THE ORIGINAL, PLEASE SEND THE FINAL DRAFT SO THAT THE CLIENT CAN GIVE HIS/HER FINAL OK.

Best regards,
Susana Kim

6/10/2008

IZALCO TRADING LLC/14182267ET/vdoo

## MF corp

**From:** Mossack Fonseca & Co. (Corporations - Nevada) (nevada-panamaoffice@mossfon.com)
**Sent:** Monday, February 19, 2007 6:54 AM
**To:** Patricia Amunategui - MF CorpServ (Nevada) Ltd
**Cc:** Mossack Fonseca & Co. (Peru Representative)
**Cc:** Mossack Fonseca & Co. (Peru Representative)
**Subject:** IZALCO TRADING LLC/14182267ET/vdoo
**Attachments:** Affidavit Spanish.doc; English - Spanish resolution for issuance of the POA.doc; POder SPA.doc

Dear Patricia:

This is in connection with the instructions from our offices in Peru.

Please proceed with the attached instructions. Please organize this as necessary together with the requested Certificate of Good Standing.

<<Affidavit Spanish.doc>> <<English - Spanish resolution for issuance of the POA.doc>> <<POder SPA.doc>> [SPA POA.doc]

Please don't hesitate to contact us with any questions or queries.

Regards,

**Chelsea Osorio**
**Corporations**





Mossfon Building
54th Street, Marbella
P.O. Box 0832-0886, W.T.C. Panama
Panama, Republic of Panama
☎ +507 205-5888
📠 +507 263-9218
✉ Corporations@Nevada.com
http://www.mossfon.com

Dear Patricia and Iris,

**From:** Mónica Ycaza - Peru Representative Office
**Sent:** Monday, February 19, 2007 12:08 a.m.
**To:** Patricia Amunategui - MF CorpServ (Nevada) Ltd
**Cc:** Mossack Fonseca & Co. (Corporations - Nevada); Mossack Fonseca & Co. (Peru Representative)
**Subject:** IZALCO POWER OF ATTORNEY

Dear Patricia and Iris,

The client has approved the model power of attorney; only one small correction has been made to the enclosed model (highlighted in red), to the name and number of the documents.

Please go ahead and issue it.

2/20/2007

TRANSLATION MFCS 004534

TRANSLATION MFCS 004535

**Mf corp**

| | |
|---|---|
| **From:** | Monica de Ycaza [deycaza@mossfon.com] |
| **Sent:** | Sunday, February 18, 2007 9:08 PM |
| **To:** | NEVADA Corporate Services |
| **Cc:** | Nevada-Panama'fficas@Mossfon.com; Peru@mossfon.com |
| **Subject:** | IZALCO POWER OF ATTORNEY |
| **Attachments:** | BORRADOR PODER IZALCO [draft power of attorney] - feb-07.doc |

Dear Patricia and Iris,

The client has approved the model power of attorney; only one small correction has been made to the enclosed model [highlighted in red], to the name and number of the documents.

Please go ahead and issue it.

This power of attorney must be legalized by the Peruvian Consulate along with a certificate of good standing for the company, since it will be registered with the Peruvian RRPP [Registro de Partes = Registry of Certificates].

It should also be accompanied by the affidavit we normally use in these cases.

Many thanks for your help!

Hugs,

Monica de Ycaza
**MOSSFON PERU**

2/20/2007

---

This power of attorney must be legalized by the Peruvian Consulate along with a certificate of good standing for the company, since it will be registered with the Peruvian RRPP [Registro de Partes = Registry of Certificates].

It should also be accompanied by the affidavit we normally use in these cases.

Many thanks for your help!

Hugs,

Monica de Ycaza
**MOSSFON PERU**

2/20/2007

TRANSLATION MFCS 004536

**Mf corp**

**From:**       corporate@moarbm.com
**Sent:**       Monday, October 23, 2006 7:52 AM
**To:**         nevada@inffcorpserv.com
**Subject:**    Mossack Fonseca & Co. / Name Reservations

## INCORPORATION OF NEVADA SHELF COMPANIES

Please check the availability of the following name(s) and then update the information received from the registry (name approved: yes/no) in the 'Registry Approval' Application (Subcategory to the 'Shelf Companies' Application).

IZALCO TRADING LLC

Thank you.

**Yours Sincerely,**

**Iris Vergara**
**Mossack Fonseca & Co. (Panama)**

10/25/2006

TRANSLATION MFS 004538

**Mf corp**

| | |
|---|---|
| **From:** | Susana Kam - MOSSFON PERU [peru@mossfon.com] |
| **Sent:** | Wednesday, April 5, 2006 10:37 AM |
| **To:** | 'Mf corp'; 'Mossack Fonseca & Co. (Corporations Nevada)' |
| **Subject:** | COSMETECH LC |

Dear Iris,

The client has confirmed he wants the company, please move forward with the incorporation.

- The company will have a capital of US$ 500,000.
- The member and the manager will be assigned by MOSSFON.
- Issue 5 certificates divided in equal parts.

Best Regards,
Susana Kam

-------Original Message-------
**From:** Mf corp [mailto:Nevada@mfcorpserv.com]
**Sent:** Wednesday, April 5, 2006 12:19 PM
**To:** 'Mossack Fonseca & Co. (Corporations - Nevada)'
**CC:** Mossack Fonseca & Co. (Peru Representative)'
**Subject:** RE: COSMETECH LC

Dear Iris:

I am confirming that the name COSMETECH LC is still available.

Kind Regards.

*Patricia Amundategui*

**From:** Mossack Fonseca & Co. (Corporations – Nevada) [mailto:nevada-panamaoffice@mossfon.com]
**Sent:** Wednesday, April 5, 2006 9:46 AM
**To:** Patricia Amundategui - MF CorpServ (Nevada) Ltd
**Cc:** Mossack Fonseca & Co. (Peru Representative)
**Subject:** COSMETECH LC

Dear Patricia:

I would appreciate if you can confirm that the name COSMETECH LC is still available in Nevada.
Please refer to case **1314907**.

Regards,

Iris Vergara

PLAINTIFF
EXHIBIT 27
WITNESS Patricia Amundategui
DATE September 11, 2014
Ellen A. Goldstein, CSR 829

## Mf corp

**From:** Mossack Fonseca & Co. (Corporations - Nevada) [nevada.panamaoffice@mossfon.com]
**Sent:** Thursday, September 29, 2005 6:03 AM
**To:** Patricia Amarategui - MF CorpServ (Nevada) Ltd
**Subject:** FAIRLAND INTERNATIONAL LLC

Patricia:

See below the email received from Dr. De Grandi.

Please find out and let us know the requirements and the cost for obtaining a license plate in the state of Nevada. The owner of the car will be the LLC.

Once you have obtained that information, please send it directly to our office in Panama.

Regards,

Mayka Villarreal

COMPANIES DEPARTMENT

**From:** Andrea De Grandi - Mendrisio Lugano
**Sent:** Thursday, September 29, 2005 5:54 a.m.
**To:** Mossack Fonseca & Co. (Corporations - Nevada)
**Cc:** Eileen Yearce - Corporations
**Subject:** FAIRLAND - enquiry
**Importance:** High

| Jurisdiction | Company Name | File Number | Date of Reg. | IBC/MC Status | Struck Off/Cease |
| --- | --- | --- | --- | --- | --- |
| NEV | FAIRLAND INTERNATIONAL LLC | 120548 | 07-APR-04 | LLC7263-04 | ACT |

| Name | Position | Officer Date Appointed | Date Resigned | Nationality |
| --- | --- | --- | --- | --- |
| FERRIUS INTERNATIONAL, S.A. | | | | 07-04-2004 |

| Name | Ownership | Certificate | Date Issued | Transferred/Cancelled |
| --- | --- | --- | --- | --- |
| ISLAND ENTERPRISES S.A. | 100 | 1 | 07-04-2004 | |

| Name | Description | Type | Status Duration | Date of Power | Expiration | Revocation | Renovation |
| --- | --- | --- | --- | --- | --- | --- | --- |
| GRAPPOSO AIDUS MELJAU | General POA | Temporary | 36 | 25-04-2004 | 25-04-2007 | | |

Dear Nevada dept.

regarding the above company the customer is asking if it is possible to get a USA-NEVADA-LAS VEGAS plate for a car.

The ownership of this car will be of the above Fairland.

Pls. inform. If we are able to provide this service + terms-condition-timing-costs for the service.

9/29/2005



EXHIBIT 31
WITNESS Patricia Amarategui
DATE September 11, 2014
Ellen A. Goldstein, CSR 823