

# TO GET AHEAD

**PATRICIA AMUNATEGUI**
UNLV Paralegal Program Graduate

"I emigrated from Chile to Las Vegas for the second time in 1998 where I began working as a cocktail waitress at a successful casino on the Las Vegas Strip. After several years, I felt there had to be something out there that would be more satisfying. As a single mother, my schedule was inflexible and didn't allow me to pursue a degree. Finally, I decided to give myself a chance and I enrolled in UNLV's Paralegal Program.

Not only was I working full time, but my English was not the best, making it extremely difficult to complete the lessons. Somehow, I persevered and was able to successfully complete my Paralegal degree in 2000. Immediately following, I landed a great job as the Vice President of the Nevada office of Mossack Fonseca, an international law firm specializing in international trusts and corporate services with 44 offices worldwide.

It has been 10 years since completing the Paralegal Program at UNLV and every day I am thankful that I was able to begin a rewarding and challenging professional career. Until then, I never believed I could have a job where I would have so many opportunities to grow professionally and even travel

Plaintiff EXHIBIT 2
WITNESS Patricia Amunategui
DATE September 11, 2014
Ellen A. Goldstein, CCR 829

**EXHIBIT 3**

Print Close

# FW: Instruction Dissolution Magravia

From: **Patricia Amunategui**
Sent: Fri 1/17/14 9:26 AM
To: Nevada office mf. (nevada@mfcorpserv.com)

See message below for your reference and keep me inform

From: Pamunategui@mfcorpserv.com
To: Nevada@mfcorpserv.com;
Subject: Instruction Dissolution Magravia
Date: Thu, 16 Jan 2014 19:42:47 -0800

Dear Manuella and Jolene

Please print the document attached in MAGROVIA CASE, see instruction below

16-01-2014 04:51:08 PM ( PMA TIME ) SUZY RAMOS - Other internal documents - Estimada Patricia, Adjunto documento firmado por Leticia Montoya en representación de FERGUS INTERNATIONAL, S.A. Por favor proceder con la disolución. Saludos, (This comment was sent by e-mail to nevada@mfcorpserv.com). SEE ATTACHMENT"

If the document is clear and legible please scan it in the Kiosera Scann

Go to inbox for Microsoft Outlook, click in draft – click in draft SOS NV , find the temple for Dissolution

Copy paste, go back to new message paste and accommodate the message for MAGROBIA with the entity number , attached the Articles of Dissolution duly signed

When your message is ready send it to me to review, after my approval we will proceed at the secretary of State

Thanks you

**Patricia Amunategui**
Head of Nevada Office

Plaintiff EXHIBIT 3
WITNESS Patricia Amunategui
DATE September 11, 2014
Ellen A. Goldstein, CCR 829

EXHIBIT 4

## THE MF GROUP

Established in 1977, the Mossack Fonseca Group is a leading global company which provides comprehensive legal, trust and accounting services.

With over 500 staff members across every continent, the Mossack Fonseca Group provides excellent services based on more than 35 years of experience. As part of its added value, the Group offers personal advice and a world-class online experience through **a virtual Client Portal which is available 24 hours a day.** Our web-based **Client Information Portal** application allows clients to reserve companies online, verify the status of companies, and pay invoices, in addition to other transactions.

Our service and research-oriented professionals specialize in trust services, wealth management, international business structures, and commercial law, among other areas.

Our product and service portfolio is constantly updated and renewed, enabling the Group to find the appropriate solution for your business. We offer research, advice and services for the following jurisdictions: Belize, The Netherlands, Costa Rica, United Kingdom, Malta, Hong Kong, Cyprus, British Virgin Islands, Bahamas, Panama, British Anguilla, Seychelles, Samoa, Nevada, and Wyoming (USA).

**Our law firm** has specialized attorneys experienced in all areas of law such as shipping, immigration, contracts and intellectual property, as well as commercial law in general. We also assist clients in physically relocating to Panama and supporting them with regard to all of the steps required, from handling immigration matters and buying or renting property to establishing their business in Panama.

**Mossfon Trust Corporation** is a trust company regulated by the Banking Superintendence of Panama since 1993. Our team of professionals and specialists with experience in corporate, trust, tax and accounting matters can assist you in creating solutions that are solid, convenient, and advantageous.

The Mossack Fonseca Group enjoys **a strategic alliance with Mossfon Asset Management, S.A.**, an Investment Advisory firm licensed by, and under the supervision of, the Superintendency of Securities Market of Panama that also engages, upon request, in Discretional Portfolio Management. The Group is licensed to operate as an Investment Adviser under Resolution No. 94-06, April 26, 2006.

Since May 2010, the Mossack Fonseca Group is proud to be the first ISO 9001 certified law firm in the Republic of Panama. The ISO 9001:2008 quality system assures our clients that the Group is committed to continuous improvement and client satisfaction.

We received the global quality management system certification from SGS, a certification entity accredited by UKAS and ANAB, two of the leading and most rigorous independent auditing and certification agencies in the world. For more information about our ISO 9001 certification, **please click here.**

Mossack Fonseca Group's lawyers and executives are proud members of many prestigious organizations, including:

- Society of Trust and Estate Practitioners (STEP)
- International Tax Planning Association (ITPA)
- International Bar Association (IBA)
- International Fiscal Association (IFA)

Plaintiff EXHIBIT 4
WITNESS Patricia Amunategui
DATE September 11, 2014
Ellen A. Goldstein, CCR 829

- International Trademark Association (INTA)
- Florida International Bankers Association (FIBA)
- American Chamber of Commerce (AMCHAM)
- Maritime Law Association of Panama (APADEMAR)
- Cámara de Comercio e Industria Colombo-Panameña (CICOLPA)
- International Attorneys Association (AAI)
- National Bar Association
- Cámara de Comercio e Industria Panameño Alemana
- Cámara de Comercio, Industrias y Agricultura de Panamá
- Asociación de Ejecutivos de Empresas (APEDE)
- Panama Compliance Officers Association
- Association of Certified Anti-Money Laundering Specialists

## TRUST SERVICES

As part of the Mossack Fonseca Group, **Mossfon Trust Corporation** is a fiduciary entity regulated by the Banking Superintendence of Panama since 1993.

Our main focus is asset protection, tax and estate planning; we achieve these goals through a group of professionals and specialists with great experience in corporate, trust, tax and accounting matters.

We are able to develop a wide range of structures to meet the individual needs of each client, using vehicles such as Trusts, Private Foundations, Onshore Midshore Structures, among others. We also offer assistance in the Opening of Bank Accounts and Escrow Services.

1. Fiduciary Services
2. Private Foundation Management
3. Administrative Services
4. Corporate Services
5. Tax Efficient Structures
6. International Structures (Onshore and Midshore)
7. Escrow Services
8. Estate Planning and Asset Protection

Plaintiff EXHIBIT 6
WITNESS Patricia Amunategui
DATE September 11, 2014
Ellen A. Goldstein, CCR 829

Exhibit 7

## ADMINISTRATIVE SERVICES

- Preparation of accounts, financial records, annual returns and tax declarations
- Registered Agent Service, Directors and provision of physical offices.
- Maintenance of legal documents and corporate records.
- Compliance with local and international laws in the operating jurisdictions
- Continued communication and liaison with the client regarding reporting methods to suit each application
- Virtual Office

### Opening of Bank Accounts

We assist clients in the opening of bank accounts for private individuals and companies, closely following the process so that all the necessary documentation is processed with maximum efficiency. Our independent banking service advisors can also assist you in choosing the most convenient bank in the most convenient location based on your individual needs.

### Opening of bank accounts service includes:

- Assistance with the application for bank accounts in prestigious financial centres
- Deposit accounts with different interest rates
- Current accounts
- Stock Brokerage accounts
- Credit and debit cards

### Assets and funds administration:

- Authorized Signatories
- All managed funds are subject to our risk controls principles.

EXHIBIT 8

MOSSACK FONSECA

Plaintiff EXHIBIT 8
WITNESS Patricia Amunategui
DATE September 11, 2014
Ellen A. Goldstein, CCR 829







# Mossack Fonseca **Group**

Established in 1977, the professionals at Mossack Fonseca specialize in Commercial Law, Trust Services, Wealth Management and Offshore Structures.

Mossack Fonseca & Co. is the first and only ISO 9001:2008 certified law firm in the Republic of Panama. Mossack Fonseca & Co. received the new global quality management system certification from SGS, a certification entity accredited by UKAS and ANAB, two of the leading and most rigorous independent auditing and certification agencies in the world. Most importantly, the ISO 9001:2008 quality system assures our clients that Mossack Fonseca & Co. is committed to continuous improvement and client satisfaction.

*"Thank you for placing your trust in us. At Mossack Fonseca, we know we must earn your business every day, and our aim is to work together to provide you with ever more expedient, confidential, accurate and continuous service in an environment of constant innovation.*

*We strive to increase your success, maximizing your opportunities while leveraging our global perspective to ensure we have a proactive approach to industry changes that could affect you.*

*It is not just our clients that are of upmost importance. We believe that it is our responsibility to ensure that our dedicated Mossfon family of over 600 staff worldwide has a bright future. We rely on their passion, talent and energy to provide you with an ultimate and distinguished service every time."*

*Mr. Rubén Hernández - CEO*

# Our Global **Presence**

We understand the need to accommodate our clients, which is why we pride ourselves on our global presence. With offices in more than 30 countries, we can serve you more efficiently and effectively.

Bahamas
Boquete (Panama)
Brazil
British Anguilla
British Virgin Islands
Canada
Chile
Colombia
Cyprus
Czech Republic
Da Lian
Ecuador
El Salvador
Florida
Geneva
Gibraltar
Guatemala
Hangzhou
Hong Kong
Isle of Man
Jersey
Liechtenstein
London
Luxembourg
Nanjing
Ningbo
Panama
Peru
Qingdao
Samoa
Seychelles
Shanghai
Shenzhen
Singapore
Thailand
United Arab Emirates
Uruguay
Venezuela
Zug
Zurich

MOSSACK FONSECA





## Mossfon Group **Services**

The Mossack Fonseca Group is a global leader of international trust and corporate services. Our research-oriented professionals specialize in trust services, investor advisory, offshore/onshore structures, commercial law and asset protection.

With industry experience since 1977, the Mossack Fonseca Group has more than 40 offices around the world in order to better serve our clients. Our attorneys specialize in matters relating to shipping, trademarks, immigration, contracts and commercial law in general.

The Mossack Fonseca technology platform is state-of-the-art and secure. Our web-based Client Information Portal application allows clients to reserve companies online, search their company documents and pay outstanding invoices. Case information is updated instantaneously. To ensure we can provide our clients with the most secure and up-to-date protection available, our Client Portal encryption certificates are the most powerful secure socket layer (SSL) encryption commercially available today.

MOSSACK FONSECA

## Mossfon Trust **Corporation**

Thru Mossfon Trust Corporation, we support other fiduciaries, banks, attorneys and accountants around the world in assisting their clients with the incorporation and administration of fully managed trusts, foundations and companies and the consulting and implementation of complex worldwide structures, captive insurance services, bank account opening assistance and escrow services.

## Legal **Services**

Mossack Fonseca Legal Services offers solutions for all of your legal needs, such as:

- Vessels and Yachts
- Intellectual Property
- Corporate Law
- Financial Law
- Tax and Customs Law
- Immigration Law
- Panama Investments
- Free Trade Zone
- Government Bidding Process
- Telecommunications Law
- Government Licenses & Insurance
- Aviation Law






MOSSFON TRUST

## Mossfon Trust **Corporation**

We are a fully licensed trust company with experienced lawyers and accountants that can assist you in creating solutions that are solid, legal, convenient and advantageous. Mossfon Trust Corporation provides you with effective solutions to protect the privacy and enhance the wealth of your clients. We also specialize in spendthrift protection, wills and estate planning, successory structures, pension plans, tax optimization and much more.

Mossfon Trust Corporation operates under the supervision of the Panama Banking Superintendency and is governed by local and guided by international laws.

We provide solutions for:
- Privacy
- Wealth protection
- Spendthrift protection
- Wills and estate planning
- Successory structures
- Pension plans
- Tax optimization

Administrative Services:
- Preparation of accounts, financial records, annual returns and tax declarations
- Registered agent and physical office facilities
- Provision of directors, secretaries and other required officers
- Maintenance of statutory documentation and corporate records
- Compliance with local and international laws in the operating jurisdictions
- Continuous liaison with clients regarding reporting methods to suit individual needs

For more detailed information, please visit www.mossfontrust.com



## Jurisdictions

We pride ourselves on providing accurate and expedient services to our clients. To obtain information about any of our key jurisdictions where we have local offices, please contact your nearest Mossack Fonseca advisor.

- Hong Kong
- British Virgin Islands
- British Anguilla
- Nevada USA
- The Bahamas
- Samoa
- Seychelles
- Republic of Panama
- Cyprus

## Company Formations

International companies can engage in lawful business in any country and perform transactions in whatever currency they choose. They are usually exempt from taxation on any business activity or transaction that takes place outside of their jurisdiction.

Advantages of using Mossack Fonseca as your Registered Agent:

- Reduce costs and greatly increase response times
- We can incorporate and manage Private Foundations
- Mossfon directors and officers may be appointed
- Offices are supported by secure, state-of-the-art technology
- Constant staff training and low turnover rate
- Strategic location of our offices in key world business capitals, Mossack Fonseca is able to continually meet and exceed clients' expectations

# Ship & Yacht **Registration**

We offer a wide variety of services for both private and commercial yachts including registration, purchase and sale contracts, operating permits, credit requests, crew licenses, ship mortgages and international structures in a variety of advantageous jurisdictions.

**Ship Registry follow-up System**
Similar to the technology we offer for company documents, Mossack Fonseca also offers a dedicated Shipping Information System that logs the status and renewals of ship registries and navigation and radio licenses regarding ships the legal affairs of which are dealt with by us. Our lawyers know in real-time the status of your vessels and timeline of renewals and other services.

For more information please contact our Admiralty & Maritime Division.

## Panama

The success of Panama as an open registry is due mainly to the positive image of the territory as a politically and economically stable country and its other numerous advantages. We handle all formalities relating to navigation licenses, radio permits, communication licenses, charter party registration and any maritime certifications required for international navigation, both for ships, yachts and for crewmembers.

## British Virgin Islands

We render ship and yacht registration services in the British Virgin Islands. The main advantages are the attractive registration fees and annual fees. Ships registered in the BVI fly the Red Ensign Flag and are entitled to the support of the British Consular and High Commission and Royal Naval protection.





## Corporate Law

Our professionals can advise you on various commercial matters, including the drafting and execution of domestic or international commercial contracts such as purchase and sale, personal and real guarantees, financial leases, factoring, franchises, technology, transfers, exchanges, assignments, escrow agreements, negotiable instruments and securities.

## Financial Law

We provide advice relating to the full spectrum of legal financial processes, including syndicated lending, leveraged and acquisition finance, asset finance, derivative products, project finance, financial regulatory systems, insolvency, restructuring and structured finance.

## Tax Law

Allow our expert tax lawyers to advise you on the full spectrum of corporate, financing, investment and real estate transactions, as well as tax litigation, disputes and general compliance. In addition to our corporate tax expertise, we have specialists who advise on VAT and other indirect taxes and on private client tax issues.

## Aviation Law

We can guide you through all formalities relating to the registration of aircraft and for procuring air navigation and commercial transport service permits for both foreign and domestic airlines.





## Immigration Law

We advise clients on immigration matters in the Republic of Panama and handle all formalities obtaining visas for tourists, immigrants, workers, investors, foreigners married to Panamanian executives and others. Consultancy services are also offered in respect to extensions, exit and entry permits, residence and naturalization.

## Telecommunications Law

We assist clients in obtaining radio, television, telephone, trunk line, cell phones and other communication media permits and licenses from the Public Services Regulatory Entity of Panama. As well, we advise clients on any telecommunication matters in Panama.

## Foreign Investments

We provide unparalleled advice and unique opportunities to benefit from government incentives deriving from investing in the Republic of Panama, particularly in tourism, processing zones for export goods, oil transport, reforestation and mining, as well as special incentives for investing in areas bordering the Panama Canal.

## Free Trade Zones

Trust our extensive experience executing all formalities required to establish a business in Free Trade Zones worldwide. We can procure physical space, acquire import and export permits, handle customs matters, represent registrations as well as all other required procedures with official administrative authorities.



# Intellectual **Property**

Our specialists will be by your side to help you register all forms of intellectual property. Trust our expert advice and ample experience with trademarks, invention patents, and other types of intellectual property including utility models, industrial designs, models, trade names and industrial and trade secrets.

We advise clients on the assignment and transfer of rights and licenses. We can also initiate criminal proceedings for the proper use of trademarks, objections to, cancellation and annulment of industrial registration proceedings at competent courts in the Republic of Panama. As to copyright and related rights, we undertake all registration formalities at the Copyright Directorate General and advise clients on judicial proceedings.

MOSSACK FONSECA
Legal Services



## Government Bidding Process

We can advise clients on a myriad of business transactions with governments worldwide, for issues such as the concession and lease of state-owned land, rendering services to the State, sales and contracts to governments, the public and competitive bidders.

## Licenses

We can represent you before government authorities to obtain licenses, permits and recognition for banks, trusts, insurance, reinsurance and captive insurance companies, as well as mutual funds, mutual fund administrators and insurance brokerage firms.

## Insurance

We can assist clients with any type of insurance and reinsurance matter, including policies, brokerage, adjustments, reserves, civil and criminal liability relating to insurance, captive insurance judicial proceedings and all formalities.

# Exclusive **Online Services**

**Client Information Portal**
The Mossfon Client Information Portal is a secure online account that enables you to access your corporate information anywhere and everywhere, with real time updates of your ongoing requests.

**Case Information Service**
You can track the progress of your requests as each case develops. You can also communicate with our staff worldwide and view digital copies of documents as soon as we receive them at our offices. You can also choose to receive automatic email notifications whenever one of your cases is updated.

**Online Payment System**
More than just a payment application, the Mossfon Client Information Portal offers a complete account management system where you can keep track of all of your invoices – pending or paid – and you can generate your statement of account with up-to-the-minute information. You can pay your outstanding invoices either online or by credit card or, you can take advantage of our debit account application, or you can use a batch payment option that facilitates payment through bank transfers and cheques.

**Electronic Delivery Service**
You can subscribe to receive your annual invoices and account statements via email or fax as soon as they are issued.

**Online Company Documents**
This unique service acts as a virtual filing cabinet that provides 24/7 online availability of your corporate documents.

**Company Formation**
For each of your companies there is an online file with the details of its establishment, the board of directors, every case every assigned to the file and its invoicing history. Similar files are also available for foundations.

**Shelf Company Reservation**
With the Mossfon Client Information Portal, you can view an updated list of the shelf companies available at your nearest Mossfon office and you can reserve companies directly online.









MOSSACK FONSECA | Online Services

# Data Security & Confidentiality

Your information has never been safer on Mossack Fonseca's secure Client Portal.

To ensure we can provide our clients with the most secure and up-to-date protection available, we house all of our servers in-house. Our Client Portal encryption certificates are the most powerful secure socket layer (SSL) encryption commercially available today.

VeriSign is one of the most recognizable Internet security providers, and offers the strongest encryption available with the most rigorous authentication standards.

VeriSign Secured

Mossack Fonseca has always provided our clients with the most secure technology available and we join the 95% percent of Fortune 500 companies as well as the world's 40 largest banks who rely on this technology to keep our client information protected.



## KYC and AML **Guidelines**

Mossack Fonseca & Co. maintains standards, procedures and internal controls to know our clients and their activities, to avoid capital laundering risks and to guarantee that operations are not carried out with individuals or institution whose identities cannot be confirmed or whose activities are incompatible with those supported by Mossack Fonseca & Co.

## Advantages of **working with us**

- Experience since 1977 illustrates our history of stability and continuity
- 24-hour service from our Panama Headquarters
- We believe in "*First Time Right*"
- A history of innovation and the fastest industry response time
- A powerful global network of our own offices at your service
- Panama's first and only ISO 9001 certified law firm
- Discerning Due Diligence requirements
- State-of-the-art real time "Case Information System"
- Secure technology platform with VeriSign® encryption and Central Bank standards
- Continuous staff training and low turnover rate
- Proactive search for solutions in changing business environments

# Mossfon **Business Center**

Mossack Fonseca is able to offer sophisticated serviced office suites and first class virtual office solutions that place you and your companies in the heart of one of the most traditional jurisdictions – Panama.

We offer real office space offshore and instant workstations fully wired with state-of-the-art technology. Our services include a communications center staffed with a team of receptionists and our business support center is home to our clerical staff, administrative assistants and IT department.

Common areas include an elegant reception area, a fully equipped boardroom, conference rooms and offices.

MOSSACK FONSECA | Business Center

Imagine having a business everywhere and yet nowhere – a totally threat-proof solution. Growth is only limited by the scope of your ideas – not by operational costs and staff limitations. Information is always available and secure, whenever and wherever you want it.

Our virtual offices provide you with a complete communications portal that allows you to keep in touch with your business anywhere in the world. We offer a multilingual electronic call center, private email and mail forwarding services by fax, email, regular mail or international courier.

# Social **Responsibility**

Social responsibility is an opportunity to foster change where it is most needed. Each year we contribute to various organizations that share our values and goals. Through our Corporate Social Responsibility program, we actively volunteer and contribute to the positive development of society.

**Mossack Fonseca & Co.** is committed to community involvement and as a result, our experts have assisted many organizations with their legal needs, including the following:

- The World Bank
- Rotary Club
- Lion's Club
- Panama Children's Hospital
- Calicanto Foundation
- Explora Art & Science Foundation
- The British Aid Society
- Citizens Alliance for Justice
- Club Activo 20-30
- Casa Esperanza
- Aeroclub of Panama
- Fundación del Club Canino

**Social Aid Committee**

The aim of the Social Aid Committee is to develop social and welfare activities to ensure more citizens have access to training, health services, recreation, culture and sport. The Social Aid Committee also raises funds for social and community projects targeting areas and people most in need.

**Mossfon Green Committee**

Mossack Fonseca has created a committee composed of employees volunteering to encourage the use of environmentally friendly practices within and outside the firm, and to help preserve the planet and reduce consumption of materials depleting our supply of natural resources.









# Our **Partners**

**Jurgen Mossack**
Born in Fuerth, Bayern, Germany on March 20, 1948, he studied law at Santa Maria La Antigua University in Panama City where he was awarded a B.A. in Law in 1973. He worked as an attorney in London from 1975 to 1977 and thereafter started what has today become Mossack Fonseca & Co.

He is a member of the International Bar Association, the Society of Trust and Estate Practitioners (STEP), the Panama Bar Association and the International Maritime Association. He has been an active member of the Panamanian Rotary Club for 17 years.

**Ramon Fonseca Mora**
Born in Panama on July 14th, 1952, he studied law at the University of Panama and the London School of Economics. His professional experience includes the United Nations Conference for Trade and Development in Geneva as legal advisor from 1977 to 1982.

He is a writer and has twice been granted Panama's *Miro* National Literary Award. Other endeavors include: Founding director of Mi Banco (micro-credit bank) since 1997; director - Children's Hospital 1995/2005; Advising Minister to the President of the Republic of Panama (Sept. 2009 - May 2011).

**Christoph Zollinger**
Born in St. Gallen, Switzerland on April 3rd, 1969, he studied law at the University of Zurich where he graduated from the School of Law in 1995 (Lic. Iur., LLM 1995). He joined Mossack Fonseca in 1997 and became partner of the Mossfon Group in 2004. As Head of Operations he has been directly involved in the modernization of our internal processes and in the creation of our new technology and communications platform.

He is a member of the Society of Trust and Estate Practitioners (STEP) – Panama Chapter. He also serves as the Ambassador for Special Missions to the Ministry of Foreign Affairs of the Republic of Panama.

MOSSACK FONSECA

MOSSACK FONSECA

FLORIDA

# Contact / Information

*Mossack Fonseca (Headquarters)*
*Mossfon Building*
54th Street, P.O. Box 0832-0886, W.T.C.
Panama, Republic of Panama
Tel: +507 205-5888 / 206-9400
Fax: +507 263-9218
24hr. Service from our Panama Office

| | | |
|---|---|---|
| Bahamas | Geneva | Qingdao |
| Boquete (Panama) | Gibraltar | Samoa |
| Brazil | Guatemala | Seychelles |
| British Anguilla | Hangzhou | Shanghai |
| British Virgin Islands | Hong Kong | Shenzhen |
| Canada | Isle of Man | Singapore |
| Chile | Jersey | Thailand |
| Colombia | Liechtenstein | United Arab Emirates |
| Cyprus | London | Uruguay |
| Czech Republic | Luxembourg | Venezuela |
| Da Lian | Nanjing | Zug |
| Ecuador | Ningbo | Zurich |
| El Salvador | Panama | |
| Florida | Peru | |

Email: mf@mossfon.com
Web: www.mossfon.com
Twitter: @mossfon
Facebook: Mossack Fonseca (official)

8/11/2014 FLORIDA

MF CORPORATE SERVICES INTERNATIONAL

1541 Brickell Avenue - Suite 1806, Miami, Florida 33129, United States of America

Tel : (305) 856-6121
Fax : (305) 856-6122
Email: florida@mossfon.com

EXHIBIT 11

Plaintiff EXHIBIT 11
WITNESS Patricia Amunategui
DATE September 11, 2014
Ellen A. Goldstein, CCR 829

# NEVADA, USA

Nevada is considered one of the best jurisdictions in the United States for the incorporation of companies due to its versatility, low costs and fast service. Nevada Limited Liability Companies (LLCs) can conduct business outside the United States and employ any currency of their choice.

## HIGHLIGHTS OF NEVADA's LIMITED LIABILITY COMPANIES

- Nevada has no state tax, annual franchise tax, inventory tax, estate tax, unified tax, gift tax or taxes for chain store branches.
- Low taxes on property, contributions or payments for occupational accidents and unemployment benefits.
- No taxes levied on offshore and banking transactions.
- No exchange control regulations.
- No capital gains, income or any other kind of tax.
- No requirement to record maximum or minimum capital contributions.
- More than one class of member interests are permitted, which makes for a flexible structure.
- Excellent name availability for company incorporations.
- An LLC can have a perpetual duration.

## HIGHLIGHTS OF NEVADA

- Excellent corporation law.
- No taxes levied on offshore and banking transactions.
- Political and economic stability.

- Serviced by major world airlines.
- Excellent worldwide communication facilities.
- Skilled personnel.

## SOCIAL AND ECONOMIC INDICATORS

- **Location:** Nevada is a Western state, lying in the Great Basin and Plateau section of the United States. It is bordered on the north by Oregon and Idaho. California is to the west and southwest. To the southeast is Arizona, with the Colorado River forming part of the boundary. Nevada's eastern neighbour is Utah.
- **Area:** 110,540 square miles, 485 miles long, 315 miles wide; seventh in size.
- **Population:** 2,758,931 (2013 est.)
- **Climate:** Arid and there is abundant sunshine, light rainfall and snow.
- **Official Language:** English.
- **Government:** Nevada has a bicameral (two houses) Legislature consisting of the Senate and the Assembly. The two houses are jointly designated in the State Constitution as "The Legislature of the State of Nevada".
- **Living Standard:** High.
- **Banking:** Worldwide banking facilities available.
- **Legal Tender:** US Dollar.
- **Industry:** Mining, Construction, Manufacturing, Transportations, Communications & Public Utilities, Trade/ wholesale and Retail, Finance, Insurance and Real Estate.
- **Services:** Hotel, gaming and recreations.

EXHIBIT 12



MOSSACK FONSECA
www.mossfon.com

## NEVADA
**Features of Nevada Limited Liability Companies (LLC'S)**

**BUSINESS TRANSACTIONS**
- LLC's may engage in any lawful business outside the USA and make use of any currency that they may choose.
- Trademark registration.

**TAXATION**
- Nevada has no State tax, no franchise tax, no inventory tax, no inheritance tax, no unitary tax, no gift tax and no chain store tax.
- Low property tax, workers' compensation and unemployment insurance tax.
- Nevada has no IRS information-sharing agreement (there is no exchange of information between the State of Nevada and any other State or Federal agency).
- LLC's Members that conduct no business in the US and have no US source income, deductions, or credits are not subject to US federal income tax, and are not required to file US federal income tax return.
- LLC's could be subject to taxation by the United States of America or its individual states. It may include, trading in, with or through any territory of the USA, opening bank accounts, applying for a federal identification number (EIN), hiring employees or agents, and owning business interests and/or property in the United States of America.
- Minimizing disclosures and filings: the key distinction is keeping separate "U.S. Persons" (the Nevada LLC) and the all "non- U.S. Persons" (the foreign Member). If the U.S. Person has foreign accounts, then it may have to file FBAR disclosures. The non-U.S. Persons remain confidential and do not, simply by virtue of owning an interest in a U.S. entity, have to file or disclose. Only when the non-U.S. Person receives U.S. income should that person file and disclose.
- Obtaining an EIN number does not trigger tax liability on the company or its members. Filing a "zero return" is a very good idea, it puts a deadline on IRS actions and shows compliance with standard industry practice. A single-member LLC is a disregarded entity meaning that the IRS will look directly to the member for payment of taxes due. Without US Income, there is no liability, but if there is US income, then the taxes for that income are payable by the member.
- Layered Nevada LLCs: this arrangement will be successful for limiting liability. However, the member-LLC will be a U.S. Person and will be subject to all the regulations. Any U.S. income will pass thru to the ultimate member. This solution does not have federal tax advantages.

**CAPITAL CONTRIBUTION**
- No need to register a minimum or maximum capital contribution.
- More than one class of Membership interest is allowed, which provides the flexible structuring.

**MANAGERS AND MEMBERS**
- Managers and Members can be either corporate entities or natural persons.
- Initial or ongoing changes in Manager or Member (the latter, if they are handling the management of the LLC) need to be filed at the Secretary of State in Nevada.
- The Manager may grant special or general powers of attorney.
- Register of Manager and Member is required and must be kept at the Registered Office of the LLC.
- The LLC may have one or more Managers, who do not need to be Members.
- One or more persons may form a limited-liability company.
- Managers or Members may be of any nationality and may be residents of any country. The required minimum being one Manager and one Member.
- Managers and Members may hold their meetings in any country and may attend such meetings by proxy.

Plaintiff EXHIBIT 12
WITNESS Patricia Amunategui
DATE September 11, 2014
Ellen A. Goldstein, CCR 829

HEAD OFFICE - ISO 9001 CERTIFIED

**ANNUAL FILING**
- No requirement to file financial statements; nor to hold annual general meetings of Managers or Members.
- The filing of an annual list of Managers or Members is mandatory.

**INCORPORATION AND ADMINISTRATION**
- An LLC may have a perpetual duration.
- Excellent availability of company names for incorporation.
- The words "Limited Liability Company", "Limited Company", or "Limited", or the abbreviations "Ltd.", "L.L.C.", "L.C.", "LLC", or "LC" may be used in a LLC's name. The word "Company" may be abbreviated as "Co."
- Incorporation procedure takes from 10 to 15 days.
- A 24-hour Company Name Reservation Service.

**RECORD KEEPING**
- The books, records and minutes of the company may be kept in any place or country at the Manager's or Member's choice if they are handling the management of the LLC.
- An LLC must keep copy of the following records at its registered office in Nevada: Articles of Organization and amendments (if any),
- Annual list reflecting the Manager(s) or Member(s) and business address,
- Operating agreement,
- Power of attorney (if any),
- Copy of Register of manager(s)
- Copy of Register of member(s).
- An LLC must keep the following records at the office of the Secretary of State in Nevada: Articles of Organization and amendments (if any), details of Resident Agent, Annual list reflecting the Manager(s) or Member(s) and business address.

**REGISTERED OFFICE, CORPORATE SEAL AND LEGALISATION**
- Registered Office in Nevada is required.
- Corporate seal is optional.
- The Apostille is normally used to legalise documentation. Legalisation via a Consulate is also available for some countries.

**COSTS AND FEES**
- Reasonable formation and maintenance costs and fees (US$125.00 for annual list filing of Managers or Members and US$200.00 for Business Licence).

**CONTINUATION (DOMESTICATION)**
- Foreign companies can be speedily continued to Nevada.
- Conversion of a U.S. company from any State to Nevada is allowed.

**USES OF NEVADA LIMITED LIABILITY COMPANIES**
- Sue and be sued, complain and defend, in its name.
- Purchase any real or personal property, or an interest therein, wherever situated.
- Sell, mortgage, pledge, lease, exchange, transfer and otherwise dispose of all or any part of its property and assets.
- Lend money to and otherwise assist its members.
- Deal in and with shares or members' interests.
- Make contracts and guarantees and incur liabilities, borrow money at such rates of interest as the LLC may determine.
- Lend, invest and reinvest its money.
- Conduct its business, carry on its operations and have and exercise the powers granted in any foreign country.
- Appoint managers and agents.
- Cease its activities and surrender its Articles of Organization.
- Exercise all powers necessary or convenient to achieve any of the purposes for which the LLC is organized.

**HIGHLIGHTS OF NEVADA**
- Excellent corporation law.
- Flexible company law.
- No taxes levied on offshore and banking transactions.

HEAD OFFICE - ISO 9001 CERTIFIED

- No exchange control regulations.
- Political and economic stability.
- Serviced by major world airlines.
- Excellent hotel accommodations.
- Excellent worldwide communication facilities.
- Skilled personnel.
- No capital gains, income or any other kind of tax.

**DOCUMENTS REQUIRED TO BE KEPT AT M.F. CORPORATE SERVICES (NEVADA) LIMITED OFFICE, IN ACCORDANCE WITH THE LAW**

- Due diligence documents, as required.
- Articles of Organization and amendments (if any),
- Annual list reflecting the Manager(s) or Member(s) and business address,
- Operating agreement,
- Power of attorney (if any);
- Copy of the Register of Manager reflecting complete name and business address of the Manager(s).
- Copy of the Register of Members reflecting complete name and business address of the Member(s).

**SOCIAL AND ECONOMIC INDICATORS**

| | |
|---|---|
| Location: | Nevada is a Western state, lying in the Great Basin and Plateau section of the United States. It is bordered on the north by Oregon and Idaho. California is to the west and southwest. To the southeast is Arizona, with the Colorado River forming part of the boundary. Nevada's eastern neighbor is Utah. |
| Area: | 110,540 square miles, 485 miles long, 315 miles wide; seventh in size |
| Population: | 2,723,322 (2011 est.) |
| Climate: | Arid and there is abundant sunshine, light rainfall and snow |
| Official Language: | English |
| Government: | Nevada has a bicameral (two houses) Legislature consisting of the Senate and the Assembly. The two houses are jointly designated in the State Constitution as "The Legislature of the State of Nevada". |
| Living Standard: | High |
| Banking: | Worldwide banking facilities available |
| Legal Tender: | US dollar |
| Industry: | Mining, Construction, Manufacturing, Transportations, Communications & Public Utilities, Trade/ wholesale and Retail, Finance, Insurance and Real Estate |
| Services: | Hotel, gaming and recreations |

**M.F. CORPORATE SERVICES (NEVADA) LIMITED.**

HEAD OFFICE · ISO 9001 CERTIFIED

MOSSACK FONSECA

**Mossfon Building, East 54th Street
P.O. Box 0832-0886, W. T. C.
Panama, Republic of Panama
T 011 (507) 205-5888 / 206-9400
F 011 (507) 263-9218 / 263-7914
011 (507) 263-7327
E MF@mossfon.com**

EXHIBIT 13

EXHIBIT 14



KENT P. WOODS, ESQ.
Nevada Bar # 12306
WOODS ERICKSON & WHITAKER LLP
1349 Galleria Drive #200
Henderson, NV 89014
Email: kwoods@woodserickson.com
Tel: (702) 433-9696
Fax: (702) 434-0615
*Attorneys for M.F. Corporate Services (Nevada) Limited and Patricia Amunategui*

**U.S. DISTRICT COURT
FOR THE
DISTRICT OF NEVADA**

NML CAPITAL, LTD.,

Plaintiff,

vs.

THE REPUBLIC OF ARGENTINA,

Defendant.

2:14-cv-00492-JAD-VCF

**DECLARATION OF PATRICIA AMUNATEGUI IN SUPPORT OF M.F. CORPORATE SERVICES (NEVADA) LIMITED AND PATRICIA AMUNATEGUI'S MOTION TO QUASH SUBPOENAS AND/OR FOR PROTECTIVE ORDER**

Patricia Amunategui makes this Declaration pursuant to 28 U.S.C. § 1746:

1. I am Patricia Amunategui, the general manager and sole full-time employee of M.F. Corporate Services (Nevada) Limited ("MF Nevada"). MF Nevada and I are non-parties to this proceeding. I submit this declaration in support of M.F. Nevada's and Patricia Amunategui's Motion to Quash Subpoenas and/or for Protective Order (the "Motion"). I have personal knowledge of the facts set forth herein, and if called upon to do so, would testify thereto. I have reviewed the Motion, and to the best of my knowledge, information, and belief, the factual statements contained therein are true and correct.

2. On or about August 13, 2013, NML Capital, Ltd. ("NML") served a Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action on M.F. Nevada.

Plaintiff EXHIBIT 13
WITNESS Patricia Amunategui
DATE September 11, 2014
Ellen A. Goldstein, CCR 829

Simultaneously, NML served subpoenas on approximately 123 entities for which M.F. Nevada serves as resident agent.

3. The appearance fee check for the August 13 subpoena was unsigned. On August 23, 2013, NML served on M.F. Nevada a new copy of the subpoena (the "Original Subpoena"), with a proper appearance fee check enclosed.

4. M.F. Nevada is a commercial resident agent service. The services it provides also include formation and maintenance of corporations. MF Nevada is an independent service provider to Mossack Fonseca & Co., a law firm based in the Republic of Panama.

5. In response to the Original Subpoena, I produced several thousand pages of documents to NML. I estimate that in preparing these documents for production, I was required to expend approximately forty (40) hours of time. Additionally, I retained the services of an outside contractor to assist in the scanning and conversion of the documents to a producible format and employed the services of a temporary employment agency to obtain assistance. I estimate the total cost of producing documents in response to the Original Subpoena to be approximately $12,000, which amount includes compensation for my time, payments to outside contractors and for temporary help, and certain fees and expenses. This is in addition to time attorney fees incurred by M.F. Nevada with respect to this process.

6. I have reviewed the New MF Subpoena and the Amunategui Subpoena—as those terms are defined in the Motion—and believe that compliance with them would be significantly more burdensome than complying with the Original Subpoena. I have reviewed the list of entities for which documents are demanded under the New MF Subpoena and the Original Subpoena, and they appear to comprise all or substantially all of the corporations for which M.F. Nevada serves as resident agent, in addition to several other entities and individuals. In estimate the total cost of compliance with these subpoenas to exceed $25,000.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated this 10th day of July, 2014.

*_/s/ Patricia Amunategui_*

# EXHIBIT “A”

EXHIBIT “A”

Case 2:14-cv-00492-JAD-VCF   Document 14-10   Filed 07/10/14   Page 5 of 6

Case 2:14-cv-00492-JAD-VCF   Document 14-10   Filed 07/10/14   Page 6 of 6

**Diego Sepúlveda - Corporations**

**From:** World Compliance Corporations
**Sent:** Friday, September 5, 2008 3:08 PM
**To:** Suzy Ramos - Corporations
**Subject:** WORLD CHECK
**Attachments:** Results for search GY??RGY LASZ; GYÃ--RGY LASZ; GYORGY LASZ.pdf

No results found

---

**From:** Suzy Ramos - Corporations
**Sent:** Thursday, September 4, 2008 10:17 AM
**To:** World Compliance Corporations
**Subject:** MR. GYORGY LASZ

Good morning, I am about to carry out a world compliance for Mr. GYÖRGY LASZ.

Thank You,

**Suzy Ramos**
**Corporations**
**MOSSACK FONSECA**
Mossfon Building
54th Street Marbella
P.O Box 0832-0886 W.T.C Panama
Panama, Republic of Panama

Plaintiff EXHIBIT 14
WITNESS Patricia Amunategui
DATE September 11, 2014
Ellen A. Goldstein, CCR 829

**Diego Sepúlveda - Corporations**

**From:** results@worldcompliance.com
**Sent:** Friday, September 5, 2008 3:08 PM
**To:** Mayka Villareal - Corporations
**Subject:** Results for search GY??RGY LASZ
**Attachments:** headerBgBlue.gif; headerBg.gif; groupPanel.gif

WorldCompliance

| Search | GYÖRGY LASZ |
|---|---|
| Reviewed By | Paola Vecchio |
| Company | Mossfon Trust Corporation |
| MatchCount | 0 |
| Date | 9/5/2008 15:7:10 |

Comments:
NO RESULTS FOUND

**Diego Sepúlveda - Corporations**

**From:** World-Check <no-reply@world-check.com>
**Sent:** Friday, September 5, 2008 3:07 PM
**To:** Mayka Villareal - Corporations
**Subject:** GYÃ–RGY LASZ

NO RESULTS FOUND

**USERNAME:** mn1
**SENT:** 05-09-2008 22:06 CET

**NAME:** GYÖRGY LASZ
**MODE:** Part Match

| | | |
|---|---|---|
| **ASZTALOS** | Laszlo Gyorgy | INDIVIDUAL |
| **KIRALY** | Laszlo Gyorgy | INDIVIDUAL |
| **LASZLO** | Gyorgy | INDIVIDUAL |
| **ZSAKAY** | Laszlo Gyorgy | INDIVIDUAL |

**1) General Legal Notice**

* All information identified or correlated in this profile, appears in the listed sources. We are not responsible for the content of third party sites or sources. Information correlated is necessarily brief and should be read by users in the context of the fuller details available in the external sources to which hypertext links are provided. Users should also carry out independent checks in order to verify the information correlated.

**2) Category Legal Notice**

Category is based on information contained in the sources provided.

**3) Reported Link Legal Notice**

Where an individual or entity is listed as being "Reported to be linked to" other profiles, the nature of the links vary considerably and users should not draw negative inferences merely from that association.

You are strictly prevented from disclosing or copying to third parties the content of this database in accordance with our Terms & Conditions. Content is protected by qualified privilege. Legal action will be taken against users that disclose content to third parties other than regulatory and government agencies.

**Diego Sepúlveda - Corporations**

**From:** Mossack Fonseca & Co. (Corporations - Nevada)
**Sent:** Monday, September 8, 2008 3:31 PM
**To:** MF CorpServ (Nevada) Ltd.
**Cc:** Patricia Amunategui - MF CorpServ (Nevada) Ltd
**Subject:** DYNAMIC FITTNESS LLC 1587149 ET/iv/sr

Dear Patricia:

We are referring to the client's instructions for the preparation of 2 powers of attorney in English in favor of the following gentlemen:

GYÖRGY LASZ
TAMÁS MOLNÁR

Attached you will find the models for the powers of attorney; each must be legalized by Apostille.

NEV- STANDARD POWER OF ATT... NEV- STANDARD POWER OF ATT...

**Note that the power of attorney for Tamás Molnár is missing the passport number. I am verifying the exact number and I will confirm.**

Regards,

**Suzy Ramos/Iris Vergara**
**Corporations**
MOSSACK FONSECA
Mossfon Building
54th Street Marbella
P.O Box 0832-0886 W.T.C Panama
Panama, Republic of Panama
(507) 205-5888
(507) 263-7327
Corporate@Mossfon.com
http://www.mossfon.com

**Diego Sepúlveda - Corporations**

**From:** MF CorpServ (Nevada) Ltd.
**Sent:** Monday, September 22, 2008 11:42 AM
**To:** Mossack Fonseca & Co. (Corporations - Nevada)
**Cc:** Patricia Amunategui - MF CorpServ (Nevada) Ltd
**Subject:** RE: DYNAMIC FITTNESS LLC 1587149

Dear Suzy:

It is not a problem we're going to correct the date and then we will replace the page it will be sent today as soon as the corrections are made we will attach them to the case.
Regards

*Patricia Amunategui*

---

**From:** Mossack Fonseca & Co. (Corporations – Nevada) [mailto:nevada-panamaoffice@mossfon.com]
**Sent:** Monday, Septiembre 22, 2008 9:11 AM
**To:** MF CorpServ (Nevada) Ltd.
**Cc:** Patricia Amunategui - MF CorpServ (Nevada) Ltd
**Subject:** DYNAMIC FITTNESS LLC 1587149
**Importance:** High

Dear Patricia:

Please confirm whether the powers of attorney were already sent to the client. I noticed that these have an error in the section on the duration of the power of attorney; this is my error. The power of attorney is valid for 3 years until 2011, not until 2008 as indicated in the documents.

I would greatly appreciate your URGENT confirmation on whether the documents were already picked up by the Courier company.

Regards,

**Suzy Ramos**
**Corporations**
**MOSSACK FONSECA**
Mossfon Building
54th Street Marbella
P.O Box 0832-0886 W.T.C Panama
Panama, Republic of Panama
+ 507 205-5888
+ 507 263-7327
Corporate@Mossfon.com
http://www.mossfon.com

**Diego Sepúlveda - Corporations**

**From:** MF CorpServ (Nevada) Ltd.
**Sent:** Monday, September 22, 2008 1:31 PM
**To:** Mossack Fonseca & Co. (Corporations - Nevada)
**Subject:** RE: DYNAMIC FITTNESS LLC 1587149
**Attachments:** SCAN2911_000.tif

Dear Suzy,

Please find attached the power of attorney with the correct date. In order to attach it to the case, it will be sent to the client today.
Regards,

*Patricia Amunategui*

---

**From:** Mossack Fonseca & Co. (Corporations – Nevada) [mailto:nevada-panamaoffice@mossfon.com]
**Sent:** Monday, September 22, 2008 9:11 AM
**To:** MF CorpServ (Nevada) Ltd.
**Cc:** Patricia Amunategui - MF CorpServ (Nevada) Ltd
**Subject:** DYNAMIC FITTNESS LLC 1587149
**Importance:** High

Dear Patricia:

Please confirm whether the powers of attorney were already sent to the client. I noticed that these have an error in the section on the duration of the power of attorney; this is my error. The power of attorney is valid for 3 years until 2011, not until 2008 as indicated in the documents.

I would greatly appreciate your URGENT confirmation on whether the documents were already picked up by the Courier company.

Regards,

**Suzy Ramos**
**Corporations**
**MOSSACK FONSECA**
Mossfon Building
54th Street Marbella
P.O Box 0832-0886 W.T.C Panama
Panama, Republic of Panama
+ 507 205-5888
+ 507 263-7327
Corporate@Mossfon.com
http://www.mossfon.com

Messrs,
MF CORPORATE SERVCES (NEVADA) LIMITED
520 S. 7th Street, Suite C
Las Vegas, NV 89101

Dear Sirs:

RE: **DYNAMIC FITTNESS LLC**

The undersigned, **KENDE LAW FIRM** (hereinafter referred to as the "client"), do hereby declare the following:

a. **DYNAMIC FITTNESS LLC** does not operate a trade or business in the United States of America. Therefore no EIN has been issued.
b. The member is not US citizen and not US resident.
c. The above information is true, correct and complete.

Dated this 14th October, 2008.

KENDE LAW FIRM
Kende Ügyvédi Iroda
1118 Bp., Villányi út 47.

TRANSLATION MFCS 002135

**Diego Sepúlveda - Corporations**

**From:** MF CorpServ (Nevada) Ltd.
**Sent:** Monday, September 8, 2008 5:27 PM
**To:** Mossack Fonseca & Co. (Corporations - Nevada)
**Cc:** Patricia Amunategui - MF CorpServ (Nevada) Ltd
**Subject:** RE: DYNAMIC FITTNESS LLC 1587149 ET/iv/sr

Dear Suzy:
Many thanks we await Mr. Tamás Molnár's passport number.
Kind Regards

*Patricia Amunategui*

**From:** Mossack Fonseca & Co. (Corporations – Nevada) [mailto:nevada-panamaoffice@mossfon.com]
**Sent:** Monday, September 8, 2008 1:31 PM
**To:** MF CorpServ (Nevada) Ltd.
**Cc:** Patricia Amunategui - MF CorpServ (Nevada) Ltd
**Subject:** DYNAMIC FITTNESS LLC 1587149 ET/iv/sr

Dear Patricia:

We are referring to the client's instructions for the preparation of 2 powers of attorney in English in favor of the following gentlemen:

GYÖRGY LASZ
TAMÁS MOLNÁR

Attached you will find the models for the power of attorney; each must be legalized by Apostille.
Note that the power of attorney for Tamás Molnár is missing the passport number. I am verifying the exact number and I will confirm.

Regards,

**Suzy Ramos/Iris Vergara**
**Corporations**

MOSSACK FONSECA

Mossfon Building
54th Street, Marbella
P.O. Box 0832-0886, W.T.C. Panama
Panama, Republic of Panama

+ 507 205-5888
+ 507 263-7327
Corporate@Mossfon.com

http://www.mossfon.com

TRANSLATION MFCS 002162

Date: 9/10/2014 136 : CopyCenter-LV Time: 5:34:09 PM

# CopyCenter-LV

\\server\name

PSCRIPT Page Separator

EXHIBIT 15

**Mf corp**

**From:** Mónica Ycaza - Peru Representative Office
**Sent:** Friday, November 11, 2005 8:01 PM
**To:** Mossack Fonseca & Co. (Corporations - Nevada)
**Subject:** Arisa Business

Dear Mayka:

The client tells me that he/she needs to enter into a stock purchase agreement with the owner of Arisa Business.
Arisa would buy stock in a Peruvian company.
This needs to be signed by Arisa's representative in Nevada.
Can you give me his details so that the contract can be prepared?

Many thanks!

Mónica
**MOSSFON PERU**

Plaintiff EXHIBIT 15
WITNESS Patricia Amunategui
DATE September 11, 2014
Ellen A. Goldstein, CCR 829

**EXHIBIT 16**

**Mf corp**

**From:** Jost Dex - Luxembourg Rep. Office
**Sent:** Monday, May 22, 2006 7:37 AM
**To:** Patricia Amunategui - MF CorpServ (Nevada) Ltd
**Cc:** Mossack Fonseca & Co. (Corporations - Nevada)
**Subject:** URGENT: NEW INCORPORATION: AGROGLOBE EQUITY LLC

Dear Patricia,

the client made a mistake in the spelling. The correct name should be

# Agroglobe Equity LLC

Thank you and best regards,

MOSSACK FONSECA & CO. (LUXEMBOURG) SARL
Jost Dex

-------- Original Message --------
**Subject:** NEW INCORPORATION: AGROGLOB EQUITY LLC
**Date:** Mon, 22 May 2006 15:16:31 +0200
**From:** Jost Dex <lux.jost@mossfon.com>
**Reply-To:** lux.jost@mossfon.com
**Organization:** Mossack Fonseca & Co. Luxembourg
**To:** MF Nevada Office <nevada@mfcorpserv.com>

# URGENT - URGENT

Dear Patricia,

Please proceed with the incorporation of a new LLC named

**Agroglob Equity LLC**

(In case this name should not be available please use **Intercarn Equity LLC** instead.)

with the following features:

- speedy incorporation service at extra charge (please confirm incorporation asap)
- manager: ALDYNE LTD.
- member: GAIRNS LTD.
- capital: standard

Details for a POA will be sent later.

Plaintiff EXHIBIT 16
WITNESS Patricia Amunategui
DATE September 11, 2014
Ellen A. Goldstein, CCR 829

PLEASE CONFIRM WHEN THE DOCUMENTS WILL LEAVE NEVADA!

Thank you and best regards,

MOSSACK FONSECA & CO. (LUXEMBOURG) SARL
Jost Dex

-------- Original Message --------
**Subject:** **Order request for a Nevada LLC**
**Date:** Mon, 22 May 2006 14:42:06 +0200
**From:** Kacsoh Gabor (Experta-Lux) <Gabor.Kacsoh@experta.lu>
**To:** Jost Dex <jost@mossfon.lu>
**CC:** Jacoby Myriam (Experta-Lux) <Myriam.Jacoby@experta.lu>, Kettmann Guy (Experta-Lux) <Guy.Kettmann@experta.lu>, Schroeder Sylviane (Experta-Lux) <Sylviane.Schroeder@experta.lu>

Dear Mr. Dex:

We would kindly like to place an order for a Nevada LLC company to be established on an expedited basis.

The company's name should read **Agroglob Equity LLC**, but if that name is not available, then **Intercarn Equity LLC.**

Could you please inform me of the company's address and the name of the company's manager as expeditiously as possible?

Many thanks for your efforts.

Kind regards,

**Gabor Kacsoh**
Experta Corporate and Trust Services S.A.
Tel.: +352 269255-4095
Fax: +352 269255-3642
E-mail: gabor.kacsoh@experta.lu
Web: www.experta.lu

---

**From:** Jost Dex [mailto:jost@mossfon.lu]
**Sent:** Monday, May 22, 2006 11:09 AM
**To:** Kacsoh Gabor (Experta-Lux)
**Subject:** NEVADA LLCs

Hi Mr. Kacsoh,

Please find below the details on Nevada LLCs. As you can see our people in Panama even work during the night from Sunday to Monday...

Please be advised that we do not have any company available in our office, at this time. However, the following companies are from the stock of our Nevada Office:

**EXTON INTERNATIONAL LLC**
**EVERINA HOLDINGS LTD.**

Kindly note, that copy of this message is being sent to our Nevada Office in order to obtain their confirmation on the availability of these companies.

Please be advised that the Manager is **ALDYNE LTD.** and the Member **GAIRNS LTD.** both registered at

Suite 13, First Floor,
Oliaji Trade Centre
Francis Rachel Street
Victoria, Mahe
Seychelles

Kind regards,

MOSSACK FONSECA & CO. (LUXEMBOURG) SARL
Jost Dex

Tel: +352 / 349 888-1
Fax: +352 / 349 889
Email: jost@mossfon.lu

---

An electronic message is not binding on its sender.

Any message referring to a binding engagement must be confirmed in writing and duly signed.

---

EXHIBIT 17

---------------------
An electronic message is not binding on its sender.
Any message referring to a binding engagement must be confirmed in writing and duly signed.
---------------------

**Mf corp**

**From:** Mossack Fonseca & Co. (Corporations - Nevada) [nevada-panamaoffice@mossfon.com]
**Sent:** Wednesday, January 10, 2007 12:54 PM
**To:** Mossack Fonseca & Co. (Uruguay)
**Cc:** Patricia Amunategui - MF CorpServ (Nevada) Ltd
**Subject:** BANFORD PROPERTIES LLC./ 1402351/ET/iv
**Attachments:** Annual list 2007.pdf

Dear Lorena:

Following are answers to the client's questions:

1. With respect to the power of attorney, we'd be grateful if they could provide us with full details and a copy of the designated agent's passport. We also need confirmation as to whether it would be legalized by Apostille in Nevada and whether they would want to opt for expedited processing (approximately 36 hrs once the Secretary of State has received the request) at an additional cost of US$75.00.

The cost is as follows:

| | |
|---|---|
| Our fee | US$175.00 |
| Legalization expenses | US$70.00 |
| Courier | US$45.00 |
| Expedited processing (optional) | US$75.00 |

Turnaround time for standard processing is approximately 7 to 10 working days.

2. With respect to the change of Manager, the new Manager must send us the signed annual list form. I'm attaching it for your convenience. It can take between 2 and 4 weeks to register this document. The cost is as follows:

| | |
|---|---|
| Our fee | US$280.00 |
| Registration fees | US$125.00 |
| Expedited processing (optional) | US$75.00 |

We look forward to hearing from you.

Kind regards,

Iris Vergara
**MOSSACK FONSECA & CO.**
Phone: Tel.: (507) 205-5888
Fax: Fax.: (507) 263-7327
E-mail: nevada-panamaoffice@mossfon.com
General e-mail: MF@mossfon.com
Website: www.mossfon.com

Plaintiff EXHIBIT 17
WITNESS Patricia Amunategui
DATE September 11, 2014
Ellen A. Goldstein, CCR 829

**From:** Mossack Fonseca & Co. (Uruguay)
**Sent:** Wednesday, January 10, 2007 11:30 AM
**To:** Mossack Fonseca & Co. (Corporations - Nevada)
**Cc:** Patricia Amunategui - MF CorpServ (Nevada) Ltd

**Subject:** FW: BANFORD PROPERTIES LLC.

Dear Iris and Patricia:

Good morning!

Please address the client's question and send us your comments. Thank you.

Regards,

*Licda. Lorena Miranda*
***p/Mossack Fonseca & Co. (Uruguay) S.A.***
*Edificio Tupi*
*Juncal 1305, Of. 902*
*C. P. 11.000*
*Montevideo - URUGUAY*
*Tel: (598) 2 916 0588*
*Fax: (598) 2 916 0642*
*e-mail: uruguay@mossfon.com*
*Web page: www.mossfon.com*

Thank you for selecting Mossack Fonseca & Co. to meet your corporate needs
**Our office in Panama will be closed on Tuesday, January 9, 2007. Service will resume on Wednesday, January 10, 2007.**

---

**From:** Clara Capote [mailto:ccapote@estudiobianchi.com.uy]
**Sent:** Wednesday, January 10, 2007 1:27 PM
**To:** 'Licda. Lorena Miranda - Mossack Fonseca & Co. (Uruguay) S.A. '
**Cc:** vespel@estudiobianchi.com.uy
**Subject:** BANFORD PROPERTIES LLC.

Dear Lorena,

1) We need you to please inform us of the steps and documentation necessary for effecting a change of representative, together with the costs and time involved.

The company currently has ALDYNE LTD. as Manager and José Miguel Piaggio as Designated Agent.

It is necessary to replace Piaggio with another person provided by the client.

2) Please inform us what steps and documentation would be necessary in the event that it is also necessary to replace the Manager of the company with an individual provided by the client who would no doubt be the new agent, although in that case a modification of the Manager would perhaps make a power of attorney unnecessary, since the administration of the company would be in the hands of that person.
Please also inform us about costs and time.

I look forward to hearing from you.

Many thanks,
**Clara Capote**
ccapote@estudiobianchi.com.uy

Estudio Bianchi
Telefax (005982) 401.69.52 - 402.57.16 - interno 208
Avda. 18 de Julio 2037 oficina 101
Montevideo - Uruguay
CP. 11.200

**Mf corp**

**From:** Mossack Fonseca & Co. (Corporations - Nevada)
**Sent:** Thursday, August 04, 2005 5:47 PM
**To:** Mossack Fonseca & Co. (Uruguay)
**Subject:** BANFORD PROPERTIES LLC / CASE 1252031 (10608/120558/ET/kg)

**Attachments:** NEV - POWER OF ATTORNEY GENERAL with expiration date.doc; Letter of Undertaking.doc

Dear Odile:

We've taken note of the acquisition of the company in question.

With respect to the client's request, we can confirm the following:

1. Please note that our manager is appointed starting on the date of incorporation of the LLC (i.e. April 20, 2005)

2. Please note that we require the following information/documentation in order to go ahead and issue the power of attorney.

    - Copy of the designated agent's passport
    - Activities to be carried out by the LLC (we note that it will be a shareholder in a Uruguayan company).

    Meanwhile, we enclose a model of the Power of Attorney to be issued and legalized (dated August 1, 2005) for approval by the client.

NEV - POWER OF
.TTORNEY GENERA.

3. I would be grateful if you could confirm whether or not the legalization of the Power of Attorney should be processed directly in Nevada and whether expedited service is required (additional charges apply).

4. Letter of undertaking duly signed by the client in which the latter undertakes to inform us in the event that the blank endorsement we have signed on the reverse of the Membership Certificate is completed.

Letter of
ndertaking.doc (34 .

We await your instructions.

Kind regards,

Edison E. Teano
Tel.: (507) 263-8899, 264-2322

Fax.: (507) 263-7327
e-mail: nevada-panamaoffice@mossfon.com

---

**From:** Mossack Fonseca & Co. (Uruguay)
**Sent:** Thursday, August 04, 2005 8:42 AM
**To:** Mossack Fonseca & Co. (Corporations - Nevada)
**Subject:** RV: LLCS DE RESERVA/ ESTUDIO BIANCHI- 10608/ET/iv
**Importance:** High

Dear Mayka,
I'm forwarding you the email from the client which is self-explanatory.
I await your comments,
Odile
-----Original Message-----
**From:** Verónica Espel - Estudio Bianchi [mailto:vespel@estudiobianchi.com.uy]
**Sent:** Thursday, August 4, 2005 10:38 AM
**To:** 'Mossack Fonseca & Co. (Uruguay) S.A.'
**CC:** bianchi@adinet.com.uy
**Subject:** FW: RESERVE LLCS / BIANCHI LAW FIRM - 10608/ET/iv
**Importance:** High

Good morning, Odile.
They confirmed the Nevada company **"BANFORD PROPERTIES LLC"** for us.
The board of directors shall be supplied by yourselves and the appointment must take effect on August 1, 2005.
They must also grant a general power of attorney empowering the designated agent to act on behalf of the company.

The details of the designated agent are as follows:
JOSE MIGUEL PIAGGIO MAZZARA
Uruguayan Identity Card No. 1.957.917-3
Domicile: Tomás Diago 607 apartamento 301

The LLC will be shareholder of a Uruguayan company.
ALL THE DOCUMENTATION MUST BE DULY LEGALIZED BY APOSTILLE AND SENT TO MONTEVIDEO WITH THE GREATEST POSSIBLE URGENCY.

Many thanks,
**Verónica Espel**
vespel@estudiobianchi.com.uy
Estudio Bianchi
Telefax (005982) 401 69 52 - 402 57 16
-----Original Message-----
**From:** Mossack Fonseca & Co. (Uruguay) S.A. [mailto:uruguay@mossfon.com]
**Sent:** Friday, July 29, 2005 5:35 PM
**To:** Verónica Espel - Estudio Bianchi
**Subject:** FW: RESERVE LLCS / BIANCHI LAW FIRM - 10608/ET/iv
Ok
Odile
-----Original Message-----
**From:** Verónica Espel - Estudio Bianchi [mailto:vespel@estudiobianchi.com.uy]
**Sent:** Friday, July 29, 2005 17:18
**To:** 'Mossack Fonseca & Co. (Uruguay) S.A.'

**Subject:** FW: RESERVE LLCS / BIANCHI LAW FIRM - 10608/ET/iv

Odile,

We need you to please keep the Nevada company "BANFORD PROPERTIES LLC" reserved.

Many thanks.
**Verónica Espel**
vespel@estudiobianchi.com.uy
Estudio Bianchi
Telefax (005982) 401 69 52 - 402 57 16

-----Original Message-----
**From:** Mossack Fonseca &Co. (Uruguay) S.A. [mailto:uruguay@mossfon.com]
**Sent:** Friday, July 29, 2005 1:14 PM
**To:** Estudio Bianchi
**Subject:** FW: RESERVE LLCS / BIANCHI LAW FIRM - 10608/ET/iv

Dear Jorge:

I can confirm that the following LLC (currently in Panama) was released and will be reserved for you together with ARISA BUSINESS until August 3, 2005:

| NAME OF THE LLC | DATE OF INCORPORATION |
|---|---|
| **BANFORD PROPERTIES LLC** | **April 20, 2005** |

I await your instructions.

Regards,

Odile Frederick

**Therly Ramirez - Corporations**

| | |
|---|---|
| **:om:** | World-Check <no-reply-world-check@thomsonreuters.com> |
| **Sent:** | miércoles, 12 de junio de 2013 05:19 a.m. |
| **To:** | Enma Rojas - Corporations |
| **Subject:** | NECMI ALPER SUMER |

Comment

no results found.

**USERNAME:** mn1
**SENT:** 12-06-2013 10:19 UTC

**NAME:** NECMI ALPER SUMER
**MODE:** Exact Match

There are no entries matching the above search criteria.

**1) General Legal Notice**

All information identified or correlated in this profile, appears in the listed sources. We are not responsible for the content of third party sites or sources. Information correlated is necessarily brief and should be read by users in the context of the fuller details available in the external sources to which hypertext links are provided. Users should also carry out independent checks in order to verify the information correlated.

**2) Category Legal Notice**

Category is based on information contained in the sources provided.

**3) Reported Link Legal Notice**

Where an individual or entity is listed as being "Reported to be linked to" other profiles, the nature of the links vary considerably and users should not draw negative inferences merely from that association.

You are strictly prevented from disclosing or copying to third parties the content of this database in accordance with our Terms & Conditions. Content is protected by qualified privilege. Legal action will be taken against users that disclose content to third parties other than regulatory and government agencies.

Plaintiff EXHIBIT 18
WITNESS Patricia Amunategui
DATE September 11, 2014
Ellen A. Goldstein, CCR 829

## Therly Ramirez - Corporations

**om:** World-Check <no-reply-world-check@thomsonreuters.com>
**Sent:** miércoles, 12 de junio de 2013 05:20 a.m.
**To:** Enma Rojas - Corporations
**Subject:** EMRE KUZUBASIOGLU

Comment
no results found.

**USERNAME:** mn1
**SENT:** 12-06-2013 10:19 UTC

**NAME:** EMRE KUZUBASIOGLU
**MODE:** Exact Match

There are no entries matching the above search criteria.

**1) General Legal Notice**

All information identified or correlated in this profile, appears in the listed sources. We are not responsible for the content of third party sites or sources. Information correlated is necessarily brief and should be read by users in the context of the fuller details available in the external sources to which hypertext links are provided. Users should also carry out independent checks in order to verify the information correlated.

**2) Category Legal Notice**

Category is based on information contained in the sources provided.

**3) Reported Link Legal Notice**

Where an individual or entity is listed as being "Reported to be linked to" other profiles, the nature of the links vary considerably and users should not draw negative inferences merely from that association.

You are strictly prevented from disclosing or copying to third parties the content of this database in accordance with our Terms & Conditions. Content is protected by qualified privilege. Legal action will be taken against users that disclose content to third parties other than regulatory and government agencies.

## Therly Ramirez - Corporations

**rom:** World-Check <no-reply-world-check@thomsonreuters.com>
**Sent:** miércoles, 12 de junio de 2013 05:20 a.m.
**To:** Enma Rojas - Corporations
**Subject:** SERHAT FIRAT

Comment
no results found.

**USERNAME:** mn1
**SENT:** 12-06-2013 10:19 UTC

**NAME:** SERHAT FIRAT
**MODE:** Exact Match

There are no entries matching the above search criteria.

**1) General Legal Notice**

All information identified or correlated in this profile, appears in the listed sources. We are not responsible for the content of third party sites or sources. Information correlated is necessarily brief and should be read by users in the context of the fuller details available in the external sources to which hypertext links are provided. Users should also carry out independent checks in order to verify the information correlated.

**2) Category Legal Notice**

Category is based on information contained in the sources provided.

**3) Reported Link Legal Notice**

Where an individual or entity is listed as being "Reported to be linked to" other profiles, the nature of the links vary considerably and users should not draw negative inferences merely from that association.

You are strictly prevented from disclosing or copying to third parties the content of this database in accordance with our Terms & Conditions. Content is protected by qualified privilege. Legal action will be taken against users that disclose content to third parties other than regulatory and government agencies.

| Search | NECMI ALPER SUMER |
|---|---|
| Reviewed By | Paola Vecchio |
| Company | Mossack Fonseca & Co. |
| Match count | 0 |
| Date | 12-June-2013 05:23 AM |

Comments:

no results found.

| Search | EMRE KUZUBASIOGLU |
|---|---|
| Reviewed By | Paola Vecchio |
| Company | Mossack Fonseca & Co. |
| Match count | 0 |
| Date | 12-June-2013 05:24 AM |

Comments:

no results found.

| Search | SERHAT FIRAT |
|---|---|
| Reviewed By | Paola Vecchio |
| Company | Mossack Fonseca & Co. |
| Match count | 1 |
| Date | 12-June-2013 05:25 AM |

Comments:

no results found.

| | M | Names | Country | Position | Class | ID | PIC | AKA | Rel |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 80% | Eren, Murat Serhat | Turkey | Member of Uşak Province Municipal Council (2009 - 2014) | PEP | | | | |

## Therly Ramirez - Corporations

**rom:** Miguel Díaz - Mossfon Geneva
**Sent:** miércoles, 12 de junio de 2013 09:46 a.m.
**To:** Patricia Amunategui - MF CorpServ (Nevada) Ltd
**Subject:** EASTFER INTERNATIONAL LLC - 2154697 - MD

Dear Patricia,

For the Nevada company EASTFER INTERNATIONAL LLC, the client wishes to know if we can confirm the authenticity of the validity of business licence from official company registration page of Nevada.

Is there a webpage link, so the client can verify himself?

Please we need urgently a reply today.

Kind Regards,

Miguel Díaz

Mossack Fonseca & Co. (Geneva) S.A.
MOSSACK FONSECA
4, rue Micheli-du-Crest
1205 - Geneva
Switzerland
'el. +4122 809 5020
. ax. +4122 809 5030
www.mossfon.com

We value your feedback!

WeCare@mossfon.com

**Mf corp**

**From:** Mossack Fonseca & Co. (Corporations - Nevada) [nevada-panamaoffice@mossfon.com]
**Sent:** Monday, October 29, 2007 12:30 PM
**To:** Mossack Fonseca & Co. (Peru Representative)
**Cc:** MF CorpServ (Nevada) Ltd.
**Subject:** INCORPORATION OF A NEVADA LLC/1493916/ET/iv/oo

Good Afternoon:

This is in reference to your instructions.

We are confirming that we will move forward with the incorporation of the LLCs, regarding MURRIEL TRADING LLC PERMANEL INVESTMENT LIMITED, both will be incorporated with Aldyne Ltd., as Manager.

We will keep you updated.

Kind Regards,

**Oneissa Osorio**
**Corporations**

MOSSACK 30 FONSECA

Mossfon Building
54th Street, Marbella
P.O. Box 0832-0886, W.T.C. Panama
Panama, Republic of Panama
+ 507 205-5888
507 263-7327
Corporate@Mossfon.com
http://www.mossfon.com

---

**From:** Mónica Ycaza - Peru Representative Office
**Sent:** Monday, October 29, 2007 12:30 PM
**To:** MF CorpServ (Nevada) Ltd.; Mossack Fonseca & Co. (Corporations - Nevada)
**Cc:** Mossack Fonseca & Co. (Peru Representative)
**Subject:** Re: INCORPORATION OF A NEVADA LLC/1493916/ET/iv/oo

Dear Patricia,

The client wants to incorporate PERMANEL INVESTMENT LIMITED with the new manager (ALDYNE). Please proceed to incorporate ASAP!!

Can we also make MURRIEL with ALDYNE and the other two with PLASCOT??

I look forward to hearing your comments.
Warm regards,

Mónica de Ycaza
**MOSSFON PERU**

-------Original Message-------
**From:** Mf corp

Plaintiff EXHIBIT 19
WITNESS Patricia Amunategui
DATE September 11, 2014
Ellen A. Goldstein, CCR 829

**To:** 'Mossack Fonseca & Co. (Corporations - Nevada)'; 'Mónica Ycaza - Peru Representative Office'
**Cc:** 'Mossack Fonseca & Co. (Peru Representative)'
**Sent:** Monday, October 29, 2007 12:10 PM
**Subject:** RE: INCORPORATION OF A NEVADA LLC/1493916/ET/iv/oo

Dear Monica:

We are confirming that the names proposed below are currentely available in the jurisdiction of Nevada, we await your instructions.
Regards

*Patricia Amunategui*

---

**From:** Mossack Fonseca & Co. (Corporations - Nevada) [mailto:nevada-panamaoffice@mossfon.com]
**Sent:** Friday, October 26, 2007 7:39 AM
**To:** Mónica Ycaza - Peru Representative Office
**Cc:** Mossack Fonseca & Co. (Peru Representative); MF CorpServ (Nevada) Ltd.
**Subject:** INCORPORATION OF A NEVADA LLC/1493916/ET/iv/oo

Dear Monica:

The LLCs in our stock are incorporated with PLASCOT LIMITED as manager, if you agree we can request the verification of the four (4) names below for subsequent incorporation as shelf for the Peru stock.

Please note that we can appoint ALDYNE LTD. to one of them, as Manager, please indicate which one, we will appoint PLASCOT to the others.

MURRIEL TRADING LLC
PERMANEL INVESTMENT LIMITED
MAKALA ENTREPRISES LTD.
GUBAY CONSULTANTS LIMITED

We look forward to the aproval of the names to proceed with their verification.

Kind Regards,

**Oneissa Osorio**
**Corporations**
MOSSACK 30 FONSECA
Mossfon Building
54th Street, Marbella
P.O. Box 0832-0886, W.T.C. Panama
Panama, Republic of Panama
+ 507 205-5888
507 263-7327
Corporate@Mossfon.com
http://www.mossfon.com

---

**From:** Mónica Ycaza - Peru Representative Office
**Sent:** Thursday, October 25, 2007 04:30 PM
**To:** Mossack Fonseca & Co. (Corporations - Nevada)
**Cc:** Mossack Fonseca & Co. (Peru Representative); MF CorpServ (Nevada) Ltd.

**Subject**: Re: FULLTECH INVESTMENTS LLC

Hi Iris,

JESPER and GIRANDELL are reserved.

The thing is that we want one LLC with a manager other than FULLTECH.
Which could it be??

YES, we need more shelfs!!! but with another manager!!

Warm regards,

Monica
**MOSSFON PERU**

-------Original Message-------
**From:** Mossack Fonseca & Co. (Corporations - Nevada)
**To:** Mónica Ycaza - Peru Representative Office
**Cc**: Mossack Fonseca & Co. (Peru Representative); MF CorpServ (Nevada) Ltd.
**Sent:** Wednesday, October 24, 2007 12:15 PM
**Subject**: FULLTECH INVESTMENTS LLC

Dear Monica:

According to our records Mossfon Peru has two LLCs:

JESPER EQUITIES LLC from May 2, 2007, and
GIRANDELL TRADING LTD., from September 20, 2007

Aditionally, we have the LLC, OLVEX CAPITAL LTD., which was incorporated for your stock; however, it was sent to Panama. Please confirm if your client is interested in OLVEX, so that we can send it to you as soon as we receive instructions on its sale.

I am also attaching our listing of available LLCs in Panama, if your client is interested in any of them we can send it to you; meanwhile, please let me know which one we should reserve for you.

Also, please confirm if we should proceed to incorporate 3 more shelfs for you.

Kind Regards,

**Iris Vergara**
**Corporations**
MOSSACK 30 FONSECA
Mossfon Building
54th Street, Marbella
P.O. Box 0832-0886, W.T.C. Panama
Panama, Republic of Panama
+ 507 205-5888
507 263-7327
Corporate@Mossfon.com
http://www.mossfon.com