**From:** Mónica Ycaza - Peru Representative Office
**Sent:** Wednesday, October 24, 2007 12:07 AM
**To:** MF CorpServ (Nevada) Ltd.
**Cc:** Mossack Fonseca & Co. (Corporations - Nevada); Mossack Fonseca & Co. (Peru Representative)
**Subject:** RE: FULLTECH INVESTMENTS LLC

Many thanks dear Patricia!

We have already sold FULLTECH and LYNIS (we will be providing instructions as soon as we receive the documents from the clients); therefore the only one I have left is PURPLE.

Do you have other names?
Because the client who purchased FULLTECH needs another one!

Warm regards,
Monica

MOSSFON PERU

------ Original Message ------
**From:** MF corp
**To:** 'Monica de Ycaza'
**Cc:** NevadaPanamaOffice@Mossfon.com ; Peru@mossfon.com
**Sent:** Monday, October 22, 2007 3:06 PM
**Subject:** RE: FULLTECH INVESTMENTS LLC

Dear Monica

I will be sending your office the shelf(s) that are ready other than FULLTECH INVESTMENTS LLC
LYNUS OVERSEAS LTD.
PURPLE HOLDINGS LLC
Most of our recent incorporations have PLASCOTT LIMITED as manager, I'm waiting for corporations to give me other instructions in this regard.
Regards

*Patricia Amusátegui*

**From:** Mónica de Ycaza [mailto:DeYcaza@mossfon.com]
**Sent:** Monday, October 22, 2007 9:12 AM
**To:** MF corp
**Cc:** NevadaPanamaOffice@Mossfon.com ; Peru@mossfon.com
**Subject:** Re: FULLTECH INVESTMENTS LLC

Hi Patricia,

Then I need other names for companies that are ready (recent ones) and that have another manager, so that the client can choose the second company.

Many thanks!
Warm regards,

Monica

MOSSFON PERU

TRANSLATION MFCS 00583

---

------ Original Message ------
**From:** MF corp
**To:** 'Monica de Ycaza'
**Cc:** NevadaPanamaOffice@Mossfon.com ; Peru@mossfon.com
**Sent:** Monday, October 22, 2007 4:27 AM
**Subject:** RE: FULLTECH INVESTMENTS LLC

Dear Monica:
This company has PLASCOTT LIMITED as manager, we await your instructions.
Regards

*Patricia Amusátegui*

**From:** Mónica de Ycaza [mailto:DeYcaza@mossfon.com]
**Sent:** Sunday, October 21, 2007 9:44 PM
**To:** NEVADA Patricia Amunátegui MOSSFON
**Cc:** NevadaPanamaOffice@Mossfon.com ; Peru@mossfon.com
**Subject:** FULLTECH INVESTMENTS LLC

Dear Patricia and Iris,

We have sold the company FULLTECH INVESTMENTS LLC

We need to know the name of the manager company so that the client can choose another NEVADA company but with a different manager.

Thank you very much!

Mónica de Ycaza
MOSSFON PERU

TRANSLATION MFCS 00584

EXHIBIT 22

**Emerith De León - Executive Assistant**

**From:** Patricia Amunategui - MF CorpServ (Nevada) Ltd
**Sent:** Friday, August 4, 2006 9:43 p.m.
**To:** 'Odile Frederick'; Mossack Fonseca & Co. (Corporations - Nevada)
**Subject:** RE: HUSTON MANAGEMENT LTD

Dear Odile:

We're pleased to inform you that we have personally left the package at DHL for the aforementioned company, courier # 889991 4883, we're not 100% certain that it will actually go out today, but we've done all we can to send it today.

Regards

*Patricia Amunategui*

**From:** Odile Frederick [mailto:mossfon@adinet.com.uy]
**Sent:** Friday, August 04, 2006 12:45 PM
**To:** MF&Co. - Corporations (Nevada)
**Cc:** Patricia Amunategui - MF CorpServ (Nevada) Ltd
**Subject:** HUSTON MANAGEMENT LTD

Dear Iris,

Our client Estudio Damiani has confirmed the acquisition of the aforementioned company.

Please coordinate with the Nevada office to ensure that you dispatch it without fail to our Montevideo office today.

I look forward to hearing from you.

**Odile Frederick**
**MOSSACK FONSECA & CO.**
Juncal 1305, oficina 902
Montevideo, Uruguay
Tel.: +598-2 916-0588
Fax: +598-2 916-0842
email: uruguay@mossfon.com

PLAINTIFF'S EXHIBIT
WITNESS: Patricia Amunategui
DATE: September 11, 2014
Ellen A. Goldstein, CCR 829

TRANSLATION MFS 004065

EXHIBIT 23

**Mf corp**

| | |
|---|---|
| From: | MF&Co. - Corporations (Nevada) (Nevada-PanamaOffice@Mossfon.com) |
| Sent: | Tuesday, November 30, 2004 11:04 AM |
| To: | Joel Dax - Luxembourg Rep. Office |
| Cc: | Patricia Amunategui - MF CorpServ (Nevada) Ltd |
| Subject: | MEDINVEST LLC - 1166071/ETIW |
| Importance: | High |

Dear Mr. Dax:

We refer to your e-mail dated 28th November 2004.

We have reviewed the Form W-9 and we understand that it is a form that is completed by persons who basically carry on activities in the US. In fact, in order to file this form the LLC must obtain an Individual Taxpayer Identification Number (ITIN) through its Manager or Member. As you are aware in cases like this whether the LLC will have any connection with the IRS and/or with activities connected to USA, Mossfon does not provide the Manager and or Member services.

Please confirm us the reason the client would like us to complete the Form W-9 and whether the LLC will carry activities or will have any connection in the USA.

Best regards,

Edison Teano
**MOSSACK FONSECA & CO.**
TELS: (507) 263-8899 / 264-2322
FAX: (507) 263-7327
E-mail nevada-panamaoffice@mossfon.com
General e-mail: MF@mossfon.com

Good news!!! A 24-hour service is being provided by our Panama office as well as a night service at our BVI office from 23:30 (BVI local time) on. You may contact us anytime by telephone, e-mail or fax. We will be happy to assist you. For more information about these schedules, please visit our website at www.mossfon.com.

---

| | |
|---|---|
| From: | Joel Dax - Luxembourg Rep. Office |
| Sent: | Friday, November 26, 2004 6:06 AM |
| To: | MF&Co. - Corporations (Nevada) |
| Subject: | INFO: MEDINVEST |
| Importance: | High |

Dear friends,

please find attached documents received today from my client, kindly inform me whether you could sign these documents or not. What would it imply if documents are signed?

The client informed me that he would need two sets signed.

11/30/2004

PLAINTIFF
EXHIBIT
WITNESS Patricia Amunategui
DATE September 17, 2014
Ellen A. Goldstein, RDR #23
23

11/30/2004

12/1/2004

Thank you and best regards,
Joël Dexi
MOSSACK FONSECA & CO. (LUXEMBOURG) S.A.R.L.

## Mf corp

| From: | Lugano Representative Office |
| Sent: | Wednesday, December 01, 2004 11:52 AM |
| To: | MF&Co. - Corporations (Nevada) |
| Subject: | Williamson-Nevada |
| Importance: | High |

| Jurisdiction | Company Name | File Number | Date of Reg. | IBO/NUC |
|---|---|---|---|---|
| NEV | WILLIAMSON INTERNATIONAL LO | 120144 | 06-MAR-03 | LLC9336-03 |

In connection with the above company, will the manager Fergus International SA issue:

1- one resolution, not legalised nor apostilled, bearing date 11 Feb 2004, revoking to power of attorney issued on 4 July 2003 in favour of the company Wintour SA, Niue Ibc # 008886;

2- one resolution, not legalised nor apostilled, bearing date 11 Feb 2004, revoking to power of attorney issued on 8 March 2003 in favour of Mr. Charles Kalopung.

Pls. confirm your delivery of documents by weekly-courier.

Kind regards,
De Girardi,
Lugano

**Mf corp**

**From:** Jost Dex [jost@mossfon.com]
**Sent:** Thursday, November 18, 2004 2:31 AM
**To:** Mf corp
**Subject:** RE: NEW INCORPORATION: MEDINVEST LLC

Dear Patricia,

I thought that when we order a standard incorporation that you would have a standard program.

The client asks for our members and managers, I assume that this answers the question regarding the contributions and number of membership certificates. Legalisation and expedite fee are is not needed.

Thank you and best regards,

MOSSACK FONSECA & CO. (LUXEMBOURG) SARL
Jost Dex

-----Original Message-----
**From:** Mf corp [mailto:Nevada@mfcorpserv.com]
**Sent:** Thursday, November 18, 2004 3:26 AM
**To:** Jost Dex
**Cc:** Nevada-PanamaOffice@mossfon.com
**Subject:** RE: NEW INCORPORATION: MEDINVEST LLC

Dear Jost:

Thanks for your e mail below. I am pleased to inform you that the names requested are available.

To proceed with this incorporation I appreciate you confirmation as follows;

Name: **MEDINVEST LLC**
Manager, Member and their complete address in the event that it is not our nominees
Amount of Contributions
Number of Membership Certificates
Legations needed
Expedite fee required ( Yes or Not)
If other instruction apply
I look forward to hear from you
Kindly

*Patricia Amaya*

-----Original Message-----
**From:** Jost Dex [mailto:Jost@mossfon.com]
**Sent:** Wednesday, November 17, 2004 8:08 AM
**To:** Mf Nevada Office
**Subject:** NEW INCORPORATION: MEDINVEST LLC

Dear Patricia,

Please proceed with the incorporation of an LLC named

MEDINVEST LLC

alternative names: MEDINVEST GROUP LLC or MEDINVEST MANAGEMENT LLC

I will confirm to you later how to issue the POA.

Our client for this company is Mr. Sergio Lorenzi.

Thank you and best regards,

MOSSACK FONSECA & CO. (LUXEMBOURG) SARL
Jost Dex

## Mf corp

| From: | Joel Dau - Luxembourg Rep. Office |
| --- | --- |
| Sent: | Sunday, January 30, 2005 7:25 AM |
| To: | MF&Co. - Corporations (Nevada) |
| Subject: | MEDINVEST LLC |

Dear friends,

kindly ...

... send us a Certificate of Incumbency for ALDYNE LTD. with special articles stating ...

... that Yvette Rogers has sole signature right for ALDYNE LTD.
... that the signature hereafter is the own, true and proper handwriting of Yvette Rogers

... return the document via weekly courier

Thank you and best regards,

**MOSSACK FONSECA & CO. (LUXEMBOURG) SARL**
Joel Dau

1/31/2005

---

## Mf corp

| From: | Joel Dau [luz.joel@mossfon.com] |
| --- | --- |
| Sent: | Wednesday, January 19, 2005 12:01 AM |
| To: | MF Nevada Office |
| Cc: | PA Nevada Department |
| Subject: | URGENT: MEDINVEST LLC |
| Importance: | High |

Dear Patricia,

kindly ...

• ... print out the attached POA (simply add the signature line as I don't know who will sign for ALDYNE)
• ... have the POA signed
• ... have the document legalised via Apostille (exactly the same procedure as for the first two POAs)
• ... return the document once completed by courier to MF Luxembourg Office

Do you think we could receive the POA before the end of January?

Thank you and best regards,

**MOSSACK FONSECA & CO. (LUXEMBOURG) SARL**
Joel Dau

1/19/2005

## Mf corp

**From:** MF&Co. - Corporations (Nevada)
**Sent:** Thursday, December 16, 2004 3:02 PM
**To:** Joel Dax - Luxembourg Rep. Office
**Cc:**
**Subject:** REQUEST FOR NEVADA COMPANY FROM CLIENT CIBC- Case 117/114/MEN

Dear Mr. Dax:

Thanks for your e-mail below.

As per Mrs. Escobar's instructions, the argument you can give to the client is that the LLCs and companies we incorporate and sale are for commercial activities. On the other hand, we are not experts in this matter and therefore, the client will have to look for the advice of a Nevada solicitor since these matters must be well ruled in USA. We do not even know if a LLC can be used for the client's purposes.

We hope the above may help.

I take this opportunity to inform you that we are waiting for your instructions in regard to MEDINVEST LLC (please refer to our comments through the CIS).

Best regards,

Iris Vergara

12/22/2004

---

## Mf corp

**From:** Joel Dax [lux.joel@mossfon.com]
**Sent:** Monday, November 22, 2004 6:48 AM
**To:** MF Nevada Office
**Cc:** PA Nevada Department
**Subject:** URGENT!: MEDINVEST LLC

Dear Patricia,

PLEASE KEEP ALL THE DOCUMENTS ON HOLD. DO NOT SEND THE COURIER YET!

My client has some additional requests for more documents and we are sorting out what is still required. Once all is clear I will send you those new instructions and you may send all documents in one courier.

-----Original Message-----
**From:** Joel Dax
**Sent:** Friday, November 19, 2004 9:59 AM
**To:** MF Nevada Office
**Cc:** PA Nevada Department
**Subject:** MEDINVEST LLC

Dear Patricia,

further to the instruction to incorporate the subject LLC please find hereafter instructions regarding the issuance of two POAs:

**First PoA**
In favour of Mr. Pierre HAMEL, 50 rue des Premiers, L 2343 Cents, Luxembourg
- to enter into a fiduciary agreement with BIM Fiduciaria e di Revisione SpA ("Fiduciaria"), Via Gramsci, 7 - 20121 Torino with the purpose to take over and holding a controlling stake in the equity of EXTE SRL, Via I Maggio, no. 108 - 20152 Busto Arsizio (Varese);
- to sign all the necessary deeds, documents and forms as well as to perform all the necessary acts that Fiduciaria considers necessary for the execution of the fiduciary agreement;
- this PoA is to be maintained with the Fiduciaria without any maturity, if not CANCELLED by the Directors.

**Second PoA**
In favour of Mrs. Cesarina CERANA, Via Orazio Flaco no. 37 - 21052 Busto Arsizio (Varese)
- to open and operate a bank account with BIM (SUISSE) S.A., Lugano, Switzerland

These both PoAs need to be legalised via Apostille.

Also please send photocopy of passports of the LLC managing director showing validation and apostille.
Thank you and best regards,

Joel Dax

MOSSACK FONSECA & CO. (LUXEMBOURG) SARL

11/22/2004

Mf corp

**From:** Joel Dax [lux.joel@moselion.com]
**Sent:** Monday, December 06, 2004 1:29 AM
**To:** Mf corp
**Cc:** PA Nevada Department
**Subject:** RE: URGENT: MEDINVEST LLC

Dear Patricia,

The draft was relayed to my client for approval. I will revert to you with the answer soonest.

Yes, the passport of the manager needs to be legalised via Apostille.

Thank you and best regards,
Joel Dax

-----Original Message-----
**From:** Mf corp [mailto:Nevada@mfcorpserv.com]
**Sent:** Saturday, December 04, 2004 1:09 AM
**To:** Joel Dax
**Cc:** PA Nevada Department
**Subject:** RE: URGENT: MEDINVEST LLC

MOSSACK FONSECA & CO. (LUXEMBOURG) SARL
Joel Dax

Dear Jost:

Enclosed please find draft of the Power of attorney in favour of Mr. Pierre HAMEL for your approval.

Also please confirm you will need a copy of the passport legalized by Apostille of the manager.

Best regards

Patricia Amavizgui

-----Original Message-----
**From:** Joel Dax [mailto:lux.joel@moselion.com]
**Sent:** Monday, November 22, 2004 6:46 AM
**To:** Mf Nevada Office
**Cc:** PA Nevada Department
**Subject:** URGENT: MEDINVEST LLC

Dear Patricia,

PLEASE KEEP THE DOCUMENTS ON HOLD, DO NOT SEND THE COURIER YET!

My client has some additional requests for more documents and we are sorting out what is still required. Once all is clear I will send you those new instructions and you may send all documents in one courier.

12/6/2004

-----Original Message-----
**From:** Joel Dax
**Sent:** Friday, November 19, 2004 9:58 AM
**To:** Mf Nevada Office
**Cc:** PA Nevada Department
**Subject:** MEDINVEST LLC

Dear Patricia,

further to the instruction to incorporate the subject LLC please find hereafter instructions regarding the issuance of two POAs:

First POA
in favour of Mr. Pierre HAMEL, 59 rue des Pommiers, L 2343 Cents, Luxembourg
- to enter into a fiduciary agreement with BIM Fiduciaria e di Revisione SpA ("Fiduciaria"), Via Gramsci, 7 - 20121 Torino with the purpose to take over and holding a controlling stake in the equity of EXTE SRL Via I Maggio, no. 106 - 20152 Busto Arsizio (Varese)
- to sign all the necessary deeds, documents and forms as well as to perform all the necessary acts that Fiduciaria considers necessary for the execution of the fiduciary agreement.
- this POA is to be maintained with the Fiduciaire without any maturity, if not CANCELLED by the Directors.

Second POA
in favour of Mrs. Cesarina GERANA, Via Orazio Flaco no. 37 - 21052 Busto Arsizio (Varese)
- to open and operate a bank account with BIM (SUISSE) S.A., Lugano, Switzerland

These both POAs need to be legalised via Apostille.

Also please send photocopy of passports of the LLC managing director showing validation and apostille.

Thank you and best regards,
Joel Dax

MOSSACK FONSECA & CO. (LUXEMBOURG) SARL

12/6/2004

**Mf corp**

| | |
|---|---|
| From: | Jost Dex [jost@mossfon.com] |
| Sent: | Monday, December 13, 2004 7:56 AM |
| To: | Mf Nevada Office |
| Cc: | PA Nevada Department |
| Subject: | URGENT: MEDINVEST LLC |
| Importance: | High |

# URGENT:

Hi Patricia,

NEW INSTRUCTIONS FROM MY CLIENT...

Please send the corporate documents which are already compiled (except for the POAs) by DHL courier directly to this address:

Sergio Lorenzi
Banca Intermobiliare
Via Meravigli, 4
20123 Milano, Italy
Tel. 0039 02 77 19 10 11 (business)

Kindly send copies of these documents and also of the POAs (not yet legalised) to my office via email.

The POAs once they have been legalised should be sent by separate courier to MF Luxembourg Office.

Thank you and best regards,

**MOSSACK FONSECA & CO. (LUXEMBOURG) SARL.**
Jost Dex

-----Original Message-----
**From:** Jost Dex
**Sent:** Monday, December 13, 2004 8:52 AM
**To:** Mf corp
**Subject:** RE: URGENT: MEDINVEST LLC

Dear Patricia,

please send all the documents in one package.

Just a private issue you are reading in Las Vegas, correct? Did you ever meet there Steffi Graf, our German tennis legend? She &ncd live there with her family and husband Andrè Agassi.

Best regards,

**MOSSACK FONSECA & CO. (LUXEMBOURG) SARL.**
Jost Dex
Tel. +352 / 348 888-1

12/13/2004

---

Fax: +352 / 348 889

Dear Jost:

Enclosed please find the documents of MEDINVEST LLC.

I will proceed with the legalizations by Apostille of the Power of Attorney.

In reference with the time frame there is between 7 to 10 working days but I remind you that in between of this incorporation were two holidays.

Please confirm if I wait for the legalizations to send the Corporate Kit all together. In case I send them separately I will incur in an extra courier.

Best regards

*Patricia Amendigi*

-----Original Message-----
**From:** Jost Dex [mailto:cu_Jost@mossfon.com]
**Sent:** Friday, December 10, 2004 6:07 AM
**To:** Mf Nevada Office
**Cc:** PA Nevada Department
**Subject:** FW: URGENT: MEDINVEST LLC

Dear Patricia,

The client approved the attached version. Kindly proceed.

The client complained that between his original request (and our order) and the actual incorporation date almost three weeks elapsed... Is this a regular time frame?

Kindly indicate when the documents will leave Nevada.

Thank you and best regards,

-----Original Message-----
**From:** Jost Dex [mailto:cu_Jost@mossfon.com]
**Sent:** Monday, December 06, 2004 10:28 AM
**To:** Mf corp
**Subject:** RE: URGENT: MEDINVEST LLC

**MOSSACK FONSECA & CO. (LUXEMBOURG) SARL.**
Jost Dex

12/13/2004

Dear Patricia,

The draft was relayed to my client for approval. I will revert to you with the answer soonest.

Yes, the passport of the manager needs to be legalised via Apostille.

Thank you and best regards,
Jost Dex

MOSSACK FONSECA & CO. (LUXEMBOURG) SARL

-----Original Message-----
From: Mf corp [mailto:Nevada@mfcorpserv.com]
Sent: Saturday, December 04, 2004 1:09 AM
To: Jost Dex
Cc: 'PA Nevada Department
Subject: RE: URGENT: MEDINVEST LLC

Dear Jost:

Enclosed please find draft of the Power of attorney in favour of Mr. Pierre HAMEL for your approval.

Also please confirm you will need a copy of the passport legalized by Apostille of the manager.

Best regards

Patricia Amaridge

-----Original Message-----
From: Jost Dex [mailto:jdex@mossfon.com]
Sent: Monday, November 22, 2004 6:46 AM
To: Mf Nevada Office
Cc: PA Nevada Department
Subject: URGENT: MEDINVEST LLC

Dear Patricia,

PLEASE KEEP THE DOCUMENTS ON HOLD. DO NOT SEND THE COURIER YET!

My client has some additional requests for more documents and we are sorting out what is still required. Once all is clear I will send you those new instructions and you may send all documents in one courier.

-----Original Message-----
From: Jost Dex
Sent: Friday, November 19, 2004 9:58 AM
To: Mf Nevada Office
Cc: PA Nevada Department
Subject: MEDINVEST LLC

12/13/2004

Dear Patricia,

further to the instruction to incorporate the subject LLC please find hereafter instructions regarding the issuance of two POAs:

First PoA
in favour of Mr. Pierre HAMEL, 50 rue des Prommiers, L 2343 Cents, Luxembourg
- to enter into a fiduciary agreement with BIM Fiduciaria e d Revisione SpA ("Fiduciaria"), Via Grammel, 7 - 20121 Torino with the purpose to take over and holding a controlling stake in the equity of EXTE SRL, Via il Maggio no. 10/B - 20152 Busto Arsizio (Varese);
- to sign all the necessary deeds, documents and forms as we as to perform all the necessary acts that Fiduciaria considers necessary for the execution of the fiduciary agreement;
- this PoA is to be maintained with the Fiduciaria without any maturity, if not CANCELLED by the Directors.

Second PoA
in favour of Mrs. Cesarina CERANA, Via Orazio Flaco no. 37 - 21052 Busto Arsizio (Varese)
- to open and operate a bank account with BIM (SUISSE) S.A., Lugano, Switzerland

These both POAs need to be legalised via Apostille.

Also please send photocopy of passports of the LLC managing director showing validation and apostille.
Thank you and best regards,

MOSSACK FONSECA & CO. (LUXEMBOURG) SARL
Jost Dex

12/13/2004

EXHIBIT 24

STOCK OF 2006 NEVADA SHELF COMPANIES -- 1256298 (ET/iv)    Page 1 of 4

**Mf corp**

**From:**    Mossack Fonseca & Co. (Corporations -- Nevada) [nevada-panamaoffice@mossfon.com]
**Sent:**    Thursday, January 12, 2006 7:46 AM
**To:**    Mossack Fonseca & Co. (Uruguay); Patricia Amunrategui -- MF CorpServ (Nevada) Ltd
**Cc:**    Mossack Fonseca & Co. (Corporations -- Nevada)
**Subject:**    STOCK OF 2006 NEVADA SHELF COMPANIES -- 1256298 (ET/iv)

Dear Patricia :

Please incorporate:
[checkmark] OVILLE GROUP LLC (legalized by Apostille)
[checkmark] HILLBAY MANAGEMENT LLC (copies legalized by Uruguayan Cons.)

The Manager/Member will be ALDYNE/ GAIRNS.

Regards,

Iris Vergara
**MOSSACK FONSECA & CO.**
E-mail nevada-panamaoffice@mossfon.com
General e-mail: MF@mossfon.com

**From:**    Mossack Fonseca & Co. (Uruguay)
**Sent:**    Thursday, January 12, 2006 10:46 AM
**To:**    Mossack Fonseca & Co. (Corporations -- Nevada)
**Subject:**    RE: STOCK OF 2006 NEVADA SHELF COMPANIES -- 1256298 (ET/iv)

That's perfect Iris.
Regards,
Ollie

-----Original Message-----
**From:** Mossack Fonseca & Co. (Corporations -- Nevada) [nevada-panamaoffice@mossfon.com]
**Sent:** Wednesday, January 11, 2006 7:40 PM
**To:** Mossack Fonseca & Co. (Uruguay)
**Cc:** Patricia Amunrategui -- MF CorpServ (Nevada) Ltd
**Subject:** STOCK OF 2006 NEVADA SHELF COMPANIES -- 1256298 (ET/iv)

Dear Ollie:

Please confirm whether you have any preference on names. Otherwise we will request the
availability and incorporation of two (2) of these names:

**OVILLE GROUP LLC**
**HILLBAY MANAGEMENT LLC**
**YALE HOLDINGS LTD.**

Thank you for your prompt reply.

1/12/2006

EXHIBIT 24
WITNESS Patricia Amunrategui
DATE September 11, 2014
Ellen A. Goldstein, CCR 235

STOCK OF 2006 NEVADA SHELF COMPANIES – 1256298 (ET/iv)          Page 2 of 4

and I look forward to your instructions.

Regards,

Iris Vergara
MOSSACK FONSECA & CO.
E-mail: iris@panamaoffice@mossfon.com
General e-mail: MF@mossfon.com

From: Mossack Fonseca & Co. (Uruguay)
Sent: Wednesday, January 11, 2006 11:09 AM
To: Mossack Fonseca & Co. (Corporations – Nevada)
Subject: FOLLOWUP IRIS / STOCK OF 2006 NEVADA SHELF COMPANIES – 1256298 (ET/iv)

Dear Iris,

Your suggestion seems perfect. Incorporate 2 by Apostille and one by Uruguay. We will be sending the aforementioned companies in the next courier.

Regards,
Odile

-----Original Message-----
From: Mossack Fonseca & Co. (Corporations – Nevada) [nevada-panamaoffice@mossfon.com]
Sent: Tuesday, January 10, 2006 7:33 PM
To: Mossack Fonseca & Co. (Uruguay)
Subject: STOCK OF 2006 NEVADA SHELF COMPANIES – 1256298 (ET/iv)

Dear Odile:

In reference to the foregoing exchange:

Thank you for your comments with regard to Nevada. If you agree, we would appreciate it if you would confirm the names you prefer so that we may go ahead and verify them, in this case we will proceed with the incorporation of:

a) One LLC legalized by Apostille
b) The other with copies of the documents legalized by the Uruguayan Consulate as we have been doing.

As you will note, the stock approved for Uruguay is 3 LLCs. According to our records, the following LLCs, HALLKYN GROUP LLC and OLDEMAR TRADING LLC, which were legalized pursuant to option b), were not sold, and therefore we suggest that the stock be varied for 2006, in other words: two (2) legalized by Apostille, option a), and one using option b), with copies of the documents legalized by the Uruguayan Consulate since, as you will understand, the legalization expenses are non-recoverable for each LLC that is not sold with those characteristics.

At this time I would also ask you to return to us the two aforementioned LLCs,

TRANSLATION MFCS 006488

STOCK OF 2006 NEVADA SHELF COMPANIES – 1256298 (ET/iv)          Page 3 of 4

and I await your instructions on the stock for 2006.

Cordial regards,

Iris Vergara
MOSSACK FONSECA & CO.
E-mail: iris@panamaoffice@mossfon.com
General e-mail: MF@mossfon.com

From: Mossack Fonseca & Co. (Corporations – Nevada)
Sent: Monday, December 5, 2005 11:27 AM
To: Mossack Fonseca & Co. (Uruguay)
Subject: STOCK OF 2006 NEVADA SHELF COMPANIES – 1256298 (ET/yp/cw)

Dear Odile:

In reference to our November 7, 2005 message:

In this regard, we would appreciate it if you would confirm whether you agree with the number of companies to be incorporated in the jurisdictions of Nevada, Bahamas, Uruguay, Samoa, Seychelles and Panama for 2006.

We look forward to your comments and your suggestions for names in order to proceed to search for availability.

Regards,

Mireilla Tuñón

Companies Department

**Our office in Panama will be closed on Thursday, December 8, 2005. We will resume work on Friday, December 9, 2005 according to our usual schedule.**

From: Mossack Fonseca & Co. (Corporations – BVI)
Sent: Monday, November 7, 2005 4:46 AM
To: Mossack Fonseca & Co. (Uruguay)
Subject: STOCK OF 2006 BVI SHELF COMPANIES – 1256298 (ET/yp/cw)

Dear Odile:

As we do each year, we are organizing the incorporation of reserves

TRANSLATION MFCS 006489

for our various jurisdictions. We are pleased to inform you that the Partners have approved the following stock for your office for 2006, as listed below:

| JURISDICTION | STOCK APPROVED | STOCK FOR THE BEGINNING OF THE YEAR |
|---|---|---|
| SAMOA | 1 | 1 |
| BAHAMAS | 1 | 1 |
| SCHELLES [sic] | 2 | 1 |
| PANAMA | 20 | 12 |
| NEVADA | 3 | 2 |
| URUGUAY | 3 | 2 |

We would appreciate it if you would confirm whether the stock approved for this year suits your needs. Otherwise, we would appreciate receiving your suggestions in order to evaluate them.

We remind you that each reserve represents an investment for Mossack Fonseca & Co.; therefore, we are trying to limit the number of reserves to be incorporated.

If you are in agreement with the stock approved and have available the names of the companies to be incorporated, please contact the appropriate office directly so that they may verify whether the desired names are available for incorporation.

We look forwards to your instructions.

Best regards,

Edison Teano

Tel. (507) 263-8899, 264-2322

Fax: (507) 263-7327

email: bahamas-panamaoffice@mossfon.com

[Logo]

1/12/2006

TRANSLATION MFCS 006490

EXHIBIT 25

FW: PANAMANIAN COMPANIES (1247/ET/miv) VERY URGENT

companies listed below are reserved for you until November 18, 2004.

ALANSVILLE OVERSEAS S.A. incorporated on November 19, 2003

RALEIGH ENTERPRISES INC. incorporated on November 20, 2003

The cost to acquire each one of these companies is US$1,870.00.

We look forward to your comments/instructions on this matter.

Best regards,

**Mayka Villarreal    Verna Lee de Nelson**

COMPANIES DEPARTMENT

**From:** Morelia Jaspe -- Venezuela Rep. Office
**Sent:** Saturday, November 13, 2004 4:13 AM
**To:** MF&Co. -- Corporations (Panama)
**Subject:** F.A. 50 PANAMANIAN COMPANIES
**Importance:** High

Dear Verna:

Please, we urgently need two Panamanian companies
from the year 2003, a client needs them with the utmost urgency.

Thank you very much,

Morelia Jaspe
Mosston de Venezuela C.A.

11/18/2004

PLAINTIFF'S EXHIBIT 25
WITNESS: Vanessa Kilmoyer
DATE: September 17, 2019
Ellen A. Goldstein, CSR 827

TRANSLATION MFCS 005025

EXHIBIT 25

MF corp

Page 1 of 1

From: Mossack Fonseca & Co. (Corporations - Nevada) [nevada-panama@mossfon.com]
Sent: Tuesday, June 10, 2008 12:59 PM
To: MF Corp'dom (Nevada), LLC
Cc: Mossack Fonseca & Co. (Peru Representative)
Subject: IZALCO TRADING LLC/ Caso 1091595
Attachments: IZALCO TRADING poder.doc; IZALCO TRADING res.doc

Dear Patricia:

I'm attaching the power of attorney and the resolution.

Please proceed in accordance with the instructions from our office in Peru following standard procedure.

Please refer to the case for dispatching instructions.

Regards,

Iris Vergara
Corporations

MOSSACK ✕ FONSECA

Mossack Building
54th Street, Marbella
P.O. Box 0832-0886, WTC, Panama
Panama, Republic of Panama
☎ + 507 205-5888
🖷 + 507 263-7327
✉ nevada-panama@mossfon.com
http://www.mossfon.com

Dear Sirs,

We require the following for this company:

1 - Original power of attorney in Spanish, duly APOSTILLED in the name of MARCO ANDRES AVILA RODAS, Ecuadorian, holder of citizenship card 0102183800-3.

Copy the model power of attorney utilized for WESTMINE MANAGEMENT.

2 - APOSTILLED certificate of good standing.

BEFORE PROCEEDING WITH THE ORIGINAL, PLEASE SEND THE FINAL DRAFT SO THAT THE CLIENT CAN GIVE HIS/HER FINAL OK.

Best regards,
Susana Kam

6/10/2008

EXHIBIT 2-6

[signature] Plurife
WITNESS: Patricia Amoretti
DATE: September 11, 2014
Ellen A. Goldstein, CCR 829

TRANSLATION MFCS 004533

credit; open and/or close bank accounts, whether checking accounts, savings accounts and, generally, all types of accounts legally permitted in banking, financial or insurance institutions in the country, state or sovereign territory in which this power of attorney is exercised; make fixed-term or indefinite deposits, pledge or deposit securities in custody and withdraw them as many times as necessary, open safe deposit boxes and manage them without any limitation or restriction whatsoever, issue checks drawn on checking accounts belonging to the LLC, on either debit or credit balances, cash and endorse checks issued on behalf of the LLC, enter into loan agreements on the checking account with or without specific guarantees, establish mortgages or pledges of any kind by settling the terms and conditions, order payments and charges debited to the applicable accounts of the LLC, post bonds with or without mortgage on the assets of the LLC as collateral.

And generally exercise the broadest and fullest representation of the LLC before banks, financial institutions and insurance companies without the slightest restriction or limit, as well as perform all those commercial, financial and banking operations that the aforementioned financial intermediaries may perform with their clients in accordance with the laws regulating them on the basis of the territory in which this Power of Attorney is being exercised (in Peru: the Ley General de Instituciones Bancarias, Financieras y de Seguros [General Law of Banking, Financial and Insurance Institutions] together with their regulatory, supplementary, amending and related standards) and the pertinent provisions of the public body or bodies entrusted with supervising the aforementioned financial intermediaries (the Superintendencia de Banca y Seguros [Superintendency of Banking and Securities - SBS] and/or the Banco Central de Reserva [Central Reserve Bank - BCR] in Peru); exercise all those commercial and financial powers that are compatible with the authority and powers received and with legal provisions, as well as comply with those responsibilities individually conferred by the constituent company by granting special powers in his/her favor.

SEVEN: Carry out all administrative formalities and/or procedures necessary to request and obtain the

TRANSLATION MFCS 004525

share capital, member shares, bonds, coupons, mortgages, obligations, securities, promissory notes, payment orders, acceptances, bills of exchange and evidence of debt issued or created by other corporations, limited companies or associations, whether public, private, municipal or of any corporate entity or issued by any state, province, municipality, city or political subdivision of the countries in which the present power of attorney is enforceable.

FIVE: Enter into all types of company or association agreements on behalf and in representation of the LLC granting the present Power of Attorney, as well as constitute any type of legal entity, and also participate as a shareholder or partner in those already in existence. Represent the LLC before those executive and/or administrative bodies of legal entities of any type or nature, such as, but not limited to, General Shareholders' Meetings (ordinary and/or special), obligatory or voluntary, general or universal), General Partners' Meetings, Boards of Directors, etc. Therefore, by these presents the LLC authorizes the Designated Agent to exercise — on its behalf and representation — all those rights, powers and privileges of ownership, including the right to vote, challenge, waive rights and exercise any other rights that may be applicable, with respect to any shares, bonds and/or securities owned or held by the LLC, and may to this end personally exercise the right to vote inherent in those securities. In addition, he/she may serve as director and/or officer in any corporation or company in which the LLC has an interest.

Contribute money and assets owned by the LLC in the event of increases in capital or the constitution of companies or other types of legal entities, with sufficient authority and powers to act as signatory — on behalf and in representation of the LLC granting this Power of Attorney — on all those private and public documents required for that purpose.

SIX: Accept, issue, guarantee, endorse and deduct bills of exchange, vouchers, promissory notes and any other credit instrument or mortgage

documents, encumbrances and/or liens; encumber, exchange, bail, loan or use, pledge or mortgage any personal property or real estate that may belong to or be owned by the LLC now or in the future, of any type or nature, whether in cash or by installments, agreeing on the conditions of payment and any other clauses and conditions as they see fit.

With respect to the real estate that may be owned by the LLC now or in the future, it is clearly established in these presents that the Designated Agent is expressly empowered to take all steps and carry out all formalities and/or procedures that are required and are necessary to regularize all demolitions, constructions, building, modifications and/or extensions that have been carried out, or may in the future be carried out on the aforementioned properties, at municipal and/or registry level. For these purposes, the Designated Agent enjoys the fullest powers to submit all reports and/or forms required before the competent bureaus, directorates and/or agencies of local government and/or the competent Public Registry Offices, and, generally, to carry out all kinds of formalities, actions and/or procedures before the competent municipal and/or registry authorities that are necessary to regularize the situation of the aforementioned properties and, with respect to these, to empower him/her to be a signatory and/or sign all documents that are necessary to ensure that the aforementioned formalities, actions and/or procedures conclude in a manner satisfactory to the interests of the LLC.

THREE: Lease or sublease assets on behalf of the LLC, and/or lease or sublease assets belonging to the LLC, for a fixed or indefinite term, and, should it be necessary, evict (dispossess) lessees, and settle or request the settlement of any lease agreements that may have been entered into.

FOUR: Buy and sell all types of assets and rights on behalf of the LLC, in public auctions, whether by court order or otherwise, on exchanges of any type, for those prices and under the terms and conditions that he/she deems appropriate, being authorized to sell, acquire, purchase in that way or in any other the

The **LLC** authorizes and empowers the Designated Agent in order that this Power of Attorney be acknowledged in his/her name and as an act and instrument of the **LLC** and in order that it may be entered and registered in the appropriate office and registry and so that he/she may secure the fulfilment of any other act or item of any kind that may be required or necessary to authenticate and give full effect to this Power of Attorney as fully and as effectively as would the **LLC** itself.

Dated June 10, 2008.

Signed by

[signature]

**Patricia Veronica Amuategui – Deputy Secretary**

On behalf of **ALOTEK LTD.** – Administrator

**ACKNOWLEDGMENT**

STATE OF NEVADA )
                  ) SS
COUNTY OF CLARK )

On this 10th day of June 2008, before me the undersigned, a Notary Public in and for said County and State, personally appeared Patricia Veronica Amuategui, known to me or proved to me to be the person described in and who executed the foregoing instrument who acknowledged to me that she executed the same freely and voluntarily and for the purpose therein mentioned.

[signature]

Notary Public in and for said
County and State

KATIE VESCO
Notary Public State of Nevada
No. 04-89067-1
My appt. exp. Nov 21, 2008

TRANSLATION MFCS 004528



**SECRETARY OF STATE**

**STATE OF NEVADA**

**APOSTILLE**

(Convention de La Haye du 5 octobre 1961)

1. Country United States of America
This public document

2. has been signed by KATIE VESCO
3. acting in the capacity of NOTARY PUBLIC STATE OF NEVADA
4. bears the seal/stamp of KATIE VESCO
CERTIFIED
5. at Carson City, Nevada, U.S.A.
6. the TWELFTH DAY OF JUNE, 2008
7. by Ross Miller, Secretary of State, State of Nevada, U.S.A.
8. Number 110735
9. Seal/Stamp:          10. Signature:

Ross Miller
Secretary of State

R. DELLA PIETRA
Certification Clerk

TRANSLATION MFCS 004529

**RESOLUTION OF THE ADMINISTRATOR**

**OF**

**IZALCO TRADING LLC**

Limited Liability Company of Nevada

In accordance with Article 6 of the Operating Agreement of IZALCO TRADING LLC (the "LLC"), the undersigned, ALDYNE LTD., being the sole administrator of the LLC, by these presents resolves as follows:

1. To hereby grant a Power of Attorney in favor of **MARCO ANDRES AVILA RODAS**, Ecuadorian, identified by Ecuadorian citizenship card 0102183903.

2. To hereby authorize Patricia Annantegui, Deputy Secretary of **ALDYNE LTD.**, Administrator of the LLC, so that on its behalf she may grant the aforementioned power of attorney in favor of **MARCO ANDRES AVILA RODAS**, Ecuadorian, identified by Ecuadorian citizenship card 0102183903.

Signed this tenth day of June, 2008.

On behalf of ALDYNE LTD. — Administrator

[signature]
PATRICIA AMUNATEGUI
Deputy Secretary

TRANSLATION MFCS 004530

---

**SECRETARY OF STATE**

**STATE OF NEVADA**

**CERTIFICATE OF EXISTENCE**
**WITH STATUS IN GOOD STANDING**

I, ROSS MILLER, the duly elected and qualified Nevada Secretary of State, do hereby certify that I am, by the laws of said State, the custodian of the records relating to filings by corporations, non-profit corporations, corporation soles, limited-liability companies, limited partnerships, limited-liability partnerships and business trusts pursuant to Title 7 of the Nevada Revised Statutes which are either presently in a status of good standing or were in good standing for a time period subsequent of 1976 and am the proper officer to execute this certificate.

I further certify that the records of the Nevada Secretary of State, as the date of this certificate, evidence, IZALCO TRADING LLC, as a limited liability company duly organized under the laws of Nevada and existing under and by virtue of the laws of the State of Nevada since October 26, 2006, and is in good standing in this state.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on June 16, 2008.

ROSS MILLER
Secretary of State

By: [signature]
Certification Clerk

TRANSLATION MFCS 004531



SECRETARY OF STATE

STATE OF NEVADA

**APOSTILLE**

*(Convention de La Haye du 5 octobre 1961)*

1. Country: *United States of America*

   This public document

2. has been signed by JOANN LARSON

3. acting in the capacity of CERTIFICATION CLERK

4. bears the seal/stamp of STATE OF NEVADA

   CERTIFIED

5. at *Carson City, Nevada, U.S.A.*

6. the SIXTEENTH DAY OF JUNE, 2008

7. by ROSS MILLER, *Secretary of State, State of Nevada, U.S.A.*

8. 20080161*J*L

9. Seal/Stamp:

10. Signature:

By: _____
Amanda Carey

ROSS MILLER
Secretary of State

TRANSLATION MFCS 004532

---

Page 1 of 1

**Mf corp**

| | |
|---|---|
| **From:** | Mossack Fonseca & Co. (Corporations – Nevada) |nevada-panama@offshore.com| |
| **Sent:** | Tuesday, June 10, 2008 12:59 PM |
| **To:** | Mf Corp&nv (Nevada) Ltd. |
| **Cc:** | Mossack Fonseca & Co. (Peru Representative) |
| **Subject:** | IZALCO TRADING LLC Cases 1681696 |
| **Attachments:** | IZALCO TRADING poder.doc; IZALCO TRADING res.doc |

Dear Patricia:

I'm attaching the power of attorney and the resolution.

Please proceed in accordance with the instructions from our office in Peru following standard procedure.

Please refer to the case for dispatching instructions.

Regards,

**Iris Vergara**
**Corporations**

MOSSACK FONSECA

Mossfon Building
East 54th Street, Marbella
P.O. Box 0832-0886, W.T.C. Panama
Panama, Republic of Panama
☎ + 507 264-0499
🖷 + 507 263-7327
✉ Corporations@mossfon.com
http://www.mossfon.com

**From:** Mossack Fonseca & Co. (Peru Representative)
**Sent:** Thursday, June 05, 2008 11:18 AM
**To:** Mossack, Fonseca & Co. (Corporations – Nevada)
**Subject:** IZALCO TRADING LLC

Dear Sirs,

We require the following for this company:

1 – Original power of attorney in Spanish, duly APOSTILLED in the name of MARCO ANDRES AVILA RODAS, (Ecuadorian, holder of citizenship card 0102138360-3.

Copy the model power of attorney utilized for WESTMINE MANAGEMENT.

2 – APOSTILLED certificate of good standing.

BEFORE PROCEEDING WITH THE ORIGINAL, PLEASE SEND THE FINAL DRAFT SO THAT THE CLIENT CAN GIVE HIS/HER FINAL OK.

Best regards,
Susana Kam

6/10/2008

TRANSLATION MFCS 004533

IZALCO TRADING LLC/1414823/ETI/vdco

Page 1 of 2

**Mf corp**

| | |
|---|---|
| **From:** | Mossack Fonseca & Co. (Corporations - Nevada) [nevada-panama@offshore@mossfon.com] |
| **Sent:** | Monday, February 19, 2007 6:54 AM |
| **To:** | Patricia Amunategui - Mf CorpServ (Nevada) Ltd |
| **Cc:** | Mossack Fonseca & Co. (Peru Representative) |
| **Subject:** | IZALCO TRADING LLC/1414823/ETI/vdco |
| **Attachments:** | Affidavit Spanish.doc; English- Spanish resolution for issuance of the POA.doc; POder SPA.doc |

Dear Patricia:

This is in connection with the instructions from our offices in Peru.

Please proceed with the attached instructions. Please organize this as necessary together with the requested Certificate of Good Standing.

<<Affidavit Spanish.doc>> <<English- Spanish resolution for issuance of the POA.doc>> <<Poder SPA.doc>> [SPA POA.doc]

Please don't hesitate to contact us with any questions or queries.

Regards,

**Chelsea Osorio**
**Corporations**

Morelon Building
54th Street, Marbella
P.O. Box 0832-0886, W.T.C. Panama
Panama, Republic of Panama
☎ + 507 205-5888
🖷 + 507 263-9218
✉ Corporations@Nevada.com
http://www.mossfon.com





Dear Patricia and Iris,

The client has approved the model power of attorney; only one small correction has been made to the enclosed model (highlighted in red), to the name and number of the documents.

Please go ahead and issue it.

From: Mónica Ycaza - Peru Representative Office
Sent: Monday, February 19, 2007 12:08 a.m.
To: Patricia Amunategui - Mf CorpServ (Nevada) Ltd
Cc: Mossack Fonseca & Co. (Corporations - Nevada); Mossack Fonseca & Co. (Peru Representative)
Subject: IZALCO POWER OF ATTORNEY

2/20/2007

TRANSLATION MFS 004534

TRANSLATION MFS 004535

Page 1 of 1

**Mf corp**

| | |
|---|---|
| **From:** | Mónica de Ycaza [deycaza@mossfon.com] |
| **Sent:** | Sunday, February 18, 2007 9:08 PM |
| **To:** | NEVADA Corporate Services |
| **Cc:** | Nevada-PanamaOffices@Mossfon.com; Peru@mossfon.com |
| **Subject:** | IDALCO POWER OF ATTORNEY |
| **Attachments:** | BORRADOR PODER IDALCO (draft power of attorney) - feb-07.doc |

Dear Patricia and Iris,

The client has approved the model power of attorney; only one small correction has been made to the enclosed model (highlighted in red), to the name and number of the documents.

Please go ahead and issue it.

This power of attorney must be legalized by the Peruvian Consulate along with a certificate of good standing for the company, since it will be registered with the Peruvian RRPP (Registro de Partes = Registry of Certificates).

It should also be accompanied by the affidavit we normally use in these cases.

Many thanks for your help!

Hugs,

Mónica de Ycaza

MOSSFON PERU

2/20/2007

TRANSLATION MFCS 004537

---

This power of attorney must be legalized by the Peruvian Consulate along with a certificate of good standing for the company, since it will be registered with the Peruvian RRPP (Registro de Partes = Registry of Certificates).

It should also be accompanied by the affidavit we normally use in these cases.

Many thanks for your help!

Hugs,

Mónica de Ycaza

MOSSFON PERU

2/20/2007

TRANSLATION MFCS 004536

Name Reservations

Page 1 of 1

**Mff corp**

**From:** corporate@tmcefax.com
**Sent:** Monday, October 23, 2006 7:52 AM
**To:** nevada@nfromprietary.com
**Subject:** Mossack Fonseca & Co./ Name Reservations

## INCORPORATION OF NEVADA SHELF COMPANIES

Please check the availability of the following name(s) and then update the information received from the registry (name approved: yes/no) in the 'Registry Approval' Application (Subcategory to the 'Shelf Companies' Application).

IZALCO TRADING LLC

Thank you.

**Yours Sincerely,**

**Iris Vergara**
**Mossack Fonseca & Co., (Panama)**

10/25/2006

TRANSLATION MFS 004538

EXHIBIT 27

COSMETECH LC

**Mf corp**

**From:** Susana Kam – MOSSFON PERU [peru@mossfon.com]
**Sent:** Wednesday, April 5, 2006 10:37 AM
**To:** 'Mf corp'; 'Mossack Fonseca & Co. (Corporations Nevada)'
**Subject:** COSMETECH LC

Dear Iris,

The client has confirmed he wants the company, please move forward with the incorporation.

- The company will have a capital of US$ 500,000.
- The member and the manager will be assigned by MOSSFON.
- Issue 5 certificates divided in equal parts.

Best Regards,
Susana Kam

-----Original Message-----
**From:** Mf corp [mailto:Nevada@mfcorpserv.com]
**Sent:** Wednesday, April 5, 2006 12:19 PM
**To:** 'Mossack Fonseca & Co. (Corporations – Nevada)'
**CC:** Mossack Fonseca & Co. (Peru Representative)
**Subject:** RE: COSMETECH LC

Dear Iris:

I am confirming that the name COSMETECH LC is still available.

Kind Regards,

**Patricia Amundategui**

**From:** Mossack Fonseca & Co. (Corporations – Nevada) [mailto:nevada-panamaoffice@mossfon.com]
**Sent:** Wednesday, April 5, 2006 9:46 AM
**To:** Patricia Amundategui – MF CorpServ (Nevada) Ltd
**CC:** Mossack Fonseca & Co. (Peru Representative)
**Subject:** COSMETECH LC

Dear Patricia:

I would appreciate if you can confirm that the name COSMETECH LC is still available in Nevada.
Please refer to case **1314907**.

Regards,

Iris Vergara

4/5/2006

PLAINTIFF EXHIBIT 27
WITNESS Patricia Amundategui
DATE: September 11, 2014
Ellen A. Goldstein, CSR 829

FAIRLAND INTERNATIONAL LLC

**Mf corp**

**From:** Mossack Fonseca & Co. (Corporations - Nevada) [nevada.panamaoffice@mossfon.com]
**Sent:** Thursday, September 29, 2005 6:03 AM
**To:** Patricia Amarategui - MF CorpServ (Nevada) List
**Subject:** FAIRLAND INTERNATIONAL LLC

Patricia:

See below the email received from Dr. De Grandi.

Please find out and let us know the requirements and the cost for obtaining a license plate in the state of Nevada. The owner of the car will be the LLC.

Once you have obtained that information, please send it directly to our office in Panama.

Regards,

Mayka Villarreal

COMPANIES DEPARTMENT

From: Andrea De Grandi - Mossfon Lugano
Sent: Thursday, September 29, 2005 5:34 a.m.
To: Mossack Fonseca & Co. (Corporations - Nevada)
Cc: (Glenn Ysern - Corporations
Subject: FAIRLAND - enquiry
Importance: High

Dear Nevada dept.

regarding the above company the customer is asking if is possible to get a USA-NEVADA-LAS VEGAS plate for a car.

The ownership of this car will be of the above Fairland.

Pls. inform. if we are able to provide this service + terms-condition-timing-costs for the service.

| Jurisdiction | Company Name | File Number | Date of Reg. | BIC/MSC Status | Struck Off Case |
|---|---|---|---|---|---|
| NEV | FAIRLAND INTERNATIONAL LLC | 132648 | 07-APR-04 | LLC7230-04 | ACT |

| Name | Position | Officer Date Appointed | Date Resigned |
|---|---|---|---|
| | Manager | 07-04-2004 | |

| Name | Ownership | Certificate | Date Issued | Transferred/Cancelled |
|---|---|---|---|---|
| FERSKUS ENTERPRISES S.A. | 100 | 1 | 07-04-2004 | |

| Name | Description | Type | Status | Duration | Date of Power | Expiration | Reservation | Renewables |
|---|---|---|---|---|---|---|---|---|
| GRAPFORD AGGS MELAIG | General POA | | Temporary | 36 | 29-5-2004 | 29-8-2007 | | |

9/29/2005

EXHIBIT 31
WITNESS Patricia Amarategui
DATE September 11, 2014
Ellen A. Goldstein, CCR 829



FARLAND INTERNATIONAL, LLC

Lugano

De Grandi,

Best regards

9/29/2005

Page 2 of 2

TRANSLATION MFCS 002843

EXHIBIT 32

June 5, 2013

To the Board of Directors of
ALDYNE LTD.

Dear Sirs,

I, PATRICIA AMUNATEGUI, hereby resign as ASSISTANT SECRETARY of ALDYNE
LTD.

This resignation shall be effective at the end of the board meeting in which it is accepted.

Yours sincerely,

**PATRICIA AMUNATEGUI**
Assistant Secretary

WITNESS: Patricia Amunategui
DATE: September 11, 2014
Ellen A. Goldstein, CSR #829

EXHIBIT
32

June 5, 2013

To the Board of Directors of
**FERGUS INTERNATIONAL S.A**

Dear Sirs,

I, PATRICIA AMUNATEGUI, hereby resign as ASSISTANT SECRETARY of FERGUS
INTERNATIONAL S.A

This resignation shall be effective at the end of the board meeting in which it is accepted

Yours sincerely,

**PATRICIA AMUNATEGUI**
Assistant Secretary

Plaintiff's
EXHIBIT 33
WITNESS Patricia Amunategui
DATE September 11, 2014
Ellen A. Goldstein, CSR #?

EXHIBIT 34

June 5, 2013

To the Board of Directors of
PLASCOT LIMITED

Dear Sirs,

I, PATRICIA AMINATEGUI, hereby resign as ASSISTANT SECRETARY of PLASCOT
LIMITED.

This resignation shall be effective at the end of the board meeting in which it is accepted

Yours sincerely,

PATRICIA AMINATEGUI
Assistant Secretary

EXHIBIT 34
WITNESS: Patricia Aminategui
DATE: September 11, 2014
Elian A. Goldstein, CCR #829

beautiful 156:3
bed 10:16
beginning 63:22 79:16
break 86:15
breath 86:15
bright 6:21
broad 65:17 24:10,15
briefly 9:17
behalf 6:22 7:2,11 24:7
203:6,9 24:8,16,20
43:16 50:3,19 90:12
belong 9:23
181:23 188:11
180:14 200:9 210:17
183:4 189:18 22:14
189:15 200:7 210:17
206:6,7 221:13 247
18:17 182:9 209:4

book 10:16
bottom 48:20 51:1 91:5
bottoms 45:18 79:18
bought 10:16
Boulevard 2:17
box 10:16

boyfriend 23:25
bright 6:21
broad 86:15

C
cabinet 147:6,8,9
California 10:17
call 22:2 26:4 27:16
cause 59:13,14,15 28:9
calling 38:3 8:23
capacity 35:6 134:22
13:15
capture 2:3,5 6:14,23
copy 1:13 25 7:196,4,20
72:11 15:7 196:4,20
care 13:3,5 18:9
case 123:14 193:12
circumstances 8:19
28:4,18 43:11 54:2
casino 16:19,23,25
clarify 125:14
clarify 125:14
Clark 21:22,22
clarity 181:18
clear 125:16
company 6:13:04
confident 8:23 125:6
complain 148:18

Q

R

S

175:4,20 176:8 177:8
183:1 187:2,17
184:4 186:23,24
209:18 189:20
**scan** 182:18 183:9,17
**scanned** 86:18
**scanner** 84:16,18
**school** 10:3 11:5 17:24
**scrolling** 106:7
**scuttled** 160:10,14,17
199:9
**second-row** 126:1
**secretarial** 11:11,21,13
**secretary** 9:23 11:15,16
12:5,17,23 23:20,1
35:11,15,16,20:13
27:10 30:2,8 32:18
34:13,18 35:8,16
120:14 122:8 211:22
43:15 44:4,9,12
43:21,23 44:4,9,12
45:3,8,17 65:8,9
44:16,13 13:8,10
36:2 44:5,22,24
88:4,21 89:8,15,24
89:13 93:6 109:19
85:2,13 86:3,24
128:1,15 130:2,9,17,14
130:20 131:17,20,11,11
135:17 136:2 137:3,4
130:5,6 152:16
169:16,23 178:8,9
157:9,20 159:23,24
195:24 198:23 209:15
175:2 192:19,23,24
202:6 202:20,5,9
206:16 209:12,24
183:19,9 184:19
183:10

99:14 102:21,24
103:5,8,24 105:17,22
105:24 106:7 107:2
107:11 108:7,18
114:15,20 115:12,24
116:8,17 117:15
120:15 121:12,23,4
125:23,24 126:13
122:2,5,24 123:22
125:23,22 131:22,5
126:12 132:19,16
134:20 142:12,13
148:17 150:17,18
152:13,21,23 153:22
148:8 150:6,21 159:19
154:8 156:2 157:19
202:10
203:19 207:10
204:5 208:23 210:13
206:12,15,21,24
219:6,7,9,24
202:13 206:3,18
215:15,6,18,24
231:16,20,2,22
208:23 209:24,25

96:11,12,13,20,22
99:22 100:4,21,22,25
139:6,24,25 179:23
99:23 54:7,7,22,7
101:18 102:1,6,24
102:4 104:1,6,23
100:13,20 102:4,6,9
101:7 108:11,15,16
111:16 114:16 129:4
131:13,18,20 136:9
128:23 209:23,24
**set** 58:23 130:6 175:22
**setting** 166:18 168:24
176:8,10,9,25 181:12
187:5 189:3 190:8
186:22 187:3
202:10 203:2
202:10 187:1,3
**Seychelles** 188:25
**Sharpless** 337
1339
**shared** 147:7 148:9
147:8,22 148:18,20
**she'll** 68:11,13,15,18 71:13
**sheet** 110:21,12,24
114:11 131:22,9
111:18,21 11:26
118:10 120:19,18
**shorthand** 212:12,15
**shortened** 218:3 131:20
**showed** 50:10,13 93:3
**showing** 161:18,20

155:12,23 156:9,15
159:6,24,25 179:23
99:23 54:7,7,22
**set** 58:23 130:6 175:22
**setting** 166:18 168:24
**shared** 147:7 148:9
**sir** 26:22
**site** 96:7 99:12 114:14
115:22 119:5 122:22
174:11
**sits** 17:7,4
**sitting** 68:21,25
93:16,22
**six** 24:19 34:4 77:9,21,14
**smoother** 196:21
**Social** 16:16
**social** 16:16

---

**T** 338
**table** 141:7
**temp** 27:11 59:11,22
17:5:16
**ten** 21:15 44:19 99:25
95:23 96:1,139:4
**tend** 21:16
**term** 40:12
**terms** 40:22
**Thank** 166:24
**thanks** 6:4
**they'd** 154:8
606:2,22 73:9 99:17
**think** 9:4 135:7,14,15
160:4,13 17:20,16
162:16 16:9,13
143:11,19,10
163:20 116:19 176:9
163:15,18 160:4
**third** 100:4
**Tecesta** 10:7,22 182:1:7
**thinking** 67:14 107:4
**time** 21:18 34:22,23
14:12 147:20 148:9
6:25:3:79 83:9 86:8
119:23 176:20 18:20
**today** 49:5,30 24 95:22
95:20 96:1 139:4
**Today's** 6:10
**Timberline** 67:14,16
75:23 115:20,22

Page 228

6-5 13:8,10,13
6-6 186:8
6582 175:7

**7**

7 3:5,21 4:15 78:5 99:7
99:11 100:1
702:10 82:7800 2:18
702:30a3:0472 2:19
702:45:0696 2:12
702:45:00615 2:12
79 3:15

**8**

8 3:22 57:3 78:5 103:3
103:4,9
8-4-06 4:18
8-51 11:7,6,21,1
83:3 12:3,21:2,4
83 175:9,10
86 3:16
89:04 4:2,11
89:145 2:18

**9**

9 3:24 4:8 11:4,4,11
9-27 65:11
982 167:12
92 3:18
93 3:5
95:3 19 93,3,5
99 3:21

Page 211

CERTIFICATE OF DEPONENT

| PAGE | LINE | CHANGE | REASON |
|---|---|---|---|
| 208 | 15 | "I don't have anything." | Misstated |
| 88 | 25 | "for" not "nor" | Misstated |
| 92 | 7 | "under" should be "above" | Misstated |
| 108 | 7 | "No." Mossack Fonseca clients do not come to MF NV | Misstated |
| 133 | 16 | "accountant" should be "account" | Mistranscribed |
| 133 | 25 | "Yes" I have seen contract, but don't have a copy in my records | Mistranscribed |
| 160 | 7 | "Was company incorporated in Seychelles" | Mistranscribed |
| 191 | 11 | "shell" should be "shelf" | Mistranscribed |

* * * * *

I, PATRICIA ANNIKESOUI, deponent herein, do hereby certify and declare under penalty of perjury the within and foregoing transcription to be my deposition in said action; that I have read, corrected and do hereby affix my signature to said deposition.

_____
PATRICIA ANNIKESOUI, Deponent

Subscribed and sworn to before me this ____ day of _____ 2014.

_____
NOTARY PUBLIC

ANNA M. REBER
Notary Public State of Nevada
APPT. NO. 08-9415531
My App. Expires December 30, 2017

Electronically signed by Ellen Goldstein (001-341-079-7407)
dd9b4ccff75cb2fe-dd9b4ccff75cb2fe-dd9b4ccff75cb2fe