CARMINE D. BOCCUZZI
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
E-mail: cboccuzzi@cgsh.com

```
         FILED          RECEIVED
         ENTERED        SERVED ON
                 COUNSEL/PARTIES OF RECORD

              APR - 2 2015

           CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
         BY:                      DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NML CAPITAL, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> REPUBLIC OF ARGENTINA, <br><br> Defendant. | Case Nos. 2:14-cv-00492-RFB-VCF <br> 2:14-cv-01573-RFB-VCF <br> 2:14-ms-00024 <br><br> Judge: Richard F. Boulware, II <br><br> Magistrate Judge: Cam Ferenbach <br><br> **MOTION TO BE REMOVED FROM THE DOCKETS AS COUNSEL OF RECORD** |

Based on the attached Declaration of Carmine D. Boccuzzi, Carmine D. Boccuzzi respectfully makes this motion to be removed from the dockets of these proceedings as counsel of record. Movant also respectfully request that he not be deemed in violation of Local Rule IA 10-2 and Special Order 109, and accordingly that he be excused from taking the steps necessary to be admitted to practice in this

case, including the submission of a Verified Petition and registration for CM/ECF by completing an Attorney Registration Form.

Dated:   April 1, 2015

CLEARY GOTTLIEB STEEN & HAMILTON LLP

_____
Carmine D. Boccuzzi

One Liberty Plaza
New York, New York 10006
(212) 225-2000