1  **Schwartz Flansburg PLLC**
   Frank M. Flansburg III, Esq.
2  Nevada Bar No. 6974
   Brian Blankenship, Esq.
3  Nevada Bar No. 11522
   6623 Las Vegas Blvd. South, Suite 300
4  Las Vegas, Nevada 89119
   Telephone: (702) 385-5544
5  Facsimile: (702) 385-2741
   frank@nvfirm.com
6  brian@nvfirm.com
     Attorneys for Mossack Fonseca & Co.
7

8                    UNITED STATES DISTRICT COURT

9                       CLARK COUNTY, NEVADA

10  NML CAPITAL, LTD.,

11                                          Case No.:      2:14-CV-00492-RFB-VCF
                          Plaintiff,
12
                                            **REPLY IN SUPPORT OF NON-PARTY**
13        vs.                               **MOSSACK FONSECA & CO.'S MOTION**
                                            **TO INTERVENE FOR THE LIMITED**
14  THE REPUBLIC OF ARGENTINA,              **PURPOSE OF CONTESTING SERVICE**
                                            **OF PROCESS AND JURISDICTION**
15
16                        Defendant.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

**REPLY IN SUPPORT OF NON-PARTY MOSSACK FONSECA & CO.'S MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF CONTESTING SERVICE OF PROCESS AND JURISDICTION**

Mossack Fonseca & Co. ("Mossack Fonseca"), a non-party to this action, by and through the law firm of Schwartz Flansburg PLLC, hereby files its Reply in Support of Motion to Intervene For The Limited Purpose of Contesting Service of Process and Jurisdiction.   This Motion is made and based on the points and authorities cited herein, the papers and pleadings on file and any argument the Court wishes to entertain.

Dated this ___ day of April, 2015.

SCHWARTZ FLANSBURG PLLC

By _____
Frank M. Flansburg III, Esq.
Nevada Bar No. 6974
Brian Blankenship, Esq.
Nevada Bar No. 11522
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada  89119
Attorneys for Mossack Fonseca & Co.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.      PROCEDURAL HISTORY.**

Mossack Fonseca filed its Motion to Intervene as Docket No. 106 on March 30, 2015.  In response, NML Capital, Ltd. ("NML") filed its Notice of Non-Opposition on April 13, 2015 as Docket No. 113.  This document replies to NML's Notice of Non-Opposition.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## II.   ARGUMENT.

Mossack Fonseca should be granted the right to intervention to challenge process and jurisdiction while seeking stay of the March 16, 2015 Order (Docket No. 101).[1]   Although NML provides notice in three lines of text that it does not oppose Mossack Fonseca's right of intervention, NML proceeds to criticize Mossack Fonseca's arguments and page length for the next four pages of comment.   Suffice it to say that Mossack Fonseca disagrees with NML's characterizations.   Therefore, given that NML does not oppose the intervention, this court should grant Mossack Fonseca's Motion to Intervene.

Dated this 15 day of April, 2015.

SCHWARTZ FLANSBURG PLLC

By _____
Frank M. Flansburg III, Esq.
Nevada Bar No. 6974
Brian Blankenship, Esq.
Nevada Bar No. 11522
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada  89119
Attorneys for Mossack Fonseca & Co.

_____
[1] A proposed Motion to Stay the March 16 Order is attached as **Exhibit 1** to this Reply.