KIRK B. LENHARD, ESQ., Nevada Bar No. 1437
NIKKI L. BAKER, ESQ., Nevada Bar No. 6562
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
Email: klenhard@bhfs.com
Email: nbaker@bhfs.com

DENNIS H. HRANITZKY, ESQ.
  (admitted *pro hac vice*)
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036-6797
Telephone:   212.698.3500
Facsimile:   212.698.3599
Email:       dennis.hranitzky@dechert.com

*Attorneys for NML Capital, Ltd.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NML CAPITAL, LTD., <br><br>　　　　Plaintiff, <br><br>v. <br><br>THE REPUBLIC OF ARGENTINA, <br><br>　　　　Defendant. | CASE NO.: 2:14-cv-00492-JAD-VCF <br><br>**NML CAPITAL, LTD.'S NOTICE OF COMPLIANCE WITH COURT'S MARCH 16, 2015, ORDER TO FILE A SCHEDULE FOR THE PRODUCTION OF DOCUMENTS** |

Plaintiff NML Capital, Ltd. ("NML"), by and through its attorneys of record, Brownstein Hyatt Farber Schreck, LLP and Dechert LLP, hereby submits its notice in compliance with the Court's March 16, 2015, Order (Dkt. #101) (the "Order"). Pursuant to the Court's Order, the parties were required to "meet and confer to set a schedule for producing documents in compliance" with the Order. (*See* Dkt. #101.) The Court further ordered that the "schedule must be filed with the court by April 20, 2015. (*See id.*) As of the filing of this notice, the parties have been unable to agree upon any schedule. Therefore, NML submits its own response and proposed schedule.

NML has reviewed Non-Party MF Corporate Services (Nevada) Limited's ("MF Nevada") Status Report and Proposed Discovery Schedule (Dkt. #118).  MF Nevada's characterizations of the interactions and discussions between counsel for MF Nevada, counsel for NML, and counsel for proposed intervenor Mossack Fonseca & Co. ("Mossack Fonseca") are simply untrue.  NML's counsel has not "delayed issuing a decision or a proposal for a schedule".  Nor has NML's counsel "failed to return calls or inquiries".  Nevertheless, NML believes that a point-by-point refutation of MF Nevada's allegations would be unproductive and, more importantly, unresponsive to the Court's Order.[1]

NML has engaged, and will continue to engage, in discussions with counsel for Mossack Fonseca and counsel for MF Nevada to determine whether the parties can find common ground.  In the meantime, NML submits, in compliance with the Court's Order, the following proposed document production schedule for Mossack Fonseca and MF Nevada:

a) April 20, 2015 – Mossack Fonseca to begin a rolling production of documents that do not implicate privilege and/or confidentiality issues (30 days to complete rolling production);

b) May 20, 2015 – Deadline to meet and confer with respect to privilege and confidentiality issues, and to identify any areas of dispute to the Court for the Court's resolution;

c) May 20, 2015 – Mossack Fonseca to begin making a rolling production of documents that it contends do implicate privilege and/or confidentiality issues, but as to which the parties are able to agree on the mechanics of production (30 days to complete rolling production); and

---

[1] NML is cautiously optimistic that, within the next few days, it will be able to reach an agreement with MF Nevada and Mossack Fonseca regarding Mossack Fonseca's production of documents pursuant to the Court's Order and regarding MF Nevada's request for a stay (Dkt. #117). If the parties reach an impasse, NML will expound on the history of NML's counsel's discussions with counsel for MF Nevada and counsel for Mossack Fonseca in its Response to MF Nevada's motion to stay (Dkt. #117), which will be filed in due course.

     d)     Immediately following the Court's resolution of any mechanical issues the parties are unable to resolve consensually – Mossack Fonseca to begin making a rolling production of documents in compliance with the Court's ruling on the mechanical issues (30 days to complete rolling production).

NML also made a proposal to VDL concerning VDL's obligation to produce documents pursuant to the Court's Order. As of the filing of this notice, VDL's counsel is awaiting a response from his client to the proposal. NML will continue to explore these discussions with VDL. Nevertheless, in compliance with the Court's Order, NML proposes that the Court enter the following document production schedule for VDL:

     a)     April 27, 2015 – VDL to begin making a rolling production of documents in compliance with the Order; and

     b)     May 11, 2015 – Deadline for VDL's complete production.

DATED this 20th day of April 2015.

                          BROWNSTEIN HYATT FARBER
                          SCHRECK, LLP

                          By:    /s/ Nikki L. Baker
                              Kirk B. Lenhard, Esq.
                              Nevada Bar No. 1437
                              Nikki L. Baker, Esq.
                              Nevada Bar No. 6562
                              100 North City Parkway, Suite 1600
                              Las Vegas, NV 89106-4614

                              Dennis H. Hranitzky
                                (admitted *pro hac vice*)
                              Dechert LLP
                              1095 Avenue of the Americas
                              New York, NY 10036-6797

                          *Attorneys for NML Capital, Ltd.*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P.5(b), I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **NML CAPITAL, LTD.'S NOTICE OF COMPLIANCE WITH COURT'S MARCH 16, 2015, ORDER TO FILE A SCHEDULE FOR THE PRODUCTION OF DOCUMENTS** was served via electronic service to all electronic registered CM/ECF users in this matter, and via U.S. Mail, postage prepaid, on the date and to the address shown below:

Carmine D. Boccuzzi, Jr., Esq.
CLEARLY, GOTTLEIB, STEEN & HAMILTON, LLP
One Liberty Plaza
New York, NY  10006
*Counsel for Defendant The Republic of Argentina*

DATED this 20th day of April, 2015.

　　　　　　　　　　　　　　　　 /s/ Paula Kay
　　　　　　　　　　　　　　　an employee of Brownstein Hyatt Farber Schreck, LLP

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

016887\0001\12151818.2