# APPENDIX I

(See Exhibit D to Apr. 23, 2015 NML's Response to Val de Loire's Objection to Magistrate's Order)