# APPENDIX II

[seal: ASSOCIATION OF NOTARIES,
CITY OF BUENOS AIRES, FEDERAL CAPITAL,
ARGENTINE REPUBLIC]

NOTARIAL RECORD - LAW 404

[stamp: PABLO CABALLERO,
NOTARY PUBLIC No. 5288]        **No. 018636676**

[left margin: CECBA – LAW404 GCBA, AUTHENTICATION, 150415 **155414** [bar code] [04/15/2015 09:38:21]

**FIRST COPY – SHEET 910 –RECORD OF VERIFICATION: "MAGGIO, PABLO EUGENIO" PUBLIC DOCUMENT NUMBER FOUR HUNDRED THREE.-** In the Autonomous City of Buenos Aires, Capital of the Argentine Republic, this FOURTEENTH day of the month of APRIL two thousand fifteen, I, in my capacity as a Notary practicing at Notary Office 2130 of this city, am to meet at the request of the person named below, at the premises located at calle San Martín 1143 – 3rd floor, of this City, and before me appears **Pablo Eugenio MAGGIO,** Argentinean, married, date of birth February 3, 1958, holder of National Identity Document number 11-877-724, an attorney; with a legal domicile at calle San Martín 1143 – 3rd floor, of this City, adult, competent and whom I attest is personally known to me, in accordance with paragraph a) of article 1002 of the Civil Code. He is appearing *sui juris*; AND **HE STATES: FIRST:** In order to file a document in an action pending in the State of Nevada, United States of America, he has to show the position and title held by Dr. ROBERTO DURRIEU in the "LAW FIRM OF DURRIEU AND ASSOCIATES" Legal Practice, which does business in this city at calle Maipó 1300, 6th floor.- **SECOND:** That to comply with said requirement, we must go to the website for the aforementioned legal practice, namely: www.estudiodurrieu.com[1], and verify whether Dr. ROBERTO DURRIEU is listed among the partners there, and if he is not on that list, to promptly ascertain the title he holds at that Legal Practice.- **THIRD:** Consequently, HE IS SEEKING to have me, the Authorizing Notary, **RECORD AND VERIFY** the procedure to be undertaken for that purpose, along with results of it.- I accept the charge under the terms stipulated as I consider his request a legitimate interest to these presents. By virtue of the above, being at the

---

[1] [Translator's Note: in the original Spanish, the website address has a dash in it, but that is due to the line return, not the actual spelling of the address.]

[stamp] [seal]

No. 018636676

premises located in this Autonomous City of Buenos Aires on calle San Martín 1143 – 3rd Floor. At this point, the requestor and I logged on to one of the computers installed at those offices where we are present, and use Internet Explorer to go to the website www.estudiodurrieu.com, where, in the lower left menu on the home page, there is an option that says: ESPAÑOL [SPANISH]. Next, the requestor clicks on that option to display a screen containing several options along the top menu, one of which is: ATTORNEYS, on which the requestor proceeds to click. A screen appears with a picture on it, under which is the heading ATTORNEYS and several options by position, namely: -Partners; -Associates; -Off-Counsel [sic]; Administrative Staff and Paralegals; -All; and then a button that says SEARCH.- The requestor selects the -Partners option and then clicks on SEARCH.- Next, a screen appears under the options mentioned above, listing several names, specifically: Arias, Guillermo; Becerra, Alejandro; Becerra, Federico; De Achával, Federico; Durrieu, Nicolás; Durrieu Figueroa, Robert; Lo Prete, Justo; López Quesada, Juan Martín.- The requestor remarks that Dr. Roberto Durrieu Figueroa is the son of the person we are seeking, and therefore Dr. Robert Durrieu (senior) is not listed as a partner of the LAW FIRM OF DURRIEU AND ASSOCIATES Legal Practice; Next, the requestor clicks on the Off-Counsel [sic] option and then on SEARCH; A screen appears under the options mentioned above, and the name Roberto Durrieu appears.- The requestor clicks on that name and a new screen appears with a photograph of someone the requestor recognizes as Dr. ROBERTO DURRIEU Senior, under which it gives the name ROBERTO DURRIEU, Off-Counsel [sic], and lists his entire

[seal:  ASSOCIATION OF NOTARIES,
CITY OF BUENOS AIRES, FEDERAL CAPITAL,
ARGENTINE REPUBLIC]

NOTARIAL RECORD - LAW 404

No. 018636677

Curriculum Vitae.- Based on these verified facts, the procedure is VERIFIED and the role of Dr. ROBERTO DURRIEU as Off-Counsel [sic] in the LAW FIRM OF DURRIEU AND ASSOCIATES legal practice is confirmed. As such, with nothing further, this procedure is concluded, the required verification having been completed, after printing out the various screenshots made during the notarial record, and which, signed and sealed by me, form an integral part of these presents, attest. We proceeded to go into my notary office to draft this document based on the notations made at the place of the events, and the requestor asked that the first copy be issued for presentation as may be required. **HAVING READ** this document to the requestor, he ratifies its content, signs it in my presence by way of acknowledgement, all of which I certify.- P.E.MAGGIO. There is a seal. BEFORE ME, PABLO CABALLERO. IT REPLICATES the master copy executed before me at page 910 of registration book 2130 kept by me, attest. I hereby issue for the requestor this FIRST COPY on 2 Actuarial Record sheets numbered consecutive from 018636676 to the present, which I sign and seal in Buenos Aires, this 14th day of April 2015.

[stamp: PABLO CABALLERO, NOTARY PUBLIC No. 5288]

[signature]

[stamp] [seal]

No. 018636677

[this page is blank]

[seal:  ASSOCIATION OF NOTARIES,
CITY OF BUENOS AIRES, FEDERAL CAPITAL,
ARGENTINE REPUBLIC]

AUTHENTICATION -  LAW 404          [seal]

L 012615214

The ASSOCIATION OF NOTARIES for the City of Buenos Aires, Federal Capital of the

Argentine Republic, by virtue of the powers conferred upon it by current common law, hereby

AUTHENTICATES the signature and seal of notary **PABLO CABALLERO**

appearing on the attached document, submitted on the date listed below under

No. **150415155414/7**                    This authentication makes no determination about

the content and form of the document.

Buenos Aires, **Wednesday, April 15, 2015**

[seal: ASSOCIATION OF NOTARIES,
AUTHENTICATION,
CITY OF BUENOS AIRES,
FEDERAL CAPITAL, ARGENTINE REPUBLIC]

[signature]

**NOTARY DIEGO ALBERTO PAZ VELA**
**ASSOCIATION OF NOTARIES**
**ADVISOR**

[two stamps appear but are cut-off on the right margin]

SERIES      A 5400330

[illegible stamps]

ARGENTINE REPUBLIC
MINISTRY OF FOREIGN AFFAIRS
AND CULTURE

# APOSTILLE
## (Convention de La Haye du 5 octobre 1961)

1. Country:  ARGENTINA

    This public document

2. Has been signed by:  DIEGO ALBERTO PAZ VELA

3. Acting in the capacity of:  AUTHORIZING OFFICIAL

4. Bears the seal/stamp of:  ASSOCIATION OF NOTARIES

Certified

5. In:  BUENOS AIRES                    6.  On: 04/15/2015

7. By:  AUTHENTICATION COORDINATION UNIT

     MINISTRY OF FOREIGN AFFAIRS AND CULTURE

8. Under no.:  70976/2015

9. Seal/stamp:  45

[signature]

ROMINA NATALIA D'AMICO
Authentication Coordination Unit
Ministry of Foreign Affairs
10: Signature:

Type of Document:  NOTARIAL RECORD

Document Signed by:  PABLO EUGENIO MAGGIO

THIS AUTHENTICATION ONLY CERTIFIES
THE AUTHENTICITY OF THE SIGNATURE AND
THE CAPACITY OF THE PERSON WHO SIGNED IT
BUT MAKES NO DETERMINATION OF THE CONTENT OF THE DOCUMENT

[BAR CODE]
2015070976

[BAR CODE]
72DB329756755CC0B81694EF83A73E64



**ACTUACION NOTARIAL**
LEY 404

N 018636676



CECBA - LEY404 GCBA
LEGALIZACION 155414
130415
15/04/2015
09:38:21

1  PRIMERA COPIA - FOLIO 910 - ACTA CONSTATACION "MAGGIO, PABLO

2  EUGENIO") ESCRITURA NUMERO CUATROCIENTOS TRES.- En la Ciudad

3  Autónoma de Buenos Aires, Capital de la República Argentina, a los CATORCE

4  días del mes de ABRIL del año dos mil quince, yo, en mi carácter de Escribano

5  Adscripto al Registro Notarial 2130 de esta ciudad, me constituyo a solicitud de

6  la persona que más adelante se nombrará, en el inmueble sito en la calle San

7  Martín 1143 - 3° Piso, de esta Ciudad; y allí ante mi comparece **Pablo Eugenio**

8  **MAGGIO**, argentino, de estado civil casado, nacido el 3 de Febrero de 1958, titu-

9  lar del Documento Nacional de Identidad número 11.877.724, de profesión abo-

10  gado, domiciliado legalmente en la calle San Martín 1143 - 3° Piso, de esta Ciu-

11  dad, mayor de edad, persona hábil, de mi conocimiento doy fe, de acuerdo con

12  el inciso a) del artículo 1002 del Código Civil. Concurre a este acto por derecho

13  propio; Y **DICE: PRIMERO**: Que para presentar en un juicio que tramita en el Es-

14  tado de Nevada, Estados Unidos de Norteamérica, debe acreditar el carácter y

15  cargo que ocupa el Dr. ROBERTO DURRIEU, en el Estudio Jurídico "ESTUDIO

16  DURRIEU ABOGADOS", que gira en esta plaza con domicilio en la calle Maipú

17  1300, Piso 6°.- **SEGUNDO:** Que para cumplir con su cometido, debemos ingre-

18  sar a la página web del Estudio jurídco antes relacionado, a saber: www.estudio-

19  durrieu.com; y allí verificar si dentro del listado de socios se encuentra el Dr. RO-

20  BERTO DURRIEU, y en caso que no se encuentre dentro de dicho listado, que

21  constate oportunamente el cargo dentro del Estudio Jurídico.- **TERCERO:** En

22  consecuencia, SOLICITA de mi, Escribano Autorizante, que **CONSTATE** el pro-

23  cedimiento que efectuará al efecto, así como el resultado del mismo.- Acepto el

24  requerimiento en los términos formulados por considerar que a mi requirente le a-

25  siste interés legítimo en la presente. En virtud de lo expuesto, constituido en el



N 018636676

inmueble sito en esta Ciudad Autónoma de Buenos Aires con frente a la calle 26

San Martín 1143 - Piso 3°. En este estado, ingresamos con el requirente a través 27

de una de las computadoras instaladas en el domicilio donde me encuentro cons- 28

tituido, al Explorador de internet y desde allí a la página web www.estudiodurrieu. 29

com, una vez allí en la página de inicio, sobre el borde inferior izquierdo hay una 30

opción que dice: ESPAÑOL. Acto seguido, el requirente hace click en dicha op- 31

ción y se despliega una pantalla que en el borde superior hay varias opciones y 32

entre ellas figura: ABOGADOS, en la que el requirente continúa haciendo click 33

en la misma. Acto seguido, se despliega una pantalla que por debajo de una i- 34

magen figura el título ABOGADOS y varias opciones por cargo, a saber: -Socios; 35

-Asociados; -Consultores (Off-Counsel); -Administración y paralegales; -Todos; y 36

luego está el botón que dice BUSCAR.-  El requirente elige la opción -Socios y 37

luego hace click en BUSCAR.- Acto Seguido, se despliega una pantalla que por 38

debajo de las opciones antes relacionadas, aparecen varios nombres, a saber: A- 39

rias, Guillermo; Becerra, Alejandro; Becerra, Federico; De Achával, Federico; Du- 40

rrieu, Nicolás; Durrieu Figueroa, Roberto; Lo Prete, Justo; López Quesada, Juan 41

Martín.- Continúa manifestando el requirente, que el Dr. Roberto Durrieu Figue- 42

roa es el hijo de la persona que debe acreditar el carácter, por lo tanto dentro de 43

los Socios del Estudio Jurídico DURRIEU ABOGADOS, no se encuentra el Dr. 44

Roberto Durrieu (padre); Acto Seguido, el requirente, hace click en la opción 45

Consultores (Off-Counsel) y luego BUSCAR; Allí, se despliega una pantalla que 46

por debajo de las opciones antes relacionadas, aparece el nombre: Roberto Du- 47

rrieu.- El requirente hace click en dicho nombre y aparece una nueva pantalla 48

con una fotografía que el requirente reconoce como el Dr. ROBERTO DURRIEU 49

padre y por debajo el nombre ROBRTO DURRIEU - Consultor, y allí todo su Cu- 50

 

**ACTUACION NOTARIAL**
LEY 404

N 018636677

1   rriculum Vitae.-. En virtud de los hechos verificados, se da por CONSTATADO el

2   procedimiento y acreditado el carácter del Dr. ROBERTO DURRIEU como Con-

3   sultor (Off- Counsel) del Estudio Jurídico "ESTUDIO DURRIEU ABOGADOS".-

4   En este estado, no siendo para más, se da por concluida la presente habiéndose

5   cumplido con la constatación requerida, haciendo impresión de las distintas pan-

6   tallas obtenidas durante la constatación notarial, las que firmadas y selladas por

7   mí, forman parte integrante de la presente, doy fe. A continuación nos traslada-

8   mos a mi escribanía para la redacción de la presente acta en base a las anota-

9   ciones tomadas en el lugar de los hechos, solicitando el requirente que expida

10  primera copia para presentar ante quien corresponda. **LEIDA** que le es al requi-

11  rente la presente escritura, se ratifica en su contenido, firmando por ante mí, de

12  conformidad, de todo lo que doy fe.- P.E.MAGGIO. Hay un sello. ANTE MI. PA-

13  BLO CABALLERO. CONCUERDA con su matriz que pasó ante mí al folio 910

14  del registro 2130 de mi adscripción, doy fe. Para el requirente expido PRIMERA

15  COPIA en 2 fojas de Actuación Notarial numeradas correlativamente del N

16  018636676 al presente, que sello y firmo en Buenos Aires, a 14 de abril de

17  2015.

18

19

20

21

22

23

24

25





N O18636677

26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50

  

**LEGALIZACION**
LEY 404

L 012615214

EL COLEGIO DE ESCRIBANOS de la Ciudad de Buenos Aires, Capital Federal de la República

Argentina, en virtud de las facultades que le confiere la ley orgánica vigente, LEGALIZA la firma

y sello del escribano PABLO CABALLERO

obrantes en el documento anexo, presentado en el día de la fecha bajo

el Nº 150415155414/7          La presente legalización no juzga sobre

el contenido y forma del documento.

Buenos Aires,          Miércoles 15 de Abril de 2015

ESC. DIEGO ALBERTO PAZ VELA
COLEGIO DE ESCRIBANOS
CONSEJERO



SERIE A 5400330



# REPÚBLICA ARGENTINA

MINISTERIO *de*
## RELACIONES EXTERIORES
Y CULTO

**APOSTILLE**
**(Convention de la Haye du 5 octobre 1961)**

1. País_____ARGENTINA_____
   El presente documento público

2. Ha sido firmado por DIEGO ALBERTO PAZ VELA

3. Quien actúa en calidad de FUNCIONARIO HABILITANTE

4. Lleva el sello/timbre de COLEGIO DE ESCRIBANOS
   Certificado

5. En BUENOS AIRES 6. El día 15/04/2015

7. Por__UNIDAD DE COORDINACION LEGALIZACIONES__
   MINISTERIO DE RELACIONES EXTERIORES Y CULTO
   _____

8. Bajo el Número: 70976/2015

9. Sello/Timbre: 45

ROMINA NATALIA D'AMICO
Unidad de Coordinacion Legalizaciones
Ministerio de Relaciones Exteriores

10. Firma

Tipo de Documento: ACTUACION NOTARIAL
Titular del Documento: PABLO EUGENIO MAGGIO



LA PRESENTE LEGALIZACION TIENE
COMO ÚNICO EFECTO AUTENTICAR
LA FIRMA Y CARÁCTER DEL OTORGANTE
SIN JUZGAR EL CONTENIDO DEL DOCUMENTO

2015070976



72DB329756755CC0B81694EF83A73E64



April 17, 2015

I hereby certify that I am a professional translator, that I abide by the Code of Ethics and Professional
Practice of the *American Translators Association*, that I am fluent in Spanish and English, that I have
employed a team of professional translators, and that we have translated, to the best of our knowledge,
the attached document entitled

**Notarial Authentication**

From Spanish into English

Signed,

Cathleen Waters

Founder, New World Medium

Translator of French, Spanish, Italian, Portuguese and English

American Translator's Association Membership no. 257918