# EXHIBIT B

**AMENDMENT OF COMPLAINT. PROPOSAL OF EVIDENCE.-**

**Your Honor:**

Juan Carlos Morán, Walter Domingo Martello, and Maricel Etchecoin Moro, with legal domicile at calle Rivadavia 1829 piso 4 in the Autonomous City of Buenos Aires, do come before you and respectfully state:

**I. PURPOSE**

In our capacity as complainants in Case No. 15734/08, titled **"Kirchner Néstor et al. re: Conspiracy and others"** being heard before *Juzgado Federal* [Federal Court] No. 10, in which we report the illegal conduct involving Messrs. Néstor Kirchner, Julio De Vido, Claudio Uberti, Rudy Ulloa Igor, Ricardo Jaime, Cristóbal López and Lázaro Báez for the probable commission of crimes as defined under articles 210, 174, 248, 249 and 265 of the Criminal Code and/or other possible acts of corruption; and pursuant to the powers granted under Article 174 of the National Code of Criminal Procedure, we appear in order to amend the terms of the complaint filed earlier in light of knowledge we have obtained regarding facts we shall set forth below.

**II. THE FACTS**

We come before you to amend our complaint within the legal term and in the manner required by law, and request that you investigate the transactions performed by the accused, Cristóbal López, in order to enter the gaming industry in the province of Buenos Aires.

As stated earlier, it is possible to associate Cristóbal López with Néstor Kirchner and link them to the same way of

1

exercising power, which consists of political manipulation and corruption, economic concentration, trampling the law and exercising pressure on potential opponents or detractors.

For all these reasons we are reporting and describing Néstor Kirchner's complicity in all aspects regarding the benefits his government has provided to the businesses belonging to Cristóbal López's group, which has allowed the latter to increase his wealth in a manner impossible to justify.

Notwithstanding the economic expansion that López has experienced since 2003 —which has been described in detail in the present case— there is a line of business that the accused always yearned to enter but from which he was prevented for one reason or another: to make inroads in the province of Buenos Aires and in that way replicate the exorbitant profits he is making at the Hipódromo de Palermo [racetrack] in the [province] of San Isidro.

Below we shall describe the strategy undertaken by López to enter into the gaming industry in the province of Buenos Aires, which we request be investigated starting immediately as part of the present proceedings.

**- Cristóbal López's entry into the gaming industry in the province of Buenos Aires**

These days, López's most cherished dream may come true at this very moment, and these circumstances would substantially alter the map of gaming-related businesses in the province of Buenos Aires.

A multi-pronged play is being executed hand in hand with Cristóbal López; Carlos Gallo, his operator at the *Instituto de Lotería y Casinos* [Lottery and Casino Institute] of the province of Buenos Aires; Bruno Quintana, president

of the Argentine Jockey Club; Aurelio Serra, owner of several bingo parlors, including the one located in Los Polvorines; and Héctor Cotignola, vice-president of the Instituto de Lotería y Casinos in the province of Buenos Aires, contributor to the Cristina Kirchner campaign and Julio Cobos in 2007, and charged with unjust enrichment by the criminal courts of La Plata. The goal would be to carry out the Patagonian's [López] dreams of setting up and controlling slot machines in the northern part of Buenos Aires.

The three companies that control a large part of the gaming industry in Argentina, Codere, Boldt and the ultra-Kirchnerist Cristóbal López, have apparently begun to draw up a new agreement that would mean dividing up the gaming business in the province of Buenos Aires and enabling the installation of slot machines at racetracks and racetrack betting agencies. For various reasons, all have transferred their interests to suit the K gaming mega-entrepreneur.

Cristóbal López's purchase of some bingo parlors in Buenos Aires and the possible transfer of the parlors to racetracks are opening up new opportunities in the business that Scioli oversees, while at the same time closing off the possibility of addressing a draft bill that was promoted by the *Bloque de la Coalición Cívica* [Civic Coalition Bloc] of the province of Buenos Aires in order to prohibit such transfers.[1]

One of the aspects of the understanding among entrepreneurs links Codere to Cristóbal López, since some time ago they ceased being fierce competitors and rivals in order to become partners. The reason must be sought in the extraordinary financial contribution made last year by the Kirchnerist entrepreneur so that the Martínez Sampedro brothers,

---

[1] MARTELLO, Walter D. and ETCHECOIN MORO, Maricel. Proyecto de Ley [Draft Bill] (Exp D-2316/09-10).

3

owners of Codere could pay off a debt of 390 million euros they owed to their former partners the Franco brothers.

The debt owed by the Martínez Sampedro brothers came due in March 2009, but at that time it could not be paid off due to the critical state of Codere Internacional, whose shares were tanking on the Madrid stock market as a consequence of the crisis which at that time was already overwhelming Europe. This situation lasted until July 29 of last year, when the Franco and Martínez Sampedro families announced with great fanfare an agreement in which López apparently played a key role, and that led to a strong uptick in the share price of the Spanish multinational company of the entertainment industry.

According to the bulletin sent at that time to the *Bolsa de Madrid* [stock market], as well as to the Spanish business media, the agreement was that in exchange for signing over a 1.87% share in the company to the Francos, the debt agreement would be extended for an equal period of time. Nevertheless, some press leaks noted that the situation was in fact resolved by payment of 25% of the debt and a guarantee of payment of the balance sometime this year.

This secret transaction by Codere shareholders was apparently achieved by private agreement allowing Cristóbal López to join the company. The K entrepreneur apparently provided the necessary funds and promised to pay off the balance using gaming profits.[2]

The first step taken by this company in Argentina (the joint actions also apparently extend to Uruguay), which for the time being

---

[2] Diario Hoy, August 19, 2009. "Cristóbal López desembarcaría en la Provincia" [Cristóbal López seeks to make inroads into the Province]

4

would operate *de facto* as it is not recognized by either of the parties, is happening at Los Polvorines, where there is a bingo parlor with 305 slot machines.

**- The purchase of the Los Polvorines bingo parlor.**

Having described the multimillion dollar rescue of the multinational company Codere, we shall now turn to the ploy undertaken by López to expand and dominate the slot machine business in the northern area of the province of Buenos Aires.

The news of the purchase by the Kirchnerist entrepreneur of the bingo parlor located in Los Polvorines, the party seat of the Argentine Malvinas, province of Buenos Aires, once again moved the pieces on the Buenos Aires chessboard, as it has become obvious that López's goal is not to keep that parlor in one of the poorest districts of the Buenos Aires metropolitan area.

The Los Polvorines bingo parlor, located at calle Presidente Perón 3435 in that locality, is run by the third-party contractor "Bingo Pinamar SA," CUIT [Tax ID No.] 30-68659820-5, which opened its doors on November 22, 2001 with a license issued by the Instituto de Lotería through the "*Asociación Cooperadora Amigos del Deporte de Malvinas Argentinas*" [Friends of Sports of the Argentine Malvinas Cooperative Association].

Its license expired in 2006 and was extended to the year 2021 by Resolution No. 180/07 of the *Instituto Provincial de Lotería y Casinos* [Provincial Lottery and Casinos Institute] in exchange for a special fee of AR$ 7,492,687.75 and a regular fee of AR$ 17,473,351.73, to be paid in 60 fixed installments, a copy of which is attached to this filing as documentary evidence.

The payments made by this bingo parlor do not really matter in the López way of accounting –remember that he made a profit of 1.5 million pesos per day in Palermo– but it just so happens that this parlor could

5

be moved to a more profitable location on the northern end of the metropolitan area, even though there are currently exclusivity clauses that prevent it. For this reason, the Daniel Scioli government is planning ways to deactivate this restriction.

The provision that the Instituto de Lotería y Casinos of Buenos Aires plans to eliminate is a clause written in 1999, when Boldt signed the contract for a ten-year license to run the casino Trilenium Casino in Tigre.[3]

Under the government of Eduardo Duhalde, the company run by Antonio Tabanelli managed to introduce a monopoly condition into the contract that includes a ban on establishing another casino in his jurisdiction at a distance of less than ONE HUNDRED FIFTY (150) kilometers from the Tigre Casino.

This restriction was breached by small bingo parlors, which gave rise to Boldt's complaint in 2004.

As the November expiration date on the license drew near and was extended for six months, Boldt apparently proposed to the Instituto de Lotería y Casinos of Buenos Aires that he would abandon the judicial route and negotiate the exclusivity perimeter from 150 kilometers down to 30. In exchange, he requested a new 15-year license (the same period that applied to the renewal of the parlor's license in La Plata). In that way, the renewal of the Trilenium Casino license was apparently the pressure switch to get Boldt to accept Cristóbal López's entry into the market.

In turn, **Cristóbal López –through Casino Club SA and together with Hipódromo Argentino de Palermo SA on behalf of Correón SA, Da Silvano SA and Compañía Gerenciadora de**

---

[3] Contract approved by Decree No. 726/99 of March 23, 1999.

Inversiones SA– acquired 100% of the share capital of Bingo Pinamar, SA, the third contractor for the Los Polvorines bingo parlor.

As of December 2009, the 12,000 shares of Bingo Pinamar SA belonged to Aurelio Serra (9,600 shares equivalent to 80%) and to Andrea Marcela Serra (2,400 shares equivalent to 20%).

Through a purchase agreement signed on December 3, 2009, a copy of which is attached to this filing, Casino Club SA acquired 6,000 shares (50%); Hipódromo Argentino de Palermo SA, on behalf of Correón SA, [acquired] 3,000 (25%); Compañía Gerenciadora de Inversiones SA [acquired] 2,400 (20%); and Da Silvano SA [acquired] 600 (5%).



*Source: Created by author*

The murky cloud hanging over the gaming industry becomes clearer with a detailed analysis of the shareholder composition of the companies involved and by proving that this

7

**web of companies leads to Cristóbal López and his financial group.** To wit:

## Casino Club SA

**Shareholders:**

- Ricardo Oscar Benedicto (30%)
- Juan Castellano Bonillo (30%)
- Cristóbal Manuel López (30%)
- Héctor José Cruz (10%)

**Companies in which it is a shareholder:**

- Tecno Acción SA (25%)
- Casino de Rosario SA (50%)
- Compañía de Inversiones en Entretenimientos SA (50%)

## Correón SA

**Shareholders:**

- Valfinsa SA (53.437%)
- Val de Loire LLC (35.047%)
- Proyecciones Hípicas SA (8.011%)
- Productora Kartells SA (3.506%)

**Companies in which it is a shareholder:**

- Tecno Acción SA (12.5%)
- Compañía de Inversiones en Entretenimientos SA (25%)

**Compañía Gerenciadora de Inversiones SA**

**Shareholders:**

- Federico Miguel de Achával (90%)
- La Quadriga SA (10%)

**Companies in which it is a shareholder:**

- Tecno Acción SA (10%)
- Compañía de Inversiones en Entretenimientos SA (20%)

**Da Silvano SA**

**Shareholders:**

- Guillermo Miguel Ardissone (20%)
- Néstor Aquilino Camino (16%)
- Guillermo Hugo Marti (16%)
- Gustavo Mario Ratti (16%)
- Gustavo Luis Dalessandro (16%)
- Francisco José Muro de Nadal (16%)

**Companies in which it is a shareholder:**

- Tecno Acción SA (2.5%)
- Compañía de Inversiones en Entretenimientos SA (5%)

It can be inferred from the foregoing that the new company structure of Bingo Pinamar SA is identical to the structure of the Compañía de Inversiones en Entretenimientos SA.



*Source: Created by author*

It must be recalled that Compañía de Inversiones en Entretenimientos SA is the one that, together with Casino Buenos Aires SA, make up the *Unión Transitoria de Empresas* [Provisional Business Alliance] that runs the Casino Puerto Madero, comprising the sumptuous floating casinos "Estrella de la Fortuna" and "Princess."

Just as Cristóbal López acquired the floating casino at that time, today, through the acquisition of Bingo Pinamar SA, he is taking firm strides towards the goal he has held from the moment the Kirchners assumed power: to enter the multimillion dollar gaming industry in the province of Buenos Aires, which allowed –and continues to allow– Codere, which runs 14 bingo parlors, to earn profits it cannot make in any other country in the world, thanks to the lack of controls and the historic complicity of the provincial government.

The purchase of the Los Polvorines bingo parlor by the accused, López, appears to fit within a much larger strategy since, according to press accounts, his intent —at least the first phase— is to hold onto the remainder of the bingo parlors belonging to Serra, who is also owner of Magic Star SA.

The second phase of the López-Codere partnership would be to go after the group belonging to the entrepreneur Daniel Mautone, who directly or indirectly controls the party's bingo parlors in La Costa, Chivilcoy, Pergamino, and Ramallo. As noted in the La Plata newspaper Hoy, "The greatest pressure on this individual appears to be due to his employment of Héctor Capacciolli (former fundraiser for the Néstor and Cristina Kirchner campaign, who resigned following a months-long feud with the Minister of Health at the time, Graciela Ocaña) and because at one time he went through Alberto Fernández to win the bid for the Casino Victoria (Entre Ríos) over Cristóbal López, who not only aspired to that megabusiness but also wanted to control his closest competitor. In closing, Cristóbal and Codere are going to end up going after the president of the *Cámara de Bingos* [Chamber of Bingo Parlors], Jorge Pereyra, owner of the Grupo Midas, which operates the bingo parlors in Ciudadela, Hurlingam, Merlo, and Caseros."[4]

But that is not all. Cristóbal López, taking advantage of the improved political fortunes of the Kirchners, appears to be launching a new offensive to win the support of the Buenos Aires government in order to install some 5000 slot machines at the Hipódromo de San Isidro (each machine makes a profit of 200 to 300 dollars per day), which is the district with the highest purchasing power in the province of Buenos Aires.

---

[4] Diario Hoy, December 10, 2009. "El plan de Cristóbal López para avanzar en la Provincia" [Cristóbal López's plan to make inroads in the Province].

This strategy appears to enjoy the strong support of entrepreneur Bruno Quintana, currently president of the Jockey Club of that district.

Each time the president of the Jockey Club was asked about the possibility of installing slot machines at the racetrack he gave the same answer. One of his more graphic statements was given to the racing publication Argentina Turf Magazine: *"Slots?: We're still working on getting them, so that we can be on par with the Hipódromo de Palermo. I'd better not get off this horse, that's the way I understand it. If you ask me whether I like slot machines, I'd say I don't. If there were none anywhere in the world, it would be a better place. But since there are, unfortunately, I need to have the same financial weapons available to be able to compete, we can't lag behind. We have the best racetrack in South America, but I need better resources."*

Given this outlook, it is highly probable that the trade unions representing racetrack workers will be the ones once again calling for the installation of these machines at the racetrack betting agencies, using the argument that racing has been in a crisis situation for the past several years.

These arguments have been brandished before, in a document that was signed in August 2008 in the presence of Luis Alberto Peluso, who at the time was the Auditor for the Instituto de Lotería y Casinos of the province of Buenos Aires, and in the presence of Jorge Rodríguez, who is currently president of that institute, a number of trade union and institutional representatives of the La Plata and San Isidro racetracks, stating, "The entire gamut

of trade union and institutional representatives are united in requesting the urgent installation of slot machines at the Hipódromo de La Plata in order to support and mitigate the serious crisis that this racing venue is experiencing, and to benefit the racing industry in general. The same request is extended to the Hipódromo de San Isidro."

The principal goal of the owner of the Jockey Club is to get slot machines installed at the racetrack betting agencies, especially at the Hipódromo de San Isidro. And he has been fighting for that cause for many years. Not only that, he was apparently one of the promoters of a bill aiming in that direction, which was finally shelved by the Buenos Aires legislature in 2003, during the government of Felipe Solá, who always maintained an excellent relationship with Codere: at that time the bill was a direct attack on the interests of the Spanish company.

The legislative setback left Quintana undaunted; he returned to the battlefield in a *de facto* alliance with Cristóbal López. Thus, in 2008, the journalist Carlos Pagni wrote in the newspaper La Nación, "Quintana yearns to recreate in San Isidro the enviable business owned by his colleague Federico Achával, concessionaire of the Hipódromo de Palermo, where the 4000 machines controlled by (Cristóbal) López make over a million dollars per day." And he added: "Now all that's left is for Scioli to authorize two bingo parlors to be moved from the interior of the province to the prosperous northern zone and to have slot machines installed in them. One of them may be housed at the racetrack."[5]

A no less important fact is that, should the Quintana and Cristóbal López bill pass, the Jockey Club would do an about-face since the members of that entity, founded in the 19th century to improve equine bloodlines, would become

---

[5] Diario La Nación, March 17, 2008. "El juego avanza de la mano del poder" [Gaming walks hand in hand with power]

gaming operators. We will have to watch the actions taken by the rest of the directors of that institution, which is part of the economic establishment of this country.

From the foregoing it's possible to conclude that, following several years of underground struggles, fruitless negotiations and conflicting political interests, the Kirchnerist gaming czar may be achieving his objective and will end up with more than a significant part of the business.

To that end, López took advantage of an international context that was unfavorable to the Spanish giant Codere, as well as of the invaluable assistance always afforded to him by Néstor Kirchner and his associates, who have been smoothing the way over the past seven years to allow him to become virtually the top gaming operator in the country.

**- Conclusion.**

By virtue of the foregoing, we ask that Your Honor will see fit to investigate the facts described in this brief with the understanding that they could be included with those facts that gave rise to the complaint which is amended herein.

It is essential that a thorough investigation be carried out in order to determine the legality of López's inroads into the market in the province of Buenos Aires, and in particular of the incredible increase in his wealth that allows him to assist a multinational gaming industry that is drowning in debt, and thereby enter into the multimillion dollar gaming industry in the largest and most populated province of the Argentine Republic.

Our understanding is that the aforementioned inroads into the market may fall within the context of the conspiracy that gave rise to the present proceedings, and for this reason we ask that you consider the complaint to be duly amended.

**III- EVIDENCE:**

The following is offered within the term and in the manner required by law:

**Documentary evidence:**

a) Copy of Resolution No. 180/07 by the Instituto Provincial de Lotería y Casinos of the province of Buenos Aires.

b) Copy of the share purchase agreement executed on December 3, 2009 between Casino Club SA, Hipódromo Argentino de Palermo SA on behalf of Correón SA, Da Silvano SA, Compañía Gerenciadora de Inversiones SA and Bingo Pinamar SA.

c) Copy of the by-laws of Bingo Pinamar SA.

d) Copy of Minute 19 of the Regular and Special Meetings of Bingo Pinamar SA.

e) Copy of Minutes 61 and 62 of the Board of Directors of Bingo Pinamar SA.

f) Issue of the Official Gazette dated February 16, 2010 showing the current composition of the board of directors of Bingo Pinamar SA.

**Informational evidence:**

Without prejudice to any judicial procedures or measures ordered by Your Honor, we take the liberty of suggesting the following evidence:

1. Order the *Comisión Nacional de la Defensa de la Competencia* [National Commission for the Defense of Competition] to send the file named "Casino Club

15

SA, Hipódromo Argentino de Palermo et al. re: consultation on the interpretation of Law No. 25156."

2. Order the *Dirección Provincial de Personas Jurídicas* [Provincial Office on Legal Entities] of the province of Buenos Aires to certify the authenticity of the copy of the Bingo Pinamar SA by-laws and of the minutes showing the latest appointments to the board of directors.

3. Order the *Inspección General de Justicia de la Nación* [National Corporate Records Office] to send the by-laws and minutes showing the latest appointments to the board of directors of Hipódromo Argentino de Palermo SA, Correón SA, Da Silvano SA and Compañía Gerenciadora de Inversiones SA.

4. Order the Inspección General de Justicia of the province of Chubut to send the by-laws and minutes showing the latest appointments to the board of directors of Casino Club SA.

5. Require Casino Club SA, Hipódromo Argentino de Palermo SA, Correón SA, Da Silvano SA, Compañía Gerenciadora de Inversiones SA and Bingo Pinamar SA to send:

a) The register of shareholders or any other document showing the current shareholding structure. In the event the shareholders are legal entities, [they should] report the shareholding structure and that of their governing bodies.

b) Minute books for shareholder and board of directors meetings showing the current structure of their governing bodies.

4. Conduct a search of the Instituto Provincial de Lotería y Casinos of the province of Buenos Aires in order to obtain the instruments used to grant bingo parlor licenses whose

owners or third-party contractors are Bingo Pinamar SA and Magic Star SA.

## IV. <u>PRAYER FOR RELIEF</u>

By virtue of the foregoing, we ask that Your Honor:

a) Accept the amendment of this complaint as an urgent matter and send this filing and attachments to the representative of the Office of the Attorney General pursuant to Article 180 of the CPPN [*Código Procesal Penal Nacional* – National Code of Criminal Procedure];

b) Consider this amendment to the complaint formally filed pursuant to Article 174 of the National Code of Criminal Procedure;

c) Take into account the evidence offered and attached.

d) In a timely fashion, and in the event it is shown that any criminal act as defined by law was committed, summon those responsible to provide formal statements (CPP [*Código Procesal Penal* – Code of Criminal Procedure] Article 294), issue an order to prosecute (CPP Article 306), and remand the case for public and criminal trial (CPP Article 346).

**BY RULING PURSUANT TO THE FOREGOING,**

**JUSTICE WILL BE DONE.**

**AMPLIA DENUNCIA.  PROPONE PRUEBA.-**

**Señor Juez:**

Juan Carlos Morán, Walter Domingo Martello y Maricel Etchecoin Moro, manteniendo el domicilio constituido en la calle Rivadavia 1829 piso 4 de la Ciudad Autónoma de Buenos Aires, a V.S. nos presentamos y respetuosamente decimos:

**I. OBJETO**

En nuestro carácter de denunciantes en la causa n° 15734/08, caratulada **"Kirchner Néstor y otros s/ Asociación Ilícita y otros"** que tramita por ante el Juzgado Federal N° 10, en la que denunciamos  las conductas antijurídicas en relación con los Sres. Néstor Kirchner, Julio De Vido, Claudio Uberti, Rudy Ulloa Igor, Ricardo Jaime, Cristóbal López y Lázaro Báez por la probable comisión de los delitos tipificados en los artículos 210, 174, 248, 249 y 265 del Código Penal y/u otros  posibles actos de corrupción; y de acuerdo a la facultad dispensada por el art. 174 del Código Procesal Penal de la Nación, venimos a ampliar los términos de la denuncia oportunamente realizada, atento a que hemos tomado conocimiento de los hechos que se reseñan a continuación.

**II. HECHOS**

En legal tiempo y forma venimos a ampliar denuncia, solicitando se investigue la operatoria llevada a cabo por el denunciado Cristóbal López para ingresar al negocio del juego en la provincia de Buenos Aires.

Tal como oportunamente se ha manifestado es posible asociar a Cristóbal López con Néstor Kirchner  y con ellos a una misma forma de

1

manejar el poder, consistente en la manipulación y corrupción política, la concentración económica, el avasallamiento a las normas y la presión sobre sus circunstanciales oponentes o detractores.

Por todo esto es que denunciamos y describimos la complicidad de Néstor Kirchner en todo lo referido a los beneficios que su gobierno le ha dado a las empresas del grupo perteneciente a Cristóbal López, situación que le ha permitido a este último lograr un crecimiento patrimonial imposible de justificar

No obstante la expansión económica experimentada por López desde 2003 a la fecha - la que ha sido largamente descripta en la presente causa - hay un negocio en el cual el denunciado siempre anheló ingresar y por un motivo u otro, no pudo hacerlo: desembarcar en la provincia de Buenos Aires y reproducir de esa manera las exorbitantes ganancias que obtiene en el Hipódromo de Palermo, en el de San Isidro.

A continuación describiremos la estrategia llevada a cabo por López para ingresar en el negocio del juego en la provincia de Buenos Aires, que desde ya solicitamos que sea investigada en las presentes actuaciones.

**- El ingreso de Cristóbal López al negocio del juego de la provincia de Buenos Aires**

Por estos días el sueño más preciado de López podría hacerse realidad y esta coyuntura modificaría sustancialmente el mapa de los negocios vinculados al juego en la provincia de Buenos Aires.

Una jugada a varias puntas se estaría consumando de la mano de Cristóbal López; Carlos Gallo, su operador en el Instituto de Lotería y Casinos de la Provincia de Buenos Aires; Bruno Quintana, el Presidente

del Jockey Club Argentino; Aurelio Serra, propietario de varias salas de Bingo, entre ella la que está ubicada en Los Polvorines; y Héctor Cotignola, vicepresidente del Instituto de Lotería y Casinos de la provincia de Buenos Aires, aportante de la campaña Cristina Kirchner – Julio Cobos en 2007, y denunciado por enriquecimiento ilícito en la Justicia Penal platense. El objetivo sería hacer realidad el sueño del patagónico de instalar y controlar las tragamonedas en la zona norte bonaerense.

Las tres firmas que controlan gran parte del juego de azar en la Argentina, Codere, Boldt y el ultrakirchnerista Cristóbal López, habrían comenzado a instrumentar un nuevo acuerdo que implicaría la distribución del negocio del juego en la Provincia de Buenos Aires y la habilitación para la instalación de tragamonedas en los hipódromos y agencias hípicas. Por distintas razones, todos han cedido intereses en función del mega-empresario del juego K.

La compra de algunos bingos de Buenos Aires por Cristóbal López y el posible traslado de las salas a los hipódromos abren una nueva instancia en el negocio que Scioli deja hacer, a la vez que niega la posibilidad de dar tratamiento a un proyecto de Ley que fue impulsado por el Bloque de la Coalición Cívica de la provincia de Buenos Aires para prohibir esos traslados.[1]

Una de las patas del entendimiento empresario vincula a Codere con Cristóbal López, que ya hace tiempo dejaron de ser acérrimos competidores y rivales, para convertirse en socios. El motivo habría que encontrarlo en el aporte económico extraordinario que habría realizado el año pasado el empresario kirchnerista para que los hermanos Martínez

---

[1] MARTELLO, Walter D. y ETCHECOIN MORO, Maricel. Proyecto de Ley (Exp D-2316/09-10)

Sampedro, propietarios de Codere, pudieran cancelar una deuda de 390 millones de euros que mantenía con sus ex socios los hermanos Franco.

La deuda de los hermanos Martínez Sampedro venció en marzo de 2009, pero en aquel momento no había podido ser cancelada debido a la crítica situación de Codere Internacional, cuyas acciones se venían derrumbando en la bolsa madrileña como consecuencia de la crisis que ya en ese entonces golpeaba con fuerza al viejo continente. Esta situación duró hasta el 29 de julio del año pasado, cuando las familias Franco y Martínez Sampedro anunciaron con gran fanfarria el acuerdo en el que López habría tenido un rol principal y eso implicó un fuerte repunte de las acciones de la compañía multinacional española de la industria del entretenimiento.

Según la comunicación que se envió en aquel entonces tanto a la Bolsa de Madrid, como a los medios empresarios españoles, el acuerdo fue que a cambio de cederles a los Franco el 1,87% del total accionario de la compañía, se renovó el contrato de deuda por un periodo más. No obstante, algunos transcendidos dan cuenta que en realidad la situación se resolvió entregando el 25% de la deuda y garantizando el pago del saldo en el transcurso de este año.

Esta operación secreta de los accionistas de Codere se habría logrado mediante un convenio privado, que habría permitido el ingreso a la sociedad de Cristóbal López. El empresario K habría aportado los fondos necesarios y se habría comprometido a pagar el saldo con utilidades del juego[2].

El primer paso de esta sociedad en la Argentina (las acciones conjuntas también se extenderían a Uruguay), que por el momento

---

[2] Diario Hoy, 19 de agosto de 2009. "Cristóbal López desembarcaría en la Provincia"

funcionaría de hecho porque no es reconocida por ninguna de las dos partes, se está dando en la localidad de Los Polvorines, donde existe un bingo con 305 máquinas tragamonedas.

**- La compra del Bingo de Los Polvorines.**

Una vez descripto el millonario salvataje económico realizado a la multinacional Codere, nos referiremos en adelante a la maniobra realizada por López para expandir y dominar el negocio de las máquinas tragamonedas en la zona norte de la provincia de Buenos Aires.

La noticia de la compra por parte del empresario kirchnerista del Bingo ubicado en Los Polvorines, cabecera del partido de Malvinas Argentinas, provincia de Buenos Aires, volvió a mover el tablero del juego bonaerense ya que resulta obvio que el objetivo de López no es permanecer en esa sala perteneciente a uno de los distritos más pobres del conurbano Bonaerense.

El Bingo de Los Polvorines, ubicado en la calle Presidente Perón 3435, de esa localidad, esta regenteado por la empresa tercera contratante "Bingo Pinamar S.A:" - CUIT 30-68659820-5, que abrió sus puertas el 22 de noviembre del 2001 con una licencia otorgada por el Instituto de Lotería a través de la "Asociación Cooperadora Amigos del Deporte de Malvinas Argentinas".

Su licencia venció en el año 2006 y fue prorrogada hasta el año 2021 por la Resolución N° 180/07del Instituto Provincial de Lotería y Casinos, a cambio de un canon extraordinario de $ 7.492.687,75 y un canon ordinario de $17.473.351,73, a pagar en 60 cuotas fijas, cuya copia se adjunta a la presente como prueba documental.

La facturación de este Bingo no resulta importante en los términos que maneja López -recordemos que obtiene ganancias por 1,5 millones de pesos diarios en Palermo- pero sucede que esta sala podría

5

trasladarse a una localidad más rentable del norte del Conurbano, a pesar de que en la actualidad hay cláusulas de exclusividad que lo impiden. Por eso, el gobierno de Daniel Scioli planifica cómo desactivar esta limitación.

La disposición que el Instituto de Lotería y Casinos bonaerense prevé eliminar es una cláusula creada en 1999, cuando Boldt firmó el contrato por la licencia durante diez años para la explotación del casino de Tigre, Trilenium Casino.[3]

Bajo la gobernación de Eduardo Duhalde, la empresa comandada por Antonio Tabanelli consiguió introducir en el contrato una condición de monopolio que abarca la prohibición de instalar otro Casino dentro de su jurisdicción a una distancia menor de CIENTO CINCUENTA (150) Kilómetros del Casino de Tigre.

Esta restricción fue violada por pequeñas salas de bingo, lo cual en 2004 motivó el reclamo de Boldt.

Ante la aproximación del vencimiento de la licencia que operó en noviembre y fue prorrogada por seis meses, Boldt le habría propuesto al Instituto de Lotería y Casinos bonaerense desistir de la vía judicial y negociar el perímetro de exclusividad para reducirlo de 150 a 30 kilómetros. A cambio, pidió un nuevo período de licencia por 15 años (el mismo plazo que se aplicó en la renovación de la licencia a la sala de La Plata). De ese modo, la renovación de la licencia de Trilenium Casino sería el mecanismo de presión para que Boldt acepte el desembarco de Cristóbal López.

Por su parte, **Cristóbal López adquirió – mediante Casino Club S.A. y junto con Hipódromo Argentino de Palermo S.A. en comisión para Correón S.A., Da Silvano S.A. y Compañía Gerenciadora de**

---

[3] Contrato aprobado mediante Decreto Nº 726/99, del 23 de marzo de 1999.

Inversiones S.A. - el 100% del capital social de Bingo Pinamar S.A., la tercera contratante de la Sala de Bingo de Los Polvorines.

Hasta diciembre de 2009, las 12.000 acciones de Bingo Pinamar S.A. eran de Aurelio Serra (9.600 acciones equivalentes al 80%) y de Andrea Marcela Serra (2.400 acciones equivalentes al 20%).

Mediante un contrato de compraventa celebrado el 3 de diciembre de 2009 – cuya copia se acompaña a la presente - , Casino Club S.A. adquirió 6.000 acciones (50%); Hipódromo Argentino de Palermo S.A. en comisión para Correón S.A., 3.000 (25%); Compañía Gerenciadora de Inversiones S.A., 2.400 (20%) y Da Silvano S.A., 600 (5%).



*Fuente: Elaboración propia*

La matriz oscura que se cierne sobre el negocio del juego queda en evidencia al analizar pormenorizadamente la composición accionaria de las sociedades en cuestión y comprobar que el

7

entramado societario nos lleva a Cristóbal López y a su grupo económico. A saber:

## Casino Club S.A.

**Accionistas:**

- Ricardo Oscar Benedicto (30%)
- Juan Castellano Bonillo (30%)
- Cristóbal Manuel López (30%)
- Héctor José Cruz (10%)

**Sociedades en las que posee participación:**

- Tecno Acción S.A. (25%)
- Casino de Rosario S.A. (50%)
- Compañía de Inversiones en Entretenimientos S.A. (50%)

## Correon S.A.

**Accionistas:**

- Valfinsa S.A. (53,437%)
- Val de Loire LLC (35,047%)
- Proyecciones Hípicas S.A. (8,011%)
- Productora Kartells S.A. (3,506%)

**Sociedades en las que posee participación:**

- Tecno Acción S.A. (12,5%)
- Compañía de Inversiones en Entretenimientos S.A. (25%)

**Compañía Gerenciadora de Inversiones S.A.**

**Accionistas:**

- Federico Miguel de Achával (90%)
- La Quadriga S.A. (10%)

**Sociedades en las que posee participación:**

- Tecno Acción S.A. (10%)
- Compañía de Inversiones en Entretenimientos S.A. (20%)

**Da Silvano S.A.**

**Accionistas:**

- Guillermo Miguel Ardissone (20%)
- Néstor Aquilino Camino (16%)
- Guillermo Hugo Marti (16%)
- Gustavo Mario Ratti (16%)
- Gustavo Luis Dalessandro (16%)
- Francisco José Muro de Nadal (16%)

**Sociedades en las que posee participación:**

- Tecno Acción S.A. (2,5%)
- Compañía de Inversiones en Entretenimientos S.A. (5%)

De lo expuesto puede inferirse que la nueva composición societaria de Bingo Pinamar S.A. es idéntica a la composición de Compañía de Inversiones en Entretenimientos S.A.



*Fuente: Elaboración propia*

Debe recordarse que Compañía de Inversiones en Entretenimientos S.A. es quien, junto con Casino Buenos Aires S.A. constituyen la Unión Transitoria de Empresas que explota el Casino Puerto Madero, conformado por los fastuosos Buques Casino "Estrella de la Fortuna" y "Princess".

Como en aquel entonces Cristóbal López obtuvo el Casino Flotante, ahora, mediante la adquisición de Bingo Pinamar S.A., avanza firmemente sobre el propósito que sostiene desde el mismo momento en que los Kirchner llegaron al poder: ingresar al multimillonario negocio del juego en la Provincia de Buenos Aires, que le permitió –y le sigue permitiendo- a Codere, que regenta 14 salas de bingos, obtener ganancias que no logra en ningún país del mundo, gracias a la falta de controles y a la histórica complicidad del gobierno provincial.

La compra del Bingo de Los Polvorines por parte del denunciado López estaría enmarcada en una estrategia mucho más global ya que, según medios periodísticos, su intención sería – en una primera etapa- quedarse con el resto de los bingos propiedad de Serra, quien también es titular de Magic Star S.A.

La segunda etapa de la sociedad López-Codere sería ir por el grupo que pertenece al empresario Daniel Mautone, quien directa o indirectamente controlaría los bingos del partido de La Costa, Chivilcoy, Pergamino y Ramallo. Tal como señaló el diario platense Hoy "La presión más fuerte sobre este personaje la ejercerían por ser empleador de Héctor Capacciolli (el ex recaudador de la campaña de Néstor y Cristina Kirchner, que renunció luego de una pelea de meses con la entonces ministra de Salud, Graciela Ocaña) y haber operado en su momento a través de Alberto Fernández para ganarle la licitación del Casino Victoria (Entre Ríos) a Cristóbal López, que no sólo pretendía ese megaemprendimiento sino que además ansiaba su competencia más cercana. Como cierre, Cristóbal y Codere van a terminar yendo por el presidente de la Cámara de Bingos, Jorge Pereyra, dueño del Grupo Midas, que opera las salas de bingo de Ciudadela, Hurlingam, Merlo y Caseros"[4].

Pero eso no es todo. Cristóbal López, aprovechando el repunte político de los Kirchner, emprendería una nueva ofensiva para lograr el aval del gobierno bonaerense para que se instalen unas 5000 máquinas tragamonedas en el Hipódromo de San Isidro (cada máquina produce una ganancia de entre 200 y 300 dólares por día), que es el distrito con mayor poder adquisitivo de la provincia de Buenos Aires.

---

[4] Diario Hoy, 10 de diciembre de 2009. "El plan de Cristóbal López para avanzar en la Provincia"

Se trata de una estrategia que contaría con un fuerte apoyo del empresario Bruno Quintana, actual presidente del Jockey Club de ese distrito.

Cada vez que se lo consultó al presidente del Jockey Club sobre la posibilidad de instalar máquinas tragamonedas en el hipódromo este respondió de igual manera. Una de sus mas graficas declaraciones fue la efectuada a la publicación turfística Argentina Turf Magazine: *"¿Los slots (tragamonedas)?: Seguimos trabajando para obtenerlos, para así estar en situación de igualdad con el Hipódromo de Palermo. No me debo bajar de este caballo, yo lo entiendo así. Si me preguntan si me gustan las máquinas tragamonedas, diría que no. Si no existieran en todo el mundo, sería mejor. Como las hay, lamentablemente, debo disponer de las mismas armas económicas para poder competir, no nos podemos quedar atrás. Tenemos el mejor hipódromo de Sudamérica, pero necesito mejores recursos."*

Ante este panorama, resulta muy probable que empiecen a ser los sindicatos que aglutinan a trabajadores de los hipódromos los que, nuevamente, empiecen a reclamar la habilitación de las maquinitas en las agencias hípicas, bajo el argumento de que la actividad hípica se encuentra en crisis desde hace varios años.

Estos argumentos ya han sido esgrimidos en un documento que en el mes de agosto de 2008 suscribieron en comparecencia de Luis Alberto Peluso quien, en ese entonces, era el Interventor del Instituto de Lotería y Casinos de la Provincia de Buenos Aires y en presencia de Jorge Rodríguez, quien es el actual Presidente del Instituto, diversas representaciones gremiales e institucionales de los Hipódromos de La Plata y de San Isidro en el cual se manifestó que "De igual forma la

totalidad de las representaciones gremiales e institucionales solicitan la urgente instalación de máquinas slots en el Hipódromo de La Plata a fin de sustentar y palear la grave crisis que vive dicho circo hípico, y en beneficio de la Industria Hípica en general. El mismo requerimiento se hace extensivo para el Hipódromo de San Isidro".

El principal objetivo del titular del Jockey Club es lograr la instalación de las tragamonedas en las agencias hípicas, especialmente en el Hipódromo de San Isidro. Y hace años que viene luchando por esa causa. Es más, habría sido él uno de los impulsores del proyecto que apuntaba en esa dirección, que finalmente naufragó en la legislatura bonaerense en el año 2003, durante el gobierno de Felipe Solá, quien siempre mantuvo una excelente relación con Codere: en aquel entonces la iniciativa atacaba directamente los intereses de la empresa española.

El revés legislativo, no amilanó a Quintana, que, asociado de hecho con Cristóbal López, volvió a la carga. Así fue como, en el año 2008, el periodista Carlos Pagni, en el diario La Nación, afirmaba que "Quintana anhela reproducir en San Isidro el envidiable negocio de su colega Federico Achával, concesionario del Hipódromo de Palermo, donde las 4000 máquinas controladas por (Cristóbal) López rinden más de un millón de dólares por día". Y agregaba: "Ahora bastará con que Scioli autorice el traslado de dos bingos desde el interior de la provincia a la próspera zona norte y que habilite tragamonedas en sus salas. Uno de ellos se alojaría en el hipódromo"[5].

Un dato no menor es que, en caso de concretarse el proyecto de Quintana y Cristóbal López, se generaría un cambio de 180 grados en el Jockey Club, ya que los integrantes de la entidad que fue fundada en el siglo XIX para mejorar la raza caballar, se convertirían en operadores del

---

[5] Diario La Nación, 17 de marzo de 2008. "El juego avanza de la mano del poder"

juego. Habría que ver como actúa el resto de los directivos de la institución, que forman parte del establishment económico del país.

Lo expuesto con anterioridad, permite concluir que luego de varios años de luchas subterráneas, de negociaciones infructuosas y de intereses políticos contrapuestos, el zar kirchnerista del juego estaría logrando su objetivo, quedándose con una parte más que importante del negocio.

Para ello López aprovechó un contexto internacional desfavorable al gigante español Codere, como así también la inestimable ayuda que siempre le han dado Néstor Kirchner y sus socios quienes en los últimos siete años le allanaron el camino para convertirse, prácticamente, en el principal operador del juego del país.

- **Conclusión.**

Por todo lo expuesto, solicitamos a V.E. tenga a bien investigar los hechos descriptos en este escrito por entender que los mismos podrían inscribirse dentro de los que dieron lugar a la denuncia que se viene a ampliar por intermedio de la presente.

Resulta indispensable que se realice una exhaustiva investigación a los fines de determinar la juridicidad del desembarco de López en la provincia de Buenos Aires y en particular, de su increíble incremento patrimonial que le permite auxiliar a una empresa multinacional del juego asfixiada por deudas y entrar, de esa manera, en el millonario negocio del juego de la provincia más extensa y con mayor población de la República Argentina.

14

Entendemos que el desembarco *supra* descripto podría inscribirse dentro de la asociación ilícita que dio origen a las presentes actuaciones por lo que solicitamos que se tenga por ampliada la denuncia.

### III- PRUEBA:

Se ofrece la siguiente en legal tiempo y forma:

**Documental:**

a) Copia de la Resolución Nº 180/07 del Instituto Provincial de Lotería y Casinos de la provincia de Buenos Aires.

b) Copia del contrato de compraventa de acciones celebrado el 3 de diciembre de 2009 entre Casino Club S.A, Hipódromo Argentino de Palermo S.A. en comisión para Correon S.A., Da Silvano S.A., Compañía Gerenciadora de Inversiones S.A. y Bingo Pinamar S.A.

c) Copia del Estatuto Social de Bingo Pinamar S.A.

d) Copia del Acta de Asambleas Ordinaria y Extraordinaria N°19 de Bingo Pinamar S.A.

e) Copia de las Actas de Directorio N° 61 y 62 de Bingo Pinamar S.A.

f) Publicación de Boletín Oficial de fecha 16 de febrero de 2010 en donde consta la actual composición del Directorio de Bingo Pinamar S.A..

**Informativa:**

Sin perjuicio de las diligencias o medidas que disponga V.S. nos tomamos el atrevimiento de sugerirle los siguientes medios probatorios:

1. Se requiera a la Comisión Nacional de la Defensa de la Competencia que remita el expediente caratulado "Casino Club

15

S.A., Hipódromo Argentino de Palermo y otros s/consulta interpretación Ley N° 25.156".

2. Se requiera a la Dirección Provincial de Personas Jurídicas de la provincia de Buenos Aires a los fines que se expida respecto de la autenticidad de la copia del Estatuto Social de Bingo Pinamar S.A. y de las actas en las que conste la última designación de los miembros del Directorio.

3. Se requiera a la Inspección General de Justicia de la Nación a los fines que remita Estatuto Social y las actas en las que conste la última designación de los miembros del Directorio de Hipódromo Argentino de Palermo S.A., Correon S.A., Da Silvano S.A. y Compañía Gerenciadora de Inversiones S.A.

4. Se requiera a la Inspección General de Justicia de la provincia de Chubut a los fines que remita Estatuto Social y las actas en las que conste la última designación de los miembros del Directorio de Casino Club S.A.

5. Se requiera a Casino Club S.A, Hipódromo Argentino de Palermo S.A., Correon S.A., Da Silvano S.A., Compañía Gerenciadora de Inversiones S.A. y Bingo Pinamar S.A. que remitan:

a) El Libro de registro de accionistas u otro documento en el que conste su actual composición accionaria. En caso de que los titulares de las acciones sean personas jurídicas, informe su composición accionaria y la de sus órganos de administración.

b) Los libros de Actas de Asamblea y de Actas de Directorio en los que conste la actual composición de sus órganos de administración.

4. Se allane al Instituto Provincial de Lotería y Casinos de la provincia de Buenos Aires a los fines de obtener los instrumentos mediante los que se otorgaron las licencias de las salas de bingo cuyos

titulares o terceros contratantes sean Bingo Pinamar S.A. y Magic Star S.A..

## IV. <u>PETITORIO</u>

Por todo lo expuesto a V.S., solicitamos que:

a) Reciba con carácter urgente la ampliación de la presente denuncia y remita el legajo al representante del Ministerio Público Fiscal en los términos del art. 180 del C.P.P.N.;

b) En los términos del art. 174 del Código Procesal Penal de la Nación tenga por formalmente deducida la presente ampliación de denuncia;

c) Se tenga presente la prueba ofrecida y acompañada.

d) Oportunamente, y en caso de comprobarse la comisión de alguna conducta con relevancia típica, se convoque a los responsables a rendir declaración indagatoria (art. 294 C.P.P.), se les dicte auto de procesamiento (art. 306 C.P.P.) y se eleve a la instancia del juicio oral y público (art. 346 C.P.P.).

**PROVEER DE CONFORMIDAD,**

**SERÁ JUSTICIA.**



October 2, 2014

I hereby certify that I am a professional translator, that I abide by the Code of Ethics and Professional Practice of the *American Translators Association*, that I am fluent in Spanish and English, that I have employed a team of professional translators, and that we have translated, to the best of our knowledge, the attached document entitled

**Amendment of Complaint**

From Spanish into English

Signed,

Cathleen Waters

Founder, New World Medium

Translator of French, Spanish, Italian, Portuguese and English

American Translator's Association Membership no. 257918