# EXHIBIT H

Wire Transfer Services
**TDA0014A-US-ID-NAME-SEARCH**
From: 20090101 - 20121231

| TRANSACTION DATE | TRANSACTION NUMBER | PAY DATE | TRANSACTION TYPE | CURRENCY | FX AMOUNT | USD AMOUNT | METHOD OF RECEIPT |
|---|---|---|---|---|---|---|---|
| 7/13/2009 | 032447 | 7/13/2009 | FTR | USD | 4,973.00 | 4,973.00 | CHP |
| 9/11/2009 | 219673 | 9/11/2009 | FTR | USD | 5,000.00 | 5,000.00 | SWF |
| 9/24/2009 | 179916 | 9/24/2009 | FTR | USD | 10,955.28 | 10,955.28 | CHP |
| 9/30/2009 | 328074 | 9/30/2009 | FTR | USD | 7,000.00 | 7,000.00 | SWF |
| 10/15/2009 | 135071 | 10/15/2009 | FTR | USD | 5,000.00 | 5,000.00 | SWF |
| 10/21/2009 | 257682 | 10/21/2009 | FTR | USD | 7,600.00 | 7,600.00 | FED |
| 11/25/2009 | 105062 | 11/25/2009 | FTR | USD | 8,000.00 | 8,000.00 | CHP |
| 1/19/2010 | 339557 | 1/19/2010 | FTR | USD | 4,000.00 | 4,000.00 | SWF |
| 4/29/2010 | 256658 | 4/29/2010 | FTR | USD | 9,000.00 | 9,000.00 | FED |
| 2/2/2011 | 173382 | 2/2/2011 | FTR | USD | 200,000.00 | 200,000.00 | CHP |
| 3/7/2011 | 278663 | 3/7/2011 | FTR | USD | 65,683.34 | 65,683.34 | SWF |
| 3/15/2011 | 277557 | 3/15/2011 | FTR | USD | 150,000.00 | 150,000.00 | CHP |
| 3/16/2011 | 238407 | 3/16/2011 | FTR | USD | 100,000.00 | 100,000.00 | CHP |
| 3/17/2011 | 154771 | 3/17/2011 | FTR | USD | 59,932.00 | 59,932.00 | SWF |
| 3/17/2011 | 159573 | 3/17/2011 | FTR | USD | 134,263.00 | 134,263.00 | SWF |
| 3/17/2011 | 218895 | 3/17/2011 | FTR | USD | 150,000.00 | 150,000.00 | SWF |
| 3/24/2011 | 211963 | 3/24/2011 | FTR | USD | 49,070.00 | 49,070.00 | SWF |
| 5/19/2011 | 221448 | 5/19/2011 | FTR | USD | 60,000.00 | 60,000.00 | FED |
| 5/26/2011 | 262618 | 5/26/2011 | FTR | USD | 250,000.00 | 250,000.00 | SWF |
| 6/7/2011 | 256637 | 6/7/2011 | FTR | USD | 50,000.00 | 50,000.00 | SWF |
| 6/15/2011 | 299660 | 6/15/2011 | FTR | USD | 47,753.23 | 47,753.23 | FED |
| 7/15/2011 | 219092 | 7/15/2011 | FTR | USD | 100,000.00 | 100,000.00 | SWF |

| METHOD OF PAYMENT | BANK | DEBIT ID TYPE | DEBIT ID | DEBIT ID NAME |
|---|---|---|---|---|
| LTR | NYK | P | 0001 | THE BANK OF NEW YORK MELLON |
| FED | NYK | D | 006550113516 | MLPF&S - WIRE ACCOUNT |
| WIR | NYK | P | 0001 | THE BANK OF NEW YORK MELLON |
| FED | NYK | D | 006550113516 | MLPF&S - WIRE ACCOUNT |
| FED | NYK | D | 006550113516 | MLPF&S - WIRE ACCOUNT |
| WIR | NCX | A | 053104869 | PEOPLES BANK |
| WIR | NYK | P | 0112 | NORTHERN TRUST INTL BK CO |
| FED | NYK | D | 006550113516 | MLPF&S - WIRE ACCOUNT |
| LTR | NCX | A | 066011392 | OCEAN BANK |
| WIR | NYK | P | 0509 | WELLS FARGO BANK, N.A.(FORMERLY KNO |
| FED | NYK | D | 006550113516 | MLPF AND S - WIRE ACCOUNT |
| WIR | NYK | P | 0103 | DEUTSCHE BANK TRUST CO. AMERICAS |
| WIR | NYK | P | 0509 | WELLS FARGO BANK, N.A.(FORMERLY KNO |
| FED | NYK | D | 006550113516 | MLPF AND S - WIRE ACCOUNT |
| FED | NYK | D | 006550113516 | MLPF AND S - WIRE ACCOUNT |
| WIR | NYK | P | 0509 | WELLS FARGO BANK, N.A.(FORMERLY KNO |
| FED | NYK | D | 006550113516 | MLPF AND S - WIRE ACCOUNT |
| LTR | NCX | A | 066011392 | OCEAN BANK |
| FED | NYK | D | 006550113516 | MLPF AND S - WIRE ACCOUNT |
| FED | NYK | D | 006550113516 | MLPF AND S - WIRE ACCOUNT |
| LTR | NCX | A | 066011392 | OCEAN BANK |
| FED | NYK | D | 006550113516 | MLPF AND S - WIRE ACCOUNT |

DEBIT ID NAME LINE234                                                                                                ORIGINATOR ID TYPE
NEW YORK NEW YORK
C/O MERRILL LYNCH PIERCE FENNER ANDSMITH INC, 4 WORLD FINACIAL CENTERNORTH TOWER 1316, NEW YORK NY 10080
NEW YORK NEW YORK
C/O MERRILL LYNCH PIERCE FENNER ANDSMITH INC, 4 WORLD FINACIAL CENTERNORTH TOWER 1316, NEW YORK NY 10080
C/O MERRILL LYNCH PIERCE FENNER ANDSMITH INC, 4 WORLD FINACIAL CENTERNORTH TOWER 1316, NEW YORK NY 10080
NEWTON, NC
NEW YORK, NEW YORK
C/O MERRILL LYNCH PIERCE FENNER ANDSMITH INC, 4 WORLD FINACIAL CENTERNORTH TOWER 1316, NEW YORK NY 10080
MIAMI, FL
WN AS WACHOVIA)375, PARK AVENUE:NEW YORK,US
C/O MERRILL LYNCH PIERCE FENNER ANDSMITH INC, 4 WORLD FINACIAL CENTERNORTH TOWER 1316, NEW YORK NY 10080
(FRMLY:BANKERS TRUST)NEW YORK, NEW YORK
WN AS WACHOVIA)375, PARK AVENUE:NEW YORK,US
C/O MERRILL LYNCH PIERCE FENNER ANDSMITH INC, 4 WORLD FINACIAL CENTERNORTH TOWER 1316, NEW YORK NY 10080
C/O MERRILL LYNCH PIERCE FENNER ANDSMITH INC, 4 WORLD FINACIAL CENTERNORTH TOWER 1316, NEW YORK NY 10080
WN AS WACHOVIA)375, PARK AVENUE:NEW YORK,US
C/O MERRILL LYNCH PIERCE FENNER ANDSMITH INC, 4 WORLD FINACIAL CENTERNORTH TOWER 1316, NEW YORK NY 10080
MIAMI, FL
C/O MERRILL LYNCH PIERCE FENNER ANDSMITH INC, 4 WORLD FINACIAL CENTERNORTH TOWER 1316, NEW YORK NY 10080
C/O MERRILL LYNCH PIERCE FENNER ANDSMITH INC, 4 WORLD FINACIAL CENTERNORTH TOWER 1316, NEW YORK NY 10080
MIAMI, FL
C/O MERRILL LYNCH PIERCE FENNER ANDSMITH INC, 4 WORLD FINACIAL CENTERNORTH TOWER 1316, NEW YORK NY 10080

| ORIGINATOR ID | ORIGINATOR NAME |
|---|---|
| DE66500400000602338600 | 1/MERIDIONAL SOCANIL S.A. |
| 1FT07A26 | SGI ARGENTINA S.A. AZUCENA VILLAFLO |
| 1212646 | DALMATEN SOCIEDAD ANONIMA |
| 16838415 | FEDERICO ELASKAR AZUCENA VILLAFLOR |
| 16838415 | FEDERICO ELASKAR AZUCENA VILLAFLOR |
| 534943023 | EFEX TRADE LLC |
| CH7308634006050170002 | DEBRUK SA |
| 16838415 | FEDERICO ELASKAR AZUCENA VILLAFLOR |
| 0000000531820308 | FEDERICO ELASKAR |
| 550005431 | OMEGA TRADING INTERNATIONAL CORP. |
| 16838415 | FEDERICO ELASKAR AZUCENA VILLAFLOR |
|  | FEDERICO ELASKAR |
| 550004661 | WHEATON CORPORATION S.A. |
| 1FT07A26 | SGI ARGENTINA S.A. AZUCENA VILLAFLO |
| 16838415 | FEDERICO ELASKAR AZUCENA VILLAFLOR |
| 550004661 | WHEATON CORPORATION S.A. |
| 1FT07A26 | SGI ARGENTINA S.A. AZUCENA VILLAFLO |
| 0000000531820308 | FEDERICO ELASKAR |
| 16840C38 | FEDERICO ELASKAR PIERINA DEALESSI 5 |
| 16840C38 | FEDERICO ELASKAR PIERINA DEALESSI 5 |
| 0000000531820308 | FEDERICO ELASKAR |
| 1FT07D60 | DUNAMIS ONE LTD. PALM GROVE HOUSE P |

| ORIGINATOR NAME LINE234 | ORIGINATOR REF NUM | ORIG BANK ID TYPE | ORIG BANK ID |
|---|---|---|---|
| 2/POST DARF NICHT VERS.WERDEN3/PA/POST AN 501 00 WM IPB | AZMA919004837300 | S | COBADEFF |
| R 350 OFICINA 100 A BUENOS AIRES ARGENTINA | | S | MLCOUS33 |
| RINCN 477MONTEVIDEO URUGUAY | FAAS926652538400 | S | SURIUYMM |
| 350 AP 100A BUENOS AIRES - C1107BGAARGENTINA | | S | MLCOUS33 |
| 350 AP 100A BUENOS AIRES - C1107BGAARGENTINA | | S | MLCOUS33 |
| 12012 SOUTH SHORE BLVD S.207WELLINGTON, FL 33414 | | | |
| PLAZA INDEPENDENCIA 808 APTO 1101URUGUAY MONTEVIDEO605017 | FT0932700351 | S | BJHSCHZZ |
| 350 AP 100A BUENOS AIRES - C1107BGAARGENTINA | | S | MLCOUS33 |
| APTO 3CBUENOS AIRESARGENTINA | | | |
| ABBOTT BUILDINGPO BOX 3099ROAD TOWN, TORTOLA | 055FTEC110330034 | | 2000192005924 |
| 350 AP 100A BUENOS AIRES - C1107BGAARGENTINA | | S | MLCOUS33 |
| EDIFICIO P.H. PLAZA 2000 CALLE 50APARTADO 0816 01098PANAMA, PANAMA | 055FTEC110750152 | | 2000192005924 |
| R 350 OFICINA 100 A BUENOS AIRES ARGENTINA | | S | MLCOUS33 |
| 350 AP 100A BUENOS AIRES - C1107BGAARGENTINA | | S | MLCOUS33 |
| EDIFICIO P.H. PLAZA 2000 CALLE 50APARTADO 0816 01098PANAMA, PANAMA | 055FTEC110760114 | | 2000192005924 |
| R 350 OFICINA 100 A BUENOS AIRES ARGENTINA | | S | MLCOUS33 |
| OCEAN BANK780 N.W. 42ND AVE.MIAMI, FLORIDA, 33126 | | | |
| 50 APT 3C, CABA (1107) BUENOS AIRESARGENTINA | | S | MLCOUS33 |
| 50 APT 3C, CABA (1107) BUENOS AIRESARGENTINA | | S | MLCOUS33 |
| OCEAN BANK780 N.W. 42ND AVE.MIAMI, FLORIDA, 33126 | | | |
| .O. BOX 438 ROAD TOWN VG 1110 TORTOLA VIRGIN ISLANDS | | S | MLCOUS33 |

| ORIG BANK NAME | ORIG BANK NAME LINE234 | ORIG BANK REF NUM |
|---|---|---|
| COMMERZBANK AG | 16, KAISERSTRASSEFRANKFURT AM MAIN,DE 60261 | |
| MERRILL LYNCH AND CO., INC. | WORLD FINANCIAL CENTER, SOUTHNEW YORK,US 10080-6107 | |
| BANCO SURINVEST S.A. | 530, RINCONMONTEVIDEO,UY 11000 | |
| MERRILL LYNCH AND CO., INC. | WORLD FINANCIAL CENTER, SOUTHNEW YORK,US 10080-6107 | |
| MERRILL LYNCH AND CO., INC. | WORLD FINANCIAL CENTER, SOUTHNEW YORK,US 10080-6107 | |
| | | |
| SCHRODER AND CO BANK AG | 60, PFINGSTWEIDSTR.ZURICH,CH B3J 3S9 | |
| MERRILL LYNCH AND CO., INC. | WORLD FINANCIAL CENTER, SOUTHNEW YORK,US 10080-6107 | |
| | | |
| FIRSTCARIBBEAN INTERNATIONAL BANK ( | WILLEMSTAD HEAD BRANCHWILLEMSTAD, NETHERLAND ANTILLE | |
| MERRILL LYNCH AND CO., INC. | WORLD FINANCIAL CENTER, SOUTHNEW YORK,US 10080-6107 | |
| VICTOR PAULLIER $ CIA SOCIEDAD DE B | MISIONES 148711000 MONTEVIDEOURUGUAY | |
| FIRSTCARIBBEAN INTERNATIONAL BANK ( | WILLEMSTAD HEAD BRANCHWILLEMSTAD, NETHERLAND ANTILLE | |
| MERRILL LYNCH AND CO., INC. | WORLD FINANCIAL CENTER, SOUTHNEW YORK,US 10080-6107 | |
| MERRILL LYNCH AND CO., INC. | WORLD FINANCIAL CENTER, SOUTHNEW YORK,US 10080-6107 | |
| FIRSTCARIBBEAN INTERNATIONAL BANK ( | WILLEMSTAD HEAD BRANCHWILLEMSTAD, NETHERLAND ANTILLE | |
| MERRILL LYNCH AND CO., INC. | WORLD FINANCIAL CENTER, SOUTHNEW YORK,US 10080-6107 | |
| | | |
| MERRILL LYNCH AND CO., INC. | WORLD FINANCIAL CENTER, SOUTHNEW YORK,US 10080-6107 | |
| MERRILL LYNCH AND CO., INC. | WORLD FINANCIAL CENTER, SOUTHNEW YORK,US 10080-6107 | |
| | | |
| MERRILL LYNCH AND CO., INC. | WORLD FINANCIAL CENTER, SOUTHNEW YORK,US 10080-6107 | |

| SENDER BANK ID TYPE | SENDER BANK ID | SENDER BANK NAME |
|---|---|---|
| S | MLCOUS33 | MERRILL LYNCH ND CO. |
| S | MLCOUS33 | MERRILL LYNCH ND CO. |
| S | MLCOUS33 | MERRILL LYNCH ND CO. |
| S | MLCOUS33 | MERRILL LYNCH ND CO. |
| S | MLCOUS33 | MERRILL LYNCH AND CO. |
| S | MLCOUS33 | MERRILL LYNCH AND CO. |
| S | MLCOUS33 | MERRILL LYNCH AND CO. |
| S | MLCOUS33 | MERRILL LYNCH AND CO. |
| S | MLCOUS33 | MERRILL LYNCH AND CO. |
| S | MLCOUS33 | MERRILL LYNCH AND CO. |
| S | MLCOUS33 | MERRILL LYNCH AND CO. |

| SENDER BANK NAME LINE234 | SENDER BANK REF NUM | CREDIT ID TYPE |
|---|---|---|
| | FTS0907091155500 | D |
| WORLD FINANCIAL CENTER, SOUTH TOWERNEW YORK, NEW YORK | P30925411509 | A |
| | FTS0909239631900 | D |
| WORLD FINANCIAL CENTER, SOUTH TOWERNEW YORK, NEW YORK | P30927310484 | A |
| WORLD FINANCIAL CENTER, SOUTH TOWERNEW YORK, NEW YORK | P30928805296 | A |
| | 0531048690041731 | D |
| | 2009112300220339 | D |
| WORLD FINANCIAL CENTER, SOUTH TOWERNEW YORK, NEW YORK | P31001910594 | A |
| | 298426 | D |
| | 110202013904000A | D |
| WORLD FINANCIAL CENTER, SOUTH TOWERNEW YORK, NEW YORK | P31106613725 | A |
| | 031511935382 | D |
| | 110316055928000A | D |
| WORLD FINANCIAL CENTER, SOUTH TOWERNEW YORK, NEW YORK | P31107607740 | A |
| WORLD FINANCIAL CENTER, SOUTH TOWERNEW YORK, NEW YORK | P31107608008 | A |
| | 110317245751000A | D |
| WORLD FINANCIAL CENTER, SOUTH TOWERNEW YORK, NEW YORK | P31108309980 | A |
| | 334583 | D |
| WORLD FINANCIAL CENTER, SOUTH TOWERNEW YORK, NEW YORK | P31114610971 | A |
| WORLD FINANCIAL CENTER, SOUTH TOWERNEW YORK, NEW YORK | P31115811763 | A |
| | 337201 | D |
| WORLD FINANCIAL CENTER, SOUTH TOWERNEW YORK, NEW YORK | P31119611306 | A |

| CREDIT ID | CREDIT ID NAME |
|---|---|
| 006550113516 | MLPF&S - WIRE ACCOUNT |
| NCX:062005690 | REGIONS BANK |
| 006550113516 | MLPF&S - WIRE ACCOUNT |
| NCX:021001088 | HSBC BANK USA |
| NCX:021001088 | HSBC BANK USA |
| NYK:006550113516 | MLPF&S - WIRE ACCOUNT |
| 006550113516 | MLPF&S - WIRE ACCOUNT |
| NCX:021001088 | HSBC BANK USA |
| FLX:229025419156 | GUSTAVO A FRIAS |
| 006550113516 | MLPF AND S - WIRE ACCOUNT |
| 067015274 | INTERCONTINENTAL BANK |
| 006550113516 | MLPF AND S - WIRE ACCOUNT |
| 006550113516 | MLPF AND S - WIRE ACCOUNT |
| NCX:066011392 | OCEAN BANK OF MIAMI |
| NCX:066011392 | OCEAN BANK OF MIAMI |
| 006550113516 | MLPF AND S - WIRE ACCOUNT |
| NCX:066011392 | OCEAN BANK OF MIAMI |
| FLX:003660937688 | ANDERSON IMAGING GROUP INC |
| NCX:066011392 | OCEAN BANK OF MIAMI |
| NCX:021000021 | JPMORGAN CHASE BANK, N.A. |
| FLX:005486250408 | SOUTH AVIATION, INC |
| NCX:066011392 | OCEAN BANK OF MIAMI |

CREDIT ID NAME LINE234                                                                                                    INTERMEDIARY ID TYPE

C/O MERRILL LYNCH PIERCE FENNER ANDSMITH INC, 4 WORLD FINACIAL CENTERNORTH TOWER 1316, NEW YORK NY 10080
201, MILAN PARWAYBIRMINGHAM, ALABAMA , USA
C/O MERRILL LYNCH PIERCE FENNER ANDSMITH INC, 4 WORLD FINACIAL CENTERNORTH TOWER 1316, NEW YORK NY 10080
452 FIFTH AVEUNENEW YORK, NEW YORK
452 FIFTH AVEUNENEW YORK, NEW YORK
C/O MERRILL LYNCH PIERCE FENNER ANDSMITH INC, 4 WORLD FINACIAL CENTERNORTH TOWER 1316, NEW YORK NY 10080
C/O MERRILL LYNCH PIERCE FENNER ANDSMITH INC, 4 WORLD FINACIAL CENTERNORTH TOWER 1316, NEW YORK NY 10080
452 FIFTH AVEUNENEW YORK, NEW YORK
710 WASHINGTON AVE APT 226MIAMI BEACH FL  33139-6204
C/O MERRILL LYNCH PIERCE FENNER ANDSMITH INC, 4 WORLD FINACIAL CENTERNORTH TOWER 1316, NEW YORK NY 10080
WEST MIAMI, FL
C/O MERRILL LYNCH PIERCE FENNER ANDSMITH INC, 4 WORLD FINACIAL CENTERNORTH TOWER 1316, NEW YORK NY 10080
C/O MERRILL LYNCH PIERCE FENNER ANDSMITH INC, 4 WORLD FINACIAL CENTERNORTH TOWER 1316, NEW YORK NY 10080
780 NW 42ND AVE POB 441140MIAMI, FL
780 NW 42ND AVE POB 441140MIAMI, FL
C/O MERRILL LYNCH PIERCE FENNER ANDSMITH INC, 4 WORLD FINACIAL CENTERNORTH TOWER 1316, NEW YORK NY 10080
780 NW 42ND AVE POB 441140MIAMI, FL
2046 TREASURE COAST PLZ STE 239AVERO BEACH FL  32960-0927
780 NW 42ND AVE POB 441140MIAMI, FL
4 NEW YORK PLAZA, FLOOR 15NEW YORK, NY 10004, UNITED STATES
700 SW 34TH ST STE 103FORT LAUDERDALE FL  33315-3606
780 NW 42ND AVE POB 441140MIAMI, FL

Bank of America Use Only
Confidential

Run on: 11/3/2014 2:27:25PM

| INTERMEDIARY ID | INTERMEDIARY NAME | INTERMEDIARY NAME LINE234 | BENEFICIARY BANK ID TYPE | BENEFICIARY BANK ID |
|---|---|---|---|---|
| | | | | 000141186 |
| | | | | 000141186 |
| | | | | 000141186 |
| | | | S | NOSCPAPA |

| BENEFICIARY BANK NAME | BENEFICIARY BANK NAME LINE234 | BENEFICIARY ID | BENEFICIARY NAME |
|---|---|---|---|
| | | 8310418838 | EMILY SANTIAGO / FEDERICO ELASKAR |
| | | 16838415 | FEDERICO ELASKAR |
| HSBC BANK (PANAMA) S.A. | | 048160097093 | HSBC FID3035 / PANAMA |
| HSBC BANK (PANAMA) S.A. | | 048160097093 | HSBC FID3035 / PANAMA |
| | | 6550113516 | MLPF&S - WIRE ACCOUNT |
| | | 6550113516 | MLPF&S - WIRE ACCOUNT |
| HSBC BANK (PANAMA) S.A. | | 048160097093 | HSBC FID3035 / PANAMA A/C |
| | | 229025419156 | GUSTAVO FRIAS |
| | | 6550113516 | MERRILL LYNCH |
| | | 0112627 | V.A. LEASING CORPORATION |
| | | 6550113516 | MERRILL LYNCH |
| | | 6550113516 | MERRILL LYNCH |
| | | 531820308 | FEDERICO ELASKAR |
| | | 531820308 | FEDERICO ELASKAR |
| | | 6550113516 | MERRILL LYNCH |
| | | 050531820308 | FEDERICO ELASKAR |
| | | 003660937688 | ANDERSON IMAGINE GROUP INC. |
| | | 531820308 | FEDERICO ELASKAR |
| BANK OF NOVA SCOTIA, THE | EDIFICIO SCOTIA PLAZA:PANAMA,PA 8001 | 850031181 | SGI ARGENTINA S.A. |
| | | 005486250408 | SOUTH AVIATION |
| | | 531820308 | FEDERICO ELASKAR |

BENEFICIARY NAME LINE234

BANK TO BANK INSTR
LESS FEES

LESS FEES

C/O MERRILL LYNCH PIERCE FENNER ANDSMITH INC, 4 WORLD FINACIAL CENTERNORTH TOWER 1316, NEW YORK NY 10080
C/O MERRILL LYNCH PIERCE FENNER ANDSMITH INC, 4 WORLD FINACIAL CENTERNORTH TOWER 1316, NEW YORK NY 10080

710 WASHINGTON AV APT 226 MIAMI FLUSA
100 WEST 33RD STREETNEW YORK, NY

PALM GROVE HOUSEROAD TOWN, TORTOLA

PALM GROVE HOUSE, ROAD TOWNTORTOLA

2046 TEASURE COAST PLAZA A VEROBEACH, FL. USA

700 SE 34TH ST SUITE 103 FORTLAUDERDALE, FL. USA

<u>ORIG TO BENE INSTR</u>
FOR FURTHER CREDIT TO ACC NUMBER16838415 TO FEDERICO ELASKAR


ATTENTION: DAYRA SANTANA TRUMPOCEAN CLUB PANAMA UNIT 3404PURCHASE R NAME:FEDERICO ELASKAR YA
ATTENTION: DAYRA SANTANA TRUMPOCEAN CLUB PANAMA UNIT 3404PURCHASER NAME: FEDERICO ELA
SUBACC 16838415  BENEFICIARY FEDERICO ELASKAR  BUENOS AIRES ARGENTINADEPOSITO EN SU CUENTA
FEDERICO ELASKAR, 16838415
ATTENTION: DAYRA SANTANATRUMP OCEANCLUB PANAMA UNIT 3404PURCHA SERNAME: FEDERICO ELASKAR

LOAN PAYMENT FFC: ACC- 16838415/FEDERICO ELASKARADDRESS PIERINA DEALESSI 550 3ERO CDNI 31675104

/INV/FFC ACC NBR 1FT 07D60 ACC NAME//DUNAMIS ONE LTD
SUB AC NAME DUNAMIS ONE LTD SUB AC- 1FT-07D60 REF FEDERICO ELASKAR DIR PIERNA DEALESSI PUERTO MADERO


FFC: DUNAMIS ONE LTD SUB AC - 1FT-07D60 MOTIVO CONSTITUCION SOCIEDAD REF FEDERICO ELASKAR DNI 3167510

| INTERMEDIARY BANK ADVICE INSTR | BENEFICIARY BANK ADVICE INSTR | BENEFICIARY ADVICE INSTR | PYMNT CANCELLED |
|---|---|---|---|
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |
| | | | N |

Wire Transfer Services
**TDA0014A-US-ID-NAME-SEARCH**
From: 20090101 - 20121231

| TRANSACTION DATE | TRANSACTION NUMBER | PAY DATE | TRANSACTION TYPE | CURRENCY | FX AMOUNT | USD AMOUNT | METHOD OF RECEIPT |
|---|---|---|---|---|---|---|---|
| 11/13/2009 | 218619 | 11/13/2009 | FTR | USD | 10,000.00 | 10,000.00 | SWF |
| 2/19/2010 | 186888 | 2/19/2010 | FTR | USD | 7,243.90 | 7,243.90 | SWF |
| 6/14/2010 | 089479 | 6/14/2010 | FTR | USD | 26,837.07 | 26,837.07 | CHP |
| 6/16/2010 | 072197 | 6/16/2010 | FTR | USD | 26,852.07 | 26,852.07 | CHP |
| 7/6/2010 | 165649 | 7/6/2010 | FTR | USD | 26,837.07 | 26,837.07 | CHP |
| 7/6/2010 | 165831 | 7/6/2010 | FTR | USD | 26,837.07 | 26,837.07 | CHP |
| 9/22/2010 | 118602 | 9/22/2010 | FTR | USD | 26,837.07 | 26,837.07 | CHP |
| 10/27/2010 | 204872 | 10/27/2010 | FTR | USD | 4,600.00 | 4,600.00 | SWF |
| 12/28/2010 | 231528 | 12/28/2010 | FTR | USD | 26,921.08 | 26,921.08 | SWF |
| 1/12/2011 | 227501 | 1/12/2011 | FTR | USD | 300,000.00 | 300,000.00 | SWF |
| 2/25/2011 | 225837 | 2/25/2011 | FTR | USD | 600,000.00 | 600,000.00 | SWF |
| 7/5/2011 | 190445 | 7/5/2011 | FTR | USD | 16,708.26 | 16,708.26 | CHP |
| 8/18/2011 | 089638 | 8/18/2011 | FTR | USD | 16,708.26 | 16,708.26 | CHP |
| 10/24/2011 | 070339 | 10/24/2011 | FTR | USD | 16,703.26 | 16,703.26 | CHP |
| 9/27/2012 | 049964 | 9/27/2012 | FTR | USD | 29,973.20 | 29,973.20 | CHP |
| 11/30/2012 | 054904 | 11/30/2012 | FTR | USD | 15,972.83 | 15,972.83 | CHP |
| 11/30/2012 | 060978 | 11/30/2012 | FTR | USD | 15,972.83 | 15,972.83 | SWF |
| 12/6/2012 | 155139 | 12/6/2012 | FTR | USD | 15,951.21 | 15,951.21 | CHP |

| METHOD OF PAYMENT | BANK | DEBIT ID TYPE | DEBIT ID | DEBIT ID NAME |
|---|---|---|---|---|
| CHP | NYK | D | 006550245101 | BANCO ITAU URUGUAY S.A. |
| CHP | NYK | D | 006550245101 | BANCO ITAU URUGUAY S.A. |
| WIR | NYK | P | 0103 | DEUTSCHE BANK TRUST CO. AMERICAS |
| WIR | NYK | P | 0103 | DEUTSCHE BANK TRUST CO. AMERICAS |
| WIR | NYK | P | 0103 | DEUTSCHE BANK TRUST CO. AMERICAS |
| WIR | NYK | P | 0103 | DEUTSCHE BANK TRUST CO. AMERICAS |
| WIR | NYK | P | 0103 | DEUTSCHE BANK TRUST CO. AMERICAS |
| FED | CAX | D | 001233235276 | ALBERTA TREASURY BRANCHES (ATB) |
| CHP | NYK | D | 006550245101 | BANCO ITAU URUGUAY S.A. |
| CHP | NYK | D | 006550245101 | BANCO ITAU URUGUAY S.A. |
| CHP | NYK | D | 006550245101 | BANCO ITAU URUGUAY S.A. |
| WIR | NYK | P | 0103 | DEUTSCHE BANK TRUST CO. AMERICAS |
| WIR | NYK | P | 0103 | DEUTSCHE BANK TRUST CO. AMERICAS |
| WIR | NYK | P | 0001 | THE BANK OF NEW YORK MELLON |
| LTR | NYK | P | 0001 | THE BANK OF NEW YORK MELLON |
| WIR | NYK | P | 0001 | THE BANK OF NEW YORK MELLON |
| CHP | NYK | D | 006550400031 | BANK OF AMERICA-UTA WIRE SERVICE |
| LTR | NYK | P | 0001 | THE BANK OF NEW YORK MELLON |

| DEBIT ID NAME LINE234 | ORIGINATOR ID TYPE | ORIGINATOR ID |
|---|---|---|
| ZABALA 1463MONTEVIDEO, URUGUAY 11000 | | |
| ZABALA 1463MONTEVIDEO, URUGUAY 11000 | | |
| (FRMLY:BANKERS TRUST)NEW YORK, NEW YORK | | CH4005065054347132009 |
| (FRMLY:BANKERS TRUST)NEW YORK, NEW YORK | | CH4005065054347132009 |
| (FRMLY:BANKERS TRUST)NEW YORK, NEW YORK | | CH4005065054347132009 |
| (FRMLY:BANKERS TRUST)NEW YORK, NEW YORK | | CH4005065054347132009 |
| (FRMLY:BANKERS TRUST)NEW YORK, NEW YORK | | CH4005065054347132009 |
| ATB PLACE9888 JASPER AVE.EDMONTON, ALBERTA T5J 1P1 CANADA | | 760131931070 |
| ZABALA 1463MONTEVIDEO, URUGUAY 11000 | | |
| ZABALA 1463MONTEVIDEO, URUGUAY 11000 | | |
| ZABALA 1463MONTEVIDEO, URUGUAY 11000 | | |
| (FRMLY:BANKERS TRUST)NEW YORK, NEW YORK | | CH4005065054347132009 |
| (FRMLY:BANKERS TRUST)NEW YORK, NEW YORK | | CH4005065054347132009 |
| NEW YORK NEW YORK | | CH4005065054347132009 |
| NEW YORK NEW YORK | | CH1604835054347132010 |
| NEW YORK NEW YORK | | CH1604835054347132010 |
| 222 BROADWAYNY3-222-13-08 WT SUPPORTNEW YORK, NEW YORK 10038 | | CH1604835054347132010 |
| NEW YORK NEW YORK | | CH1604835054347132010 |

| ORIGINATOR NAME | ORIGINATOR NAME LINE234 | ORIGINATOR REF NUM |
|---|---|---|
| CHARBONIER CORP. S.A. BUENOS AIRES | 484 PISO 2 ESC.10 11000      MONTEVIDEO URUGUAYACC 1866808 | |
| CHARBONIER CORP. S.A. BUENOS AIRES | 484 PISO 2 ESC.10 11000      MONTEVIDEO URUGUAYACC 1866808 | |
| 1/HELVETIC SERVICES GROUP S.A. | 2/-3/UY/MONTEVIDEO | |
| 1/HELVETIC SERVICES GROUP S.A. | 2/.3/UY/MONTEVIDEO | |
| 1/HELVETIC SERVICES GROUP S.A. | 2/.3/UY/MONTEVIDEO | |
| 1/HELVETIC SERVICES GROUP S.A. | 2/.3/UY/MONTEVIDEO | |
| 1/HELVETIC SERVICES GROUP S.A. | 2/.3/UY/MONTEVIDEO | |
| CANOEL INTERNATIONAL ENERGY LTD | SUITE 207 525 11TH AVENUE SWCALGARY AB T2R0C9 | |
| CHARBONIER CORP. S.A. BUENOS AIRES | 484 PISO 2 ESC.10 11000      MONTEVIDEO URUGUAYACC 1866808 | |
| DYSONA S.A. RECONQUISTA 517 PISO 7 | MONTEVIDEO C.P. 11000ACC 2770809 | |
| DYSONA S.A. RECONQUISTA 517 PISO 7 | MONTEVIDEO C.P. 11000ACC 2770809 | |
| 1/HELVETIC SERVICES GROUP S.A. | 2/.3/UY/MONTEVIDEO | |
| 1/HELVETIC SERVICES GROUP S.A. | 2/.3/UY/MONTEVIDEO | |
| 1/HELVETIC SERVICES GROUP S.A. | 2/RECONQUISTA 517 PISO 63/UY/11000 MONTEVIDEO | F3F000ZY00FG0001 |
| 1/HELVETIC SERVICES GROUP S.A. | 6/CH/CRESCHZZ/007705434713 | F3N001R203NO0001 |
| 1/HELVETIC SERVICES GROUP S.A. | 2/CALLE BUENOS AIRES 4843/UY/11007 MONTEVIDEO | F3N001SU00ZS0001 |
| 1/HELVETIC SERVICES GROUP S.A. | 2/CALLE BUENOS AIRES 4843/UY/11007 MONTEVIDEO | F3N001SU00ZS0001 |
| 1/HELVETIC SERVICES GROUP S.A. | 2/CALLE BUENOS AIRES 4843/UY/11007 MONTEVIDEO | F3F001T100H90001 |

| ORIG BANK ID TYPE | ORIG BANK ID | ORIG BANK NAME | ORIG BANK NAME LINE234 |
|---|---|---|---|
| S | CLLECHZZ | CLARIDEN LEU AG | BAHNHOFSTRASSE 32ZURICH, SWITZERLAND |
| S | CLLECHZZ | CLARIDEN LEU AG | BAHNHOFSTRASSE 32ZURICH, SWITZERLAND |
| S | CLLECHZZ | CLARIDEN LEU AG | BAHNHOFSTRASSE 32ZURICH, SWITZERLAND |
| S | CLLECHZZ | CLARIDEN LEU AG | BAHNHOFSTRASSE 32ZURICH, SWITZERLAND |
| S | CLLECHZZ | CLARIDEN LEU AG | BAHNHOFSTRASSE 32ZURICH, SWITZERLAND |
|   | CC021907609 | ATB FINANCIAL ENERGY-CFS |   |
|   |   |   |   |
| S | CLLECHZZ | CLARIDEN LEU AG | BAHNHOFSTRASSE 32ZURICH, SWITZERLAND |
| S | CLLECHZZ | CLARIDEN LEU AG | BAHNHOFSTRASSE 32ZURICH, SWITZERLAND |
| S | CLLECHZZ | CLARIDEN LEU AG | BAHNHOFSTRASSE 32ZURICH, SWITZERLAND |
| S | CRESCHZZ80A | CREDIT SUISSE AG | UETLIBERGSTRASSE 231P.O. BOX 600CH-8070 ZURICH, SWITZERLAND |
| S | CRESCHZZ80A | CREDIT SUISSE AG | UETLIBERGSTRASSE 231P.O. BOX 600CH-8070 ZURICH, SWITZERLAND |
| S | CRESCHZZ80A | CREDIT SUISSE AG | UETLIBERGSTRASSE 231P.O. BOX 600CH-8070 ZURICH, SWITZERLAND |

| ORIG BANK REF NUM | SENDER BANK ID TYPE | SENDER BANK ID | SENDER BANK NAME |
|---|---|---|---|
| | S | ITAUUYMM | BANCO ITAU URUGUAY S.A. |
| | S | ITAUUYMM | BANCO ITAU URUGUAY S.A. |
| | S | NYK:ATBRCA6E | ALBERTA TREASURY BRANCHES (ATB) |
| | S | ITAUUYMM | BANCO ITAU URUGUAY S.A. |
| | S | ITAUUYMM | BANCO ITAU URUGUAY S.A. |
| | S | ITAUUYMM | BANCO ITAU URUGUAY S.A. |
| | S | BOFAUS3N | BANK OF AMERICA, NA |

| SENDER BANK NAME LINE234 | SENDER BANK REF NUM | CREDIT ID TYPE | CREDIT ID |
|---|---|---|---|
| ZABALA 1463MONTEVIDEO, URUGUAY | ST 505542 | P | 0799 |
| ZABALA 1463MONTEVIDEO, URUGUAY | ST 527057 | P | 0799 |
| | 061410253436 | D | 006550113516 |
| | 061410253635 | D | 006550113516 |
| | 070610767319 | D | 006550113516 |
| | 070610767465 | D | 006550113516 |
| | 092210265752 | D | 006550113516 |
| ATB PLACE9888 JASPER AVEEDMONTON, ALBERTA T5J 1P1 CANADA | 7601010272251433 | A | NYK:026007993 |
| ZABALA 1463MONTEVIDEO, URUGUAY | ST 609745 | P | 0008 |
| ZABALA 1463MONTEVIDEO, URUGUAY | ST 611403 | P | 0799 |
| ZABALA 1463MONTEVIDEO, URUGUAY | ST 626094 | P | 0799 |
| | 070511259987 | D | 006550113516 |
| | 081811171390 | D | 006550113516 |
| | FTS1110242870100 | D | 006550113516 |
| | FTS1209269043500 | D | FLX:898036706946 |
| | FTS1211294432000 | D | 006550400031 |
| NEW YORK BRANCH222 BROADWAYNEW YORK, NEW YORK 10038 | 2012113000054904 | P | 0001 |
| | FTS1212069171000 | D | FLX:898036706946 |

CREDIT ID NAME
UBS AG
UBS AG
MLPF&S - WIRE ACCOUNT
MLPF&S - WIRE ACCOUNT
MLPF&S - WIRE ACCOUNT
MLPF&S - WIRE ACCOUNT
MLPF AND S - WIRE ACCOUNT
UBS AG
CITIBANK N A
UBS AG
UBS AG
MLPF AND S - WIRE ACCOUNT
MLPF AND S - WIRE ACCOUNT
MLPF AND S - WIRE ACCOUNT
FLORIDA MANAGERS, LLC
BANK OF AMERICA-UTA WIRE SERVICE
THE BANK OF NEW YORK MELLON
FLORIDA MANAGERS, LLC

<u>CREDIT ID NAME LINE234</u>                                                                                                      <u>INTERMEDIARY ID TYPE</u>
(FORMERLY:SWISS BK CORP)BOX 395 /NY BRANCH/CHURCH ST STATNEW YORK, N.Y. 10008
(FORMERLY:SWISS BK CORP)BOX 395 /NY BRANCH/CHURCH ST STATNEW YORK, N.Y. 10008
C/O MERRILL LYNCH PIERCE FENNER ANDSMITH INC, 4 WORLD FINACIAL CENTERNORTH TOWER 1316, NEW YORK NY 10080
C/O MERRILL LYNCH PIERCE FENNER ANDSMITH INC, 4 WORLD FINACIAL CENTERNORTH TOWER 1316, NEW YORK NY 10080
C/O MERRILL LYNCH PIERCE FENNER ANDSMITH INC, 4 WORLD FINACIAL CENTERNORTH TOWER 1316, NEW YORK NY 10080
C/O MERRILL LYNCH PIERCE FENNER ANDSMITH INC, 4 WORLD FINACIAL CENTERNORTH TOWER 1316, NEW YORK NY 10080
C/O MERRILL LYNCH PIERCE FENNER ANDSMITH INC, 4 WORLD FINACIAL CENTERNORTH TOWER 1316, NEW YORK NY 10080
(FORMERLY:SWISS BK CORP)BOX 395 /NY BRANCH/CHURCH ST STATNEW YORK, N.Y. 10008
NEW YORK NEW YORK
(FORMERLY:SWISS BK CORP)BOX 395 /NY BRANCH/CHURCH ST STATNEW YORK, N.Y. 10008
(FORMERLY:SWISS BK CORP)BOX 395 /NY BRANCH/CHURCH ST STATNEW YORK, N.Y. 10008
C/O MERRILL LYNCH PIERCE FENNER ANDSMITH INC, 4 WORLD FINACIAL CENTERNORTH TOWER 1316, NEW YORK NY 10080
C/O MERRILL LYNCH PIERCE FENNER ANDSMITH INC, 4 WORLD FINACIAL CENTERNORTH TOWER 1316, NEW YORK NY 10080
C/O MERRILL LYNCH PIERCE FENNER ANDSMITH INC, 4 WORLD FINACIAL CENTERNORTH TOWER 1316, NEW YORK NY 10080
8308 NW 115TH CTDORAL FL 33178-1958
222 BROADWAYNY3-222-13-08 WT SUPPORTNEW YORK, NEW YORK 10038
NEW YORK NEW YORK
8308 NW 115TH CTDORAL FL 33178-1958

| INTERMEDIARY ID | INTERMEDIARY NAME | INTERMEDIARY NAME LINE234 | BENEFICIARY BANK ID TYPE | BENEFICIARY BANK ID |
|---|---|---|---|---|
| | | | S | BSILCH22 |
| | | | S | BSILCH22 |
| | | | | 6550113516 |
| | | | S | BSILCH22 |
| | | | | 36005364/(BCPKBSCH2269A/CH041888) |
| | | | | 101WA366986000/BCBLFLLI2X/(CH021240) |
| | | | S | BLFLLI2X/(CH021240/AC101WA366986000) |
| | | | | 6550113516 |
| | | | | 6550113516 |
| | | | | 6550113516 |
| | | | | /CP0001 |

| BENEFICIARY BANK NAME | BENEFICIARY BANK NAME LINE234 | BENEFICIARY ID |
|---|---|---|
| BSI SA | 2, VIA MAGATTILUGANO,CH 6901 | CH2408471000M118446AB |
| BSI SA | 2, VIA MAGATTILUGANO,CH 6901 | CH2408471000M118446AC |
| | | 12R07D43 |
| | | 12R07D42 |
| | | 12R07D42 |
| | | 12R07D43 |
| MERRILL LYNCH | | 12R07D42 |
| BSI SA | 2, VIA MAGATTILUGANO,CH 6901 | CH2408471000M118446AC |
| PKB PRIVATBANK AG | VIA S. BALESTRA 16900 LUGANO, SWITZERLAND | CH2808663115574100001 |
| LGT BANK IN LIECHTENSTEIN AG | P.O. BOX 85FL-9490 VADUZ, LIECHTENSTEIN | LI6808810000003967032 |
| LGT BANK IN LIECHTENSTEIN AG | P.O. BOX 85FL-9490 VADUZ, LIECHTENSTEIN | LI6808810000003967032 |
| MERRILL LYNCH | | 12R07D42 |
| MERRILL LYNCH | | 12R07D42 |
| MERRILL LYNCH | US | |
| THE BANK OF NEW YORK MELLON | | /CH200111 |
| | | 200111/(AC9800000529) |
| | | 898036706946 |

| BENEFICIARY NAME | BENEFICIARY NAME LINE234 |
|---|---|
| HELVETIC SERVICES GROUP | |
| HELVETIC SERVICES GROUP | |
| ANCAMIS SA | ANCAMIS SA |
| GAMAFOCUS CORP | . |
| SPETTABILE | GAMAFOCUS CORP |
| SPETTABILE | ANCAMIS SA |
| SPETTABILE | GAMAFOCUS CORP |
| HELVETIC SERVICES GROUP | VIA CANTONALE 6 6900LUGANO SWITZERLAND |
| HELVETIC SERVICES GROUP S A | |
| HELVETIC SERVICES GROUP SA | |
| HELVETIC SERVICES GROUP SA | |
| GAMAFOCUS CORP | . |
| GAMAFOCUS CORP | . |
| /12R-07D42 | GAMAFOCUS CORP. |
| | |
| SAME DAY RETURN OF FUNDS | |
| SAME DAY RETURN OF FUNDS | |
| FLORIDA MANAGERS LLC | . |

<u>BANK TO BANK INSTR</u>

/REC/ BELLINZONA CH

/ACC/BSILCH2265A

LESS FEES
LESS FEES
RTN YR SSN 0084156 DD 12/11/30 UTABNF ACCOUNT MISSING
/ACC/RTN YR SSN 0084156 DD 12/11//30UTA BNF ACCOUNT MISSING/INS/THE BANK OF NEW YORK MELLON//NEW YORK NEW YORK
LESS FEES

<u>ORIG TO BENE INSTR</u>                                        <u>INTERMEDIARY BANK ADVICE INSTR</u>   <u>BENEFICIARY BANK ADVICE INSTR</u>
PAGO A CUENTA
REF FACT NUM 10422009
PAGAMENTO DIVIDENDI, 15.57. - 09
PAGAMENTO DIVIDENDI 15.57. -09-
PAGAMENTO DIVIDENDI 15.57. -09-
PAGAMENTO DIVIDENDI 15.57. -09-
CAUSALE DEL BONIFICO:PAGAMENTO DIVIDENDI, 15.57. -09-
INVOICE NUMBER 2017/2010


CAUSALE DEL BONIFICO:PAGAMENTO DIVIDENDI 15.56.
CAUSALE DEL BONIFICO:PAGAMENTO  DIVIDENDI 15.56.
PAGAMENTO DIVIDENDI: 15.56.
CONDOMINIUM FEES


CONDOMINIUM FEES./. CHARGES USD 26.99

| BENEFICIARY ADVICE INSTR | PYMNT CANCELLED |
|---|---|
| | N |
| | N |
| | N |
| | N |
| | N |
| | N |
| | N |
| | N |
| | N |
| | N |
| | N |
| | N |
| | N |
| | N |
| | N |
| | N |
| | N |
| | N |