# EXHIBIT I



**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                              Date  4/23/10          Page    1
                              Primary Account        531820308
```

```
        FEDERICO ELASKAR                                    F
        PIERINA DEALESSI 550
        APTO 3C
        BUENOS AIRES
        ARGENTINA
```

Checking Accounts

        We have changed our cut-off time from 3 PM to 4 PM. If you
        make a deposit before 4 PM on a business day that we are
        open, we will consider that day to be the day of the deposit

```
Checking Money Market Personal          NUMBER OF ENCLOSURES              0
ACCOUNT NUMBER              531820308   Statement Dates  4/14/10 thru  4/25/10
PREVIOUS BALANCE                  .00   DAYS IN THE STATEMENT PERIOD        12
    5 DEPOSITS/CREDITS      110,000.73   AVERAGE LEDGER               50,822.51
    3 CHECKS/DEBITS              20.72   AVERAGE COLLECTED            50,822.51
FEE                              .00    Interest Earned                 19.15
INTEREST PAID                  19.15    Annual Percentage Yield Earned   1.15%
CURRENT BALANCE           109,999.16    2010 Interest Paid              19.15
```

```
*- - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - - -*
Date  Description                       Amount           Balance
 4/14 Cash Deposit                         .01               .01
 4/16 Wire Transfer Credit           40,000.00         40,000.01
        WTI FEDERICO ELASKAR
        20100416B1Q8984C004857
 4/16 Wire Transfer Fee                  10.00-         39,990.01
        20100416B1Q8984C004857
 4/19 HSBC ONLINE      1770527921           .38         39,990.39
        104913043427297      PPD
        TRIALCREDT
 4/19 HSBC ONLINE      1770527921           .34         39,990.73
        104913043427304      PPD
        TRIALCREDT
 4/19 HSBC ONLINE      3770527921           .72-         39,990.01
        215932249            WEB
        104913043427311
 4/23 Wire Transfer Credit           70,000.00        109,990.01
        WTI LILIANA P DE REIM OR PABLO
        20100423F6B7211C000033
 4/23 Wire Transfer Fee                  10.00-        109,980.01
        20100423F6B7211C000033
 4/25 Interest Deposit                   19.15        109,999.16
*- - - - - - - - - - - - -Account Relationships- - - - - - - - - - - - - -*
Name                              Relationship
FEDERICO ELASKAR                  Primary account owner
```

```
            DIRECT ALL INQUIRIES TO:  (305) 448-2265
                    POST OFFICE BOX 44-1140
                    MIAMI, FL 33144-1140
```



**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                                    Date  5/21/10        Page    1
                                    Primary Account      531820308




        FEDERICO ELASKAR                                        F
        PIERINA DEALESSI 550
        APTO 3C
        BUENOS AIRES
        ARGENTINA




Checking Accounts

        We have changed our cut-off time from 3 PM to 4 PM. If you
        make a deposit before 4 PM on a business day that we are
        open, we will consider that day to be the day of the deposit

Checking Money Market Personal        NUMBER OF ENCLOSURES               0
ACCOUNT NUMBER             531820308  Statement Dates  4/26/10 thru  5/23/10
PREVIOUS BALANCE          109,999.16  DAYS IN THE STATEMENT PERIOD      28
   1 DEPOSITS/CREDITS       50,000.00  AVERAGE LEDGER              54,226.34
   9 CHECKS/DEBITS         109,764.75  AVERAGE COLLECTED           54,226.34
FEE                              .00  Interest Earned                45.18
INTEREST PAID                 45.18  Annual Percentage Yield Earned  1.09%
CURRENT BALANCE           50,279.59  2010 Interest Paid             64.33

*- - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - - -*
Date  Description                         Amount            Balance
 4/29 Wire Transfer Debit               9,000.00-        100,999.16
        WTO GUSTAVO FRIAS
        20100429F6B7001C000160
 4/29 Wire Transfer Fee                    50.00-        100,949.16
        20100429F6B7001C000160
 4/29 Transfer to Related Account      50,000.00-         50,949.16
 5/04 Wire Transfer Debit               9,551.00-         41,398.16
        WTO ANALOG WAY INC
        20100504F6B7001C000099
 5/04 Wire Transfer Fee                    50.00-         41,348.16
        20100504F6B7001C000099
 5/11 Loan Payment Debit                   50.00-         41,298.16
 5/12 Transfer Credit Elect. Bking     50,000.00          91,298.16
        10178115463-L
 5/12 Wire Transfer Debit              41,000.00-         50,298.16
        WTO TUTELAR BURSATIL S.A.
        20100512F6B7001C000176
 5/12 Wire Transfer Fee                    50.00-         50,248.16
        20100512F6B7001C000176
 5/19 Courier Fee                          13.75-         50,234.41
 5/23 Interest Deposit                     45.18          50,279.59

*- - - - - - - - - - - -Account Relationships- - - - - - - - - - - - - -*
Name                                 Relationship
FEDERICO ELASKAR                     Primary account owner

              DIRECT ALL INQUIRIES TO:  (305) 448-2265
                     POST OFFICE BOX 44-1140
                     MIAMI, FL 33144-1140
```

OB-SUB-024



**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                              Date  6/21/10          Page    1
                              Primary Account         531820308
```

```
        FEDERICO ELASKAR                                      F
        PIERINA DEALESSI 550
        APTO 3C
        BUENOS AIRES
        ARGENTINA
```

Checking Accounts

        We have changed our cut-off time from 3 PM to 4 PM. If you
        make a deposit before 4 PM on a business day that we are
        open, we will consider that day to be the day of the deposit

```
Checking Money Market Personal         NUMBER OF ENCLOSURES              0
ACCOUNT NUMBER              531820308   Statement Dates  5/24/10 thru  6/21/10
PREVIOUS BALANCE           50,279.59    DAYS IN THE STATEMENT PERIOD       29
   1 DEPOSITS/CREDITS          61.64    AVERAGE LEDGER                33,700.47
   3 CHECKS/DEBITS         40,132.63    AVERAGE COLLECTED             33,700.47
FEE                             .00     Interest Earned                   25.46
INTEREST PAID                 25.46     Annual Percentage Yield Earned    0.96%
CURRENT BALANCE            10,234.06    2010 Interest Paid                89.79
```

```
*- - - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - - - -*
Date  Description                          Amount              Balance
 5/28 CD Interest                           61.64              50,341.23
         Cert No.     50531820328
 6/01 Transfer to Loan                      82.63-             50,258.60
         Acct No.     10178115463
 6/10 Wire Transfer Debit                40,000.00-            10,258.60
         WTO TUTELAR BURSATIL SA
         20100610F6B7001C000091
 6/10 Wire Transfer Fee                     50.00-            10,208.60
         20100610F6B7001C000091
 6/21 Interest Deposit                      25.46             10,234.06
*- - - - - - - - - - - - -Account Relationships- - - - - - - - - - - - - - - -*
Name                              Relationship
FEDERICO ELASKAR                  Primary account owner
```

                    DIRECT ALL INQUIRIES TO:  (305) 448-2265
                         POST OFFICE BOX 44-1140
                         MIAMI, FL 33144-1140

OB-SUB-025



## OCEAN BANK
780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                          Date   7/23/10        Page    1
                          Primary Account       531820308
```

```
        FEDERICO ELASKAR                                          F
        PIERINA DEALESSI 550
        APTO 3C
        BUENOS AIRES
        ARGENTINA
```

Checking Accounts

        We have changed our cut-off time from 3 PM to 4 PM. If you
        make a deposit before 4 PM on a business day that we are
        open, we will consider that day to be the day of the deposit

```
Checking Money Market Personal      NUMBER OF ENCLOSURES             0
ACCOUNT NUMBER           531820308   Statement Dates  6/22/10 thru  7/25/10
PREVIOUS BALANCE         10,234.06   DAYS IN THE STATEMENT PERIOD       34
   1 DEPOSITS/CREDITS        63.70   AVERAGE LEDGER              10,164.97
   1 CHECKS/DEBITS          150.70   AVERAGE COLLECTED          10,164.97
FEE                           .00    Interest Earned                 3.31
INTEREST PAID                3.31    Annual Percentage Yield Earned  0.35%
CURRENT BALANCE          10,150.37   2010 Interest Paid             93.10
```

```
*- - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - -*
Date  Description                        Amount           Balance
 6/29 CD Interest                         63.70         10,297.76
         Cert No.    50531820328
 6/29 Transfer to Loan                   150.70-        10,147.06
         Acct No.    10178115463
 7/25 Interest Deposit                     3.31         10,150.37
```

```
*- - - - - - - - - - - -Account Relationships- - - - - - - - - - - - - -*
Name                                 Relationship
FEDERICO ELASKAR                     Primary account owner
```

```
          DIRECT ALL INQUIRIES TO:  (305) 448-2265
                   POST OFFICE BOX 44-1140
                   MIAMI, FL 33144-1140
```



**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                              Date  8/23/10        Page    1
                              Primary Account      531820308
```

```
        FEDERICO ELASKAR                                        F
        PIERINA DEALESSI 550
        APTO 3C
        BUENOS AIRES
        ARGENTINA
```

Checking Accounts

```
        We have changed our cut-off time from 3 PM to 4 PM. If you
        make a deposit before 4 PM on a business day that we are
        open, we will consider that day to be the day of the deposit
```

```
Checking Money Market Personal        NUMBER OF ENCLOSURES            1
ACCOUNT NUMBER            531820308    Statement Dates  7/26/10 thru  8/23/10
PREVIOUS BALANCE          10,150.37    DAYS IN THE STATEMENT PERIOD        29
   1 DEPOSITS/CREDITS         61.65    AVERAGE LEDGER                 8,234.38
   2 CHECKS/DEBITS         7,770.83    AVERAGE COLLECTED              8,234.38
FEE                            .00     Interest Earned                    2.13
INTEREST PAID                 2.13     Annual Percentage Yield Earned    0.33%
CURRENT BALANCE           2,443.32     2010 Interest Paid                95.23
```

```
*- - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - -*
Date  Description                          Amount           Balance
 7/29 CD Interest                           61.65          10,212.02
        Cert No.    50531820328
 7/29 Transfer to Loan                     145.83-         10,066.19
        Acct No.    10178115463
 8/17 Inclearing Check   #               7,625.00-          2,441.19
 8/23 Interest Deposit                       2.13           2,443.32
```

```
*- - - - - - - - - - - -Account Relationships- - - - - - - - - - - - -*
Name                                 Relationship
FEDERICO ELASKAR                     Primary account owner
```

```
        DIRECT ALL INQUIRIES TO:  (305) 448-2265
                POST OFFICE BOX 44-1140
                MIAMI, FL 33144-1140
```



**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                              Date  9/24/10         Page    1
                              Primary Account       531820308
```

```
        FEDERICO ELASKAR                                          F
        PIERINA DEALESSI 550
        APTO 3C
        BUENOS AIRES
        ARGENTINA
```

Checking Accounts

        We have changed our cut-off time from 3 PM to 4 PM. If you
        make a deposit before 4 PM on a business day that we are
        open, we will consider that day to be the day of the deposit

```
Checking Money Market Personal        NUMBER OF ENCLOSURES             0
ACCOUNT NUMBER            531820308   Statement Dates  8/24/10 thru  9/26/10
PREVIOUS BALANCE           2,443.32   DAYS IN THE STATEMENT PERIOD        34
   2 DEPOSITS/CREDITS     90,063.69   AVERAGE LEDGER                28,847.87
   1 CHECKS/DEBITS           150.70   AVERAGE COLLECTED             28,847.87
FEE                            .00    Interest Earned                  25.34
INTEREST PAID               25.34     Annual Percentage Yield Earned    0.95%
CURRENT BALANCE           92,381.65   2010 Interest Paid              120.57
```

```
*- - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - -*
Date  Description                          Amount            Balance
 8/27 CD Interest                           63.69           2,507.01
         Cert No.     50531820328
 8/30 Transfer to Loan                     150.70-          2,356.31
         Acct No.     10178115463
 9/17 Transfer from Unrelated Acct.      90,000.00         92,356.31
 9/26 Interest Deposit                      25.34         92,381.65
```

```
*- - - - - - - - - - - -Account Relationships- - - - - - - - - - - - - -*
Name                                  Relationship
FEDERICO ELASKAR                      Primary account owner
```

```
            DIRECT ALL INQUIRIES TO:  (305) 448-2265
                    POST OFFICE BOX 44-1140
                    MIAMI, FL 33144-1140
```

OB-SUB-028



**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                                Date 10/22/10          Page    1
                                Primary Account        531820308
```

```
        FEDERICO ELASKAR                                          F
        PIERINA DEALESSI 550
        APTO 3C
        BUENOS AIRES
        ARGENTINA
```

Checking Accounts

```
        We have changed our cut-off time from 3 PM to 4 PM. If you
        make a deposit before 4 PM on a business day that we are
        open, we will consider that day to be the day of the deposit
```

```
Checking Money Market Personal         NUMBER OF ENCLOSURES              0
ACCOUNT NUMBER            531820308    Statement Dates  9/27/10 thru 10/24/10
PREVIOUS BALANCE          92,381.65    DAYS IN THE STATEMENT PERIOD      28
   1 DEPOSITS/CREDITS         63.70    AVERAGE LEDGER              57,219.84
   5 CHECKS/DEBITS         41,214.44    AVERAGE COLLECTED           57,219.84
FEE                            .00     Interest Earned                41.83
INTEREST PAID               41.83      Annual Percentage Yield Earned  0.96%
CURRENT BALANCE          51,272.74     2010 Interest Paid            162.40
```

```
*- - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - - -*
Date  Description                          Amount            Balance
 9/29 CD Interest                           63.70          92,445.35
        Cert No.     50531820328
 9/29 Transfer to Loan                     150.69-         92,294.66
        Acct No.     10178115463
10/01 Wire Transfer Debit               40,000.00-         52,294.66
        WTO RENSEN CORP S.A.
        20101001F6B7001C000190
10/01 Wire Transfer Fee                     50.00-         52,244.66
        20101001F6B7001C000190
10/04 HSBC ONLINE      3770527921        1,000.00-         51,244.66
        249837947        WEB
        104913040162732
10/20 Courier Fee                           13.75-         51,230.91
10/24 Interest Deposit                      41.83          51,272.74
```

```
*- - - - - - - - - - - -Account Relationships- - - - - - - - - - - - - - -*
Name                             Relationship
FEDERICO ELASKAR                 Primary account owner
```

```
        DIRECT ALL INQUIRIES TO:  (305) 448-2265
                POST OFFICE BOX 44-1140
                MIAMI, FL 33144-1140
```

OB-SUB-029



**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                              Date 11/22/10          Page    1
                              Primary Account        531820308
```

```
        FEDERICO ELASKAR                                      F
        PIERINA DEALESSI 550
        APTO 3C
        BUENOS AIRES
        ARGENTINA
```

```
Checking Accounts

        We have changed our cut-off time from 3 PM to 4 PM. If you
        make a deposit before 4 PM on a business day that we are
        open, we will consider that day to be the day of the deposit

Checking Money Market Personal        NUMBER OF ENCLOSURES              1
ACCOUNT NUMBER            531820308    Statement Dates  10/25/10 thru 11/22/10
PREVIOUS BALANCE          51,272.74    DAYS IN THE STATEMENT PERIOD     29
  1 DEPOSITS/CREDITS          61.65    AVERAGE LEDGER             31,952.92
  4 CHECKS/DEBITS          57,815.83   AVERAGE COLLECTED          31,952.92
FEE                            3.13    Interest Earned                21.89
INTEREST PAID                 21.89    Annual Percentage Yield Earned  0.86%
CURRENT BALANCE           6,462.68-    2010 Interest Paid            184.29
                                                  Total             Total
                                              This Period      Year-to-Date
OVERDRAFT ITEM FEES                               3.13              3.13
RETURN ITEM FEES                                   .00               .00

*- - - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - - -*
Date  Description                        Amount              Balance
10/29 CD Interest                         61.65             51,334.39
        Cert No.    50531820328
10/29 Transfer to Loan                   145.83-            51,188.56
        Acct No.   10178115463
11/12 Wire Transfer Debit             50,000.00-             1,188.56
        WTO F VACCARO SA
        20101112F6B7001C000399
11/12 Wire Transfer Fee                   50.00-            1,138.56
        20101112F6B7001C000399
11/22 Interest Deposit                    21.89             1,160.45
11/22 Inclearing Check   #1            7,620.00-            6,459.55-
11/22 Overdraft Interest Charge            3.13-           6,462.68-

*- - - - - - - - - - - - -Account Relationships- - - - - - - - - - - - - -*
Name                                   Relationship
FEDERICO ELASKAR                       Primary account owner

            DIRECT ALL INQUIRIES TO:  (305) 448-2265
                  POST OFFICE BOX 44-1140
                     MIAMI, FL 33144-1140
```

OB-SUB-030



**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                          Date 12/22/10        Page    1
                          Primary Account      531820308
```

```
        FEDERICO ELASKAR                                        F
        PIERINA DEALESSI 550
        APTO 3C
        BUENOS AIRES
        ARGENTINA
```

Checking Accounts

        We have changed our cut-off time from 3 PM to 4 PM. If you
        make a deposit before 4 PM on a business day that we are
        open, we will consider that day to be the day of the deposit

```
Checking Money Market Personal        NUMBER OF ENCLOSURES                  0
ACCOUNT NUMBER          531820308     Statement Dates  11/23/10 thru 12/22/10
PREVIOUS BALANCE        6,462.68-     DAYS IN THE STATEMENT PERIOD          30
   5 DEPOSITS/CREDITS   8,483.90      AVERAGE LEDGER                  1,510.70
   6 CHECKS/DEBITS        936.66      AVERAGE COLLECTED               1,510.70
FEE                        10.00
INTEREST PAID                .00
CURRENT BALANCE         1,074.56      2010 Interest Paid                184.29
                                                       Total          Total
                                                   This Period    Year-to-Date
OVERDRAFT ITEM FEES                                        .00            3.13
RETURN ITEM FEES                                        35.00           35.00
```

*- - - - - - - - - - - SERVICE CHARGE SUMMARY - - - - - - - - - - - - - - - *

        Maintenance Fee                        10.00

*- - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - - - -*

| Date | Description | Amount | Balance |
|---|---|---|---|
| 11/23 | Return Item Credit | 7,620.00 | 1,157.32 |
| 11/23 | Return Item OD/UNC Fee(s) | 35.00- | 1,122.32 |
| 11/29 | CD Interest | 63.70 | 1,186.02 |
|  | Cert No.      50531820328 |  |  |
| 11/29 | OB WCM AMEX PYMT    1592237280 | 34.99- | 1,151.03 |
|  | 066011390000727      PPD |  |  |
|  | BILL PYMT |  |  |
| 11/29 | OB WCM BPAY FEE    1592237280 | 10.00- | 1,141.03 |
|  | 066011390000855      PPD |  |  |
|  | BPAY FEE |  |  |
| 11/29 | Transfer to Loan | 150.70- | 990.33 |
|  | Acct No.      10178115463 |  |  |
| 12/01 | HSBC ONLINE      1770527921 | 800.00 | 1,790.33 |
|  | 104913040618685      PPD |  |  |
|  | TRANSFER |  |  |
| 12/01 | AMERICAN EXPRESS 0005000008 | 34.99- | 1,755.34 |
|  | 101129063663879WEB |  |  |
|  | 053102532593375 |  |  |
| 12/13 | PAYPAL          PAYPALRRWRD | .12 | 1,755.46 |
|  | 091000017756219      PPD |  |  |
|  | VERIFYBANK |  |  |
| 12/13 | PAYPAL          PAYPALRRWRD | .08 | 1,755.54 |
|  | 091000017756220      PPD |  |  |
|  | VERIFYBANK |  |  |
| 12/20 | PROG EXPRESS      9038800871 | 670.98- | 1,084.56 |
|  | POL #07758202    TEL |  |  |
|  | 031100200611356 |  |  |
| 12/22 | Service Charge(s) | 10.00-SC | 1,074.56 |

OB-SUB-031



**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
Date 12/22/10        Page    2
Primary Account      531820308
```

```
FEDERICO ELASKAR
PIERINA DEALESSI 550
APTO 3C
BUENOS AIRES
ARGENTINA
```

Checking Money Market Personal        531820308  (Continued)

*- - - - - - - - - - - - -Account Relationships- - - - - - - - - - - - - -*
Name                                 Relationship
FEDERICO ELASKAR                     Primary account owner

```
            DIRECT ALL INQUIRIES TO:  (305) 448-2265
                     POST OFFICE BOX 44-1140
                     MIAMI, FL 33144-1140
```





**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                              Date  1/24/11         Page    1
                              Primary Account       531820308
```

```
        FEDERICO ELASKAR                                          F
        PIERINA DEALESSI 550
        APTO 3C
        BUENOS AIRES
        ARGENTINA
```

Checking Accounts

```
        We have changed our cut-off time from 3 PM to 4 PM. If you
        make a deposit before 4 PM on a business day that we are
        open, we will consider that day to be the day of the deposit
```

```
Checking Money Market Personal          NUMBER OF ENCLOSURES          0
ACCOUNT NUMBER           531820308      Statement Dates  12/23/10 thru  1/24/11
PREVIOUS BALANCE          1,074.56      DAYS IN THE STATEMENT PERIOD      33
   2 DEPOSITS/CREDITS     3,561.64      AVERAGE LEDGER              2,553.12
   2 CHECKS/DEBITS        1,743.20      AVERAGE COLLECTED          2,553.12
FEE                            .00      Interest Earned                 .42
INTEREST PAID                  .42      Annual Percentage Yield Earned  0.18%
CURRENT BALANCE           2,893.42      2011 Interest Paid              .42
```

```
*- - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - -*
Date  Description                            Amount            Balance
12/29 CD Interest                            61.64           1,136.20
         Cert No.    50531820328
12/29 Transfer to Loan                      145.83-            990.37
         Acct No.    10178115463
12/30 Cash Deposit                        3,500.00          4,490.37
12/31 AMERICAN EXPRESS 0005000008         1,597.37-         2,893.00
         101230062078134WEB
         053102535761620
 1/24 Interest Deposit                         .42          2,893.42
```

```
*- - - - - - - - - - - - -Account Relationships- - - - - - - - - - - - - -*
Name                                    Relationship
FEDERICO ELASKAR                        Primary account owner
```

```
        DIRECT ALL INQUIRIES TO: (305) 448-2265
             POST OFFICE BOX 44-1140
             MIAMI, FL 33144-1140
```

OB-SUB-033



**OCEAN BANK**
780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                              Date  2/24/11        Page    1
                              Primary Account      531820308
```

```
        FEDERICO ELASKAR                                          F
        PIERINA DEALESSI 550
        APTO 3C
        BUENOS AIRES
        ARGENTINA
```

Checking Accounts

        SECURITY TIP: Never respond to unsolicited email or text
        messages that request personal or bank account information,
        even if the message appears to be coming from Ocean Bank.

```
Checking Money Market Personal    NUMBER OF ENCLOSURES             0
ACCOUNT NUMBER        531820308   Statement Dates  1/25/11 thru  2/24/11
PREVIOUS BALANCE       2,893.42   DAYS IN THE STATEMENT PERIOD      31
   4 DEPOSITS/CREDITS  311,705.70 AVERAGE LEDGER           218,442.35
  14 CHECKS/DEBITS     110,848.50 AVERAGE COLLECTED        218,442.35
FEE                         .00   Interest Earned             175.40
INTEREST PAID            175.40   Annual Percentage Yield Earned  0.95%
CURRENT BALANCE      203,926.02   2011 Interest Paid          175.82
```

```
*- - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - - -*
Date  Description                       Amount            Balance
1/25  Wire Transfer Credit             50,000.00          52,893.42
         WTI RENSEN CORPORATION
         20110125B1QGC07C003998
 1/25  Wire Transfer Fee                   10.00-         52,883.42
         20110125B1QGC07C003998
 1/25  AMERICAN EXPRESS 0005000008      1,574.70-         51,308.72
         110124060746293WEB
         053102531551208
 1/28  CD Interest                         63.70          51,372.42
         Cert No.     50531820328
 1/31  Wire Transfer Credit             61,642.00        113,014.42
         WTI DEBRUK SA
         20110131G1B76E2C000133
 1/31  Wire Transfer Fee                   10.00-        113,004.42
         20110131G1B76E2C000133
 1/31  Transfer to Loan                   150.70-        112,853.72
         Acct No.    10178115463
 2/01  Transfer Debit Elect. Bking.    12,000.00-        100,853.72
         10178115463-L
 2/02  Wire Transfer Credit            200,000.00        300,853.72
         WTI DEBRUK SA
         20110202G1B76E2C000671
 2/02  Wire Transfer Fee                   10.00-        300,843.72
         20110202G1B76E2C000671
 2/04  Transfer to Unrelated Account   10,000.00-        290,843.72
 2/17  PROG EXPRESS     9038800871        594.80-        290,248.92
         POL #07758202   WEB
         031100202984262
 2/18  Wire Transfer Debit             50,000.00-        240,248.92
         WTO V.A. LEASING CORPORATION
         20110218F6B7001C000124
 2/18  Wire Transfer Fee                   50.00-        240,198.92
         20110218F6B7001C000124
 2/22  HSBC ONLINE      3770527921      20,000.00-        220,198.92
         283626997        WEB
         10491304887515 8
 2/22  AMERICAN EXPRESS 0005000008     11,438.30-        208,760.62
         110221057072394WEB
```

OB-SUB-034



**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
Date   2/24/11        Page    2
Primary Account       531820308
```

```
FEDERICO ELASKAR
PIERINA DEALESSI 550
APTO 3C
BUENOS AIRES
ARGENTINA
```

```
Checking Money Market Personal      531820308  (Continued)

*- - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - - - -*
Date  Description                              Amount           Balance
        053102530971726
2/23 AMERICAN EXPRESS 9500000000             5,000.00-        203,760.62
        CKF061685291POSWEB
        12114I282024292
2/23 Excess MMD transaction charge              10.00-        203,750.62
2/24 Interest Deposit                           175.40        203,926.02

*- - - - - - - - - - - - -Account Relationships- - - - - - - - - - - - - -*
Name                            Relationship
FEDERICO ELASKAR                Primary account owner
```

```
        DIRECT ALL INQUIRIES TO:  (305) 448-2265
              POST OFFICE BOX 44-1140
              MIAMI, FL 33144-1140
```

OB-SUB-035



**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                              Date   3/22/11        Page    1
                              Primary Account       531820308
```

```
        FEDERICO ELASKAR                                        F
        PIERINA DEALESSI 550
        APTO 3C
        BUENOS AIRES
        ARGENTINA
```

Checking Accounts

        SECURITY TIP: Never respond to unsolicited email or text
        messages that request personal or bank account information,
        even if the message appears to be coming from Ocean Bank.

```
Checking Money Market Personal        NUMBER OF ENCLOSURES              6
ACCOUNT NUMBER            531820308   Statement Dates  2/25/11 thru  3/22/11
PREVIOUS BALANCE         203,926.02   DAYS IN THE STATEMENT PERIOD    26
    3 DEPOSITS/CREDITS    194,256.64   AVERAGE LEDGER             172,380.60
   22 CHECKS/DEBITS       180,903.05   AVERAGE COLLECTED          172,380.60
FEE                             .00   Interest Earned               116.11
INTEREST PAID               116.11    Annual Percentage Yield Earned  0.95%
CURRENT BALANCE          217,395.72   2011 Interest Paid            291.93
```

```
*- - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - - -*
Date  Description                           Amount          Balance
2/28  CD Interest                            61.64        203,987.66
        Cert No.    50531820328
2/28  AMERICAN EXPRESS 9500000000        10,000.00-       193,987.66
        CKF061685291POSWEB
      121141281711872
2/28  Transfer to Loan                       99.79-       193,887.87
        Acct No.   10178115463
2/28  Cashed Check    #72148             10,000.00-       183,887.87
3/04  Inclearing Check  #72148            9,000.00-       174,887.87
3/07  AMERICAN EXPRESS 9500000000        20,000.00-       154,887.87
        CKF061685291POSWEB
      121141286025938
3/07  AMERICAN EXPRESS 0005000008        13,013.09-       141,874.78
      110304054546148WEB
      053102538957536
3/08  Check           #3605               5,000.00-       136,874.78
3/09  V.A. LEASEING COACH XFER             535.00-       136,339.78
        067009649950019    CCD
3/09  Excess MMD transaction charge         10.00-       136,329.78
3/09  Inclearing Check  #3608             3,925.00-       132,404.78
3/10  Excess MMD transaction charge         10.00-       132,394.78
3/10  Inclearing Check  #3811             1,702.37-       130,692.41
3/14  AMERICAN EXPRESS 0005000008        64,279.41-        66,413.00
      110311057662481WEB
      053102538725152
3/14  Excess MMD transaction charge         10.00-        66,403.00
3/14  Excess MMD transaction charge         10.00-        66,393.00
3/14  Inclearing Check  #3812                4.50-        66,388.50
3/17  Wire Transfer Credit              134,263.00       200,651.50
        WTI FEDERICO ELASKAR AZUCENA V
      20110317B6B7HU2R004290
3/17  Wire Transfer Credit               59,932.00       260,583.50
        WTI SGI ARGENTINA S.A. AZUCENA
      20110317B6B7HU1R004068
3/17  Wire Transfer Fee                     10.00-       260,573.50
      20110317B6B7HU1R004068
3/17  Wire Transfer Fee                     10.00-       260,563.50
```



**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                          Date  3/22/11          Page     2
                          Primary Account        531820308
```

```
        FEDERICO ELASKAR
        PIERINA DEALESSI 550
        APTO 3C
        BUENOS AIRES
        ARGENTINA
```

```
Checking Money Market Personal        531820308  (Continued)

*- - - - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - - - -*
Date  Description                         Amount              Balance
        20110317B6B7HU2R004290
3/21  AMERICAN EXPRESS 0005000008          5,249.31-        255,314.19
        110319064998438WEB
        053102530090603
3/21  Excess MMD transaction charge          10.00-        255,304.19
3/21  Transfer Debit Elect. Bking.       38,014.58-        217,289.61
        10178115463-L
3/21  Excess MMD transaction charge          10.00-        217,279.61
3/22  Interest Deposit                      116.11         217,395.72

*- - - - - - - - - - - - -Account Relationships- - - - - - - - - - - - - - - -*
Name                                Relationship
FEDERICO ELASKAR                    Primary account owner
```

```
        DIRECT ALL INQUIRIES TO:  (305) 448-2265
                POST OFFICE BOX 44-1140
                MIAMI, FL 33144-1140
```



**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                              Date  4/22/11       Page    1
                              Primary Account    531820308
```

```
        FEDERICO ELASKAR                                        F
        PIERINA DEALESSI 550
        APTO 3C
        BUENOS AIRES
        ARGENTINA
```

Checking Accounts

```
        SECURITY TIP: Never respond to unsolicited email or text
        messages that request personal or bank account information,
        even if the message appears to be coming from Ocean Bank.
```

```
Checking Money Market Personal           NUMBER OF ENCLOSURES            2
ACCOUNT NUMBER            531820308      Statement Dates  3/23/11 thru  4/24/11
PREVIOUS BALANCE         217,395.72      DAYS IN THE STATEMENT PERIOD     33
   7 DEPOSITS/CREDITS    218,995.36      AVERAGE LEDGER            108,075.43
  16 CHECKS/DEBITS       288,207.46      AVERAGE COLLECTED        108,075.43
FEE                            .00       Interest Earned               89.52
INTEREST PAID              89.52         Annual Percentage Yield Earned  0.92%
CURRENT BALANCE          148,273.14      2011 Interest Paid           381.45
```

```
*- - - - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - - -*
Date  Description                            Amount           Balance
3/23  Transfer Credit Elect. Bking        49,892.82         267,288.54
          10178115463-L
3/23  AMERICAN EXPRESS 0005000008        200,000.00-         67,288.54
          110322051872363WEB
          053102533781733
3/24  Wire Transfer Credit                49,070.00         116,358.54
          WTI SGI ARGENTINA S.A. AZUCENA
          20110324B6B7HU2R007074
3/24  Wire Transfer Fee                       10.00-        116,348.54
          20110324B6B7HU2R007074
3/25  OB WCM AMEX PYMT   1592237280        5,249.31-        111,099.23
          066011390000395       PPD
          BILL PYMT
3/25  OB WCM BPAY FEE    1592237280           10.00-        111,089.23
          066011390000507       PPD
          BPAY FEE
3/28  CD Interest                             57.54         111,146.77
          Cert No.    50531820328
3/29  HSBC ONLINE    1770527921           20,000.00         131,146.77
          104913044595451       PPD
          TRANSFER
4/04  AMERICAN EXPRESS 0005000008         50,000.00-         81,146.77
          110401051971075WEB
          053102537820551
4/04  V.A. LEASEING COACH XFER             1,471.75-         79,675.02
                        9FIGU8606
          067009649950034       CCD
4/06  Inclearing Check  #405               1,702.34-         77,972.68
4/07  Excess MMD transaction charge           10.00-         77,962.68
4/07  Inclearing Check  #406                   4.50-         77,958.18
4/11  PROG EXPRESS    9038800871           1,545.56-         76,412.62
          POL #07758202  WEB
          031100203683608
4/11  Excess MMD transaction charge           10.00-         76,402.62
4/15  Wire Transfer Credit                18,500.00          94,902.62
          WTI PRESVAC S R L
          20110414E3QP021C001708
4/15  Wire Transfer Fee                       10.00-         94,892.62
```



**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                           Date   4/22/11        Page     2
                           Primary Account       531820308
```

```
        FEDERICO ELASKAR
        PIERINA DEALESSI 550
        APTO 3C
        BUENOS AIRES
        ARGENTINA
```

```
Checking Money Market Personal        531820308  (Continued)

*- - - - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - - - - -*
Date   Description                          Amount           Balance
        20110414E3QP021C001708
4/18  Wire Transfer Credit                49,975.00        144,867.62
        WTI SGI ARGENTINA S A
        20110415B1QGC08C005943
4/18  Wire Transfer Fee                       10.00-        144,857.62
        20110415B1QGC08C005943
4/18  Transfer Debit Elect. Bking.        25,000.00-        119,857.62
        10178115463-L
4/18  Excess MMD transaction charge           10.00-        119,847.62
4/19  Transfer from Unrelated Acct.        31,500.00        151,347.62
4/20  Monetary Instrument Purchase          3,164.00-       148,183.62
4/24  Interest Deposit                         89.52        148,273.14

*- - - - - - - - - - - - -Account Relationships- - - - - - - - - - - - - - - -*
Name                              Relationship
FEDERICO ELASKAR                  Primary account owner
```

```
        DIRECT ALL INQUIRIES TO:  (305) 448-2265
               POST OFFICE BOX 44-1140
                  MIAMI, FL 33144-1140
```



**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                                    Date  5/23/11          Page    1
                                    Primary Account        531820308
```

```
          FEDERICO ELASKAR                                          H
          50531820308 F BR720 TO HOLD MAIL CUST
          MIAMI FL 33126
```

Checking Accounts

        SECURITY TIP: Never respond to unsolicited email or text
        messages that request personal or bank account information,
        even if the message appears to be coming from Ocean Bank.

```
Now Personal                        NUMBER OF ENCLOSURES              3
ACCOUNT NUMBER          531820308   Statement Dates  4/25/11 thru  5/23/11
PREVIOUS BALANCE      148,273.14    DAYS IN THE STATEMENT PERIOD      29
   4 DEPOSITS/CREDITS  124,887.36   AVERAGE LEDGER            166,039.17
  17 CHECKS/DEBITS     177,396.19   AVERAGE COLLECTED         166,039.17
FEE                          .00    Interest Earned               84.70
INTEREST PAID              84.70    Annual Percentage Yield Earned  0.64%
CURRENT BALANCE        95,849.01    2011 Interest Paid           466.15
```

```
*- - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - - -*
Date  Description                      Amount              Balance
4/25  Cashed Check      #73003         20,000.00-          128,273.14
4/26  PROG EXPRESS      9038800871      1,123.55-          127,149.59
       031100204639816        PPD
       INS PREM
4/27  Wire Transfer Credit             99,975.00           227,124.59
       WTI SGI ARGENTINA SA
       20110426B1QGC07C006121
4/27  Transfer Credit Elect. Bking     24,000.00           251,124.59
       10178115463-L
4/27  Wire Transfer Fee                    10.00-          251,114.59
       20110426B1QGC07C006121
4/29  CD Interest                          65.75           251,180.34
       Cert No.     50531820328
5/02  AMERICAN EXPRESS 0005000008      67,572.88-          183,607.46
       110429059025646WEB
       053102537532738
5/02  V.A. LEASING COACH XFER           1,070.00-          182,537.46
       9FIGU8606
       067009649950061        CCD
5/04  OB WCM AMEX PYMT  1592237280     17,782.02-          164,755.44
       066011390000284        PPD
       BILL PYMT
5/04  OB WCM BPAY FEE   1592237280         10.00-          164,745.44
       066011390000383        PPD
       BPAY FEE
5/05  Transfer from Related Acct.         846.61           165,592.05
5/05  Inclearing Check  #5411           1,702.37-          163,889.68
5/06  Excess MMD transaction charge        10.00-          163,879.68
5/06  Inclearing Check  #5412               4.50-          163,875.18
5/10  V.A. LEASING COACH XFER             535.00-          163,340.18
       9FIGU8606
       067009649950070        CCD
5/18  PROG EXPRESS      9038800871        860.87-          162,479.31
       031100209989296        PPD
       INS PREM
5/19  Wire Transfer Debit              60,000.00-          102,479.31
       WTO ANDERSON IMAGINE GROUP INC
       20110519F6B7001C000172
5/19  Wire Transfer Fee                    50.00-          102,429.31
```



**OCEAN BANK**
780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                                    Date   5/23/11        Page     2
                                    Primary Account         531820308
```

```
        FEDERICO ELASKAR
        50531820308 F BR720 TO HOLD MAIL CUST
        MIAMI FL 33126
```

```
Now Personal                       531820308  (Continued)

*- - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - - - -*
Date   Description                           Amount            Balance
        20110519F6B7001C000172
5/20 Wire Transfer Debit                    6,600.00-          95,829.31
        WTO ALEXIA KEGLEVICH
        20110520F6B7001C000227
5/20 Wire Transfer Fee                         50.00-          95,779.31
        20110520F6B7001C000227
5/23 Interest Deposit                          84.70           95,864.01
5/23 Hold Mail                                 15.00-          95,849.01

*- - - - - - - - - - - -Account Relationships- - - - - - - - - - - - - -*
Name                          Relationship
FEDERICO ELASKAR              Primary account owner
```

```
            DIRECT ALL INQUIRIES TO:  (305) 448-2265
                 POST OFFICE BOX 44-1140
                 MIAMI, FL 33144-1140
```



**OCEAN BANK**
780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                              Date  6/21/11        Page    1
                              Primary Account      531820308
```

```
       FEDERICO ELASKAR                                        H
       50531820308 F BR720 TO HOLD MAIL CUST
       MIAMI FL 33126
```

Checking Accounts

       SECURITY TIP: Never respond to unsolicited email or text
       messages that request personal or bank account information,
       even if the message appears to be coming from Ocean Bank.

```
Now Personal                       NUMBER OF ENCLOSURES               2
ACCOUNT NUMBER          531820308  Statement Dates  5/24/11 thru  6/21/11
PREVIOUS BALANCE        95,849.01  DAYS IN THE STATEMENT PERIOD       29
   1 DEPOSITS/CREDITS   250,000.00  AVERAGE LEDGER              253,814.05
  11 CHECKS/DEBITS      234,971.23  AVERAGE COLLECTED           253,814.05
FEE                           .00  Interest Earned                  50.41
INTEREST PAID                50.41  Annual Percentage Yield Earned   0.25%
CURRENT BALANCE         110,928.19  2011 Interest Paid              516.56
```

```
*- - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - - -*
Date  Description                         Amount            Balance
5/26  Wire Transfer Credit               250,000.00       345,849.01
          WTI FEDERICO ELASKAR PIERINA D
          20110526B6B7HU4R009653
5/26  Wire Transfer Fee                       10.00-      345,839.01
          20110526B6B7HU4R009653
5/31  AMERICAN EXPRESS 0005000008         33,369.61-      312,469.40
          11053005077663003WEB
          053102253043428
6/03  Inclearing Check    #6111            1,702.37-      310,767.03
6/03  Inclearing Check    #6112                4.50-      310,762.53
6/08  V.A. LEASEING COACH XFER             1,096.75-      309,665.78
          9FIGU8606
          067009649950001      CCD
6/15  Wire Transfer Debit                150,000.00-      159,665.78
          WTO SGI ARGENTINA S.A.
          20110615F6B7001C000217
6/15  Wire Transfer Debit                 47,753.23-      111,912.55
          WTO SOUTH AVIATION
          20110615F6B7001C000231
6/15  Wire Transfer Fee                       50.00-      111,862.55
          20110615F6B7001C000217
6/15  Wire Transfer Fee                       50.00-      111,812.55
          20110615F6B7001C000231
6/20  PROG EXPRESS      9038800871           919.77-      110,892.78
          031100201197713       PPD
          INS PREM
6/21  Interest Deposit                        50.41       110,943.19
6/21  Hold Mail                               15.00-      110,928.19
```

```
*- - - - - - - - - - - -Account Relationships- - - - - - - - - - - - - -*
Name                              Relationship
FEDERICO ELASKAR                  Primary account owner
```

```
           DIRECT ALL INQUIRIES TO:  (305) 448-2265
                   POST OFFICE BOX 44-1140
                   MIAMI, FL 33144-1140
```



```
                                    Date  7/22/11          Page   1
                                    Primary Account        531820308
```

**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
    FEDERICO ELASKAR                                          H
    50531820308 F BR720 TO HOLD MAIL CUST
    MIAMI FL 33126
```

Checking Accounts

        SECURITY TIP: Never respond to unsolicited email or text
        messages that request personal or bank account information,
        even if the message appears to be coming from Ocean Bank.

```
Now Personal                           NUMBER OF ENCLOSURES              2
ACCOUNT NUMBER            531820308    Statement Dates  6/22/11 thru  7/24/11
PREVIOUS BALANCE         110,928.19    DAYS IN THE STATEMENT PERIOD       33
   1 DEPOSITS/CREDITS     100,000.00   AVERAGE LEDGER             86,730.30
  14 CHECKS/DEBITS        105,631.84   AVERAGE COLLECTED          86,730.30
FEE                             .00    Interest Earned                19.60
INTEREST PAID               19.60      Annual Percentage Yield Earned  0.25%
CURRENT BALANCE          105,315.95    2011 Interest Paid            536.16
```

```
*- - - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - - - - -*
Date  Description                              Amount             Balance
6/28 OB WCM AMEX PYMT  1592237280           15,635.20-          95,292.99
     066011390000923      PPD
     BILL PYMT
6/29 WCM AMEX Payment Fee for 6/28              10.00-          95,282.99
7/06 Wire Transfer Debit                     60,000.00-         35,282.99
     WTO HONG KONG SUNSHINE TRADE C
     20110706F6B7001C000138
7/06 Wire Transfer Debit                      6,600.00-         28,682.99
     WTO ALEXIA KEGLEVICH
     20110706F6B7001C000118
7/06 Wire Transfer Fee                          100.00-         28,582.99
     20110706F6B7001C000138
7/06 Wire Transfer Fee                           50.00-         28,532.99
     20110706F6B7001C000118
7/06 Inclearing Check   #7111                 1,702.37-         26,830.62
7/07 V.A. LEASEING COACH XFER                   535.00-         26,295.62
                     9FIGU8606
                     CCD
     067009649950018
7/07 Inclearing Check   #7112                     4.50-         26,291.12
7/15 Wire Transfer Credit                   100,000.00         126,291.12
     WTI DUNAMIS ONE LTD. PALM GROV
     20110715B6B7HU4R009213
7/15 Wire Transfer Fee                           10.00-        126,281.12
     20110715B6B7HU4R009213
7/19 PROG EXPRESS     9038800871                919.77-        125,361.35
     031100200235109      PPD
     INS PREM
7/22 Wire Transfer Debit                     20,000.00-        105,361.35
     WTO LAW OFFICE OF RENE A SOTOR
     20110722F6B7001C000034
7/22 Wire Transfer Fee                           50.00-        105,311.35
     20110722F6B7001C000034
7/22 Hold Mail                                   15.00-        105,296.35
7/24 Interest Deposit                            19.60         105,315.95
```

```
*- - - - - - - - - - -Account Relationships- - - - - - - - - - - - - - -*
Name                            Relationship
FEDERICO ELASKAR                Primary account owner
```

OB-SUB-043



**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
Date  7/22/11          Page     2
Primary Account        531820308
```

```
FEDERICO ELASKAR
50531820308 F BR720 TO HOLD MAIL CUST
MIAMI FL 33126
```

```
Now Personal                   531820308  (Continued)

              DIRECT ALL INQUIRIES TO:  (305) 448-2265
                    POST OFFICE BOX 44-1140
                       MIAMI, FL 33144-1140
```



OB-SUB-044



**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                              Date  8/22/11          Page    1
                              Primary Account        531820308
```

```
     FEDERICO ELASKAR                                          H
     50531820308 F BR720 TO HOLD MAIL CUST
     MIAMI FL 33126
```

Checking Accounts

     SECURITY TIP: Never respond to unsolicited email or text
     messages that request personal or bank account information,
     even if the message appears to be coming from Ocean Bank.

```
Now Personal                         NUMBER OF ENCLOSURES            2
ACCOUNT NUMBER          531820308    Statement Dates  7/25/11 thru  8/22/11
PREVIOUS BALANCE       105,315.95    DAYS IN THE STATEMENT PERIOD   29
     DEPOSITS/CREDITS         .00    AVERAGE LEDGER            102,809.01
   8 CHECKS/DEBITS      5,687.99     AVERAGE COLLECTED         102,809.01
FEE                          .00     Interest Earned               20.43
INTEREST PAID             20.43      Annual Percentage Yield Earned  0.25%
CURRENT BALANCE        99,648.39     2011 Interest Paid           556.59
```

```
*- - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - -*
Date  Description                        Amount          Balance
 7/29 OB WCM AMEX PYMT  1592237280         1.35-        105,314.60
      066011390000525       PPD
      BILL PYMT
 8/03 WCM AMEX Payment Fee for 7/29       10.00-        105,304.60
 8/05 V.A. LEASING COACH XFER            535.00-        104,769.60
                      9FIGU8606
      067009649950085       CCD
 8/05 Inclearing Check   #8411         1,702.37-        103,067.23
 8/05 Inclearing Check   #8412             4.50-        103,062.73
 8/12 Transfer to Unrelated Account    2,500.00-        100,562.73
 8/18 PROG EXPRESS    9038800871         919.77-         99,642.96
      031100201433815       PPD
      INS PREM
 8/22 Interest Deposit                    20.43          99,663.39
 8/22 Hold Mail                           15.00-         99,648.39
```

```
*- - - - - - - - - - - -Account Relationships- - - - - - - - - - - - - -*
Name                           Relationship
FEDERICO ELASKAR               Primary account owner
```

```
          DIRECT ALL INQUIRIES TO:  (305) 448-2265
                POST OFFICE BOX 44-1140
                MIAMI, FL 33144-1140
```

OB-SUB-045



**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                                    Date  9/23/11        Page    1
                                    Primary Account       531820308
```

```
        FEDERICO ELASKAR                                          H
        50531820308 F BR720 TO HOLD MAIL CUST
        MIAMI FL 33126
```

Checking Accounts

        SECURITY TIP: Never respond to unsolicited email or text
        messages that request personal or bank account information,
        even if the message appears to be coming from Ocean Bank.

```
Now Personal                               NUMBER OF ENCLOSURES           5
ACCOUNT NUMBER            531820308        Statement Dates  8/23/11 thru  9/25/11
PREVIOUS BALANCE          99,648.39        DAYS IN THE STATEMENT PERIOD       34
  2 DEPOSITS/CREDITS     149,950.00        AVERAGE LEDGER             155,510.84
 17 CHECKS/DEBITS        178,745.47        AVERAGE COLLECTED          155,510.84
FEE                            .00         Interest Earned                 36.21
INTEREST PAID               36.21          Annual Percentage Yield Earned   0.25%
CURRENT BALANCE          70,889.13         2011 Interest Paid             592.80
```

```
*- - - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - - - - -*
Date  Description                          Amount              Balance
8/24  Wire Transfer Credit                 99,975.00          199,623.39
        WTI 1/SGI ARGENTINA S A
        20110823B1QGC01C011843
8/24  Wire Transfer Fee                        10.00-         199,613.39
        20110823B1QGC01C011843
8/25  Wire Transfer Credit                 49,975.00          249,588.39
        WTI 1/SGI ARGENTINA S A
        20110824B1QGC05C007098
8/25  Wire Transfer Fee                        10.00-         249,578.39
        20110824B1QGC05C007098
8/30  OB WCM AMEX PYMT  1592237280            701.83-         248,876.56
        066011390000978        PPD
        BILL PYMT
8/31  WCM AMEX Payment Fee for 8/30           10.00-          248,866.56
9/06  Inclearing Check  #9111              1,702.37-          247,164.19
9/06  Inclearing Check  #9112                  4.50-          247,159.69
9/08  Wire Transfer Debit                  6,000.00-          241,159.69
        WTO ALEXIA KEGLEVICH
        20110908F6B7001C000272
9/08  Wire Transfer Fee                        25.00-         241,134.69
        20110908F6B7001C000272
9/08  Check             #72766             9,352.00-          231,782.69
9/09  Wire Transfer Debit                150,000.00-           81,782.69
        WTO CITY CREDIT CAPITAL (UK) L
        20110909F6B7001C000248
9/09  Wire Transfer Fee                        25.00-          81,757.69
        20110909F6B7001C000248
9/12  V.A. LEASEING COACH XFER             1,070.00-           80,687.69
                        9FIGU8606
        067009649950024        CCD
9/14  Transfer to Unrelated Account        2,000.00-           78,687.69
9/14  Inclearing Check  #72766             5,000.00-           73,687.69
9/19  Inclearing Check  #72766             1,900.00-           71,787.69
9/20  PROG EXPRESS      9038800871           919.77-           70,867.92
        031100204713301        PPD
        INS PREM
9/23  Hold Mail                               15.00-           70,852.92
9/25  Interest Deposit                        36.21           70,889.13
```

OB-SUB-046



**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
Date  9/23/11       Page    2
Primary Account     531820308
```

```
FEDERICO ELASKAR
50531820308 F BR720 TO HOLD MAIL CUST
MIAMI FL 33126
```

```
Now Personal                    531820308  (Continued)

*- - - - - - - - - - - - -Account Relationships- - - - - - - - - - - - - - -*
Name                            Relationship
FEDERICO ELASKAR                Primary account owner

        DIRECT ALL INQUIRIES TO:  (305) 448-2265
               POST OFFICE BOX 44-1140
               MIAMI, FL 33144-1140
```





**OCEAN BANK**
780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                                  Date 10/21/11         Page    1
                                  Primary Account       531820308
```

```
FEDERICO ELASKAR                                               H
50531820308 F BR720 TO HOLD MAIL CUST
MIAMI FL 33126
```

Checking Accounts

```
                       INTRODUCING MOBILE BANKING
               Access your deposit accounts from your mobile device
               Learn more www.oceanbank.com/mobilebanking.html
```

```
Now Personal                        NUMBER OF ENCLOSURES               1
ACCOUNT NUMBER          531820308   Statement Dates  9/26/11 thru 10/23/11
PREVIOUS BALANCE        70,889.13   DAYS IN THE STATEMENT PERIOD       28
  3 DEPOSITS/CREDITS    281,975.00  AVERAGE LEDGER               96,423.04
 10 CHECKS/DEBITS       225,458.28  AVERAGE COLLECTED            96,423.04
FEE                           .00   Interest Earned                 18.49
INTEREST PAID              18.49    Annual Percentage Yield Earned   0.25%
CURRENT BALANCE        127,424.34   2011 Interest Paid             611.29
```

```
*- - - - - - - - - - - -DESCRIPTIVE TRANSACTIONS - - - - - - - - - - -*
Date  Description                         Amount          Balance
 9/29 Cash Deposit                      2,000.00         72,889.13
 9/30 OB WCM AMEX PYMT  1592237280      71,416.95-        1,472.18
        066011390000452      PPD
        BILL PYMT
10/04 Transfer from Unrelated Acct.     10,000.00        11,472.18
10/05 HARLAND CLARKE    3114000006         34.25-        11,437.93
        053101700320042      PPD
        CHK ORDER
        20
10/12 ALLPOINTS CAPITAAUTH PMT          1,702.37-         9,735.56
        113516828
        065000097532313      CCD
10/12 V.A. LEASEING COACH XFER            642.00-         9,093.56
        9FIGU8606
        067009649950079      CCD
10/13 Wire Transfer Credit            269,975.00        279,068.56
        WTI 1/SGI ARGENTINA S A
        20111012B1QGC03C005212
10/13 Wire Transfer Fee                    10.00-       279,058.56
        20111012B1QGC03C005212
10/14 Inclearing Check  #10382            594.00-       278,464.56
10/18 PROG EXPRESS      9038800871        919.71-       277,544.85
        031100202133911      PPD
        INS PREM
10/19 HSBC ONLINE       3770527921     150,000.00-      127,544.85
        344274541       WEB
        104913049931794
10/21 Hold Mail                            15.00-       127,529.85
10/21 FPL DIRECT DEBIT 3590247775         124.00-       127,405.85
        3388331351 WEBIWEB
        111000012470360
10/23 Interest Deposit                     18.49        127,424.34
```

```
*- - - - - - - - - - - -Account Relationships- - - - - - - - - - - - -*
Name                          Relationship
FEDERICO ELASKAR              Primary account owner
```

OB-SUB-048



**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
Date 10/21/11        Page    2
Primary Account      531820308
```

```
FEDERICO ELASKAR
50531820308 F BR720 TO HOLD MAIL CUST
MIAMI FL 33126
```

Now Personal                531820308  (Continued)

```
            DIRECT ALL INQUIRIES TO:  (305) 448-2265
                 POST OFFICE BOX 44-1140
                  MIAMI, FL 33144-1140
```



OB-SUB-049



**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                              Date 11/22/11          Page    1
                              Primary Account        531820308
```

```
       FEDERICO ELASKAR                                          H
       50531820308 F BR720 TO HOLD MAIL CUST
       MIAMI FL 33126
```

Checking Accounts

```
                        INTRODUCING MOBILE BANKING
              Access your deposit accounts from your mobile device
                  Learn more www.oceanbank.com/mobilebanking.html
```

```
Now Personal                          NUMBER OF ENCLOSURES          6
ACCOUNT NUMBER          531820308     Statement Dates  10/24/11 thru 11/22/11
PREVIOUS BALANCE       127,424.34     DAYS IN THE STATEMENT PERIOD       30
   2 DEPOSITS/CREDITS   30,980.00     AVERAGE LEDGER            92,750.11
  14 CHECKS/DEBITS      70,300.09     AVERAGE COLLECTED         92,750.11
FEE                          .00      Interest Earned              19.06
INTEREST PAID             19.06       Annual Percentage Yield Earned  0.25%
CURRENT BALANCE         88,123.31     2011 Interest Paid          630.35
```

```
*- - - - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - Amount - - - - - - - -*
Date  Description                            Amount          Balance
10/25 Cashed Check     #72766            3,800.00-          123,624.34
10/26 Checking Deposit                  20,000.00          143,624.34
10/26 Monetary Instrument Purchase      20,000.00          123,624.34
10/26 Cashed Check     #1111            20,000.00-         103,624.34
10/26 Cashed Check     #72766           10,000.00-          93,624.34
10/31 OB WCM AMEX PYMT  1592237280       6,717.72-          86,906.62
         066011390000879        PPD
              BILL PYMT
10/31 Cashed Check     #108              3,500.00-          83,406.62
11/03 Wire Transfer Credit              10,980.00           94,386.62
         WTI 1/SGI ARGENTINA S A
         20111102B1QGC04C010010
11/03 Wire Transfer Fee                     10.00-          94,376.62
         20111102B1QGC04C010010
11/04 Cashed Check     #105              2,500.00-          91,876.62
11/09 V.A. LEASEING COACH XFER             535.00-          91,341.62
         067009649950115        CCD
11/09 Bill Payment Service/Manual           10.00-          91,331.62
         for payment made 9/30
11/17 ALLPOINTS CAPITAAUTH PMT           1,702.37-          89,629.25
         113516828
         065000099052417        CCD
11/17 Cashed Check     #133              1,500.00-          88,129.25
11/17 Bill Pay Service/Manual               10.00-          88,119.25
         for payment made 10/31
11/22 Interest Deposit                      19.06           88,138.31
11/22 Hold Mail                             15.00-          88,123.31
```

```
*- - - - - - - - - - - - -Account Relationships- - - - - - - - - - - - - - -*
Name                                  Relationship
FEDERICO ELASKAR                      Primary account owner
```

```
          DIRECT ALL INQUIRIES TO:  (305) 448-2265
                  POST OFFICE BOX 44-1140
                  MIAMI, FL 33144-1140
```

OB-SUB-050


**OCEAN BANK**
780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                            Date 12/23/11        Page    1
                            Primary Account      531820308
```

```
        FEDERICO ELASKAR                                          H
        50531820308 F BR720 TO HOLD MAIL CUST
        MIAMI FL 33126
```

Checking Accounts

```
                    INTRODUCING MOBILE BANKING
            Access your deposit accounts from your mobile device
            Learn more www.oceanbank.com/mobilebanking.html
```

```
Now Personal                         NUMBER OF ENCLOSURES              12
ACCOUNT NUMBER           531820308   Statement Dates  11/23/11 thru 12/26/11
PREVIOUS BALANCE         88,123.31   DAYS IN THE STATEMENT PERIOD       34
  1 DEPOSITS/CREDITS    149,975.00   AVERAGE LEDGER              67,763.93
 21 CHECKS/DEBITS       196,648.17   AVERAGE COLLECTED           67,763.93
FEE                           .00    Interest Earned                15.78
INTEREST PAID              15.78     Annual Percentage Yield Earned  0.25%
CURRENT BALANCE         41,465.92    2011 Interest Paid            646.13
```

```
*- - - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - - - - -*
Date  Description                        Amount            Balance
11/25 Inclearing Check   #107          15,000.00-         73,123.31
11/25 Inclearing Check   #109           1,031.25-         72,092.06
11/28 Cashed Check       #110           9,000.00-         63,092.06
11/28 Inclearing Check   #113           2,000.00-         61,092.06
12/02 OB WCM AMEX PYMT   1592237280    36,886.70-         24,205.36
         066011390000480      PPD
         BILL PYMT
12/02 ALLPOINTS CAPITAAUTH PMT          1,702.37-         22,502.99
         113516828
         065000091727530      CCD
12/02 Inclearing Check   #111           3,000.00-         19,502.99
12/06 Inclearing Check   #132          10,000.00-          9,502.99
12/08 Bill Pay Service/ Manual             10.00-          9,492.99
         For payment made 12/02
12/09 Wire Transfer Credit            149,975.00         159,467.99
         WTI CITY CREDIT CAPITAL (UK) L
         20111209B1Q8982C002774
12/09 Wire Transfer Fee                    10.00-        159,457.99
         20111209B1Q8982C002774
12/09 Inclearing Check   #115           2,000.00-        157,457.99
12/13 Cashed Check       #134           9,000.00-        148,457.99
12/14 V.A. LEASING COACH XFER             535.00-        147,922.99
                    9FIGU8606
         067009649950102      CCD
12/15 Cashed Check       #1227         50,000.00-         97,922.99
12/16 V.A. LEASING COACH XFER           8,863.00-         89,059.99
                    9FIGU8606
         067009649950015      CCD
12/16 Cashed Check       #1230         30,000.00-         59,059.99
12/19 Cashed Check       #116           5,000.00-         54,059.99
12/20 PROG EXPRESS       9409348138     1,312.48-         52,747.51
         021000029947357      PPD
         INS PREM
12/20 259548 FOREIGN EXCHANGE WIRE      6,282.37-         46,465.14
         SARL LA BAISSAN EUR4,700.00 FR
12/23 Hold Mail                            15.00-         46,450.14
12/23 Inclearing Check   #136           5,000.00-         41,450.14
```

OB-SUB-051



**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                          Date 12/23/11        Page    2
                          Primary Account      531820308
```

```
        FEDERICO ELASKAR
        50531820308 F BR720 TO HOLD MAIL CUST
        MIAMI FL 33126
```

```
Now Personal                    531820308  (Continued)

*- - - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - - - -*
Date  Description                        Amount        Balance
12/26 Interest Deposit                    15.78       41,465.92

*- - - - - - - - - - - - -Account Relationships- - - - - - - - - - - - - - -*
Name                              Relationship
FEDERICO ELASKAR                  Primary account owner
```

```
              DIRECT ALL INQUIRIES TO:  (305) 448-2265
                    POST OFFICE BOX 44-1140
                    MIAMI, FL 33144-1140
```



OB-SUB-052



**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                          Date  1/23/12        Page    1
                          Primary Account        531820308
```

```
FEDERICO ELASKAR                                          H
50531820308 F BR720 TO HOLD MAIL CUST
MIAMI FL 33126
```

Checking Accounts

```
                  INTRODUCING MOBILE BANKING
          Access your deposit accounts from your mobile device
          Learn more www.oceanbank.com/mobilebanking.html
```

| | | |
|---|---|---|
| Now Personal | | |
| ACCOUNT NUMBER | 531820308 | |
| PREVIOUS BALANCE | 41,465.92 | |
| 1 DEPOSITS/CREDITS | 134,344.29 | |
| 19 CHECKS/DEBITS | 134,474.98 | |
| FEE | .00 | |
| INTEREST PAID | 14.23 | |
| CURRENT BALANCE | 41,349.46 | |

| | |
|---|---|
| NUMBER OF ENCLOSURES | 11 |
| Statement Dates 12/27/11 thru  1/23/12 | |
| DAYS IN THE STATEMENT PERIOD | 28 |
| AVERAGE LEDGER | 74,351.93 |
| AVERAGE COLLECTED | 74,351.93 |
| Interest Earned | 14.23 |
| Annual Percentage Yield Earned | 0.25% |
| 2012 Interest Paid | 14.23 |

```
*- - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - - - -*
```

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 12/28 | Wire Transfer Credit | | 134,344.29 | 175,810.21 |
| | WTI CITY CREDIT CAPITAL (UK) L | | | |
| | 20111228B1Q8983C001752 | | | |
| 12/28 | Wire Transfer Fee | | 10.00- | 175,800.21 |
| | 20111228B1Q8983C001752 | | | |
| 12/28 | Cashed Check | #161 | 10,000.00- | 165,800.21 |
| 12/29 | Cashed Check | #163 | 5,200.00- | 160,600.21 |
| 12/29 | Cashed Check | #162 | 5,000.00- | 155,600.21 |
| 12/29 | Cashed Check | #165 | 4,000.00- | 151,600.21 |
| 1/03 | OB WCM AMEX PYMT  1592237280 | | 67,770.84- | 83,829.37 |
| | 066011390000931      PPD | | | |
| | BILL PYMT | | | |
| 1/03 | Inclearing Check  #164 | | 4,000.00- | 79,829.37 |
| 1/04 | Cashed Check  #166 | | 5,500.00- | 74,329.37 |
| 1/05 | ALLPOINTS CAPITAAUTH PMT | | 1,702.37- | 72,627.00 |
| | 113516828 | | | |
| | 065000090079969      CCD | | | |
| 1/05 | Cashed Check  #168 | | 10,000.00- | 62,627.00 |
| 1/10 | Cashed Check  #1259 | | 7,000.00- | 55,627.00 |
| 1/12 | Bill Pay Service/Manual | | 10.00- | 55,617.00 |
| | for payment made 1/3 | | | |
| 1/12 | Inclearing Check  #169 | | 6,000.00- | 49,617.00 |
| 1/13 | FPL DIRECT DEBIT3590247775 | | 179.02- | 49,437.98 |
| | 3388331351 TELV  TEL | | | |
| | 111000014567778 | | | |
| 1/13 | Cashed Check  #170 | | 3,500.00- | 45,937.98 |
| 1/18 | PROG EXPRESS  9409348138 | | 1,658.54- | 44,279.44 |
| | 021000029345243      PPD | | | |
| | INS PREM | | | |
| 1/19 | Inclearing Check  #173 | | 1,000.00- | 43,279.44 |
| 1/23 | Interest Deposit | | 14.23 | 43,293.67 |
| 1/23 | Hold Mail | | 15.00- | 43,278.67 |
| 1/23 | ALLPOINTS CAPITA  113516828 | | 1,929.21- | 41,349.46 |
| | 065000094369632      PPD | | | |
| | SALES TAX | | | |



```
                             Date  1/23/12        Page    2
                             Primary Account      531820308
```

**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
        FEDERICO ELASKAR
        50531820308 F BR720 TO HOLD MAIL CUST
        MIAMI FL 33126
```

```
Now Personal                     531820308  (Continued)

*- - - - - - - - - - - - -Account Relationships- - - - - - - - - - - - - -*
Name                             Relationship
FEDERICO ELASKAR                 Primary account owner
              DIRECT ALL INQUIRIES TO:  (305) 448-2265
                     POST OFFICE BOX 44-1140
                     MIAMI, FL 33144-1140
```



OB-SUB-054



**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                              Date   2/21/12        Page    1
                              Primary Account       531820308
```

```
      FEDERICO ELASKAR                                          H
      50531820308 F BR720 TO HOLD MAIL CUST
      MIAMI FL 33126
```

Checking Accounts

```
                      INTRODUCING MOBILE BANKING
             Access your deposit accounts from your mobile device
                Learn more www.oceanbank.com/mobilebanking.html
```

| | | | |
|---|---|---|---|
| Now Personal | | NUMBER OF ENCLOSURES | 16 |
| ACCOUNT NUMBER | 531820308 | Statement Dates 1/24/12 thru 2/21/12 | |
| PREVIOUS BALANCE | 41,349.46 | DAYS IN THE STATEMENT PERIOD | 29 |
| 5 DEPOSITS/CREDITS | 62,150.00 | AVERAGE LEDGER | 11,003.32 |
| 27 CHECKS/DEBITS | 97,920.12 | AVERAGE COLLECTED | 9,313.67 |
| FEE | 16.46 | Interest Earned | 2.20 |
| INTEREST PAID | 2.20 | Annual Percentage Yield Earned | 0.24% |
| CURRENT BALANCE | 5,565.08 | 2012 Interest Paid | 16.43 |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| TOTAL OVERDRAFT FEES | $86.46 | $86.46 |
| TOTAL RETURNED ITEM FEES | $70.00 | $70.00 |

```
*- - - - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - - - - - - -*
```

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 1/24 | Cashed Check | #178 | 9,000.00- | 32,349.46 |
| 1/24 | Inclearing Check | #175 | 11,000.00- | 21,349.46 |
| 1/25 | Cashed Check | #181 | 3,000.00- | 18,349.46 |
| 1/26 | Inclearing Check | #184 | 3,000.00- | 15,349.46 |
| 1/26 | Inclearing Check | #183 | 2,960.00- | 12,389.46 |
| 1/27 | Inclearing Check | #182 | 4,062.00- | 8,327.46 |
| 1/30 | Inclearing Check | #187 | 3,000.00- | 5,327.46 |
| 2/01 | Wire Transfer Credit | | 38,700.00 | 44,027.46 |
| | WTI ELASKAR FEDERICO | | | |
| | 20120201B1Q8383C008288 | | | |
| 2/01 | Wire Transfer Fee | | 10.00- | 44,017.46 |
| | 20120201B1Q8383C008288 | | | |
| 2/01 | Cashed Check | #179 | 9,000.00- | 35,017.46 |
| 2/02 | Cashed Check | #188 | 3,500.00- | 31,517.46 |
| 2/02 | Cashed Check | #186 | 1,500.00- | 30,017.46 |
| 2/03 | ALLPOINTS CAPITAAUTH PMT | | 1,702.37- | 28,315.09 |
| | 065000095684742    CCD | | | |
| 2/03 | Inclearing Check | #185 | 2,350.00- | 25,965.09 |
| 2/07 | Cashed Check | #1331 | 3,000.00- | 22,965.09 |
| 2/07 | Cashed Check | #172 | 2,000.00- | 20,965.09 |
| 2/09 | Cashed Check | #192 | 4,000.00- | 16,965.09 |
| 2/10 | Inclearing Check | #191 | 10,000.00- | 6,965.09 |
| 2/10 | Inclearing Check | #195 | 10,000.00- | 3,034.91- |
| 2/13 | NSF-Paid Item/OD Fee(s) | | 35.00- | 3,069.91- |
| 2/13 | Inclearing Check | #177 | 7,600.00- | 10,669.91- |

OB-SUB-055



**OCEAN BANK**
780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                                    Date  2/21/12        Page    2
                                    Primary Account       531820308
```

```
FEDERICO ELASKAR
50531820308 F BR720 TO HOLD MAIL CUST
MIAMI FL 33126
```

```
Now Personal                        531820308  (Continued)

*- - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - - - -*
Date  Description                            Amount            Balance
2/14  Credit Back Item  177                7,600.00          3,069.91-
2/14  NSF-Paid Item/OD Fee(s)                 35.00-         3,104.91-
2/15  Inclearing Check   #196              5,000.00-         8,104.91-
2/16  Return Item Credit                   5,000.00          3,104.91-
2/16  Return Item OD/UNC Fee(s)               35.00-         3,139.91-
2/17  Checking Deposit                    10,000.00          6,860.09
2/17  Inclearing Check   #197                850.00-         6,010.09
2/21  Return Item Credit                     850.00          6,860.09
2/21  Interest Deposit                         2.20          6,862.29
2/21  Return Item OD/UNC Fee(s)               35.00-         6,827.29
2/21  Hold Mail                               15.00-         6,812.29
2/21  PROG EXPRESS      9409348138         1,230.75-         5,581.54
        021000025911382      PPD
        INS PREM
2/21  Overdraft Interest Charge               16.46-         5,565.08

*- - - - - - - - - - - -Account Relationships- - - - - - - - - - - - - -*
Name                              Relationship
FEDERICO ELASKAR                  Primary account owner

              DIRECT ALL INQUIRIES TO:  (305) 448-2265
                     POST OFFICE BOX 44-1140
                     MIAMI, FL 33144-1140
```

OB-SUB-056



**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                              Date  3/20/12        Page   1
                              Primary Account      531820308
```

```
         FEDERICO ELASKAR                                      H
         50531820308 F BR720 TO HOLD MAIL CUST
         MIAMI FL 33126
```

Checking Accounts

```
                       INTRODUCING MOBILE BANKING
               Access your deposit accounts from your mobile device
               Learn more www.oceanbank.com/mobilebanking.html
```

```
Now Personal                       NUMBER OF ENCLOSURES            1
ACCOUNT NUMBER         531820308   Statement Dates  2/22/12 thru  3/20/12
PREVIOUS BALANCE        5,565.08   DAYS IN THE STATEMENT PERIOD    28
   3 DEPOSITS/CREDITS 229,582.75   AVERAGE LEDGER            123,287.36
  12 CHECKS/DEBITS    111,489.43   AVERAGE COLLECTED        122,087.36
FEE                         .00    Interest Earned               23.58
INTEREST PAID             23.58    Annual Percentage Yield Earned  0.25%
CURRENT BALANCE      123,681.98    2012 Interest Paid            40.01
```

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| TOTAL OVERDRAFT FEES | $7.00 | $93.46 |
| TOTAL RETURNED ITEM FEES | $35.00 | $105.00 |

```
*- - - - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - - - - -*
Date  Description                        Amount            Balance
2/22  Return Item Credit                1,230.75          6,795.83
2/22  Return Item OD/UNC Fee(s)            35.00-          6,760.83
2/22  ALLPOINTS CAPITALEASE RENT        1,929.21-         4,831.62
      010000000061395 113516828
      065000091222583    CCD
2/22  FPL DIRECT DEBIT 35902477775        181.01-         4,650.61
      2834083582 WEBIWEB
      111000013392348
2/23  UCF Paid Item/UCF Fee(s)              7.00-         4,643.61
2/24  No Float Deposit                100,000.00        104,643.61
2/24  AMERICAN EXPRESS 0005000008      54,641.34-         50,002.27
      12022305272940 7WEB
      091000012943934
2/27  PROG EXPRESS       9409348138     1,230.75-        48,771.52
      021000020057633       PPD
      RDP INS PR
2/29  Wire Transfer Credit            128,352.00        177,123.52
      WTI OMEGA TRADING INTERNATIONA
      20120229B1QGC05C001201
2/29  Wire Transfer Fee                    10.00-       177,113.52
      20120229B1QGC05C001201
3/02  ALLPOINTS CAPITAAUTH PMT          1,702.37-       175,411.15
                        113516828
      065000090921495    CCD
3/09  Monetary Instrument in person    40,007.00-       135,404.15
3/20  Interest Deposit                     23.58        135,427.73
```

OB-SUB-057



**OCEAN BANK**
780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                              Date  3/20/12          Page    2
                              Primary Account         531820308
```

```
        FEDERICO ELASKAR
        50531820308 F BR720 TO HOLD MAIL CUST
        MIAMI FL 33126
```

```
Now Personal                    531820308  (Continued)

*- - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - - - -*
Date   Description                          Amount              Balance
3/20 Hold Mail                              15.00-            135,412.73
3/20 PROG EXPRESS       9409348138        1,230.75-           134,181.98
       021000026588988        PPD
       INS PREM
3/20 Inclearing Check    #199            10,500.00-           123,681.98
*- - - - - - - - - - - -Account Relationships- - - - - - - - - - - - - -*
Name                              Relationship
FEDERICO ELASKAR                  Primary account owner
```

```
              DIRECT ALL INQUIRIES TO: (305) 448-2265
                    POST OFFICE BOX 44-1140
                     MIAMI, FL 33144-1140
```

OB-SUB-058



**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                              Date  4/23/12        Page    1
                              Primary Account      531820308
```

```
        FEDERICO ELASKAR                                          H
        50531820308 F BR720 TO HOLD MAIL CUST
        MIAMI FL 33126
```

Checking Accounts

```
                    INTRODUCING MOBILE BANKING
            Access your deposit accounts from your mobile device
            Learn more www.oceanbank.com/mobilebanking.html
```

```
Now Personal                        NUMBER OF ENCLOSURES              3
ACCOUNT NUMBER           531820308   Statement Dates  3/21/12 thru  4/23/12
PREVIOUS BALANCE        123,681.98   DAYS IN THE STATEMENT PERIOD       34
   1 DEPOSITS/CREDITS    30,000.00   AVERAGE LEDGER              64,838.93
  13 CHECKS/DEBITS      125,842.48   AVERAGE COLLECTED           64,838.93
FEE                           .08    Interest Earned                14.85
INTEREST PAID              14.85     Annual Percentage Yield Earned  0.25%
CURRENT BALANCE          27,854.27   2012 Interest Paid             54.86
```

|  |  | Total For This Period | Total Year-to-Date |
|---|---|---|---|
| TOTAL OVERDRAFT FEES |  | $.08 | $93.54 |
| TOTAL RETURNED ITEM FEES |  | $35.00 | $140.00 |

```
*- - - - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - - - - -*
Date  Description                          Amount         Balance
3/21  ALLPOINTS CAPITALEASE RENT          1,929.21-     121,752.77
      010000000068460  113516828
      065000097192051       CCD
3/26  OB WCM AMEX PYMT  1592237280        38,883.64-     82,869.13
      066011390001995       PPD
      BILL PYMT
3/26  Cashed Check      #200              15,000.00-     67,869.13
3/26  Cashed Check      #201               5,000.00-     62,869.13
3/29  Bill Pay Service/Manual                10.00-      62,859.13
      For Payment Made on 3/26
4/03  ALLPOINTS CAPITAAUTH PMT            1,702.37-      61,156.76
      113516828
      065000098269360       CCD
4/06  FPL DIRECT DEBIT 3590247775           107.30-      61,049.46
      2834083582 WEBIWEB
      11100001293200_0_
4/18  PROG EXPRESS      9409348138        1,230.75-      59,818.71
      021000023997863       PPD
      INS PREM
4/18  Inclearing Check  #232             30,000.00-      29,818.71
4/19  Inclearing Check  #233             30,000.00-        181.29-
4/20  Return Item Credit                 30,000.00       29,818.71
4/20  Return Item OD/UNC Fee(s)              35.00-      29,783.71
4/23  Interest Deposit                       14.85       29,798.56
4/23  Hold Mail                              15.00-      29,783.56
```

OB-SUB-059



**OCEAN BANK**
780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                              Date  4/23/12        Page    2
                              Primary Account       531820308
```

```
     FEDERICO ELASKAR
     50531820308 F BR720 TO HOLD MAIL CUST
     MIAMI FL 33126
```

```
Now Personal                    531820308  (Continued)

*- - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - - - - -*
Date  Description                          Amount           Balance
 4/23 ALLPOINTS CAPITALEASE RENT          1,929.21-        27,854.35
       010000000076899  113516828
       065000095428738     CCD
 4/23 Overdraft Interest Charge               .08-        27,854.27

*- - - - - - - - - - - - - -Account Relationships- - - - - - - - - - - - - -*
Name                              Relationship
FEDERICO ELASKAR                  Primary account owner
           DIRECT ALL INQUIRIES TO:  (305) 448-2265
                POST OFFICE BOX 44-1140
                 MIAMI, FL 33144-1140
```



**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                              Date  5/22/12        Page    1
                              Primary Account      531820308
```

```
    FEDERICO ELASKAR                                          H
    50531820308 F BR720 TO HOLD MAIL CUST
    MIAMI FL 33126
```

Checking Accounts

```
                          INTRODUCING MOBILE BANKING
                  Access your deposit accounts from your mobile device
                    Learn more www.oceanbank.com/mobilebanking.html
```

```
Now Personal                          NUMBER OF ENCLOSURES              12
ACCOUNT NUMBER          531820308     Statement Dates  4/24/12 thru  5/22/12
PREVIOUS BALANCE        27,854.27     DAYS IN THE STATEMENT PERIOD      29
    2 DEPOSITS/CREDITS  110,000.00    AVERAGE LEDGER               33,480.48
   26 CHECKS/DEBITS     141,639.08    AVERAGE COLLECTED            33,480.48
FEE                          1.83     Interest Earned                  6.66
INTEREST PAID                6.66     Annual Percentage Yield Earned   0.25%
CURRENT BALANCE          3,779.98-    2012 Interest Paid              61.52
```

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| TOTAL OVERDRAFT FEES | $1.83 | $95.37 |
| TOTAL RETURNED ITEM FEES | $.00 | $140.00 |

```
*- - - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - - - - -*
Date  Description                          Amount            Balance
4/24  Wire Transfer Credit                 100,000.00        127,854.27
      WTI LAH INVESTMENTS CORP
      20120423B1Q8021C029055
4/24  Wire Transfer Fee                         10.00-       127,844.27
      20120423B1Q8021C029055
4/25  Cashed Check      #189                  3,000.00-      124,844.27
4/25  Cashed Check      #221                  2,500.00-      122,344.27
4/26  OB WCM AMEX PYMT  1592237280           36,320.64-       86,023.63
      066011390001008       PPD
      BILL PYMT
4/26  Inclearing Check  #223                 20,000.00-       66,023.63
5/01  OB WCM AMEX PYMT  1592237280           32,555.43-       33,468.20
      066011390000872       PPD
      BILL PYMT
5/01  Inclearing Check  #224                    160.00-       33,308.20
5/02  ALLPOINTS CAPITAAUTH PMT                1,702.37-       31,605.83
      065000094610419       CCD
5/04  Cashed Check      #203                  3,500.00-       28,105.83
5/08  Bill Pay Service/Manual                    10.00-       28,095.83
      For Payment Made On 4/26
5/08  Bill Pay Service/Manual                    10.00-       28,085.83
      For Payment Made On 5/1
5/09  Inclearing Check  #202                    180.00-       27,905.83
5/10  AUDI FINCL, TEL.  1382362409            1,580.00-       26,325.83
      022000020132377       PPD
```

OB-SUB-061



**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                           Date  5/22/12        Page    2
                           Primary Account      531820308
```

```
        FEDERICO ELASKAR
        50531820308 F BR720 TO HOLD MAIL CUST
        MIAMI FL 33126
```

```
Now Personal                      531820308  (Continued)

*- - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - - - -*
Date  Description                        Amount              Balance
          TEL  DEBIT
5/10  AUDI FINCL, TEL.   2382362409           10.00-          26,315.83
          022000020139948          PPD
          CONVNC FEE
5/10  Inclearing Check   #205             2,000.00-          24,315.83
5/10  Inclearing Check   #206             1,291.00-          23,024.83
5/11  V.A. LEASEING COACH XFER           16,902.00-           6,122.83
          9FIGU8606
          067009649950116          CCD
5/15  Wire Transfer Credit              10,000.00           16,122.83
          WTI SGI FOREX LTD
          20120515B1QGC06C000905
5/15  Wire Transfer Fee                     10.00-          16,112.83
          20120515B1QGC06C000905
5/16  Cashed Check       #209             1,490.00-          14,622.83
5/16  Inclearing Check   #207               500.00-          14,122.83
5/18  PROG EXPRESS       9409348138       2,222.18-          11,900.65
          021000020077390          PPD
          INS PREM
5/21  Inclearing Check   #226            10,000.00-           1,900.65
5/22  Interest Deposit                       6.66            1,907.31
5/22  Hold Mail                             15.00-           1,892.31
5/22  SIGNATURE      ACH PAYMEN           3,611.25-           1,718.94-
          100125001      2134149421
          026013579132413          CCD
5/22  ALLPOINTS CAPITALEASE RENT          1,929.21-           3,648.15-
          010000000085249  113516828
          065000091716336          CCD
5/22  Inclearing Check   #210              130.00-           3,778.15-
5/22  Overdraft Interest Charge              1.83-           3,779.98-
*- - - - - - - - - - - -Account Relationships- - - - - - - - - - - - - - -*
Name                            Relationship
FEDERICO ELASKAR                Primary account owner

          DIRECT ALL INQUIRIES TO:  (305) 448-2265
                  POST OFFICE BOX 44-1140
                  MIAMI, FL 33144-1140
```

OB-SUB-062



**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                              Date  6/22/12         Page    1
                              Primary Account        531820308
```

```
        FEDERICO ELASKAR                                       A
        50531820308 F BR720 TO HOLD MAIL CUST
        MIAMI FL 33126
```

Checking Accounts

```
                        INTRODUCING MOBILE BANKING
                  Access your deposit accounts from your mobile device
                  Learn more www.oceanbank.com/mobilebanking.html
```

```
Now Personal                             NUMBER OF ENCLOSURES             8
ACCOUNT NUMBER              531820308     Statement Dates  5/23/12 thru  6/24/12
PREVIOUS BALANCE            3,779.98-     DAYS IN THE STATEMENT PERIOD    33
    7 DEPOSITS/CREDITS     44,236.68      AVERAGE LEDGER              461.94-
   26 CHECKS/DEBITS        40,670.29      AVERAGE COLLECTED         8,225.55-
FEE                            59.29      Interest Earned                .51
INTEREST PAID                    .51      Annual Percentage Yield Earned 0.24%
CURRENT BALANCE              272.37-      2012 Interest Paid           62.03
```

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| TOTAL OVERDRAFT FEES | $355.29 | $450.66 |
| TOTAL RETURNED ITEM FEES | $35.00 | $175.00 |

```
*- - - - - - - - - - SERVICE CHARGE SUMMARY - - - - - - - - - - - *

        Maintenance Fee                          12.00
```

```
*- - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - -*
Date  Description                          Amount            Balance
5/23  NSF-Paid Item Fee                    105.00-          3,884.98-
5/24  WELLS FARGO     INTFIDTOCS              .20           3,884.78-
      091000017299244        PPD
      TRIAL DEP
      S
5/24  WELLS FARGO     INTFIDTOCS              .01           3,884.77-
      091000017299243        PPD
      TRIAL DEP
      S
5/24  WELLS FARGO     INTFIDTOCS              .21-          3,884.98-
      TDEFZJ352T     WEB
      091000017299246
5/25  NSF-Paid Item Fee                     35.00-          3,919.98-
5/25  AUDI FINCL, TEL.  1382362409        1,146.75-         5,066.73-
      022000023111856        PPD
      TEL  DEBIT
5/25  Cashed Check     #227               10,000.00-       15,066.73-
5/25  Monetary Instrument in person        6,847.00-       21,913.73-
5/25  Inclearing Check  #212                500.00-        22,413.73-
5/29  Checking Deposit                    32,555.43        10,141.70
5/29  NSF-Paid Item Fee                     140.00-        10,001.70
5/29  Cashed Check     #229               5,000.00-         5,001.70
```

OB-SUB-063



**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                                  Date   6/22/12        Page    2
                                  Primary Account        531820308
```

```
        FEDERICO ELASKAR
        50531820308 F BR720 TO HOLD MAIL CUST
        MIAMI FL 33126
```

```
Now Personal                          531820308  (Continued)

*- - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - - -*
Date  Description                        Amount         Balance
5/30  UNC Funds - Paid Item Fee              7.00-       4,994.70
5/31  Inclearing Check   #214              90.00-       4,904.70
6/01  UNC Funds - Paid Item Fee              7.00-       4,897.70
6/01  Inclearing Check   #216             300.00-       4,597.70
6/04  UNC Funds - Paid Item Fee              7.00-       4,590.70
6/04  Inclearing Check   #218           3,581.04-       1,009.66
6/05  Return Item Credit                3,581.04        4,590.70
6/05  NSF/UNC Funds-Return Item Fee        35.00-       4,555.70
6/05  ALLPOINTS CAPITAAUTH PMT          1,702.37-       2,853.33
          065000093551332    CCD
                      113516828
6/06  UNC Funds - Paid Item Fee              7.00-       2,846.33
6/07  Cash Deposit                      1,000.00        3,846.33
6/11  WELLS FARGO       INTFITROCS      2,000.00        5,846.33
          091000017276028       PPD
          DDA TO DDA
          S
6/11  FPL DIRECT DEBIT 3590247775         154.04-       5,692.29
          2834083582 WEBIWEB
          111000012240686
6/11  Inclearing Check   #217            600.00-       5,092.29
6/14  Cashed Check       #219          2,500.00-       2,592.29
6/19  PROG EXPRESS    9409348138       2,150.42-         441.87
          021000021782952       PPD
          INS PREM
6/21  Checking Deposit                  5,100.00        5,541.87
6/21  CASH RECEIPTS    ACH PAYMEN      3,611.25-       1,930.62
          100125001       2134149421
          026013579892739      CCD
6/21  ALLPOINTS CAPITALEASE RENT       1,929.21-           1.41
          010000000092205  113516828
          065000098084228      CCD
6/22  Unclaimed Hold Mail                 15.00-          13.59-
6/22  Inclearing Check   #213            200.00-         213.59-
6/22  Service Charge(s)                   12.00-SC        225.59-
6/24  Interest Deposit                       .51          225.08-
6/24  Overdraft Interest Charge           47.29-          272.37-

*- - - - - - - - - - - -Account Relationships- - - - - - - - - - - - - -*
Name                              Relationship
FEDERICO ELASKAR                  Primary account owner

              DIRECT ALL INQUIRIES TO:  (305) 448-2265
                     POST OFFICE BOX 44-1140
                      MIAMI, FL 33144-1140
```

OB-SUB-064



**OCEAN BANK**

780 N.W. 42nd AVENUE, MIAMI, FLORIDA 33126

```
                                   Date  7/23/12        Page    1
                                   Primary Account       531820308
```

```
        FEDERICO ELASKAR                                          A
        50531820308 F BR720 TO HOLD MAIL CUST
        MIAMI FL 33126
```

Checking Accounts

```
                         INTRODUCING MOBILE BANKING
                  Access your deposit accounts from your mobile device
                    Learn more www.oceanbank.com/mobilebanking.html
```

```
Now Personal                        NUMBER OF ENCLOSURES                  0
ACCOUNT NUMBER           531820308  Statement Dates  6/25/12 thru  7/23/12
PREVIOUS BALANCE           272.37-  DAYS IN THE STATEMENT PERIOD         29
    4 DEPOSITS/CREDITS     542.37   AVERAGE LEDGER                     4.65-
    3 CHECKS/DEBITS        270.00   AVERAGE COLLECTED                  4.65-
FEE                           .00
INTEREST PAID                 .00
CURRENT BALANCE               .00   2012 Interest Paid                62.03
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| TOTAL OVERDRAFT FEES | $.00 | $450.66 |
| TOTAL RETURNED ITEM FEES | $70.00 | $245.00 |

```
*- - - - - - - - - - - - DESCRIPTIVE TRANSACTIONS - - - - - - - - - - - - - -*
Date  Description                         Amount              Balance
6/25  Return Item Credit                  200.00               72.37-
6/25  Reverse NSF/OD fee                   74.00                1.63
6/25  NSF/UNC Funds-Return Item Fee        35.00-              33.37-
6/27  Inclearing Check  #213              200.00-             233.37-
6/28  Return Item Credit                  200.00               33.37-
6/28  Closing Transaction                  68.37               35.00
6/28  NSF/UNC Funds-Return Item Fee        35.00-                .00
*- - - - - - - - - - - - -Account Relationships- - - - - - - - - - - - - - -*
Name                                Relationship
FEDERICO ELASKAR                    Primary account owner
```

```
                DIRECT ALL INQUIRIES TO:  (305) 448-2265
                        POST OFFICE BOX 44-1140
                        MIAMI, FL 33144-1140
```

OB-SUB-065