# EXHIBIT M

# MF CORPORATE SERVICES (NEVADA) LIMITED

www.mfcorpserv.com

July 5, 2006

**Estudio [Law Firm] CR. Damiani y Asociados**
Reconquista 517, piso 7 y 8
11.000 Montevideo
Uruguay

Dear Attorney Sánchez:

I have a great pleasure in enclosing the Corporate Kit relating to the Domestication of **BALMONT HOLDINGS LTD.**:

Please find the following documentation enclosed:
- Articles of Organization English/Spanish
- Certificate of Organization (Charter) English/Spanish
- Initial List English/Spanish
- Operating Agreement English/Spanish
- Membership Certificate English
- Register of Managers English/Spanish
- Register of Members English/Spanish
- Memorandum of Inaugural meeting English/Spanish

Original of meeting Memorandum duly legalized by apostille TRENTON PROPERTIES LTD.

Originals of the MUTUAL AGREEMENT WITH COLLATERAL ASSIGNMENT duly signed by Mr. Edmund Ward, one of which carries a certificate from the corresponding Resident Agent and APOSTILLE, and VAL DE LOIRE LLC.

I look forward to serving you again in the future.

*[signature]*
Patricia Amunategui
Manager Nevada Office

520 S. 7th Street, Suite C - Las Vegas, NV 89101 * T (702) 868-7779 / 868-7787 * F (702) 868-7788 * E nevada@mfcorpserv.com

**TRANSLATION MFCS 000809**

# CORPORATE SERVICES (NEVADA) LIMITED

www.mfcorpserv.com

Julio 5, 2006

**Estudio CR. Damiani y Asociados**
Reconquista 517, piso 7 y 8
11.000 Montevideo
Uruguay

Estimada Lic. Sánchez:

Me es muy grato adjuntarle Corporate Kit correspondiente a la Domesticación de **BALMONT HOLDINGS LTD.:**

Sírvase encontrar la siguiente documentación:

- Articles of Organization Inglés/ español
- Certificate of Organization (Charter) Inglés/ Español
- Initial List Inglés/ español
- Operating Agreement Inglés/ Español
- Membership Certificate Inglés
- Register of Managers Inglés/ español
- Register of Members Inglés/ español
- Memorandum of Inaugural meeting Inglés/español

Original de Memorándum de reunión debidamente legalizad por apostilla TRENTON PROPERTIES LTD.

Originales del contrato MUTUO CON CESION EN GARANTIA debidamente firmado por SR. Edmund Ward, uno de los cuales lleva un certificado de Agente Residente y APOSTILLA, correspondientes y VAL DE LOIRE LLC.

Esperando volver a servirle en otra oportunidad

Patricia Amunategui
Manager Nevada Office

520 S. 7th Street, Suite C - Las Vegas, NV 89101 * T (702) 868-7779 / 868-7787 * F (702) 868-7788 * E nevada@mfcorpserv.com

MFCS 000809



October 6, 2014

I hereby certify that I am a professional translator, that I abide by the Code of Ethics and Professional Practice of the *American Translators Association*, that I am fluent in Spanish and English, that I have employed a team of professional translators, and that we have translated, to the best of our knowledge, the attached document entitled

**Letter**

From Spanish into English

Signed,

Cathleen Waters

Founder, New World Medium

Translator of French, Spanish, Italian, Portuguese and English

American Translator's Association Membership no. 257918