# EXHIBIT N

## Mf corp

**From:** Mossack Fonseca & Co. (Corporations - Nevada)
**Sent:** Monday, May 08, 2006 9:15 AM
**To:** Ramsés Owens - Lawyer
**Subject:** Fintech Holdings LLC/1328719/ET/oo

Dear Licenciado Owens:

Please let us know whether the following documents could be copies authenticated by the Resident Agent, in which case we'll proceed in the same manner we followed with the Val de Loire request:

1- Articles of Organization
2- Operating Agreement

In addition, please provide us with originals of the:
1. Certificate of Good Standing
2. Resolution of the Manager authorizing the opening of the account; for this to be done, please provide us with the name of the bank and the person authorized.

In addition, I'd be grateful if you could give me the name of the person responsible at MF Trust so that I can coordinate with them. Thank you,

Regards,

Oncissa O. de Otero
Corporation Department
ext. 118

---

**From:** Ramsés Owens - Lawyer
**Sent:** Monday, May 08, 2006 8:42 AM
**To:** Mossack Fonseca & Co. (Corporations - Panama)
**Subject:** FW: Fintech Holdings LLC

**From:** JP Damiani & Asoc[SMTP:INFO@JPDAMIANI.COM]
**Sent:** Monday, May 08, 2006 8:43:01 AM
**To:** Ramsés Owens - Lawyer
**Cc:** J.P. Damiani & Asoc.
**Subject:** Re: Fintech Holdings LLC
**Auto forwarded by a Rule**

Dear Ramsés:

Fintech Corp was redomiciled in Nevada; we're referring to Fintech Holdings LLC.

5/8/2006

MFCS 003209

### Mf corp

**From:** Mossack Fonseca & Co. (Corporations - Nevada)
**Sent:** Monday, May 08, 2006 9:15 AM
**To:** Ramsés Owens - Lawyer
**Subject:** Fintech Holdings LLC/1328719/ET/oo

Estimado Licenciado Owens:

Favor indicarnos si los siguientes documentos pueden ser copias autenticadas por el Agente Residente, en cuyo caso procederemos de la misma forma que se atendió la solicitud de Val de Loire.:

1- Articles of Organization
2- Operating Agreement

Adicional proporcionaremos originales de:
1. Certificado de Goodstanding
2. Resolución del Manager donde se autoriza la apertura de la cuenta- para este fin favor proporcionarnos el nombre de banco y la persona autoriza a firmar.

Adicional le agradeceré me indique la persona a cargo en MF Trust para coordinar, gracias,

Saludos,

Oneissa O. de Otero
Corporation Department
ext. 118

---

**From:** Ramsés Owens - Lawyer
**Sent:** Monday, May 08, 2006 8:42 AM
**To:** Mossack Fonseca & Co. (Corporations - Panama)
**Subject:** FW: Fintech Holdings LLC

---

**From:** JP Damiani & Asoc[SMTP:INFO@JPDAMIANI.COM]
**Sent:** Monday, May 08, 2006 8:43:01 AM
**To:** Ramsés Owens - Lawyer
**Cc:** J.P. Damiani & Asoc.
**Subject:** Re: Fintech Holdings LLC
**Auto forwarded by a Rule**

Estimado Ramses:

La compañía Fintech Corp fue redomiciliada en Nevada, nos referimos a la Fintech Holdings LLC.

5/8/2006

MFCS 003209



October 6, 2014

I hereby certify that I am a professional translator, that I abide by the Code of Ethics and Professional Practice of the *American Translators Association*, that I am fluent in Spanish and English, that I have employed a team of professional translators, and that we have translated, to the best of our knowledge, the attached document entitled

**Email**

From Spanish into English

Signed,

Cathleen Waters

Founder, New World Medium

Translator of French, Spanish, Italian, Portuguese and English

American Translator's Association Membership no. 257918