# EXHIBIT O

# EXHIBIT O

# VAL DE LOIRE LLC

Nevada, January 31, 2007

Deloitte & Co. S.R.L.
Attn: Fernando De Nicola
Florida 234 – Piso 5º
C1005AAF – City of Buenos Aires

Re: Balance confirmation request No. 1
Balance details as of 12/31/2006 for
**Hipódromo Argentino de Palermo S.A.**

The account balances for the company in question, according to our records, were:

| | |
|---|---|
| Current account: Loan | USD 4,400,000.00 |
| Interest | USD     37,111.67 |
| Documents | .............0................ |
| Funds in custody | .............0................ |
| Other items (indicate) | Substitute taxpayer to be assessed based on final equity as adjusted by audit |

For **Val de Loire LLC**

[signature]
Edmund Ward, Manager

*520 S. 7th Street, Suite C, Las Vegas, NV 89101, United States of America*
*phone: (702) 868-7779 – fax: (702) 868-7788*

TRANSLATION MFCS000143

CONFIDENTIAL

# VAL DE LOIRE LLC

Nevada, December 28, 2005

Deloitte & Co. S.R.L.
Attn: *Fernando De Nicola*
Florida 234 – Piso 5º
C1005AAF – City of Buenos Aires

In accordance with your request regarding **Hipódromo Argentino de Palermo S.A.**, please see the information below:

1. According to our records, the balances of the Company in question were as follows on October 31, 2005:

| Items | Balances as of 10/31/2005 Debtor (creditor) |
|---|---|
| Current account – credit (debit) | 0 |
| Dividends to collect (pay) | $3,673,790.41 |
| Expenses to invoice (reimburse) | 0 |
| Loans to collect (repay) | 0 |
| Interest to collect (pay) | 0 |
| Return of irrevocable capital contributions | $5,976.00 |

Yours sincerely,

For **Val de Loire LLC**

[signature]
Edmund Ward, Manager

*520 S. 7th Street, Suite C, Las Vegas, Nevada 89101, United States of America*
*phone: (702) 868-7779 – fax: (702) 868-7788*

TRANSLATION MFCS000146

CONFIDENTIAL

# VAL DE LOIRE LLC

Nevada, March 28, 2006

**Deloitte & Co. S.R.L.**
Attn: *Fernando De Nicola*
Florida 234 – Piso 5º
C1005AAF – City of Buenos Aires

In accordance with your request regarding **Hipódromo Argentino de Palermo S.A.**, please see the information below:

1. According to our records, the balances of the Company in question were as follows on December 31, 2005:

| Items | Balances as of 12/31/2005 Debtor (creditor) |
|---|---|
| Current account – credit (debit) | 0 |
| Documents to invoice (pay) | 0 |
| Expenses to invoice (reimburse) | 0 |
| Loans to collect (repay) | 0 |
| Interest to collect (pay) | 0 |
| Royalties to invoice (pay) | 0 |
| Dividends to invoice (pay) | $2,293,007.45 |

Yours sincerely,

For **Val de Loire LLC**

[signature]
Edmund Ward, Manager

*520 S. 7th Street, Suite C, Las Vegas, Nevada 89101, United States of America*
*phone: (702) 868-7779 – fax: (702) 868-7788*

TRANSLATION MFCS000148

CONFIDENTIAL

# *VAL DE LOIRE LLC*

Nevada, 31 de Enero de 2007

Señores
Deloitte & Co. S.R.L.
At. Fernando De Nicola
Florida 234 – Piso 5º
C1005AAF – Ciudad de Buenos Aires

Referencia: Pedido de confirmación de saldos Nº 1
Información de saldos al 31/12/2006 de
**Hipódromo Argentino de Palermo S.A.**

Los saldos de cuentas con la sociedad de referencia, según nuestros registros, eran:

| | | |
|---|---|---|
| Cuenta corriente | Préstamo | USD 4.400.000,00 |
| | Intereses | USD     37.111,67 |
| Documentos | | ..............0............ |
| Dinero en custodia | | ..............0............ |
| Otros conceptos (indicar) | | Impuesto responsable sustituto a ser calculado sobre el patrimonio neto definitivo luego de ajustes de auditoría |

Por Val de Loire LLC

*[signature]*
Edmund Ward. - Administrador

# *VAL DE LOIRE LLC*

Nevada, 28 de diciembre de 2005

Señores
Deloitte & Co. S.R.L.
At. *Fernando De Nicola*
Florida 234 – Piso 5°
C1005AAF – Ciudad de Buenos Aires

De acuerdo con lo solicitado por el Hipódromo Argentino de Palermo S.A., informamos a ustedes lo siguiente:

1. Según nuestros registros, los saldos con la Sociedad de referencia al 31 de octubre de 2005 eran los siguientes:

| Conceptos | Saldos al 31/10/2005 Deudor (Acreedor) |
|---|---|
| Cuenta corriente – a favor (en contra) | 0 |
| Dividendos a cobrar (a pagar) | $3.673.790,41 |
| Gastos a recuperar (a reembolsar) | 0 |
| Préstamos a cobrar (a pagar) | 0 |
| Intereses a cobrar (a pagar) | 0 |
| Devolución aportes irrevocables a cobrar | $5.976,00 |

Saludamos a Uds. atentamente,

Por Val de Loire LLC

Edmund Ward- Administrador

*520 S., 7th Street, Suite C - Las Vegas, Nevada 89101 – United States of America*
*Tel.: (702) 868-7779 – Fax: (702) 868-7728*

CONFIDENTIAL                    MFCS000146

# *VAL DE LOIRE LLC*

Nevada, 28 de marzo de 2006.

Señores
**Deloitte & Co. S.R.L.**
At. *Fernando De Nicola*
Florida 234 – Piso 5°
C1005AAF – Ciudad de Buenos Aires

De acuerdo con lo solicitado por el Hipódromo Argentino de Palermo S.A., informamos a ustedes lo siguiente:

1. Según nuestros registros, los saldos con la Sociedad de referencia al 31 de diciembre de 2005 eran los siguientes:

| Conceptos | Saldos al 31/12/2005 Deudor (Acreedor) |
|---|---|
| Cuenta corriente – a favor (en contra) | 0 |
| Documentos a cobrar (a pagar) | 0 |
| Gastos a recuperar (a reembolsar) | 0 |
| Préstamos a cobrar (a pagar) | 0 |
| Intereses a cobrar (a pagar) | 0 |
| Regalías a cobrar (a pagar) | 0 |
| Dividendos a cobrar (a pagar) | $ 2.293.007,45 |

Saludamos a Uds. atentamente,

Por Val de Loire LLC

Edmund Ward. - Administrador

520 S., 7th Street, Suite C - Las Vegas, NV 89101 - United States of America
Tel: (702) 868-7779 – Fax: (702) 868-7778

CONFIDENTIAL   MFCS000148



November 14, 2014

I hereby certify that I am a professional translator, that I abide by the Code of Ethics and Professional Practice of the *American Translators Association*, that I am fluent in Spanish and English, that I have employed a team of professional translators, and that we have translated, to the best of our knowledge, the attached document entitled

**Correspondence**

From Spanish into English

Signed,

Cathleen Waters

Founder, New World Medium

Translator of French, Spanish, Italian, Portuguese and English

American Translator's Association Membership no. 257918