# EXHIBIT P

http://www.clarin.com/politica/estudio-uruguayo-clave-ruta-dinero_0_1182481755.html

Clarin.com  Politics    07/27/14

# A Uruguayan Law Firm Played a Key Role in the Route of the K Money

It is owned by the president of Peñarol [Soccer Club] in Montevideo. He had at least 10 shell companies set up in the US that were used by the Swiss company Helvetic, owner of "La Rosadita," used to move 50 million euros belonging to Lázaro Báez.

**PRINT EDITION**

**Daniel Santoro**

The Suspicious Activity Report on Seychelles, to which **Clarín** had exclusive access, also reveals that the request to create some of the 148 shell companies in Las Vegas, USA, managed by Aldyne, **came from the Uruguayan law firm JP Damiani & Asociados.**

In the "Suspicious Activity Report Form" (the English-language name of the report), the Seychelles representative of the Panamanian law firm Mossack Fonseca, Helen Ernesta, reports that her client is that Uruguayan law firm, **owned by Juan Pedro Damiani, president of the Peñarol [Soccer] Club in Uruguay.**

She then stated that the ultimate beneficiaries of Aldyne are Argentine stockbroker Jorge Antonio Galitis and an attorney whom **Clarín** cannot name due to a court injunction (see inset), as this newspaper revealed last Wednesday.

The Damiani law firm asked Mossack to create Huston, Eyden, Ivy Lane Group LLC, Abble Holding LLC, Nat Enterprises Ltd, Trenton Properties Ltd, Neymar Investments LLC, Fintech Holdings LLC, Essex Holdings Group LLC, Coreley Properties Inc LLC and Balmont Holdings Ltd., among others. All these shell companies were created **at the request of the Swiss company Helvetic Services Group, run by Italian-Argentine citizen Marcelo Néstor Ramos.** Helvetic is the current owner of the financial company "SGI," known as "La Rosadita" which, according to the first account given by its former owner, Federico Elaskar, was used to move 50 million euros out of the country that allegedly belonged to K businessman Lázaro Báez. Prosecutor José María Campagnoli, the first to investigate Báez, included the names of all those 148 companies in the Route of the K money.

Galitis denied being the ultimate beneficiary or owner of Aldyne, and sources close to the stockbroker admitted that **he is indeed "owner of Huston Management LTD."**

The sources stated, "**it is an error or a ploy** to have named Galitis as owner of Aldyne in that Seychelles report."

http://www.clarin.com/politica/estudio-uruguayo-clave-ruta-dinero_0_1182481755.html



**The web of businesses in the Báez case**

**❶** The Swiss company Helvetic asked the Uruguayan law firm Damiani & Assoc. to create over 10 shell companies.

Helvetic owns the finance company "SGI," "La Rosadita," used to move €50 million attributed to Lázaro Báez out of the country.

**❷** The Panamian law firm Mossack Fonseca took the order from Damiani and created those companies for Helvetic Services Group.

**❸** The law firm named Aldyne Ltd., headquartered in Seychelles, a tax haven, as administrator of those 10 companies and another 138.

Runs
148 companies

**❹** The 148 companies were registered in Las Vegas, Nevada, USA.

**❺** Two of those companies, Eyden and Huston Management, opened branches in Argentina and were registered by Helvetic.

Both then made suspicious and multi-million-peso investments in real estate.

HELVETIC
Servico Group

DAMIANI
Damiani
& Asociados

MOSSACK
FONSECA

ALDYNE
Ltd

Eyden

Huston
Managment

Eyden
Argentine
branch

Huston
Managment
Argentine
branch

Switzerland

Uruguay

Panamá

Seychelles

Las Vegas

Argentina

2

http://www.clarin.com/politica/estudio-uruguayo-clave-ruta-dinero_0_1182481755.html

The stockbroker "purchased Huston in order to **acquire an apartment in Puerto Madero**." Huston's shares were attached by Judge Gabriela Lanz of the criminal court of ordinary jurisdiction at the request of Campagnoli, but that case was subsequently merged in the one under investigation by federal judge Sebastián Casanello. Eyden also purchased apartments in the newest neighborhood of Buenos Aires. Casanello must determine whether these companies were used along the Route of the K money or as part of tax evasion ploys.

Sources at the Damiani law firm consulted by **Clarín** also claimed that "it is erroneous [to state] that Galitis" and the attorney who cannot be named are the owners of Aldyne, even though all their identifying information appears in the report. According to these sources, **Aldyne "is owned by the Panamanian [company] Mossack Fonseca"** in order to run the 148 companies set up in Las Vegas.

Eight Panamanians, including Leticia Montoya, are named in the Seychelles report, but as directors and assistants, not as "beneficial owners," a position attributed to Galitis and the attorney. The members of Aldyne include the **Apsley Foundation**, another mystery in this web of companies that has Helvetic as a common focus.

3

http://www.clarin.com/politica/estudio-uruguayo-clave-ruta-dinero_0_1182481755.html

**Clarin.com** Política 27/07/14

# Un estudio uruguayo tuvo un rol clave en la ruta del dinero K

Es propiedad del presidente de Peñarol de Montevideo. Mandó crear al menos 10 empresas fantasma en EE.UU. que usó la suiza Helvetic, dueña de "La Rosadita", utilizada para sacar 50 millones de euros de Lázaro Báez.

**EDICIÓN IMPRESA**

**Daniel Santoro**

El Reporte de Operaciones financieras Sospechosas de las islas Seychelles, al que accedió **Clarín** en exclusiva, también revela que el pedido de creación de parte de las 148 empresas fantasma de Las Vegas, EE.UU., que administra Aldyne, **partió del estudio uruguayo JP Damiani & Asociados**.

En el "suspicuous activity report form" (el nombre en inglés del reporte) la representante del estudio panameño Mossack Fonseca, Helen Ernesta, en Seychelles informa que su cliente es ese estudio uruguayo,**propiedad del presidente del club Peñarol de Uruguay, Juan Pedro Damiani**.

Luego afirma que los beneficiarios finales de Aldyne son el corredor de Bolsa argentino Jorge Antonio Galitis y un abogado que **Clarín** no puede nombrar por una medida cautelar de la Justicia (Ver aparte), tal como reveló este diario el miércoles.

El estudio Damiani pidió a Mossack la creación de Huston, Eyden, Ivy Lane Group LLC, Abble Holding LLC, Nat Enterprises Ltd, Trenton Properties Ltd, Neymar Investments LLC, Fintech Holdings LLC, Essex Holdings Group LLC, Coreley Properties Inc LLC y Balmont Holdings Ltd., entre otras. Todas estas firmas de pantalla fueron creadas **a pedido de la empresa suiza Helvetic Services Group que dirige el italoargentino Marcelo Néstor Ramos**. Helvetic es la actual dueña de la financiera "SGI" conocida como "La Rosadita" que según la primera versión de su ex dueño, Federico Elaskar, se usó para sacar del país 50 millones de euros que habrían pertenecido al empresario K Lázaro Báez. El fiscal José María Campagnoli, el primero que investigó a Báez, incluyó a la totalidad de esas 148 empresas en la ruta del dinero K.

Galitis negó ser el beneficiario final o dueño de Aldyne y fuentes allegadas al operador de Bolsa admitieron que **sí es "dueño de Huston Management LTD"**.

Las fuentes afirmaron que " **es un error o una maniobra** que Galitis haya sido nombrado como dueño de Aldyne en ese reporte de Seychelles".

http://www.clarin.com/politica/estudio-uruguayo-clave-ruta-dinero_0_1182481755.html



El corredor de Bolsa "compró Huston para **adquirir un departamento en Puerto Madero** ". Las acciones de Huston estaban embargadas por la jueza del fuero penal

2

http://www.clarin.com/politica/estudio-uruguayo-clave-ruta-dinero_0_1182481755.html

ordinario Gabriela Lanz a pedido de Campagnoli, pero luego esta causa se sumó a la que investiga el juez federal Sebastián Casanello. Eyden, también compró departamentos en el barrio más nuevo de Buenos Aires. Casanello deberá determinar si estas firmas se usaron en la ruta del dinero K o en maniobras de evasión impositiva.

Fuentes del estudio Damiani consultadas por **Clarín** afirmaron también que "es un error que Galitis" y el abogado que no se puede nombrar sean los dueños de Aldyne, pese a que todos sus datos personales estén en el reporte. Para estas fuentes **Aldyne "es propiedad de la panameña Mossack Fonseca"** para administrar las 148 firmas armadas en Las Vegas.

En el reporte de Seychells se nombra a 8 panameños, entre ellos Leticia Montoya, pero como directores y asistentes no como "beneficial owners", cargo que atribuye a Galitis y el abogado. Entre los miembros de Aldyne se incluye a **Apsley Foundation**, otro misterio, de esta telaraña de empresas que tienen a Helvetic, como punto en común.

3



new world medium

October 2, 2014

I hereby certify that I am a professional translator, that I abide by the Code of Ethics and Professional Practice of the *American Translators Association*, that I am fluent in Spanish and English, that I have employed a team of professional translators, and that we have translated, to the best of our knowledge, the attached document entitled

**New Article**

From Spanish into English

Signed,

Cathleen Waters

Founder, New World Medium

Translator of French, Spanish, Italian, Portuguese and English

American Translator's Association Membership no. 257918