# EXHIBIT R

# EXHIBIT B

**MF CORPORATE SERVICES (NEVADA) LIMITED**

www.mfcorpserv.com

July 2, 2007

**Estudio CR. Damiani y Asociados**
Reconquista 517, piso 7 y 8
11.000 Montevideo
Uruguay

Dear Ms. Sánchez:

Please find enclosed a set of collateral assignment loan agreements dated April 13, 2007, May 10, 2007, May 30 and June 8, 2007. One copy of each contract has been authenticated by an apostille, as per your instructions relating to VAL DE LOIRE LLC, case 1454045.

Please acknowledge receipt. Thank you for your business, and we hope to assist you again with any of your corporate requirements.

[signature]
PATRICIA AMUNATEGUI

Manager, Nevada Office

## MF CORPORATE SERVICES (NEVADA) LIMITED

www.mfcorpserv.com

July 14, 2009

**Estudio CR. Damiani y Asociados**
Reconquista 517, piso 7 y 8
11.000 Montevideo
Uruguay

Dear Ms. Sánchez:

Please find enclosed a duly signed contract (bid to execute a loan) in two duly signed copies relating to VAL DE LOIRE LLC. One copy has been authenticated with an apostille,

as per your instructions in case #1673734.

Please acknowledge receipt. Thank you for your business, and we hope to assist you again with any of your corporate requirements.

Please accept our best wishes.

                                 [signature]
                                 PATRICIA AMUNATEGUI

                                 Manager, Nevada Office

520 S. 7th Street, Suite C – Las Vegas, NV 89101 * T (702) 868-7779 / 868-7787 * F (702) 868-7787 * E. Nevada@mfcorpserv.com
CONFIDENTIAL

TRANSLATION MFCS000134

**MF CORPORATE SERVICES (NEVADA) LIMITED**

www.mfcorpserv.com

July 28, 2009

**Estudio CR. Damiani y Asociados**
Reconquista 517, piso 7 y 8
11.000 Montevideo
Uruguay

Dear Ms. Sánchez:

Please find enclosed a duly signed contract (bid to execute a loan) in two duly signed copies relating to VAL DE LOIRE LLC. One copy has been authenticated by an apostille,

as per your instructions in case #1677920.

Please acknowledge receipt. Thank you for your business, and we hope to assist you again with any of your corporate requirements.

Please accept our best wishes.

[signature]
PATRICIA AMUNATEGUI

Manager, Nevada Office

# CORPORATE SERVICES (NEVADA) LIMITED

www.mfcorpserv.com

Julio 2 2007

**Estudio CR. Damiani y Asociados**
Reconquista 517, piso 7 y 8
11.000 Montevideo
Uruguay

Estimada Lic. Sánchez:

Me es muy grato adjuntarle set de contratos Mutuos de Cesión en Garantía: Abril 13 2007, Mayo 10 2007, Mayo 30 y Junio 8 2007, firmados y legalizados por apostilla uno de cada cuatro contratos según sus instrucciones correspondiente a VALDELOIRE LLC según el caso 1454045

Agradecemos confirmar recibo y su preferencia esperamos volver a atender cualquiera de sus necesidades corporativas.



Patricia Amunategui
Manager Nevada Office

# CORPORATE SERVICES (NEVADA) LIMITED

www.mfcorpserv.com

Julio 14 de 2009

Estudio CR. Damiani y Asociados
Reconquista 517, piso 7 y 8
11.000 Montevideo
Uruguay

Estimada Lic. Sánchez:

Me es muy grato adjuntarle contrato (oferta para realización de mutuo) en dos ejemplares debidamente firmados uno legalizados por apostilla relacionados con VAL DE LOIRE LLC

Según sus instrucciones en el caso #1673734

Agradecemos confirmar recibo y su preferencia esperamos volver a atender cualquiera de sus necesidades corporativas

Aprovechamos de saludarle muy atentamente

Patricia Arqunategui
Manager Nevada Office

CONFIDENTIAL MFCS000134

# MF CORPORATE SERVICES (NEVADA) LIMITED

www.mfcorpserv.com

Julio 28 de 2009

Estudio CR. Damiani y Asociados
Reconquista 517, piso 7 y 8
11.000 Montevideo
Uruguay

Estimada Lic. Sánchez:

Me es muy grato adjuntarle contrato (oferta para realización de mutuo) en dos ejemplares debidamente firmados uno legalizados por apostilla relacionados con VAL DE LOIRE LLC

Según sus instrucciones en el caso #1677920

Agradecemos confirmar recibo y su preferencia esperamos volver a atender cualquiera de sus necesidades corporativas

Aprovechamos de saludarle muy atentamente

Patricia Annunategui
Manager Nevada Office



new world medium

November 14, 2014

I hereby certify that I am a professional translator, that I abide by the Code of Ethics and Professional Practice of the *American Translators Association*, that I am fluent in Spanish and English, that I have employed a team of professional translators, and that we have translated, to the best of our knowledge, the attached document entitled

**Correspondence**

From Spanish into English

Signed,

Cathleen Waters

Founder, New World Medium

Translator of French, Spanish, Italian, Portuguese and English

American Translator's Association Membership no. 257918