# EXHIBIT Y

11/13/2014 PANDATA

## Search

example: company name, LLC

Search

Clear Filters

# WARD FORD Y CIA. S.A. Y WARD FORD & CO.INC. record no: 135038

Active

Duration: PERPETUAL   Registry 1984-08-01

Capital:

**10,000.00 USD**

Representative:

THE PRESIDENT OR VICE-PRESIDENT OR THE SECRETARY, EQUALLY

**Agent:** RAMON FONSECA MORA

**Notary:**

## Associated Persons

| Person | Role |
| --- | --- |
| RAMON FONSECA MORA (/personas/98708) | ["PRESIDENT"] |
| LETICIA MONTOYA MORAN (personas/98709) | ["SHAREHOLDERS"] |

11/13/2014 PANDATA

| | |
|---|---|
| ALFREDO FONSECA ZAMORA (/personas/101998) | ["SHAREHOLDERS"] |
| EDMUND JAMES EDWICK WARD FORD (/personas/105592) | ["DIRECTORS"] |
| ELIZABETH WARD DE FONSECA (/personas/264639) | ["DIRECTORS"] |
| RAMON DE FONSECA MORA 4) EDWICK WARD FORD (personas/267847) | ["DIRECTORS"] |

Back

Terms and Conditions of Use (/terms and conditions)

11/13/2014 PANADATA

# Busqueda

ejemplo: empresa SA

Buscar

Limpiar Filtros

# WARD FORD Y CIA. S.A. Y WARD FORD & CO.INC. ficha: 135038

Vigente

Duracion PERPETUA | Registro 1984-08-01

## Capital:

**10000.0 DOLARES AMERICANOS.**

## Representante:

EL PRESIDENTE O EL VICE-PRESIDENTE O EL SECRETARIO INDISTINTAMENTE.

**Agente:** RAMON FONSECA MORA

**Notaria:**

## Personas Asociadas

| Persona | Rol |
| --- | --- |
| RAMON FONSECA MORA (/personas/98708) | ["PRESIDENTE"] |
| LETICIA MONTOYA MORAN (/personas/98709) | ["SUBSCRIPTORES"] |

| | |
|---|---|
| ALFREDO FONSECA ZAMORA (/personas/101998) | ["SUBSCRIPTORES"] |
| EDMUND JAMES EDWICK WARD FORD (/personas/105592) | ["DIRECTORES"] |
| ELIZABETH WARD DE FONSECA (/personas/264639) | ["DIRECTORES"] |
| RAMON FONSECA MORA 4)EDWICK WARD FORD (/personas/267847) | ["DIRECTORES"] |

Retroceder

Términos y Condiciones de Uso (/terminos-y-condiciones)



November 13, 2014

I hereby certify that I am a professional translator, that I abide by the Code of Ethics and Professional Practice of the *American Translators Association*, that I am fluent in Spanish and English, that I have employed a team of professional translators, and that we have translated, to the best of our knowledge, the attached document entitled

**Company Registration**

From Spanish into English

Signed,

Cathleen Waters

Founder, New World Medium

Translator of French, Spanish, Italian, Portuguese and English

American Translator's Association Membership no. 257918

# Start searching historical newspapers free

Big changes have come to Genealogy.com — all content is now read-only, and member subscriptions and the Shop have been discontinued.

Learn more

Home Page |Surname List |Index of Individuals |InterneTree |Sources

## Ramón Enrique Fonseca Mora

**Ramón Enrique Fonseca Mora** (son of *Alfredo Fonseca Mora* and *María Eugenia Mora Prieto*). He married (1) **Elizabeth Suzanne Ward Neiman**. He married (2) **Isabel Morales Gerbaud**.

More About **Ramón Enrique Fonseca Mora** and **Elizabeth Suzanne Ward Neiman**:
Private-Begin: Private

More About **Ramón Enrique Fonseca Mora** and **Isabel Morales Gerbaud**:
Private-Begin: Private

Children of **Ramón Enrique Fonseca Mora** and **Elizabeth Suzanne Ward Neiman** are:

  i. **Susana Catalina I. Fonseca Ward**.
 ii. **Eduardo Ramón A. Fonseca Ward**.
iii. **Gabriel Enrique A. Fonseca Ward**.
 iv. **Raquel Marie A. Fonseca Ward**.

Children of **Ramón Enrique Fonseca Mora** and **Isabel Morales Gerbaud** are:

  i. **Victoria Fonseca Morales**.
 ii. **Isabel Fonseca Morales**.



Home | Help | About Us | Biography.com | HistoryChannel.com | Site Index | Terms of Service | PRIVACY
© 2009 Ancestry.com

# Search Documents For Free:

*s1.17s*

Big changes have come to Genealogy.com — all content is now read-only, and member subscriptions and the Shop have been discontinued.

Learn more

Home Page |Surname List |Index of Individuals |InterneTree |Sources

## Eduardo Ramón A. Fonseca Ward

Eduardo Ramón A. Fonseca Ward (son of *Ramón Enrique Fonseca Mora* and *Elizabeth Suzanne Ward Neiman*).



Created with Family Tree Maker — find out how!

Home | Help | About Us | Biography.com | HistoryChannel.com | Site Index | Terms of Service | PRIVACY
© 2009 Ancestry.com