# EXHIBIT Z

Case 2:14-cv-00492-RFB-VCF   Document 123-29   Filed 04/24/15   Page 2 of 6

http://www.perfil.com/politica/El-hijo-del-socio-de-Cristobal-Lopez-es-una-joven-promesa-K-20110819-0024.html

Perfil.com > Politics

# Son of partner of Cristóbal López is "rising star" of the Kirchner party

Federico de Achával (Jr.) is 30 and appears on the list of councilors for Pilar. Family business.

**Por Ramón Indart** (*) | 08/20/2011 | 12:00 PM

In politics, power relationships open doors. Of this fact Federico de Achával (30), newly minted candidate for councilor for Pilar who has been listed on the Kirchner ticket put forward by the mayor, Húmberto Zúccaro, couldn't fail to be aware. This young man **is the son of Federico de Achával, partner of the nation's most prominent gaming entrepreneur, Cristóbal López**. He has now decided to go into politics and appears fourth on the list.

Rumor has it that the relationship between Achával Sr. and Mayor Zúccaro was actually forged at gambling venues. Both enjoy gaming and the discussion began at the La Plata racetrack. It was there **that the entrepreneur, who is a partner of López, asked him to get his son into Pilar politics**.



But Achával Jr. rejects the claim and alludes to his track record. He is an attorney, worked as an advisor in the national Chamber of Deputies with former Kirchner-supporting deputy Ramón Ruiz until, as he himself relates, "two years ago I decided on a change and approached Zúccaro." During that meeting the attorney outlined his career aspirations to him: "I asked nothing of him in return, only that he let me work and collaborate with him," he explained to this outlet.

**Perfil.com: Why did you choose Pilar?**

De Achával: I was attracted by my social conscience, to change the world around us. Politics is an excellent tool. My parents have had a house in Alberti (a neighborhood of Pilar) since '85, and I played for the Alumni rugby club, so I know Pilar. After entering politics, Zúccaro began introducing me to the different departments.

http://www.perfil.com/politica/El-hijo-del-socio-de-Cristobal-Lopez-es-una-joven-promesa-K-20110819-0024.html

— **Did you already belong to the Juventud Peronista [Peronist Youth Movement]?**

— During that process he (i.e. Zúccaro) introduced me to the JP representatives in Pilar.

— **How influential was the mayor's relationship with your father?**

— It's an advantage, but it also becomes a responsibility for me. There could be an interest in selecting me for what I represent.

— **Have you noticed this?**

— I live with it. I don't deny it. My father can open doors for me but after that it all depends on me.

— **So your inclusion on the listing has nothing to do with your father's relationship with Zúccaro?**

— The mayor can't just do what he likes.

— **Mightn't there be a conflict of interest?**

— I don't think so, I'll be as objective as I can be.

— **Do you know Cristóbal López?**

— I've met him a couple of times, on matters to do with my father, but not to do with politics.

(*) **Perfil.com** staff.



April 22, 2015

I hereby certify that I am a professional translator, that I abide by the Code of Ethics and Professional Practice of the *American Translators Association*, that I am fluent in Spanish and English, that I have employed a team of professional translators, and that we have translated, to the best of our knowledge, the attached document entitled

**News Article**

From Spanish into English

Signed,

Cathleen Waters

Founder, New World Medium

Translator of French, Spanish, Italian, Portuguese and English

American Translator's Association Membership no. 257918

Case 2:14-cv-00492-RFB-VCF   Document 123-29   Filed 04/24/15   Page 5 of 6

http://www.perfil.com/politica/El-hijo-del-socio-de-Cristobal-Lopez-es-una-joven-promesa-K-20110819-0024.html

Perfil.com > Politics

# El hijo del socio de Cristóbal López es una "joven promesa" K

Federico de Achával (h) tiene 30 años y va en la lista de concejales en Pilar. **Los negocios familiares.**

**Por Ramón Indart** (*) | 20/08/2011 | 12:00

Las relaciones de poder en la política abren puertas. Eso sin dudas lo sabe Federico De Achával (30) flamante candidato a concejal por el kirchnerismo de Pilar, en la lista que acompaña al intendente, Húmberto Zúccaro. El joven **es el hijo de Federico De Achával, socio del empresario de juego más grande del país, Cristóbal López.** Ahora decidió meterse en política y se ubicó 4to en la lista.

El rumor dice que la relación entre Achával padre y el intendente Zúccaro se dio, precisamente en lugares de apuestas. A los dos les gusta el juego y el diálogo habría comenzado en el hipódromo de La Plata. Allí **el empresario socio de López le habría pedido que meta a su hijo en la política pilarense.**



Pero el jóven Achával se defiende y da a conocer su historial. Es abogado, trabajó de asesor en la Cámara de Diputados nacional con el ex diputado K Ramón Ruiz y, según cuenta él mismo, "hace dos años decidí cambiar y me acerqué a Zúccaro". En ese encuentro el abogado le mostró sus intenciones de trabajo "y no le pedí nada a cambio, simplemente que me deje trabajar y participar con él", explica a este portal.

**Perfil.com**- **¿Porqué eligió Pilar?**

**De Achával:** Me acerqué por vocación social, para cambiar el entorno que nos rodea. La política es una excelente herramienta. Mis padres tienen casa desde el '85 en Alberti (localidad de Pilar), yo mismo jugué en el lcub de rugby Alumni, así que conozco Pilar. Luego de entrar en la política, Zúccaro me fue presentado a los distintos sectores.

http://www.perfil.com/politica/El-hijo-del-socio-de-Cristobal-Lopez-es-una-joven-promesa-K-20110819-0024.html

**- ¿Ya pertenecía a la Juventud Peronista?**

- En ese proceso él (por Zúccaro) me acercó a los referentes de la JP en Pilar.

**- ¿Cuanto influyó la relación del intendente con su padre?**

- Es una ventaja, pero tambien se transforma en una responsabilidad para mí. Pueden tener interés en captarme por lo que represento.

**- ¿Se dio cuenta?**

- Yo convivo con eso. No lo voy a negar. Mi padre me puede abrir las puertas pero después depende de mí.

**- ¿Su ingreso en la lista no tiene que ver la relación de tu padre con Zúccaro?**

- El intendente no se puede jugar por algo así nomás.

**- ¿No puede haber un choque de intereses?**

- No creo, seré lo mas objetivo posible.

**- ¿Conoce a Cristóbal López?**

- Lo vi en pocas oportunidades. por temas de mi padre pero no de politica.

(*) De la redacción de **Perfil.com.**