# EXHIBIT AA

| | |
|---|---|
| **From:** | OGorman, Debra |
| **Sent:** | Monday, March 09, 2015 7:05 PM |
| **To:** | 'jwiley@klnevada.com' |
| **Cc:** | Hranitzky, Dennis |
| **Subject:** | Maggio Deposition? |

Jason,

I understand that Dennis suggested you consult with your client before you give a final answer about taking Mr. Maggio's deposition tomorrow.   So that we can make appropriate logistical arrangements for the deposition,  as well as travel arrangements, please let us know by 6 pm tonight whether you would like to go forward with the deposition tomorrow.   My cell is 516 384-6888.


Thank you,


**Debra D. O'Gorman**
**Counsel**

**Dechert LLP**
1095 Avenue of the Americas
New York, NY 10036
+1 212-698-3593 Direct
debra.ogorman@dechert.com
dechert.com