# EXHIBIT D

# Tracing the Riches of Former Dictator Gaddafi in Panama



**Middle East, Panama**
*Panamanian figures have joined the worldwide investigation to locate the resources that Muammar el-Gaddafi apparently tried to conceal and that may amount to US$150 billion.*
The Panamanian firm Mossack Fonseca & Co. is said to have assisted in concealing the former Libyan leader's funds.

- Wed, 11/21/2012 - 5:03 pm

Former Libyan dictator Muammar el-Gaddafi apparently used connections in the United States, France, Switzerland, Ukraine and other African countries to conceal his ill-gotten wealth, which may amount to some US$ 150 billion, according to unofficial calculations.

Panamanian figures have also joined the worldwide investigation to locate the resources that Gaddafi and his associates apparently tried to conceal during the 42 years of the dictatorship in Libya.

The Libyan Asset Trading Committee [sic]*, created by the new government of that country to investigate and obtain the return of assets belonging to the Libyan people and represented by Ann Marlowe, has its eye on Panama.

This began after finding the first clues that a law firm based in Panama helped conceal these funds by using corporations registered in the British Virgin Islands (BVI), reports the newspaper Panama America.

Last October, the Libyan Asset Recovery Committee* sent a written request to the Office of the Attorney General of Panama for judicial assistance in locating part of the funds that Gaddafi misappropriated outside his country.

---

* [Translator Note: The first such committee was called the Asset Recovery Committee in English, and was later replaced by the Tracing and Assets Recovery Support Bureau. This article cites variations similar to both names; discrepancies may be due to translations from Arabic to Spanish and English.]

That committee claims it has evidence that the subsidiary of the Panamanian firm Mossack Fonseca & Co. help conceal Gaddafi's ill-gotten gains. Thus, the committee sent a written request to the Office of the Public Prosecutor to launch an investigation.

The complaint mentions key political figures in Panama and reveals the way in which former Gaddafi associates allegedly went about concealing some of his wealth.

"On behalf of the Committee to Trace Libyan Government Assets*, for which I hold a power of attorney, I respectfully request that Mossack Fonseca & Co. be required to reveal the beneficiary owners of the following BVI companies: Regency Belle Corporation, Moon Silk Ltd., Wildwood Traders Ltd., Seafire Systems Ltd., Moon Star Technology Ltd., Pacific Mist Ltd., HC Nominees (BVL) Ltd. and Albion International Group," reads the request made by Marlowe.

The brief maintains that the Mossack Fonseca & Co. office in BVI created these seven corporations that allegedly, according to the complaint, allowed six Maltese companies to launder funds belonging to the Libyan people, funds that were allegedly embezzled by an official of the Gaddafi regime, Ali Ibrahim Dabaiba, former head of the Office for the Development of Administrative Centers (ODAC).

Between December 21, 2011 and February 8, 2012, the six Maltese companies, including HC Nominees, Evergreen Consulting Limitada, EMD Trust Services, and others, transferred their shares to the seven companies created by Mossack Fonseca & Co. in BVI, states the complaint.

Marlowe also asked the Panamanian public prosecutor to initiate a local investigation. "I respectfully request that Mossack Fonseca & Co. be investigated for its alleged role in helping conceal assets stolen from Libya," stated the representative of the Committee to Trace Libyan Assets*.

Mossack Fonseca & Co. has a presence in 44 cities throughout the world. One of its three managing partners, Ramón Fonseca Mora, is an attorney who is directly involved in Panamanian politics. Fonseca Mora is currently second vice president of the *Partido Panameñista* [Panamanianist Party] and one of the most influential individuals inside the circle surrounding Juan Carlos Varela, presidential candidate hopeful for 2014.

The executive president of his law firm, Rubén Hernández, said: "At this time we can only state that we have no knowledge of the existence of any investigation of the kind you say, but in the event we receive any requirement through official channels we will cooperate with the authorities in the same way we have always done," stated Hernández.

However, Hernández did not clarify whether they are still agents of the seven BVI companies linked to Gaddafi's associate.



September 11, 2014

I hereby certify that I am a professional translator, that I abide by the Code of Ethics and Professional Practice of the *American Translators Association*, that I am fluent in Spanish and English, that I have employed a team of professional translators, and that we have translated, to the best of our knowledge, the attached document entitled

**News Article**

From Spanish into English

Signed,

Cathleen Waters

Founder, New World Medium

Translator of French, Spanish, Italian, Portuguese and English

American Translator's Association Membership no. 257918