# EXHIBIT I

# GO BACK TO GET AHEAD

**PATRICIA AMUNATEGUI**
UNLV Paralegal Program Graduate

"I emigrated from Chile to Las Vegas for the second time in 1998 where I began working as a cocktail waitress at a successful casino on the Las Vegas Strip. After several years, I felt there had to be something out there that would be more satisfying. As a single mother, my schedule was inflexible and didn't allow me to pursue a degree. Finally, I decided to give myself a chance and I enrolled in UNLV's Paralegal Program.

Not only was I working full time, but my English was not the best, making it extremely difficult to complete the lessons. Somehow, I persevered and was able to successfully complete my Paralegal degree in 2000. Immediately following, I landed a great job as the Vice President of the Nevada office of Mossack Fonseca, an international law firm specializing in international trusts and corporate services with 44 offices worldwide.

It has been 10 years since completing the Paralegal Program at UNLV and every day I am thankful that I was able to begin a rewarding and challenging professional career. Until then, I never believed I could have a job where I would have so many opportunities to grow professionally and even travel





Plaintiff EXHIBIT 2
WITNESS Patricia Amunategui
DATE September 11, 2014
Ellen A. Goldstein, CCR 829