# EXHIBIT J

Print                                                                                                          Close

# FW: Instruction Dissolution Magravia

From: **Patricia Amunategui** (electricbeach29@hotmail.com)
Sent: Fri 1/17/14 9:26 AM
To:   Nevada office mf. (nevada@mfcorpserv.com)


See message below for your reference and keep me inform

From: Pamunategui@mfcorpserv.com
To: Nevada@mfcorpserv.com; electricbeach29@hotmail.com
Subject: Instruction Dissolution Magravia
Date: Thu, 16 Jan 2014 19:42:47 -0800


Dear Manuella and Jolene

Please print the document attached in MAGROVIA CASE, see instruction below

"16-01-2014 04:51:08 PM ( PMA TIME )    SUZY RAMOS - Other internal documents - Estimada Patricia, Adjunto documento firmado por Leticia Montoya en representación de FERGUS INTERNATIONAL, S.A. Por favor proceder con la disolución. Saludos, (This comment was sent by e-mail to nevada@mfcorpserv.com). SEE ATTACHMENT"

If the document is clear and legible please scan it in the Kiosera Scann

Go to inbox for Microsoft Outlook, click in draft – click in draft SOS NV , find the temple for Dissolution

Copy paste, go back to new message paste and accommodate the message for MAGROBIA  with the entity number , attached the Articles of Dissolution duly signed

When your message is ready send it to me to review, after my approval we will proceed at the secretary of State

Thanks you



**Patricia Amunategui**
Head of Nevada Office

PlainTiff EXHIBIT 3
WITNESS Patricia Amunategui
DATE September 11, 2014
Ellen A. Goldstein, CCR 829