# EXHIBIT L

12/11/2014                              PANDATA

## Search

example:  company name, LLC

Search

Clear Filters

# TORNBELL ASSOCIATES INC.

record no: 396154

ACTIVE

Duration:  PERPETUAL     Registry 2001-03-02          PANAMA

## Capital:

**10,000.00 USD**

THE COMPANY'S CAPITAL IS TEN THOUSAND DOLLARS, DIVIDED INTO ONE HUNDRED SHARES, WHICH MAY BE REGISTERED OR BEARER SHARES, OF A NOMINAL VALUE OF ONE HUNDRED DOLLARS EACH.

## Representative:

THE PRESIDENT.  IN HIS ABSENCE, THE TREASURER OR SECRETARY MAY ALSO EXERCISE THE POWERS OF THE PRESIDENT, OR WHICHEVER PERSON NAMED BY THE BOARD OF DIRECTORS FOR THIS PURPOSE.

**Agent:**  MOSSACK FONSECA & CO.

**Notary:**  NOTARY OF THE EIGHTH CIRCUIT

11/13/2014                                                    PANDATA

# Associated Persons

| Person | Role |
|---|---|
| LETICIA MONTOYA (/personas/58599) | ["DIRECTORS"] |
| FRANCIS PEREZ (/personas/58603) | ["DIRECTORS"] |
| MARTA EDGEHILL (/personas/96817) | ["DIRECTORS"] |
| KATIA SOLANO (/personas/96818) | ["DIRECTORS"] |
| VIANCA SCOTT (/personas/96819) | ["DIRECTORS"] |
| WINSLEY INC. (/personas/518557) | ["SHAREHOLDERS"] |
| DULCAN INC. (/personas/518558) | ["SHAREHOLDERS"] |

Back

Terms and Conditions of Use (/terms and conditions)