# EXHIBIT N

# The Directors of Tornbell Are Affiliated With Mossack Fonseca

- **Tornbell Associates Inc. has 5 individual directors, all of whom are employed by Mossack Fonseca.**
  (http://www.panadata.net/sociedades/474544)

- **Katia Solano:** Actively promotes herself as "Human Resources Director, Mossack Fonseca & Co." on LinkedIn.
  (https://www.linkedin.com/profile/view?id=80917563)

- **Marta Edghill & Vianca Scott:** Both described as "employed by the Law Firm of Mossack Fonseca & Co." in SEC filings.
  (http://www.sec.gov/Archives/edgar/data/933955/000114420405003651/v012382.txt)

- **Leticia Montoya:** "Montoya is [] employed by Mossack & Fonseca."
  (*NML v. The Republic of Argentina*, 2014 WL 3898021, at *5 (D. Nev. Aug. 11, 2014))

- **Francis Perez:** Serves as Director of Mossack & Fonseca Partners Corp. in Panama.
  (https://opencorporates.com/companies/pa/329650)

62