# EXHIBIT P







## Similar Businesses Nearby

| ENERGY IN... | ASTROWR... | BIOLOGIC... | RHS CONS... |
|---|---|---|---|
| 8515 EDNA AV... Las Vegas, NV 8... | 6440 Skypoi... Las Vegas, NV 8... | 5855 PEARL... Las Vegas, NV 8... | 70 HARDY DR SPARKS, NV 89... |

## Competitive Landscape

**29%** MORE REVENUE

**2** MORE EMPLOYEES — Same as Average

**6** MORE YEARS IN BUSINESS

NUMBER OF LOCATIONS

| Payments Accepted | Hours | |
|---|---|---|
| NO DATA | Sunday | -- |
| | Monday | -- |
| | Tuesday | -- |
| | Wednesday | -- |
| | Thursday | -- |
| | Friday | -- |
| | Saturday | -- |


CHAT WITH US LIVE!



Call **1.800.280.0780** to speak with a Credit Advisor Today!

**Customer Resources**

Products
Education Center
Glossary
Contact Us
Customer Support
Communication Preferences

**Our Company**

About Us
Company History
Business Credit History
Careers
Press Releases
News
Success Stories

**Our Network**

Partners
Affiliates
Blog
Access to Capital
Entrepreneurial Initiative
D&B International
Credibility LIVE

**Site Links**

Business Directory
Site Map
Privacy Policy
Terms of Service

© Dun & Bradstreet Credibility Corp. 2015

  

CHAT WITH US LIVE!