```
 1  CARMINE D. BOCCUZZI
    CLEARY GOTTLIEB STEEN & HAMILTON LLP
 2  One Liberty Plaza
    New York, NY 10006
 3  Telephone: (212) 225-2000
    Facsimile: (212) 225-3999
 4  E-mail: cboccuzzi@cgsh.com
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
 9                   DISTRICT OF NEVADA
10
11  NML CAPITAL, LTD.,        Case Nos. 2:14-cv-00492-RFB-VCF
12            Plaintiff,                2:14-cv-01573-RFB-VCF
                                        2:14-ms-00024
13     vs.
                              Judge: Richard F. Boulware, II
14  REPUBLIC OF ARGENTINA,
                              Magistrate Judge: Cam Ferenbach
15            Defendant.
                              MOTION TO BE REMOVED
16                            FROM THE DOCKETS AS
                              COUNSEL OF RECORD
17
```

[FILED stamp: APR - 2 2015, CLERK US DISTRICT COURT, DISTRICT OF NEVADA]

Based on the attached Declaration of Carmine D. Boccuzzi, Carmine D. Boccuzzi respectfully makes this motion to be removed from the dockets of these proceedings as counsel of record. Movant also respectfully request that he not be deemed in violation of Local Rule IA 10-2 and Special Order 109, and accordingly that he be excused from taking the steps necessary to be admitted to practice in this

case, including the submission of a Verified Petition and registration for CM/ECF by completing an Attorney Registration Form.

Dated: April 1, 2015

CLEARY GOTTLIEB STEEN & HAMILTON LLP

_____
Carmine D. Boccuzzi

One Liberty Plaza
New York, New York 10006
(212) 225-2000

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: April 29, 2015

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA

NEW YORK, NY 10006-1470

(212) 225-2000

FACSIMILE (212) 225-3999

WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC • PARIS • BRUSSELS
LONDON • MOSCOW • FRANKFURT • COLOGNE
ROME • MILAN • HONG KONG • BEIJING

Writer's Direct Dial: (212) 225-2508
E-Mail: cboccuzzi@cgsh.com

MARK A. WALKER
LESLIE B. SAMUELS
EDWARD F. GREENE
ALLAN G. SPERLING
EVAN A. DAVIS
LAURENT ALPERT
VICTOR I. LEWKOW
LESLIE N. SILVERMAN
ROBERT L. TORTORIELLO
A. RICHARD SUSKO
LEE C. BUCHHEIT
JAMES M. PEASLEE
ALAN L. BELLER
THOMAS J. MOLONEY
WILLIAM F. GORIN
MICHAEL L. RYAN
ROBERT P. DAVIS
YARON Z. REICH
RICHARD S. LINCER
JAIME A. EL KOURY
STEVEN G. HOROWITZ
ANDREA G. PODOLSKY
JAMES A. DUNCAN
STEVEN M. LOEB
DANIEL S. STERNBERG
DONALD A. STERN
CRAIG B. BROD
SHELDON H. ALSTER
WANDA J. OLSON
MITCHELL A. LOWENTHAL
DEBORAH M. BUELL
EDWARD J. ROSEN
LAWRENCE B. FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
SETH GROSSHANDLER
WILLIAM A. GROLL
JANET L. FISHER

DAVID L. SUGERMAN
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
RAYMOND B. CHECK
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ERIKA W. NIJENHUIS
LINDSEE P. GRANFIELD
ANDRES DE LA CRUZ
DAVID C. LOPEZ
CARMEN A. CORRALES
JAMES L. BROMLEY
PAUL E. GLOTZER
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL J. VOLKOVITSCH
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
LEONARD C. JACOBY
SANDRA L. FLOW
DANA G. FLEISCHMAN
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
MARGARET S. PEPONIS

LISA M. SCHWEITZER
KRISTOFER W. HESS
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
MEREDITH E. KOTLER
CHANTAL E. KORDULA
BENET J. O'REILLY
DAVID AMAN
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
CHRISTOPHER P. MOORE
JOON H. KIM
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
RESIDENT PARTNERS

SANDRA M. ROCKS
ELLEN M. CREEDE
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
GABRIEL J. MESA
DAVID H. HERRINGTON
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
NANCY I. RUSKIN
WALLACE L. LARSON, JR.
JAMES D. SMALL
AVRAM E. LUFT
ELIZABETH LENAS
DANIEL ILAN
RESIDENT COUNSEL



April 1, 2015

**BY FEDEX**

The Honorable Lance S. Wilson, Clerk of the Court
U.S. District Court for the District of Nevada
333 Las Vegas Blvd. South, Room 1334
Las Vegas, Nevada 89101

Re:   *NML Capital, Ltd. v. Republic of Argentina*, 14 Civ. 492 (RFB); *NML Capital, Ltd. v. Republic of Argentina*, 14 Civ. 1573 (RFB); *NML Capital, Ltd. v. Republic of Argentina*, 14 Misc. 24 (RFB)

Dear Mr. Wilson:

Pursuant to the verbal instructions given by your office to Brendan Cyr, the Assistant Managing Attorney at my law firm, Cleary Gottlieb Steen & Hamilton LLP, I enclose one copy of the following documents in response to the Minute Order, dated March 18, 2015, of the Honorable Judge Richard F. Boulware, in *NML Capital, Ltd. v. Republic of Argentina*, 14 Civ. 492 (RFB) (ECF No. 103):

- Motion to be Removed From the Dockets as Counsel of Record, dated April 1, 2015;

- Declaration of Carmine D. Boccuzzi in Support of the Motion to be Removed From the Dockets as Counsel of Record, dated April 1, 2015; and,

- Certificate of Service of Brendan Cyr, dated April 1, 2015.

Hon. Lance S. Wilson, p. 2

        I submit these documents in hardcopy by mail because I am not a registered user of the U.S. District Court for the District of Nevada's ECF system. (I have not sought registration because, as explained in the above papers, I am not counsel of record in the above-listed matters.)

        Respectfully submitted,

Carmine D. Boccuzzi

Enclosures

cc: Counsel of Record

CARMINE D. BOCCUZZI
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
E-mail: cboccuzzi@cgsh.com

☑ FILED  ☐ RECEIVED
☐ ENTERED  ☐ SERVED ON
COUNSEL/PARTIES OF RECORD

APR - 2 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NML CAPITAL, LTD., | Case Nos. 2:14-cv-00492-RFB-VCF |
| Plaintiff, | 2:14-cv-01573-RFB-VCF |
| vs. | 2:14-ms-00024 |
| REPUBLIC OF ARGENTINA, | Judge: Richard F. Boulware, II |
| Defendant. | Magistrate Judge: Cam Ferenbach |
| | **DECLARATION OF CARMINE D. BOCCUZZI** |

Pursuant to 28 U.S.C. § 1746, Carmine D. Boccuzzi declares as follows:

1.      These proceedings concern discovery that plaintiff NML Capital, Ltd. ("NML") seeks from various third parties, and include NML's motion to compel the production of documents from third parties and a third party's motion to quash a subpoena served by NML.

2.      The Republic of Argentina (the "Republic") has not appeared in these proceedings. Accordingly, I have never been authorized to appear as counsel to the

1  Republic in these actions.

2

3  3.    It appears I was inadvertently listed as counsel of record because a letter that
4  plaintiffs sent to the Court, dated April 1, 2014, identified me as counsel of record
5  in a related action in the District Court for the Southern District of New York (the
6  "SDNY Action"). *See* Letter of Mr. Lenhard to District Court Clerk, dated April 1,
7  2014 [ECF No. 1:10].

8

9  3.    While it is true that I am counsel to the Republic in the SDNY Action, my
10 representation of the Republic does not extend to these proceedings, as the Republic
11 has not appeared in them. I have not filed a notice of appearance or otherwise acted
12 on behalf of the Republic in the matters pending before this Court.

13

14 4.    Accordingly, because I have never been counsel of record in these
15 proceedings, I respectfully request that the Court grant my motion to remove from
16 the dockets of these proceedings my designation as counsel of record. I also
17 respectfully request that I not be deemed in violation of Local Rule IA 10-2 and
18 Special Order 109, and accordingly that I be excused from taking the steps
19 necessary to be admitted to practice in this case, including the submission of a
20 Verified Petition and registration for CM/ECF by completing an Attorney
21 Registration Form.

22

23
   Dated:    April 1, 2015
24

25                                                  _____
26                                                        Carmine D. Boccuzzi

27

28

| | |
|---|---|
| 1 | CARMINE D. BOCCUZZI |
| 2 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza |
| 3 | New York, NY 10006<br>Telephone: (212) 225-2000 |
| 4 | Facsimile: (212) 225-3999<br>E-mail: cboccuzzi@cgsh.com |

FILED ___ ENTERED ___ RECEIVED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

APR - 2 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NML CAPITAL, LTD., | Case No. 2:14-cv-01573-RFB-VCF |
| Plaintiff, | Case No. 2:14-cv-00492-RFB-VCF |
| vs. | Case No. 2:14-ms-00024 |
| REPUBLIC OF ARGENTINA, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

I, Brendan Cyr, an attorney admitted to practice before the Courts of the State of New York, and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 1st day of April 2015, the Motion to Withdraw as Counsel of Record and the Declaration of Carmine D. Boccuzzi are being served by First Class Mail, upon:

> Nikki L. Baker
> Kirk B. Lenhard
> Emily A. Ellis
> Brownstein Hyatt Farber Schreck, LLP
> 100 North City Parkway, Suite 1600
> Las Vegas, NV 89106

        Aaron R. Maurice
        Jason M. Wiley
        Kolesar & Leatham
        400 South Rampart Boulevard, Suite 400
        Las Vegas, NV 89145

        Dennis H. Hranitzky
        Dechert LLP
        1095 Avenue of the Americas
        New York, NY 10036

        Marc J. Randazza
        Randazza Legal Group
        3625 South Town Center Drive, Suite 150
        Las Vegas, NV 89135

        Kent P. Woods
        Woods Erickson & Whitaker LLP
        1349 West Galleria Drive, Suite 200
        Henderson, NV 89014

        Frank M Flansburg, III
        Schwarts Flansburg PLLC
        6623 Las Vegas Boulevard
        Suite 300
        Las Vegas, NV 89119

        2. This service is being made by an assistant managing clerk of this firm under my general supervision.

Dated: New York, New York
       April 1, 2015

                                          _/s/ Brendan Cyr_
                                             Brendan Cyr

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

NML CAPITAL, LTD.,

    Plaintiff,

v.

REPUBLIC OF ARGENTINA,

    Defendant.

Case No. 2:14-cv-01573-RFB-VCF
Case No. 2:14-cv-00492-RFB-VCF
Case No. 2:14-ms-00024

## CERTIFICATE OF SERVICE

CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
BOROUGH OF MANHATTAN
NEW YORK, N.Y. 10006
(212) 225-2000

COPY RECEIVED

THIS _____ DAY OF _____ 20 _____

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470

TO:

VIA FEDEX

Hon. Lance S. Wilson, Clerk of the Court
United States District Court
District of Nevada
333 Las Vegas Blvd. South, Room 1334
Las Vegas, Nevada 89101