KIRK B. LENHARD, ESQ., Nevada Bar No. 1437
NIKKI L. BAKER, ESQ., Nevada Bar No. 6562
EMILY A. ELLIS, ESQ., Nevada Bar No. 11956
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
Email: klenhard@bhfs.com
Email: nbaker@bhfs.com

DENNIS H. HRANITZKY, ESQ. (admitted *pro hac*)
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036-6797
Telephone: 212.698.3500
Facsimile: 212.698.3599
Email: dennis.hranitzky@dechert.com

*Attorneys for Plaintiff NML Capital Ltd.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NML CAPITAL LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE REPUBLIC OF ARGENTINA, <br><br> Defendant. | CASE NO.: 2:14-cv-00492-RFB-VCF <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR NML TO FILE RESPONSE TO NON-PARTY VAL DE LOIRE, LLC'S MOTION TO STAY MAGISTRATE JUDGE'S ORDER (DKT. #122)** <br><br> **(FIRST REQUEST)** |

Plaintiff NML Capital, Ltd. ("NML"), by and through its attorneys of record, Kirk B. Lenhard, Esq., and Nikki L. Baker, Esq., of Brownstein Hyatt Farber Schreck, LLP, and Dennis H. Hranitzky, Esq., of Dechert LLP, and non-party Val De Loire, LLC ("VDL") (collectively, VDL and NML are referred to as the "Parties"), by and through its attorney of record, Jason M. Wiley, Esq., of Kolesar & Leatham, hereby agree and stipulate, subject to the Court's approval, as follows:

1. On March 16, 2015, Magistrate Judge Ferenbach issued an order granting in part and denying in part M.F. Corporate Services (Nevada) Limited ("MF Nevada") and Patricia

Amunategui's Motion to Quash (Dkt. #14), granting in part and denying in part NML's Counter Motion to Compel (Dkt. #60), denying VDL's Motion to Quash (Dkt. #1), and granting NML's Counter Motion to Compel (Dkt. #10) (the "Order"). (Dkt. #101.)  Any objection to the Order was due on or by March 30, 2015. (*See* Local Rule IB 3-1.);

2.	On March 30, 2015, Intervenor Mossack Fonseca & Co. ("Mossack Fonseca") filed a Motion to Intervene (Dkt. #106), MF Nevada and Ms. Amunategui filed an Objection to Magistrate's Order Pursuant to Fed. R. Civ. P. 72 ("MF Objection") (Dkt. #107) and a Motion to Clarify the Court's Order (Dkt. #108), and VDL filed an Objection to Magistrate Judge's Order Pursuant to Fed. R. Civ. P. 72 ("VDL Objection") (Dkt. #111);

3.	Thereafter, on April 17, 2015, MF Nevada filed a Motion for Protective Order Staying Effect of March 16 Order Pending Resolution of Objection and Motion to Clarify ("MF Motion to Stay"). (Dkt. #117.) The deadline for NML to file its response to the MF Motion to Stay was Monday, May 4, 2015;

4.	On April 23, 2015, VDL filed a Motion for Stay of Magistrate Judge's Order [Member Case Dkt. 39] Pending Objection to Magistrate Judge's Order Pursuant to Fed. R. Civ. P. 72 [Lead Case Dkt. 111] ("VDL Motion to Stay"). (Dkt. #122.) The deadline for NML to file its response to the VDL Motion to Stay is Monday, May 11, 2015;

5.	In light of ongoing discussions regarding compliance with the Court's Order (Dkt. #101), MF Nevada and NML filed a Stipulation for Extension of Time for NML to Respond to the MF Motion to Stay (Dkt. #130). The Court granted the Stipulation on May 5, 2015, extending the deadline for NML's response to May 14, 2015 (Dkt. #132);

6.	In order to obviate the need to file two separate responses to the MF Motion to Stay and the VDL Motion to Stay and to conserve the parties' resources, NML requested and Mr. Wiley, on behalf of VDL, agreed to extend the deadline for NML to file its response to the VDL Motion to Stay three days, up to and including May 14, 2015, to enable NML to file one response to the motions; and

/ / /

/ / /

7. In light of the foregoing, the Parties submit that good cause exists for the Court to approve this stipulation, and respectfully request that the Court extend the deadline for NML to respond to the VDL Motion to Stay three days, up to and including May 14, 2015.

DATED this 11th day of May, 2015.

| KOLESAR & LEATHAM | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|---|---|
| By: /s/ *Daniel S. Cereghino* <br> Jason M. Wiley, Esq. <br> Nevada Bar No. 9274 <br> Daniel S. Cereghino, Esq. <br> Nevada Bar No. 11534 <br> 400 South Rampart Blvd., Suite 400 <br> Las Vegas, NV 89145 <br><br> *Attorneys for Val de Loire, LLC, and The 123 Entities* | By: /s/ *Nikki L. Baker* <br> Kirk B. Lenhard, Esq. <br> Nevada Bar No. 1437 <br> Nikki L. Baker, Esq. <br> Nevada Bar No. 6562 <br> 100 North City Parkway, Suite 1600 <br> Las Vegas, NV 89106-4614 <br><br> Dennis H. Hranitzky (admitted *pro hac*) <br> Dechert LLP <br> 1095 Avenue of the Americas <br> New York, NY 10036-6797 <br><br> *Attorneys for Plaintiff NML Capital, Ltd.* |

**IT IS SO ORDERED**.

DATED this 12th of May, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ *Nikki L. Baker*
Kirk B. Lenhard, Esq.
Nevada Bar No. 1437
Nikki L. Baker, Esq.
Nevada Bar No. 6562
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
*Attorneys for Plaintiff NML Capital, Ltd.*

016887\0001\12196481.1                    3

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P.5(b), I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR NML TO FILE RESPONSE TO NON-PARTY VAL DE LOIRE, LLC'S MOTION TO STAY MAGISTRATE JUDGE'S ORDER (DKT. #122)** was served via CM/ECF on the date shown below:

DATED this 11th day of May, 2015.

  /s/   Paula Kay
an employee of Brownstein Hyatt Farber Schreck, LLP

016887\0001\12196481.1               4