JASON M. WILEY, ESQ.
Nevada Bar No. 009274
DANIEL S. CEREGHINO, ESQ.
Nevada Bar No. 011534
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:  jwiley@klnevada.com
         dcereghino@klnevada.com

*Attorneys for
Nonparty Val de Loire, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NML CAPITAL LTD., | Lead Case No. 2:14-cv-00492-RFB-VCF |
| Plaintiff, | Member Case No. 2:14-cv-1573-RFB -VCF |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR NONPARTY VAL DE LOIRE, LLC TO FILE REPLY TO NML CAPITAL'S RESPONSE TO OBJECTION TO MAGISTRATE JUDGE'S ORDER [DKT. 39]** |
| THE REPUBLIC OF ARGENTINA, | |
| Defendants. | **[FIRST REQUEST]** |

Nonparty Val De Loire, LLC ("VDL"), by and through its attorneys of record, Jason M. Wiley, Esq. and Daniel S. Cereghino, Esq., of Kolesar & Leatham and Plaintiff NML Capital, Ltd., ("NML") by and through its attorneys of record, Kirk B. Lenhard, Esq. and Nikki L. Baker, Esq. of Brownstein Hyatt Farber Schreck, LLP hereby agree and stipulate, subject to the Court's approval as follows:

1. On March 30, 2015, VDL filed an Objection to Magistrate Judge's Order pursuant to Fed. R. Civ. P. 72 ("VDL Objection") (Dkt. 109);

2. Thereafter, counsel for NML requested and received an extension of time to file its Response;

3. Counsel for VDL was traveling much of the time set for VDL's Reply;

4. Mr. Hranitzky on behalf of NML has agreed to extend the deadline for VDL to file its Reply until Friday, May 2015; and

5. In light of the foregoing, the Parties submit that good cause exists for the Court to approve this stipulation, and respectfully request that the Court extend the deadline for VDL to file its Reply until Friday, May 8, 2015.

DATED this 4th day of May, 2015.

| **KOLESAR & LEATHAM** | **BROWNSTEIN HYATT FARBER SHRECK, LLP** |
|---|---|
| By */s/ Jason M. Wiley* <br> JASON M. WILEY, ESQ. <br> Nevada Bar No. 009274 <br> DANIEL S. CEREGHINO, ESQ. <br> Nevada Bar No. 011534 <br> 400 South Rampart Boulevard <br> Suite 400 <br> Las Vegas, Nevada 89145 <br><br> Attorneys for <br> Nonparty Val de Loire, LLC | By */s/ Dennis H. Hranitzky* <br> KIRK B. LENHARD, ESQ. <br> Nevada Bar No. 001437 <br> NIKKI L. BAKER, ESQ. <br> Nevada Bar No. 006562 <br> 100 North City Parkway <br> Suite 1600 <br> Las Vegas, Nevada 89106-4614 <br><br> DENNIS H. HRANITZKY (ADMITTED *PRO HAC*) <br> Dechert LLP <br> 1095 Avenue of the Americas <br> New York, New York 190036-6797 <br><br> Attorneys for Plaintiff, <br> NML Capital, Ltd. |

ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 21st day of May, 2015.

Respectfully submitted by:

**KOLESAR & LEATHAM**

By */s/ Jason M. Wiley*
JASON M. WILEY, ESQ.
Nevada Bar No. 009274
DANIEL S. CEREGHINO, ESQ.
Nevada Bar No. 011534
400 South Rampart Boulevard
Suite 400
Las Vegas, Nevada 89145

Attorneys for
Nonparty Val de Loire, LLC