Daniel S. Cereghino, Esq.
Nevada Bar No. 011534
**Kolesar & Leatham**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: dcereghino@klnevada.com

*Attorneys for*
*Nonparty Val de Loire, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NML CAPITAL LTD., | Lead Case No. 2:14-cv-00492-RFB-VCF |
| Plaintiff, | Member Case No. 2:14-cv-1573-RFB-VCF |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR NONPARTY VAL DE LOIRE, LLC TO FILE REPLY TO NML CAPITAL'S RESPONSE TO VDL'S MOTION TO STAY** |
| THE REPUBLIC OF ARGENTINA, | |
| Defendants. | |
| | **[FIRST REQUEST]** |

Nonparty Val De Loire, LLC ("VDL"), by and through its attorneys of record, the law firm of Kolesar & Leatham, and Plaintiff NML Capital, Ltd., ("NML"), by and through its attorneys of record, Kirk B. Lenhard, Esq. and Nikki L. Baker, Esq. of Brownstein Hyatt Farber Schreck, LLP hereby agree and stipulate, subject to the Court's approval as follows:

1. On April 23, 2015, VDL filed its Motion to Stay Magistrate Judge's ("VDL's Motion to Stay") [Dkt. 122];

2. On May 14, 2015, NML filed its Response to VDL's Motion to Stay [Dkt. 137];

3. VDL is in the process of substituting counsel in this matter and, therefore, requires additional time to finalize that process before preparing and filing its Reply to NML's Response to VDL's Motion to Stay;

1  4. Mr. Hranitzky, on behalf of NML, has agreed to extend the deadline for VDL to file its Reply until Tuesday, June 2, 2015; and

5. In light of the foregoing, the Parties submit that good cause exists for the Court to approve this stipulation, and respectfully request that the Court extend the deadline for VDL to file its Reply until Tuesday, June 2, 2015.

DATED this 26th day of May, 2015.

| KOLESAR & LEATHAM | BROWNSTEIN HYATT FARBER SHRECK, LLP |
|---|---|
| By /s/ Daniel S. Cereghino<br>DANIEL S. CEREGHINO, ESQ.<br>Nevada Bar No. 011534<br>400 South Rampart Boulevard<br>Suite 400<br>Las Vegas, Nevada 89145<br><br>Attorneys for Nonparty VDL | By /s/ Dennis H. Hranitzky<br>KIRK B. LENHARD, ESQ.<br>Nevada Bar No. 001437<br>NIKKI L. BAKER, ESQ.<br>Nevada Bar No. 006562<br>100 North City Parkway<br>Suite 1600<br>Las Vegas, Nevada 89106-4614<br><br>DENNIS H. HRANITZKY (ADMITTED PRO HAC)<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, New York 190036-6797<br><br>Attorneys for Plaintiff,<br>NML Capital, Ltd. |

**IT IS SO ORDERED.**

DATED this 27th day of May, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:
**KOLESAR & LEATHAM**

By /s/ Daniel S. Cereghino
   DANIEL S. CEREGHINO, ESQ.
   Nevada Bar No. 011534
   400 S. Rampart Blvd, Suite 400
   Las Vegas, Nevada 89145

Attorneys for Nonparty VDL