SCHWARTZ FLANSBURG PLLC
FRANK M. FLANSBURG III, ESQ.
Nevada Bar No. 6974
BRIAN BLANKENSHIP, ESQ.
Nevada Bar # 11522
6623 Las Vegas Blvd South, Suite 300
Las Vegas, NV  89119
frank@nvfirm.com
brian@nvfirm.com
Tel: (702) 385-5544
Fax: (702) 385-2741
*Attorneys for Mossack Fonseca & Co.*

# U.S. DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NML CAPITAL, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE REPUBLIC OF ARGENTINA, <br><br> Defendant. | Case No.: 2:14-cv-00492-RFB-VCF <br><br> **NML CAPITAL, LTD.'S AND NON-PARTY MOSSACK FONSECA & CO.'S JOINT STIPULATION AND ORDER EXTENDING TIME FOR MOSSACK FONSECA TO SUBMIT FILINGS AND BRIEFING CHALLENGING LACK OF SERVICE OF PROCESS AND JURISDICTION** <br><br> **[FIRST REQUEST]** |

Plaintiff NML Capital, Ltd. ("NML"), by and through its attorneys of record, Kirk B. Lenhard, Esq. and Nikki L. Baker, Esq. of Brownstein Hyatt Farber Schreck, LLP, and Dennis H. Hranitzky, Esq., of Dechert LLP, and non-party Mossack Fonseca & Co. ("Mossack Fonseca"), by and through its attorneys of record, Frank M. Flansburg III, Esq. and Brian Blankenship, Esq. of Schwartz Flansburg PLLC, hereby agree and stipulate, subject to the Court's approval, as follows:

1. On June 20, 2014, NML caused a subpoena to be served on M.F. Corporate Services (Nevada) Limited ("M.F. Nevada") "as Agent for Mossack Fonseca & Co." (the

"Subpoena"). This Subpoena seeks production of documents concerning or relating to more than 253 entities and further seeks to depose Mossack Fonseca's Rule 30 (b)(6) designee;

2. Shortly thereafter, NML also subpoenaed Patricia Amunategui, M.F. Nevada's general manager, in her personal capacity;

3. On July 10, 2014, M.F. Nevada and Ms. Amunategui filed a "Motion to Quash Subpoenas and/or for a Protective Order" (the "Motion to Quash") in which they contested the attempts by NML to effect service over Mossack Fonseca and to depose M.F. Nevada "as Agent for Mossack Fonseca & Co." (Dkt. 14);

4. NML thereafter filed a memorandum in response to the Motion to Quash and a Cross Motion to Compel (Dkt. 59);

5. On March 16, 2015, the Court issued an Order granting in part and denying in part the Motion to Quash and NML's Cross Motion to Compel (the "Order") (Dkt. 101);

6. In the Order, the Court ruled that M.F. Nevada is Mossack Fonseca's "Agent" and alter ego and, as a result, found that Mossack Fonseca was subject to the Court's specific and general jurisdiction. (Dkt. 101, pp. 19-22);

7. On June 3, 2015, this Court granted Mossack Fonseca's "Motion to Intervene for the Limited Purpose of Contesting Service of Process and Jurisdiction" (the "Motion to Intervene") (Dkt. 106);

8. In light of NML's and Mossack Fonseca's (together, the "Parties") discussions regarding a potential resolution of this matter, and in order to order to conserve the Parties' and the Court's resources, the Parties have agreed to extend any time limitations for Mossack Fonseca to submit filings and briefing challenging service of process and personal jurisdiction up to and including Friday, July 10, 2015;

9. Neither the fact nor the substance of this Stipulation shall be deemed as a consent or waiver by Mossack Fonseca to service of process or jurisdiction, or shall be used as a basis to

grant or deny any relief requested by Mossack Fonseca, as long as Mossack Fonseca complies with the date agreed to herein; and

10. The Parties expressly reserve any and all other legal and equitable arguments available to them.

DATED this 17th day of June, 2015.

| | |
|---|---|
| **BROWNSTEIN HYATT FARBER SCHRECK, LLP** | **SCHWARTZ FLANSBURG PLLC** |
| By   /s/Nikki L. Baker<br>    KIRK B. LENHARD, ESQ.<br>    Nevada Bar No. 001437<br>    NIKKI L. BAKER, ESQ.<br>    Nevada Bar No. 006562<br>    100 North City Parkway, Suite 1600<br>    Las Vegas, NV 89106-4614 | By /s/ Frank M. Flansburg, III<br>    FRANK M. FLANSBURG, III, ESQ.<br>    Nevada Bar No. 6974<br>    BRIAN BLANKENSHIP, ESQ.<br>    Nevada Bar No. 11522<br>    6623 Las Vegas South, Suite 300<br>    Las Vegas, NV 89119 |
| Dennis H. Hranitzky (admitted *pro hac*)<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036-6797 | *Attorneys for Mossack Fonseca & Co.* |
| *Attorneys for NML Capital, Ltd.* | |

IT IS SO ORDERED.

DATED this 18th day of June, 2015.

_____
CAM FERENBACH
United States Magistrate Judge

Respectfully submitted by:

**SCHWARTZ FLANSBURG PLLC**

By /s/ Frank M. Flansburg, III
   FRANK M. FLANSBURG, III, ESQ.
   Nevada Bar No. 6974
   BRIAN BLANKENSHIP, ESQ.
   Nevada Bar No. 11522
   6623 Las Vegas South, Suite 300
   Las Vegas, NV 89119
   *Attorneys for Mossack Fonseca & Co.*

- 3 -