# EXHIBIT A

**Dennis Campbell**

| | |
|---|---|
| From: | Hranitzky, Dennis <dennis.hranitzky@dechert.com> |
| Sent: | Wednesday, June 24, 2015 1:21 PM |
| To: | Dennis Campbell |
| Cc: | Hessney, Collin; Cohan, Lindsey |
| Subject: | Narrowed list of names for subpoena to Mossack Fonseca & Co. |

Dennis,

Based on our telephone conversation a moment ago, I understand that your client, Mossack Fonseca & Co. ("Mossack"), is unwilling to agree to any arrangement in an attempt to address NML's concern that its willingness to narrow the July 18, 2014 subpoena to your client (the "July 18 Subpoena") will be used by Mossack, one of Jason Wiley's clients or Kent Woods's client as "evidence" that the July 18 Subpoena (or another subpoena served by NML in the same litigation) was overbroad.

I fear that Mossack's unwillingness even to attempt to address this issue does not bode well for the prospects of reaching an overall agreement on settlement of the July 18 Subpoena. Nonetheless, in the interest of moving this process forward, NML agrees to narrow the July 18 Subpoena by substituting the following lists of entities and persons for those set forth in the original July 18 Subpoena. By agreeing to narrow the subpoena in this way, NML in no way waives the right to seek information concerning any person and entity not included in this list in the future from Mossack or from any other person.

Request #2 (originally 253 entities, now 29)

Abble Holding
AGR Investments S.A
Alhec Tours (or any other entity with the word "Alhec" in the name)
Balmont Holdings
Cambridge House
Coreley Properties Inc
Cross Trading SA
Essex Holdings Group LLC
Exeter House
Eyden Group LLC
Fairland International Ground LLC
Fintech Holdings LLC
Huston Management Ltd
Itelsa Services
Ivy Lane Group LLC
Jaguar Capital LLC
Maynard Services S.A.
MC Pirdon Investments Fund Ltd.
M.P.I. Mayward Properties
Nat Enterprises Ltd
Neymar Investments Inc.
Redford House
Rochester International Holdings
Stepney International
Tower House International

1


EXHIBIT A

Trenton Properties Inc
Val de Loire, LLC
Westfield International
Westley House

Request #4 (originally 23 names, now 19)

Lazaro Baez
Martin Antonio Baez
Jorge Oscar Chueco
Ernesto Clarens
Julio de Vido
Federico Elaskar
Leonardo Fariña
Claudio Giovanni Fontana
Verena Ursula Fontana
Daniel Rodolfo Perez Gadin
Alicia Kirchner
Cristina Fernandez de Kirchner
Florencia Kirchner
Maximo Kirchner
Nestor Kirchner
Gianpiero Addis-Melaiu
Julio Enrique Mendoza
Matias Molinari
Nestor Marcelo Ramos

Request #5 (originally 27 entities, now 25)

Aldyne Ltd.
Amurnung Sa
Avida Capital Markets Corporation
Cambridge House LLC
Conway Global LLC
Dunamis One LLC
Exeter House LLC
Fairland International LLC
Fergus International S.A.
Forbest Ltd
Ground LLC
Helvetic Services Group
Kefren Inc
Kerry Consultants SA
Litren Company SA
M.P.I. Mayward Properties International LLC
Manfes International LLC
Pampa Realty Investments LLC
Plascot Limited
Redford House LLC
Rochester International Holdings LLC
Sgi North America LLC

Sgi Ventures LLC
T.H.I. Tower House International LLC
Westley House LLC

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.