JASON M. WILEY, ESQ.
Nevada Bar No. 009274
Armstrong Teasdale LLP
3770 Howard Hughes Parkway
Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
Email: jwiley@armstrongteasdale.com

*Attorney for*
*Nonparty Val de Loire, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NML CAPITAL, LTD.<br><br>Plaintiff,<br><br>vs.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>Defendant. | Lead Case No. 2:14-cv-00492-RFB-VCF<br><br>Member Case No. 2:14-cv-01573-RFB-VCF<br><br>**NONPARTY VAL DE LOIRE, LLC'S NOTICE OF PRODUCTION OF DOCUMENTS IN RESPONSE TO SUBPOENA DUCES TECUM AD TESTIFICANDUM IN CAMERA REVIEW PURSUANT TO THE COURT'S ORDER DATED FEBRUARY 9, 2016** |

Notice is hereby given that, pursuant to the Court's Order dated February 9, 2016, nonparty VAL DE LOIRE, LLC (VDL") has produced documents in response to the Subpoena Duces Tecum ad Testificandum for the Court's *in camera* review.

/ / /

/ / /

/ / /

/ / /

1

1. The responsive documents are designated as VDL0001-VDL0722 and include those documents in possession of MF Corporate Services (Nevada), Ltd. which are responsive to the Subpoena Duces Tecum ad Testificandum.

Dated this 29th day of February, 2016.

ARMSTRONG TEASDALE LLP

By: /s/ Jason M. Wiley
JASON M. WILEY, ESQ.
Nevada Bar No. 009274
3770 Howard Hughes Parkway
Suite 200
Las Vegas, Nevada 89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
Email: jwiley@armstrongteasdale.com

*Attorney for Nonparty*
*Val de Loire, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of February, 2016, the foregoing **NONPARTY VAL DE LOIRE, LLC'S NOTICE OF PRODUCTION OF DOCUMENTS IN RESPONSE TO SUBPOENA DUCES TECUM AD TESTIFICANDUM IN CAMERA REVIEW PURSUANT TO THE COURT'S ORDER DATED FEBRUARY 9, 2016** was served on the party(ies) Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures ☒ via electronic service <u>or</u> ☐ by mailing a copy thereof, first class mail, postage prepaid, to:

Frank M. Flansburg, III frank@sflaw.vegas, brian@nvfirm.com, ecf@schwartzlawyers.com, michelle@sflaw.vegas, schwartzecf@gmail.com

Kirk B. Lenhard klenhard@bhfs.com, pkay@bhfs.com

Nikki L. Baker nbaker@bhfs.com, kmandall@bhfs.com

Samuel A. Schwartz sam@schwartzlawyers.com, bryan@schwartzlawyers.com, ecf@schwartzlawyers.com, janine@schwartzlawyers.com

Daniel S. Cereghino cereghino@morrissullivanlaw.com, allen@morrissullivanlaw.com, holt@morrissullivanlaw.com, max@morrissullivanlaw.com, trifiletti@morrissullivanlaw.com

Marc J. Randazza mjr@randazza.com, ecf@randazza.com

Kent P. Woods kwoods@woodserickson.com, areber@woodserickson.com, jbulloch@woodserickson.com

Emily Anne Ellis eellis@bhfs.com, pkay@bhfs.com

Dennis Harry Hranitzky dennis.hranitzky@dechert.com, collin.hessney@dechert.com, nycmanagingclerks@dechert.com, tiffany.lewis@dechert.com

Dennis Campbell dcampbell@campbelllawfirm.net, mjohnson@campbelllawfirm.net

        */s/ Foniah Wheeler*
        An employee of Armstrong Teasdale LLP