**SCHWARTZ FLANSBURG PLLC**
FRANK M. FLANSBURG III, ESQ.
Nevada Bar No. 6974
BRIAN BLANKENSHIP, ESQ.
Nevada Bar No. 11522
6623 Las Vegas Blvd South, Suite 300
Las Vegas, NV 89119
frank@nvfirm.com
brian@nvfirm.com
Tel: (702) 385-5544
Fax: (702) 385-2741
*Attorneys for MF Legal Services f/k/a/*
*Mossack Fonseca & Co.*

**U.S. DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NML CAPITAL, LTD.,<br><br>                     Plaintiff,<br><br>        vs.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                     Defendant. | Case No.: 2:14-cv-00492-RFB-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE APRIL 11, 2016, HEARING ON THE MOTION TO STAY AND THE RENEWED MOTION TO QUASH** |

Plaintiff NML Capital, Ltd. ("NML"), by and through its attorneys of record, Kirk B. Lenhard, Esq., and Nikki L. Baker, Esq., of Brownstein Hyatt Farber Schreck, LLP, and Dennis H. Hranitzky, Esq., of Dechert LLP, intervenor Mossack Fonseca & Co. ("Mossack Fonseca"), by and through its attorneys of record Dennis Campbell, Esq., of Campbell Law Firm PLLC, and Frank M. Flansburg, Esq., of Schwartz Flansburg PLLC, non-parties M.F. Corporate Services (Nevada) Limited ("MF Nevada") and Patricia Amunategui, by and through their attorneys of record, Kent P. Woods, Esq., of Woods Erickson & Whitaker LLP, and non-party Val de Loire, LLC ("VDL"), by and through its attorney of record, Jason M. Wiley, Esq., of Armstrong Teasdale LLP (NML, MF Nevada, Ms. Amunategui, VDL, and Mossack Fonseca are

- 1 -

collectively referred to as the "Parties"), hereby agree and stipulate, subject to the Court's approval, as follows ("Stipulation"):

1. On March 4, 2016, the Parties entered into a Stipulation continuing the March 7, 2016, hearing on VDL's Motion to Stay Pending Appeal Without Bond Pursuant to Fed. R. Civ. P. 62 ("Motion to Stay") [D.E. 204] and Mossack Fonseca's Renewed Motion to Quash ("Renewed Motion to Quash") for April 11, 2016. [D.E. 228];

2. The basis for the Parties initial request was NML's filing of a status report informing the Court of the status of the settlement discussions between NML and the Republic of Argentina in the underlying dispute. [D.E. 226]. As set forth in the Status Report, NML signed an agreement-in-principle ("AIP") with Argentina that would resolve all pending litigation between NML and Argentina, including the instant dispute before the Court. The "AIP" is subject to approval by the Argentine legislature and other conditions, and is due to be funded on or before April 14, 2016;

3. The Court granted the Parties' request on March 4, 2016. [D.E. 229];

///
///
///
///
///
///
///
///
///

4.     In light of the timetable outlined above, the Parties hereby agree, subject to the Court's approval that the April 11, 2016, hearing on the Motion to Stay and the Renewed Motion to Quash be continued to the first available date in May 2016.

DATED this ___ day of March, 2016.

| | |
|---|---|
| **BROWNSTEIN HYATT FARBER SCHRECK, LLP** | **SCHWARTZ FLANSBURG PLLC** |
| By: /s/ Nikki L. Baker_____ | By: /s/ Frank M. Flansburg_____ |
| Kirk B. Lenhard, Esq., Bar No. 1437 | Frank M. Flansburg III, Esq. |
| Nikki L. Baker, Esq., Bar No. 6562 | Nevada Bar No. 6974 |
| Emily A. Ellis, Esq., Bar No. 11956 | Brian Blankenship, Esq. |
| 100 North City Parkway, Suite 1600 | Nevada Bar No. 11522 |
| Las Vegas, NV 89106-4614 | 6623 Las Vegas Blvd. South, Suite 300 |
| | Las Vegas, Nevada 89119 |
| Dennis H. Hranitzky (admitted *pro hac*) | Telephone: (702) 385-5544 |
| Collin F. Hessney (admitted *pro hac*) | Facsimile: (702) 385-2741 |
| DECHERT LLP | frank@nvfirm.com |
| 1095 Avenue of the Americas | brian@nvfirm.com |
| New York, NY 10036-6797 | |
| | Dennis M. Campbell, Esq. (admitted *pro hac*) |
| | CAMPBELL LAW FIRM PLLC |
| *Attorneys for Plaintiff NML Capital, Ltd.* | 95 Merrick Way, Suite 514 |
| | Coral Gables, FL 33134 |
| | |
| | *Attorneys for MF Legal Services f/k/a/ Mossack Fonseca & Co.* |
| **WOODS ERICKSON & WHITAKER LLP** | **ARMSTRONG TEASDALE LLP** |
| By: /s/ Kent P. Woods_____ | By: /s/ Jason M. Wiley_____ |
| Kent P. Woods, Esq., Bar No. 12306 | Jason M. Wiley, Esq., Bar No. 9274 |
| 1349 Galleria Drive #200 | 3770 Howard Hughes Parkway Suite 200 |
| Henderson, NV 89014 | Las Vegas, NV 89145 |
| *Attorneys for M.F. Corporate Services (Nevada) Limited and Patricia Amunategui* | *Attorneys for Val de Loire, LLC, and The 123 Entities* |

///

///

**IT IS SO ORDERED.**

The Parties request is GRANTED. The hearing on VDL's Motion to Stay [D.E. 204] and Mossack Fonseca's Renewed Motion to Quash shall be continued to May __26th__, 2016, at __10:00__ a.m./p.m

DATE this __4th__ day April, 2016.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

SCHWARTZ FLANSBURG PLLC

By _/s/ Frank M. Flansburg, III_
**Error! Reference source not found.**
Nevada Bar No. **Error! Reference source not found.**
Brian Blankenship, Esq.
Nevada Bar No. 11522
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada  89119

and

Dennis M. Campbell, Esq.
Florida Bar No. 271527
CAMPBELL LAW FIRM PLLC
95 Merrick Way, Suite 514
Coral Gables, Florida  33134
*Attorneys for MF Legal Services f/k/a/ Mossack Fonseca & Co.*