# EXHIBIT C

# Patricia Amunategui Deposition Excerpts
# September 11, 2014

# EXHIBIT  C

```
                                                            Page 1
 1              UNITED STATES DISTRICT COURT
 2                   DISTRICT OF NEVADA
 3
 4
 5   NML CAPITAL LTD.,                 )
                                       )
 6                      Plaintiff,     )
                                       )
 7       vs.                           )   Case No.
                                       )   2:14-cv-492-RFB-VCF
 8   THE REPUBLIC OF ARGENTINA,        )
                                       )
 9                      Defendant.     )
     _____)
10
11
12
13
14       VIDEOGRAPHED DEPOSITION OF PATRICIA AMUNATEGUI
15           Taken on Thursday, September 11, 2014
16                 By a Certified Court Reporter
17                      At 8:51 a.m.
18             Held at Woods Erickson & Whitaker
19                    1349 Galleria Drive
20                        Suite 200
21                    Henderson, Nevada
22
23
24
25   Reported by:   Ellen A. Goldstein, CCR 829
```

Page 145

1  documents?  Are they on a --
2     A   In the past?
3     Q   Currently.
4     A   Current?  Current electronic going on -- how
5  they call the name I explain to you -- platform from
6  Mossack Fonseca, platform.  When they open the case, we
7  attach to there.  So some document -- with my document, I
8  keep it in my office.  Some other document, they are not
9  mine anymore, like the Operating Agreement and that kind
10 of stuff, so I don't keep it.
11    Q   Okay.  But you said that you --
12    A   The document I prepare, I keep it all the time.
13 I do copies.
14    Q   So you keep hard copies, right, and you said
15 that you have --
16    A   Physical and hard.
17    Q   You have some electronic --
18    A   Uh-huh.
19    Q   -- copies?
20    A   Uh-huh.
21    Q   Are the electronic copies that you just referred
22 to looking through, are they stored on CD?
23    A   Some one they stored on CD.  Some one they
24 stored in the computer.
25    Q   But is it on the Mossack Fonseca platform or

Electronically signed by Ellen Goldstein (001-341-678-7457)                    dc74e275-4a77-447e-be82-fc4e6d92d860

Page 146

1  someplace else?
2     A   On the Mossack Fonseca platform, most of them,
3  because I told you, when they open the instruction, it's
4  like a platform instruction.  So we put everything there,
5  the instruction and everything; and after the company is
6  incorporated and it's gone, no more access to that
7  platform anymore on that particular company for me.  I
8  don't know how they call.  It's a system.  It's a
9  computer, you know.
10    Q   So did you search the Mossack Fonseca
11 platform --
12    A   I searched my --
13    Q   Hold on.
14        Did you search the Mossack Fonseca platform for
15 any documents when you were collecting documents to
16 respond to this subpoena?
17    A   I search my access, my access what I have, and
18 my access what I have was also the same I have in my
19 file, physical file.
20    Q   Okay.  So you searched the documents on the
21 Mossack Fonseca platform that you have access to?
22    A   Yes.
23    Q   I see.  And they were the same --
24    A   Same, exactly the same.
25    Q   -- as the documents in the file?

Electronically signed by Ellen Goldstein (001-341-678-7457)                dc74e275-4a77-447e-be82-fc4e6d92d860

Page 147

```
 1     A    Uh-huh.
 2     Q    Okay.  And then there are other documents in the
 3   Mossack Fonseca platform that you don't have access to?
 4     A    I can't have access, yeah.
 5     Q    I understand.
 6          Do you know if the Mossack Fonseca platform is
 7   shared with all the Mossack Fonseca affiliates?
 8     A    I don't know.  I don't know.  The only thing I
 9   know is my access.
10     Q    Do you know where the platform is maintained?
11   Is it on the server in Panama or --
12     A    No idea.
13     Q    No idea?
14     A    I don't know.
15     Q    Is the platform that you're talking about, is
16   that the same thing as the electronic filing cabinet
17   that's referred to in some -- take that back.
18          Have you ever heard the term "electronic filing
19   cabinet"?
20     A    No.  My first time.  Sorry.
21     Q    Now could you please turn to Exhibit 14.
22     A    Turn to first page?
23     Q    Exhibit 14.
24     A    Oh, sorry.
25     Q    So on the first page do you see this is an
```

Page 199

1    Q    And the way you find it is by going to the
2    platform and typing in that number --
3    A    Correct.
4    Q    -- essentially?
5    A    Uh-huh.
6    Q    Okay.  When you want to access the platform to
7    get information about an LLC, is there a matter number
8    that's assigned to the LLC that you go to or is it -- do
9    you search a different way?
10   A    Say it -- please repeat it again.
11        (Through the interpreter)  Could you please
12   repeat it again.
13   Q    When you want to access the platform to get
14   information about an LLC, do you input a matter number in
15   order to access the information on the LLC or do you find
16   it some other way?
17   A    The only way I can find it is by the name of the
18   LLC or by the number they give it to me.
19   Q    So you could do either of those two things?
20   A    Yeah.  If I don't find it, it's because they
21   already -- I don't have access anymore myself.
22   Q    I see.
23   A    It's only at the time that the case is current.
24   Q    But when you do have access, the information is
25   accessible either by the company name or by the matter