# EXHIBIT C

# Patricia Amunategui Deposition Excerpts
# September 11, 2014

# EXHIBIT  C

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2                     DISTRICT OF NEVADA
 3
 4
 5   NML CAPITAL LTD.,                )
                                      )
 6                   Plaintiff,       )
                                      )
 7      vs.                           )   Case No.
                                      )   2:14-cv-492-RFB-VCF
 8   THE REPUBLIC OF ARGENTINA,       )
                                      )
 9                   Defendant.       )
     _____)
10
11
12
13
14      VIDEOGRAPHED DEPOSITION OF PATRICIA AMUNATEGUI
15           Taken on Thursday, September 11, 2014
16                By a Certified Court Reporter
17                       At 8:51 a.m.
18              Held at Woods Erickson & Whitaker
19                     1349 Galleria Drive
20                         Suite 200
21                     Henderson, Nevada
22
23
24
25   Reported by:  Ellen A. Goldstein, CCR 829
```

Page 145

1   documents?  Are they on a --
2        A    In the past?
3        Q    Currently.
4        A    Current?  Current electronic going on -- how
5   they call the name I explain to you -- platform from
6   Mossack Fonseca, platform.  When they open the case, we
7   attach to there.  So some document -- with my document, I
8   keep it in my office.  Some other document, they are not
9   mine anymore, like the Operating Agreement and that kind
10  of stuff, so I don't keep it.
11       Q    Okay.  But you said that you --
12       A    The document I prepare, I keep it all the time.
13  I do copies.
14       Q    So you keep hard copies, right, and you said
15  that you have --
16       A    Physical and hard.
17       Q    You have some electronic --
18       A    Uh-huh.
19       Q    -- copies?
20       A    Uh-huh.
21       Q    Are the electronic copies that you just referred
22  to looking through, are they stored on CD?
23       A    Some one they stored on CD.  Some one they
24  stored in the computer.
25       Q    But is it on the Mossack Fonseca platform or

Page 146

1  someplace else?

2  A   On the Mossack Fonseca platform, most of them,
3  because I told you, when they open the instruction, it's
4  like a platform instruction.  So we put everything there,
5  the instruction and everything; and after the company is
6  incorporated and it's gone, no more access to that
7  platform anymore on that particular company for me.  I
8  don't know how they call.  It's a system.  It's a
9  computer, you know.

10  Q   So did you search the Mossack Fonseca
11  platform --

12  A   I searched my --

13  Q   Hold on.

14       Did you search the Mossack Fonseca platform for
15  any documents when you were collecting documents to
16  respond to this subpoena?

17  A   I search my access, my access what I have, and
18  my access what I have was also the same I have in my
19  file, physical file.

20  Q   Okay.  So you searched the documents on the
21  Mossack Fonseca platform that you have access to?

22  A   Yes.

23  Q   I see.  And they were the same --

24  A   Same, exactly the same.

25  Q   -- as the documents in the file?

Electronically signed by Ellen Goldstein (001-341-678-7457)                                    dc74e275-4a77-447e-be82-fc4e6d92d860

Page 147

```
 1    A    Uh-huh.
 2    Q    Okay.  And then there are other documents in the
 3   Mossack Fonseca platform that you don't have access to?
 4    A    I can't have access, yeah.
 5    Q    I understand.
 6         Do you know if the Mossack Fonseca platform is
 7   shared with all the Mossack Fonseca affiliates?
 8    A    I don't know.  I don't know.  The only thing I
 9   know is my access.
10    Q    Do you know where the platform is maintained?
11   Is it on the server in Panama or --
12    A    No idea.
13    Q    No idea?
14    A    I don't know.
15    Q    Is the platform that you're talking about, is
16   that the same thing as the electronic filing cabinet
17   that's referred to in some -- take that back.
18         Have you ever heard the term "electronic filing
19   cabinet"?
20    A    No.  My first time.  Sorry.
21    Q    Now could you please turn to Exhibit 14.
22    A    Turn to first page?
23    Q    Exhibit 14.
24    A    Oh, sorry.
25    Q    So on the first page do you see this is an
```

Page 199

1    Q    And the way you find it is by going to the
2    platform and typing in that number --
3    A    Correct.
4    Q    -- essentially?
5    A    Uh-huh.
6    Q    Okay.  When you want to access the platform to
7    get information about an LLC, is there a matter number
8    that's assigned to the LLC that you go to or is it -- do
9    you search a different way?
10   A    Say it -- please repeat it again.
11        (Through the interpreter)  Could you please
12   repeat it again.
13   Q    When you want to access the platform to get
14   information about an LLC, do you input a matter number in
15   order to access the information on the LLC or do you find
16   it some other way?
17   A    The only way I can find it is by the name of the
18   LLC or by the number they give it to me.
19   Q    So you could do either of those two things?
20   A    Yeah.  If I don't find it, it's because they
21   already -- I don't have access anymore myself.
22   Q    I see.
23   A    It's only at the time that the case is current.
24   Q    But when you do have access, the information is
25   accessible either by the company name or by the matter