# EXHIBIT D

# FILED UNDER SEAL

# Email dated September 17, 2014

EXHIBIT  D