# EXHIBIT E

# FILED UNDER SEAL

# Email dated September 25, 2014

# EXHIBIT E