KIRK B. LENHARD, ESQ., Nevada Bar No. 1437
NIKKI L. BAKER, ESQ., Nevada Bar No. 6562
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:   702.382.8135
Email:  klenhard@bhfs.com
Email:  nbaker@bhfs.com

DENNIS H. HRANITZKY, ESQ. (admitted pro hac vice)
DECHERT LLP
1095 Avenue of the Americas
New York, NY  10036-6797
Telephone:    212.698.3500
Facsimile:    212.698.3599
Email:    dennis.hranitzky@dechert.com

LINDSEY B. COHAN, ESQ. (admitted pro hac vice)
DECHERT LLP
300 W. 6th Street, Suite 2010
Austin, TX 78731
Telephone:    512.394.3000
Facsimile:    512.394.3001
Email:    lindsey.cohan@dechert.com

*Attorneys for NML Capital, Ltd.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NML CAPITAL, LTD., | CASE NO.:  2:14-cv-00492-JAD-VCF |
| Plaintiff, | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| v. | |
| THE REPUBLIC OF ARGENTINA, | |
| Defendant. | |

Plaintiff NML Capital, Ltd. ("NML"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice.  For the avoidance of doubt, this Notice of Dismissal does not apply to proceedings pending between NML on one hand, and MF Legal

1

1  Services F/K/A Mossack Fonseca & Co. or M.F. Corporate Services (Nevada) Limited on the
2  other.

3      DATED this 27th day of May, 2016.

BROWNSTEIN HYATT FARBER
SCHRECK, LLP

By: /s/ Nikki L. Baker
Kirk B. Lenhard, Esq.
Nevada Bar No. 1437
Nikki L. Baker, Esq.
Nevada Bar No. 6562
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

DECHERT LLP

Dennis H. Hranitzky (admitted pro hac vice)
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797

Lindsey B. Cohan (admitted pro hac vice)
Dechert LLP
300 W. 6th Street, Suite 200
Austin, TX 78731

*Attorneys for Plaintiff NML Capital, Ltd.*

2