KIRK B. LENHARD, ESQ., Nevada Bar No. 1437
EMILY A. ELLIS, ESQ., Nevada Bar No. 11956
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
Email: klenhard@bhfs.com
Email: nbaker@bhfs.com

DENNIS H. HRANITZKY, ESQ. (admitted *pro hac*)
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036-6797
Telephone: 212.698.3500
Facsimile: 212.698.3599
Email: dennis.hranitzky@dechert.com

LINDSEY B. COHAN, ESQ. (admitted *pro hac*)
DECHERT LLP
300 W. 6th Street, Suite 2010
Austin, TX 78731
Telephone: 512.394.3000
Facsimile: 512.394.3001
Email: lindsey.cohan@dechert.com

*Attorneys for Plaintiff NML Capital Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NML CAPITAL LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE REPUBLIC OF ARGENTINA, <br><br> Defendant. | CASE NO.: 2:14-cv-00492-RFB-VCF <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR NML CAPTITAL, LTD. TO FILE RESPONSE TO M.F. CORPORATE SERVICES (NEVADA) LTD.'S AND MOSSACK FONSECA & CO.'S RESPONSE TO MOTION FOR SANCTIONS (DKT. NOS. 265, 266)** <br><br> **(FIRST REQUEST)** |

Plaintiff NML Capital, Ltd. ("NML"), by and through its attorneys of record, Kirk B. Lenhard, Esq. and Emily Ellis, Esq., of Brownstein Hyatt Farber Schreck, LLP, and Dennis H. Hranitzky, Esq. and Lindsey B. Cohan, of Dechert LLP; M.F. Corporate Services (Nevada) Ltd. ("MF Nevada"), by and through its attorneys of record, Kent P. Woods of Woods Erickson & Whitaker LLP; and Mossack Fonseca & Co. ("Mossack Fonseca"), by and through its attorneys

of record, Frank M. Flansburg, III, Esq., and Brian Blankenship, Esq., of Schwartz Flansburg PLLC, and Dennis M. Campbell, Esq., of Campbell Law Firm PLLC, hereby agree and stipulate, subject to the Court's approval, as follows:

1. NML filed its Motion for Sanctions on May 24, 2016.

2. MF Nevada and Mossack Fonseca filed their respective responses to the Motion for Sanctions on July 18, 2016.

3. NML's reply in support of its Motion for Sanctions is currently due on July 28, 2016.

4. Due to the need for NML to respond to two separate opposition briefs in its reply, as well as the current travel schedule for NML's lead counsel and associate over the coming weeks, NML requires additional time to adequately respond to MF Nevada and Mossack Fonseca's responses to the Motion for Sanctions.

5. Mr. Woods, on behalf of MF Nevada, and Mr. Campbell and Mr. Flansburg, on behalf of Mossack Fonseca, have agreed to extend the deadline for NML to file its reply in support of its Motion for Sanctions to fourteen (14) days, or up to August 11, 2016.

6. In light of the foregoing, the Parties submit that good cause exists for the Court to grant this Motion, and respectfully request that the Court extend the deadline for NML to file its reply in support of its Motion for Sanctions fourteen (14) days, or up to August 11, 2016.

DATED this 25th day of July, 2016.

| WOODS ERICKSON & WHITAKER LLP | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|---|---|
| By: /s/ Kent P. Woods<br>Kent P. Woods, NV Bar 12306<br>1349 Galleria Drive # 200<br>Henderson, Nevada 89014<br><br>*Attorney for M.F. Corporate Services (Nevada) Limited* | By: /s/ Kirk B. Lenhard<br>Kirk B. Lenhard, Esq., NV Bar 1437<br>Emily A. Ellis, Esq., NV Bar 11956<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br><br>Dennis H. Hranitzky (admitted *pro hac*)<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY  10036-6797 |

| | |
|---|---|
| SCHWARTZ FLANSBURG PLLC<br><br>By: /s/ Frank M. Flansburg, III<br>    Frank M. Flansburg III, Esq.<br>    Nevada Bar No. 6974<br>    Brian Blankenship, Esq.<br>    Nevada Bar No. 11522<br>    6623 Las Vegas Blvd. South, Suite 300<br>    Las Vegas, NV 89119<br><br>Dennis M. Campbell, Esq.<br>(*pro hac* pending)<br>Campbell Law Firm PLLC<br>95 Merrick Way, Suite 514<br>Coral Gables, FL 33134<br><br>*Attorneys for Mossack Fonseca & Co.* | Lindsey B. Cohan (admitted *pro hac*)<br>Dechert LLP<br>300 W. 6th Street, Suite 200<br>Austin, TX 78731<br><br>*Attorneys for Plaintiff NML Capital, Ltd.* |

**IT IS SO ORDERED**.

Dated this 11th day of August, 2016.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Kirk B. Lenhard, Esq.
Kirk B. Lenhard, Esq.
Nevada Bar No. 1437
Emily A. Ellis
Nevada Bar No. 11956
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106
*Attorneys for Plaintiff NML Capital, Ltd.*